UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

United States Department of Justice
Office of the United States Trustee
Andrew R. Vara, U.S. Trustee, Regions 3 & 9
Rachel Wolf, Esq.
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Email:  Rachel.Wolf@usdoj.gov

| | |
|---|---|
| In Re:<br><br>Avrumi Lubin,<br><br>Debtor. | Case No.:  26-17342<br><br>Chapter:  11<br><br>Judge:  EJO |

**NOTICE OF APPEARANCE**

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of __the United States Trustee__. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:  ATTN: Rachel Wolf, Esq.
Office of the United States Trustee
One Newark Center, Suite 2100
Newark, NJ  07102

DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒  All documents and pleadings of any nature.

Date: June 29, 2026_____      /s/ Rachel Wolf_____
                                                                      Signature

*new.8/1/15*