**BALDASSARE & MARA, LLC**
75 Livingston Avenue, Suite 101
Roseland, NJ 07068
T: (973) 604-6686
F: (973) 556-1071
E: JMara@mabalaw.com

*Attorneys for Plaintiffs*
*FVP Servicing, LLC,*
*FVP Opportunity Fund III, LP,*
*and FVP Investments LLC*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>AVRUMI LUBIN a/k/a Josh Lubin,<br><br>Debtor. | Case No.: 26-17342-EJO<br>Chapter 11 |

### NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of FVP Servicing, LLC. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS: BALDASSARE & MARA, LLC
    75 Livingston Avenue, Suite 101
    Roseland, NJ 07068
    jmara@mabalaw.com

DOCUMENTS:

All notices entered pursuant to Fed. R. Bankr. P. 2002.

All documents and pleadings of any nature.

**BALDASSARE & MARA, LLC**

Dated: July 2, 2026

By:   */s/ Jennifer Mara*
      Jennifer Mara, Esq.
      75 Livingston Avenue, Suite 101
      Roseland, New Jersey 07068
      T: (973) 604-6686
      F: (973) 556-1071
      E: JMara@mabalaw.com

      *Attorney for Plaintiffs*
      *FVP Servicing, LLC,*
      *FVP Opportunity Fund III, LP,*
      *and FVP Investments LLC*

2