**BALDASSARE & MARA, LLC**
75 Livingston Avenue, Suite 101
Roseland, NJ 07068
T: (973) 604-6686
F: (973) 556-1071
E: JMara@mabalaw.com

**SCHWARTZ | BRESLIN, PLLC**
The DuPont Building, 169 East Flagler Street, Suite 700
Miami, Florida 33131
T: 305-577-4626
F: 305-577-4630
E: JB@JSJB.Law  |  EService@JSJB.Law

*Attorneys for Plaintiffs*
*FVP Servicing, LLC,*
*FVP Opportunity Fund III, LP,*
*and FVP Investments LLC*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>AVRUMI LUBIN a/k/a Josh Lubin,<br><br>Debtor. | Case No.: 26-17342-EJO<br>Chapter 11 |

**NOTICE OF MOTION FOR ENTRY OF ORDERS (I) VACATING THE AUTOMATIC STAY FOR CAUSE; (II) DISMISSING THE CHAPTER 11 CASE WITH PREJUDICE; (III) BARRING RE-FILING AND IMPOSING A GATEKEEPING INJUNCTION; (IV) GRANTING PROSPECTIVE AND IN REM RELIEF; AND (V) WAIVING THE 14-DAY <u>STAY UNDER FED. R. BANKR. P. 4001(a)(3)</u>**

**<u>EXPEDITED HEARING REQUESTED PURSUANT TO D.N.J. LBR 9013-2(c)</u>**

**PLEASE TAKE NOTICE** that on the date and time to be fixed by the Court on the

accompanying Application for Order Shortening Time, creditors and movants FVP Servicing,

LLC, FVP Opportunity Fund III, LP, and FVP Investments LLC (collectively, "FVP"), by and

through their local counsel, Baldassare & Mara, LLC, and their counsel pro hac vice (admission

pending), shall move before the Honorable Eamonn J. O'Hagan, United States Bankruptcy Judge,

at the Clarkson S. Fisher U.S. Courthouse, 402 East State Street, Trenton, New Jersey 08608, for

entry of the proposed order submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that, by this motion (the "Motion"), FVP seeks

the entry of an order:

1.   vacating the automatic stay of 11 U.S.C. § 362(a) for cause under 11 U.S.C. §

362(d)(1), so that FVP may proceed with all enforcement of its final Florida fraud judgment against

the Debtor, including the judicial sales of the Debtor's membership interests;

2.   dismissing this Chapter 11 case with prejudice for cause under 11 U.S.C. § 1112(b) as

a bad-faith filing;

3.   barring the Debtor (and any person or entity acting in concert with him) from filing any

further bankruptcy petition for two (2) years, and thereafter only upon prior leave of this Court,

under 11 U.S.C. §§ 105(a) and 349(a);

4.   granting prospective relief under 11 U.S.C. § 105(a) — and in rem relief under 11

U.S.C. § 362(d)(4) as to any real property — providing that the automatic stay shall not apply to

FVP's enforcement against the Debtor's assets in any subsequent case during that period;

5.   waiving the 14-day stay imposed by Fed. R. Bankr. P. 4001(a)(3) so that stay relief is

effective immediately; and

6.   granting such other relief as is just.

**PLEASE TAKE FURTHER NOTICE** that in support of the Motion, FVP shall rely upon

the accompanying Certification of Jennifer Mara, Esq. (with exhibits) and Memorandum of Law.

A proposed form of order and a Certification of Service are submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that the grounds for the relief, and the basis for the requested waiver of the Fed. R. Bankr. P. 4001(a)(3) 14-day stay, are set forth in the Certification and Memorandum of Law and are stated in the title of this Notice of Motion in accordance with D.N.J. LBR 9013-1(b).

**PLEASE TAKE FURTHER NOTICE** that any objection to the Motion must be filed and served within the time and in the manner directed by the Court in the Order Shortening Time; absent timely objection, the relief may be granted without further notice or hearing pursuant to D.N.J. LBR 9013-3(d).

**PLEASE TAKE FURTHER NOTICE** that, pursuant to D.N.J. LBR 9013-3, FVP requests oral argument only in the event a timely objection is filed.

**BALDASSARE & MARA, LLC**

Dated: July 2, 2026

By:     */s/ Jennifer Mara*
Jennifer Mara, Esq.
75 Livingston Avenue, Suite 101
Roseland, New Jersey 07068
T: (973) 604-6686
F: (973) 556-1071
E: JMara@mabalaw.com

Jerrell Breslin
(*pro hac vice* admission pending)

*Attorneys for Plaintiffs*
*FVP Servicing, LLC,*
*FVP Opportunity Fund III, LP,*
*and FVP Investments LLC*

3