**BALDASSARE & MARA, LLC**
75 Livingston Avenue, Suite 101
Roseland, NJ 07068
T: (973) 604-6686
F: (973) 556-1071
E: JMara@mabalaw.com

**SCHWARTZ | BRESLIN, PLLC**
The DuPont Building, 169 East Flagler Street, Suite 700
Miami, Florida 33131
T: 305-577-4626
F: 305-577-4630
E: JB@JSJB.Law  |  EService@JSJB.Law

*Attorneys for Plaintiffs*
*FVP Servicing, LLC,*
*FVP Opportunity Fund III, LP,*
*and FVP Investments LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In Re:<br><br>AVRUMI LUBIN a/k/a Josh Lubin,<br><br>Debtor. | Case No.: 26-17342-EJO<br>Chapter 11 |

**SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY**

**PROCEEDING**

YOU ARE SUMMONED and required to file a motion or answer to the Complaint, which is attached, with the Clerk of the Bankruptcy Court within 30 days after the date of issuance of this Summons, except that the United States and its offices and agencies shall file a motion or answer within 35 days. Address of the Clerk: United States Bankruptcy Court, District of New Jersey, Clarkson S. Fisher U.S. Courthouse, 402 East State Street, Trenton, New Jersey 08608.

At the same time, you must also serve a copy of the motion or answer upon the plaintiffs' attorney: Jennifer Mara, Esq., Baldassare & Mara, LLC, 75 Livingston Avenue, Suite 101, Roseland, New Jersey 07068.

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

A pretrial conference is scheduled for: _____, 2026 at ____:____ __.m., before the Honorable Eamonn J. O'Hagan (or via the Judge's Zoom link).

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

Date of Issuance: _____, 2026

_____

Clerk of the United States Bankruptcy Court

By: _____ (Deputy Clerk)

*Note: In an adversary proceeding the Clerk issues the summons (national Form B2500A / the Court's CM/ECF-generated summons) upon filing of the complaint. This document mirrors that form for preparation; the issued summons must be served, with the complaint, within 7 days of issuance by first-class mail under Fed. R. Bankr. P. 7004(b) (mail service is permitted in bankruptcy). File a Certification of Service thereafter.*