## ADVERSARY PROCEEDING COVER SHEET

*(Official Form B1040) — District of New Jersey*

**PLAINTIFFS:** FVP Servicing, LLC; FVP Opportunity Fund III, LP; and FVP Investments LLC

**DEFENDANT:** Avrumi Lubin a/k/a Josh Lubin

**ATTORNEYS (Plaintiffs):** Jennifer Mara, Esq., Baldassare & Mara, LLC, 75 Livingston Ave., Suite 101, Roseland, NJ 07068; (973) 604-6686; jmara@mabalaw.com. Of counsel (pro hac vice pending): Jonathan Noah Schwartz, Esq. and Jerry Breslin, Esq., Schwartz | Breslin, PLLC.

**ATTORNEYS (Defendant):** Pro se — Avrumi Lubin, 1460 Arboretum Parkway, Lakewood, NJ 08701.

**PARTY (check one):** [X] Plaintiff is a creditor.

**BANKRUPTCY CASE NO.:** 26-17342-EJO (Chapter 11) — Hon. Eamonn J. O'Hagan, District of New Jersey.

**NATURE OF SUIT (FRBP 7001(6)):** 68 — Dischargeability — § 523(a)(2), false pretenses, false representation, actual fraud; and 65 — Dischargeability — § 523(a)(6), willful and malicious injury.

**ORIGIN:** 1 — Original Proceeding.

**DEMAND:** $8,841,219.72 (plus interest, costs, and fees).

**JURY DEMAND:** No.

Date: July 2, 2026                    /s/ Jennifer Mara, Esq.

*Note: File the current Official Form B1040 fillable cover sheet with the complaint; this sheet supplies the content.*