

# Electronically Certified Court Record

## (cover page)

This cover page is for informational purposes only and is not a requirement when presenting the **Electronic Certified Document**. Directly below the cover page, at the bottom of page 1, you will find the digital signature bearing the identity and authority of the Clerk. On the left side of each page is a unique code identifying the electronic certification for this document.

---

### DOCUMENT INFORMATION

| | |
|---|---|
| **Agency Name:** | Broward County Clerk of Courts |
| **Clerk of the Circuit Court:** | Honorable Brenda D. Forman |
| **Date Issued:** | 12/2/2025 5:22:37 PM |
| **Unique Reference Number:** | CAA-FAA-BCABB-JCAHIADI-BDFAEDG-A |
| **Case Docket:** | 10/3/2025 - Final Judgment - 6 Pages |
| **Requesting Party Code:** | 500 |
| **Requesting Party Reference:** | A20251202172134A587 |

---

### HOW TO VERIFY THIS DOCUMENT

This electronically certified Court Record contains a unique electronic reference number for identification printed on each page. This document is delivered in PDF format and contains a digital signature identifying the certifier and a tamper proof seal indicating whether this document has been tampered with. The second page of this document contains a digital signature indicating the certifier as the Broward County Clerk of Courts. Open this document using Adobe Reader software to verify the digital signature of the author. Visit https://browardclerk.org/ecertify to learn more about validating this certified copy.



Filing # 232940104 E-Filed 10/03/2025 09:01:09 PM

<div style="writing-mode: vertical">Unique Code : CAA-FAA-BCABB-JCAHIADI-BDFAEDG-A Page 1 of 6</div>

## IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
## IN AND FOR BROWARD COUNTY, FLORIDA

CASE NO. **CACE22005125**   DIVISION: **07**   JUDGE: **Haimes, David A (07)**

**FVP Opportunity Fund III, LP, et al**

Plaintiff(s) / Petitioner(s)

v.

**Scott Zankl, et al**

Defendant(s) / Respondent(s)

_____/

### FINAL JUDGMENT ON JURY VERDICT (FOR FVP AGAINST LUBIN)

**THIS CAUSE** having come before the Court on the jury trial of Defendant Avrumi "Josh" Lubin, held in this Court commencing on September 24, 2025, and concluding with a jury verdict on October 1, 2025, on Count I, Count II, and Count IV of the Fourth Amended Complaint of Plaintiffs FVP SERVICING, LLC, a Delaware limited liability company, for the benefit of FVP OPPORTUNITY FUND III, LP, a Delaware limited partnership, and FVP Investments LLC, a Delaware limited liability company. The jury having rendered a verdict for damages in favor of the Plaintiffs and against Defendant Avrumi "Josh" Lubin, on all counts tried, and the Court being otherwise fully advised in the premises and pursuant to the jury verdict rendered in this action, enters Final Judgment as follows:

#### Count I – Fraudulent Misrepresentation

1. The Plaintiffs FVP Servicing, LLC, together with and for the benefit of, FVP Opportunity Fund III, LP, and FVP Investments LLC, are hereby awarded Final Judgment on Jury Verdict against Defendant Avrumi "Josh" Lubin on Count I of the Fourth Amended Complaint – Fraudulent Misrepresentation.

2. Final Judgment is entered in favor of the Plaintiffs FVP Servicing, LLC, together with and for the benefit of, FVP Opportunity Fund III, LP, and FVP Investments LLC, with address 1201 Broadway, 7th Floor, New York, NY 10001, and against Defendant Avrumi "Josh" Lubin with last known address of 1460 Arboretum Parkway, Lakewood NJ 08701, as follows:

3. **AS TO COUNT I – FRAUDULENT MISREPRESENTATION – FINAL JUDGMENT IS ENTERED IN THE PRINCIPAL AMOUNT OF SEVEN MILLION FIVE HUNDRED**

*** FILED: BROWARD COUNTY, FL  BRENDA D. FORMAN,  CLERK 10/03/2025 09:01:08 PM.****

Unique Code : CAA-FAA-BCABB-JCAHIADI-BDFAEDG-A Page 2 of 6

Case Number: CACE22005125

THOUSAND DOLLARS ($7,500,000.00).

