

# Electronically Certified Court Record

**(cover page)**

This cover page is for informational purposes only and is not a requirement when presenting the **Electronic Certified Document**. Directly below the cover page, at the bottom of page 1, you will find the digital signature bearing the identity and authority of the Clerk. On the left side of each page is a unique code identifying the electronic certification for this document.

### DOCUMENT INFORMATION

| | |
|---|---|
| **Agency Name:** | Broward County Clerk of Courts |
| **Clerk of the Circuit Court:** | Honorable Brenda D. Forman |
| **Date Issued:** | 6/28/2026 2:09:44 AM |
| **Unique Reference Number:** | CAA-FAA-BCABB-JEIHCIBI-BFGDIID-G |
| **Case Docket:** | 1/29/2026 - eWrit Issuance - Garnishment - 2 Pages |
| **Requesting Party Code:** | 500 |
| **Requesting Party Reference:** | A202606280206348D1C |

### HOW TO VERIFY THIS DOCUMENT

This electronically certified Court Record contains a unique electronic reference number for identification printed on each page. This document is delivered in PDF format and contains a digital signature identifying the certifier and a tamper proof seal indicating whether this document has been tampered with. The second page of this document contains a digital signature indicating the certifier as the Broward County Clerk of Courts. Open this document using Adobe Reader software to verify the digital signature of the author. Visit https://browardclerk.org/ecertify to learn more about validating this certified copy.



Unique Code : CAA-FAA-BCABB-JEIHCIBI-BFGDIID-G Page 1 of 2

## IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
## IN AND FOR BROWARD COUNTY, FLORIDA

**CASE NO. CACE22005125**
**DIVISION: 07**

**FVP Opportunity Fund III, LP, et al**
**Plaintiff(s) / Petitioner(s)**

v.

**Avrumi Lubin a/k/a**
**Josh Lubin, et.al.**
**Defendant(s) / Respondent(s)**

_____/

## WRIT OF GARNISHMENT

**THE STATE OF FLORIDA**
**To:  All and Singular the Sheriffs of the State:**

YOU ARE COMMANDED to summon garnishee, **TD BANK, NA by service at United States Corporation Company, 1201 Hayes Street, Tallahassee, Florida 32301-2525** to serve an answer to this writ on **ALAN I. KARTEN,** Esq. attorney for the Judgment Creditor, FVP Servicing, LLC. whose address is 321 Anderson Pond Road, Aiken, South Carolina 29803 within 20 days after service on the garnishee, exclusive of the date of service, and to file the original with the Clerk of the Broward County, Circuit court, 201 SE 6th Street, Ft. Lauderdale, Florida 33301 either before service on the Judgment Creditor FVP Servicing, LLC attorney or immediately thereafter, stating whether the garnishee is indebted to the Judgment Debtor, **AVRUMI LUBIN a/k/a JOSH LUBIN (**at the time of the answer or was indebted at the time of service of the writ, including back wages, commissions or other obligations**,** or at any time between such time, and in what sum and what tangible and intangible personal property of the defendant the garnishee has in his possession or control at the time of the answer or had at the time of the service of this writ, or anytime between such times, and whether the garnishee knows of any other person indebted to the defendants or who may have any of the property of the defendant in his possession or control.

1

Unique Code : CAA-FAA-BCABB-JEIHCIBI-BFGDIID-G Page 2 of 2

The amount set forth in Plaintiff's motion is $8,841,219.72 plus interest at the rate of 8.65 per annum from October 8, 2025.

Under Section 77.07, Florida Statutes, the defendant has a right to an immediate hearing to dissolve this writ.

WITNESS, the Clerk of the Circuit Court, and the seal of said Court, at the Courthouse at Broward County, Florida, this _____ day of _   FEB 03 2026

(SEAL)

**Clerk of the Circuit Court**

By: _____

Deputy Clerk

BRENDA D. FORMAN

2