

# Electronically Certified Court Record

### (cover page)

This cover page is for informational purposes only and is not a requirement when presenting the **Electronic Certified Document**. Directly below the cover page, at the bottom of page 1, you will find the digital signature bearing the identity and authority of the Clerk. On the left side of each page is a unique code identifying the electronic certification for this document.

---

### DOCUMENT INFORMATION

| | |
|---|---|
| **Agency Name:** | Broward County Clerk of Courts |
| **Clerk of the Circuit Court:** | Honorable Brenda D. Forman |
| **Date Issued:** | 6/28/2026 2:09:52 AM |
| **Unique Reference Number:** | CAA-FAA-BCABB-JFEJDFJC-BFGDIIF-H |
| **Case Docket:** | 2/23/2026 - Order of Contempt - 6 Pages |
| **Requesting Party Code:** | 500 |
| **Requesting Party Reference:** | A202606280206348D1C |

---

### HOW TO VERIFY THIS DOCUMENT

This electronically certified Court Record contains a unique electronic reference number for identification printed on each page. This document is delivered in PDF format and contains a digital signature identifying the certifier and a tamper proof seal indicating whether this document has been tampered with. The second page of this document contains a digital signature indicating the certifier as the Broward County Clerk of Courts. Open this document using Adobe Reader software to verify the digital signature of the author. Visit https://browardclerk.org/ecertify to learn more about validating this certified copy.



**IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA**

CASE NO. <u>**CACE22005125**</u>   DIVISION: <u>**07**</u>   JUDGE: <u>**Haimes, David A (07)**</u>

**FVP Opportunity Fund III, LP, et al**

Plaintiff(s) / Petitioner(s)

v.

**Scott Zankl, et al**

Defendant(s) / Respondent(s)

_____/

<u>**ORDER HOLDING AVRUMI LUBIN IN CONTEMPT OF COURT FOR HIS WILLFUL
FAILURE TO COMPLY WITH THIS COURT'S ORDERS AND FOR SANCTIONS AND
ATTORNEY FEES**</u>

This Cause having come before the Court for hearing on February 17, 2026 on this Court's Order to Show Cause dated February 4, 2026, why Avrumi Lubin ("Lubin") should not be held in contempt of Court for his willful failure to comply with the Court's Order requiring Lubin to file a completed Form 1.977 with the requisite attachments, from the date of the final judgment, within 45 days of the Court's Order (October 8, 2025); to show Cause why Lubin should not be held in contempt of Court for his willful failure to produce all documents as requested by the judgment creditor and ordered by this Court on January 9, 2026, and to impose sanctions and award of attorney fees this Court finds as follows:

1. This is a finding of indirect civil contempt, the purpose of which is to coerce compliance with prior lawful court orders and not to punish.

2. The Court entered Final Judgment in favor of the Plaintiff and against Lubin on October 8, 2025.

3. The Final Judgment required Lubin to file a completed Form 1.977, including all required attachments, within 45 days of the Court's Order. The due date for compliance with this Court's Order was November 24, 2025. (The 45th day fell on a Saturday)

4. Lubin has willfully failed to comply with the Court's Order directing him to complete a Form 1.977 with all required attachments and serve it on counsel for FVP.

5. FVP served Lubin with a request for production in aid of execution on December 3, 2025. The documents were to be produced by January 5, 2026.

*** FILED: BROWARD COUNTY, FL  BRENDA D. FORMAN,  CLERK 02/23/2026 09:02:33 PM.****

Unique Code : CAA-FAA-BCABB-JFEJDFJC-BFGDIIF-H Page 1 of 6

Case Number: CACE22005125

Unique Code : CAA-FAA-BCABB-JFEJDFJC-BFGDIIF-H Page 2 of 6

6. Lubin requested a stay of all post-judgment discovery. After a hearing, this Court denied Lubin's motion for a stay of post-judgment discovery.

