

# Electronically Certified Court Record

### (cover page)

This cover page is for informational purposes only and is not a requirement when presenting the **Electronic Certified Document**. Directly below the cover page, at the bottom of page 1, you will find the digital signature bearing the identity and authority of the Clerk. On the left side of each page is a unique code identifying the electronic certification for this document.

---

### DOCUMENT INFORMATION

| | |
|---|---|
| **Agency Name:** | Broward County Clerk of Courts |
| **Clerk of the Circuit Court:** | Honorable Brenda D. Forman |
| **Date Issued:** | 6/28/2026 2:09:56 AM |
| **Unique Reference Number:** | CAA-FAA-BCABB-JGBIGFGI-BFGDIIG-E |
| **Case Docket:** | 3/20/2026 - Order - 5 Pages |
| **Requesting Party Code:** | 500 |
| **Requesting Party Reference:** | A202606280206348D1C |

---

### HOW TO VERIFY THIS DOCUMENT

This electronically certified Court Record contains a unique electronic reference number for identification printed on each page. This document is delivered in PDF format and contains a digital signature identifying the certifier and a tamper proof seal indicating whether this document has been tampered with. The second page of this document contains a digital signature indicating the certifier as the Broward County Clerk of Courts. Open this document using Adobe Reader software to verify the digital signature of the author. Visit https://browardclerk.org/ecertify to learn more about validating this certified copy.



**IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA**

CASE NO. <u>CACE22005125</u>  DIVISION: <u>07</u>  JUDGE: <u>**Haimes, David A (07)**</u>

**FVP Opportunity Fund III, LP, et al**

Plaintiff(s) / Petitioner(s)

v.

**Scott Zankl, et al**

Defendant(s) / Respondent(s)

_____/

<u>**RULING ON ORDER TO SHOW CAUSE UNDER FLA. STAT. § 68.093**</u>

This matter came before the Court on March 13, 2026, at a specially set hearing on the Order to Show Cause issued by this Court on February 23, 2026 requiring Defendant Avrumi "Josh" Lubin to show cause why sanctions and remedies under Fla. Stat. § 68.093 – Florida Vexatious Litigant Law – should not be imposed. At the hearing, counsel for the Plaintiffs and Mr. Lubin appeared in person and represented himself *pro se*. A court reporter was present.

The Court reviewed certain additional filings and emails that were not available to the Court when the Order to Show Cause was issued, which the Plaintiffs filed of record and suggested that they corroborated their prior motion and again requested that Mr. Lubin be adjudicated to be a vexatious litigant. Mr. Lubin presented no evidence or exhibits and generally asserted he believed his filings were within the rules. After hearing argument, the Court denied the request at this time to adjudicate Mr. Lubin a vexatious litigant.

However, the Court has notified Mr. Lubin very clearly on the record that this Court retains jurisdiction only over collateral (collection) or ministerial matters that do not interfere with the subject matter of the final judgment entered against him, which is on appeal. Consequently, any motion that seeks to revisit, vacate, modify, or otherwise challenge the merits of the final judgment—including motions directed to pretrial rulings, evidentiary or procedural rulings made before or during trial, or any other adjudications that were merged into the Final Judgment– may not be filed in this Court while the appeal is pending. Mr. Lubin was advised that, to the extent Mr. Lubin seeks to file any motion in this Court that would impact the final judgment or the matters currently before the appellate court, he must first obtain leave from the Fourth District Court of Appeal and obtain a relinquishment of jurisdiction before filing

Page 1 of 5

Unique Code : CAA-FAA-BCABB-JGBIGFGI-BFGDIIG-E Page 1 of 5

such motion in the trial court. Mr. Lubin acknowledged that he understood the Court's ruling.

The Court further notes that Mr. Lubin was advised at the hearing, and acknowledges that related case CACE22006401 was consolidated into the present case and is closed.

Finally, Mr. Lubin has stated he agreed that he shall not communicate with Plaintiffs' attorney's clients and all limit all communications to the counsel of record.

Accordingly, after due consideration, and the acknowledgements of Mr. Lubin, and the Court being otherwise fully advised in the premises, it is hereby,

ORDERED AND ADJUDGED:

1. Avrumi "Josh" Lubin is not adjudicated to be a "vexatious litigant" as defined by section 68.093(2)(c), Florida Statutes, at this time. However, the Court reserves the jurisdiction to revisit this ruling at a later time if appropriate. Therefore, Plaintiffs' motion to deem Avrumi "Josh" Lubin a "vexatious litigant" as defined by section 68.093(2)(c), Florida Statutes, is denied without prejudice.

