**IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT, 110 SOUTH TAMARIND AVENUE, WEST PALM BEACH, FL  33401**

June 26, 2026

| | |
|---|---|
| AVRUMI LUBIN a/k/a JOSH LUBIN,<br>          Appellant(s),<br>v.<br><br>FVP OPPORTUNITY FUND III, L.P., et al.,<br>          Appellee(s). | **CASE NO. - 4D2026-1512**<br>L.T. No. - 062022CA005125AXXXCE |

**BY ORDER OF THE COURT:**

ORDERED that appellant's June 22, 2026 motion to supplement is denied. Further,

ORDERED that appellant's June 23, 2026 request is denied as moot. Further,

ORDERED that appellant's June 10, 2026 "Motion for Leave to File Limited Reply and Supplemental Appendix" is denied. Fla. R. App. P. 9.300(a). Further, upon consideration of the parties' submissions, it is

ORDERED that appellant's May 21, 2026 "Emergency Motion For Immediate Administrative Stay, Stay Pending Review, And Expedited Consideration" is treated as a motion for review, Fla. R. App. P. 9.310(a), (f), and is denied. Further,

ORDERED that appellant's June 11, 2026 "Motion To Expedite Consideration of Appeal" is denied. Further, upon consideration of the parties' submissions, it is

ORDERED that appellees' June 16, 2026 "Motion for Leave to File Reply in Support of Motion to Strike Portions of Appellant's Reply Brief, etc." is denied. Fla. R. App. P. 9.300(a). Further, upon consideration of the parties' submissions, it is

ORDERED that appellees' June 11, 2026 "Appellees' Motion To Strike Portions of Appellant's Reply Brief or, in the Alternative, For Leave to File a Supplemental Answer Brief" is denied. However, arguments not presented in the initial brief are waived and will not be considered on appeal. *Hall v. State*, 823 So. 2d 757, 763 (Fla. 2002) ("an issue that is not raised in the initial brief is deemed abandoned"). Further, upon consideration of the parties' submissions, it is

ORDERED that appellees' June 12, 2026 "Motion To Dismiss, In Part, The Appeal For Lack of Appellate Standing As to Provisions of the Order Adjudicating the Rights of Nonparty Entities Spin Capital, LLC and Teton Funding, LLC" is denied. Further,

ORDERED that, within ten (10) days from the date of this order, appellant shall file a response and show cause why this Court should not impose sanctions, including, but not limited to, prohibiting appellant from self-representation in this Court. *See Woodson v. State*, 242 So. 3d 315, 316 (Fla. 2019) ("This Court has exercised its inherent authority to sanction litigants who abuse the judicial process and burden its limited resources with repeated requests for relief that are either frivolous or devoid of merit."); *Ardis v. Ardis*, 130 So. 3d 791, 793 (Fla. 1st DCA 2014) ("This court does not impose sanctions against pro se litigants lightly. However, a citizen abuses the right to pro se access by filing repetitious and frivolous pleadings, thereby diminishing the ability of the courts to devote their finite resources to the consideration of legitimate claims."); *Gladstone v. Smith*, 729 So. 2d 1002, 1004 (Fla. 4th DCA 1999) ("A pro se litigant should not be held to a lesser standard than a reasonably competent attorney because applying a lesser standard would only encourage continued frivolous litigation.").

Served:
Jerrell A Breslin
Patrick Richard Dorsey
Alan Ira Karten
Avrumi Lubin
Jonathan Schwartz

KEH

**I HEREBY CERTIFY** that the foregoing is a true copy of the court's order.

**LONN WEISSBLUM, Clerk**
**Fourth District Court of Appeal**
4D2026-1512 June 26, 2026

