## IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT, 110 SOUTH TAMARIND AVENUE, WEST PALM BEACH, FL  33401

June 26, 2026

AVRUMI LUBIN,
      Appellant(s)

v.

FVP OPPORTUNITY FUND III, LP, et al.,
      Appellee(s)

**CASE NO. - 4D2025-3564**
**TRAVEL TOGETHER NO. - 4D2026-1512**
L.T. No. - 062022CA005125AXXXCE

**BY ORDER OF THE COURT:**

ORDERED that, upon consideration of the parties' submissions, Appellant's May 22, 2026 emergency motion for temporary administrative stay is treated as a motion for review and is denied. Further,

ORDERED that Appellant's June 9, 2026 motion for leave to file limited reply and supplemental appendix is denied. The June 8, 2026 supplemental appendix is stricken. Further,

ORDERED *sua sponte* that case numbers 4D2025-3564 and 4D2026-1512 are consolidated for purposes of assignment to the same appellate panel only.

Served:
Avrumi Lubin
Jerrell A Breslin
Patrick Richard Dorsey
Elliot Burt Kula
Jonathan Schwartz
Elaine D. Walter

KTH

**I HEREBY CERTIFY** that the foregoing is a true copy of the court's order.

**LONN WEISSBLUM, Clerk**
**Fourth District Court of Appeal**
4D2025-3564 June 26, 2026

