

# Electronically Certified Court Record

### (cover page)

This cover page is for informational purposes only and is not a requirement when presenting the **Electronic Certified Document**. Directly below the cover page, at the bottom of page 1, you will find the digital signature bearing the identity and authority of the Clerk. On the left side of each page is a unique code identifying the electronic certification for this document.

---

### DOCUMENT INFORMATION

| | |
|---|---|
| **Agency Name:** | Broward County Clerk of Courts |
| **Clerk of the Circuit Court:** | Honorable Brenda D. Forman |
| **Date Issued:** | 6/28/2026 2:10:00 AM |
| **Unique Reference Number:** | CAA-FAA-BCABB-JHIAFEBH-BFGDIIH-J |
| **Case Docket:** | 5/19/2026 - Notice of Sale - Issued by Attorney - 4 Pages |
| **Requesting Party Code:** | 500 |
| **Requesting Party Reference:** | A202606280206348D1C |

---

### HOW TO VERIFY THIS DOCUMENT

This electronically certified Court Record contains a unique electronic reference number for identification printed on each page. This document is delivered in PDF format and contains a digital signature identifying the certifier and a tamper proof seal indicating whether this document has been tampered with. The second page of this document contains a digital signature indicating the certifier as the Broward County Clerk of Courts. Open this document using Adobe Reader software to verify the digital signature of the author. Visit https://browardclerk.org/ecertify to learn more about validating this certified copy.



Unique Code : CAA-FAA-BCABB-JHIAFEBH-BFGDIIH-J Page 1 of 4

### IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
### IN AND FOR BROWARD COUNTY, FLORIDA

FVP OPPORTUNITY FUND III, L.P.,       CASE NO: CACE-2022-005125
Et.al.

     **Plaintiffs,**

v.

**AVRUMI LUBIN, et al.**

     **Defendants,**

_____/

### NOTICE OF PRIVATE SALE OF TRANSFERABLE INTERESTS
### AND NOTICE OF PRIVATE SALE CONDUCTED BY ZOOM

PLEASE TAKE NOTICE that pursuant to the Court's Order Imposing Charging Orders, Requiring Turnover of Financial Information, Enjoining Transfers, Authorizing Foreclosure of Transferable Interests, and Establishing Procedures for Private or Judicial Sale entered on May 15, 2026 (the "Charging Order"), the undersigned, ATTORNEY FOR THE Judgment Creditors, shall conduct a private sale of the transferable interests owned by Judgment Debtor AVRUMI LUBIN in the following limited liability companies:

1. Spin Capital, LLC, a New Jersey limited liability company [#0450354731]; and
2. Teton Funding, LLC, a Delaware limited liability company [#10397373].

The sale is being conducted pursuant to Section 605.0503, Florida Statutes, and the Court's Charging Order foreclosing the transferable interests of Avrumi Lubin in the Subject LLCs.

DATE OF PRIVATE SALE: June 26, 2026
TIME OF PRIVATE SALE: 10:00 A.M.
LOCATION OF SALE: Conducted remotely via Zoom videoconference.

ZOOM INFORMATION:

Meeting ID: 86195190597
Passcode: 554369

*** FILED: BROWARD COUNTY, FL  BRENDA D. FORMAN,  CLERK 05/19/2026 03:56:43 PM.****

Zoom Link:
https://us02web.zoom.us/j/86195190597?pwd=cTmgr5bsTnAdEWydNI9yqBn
OBKnmyH.1

The sale shall be conducted by Judgment Creditors' counsel, Alan I. Karten,
Esq., as authorized by the Charging Order.

DESCRIPTION OF INTERESTS TO BE SOLD

The sale shall include the membership interest of the Judgment Debtor Avrumi
Lubin in:

(a) Spin Capital, LLC; and
(b) Teton Funding, LLC.

The interests are being sold subject to the Court's Charging Order and any
further orders entered by this Court.

OUTSTANDING JUDGMENT

As of the date of this Notice, the outstanding balance due under the Final
Judgment, including accrued post-judgment interest, attorneys' fees, and
costs, exceeds $4,513.427.80

METHOD OF SALE

The private sale shall be conducted in a commercially reasonable manner by
Zoom videoconference and may proceed by:

(a) live oral bidding;
(b) sealed competing bids submitted in advance;
(c) credit bid by Judgment Creditors;
(d) negotiated sale; or
(e) any combination thereof.

The Judgment Creditors reserve the right to adjourn or continue the sale
without further court order.

RIGHT TO CREDIT BID

Pursuant to the Charging Order, the Judgment Creditors may credit bid all or
any portion of the outstanding Final Judgment, including accrued interest,
attorneys' fees, and costs, without payment of cash.

QUALIFIED BIDDERS

Unique Code : CAA-FAA-BCABB-JHIAFEBH-BFGDIIH-J Page 2 of 4

Unique Code : CAA-FAA-BCABB-JHIAFEBH-BFGDIIH-J Page 3 of 4

Any prospective purchaser seeking to participate in the sale must provide the following no later than five (5) business days before the sale:

1. Written notice of intent to bid;
2. Proof of financial ability to close;
3. Contact information for bidder and counsel;
4. Executed confidentiality agreement, if requested;

The Judgment Creditors reserve the right to reject any bid not made in good faith or not commercially reasonable.

DUE DILIGENCE

Prospective bidders may request due diligence materials by contacting:

Alan I. Karten, Esq.

Email: alankartenlaw@gmail.com

Access to due diligence materials may require execution of a confidentiality agreement.

RIGHT OF REDEMPTION

Pursuant to the Charging Order, Avrumi Lubin may redeem the transferable interests at any time before consummation of the sale by paying in full:

(a) the outstanding Final Judgment;
(b) accrued post-judgment interest;
(c) attorneys' fees and costs; and
(d) all reasonable expenses of the sale.

TAX NOTICE

The transferable interests involve single-member limited liability companies that may be treated as pass-through or disregarded entities for federal and state tax purposes. Prospective purchasers are advised to consult independent tax counsel prior to bidding because acquisition of the transferable interests may result in allocation of taxable income without corresponding cash distributions.

NOTICE TO CREDITORS AND OTHER CLAIMANTS

Any person or entity claiming an interest in the transferable interests or asserting a lien thereon must provide written notice of such claim to the undersigned counsel prior to the sale date.

REPORT OF SALE

A Report of Sale shall be filed with the Court following consummation of the sale in accordance with the Charging Order.

Dated: May 19, 2026.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 19, 2026, I electronically filed this Notice of Private Sale with the Clerk of Court using the Florida E-Filing Portal in compliance with Rule 2.516(a).


Respectfully submitted,
Law Office of Alan I. Karten, PLLC
321 Anderson Pond Road
Aiken, South Carolina 29803
Telephone: (305) 490-2767
alankartenlaw@gmail.com


___/S/ Alan I. Karten___
Alan I. Karten, Esq.
Attorney for FVP
Florida Bar No. 200263

Unique Code : CAA-FAA-BCABB-JHIAFEBH-BFGDIIH-J Page 4 of 4