Count I – Wrongful Act Damages:

As an additional measure of damages as to Count I, as found by the jury:

4. **AS TO WRONGFUL ACT DAMAGES – FINAL JUDGMENT IS ENTERED IN THE ADDITIONAL PRINCIPAL AMOUNT OF ONE MILLION THREE HUNDRED FORTY ONE THOUSAND TWO HUNDRED NINETEEN DOLLARS AND SEVENTY TWO CENTS ($1,341,219.72).**

Total Final Judgment as to Count I:

5. **FINAL JUDGMENT IS ENTERED IN THE AMOUNT OF EIGHT MILLION EIGHT HUNDRED FORTY ONE THOUSAND TWO HUNDRED NINETEEN DOLLARS AND SEVENTY TWO CENTS ($8,841,219.72) FOR WHICH SUM LET EXECUTION ISSUE FORTHWITH.**

   a. Post judgment interest shall accrue at the rate defined in Florida Statute §55.03(3) and adjusted according to law.

### Count II – Conspiracy to Commit Fraud

6. The Plaintiffs FVP Servicing, LLC, together with and for the benefit of, FVP Opportunity Fund III, LP, and FVP Investments LLC, are hereby awarded Final Judgment on Jury Verdict against Defendant Avrumi "Josh" Lubin on Count II of the Fourth Amended Complaint – Conspiracy to Commit Fraud.

7. Final Judgment is entered in favor of the Plaintiffs FVP Servicing, LLC, together with and for the benefit of, FVP Opportunity Fund III, LP, and FVP Investments LLC, with address 1201 Broadway, 7th Floor, New York, NY 10001, and against Defendant Avrumi "Josh" Lubin with last known address of 1460 Arboretum Parkway, Lakewood NJ 08701, as follows:

8. **AS TO CONSPIRACY TO COMMIT FRAUD – FINAL JUDGMENT IS ENTERED IN THE PRINCIPAL AMOUNT OF SEVEN MILLION FIVE HUNDRED THOUSAND DOLLARS ($7,500,000.00).**

Count II – Wrongful Act Damages:

As an additional measure of damages as to Count II, as found by the jury:

9. **AS TO COUNT II WRONGFUL ACT DAMAGES – FINAL JUDGMENT IS ENTERED IN THE ADDITIONAL PRINCIPAL AMOUNT OF ONE MILLION THREE HUNDRED**

Case Number: CACE22005125

**FORTY ONE THOUSAND TWO HUNDRED NINETEEN DOLLARS AND SEVENTY TWO CENTS ($1,341,219.72).**

Total Judgment as to Count II:

10. **FINAL JUDGMENT IS ENTERED IN THE AMOUNT OF EIGHT MILLION EIGHT HUNDRED FORTY ONE THOUSAND TWO HUNDRED NINETEEN DOLLARS AND SEVENTY TWO CENTS ($8,841,219.72) FOR WHICH SUM LET EXECUTION ISSUE FORTHWITH.**

      a. Post judgment interest shall accrue at the rate defined in Florida Statute §55.03(3) and adjusted according to law.

<u>Count IV – Tortious Interference with Business Relationship</u>

11. The Plaintiffs, FVP Servicing, LLC, together with and for the benefit of FVP Opportunity Fund III, LP, and FVP Investments LLC, are hereby awarded Final Judgment on Jury Verdict against Defendant Avrumi "Josh" Lubin on Count IV of the Fourth Amended Complaint – Tortious Interference with Business Relationship.

12. Final Judgment is entered in favor of the Plaintiffs, FVP Servicing, LLC, together with and for the benefit of FVP Opportunity Fund III, LP, and FVP Investments LLC, with address 1201 Broadway, 7th Floor, New York, NY 10001, and against Defendant Avrumi "Josh" Lubin, with last known address of 1460 Arboretum Parkway, Lakewood, NJ 08701, as follows:

13. **AS TO COUNT IV, TORTIOUS INTERFERENCE WITH BUSINESS RELATIONSHIP – FINAL JUDGMENT IS ENTERED IN THE PRINCIPAL AMOUNT OF SEVEN MILLION FIVE HUNDRED THOUSAND DOLLARS ($7,500,000.00).**

      a. Post judgment interest shall accrue at the rate defined in Florida Statute §55.03(3) and adjusted according to law.