7. In the same Order denying a stay of post-judgment discovery, this Court again ordered Lubin to provide to FVP's attorney a fully completed Form 1.977, and if married, a completed spouse - related portion, along with all required attachments, no later than January 27, 2026.

8. This Court also ordered that Lubin respond to FVP's request for production in aid of execution no later than January 27, 2026.

9. Lubin, who was present at the January 7, 2026, hearing on FVP's motion to compel and his motion for stay, has willfully failed to comply with the January 9, 2026, Order of this Court.

10. This Court's Order cautioned Lubin that his failure to comply with the January 9, 2026, Order could result in sanctions, costs, attorney's fees, and contempt.

11. On February 4, 2026, this Court entered an order to show Cause why Lubin should not be held in contempt of Court for his willful failure to comply with this Court's Order dated January 9, 2026, and the final judgment entered October 8, 2025.

12. The Order to Show Cause was served upon Lubin, Lubin filed a response thereto, and attended the hearing on the show cause order. The show cause order once again offered Lubin an off-ramp, permitting him up to February 13, 2026, to comply with all outstanding discovery requests, including Plaintiffs' request for production in aid of execution and full compliance with the final judgment.

13. Lubin failed to comply with this Court's show cause order and failed to produce a Form 1.977 or a single document or response to Plaintiffs' request for production in aid of execution.

14. Lubin failed to respond to the request for production in aid of execution.

15. This Court's January 9, 2026, Order and the Show-Cause order informed Lubin, with specificity, that failure to comply with this Court's orders could result in a finding that he was in contempt of Court.

16. Lubin, at the February 17, 2026, show-cause hearing, did not present to the Court a viable reason for failing to comply with the Court's Orders.

17. The Court finds that the final judgment dated October 8, 2025, and the January 9, 2026 order are valid prior court orders.

Case Number: CACE22005125

18. The Court finds that its October 8, 2025, Final Judgment and January 9, 2026, Order were clear, definite, and unambiguous in their requirements.

19. The Court finds that Lubin knew of the final judgment dated October 8, 2025, and the January 9, 2026, order.

20. The Court finds that the final judgment dated October 8, 2025, and the January 9, 2026, Order were clear and definite.

21. The Court finds that Lubin has the ability to comply with this Court's October 8, 2025, Order, this Court's January 9, 2026, Order, and the purge provision in the Court's show cause order. Lubin has intentionally and willfully defied this Court's orders. The Court specifically finds that completion of Form 1.977 and the production of documents require only disclosure of information and the production of documents within Lubin's possession, custody, or control. No credible evidence was presented establishing an inability to comply. Accordingly, the Court finds that Lubin has the present ability to comply."

22. The Court finds that Lubin was given an opportunity to be heard at all stages of these proceedings, after receiving proper notice.

IT IS HEREBY ORDERED AND ADJUDGED:

a. The Court adjudged AVRUMI LUBIN in contempt of Court for his willful, intentional, and continued failure to comply with the mandates of the October 8, 2025, final judgment, this Court's January 9, 2026, Order, and to avail himself of the purge provision of the show cause order, as those Orders apply to Form 1.977 and with all required attachments.

b. Lubin shall purge himself of contempt by:

c. (a) Filing a fully completed Form 1.977 with all required attachments; and

d. (b) Producing all non-privileged documents responsive to Plaintiff's Request for Production in Aid of Execution; and

e. (c) Serving a privilege log compliant with Fla. R. Civ. P. 1.280(b)(6),

f. no later than March 9, 2026, with an explanation of why each document is privileged or confidential.