2. Counsel for the Plaintiffs shall submit an order to Judge Towbin Singer requesting that the clerk close the case file in Case No.: CACE–22–01640 which was transferred to this court and consolidated for discovery and trial.

3. Avrumi "Josh" Lubin is again cautioned that although he has the right to represent himself *pro se*, a party who elects to proceed without counsel is bound by the same rules of procedure and standards of conduct that govern attorneys and represented litigants. Accordingly, Mr. Lubin must comply with the Florida Rules of Civil Procedure, applicable court orders, and standards of courtroom conduct to the same extent as any attorney appearing before this Court.

4. The Court reserves jurisdiction to enforce or modify this order in the interests of justice.

**DONE AND ORDERED** in Chambers at Broward County, Florida on <u>20th day of March, 2026</u>.

<u>CACE22005125 03-20-2026 4:44 PM</u>
Hon. David A Haimes
**CIRCUIT COURT JUDGE**
Electronically Signed by David A Haimes

**Copies Furnished To:**
Alan I Karten , E-mail : a.karten@yahoo.com

Unique Code : CAA-FAA-BCABB-JGBIGFGI-BFGDIIG-E Page 2 of 5

Case Number: CACE22005125

Unique Code : CAA-FAA-BCABB-JGBIGFGI-BFGDIIG-E Page 3 of 5

Alan I Karten , E-mail : alankartenlaw@gmail.com
Alan R Crane , E-mail : staff1@furrcohen.com
Alan R Crane , E-mail : yfernandez@furrcohen.com
Alan R Crane , E-mail : acrane@furrcohen.com
Amanda Klopp , E-mail : jeanette.martinezgoldberg@akerman.com
Amanda Klopp , E-mail : luke.bovat@akerman.com
Amanda Klopp , E-mail : amanda.klopp@akerman.com
Andrew R Herron , E-mail : gservice@homerbonner.com
Andrew T. Sarangoulis , E-mail : asarangoulis@burr.com
Avrumi Lubin , E-mail : josh@spincapital.com
Bernard Egozi , E-mail : gale@egozilaw.com
Bernard Egozi , E-mail : begozi@egozilaw.com
Beth Anne Black , E-mail : WPBLitDock@gtlaw.com
Beth Anne Black , E-mail : alex.amburgy@gtlaw.com
Beth Anne Black , E-mail : blackb@gtlaw.com
Bradford M Cohen , E-mail : service@floridajusticefirm.com
Bradley A. Muhs , E-mail : bshepard@trenam.com
Bradley A. Muhs , E-mail : bmuhs@trenam.com
Bradley S Shraiberg , E-mail : dwoodall@slp.law
Bradley S Shraiberg , E-mail : bss@slp.law
Bradley S Shraiberg , E-mail : pmouton@slp.law
Branden Stillman , E-mail : bstillman@egozilaw.com
Catherine H Gleason , E-mail : ktgleasonlegal@gmail.com
Catherine H Gleason , E-mail : katie.gleason@isenberlaw.com
Charles Bennardini , E-mail : cjb@kwblaw.com
Charles Bennardini , E-mail : jam@kwblaw.com
Charles Gourlis , E-mail : cgourlis@letolawfirm.com
David B Marks , E-mail : brett.marks@akerman.com
David B Marks , E-mail : charlene.cerda@akerman.com
Dominique Brown , E-mail : orozcol@kleinpark.com
Dominique Brown , E-mail : BrownD@KleinPark.com
Dominique Brown , E-mail : mcmurrayj@kleinpark.com
Ellen L. Leesfield , E-mail : cristina@ellenleesfield.com
Ellen L. Leesfield , E-mail : ellen@ellenleesfield.com
Elliot B Kula , E-mail : eservice@kulalegal.com
Elliot B Kula , E-mail : elliot@kulalegal.com
Grant Sarbinoff , E-mail : gsarbino@gmail.com
James Ari Rand , E-mail : Jmsrnd@gmail.com
Jared L Gamberg , E-mail : jaredgamberg@gamberglaw.com
Jared L Gamberg , E-mail : vdelponte@gamberglaw.com
Jerrell Andrew Breslin , E-mail : jerrellbreslin@gmail.com
Jerrell Andrew Breslin , E-mail : eservice@jsjb.law
Jerrell Andrew Breslin , E-mail : jb@jsjb.law
Joel M Aresty , E-mail : aresty@icloud.com
Joel M Aresty , E-mail : Aresty@mac.com
Jonathan E Kanov , E-mail : kafriday@mdwcg.com