As to all Final Judgments:

14. As to the final judgments entered as to Counts I, II, and III, Plaintiffs FVP Servicing, LLC, together with and for the benefit of FVP Opportunity Fund III, LP, and FVP Investments LLC, may obtain only one recovery in the total amount of Eight Million Eight Hundred Forty-One Thousand Two Hundred Nineteen Dollars and Seventy-Two Cents ($8,841,219.72), and there shall be no double recovery.

15. Defendant Avrumi "Josh" Lubin shall complete, under oath, Florida Rule of Civil Procedure Form 1.977(a) (Fact Information Sheet for individuals), including all required attachments, and

Unique Code : CAA-FAA-BCABB-JCAHIADI-BDFAEDG-A Page 3 of 6

Case Number: CACE22005125

serve it on Jerry Breslin, Esq., The DuPont Building, Suite 700, Miami, Florida 33132, Tel: 305-577-4626, Email: JB@JSJB.LAW, within 45 days of the date of the judgment unless the final judgment is satisfied or post-judgment discovery is stayed.

16. Documents to be produced pursuant to the requirements of Form 1.977 shall be from the date of the entry of this Final Judgment.

17. Jurisdiction of this case is retained to enter further orders that are just and proper to compel the judgment debtor to complete Form 1.977(a), including all required attachments, and serve it on the Plaintiff's attorney, Jerry Breslin, Esq.

18. The court reserves jurisdiction to enter such further orders as necessary to enforce this judgment and to enter such further orders as equitable.

**DONE AND ORDERED** in Chambers at Broward County, Florida on <u>3rd day of October, 2025</u>.

CACE22005125 10-03-2025 2:35 PM

<u>CACE22005125 10-03-2025 2:35 PM</u>
Hon. David A Haimes
**CIRCUIT COURT JUDGE**
Electronically Signed by David A Haimes

**Copies Furnished To:**
Alan R Crane , E-mail : staff1@furrcohen.com
Alan R Crane , E-mail : yfernandez@furrcohen.com
Alan R Crane , E-mail : acrane@furrcohen.com
Amanda Klopp , E-mail : jeanette.martinezgoldberg@akerman.com
Amanda Klopp , E-mail : luke.bovat@akerman.com
Amanda Klopp , E-mail : amanda.klopp@akerman.com
Andrew R Herron , E-mail : gservice@homerbonner.com
Avrumi Lubin , E-mail : josh@spincapital.com
Bernard Egozi , E-mail : gale@egozilaw.com
Bernard Egozi , E-mail : begozi@egozilaw.com
Beth Anne Black , E-mail : alex.amburgy@gtlaw.com
Beth Anne Black , E-mail : blackb@gtlaw.com
Beth Anne Black , E-mail : WPBLitDock@gtlaw.com
Bradford M Cohen , E-mail : service@floridajusticefirm.com
Bradley S Shraiberg , E-mail : dwoodall@slp.law