Unique Code : CAA-FAA-BCABB-JFEJDFJC-BFGDIIF-H Page 3 of 6

g. This Court defers imposition of sanctions on Lubin until a hearing scheduled for March 9, 2026. It defers on Plaintiff's entitlement to reasonable attorney fees and costs incurred in prosecuting the contempt and enforcement, specifically reserving jurisdiction to determine the entitlement and amount, if any.

h. Lubin shall produce all documents as requested in FVP's request for production in aid of execution prior to the hearing scheduled for March 9, 2026.

i. Failure to comply prior to the March 9, 2026, hearing may result in further coercive sanctions, including incarceration, until compliance is achieved.

j. Lubin's Emergency Motion to Vacate/Reconsider Entered Order to Show Cause (Filing #241769762) is DENIED with prejudice.

**DONE AND ORDERED** in Chambers at Broward County, Florida on 23rd day of February, 2026.

CACE22005125 02-23-2026 2:34 PM
Hon. David A Haimes
**CIRCUIT COURT JUDGE**
Electronically Signed by David A Haimes

**Copies Furnished To:**
Alan I Karten , E-mail : alankartenlaw@gmail.com
Alan I Karten , E-mail : a.karten@yahoo.com
Alan R Crane , E-mail : staff1@furrcohen.com
Alan R Crane , E-mail : yfernandez@furrcohen.com
Alan R Crane , E-mail : acrane@furrcohen.com
Amanda Klopp , E-mail : jeanette.martinezgoldberg@akerman.com
Amanda Klopp , E-mail : luke.bovat@akerman.com
Amanda Klopp , E-mail : amanda.klopp@akerman.com
Andrew R Herron , E-mail : gservice@homerbonner.com
Andrew T. Sarangoulis , E-mail : asarangoulis@burr.com
Avrumi Lubin , E-mail : josh@spincapital.com
Bernard Egozi , E-mail : gale@egozilaw.com
Bernard Egozi , E-mail : begozi@egozilaw.com
Beth Anne Black , E-mail : alex.amburgy@gtlaw.com
Beth Anne Black , E-mail : blackb@gtlaw.com
Beth Anne Black , E-mail : WPBLitDock@gtlaw.com

Unique Code : CAA-FAA-BCABB-JFEJDFJC-BFGDIIF-H Page 4 of 6

Bradford M Cohen , E-mail : service@floridajusticefirm.com
Bradley A. Muhs , E-mail : bshepard@trenam.com
Bradley A. Muhs , E-mail : bmuhs@trenam.com
Bradley S Shraiberg , E-mail : dwoodall@slp.law
Bradley S Shraiberg , E-mail : bss@slp.law
Bradley S Shraiberg , E-mail : pmouton@slp.law
Branden Stillman , E-mail : bstillman@egozilaw.com
Catherine H Gleason , E-mail : ktgleasonlegal@gmail.com
Catherine H Gleason , E-mail : katie.gleason@isenberlaw.com
Charles Bennardini , E-mail : jam@kwblaw.com
Charles Bennardini , E-mail : cjb@kwblaw.com
Charles Gourlis , E-mail : cgourlis@letolawfirm.com
Charles Gourlis , E-mail : kzelaya@letolawfirm.com
Charles Gourlis , E-mail : LLFpleadings@ecf.courtdrive.com
David B Marks , E-mail : brett.marks@akerman.com
David B Marks , E-mail : charlene.cerda@akerman.com
Dominique Brown , E-mail : BrownD@KleinPark.com
Dominique Brown , E-mail : orozcol@kleinpark.com
Dominique Brown , E-mail : mcmurrayj@kleinpark.com
Ellen L. Leesfield , E-mail : cristina@ellenleesfield.com
Ellen L. Leesfield , E-mail : ellen@ellenleesfield.com
Elliot B Kula , E-mail : eservice@kulalegal.com
Elliot B Kula , E-mail : elliot@kulalegal.com
Grant Sarbinoff , E-mail : gsarbino@gmail.com
James Ari Rand , E-mail : Jmsrnd@gmail.com
Jerrell Andrew Breslin , E-mail : jerrellbreslin@gmail.com
Jerrell Andrew Breslin , E-mail : eservice@jsjb.law
Jerrell Andrew Breslin , E-mail : jb@jsjb.law
Joel M Aresty , E-mail : aresty@icloud.com
Joel M Aresty , E-mail : Aresty@mac.com
Jonathan E Kanov , E-mail : jekanov@mdwcg.com
Jonathan E Kanov , E-mail : kafriday@mdwcg.com
Jonathan Noah Schwartz , E-mail : jv@jsjb.law
Jonathan Noah Schwartz , E-mail : js@jsjb.law
Jonathan Schwartz, Esq. , E-mail : jschwartz@jonschwartzlaw.com
Jordan Kaplan , E-mail : Jordan@blfmiami.com
Josh N. Bennett , E-mail : josh@joshbennett.com
Keith Lee , E-mail : klee@feenixpartners.com
Kody Trespalacios , E-mail : SZamora@klugerkaplan.com
Kody Trespalacios , E-mail : KTrespalacios@klugerkaplan.com
Kody Trespalacios , E-mail : GRodriguez@klugerkaplan.com
Kristin Zankl , E-mail : kzankl@att.net
Laurence S. Litow , E-mail : lslitow@burr.com
Laurence S. Litow , E-mail : rzamora@burr.com
Legal Assistant , E-mail : receptionwlg300@gmail.com
Marc Evan Brandes , E-mail : lbevans@kfb-law.com