Unique Code : CAA-FAA-BCABB-JGBIGFGI-BFGDIIG-E Page 4 of 5

Jonathan E Kanov , E-mail : jekanov@mdwcg.com
Jonathan Noah Schwartz , E-mail : jv@jsjb.law
Jonathan Noah Schwartz , E-mail : js@jsjb.law
Jonathan Schwartz, Esq. , E-mail : jschwartz@jonschwartzlaw.com
Jordan Kaplan , E-mail : Jordan@blfmiami.com
Josh N. Bennett , E-mail : josh@joshbennett.com
Keith Lee , E-mail : klee@feenixpartners.com
Kevin C. Kaplan , E-mail : kkaplan@coffeyburlington.com
Kevin C. Kaplan , E-mail : lperez@coffeyburlington.com
Kevin C. Kaplan , E-mail : service@coffeyburlington.com
Kody Trespalacios , E-mail : SZamora@klugerkaplan.com
Kody Trespalacios , E-mail : KTrespalacios@klugerkaplan.com
Kody Trespalacios , E-mail : GRodriguez@klugerkaplan.com
Kristin Zankl , E-mail : kzankl@att.net
Laurence S. Litow , E-mail : lslitow@burr.com
Laurence S. Litow , E-mail : rzamora@burr.com
Legal Assistant , E-mail : receptionwlg300@gmail.com
Marc Evan Brandes , E-mail : bvillalobos@kfb-law.com
Marc Evan Brandes , E-mail : lbevans@kfb-law.com
Marc Evan Brandes , E-mail : mbrandes@kfb-law.com
Mark C Perry , E-mail : mark@markperrylaw.com
Mark C Perry , E-mail : maureen@markperrylaw.com
Matthew P Leto , E-mail : mleto@letolawfirm.com
Matthew P Leto , E-mail : kzelaya@letolawfirm.com
Matthew P Leto , E-mail : LLFpleadings@ecf.courtdrive.com
Maury L. Udell , E-mail : notice66@bmulaw.com
Maury L. Udell , E-mail : blopez@bmulaw.com
Michael I Bernstein , E-mail : paralegal@blfmiami.com
Michael I Bernstein , E-mail : assistant@blfmiami.com
Michael I Bernstein , E-mail : michael@blfmiami.com
Nelly Pena , E-mail : janet.mcmurray@fmglaw.com
Nelly Pena , E-mail : stinelly.pena@fmglaw.com
Pamela I. Perry , E-mail : pam@pamperrylaw.com
Pamela I. Perry , E-mail : cristina@pamperrylaw.com
Patrick Dorsey , E-mail : pdorsey@slp.law
Raymond J Rafool II , E-mail : SERVICE@RAFOOL.COM
Richard Lawrence Pearlman , E-mail : richard.pearlman@iglerlaw.com
Richard M Jones , E-mail : richard.jones@fmglaw.com
Richard M Jones , E-mail : myrna.montane@fmglaw.com
Robert C Buschel , E-mail : BG.J6R6@case.tinygnomes.com
Robert C Buschel , E-mail : Buschel@BGlaw-pa.com
Robert M Klein , E-mail : janet.mcmurray@fmglaw.com
Robert M Klein , E-mail : robert.klein@fmglaw.com
Robert M Klein , E-mail : martica.carrillo@fmglaw.com
Rose Mahdavieh , E-mail : rose.mahdavieh@gtlaw.com
Scott C Gherman , E-mail : sgherman@scottghermanpa.com

Scott C Gherman , E-mail : kgleason@scottghermanpa.com
Scott Zankl , E-mail : zanklscott3@gmail.com
Stanley Quinn Casey , E-mail : scasey@sqcaseylaw.com
Steven Harry Meyer , E-mail : service.meyerlaw@gmail.com
Teresa E Williams , E-mail : twilliams@williamslitigationgroup.com
William Patrick Ayers , E-mail : TB.FL.Garnishment@burr.com
Yoel Getter , E-mail : Yoel3514@aol.com
barry jay glickman , E-mail : flservice@zeklaw.com
barry jay glickman , E-mail : bglickman@zeklaw.com

Unique Code : CAA-FAA-BCABB-JGBIGFGI-BFGDIIG-E Page 5 of 5