Unique Code : CAA-FAA-BCABB-JCAHIADI-BDFAEDG-A Page 4 of 6

Case Number: CACE22005125

Bradley S Shraiberg , E-mail : bss@slp.law
Bradley S Shraiberg , E-mail : pmouton@slp.law
Branden Stillman , E-mail : bstillman@egozilaw.com
Bridgette N. Thornton, Esq. , E-mail : freelancethornton@gmail.com
Catherine H Gleason , E-mail : ktgleasonlegal@gmail.com
Catherine H Gleason , E-mail : katie.gleason@isenberlaw.com
Charles Bennardini , E-mail : jam@kwblaw.com
Charles Bennardini , E-mail : cjb@kwblaw.com
Charles Gourlis , E-mail : cgourlis@letolawfirm.com
Charles Gourlis , E-mail : kzelaya@letolawfirm.com
Charles Gourlis , E-mail : pleadings@letolawfirm.com
David B Marks , E-mail : brett.marks@akerman.com
David B Marks , E-mail : charlene.cerda@akerman.com
David W Langley , E-mail : emily@flalawyer.com
David W Langley , E-mail : dave@flalawyer.com
David W Langley , E-mail : jessica@flalawyer.com
Dominique Brown , E-mail : BrownD@KleinPark.com
Dominique Brown , E-mail : orozcol@kleinpark.com
Dominique Brown , E-mail : mcmurrayj@kleinpark.com
Ellen L. Leesfield , E-mail : cristina@ellenleesfield.com
Ellen L. Leesfield , E-mail : ellen@ellenleesfield.com
Elliot B Kula , E-mail : eservice@kulalegal.com
Elliot B Kula , E-mail : elliot@kulalegal.com
Ethan J Strauss , E-mail : ethan@floridajusticefirm.com
Ethan J Strauss , E-mail : Ethan.HYRW@case.tinygnomes.com
Grant Sarbinoff , E-mail : gsarbino@gmail.com
Jerrell Andrew Breslin , E-mail : jerrellbreslin@gmail.com
Jerrell Andrew Breslin , E-mail : eservice@jsjb.law
Jerrell Andrew Breslin , E-mail : jb@jsjb.law
Joel L. Wiegert, Esq. , E-mail : Joel.Wiegert@KutakRock.com
Joel M Aresty , E-mail : aresty@icloud.com
Joel M Aresty , E-mail : Aresty@mac.com
Jonathan E Kanov , E-mail : jekanov@mdwcg.com
Jonathan E Kanov , E-mail : kafriday@mdwcg.com
Jonathan Noah Schwartz , E-mail : jv@jsjb.law
Jonathan Noah Schwartz , E-mail : js@jsjb.law
Jonathan Schwartz, Esq. , E-mail : jschwartz@jonschwartzlaw.com
Keith Lee , E-mail : klee@feenixpartners.com
Kristin Zankl , E-mail : kzankl@att.net
Legal Assistant , E-mail : receptionwlg300@gmail.com
Luke T Jacobs , E-mail : ljacobs@weillawfirm.net
Luke T Jacobs , E-mail : service@weillawfirm.net
Marc Evan Brandes , E-mail : lbevans@kfb-law.com
Marc Evan Brandes , E-mail : mbrandes@kfb-law.com
Marc Evan Brandes , E-mail : bvillalobos@kfb-law.com
Mark C Perry , E-mail : mark@markperrylaw.com

Unique Code : CAA-FAA-BCABB-JCAHIADI-BDFAEDG-A Page 5 of 6

Case Number: CACE22005125

Unique Code : CAA-FAA-BCABB-JCAHIADI-BDFAEDG-A Page 6 of 6

Mark C Perry , E-mail : maureen@markperrylaw.com
Matthew P Leto , E-mail : mleto@letolawfirm.com
Michael James McMullen , E-mail : Michael@FloridaJusticeFirm.com
Michael James McMullen , E-mail : McMullen.ZCKM@case.tinygnomes.com
Nelly Pena , E-mail : janet.mcmurray@fmglaw.com
Nelly Pena , E-mail : stinelly.pena@fmglaw.com
Patrick Dorsey , E-mail : pdorsey@slp.law
Richard M Jones , E-mail : myrna.montane@fmglaw.com
Richard M Jones , E-mail : richard.jones@fmglaw.com
Robert C Buschel , E-mail : Buschel@BGlaw-pa.com
Robert C Buschel , E-mail : BG.J6R6@case.tinygnomes.com
Robert M Klein , E-mail : robert.klein@fmglaw.com
Robert M Klein , E-mail : martica.carrillo@fmglaw.com
Robert M Klein , E-mail : janet.mcmurray@fmglaw.com
Rose Mahdavieh , E-mail : rose.mahdavieh@gtlaw.com
Scott C Gherman , E-mail : kgleason@scottghermanpa.com
Scott C Gherman , E-mail : sgherman@scottghermanpa.com
Scott Zankl , E-mail : zanklscott3@gmail.com
Stanley Quinn Casey , E-mail : scasey@sqcaseylaw.com
Steven Harry Meyer , E-mail : service.meyerlaw@gmail.com
Steven Harry Meyer , E-mail : ross@professionalparas.com
Steven Harry Meyer , E-mail : steven@thefirm.legal
Teresa E Williams , E-mail : twilliams@williamslitigationgroup.com