Unique Code : CAA-FAA-BCABB-JFEJDFJC-BFGDIIF-H Page 5 of 6

Case Number: CACE22005125

Unique Code : CAA-FAA-BCABB-JFEJDFJC-BFGDIIF-H Page 6 of 6

Marc Evan Brandes , E-mail : mbrandes@kfb-law.com
Marc Evan Brandes , E-mail : bvillalobos@kfb-law.com
Mark C Perry , E-mail : mark@markperrylaw.com
Mark C Perry , E-mail : maureen@markperrylaw.com
Matthew P Leto , E-mail : mleto@letolawfirm.com
Maury L. Udell , E-mail : notice66@bmulaw.com
Maury L. Udell , E-mail : blopez@bmulaw.com
Michael I Bernstein , E-mail : assistant@blfmiami.com
Michael I Bernstein , E-mail : paralegal@blfmiami.com
Michael I Bernstein , E-mail : michael@blfmiami.com
Nelly Pena , E-mail : janet.mcmurray@fmglaw.com
Nelly Pena , E-mail : stinelly.pena@fmglaw.com
Patrick Dorsey , E-mail : pdorsey@slp.law
Raymond J Rafool II , E-mail : SERVICE@RAFOOL.COM
Richard Lawrence Pearlman , E-mail : richard.pearlman@iglerlaw.com
Richard M Jones , E-mail : myrna.montane@fmglaw.com
Richard M Jones , E-mail : richard.jones@fmglaw.com
Robert C Buschel , E-mail : Buschel@BGlaw-pa.com
Robert C Buschel , E-mail : BG.J6R6@case.tinygnomes.com
Robert M Klein , E-mail : robert.klein@fmglaw.com
Robert M Klein , E-mail : martica.carrillo@fmglaw.com
Robert M Klein , E-mail : janet.mcmurray@fmglaw.com
Rose Mahdavieh , E-mail : rose.mahdavieh@gtlaw.com
Scott C Gherman , E-mail : kgleason@scottghermanpa.com
Scott C Gherman , E-mail : sgherman@scottghermanpa.com
Scott Zankl , E-mail : zanklscott3@gmail.com
Stanley Quinn Casey , E-mail : scasey@sqcaseylaw.com
Steven Harry Meyer , E-mail : service.meyerlaw@gmail.com
Teresa E Williams , E-mail : twilliams@williamslitigationgroup.com
William Patrick Ayers , E-mail : TB.FL.Garnishment@burr.com
Yoel Getter , E-mail : Yoel3514@aol.com
barry jay glickman , E-mail : flservice@zeklaw.com
barry jay glickman , E-mail : bglickman@zeklaw.com