**BALDASSARE & MARA, LLC**

75 Livingston Avenue, Suite 101

Roseland, NJ 07068

T: (973) 604-6686

F: (973) 556-1071

E: JMara@mabalaw.com

**SCHWARTZ | BRESLIN, PLLC**

The DuPont Building, 169 East Flagler Street, Suite 700

Miami, Florida 33131

T: 305-577-4626

F: 305-577-4630

E: JB@JSJB.Law | EService@JSJB.Law

*Attorneys for Plaintiffs*
*FVP Servicing, LLC,*
*FVP Opportunity Fund III, LP,*
*and FVP Investments LLC*

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>AVRUMI LUBIN a/k/a Josh Lubin,<br><br>Debtor. | Case No.: 26-17342-EJO<br>Chapter 11<br>Hearing Date: [to be set]<br>Judge: Eamonn J. O'Hagan |

### APPLICATION FOR ORDER SHORTENING TIME

The applicant, Jennifer Mara, Esq., on behalf of FVP Servicing, LLC, FVP Opportunity Fund III, LP, and FVP Investments LLC ("FVP"), requests that the time period for notice of, and a hearing on, FVP's Motion for Orders (I) Vacating the Automatic Stay, (II) Dismissing the Chapter 11 Case with Prejudice, (III) Barring Re-Filing, (IV) Granting Prospective and In Rem Relief, and (V) Waiving the 14-Day Stay (the "Motion"), as otherwise required by D.N.J. LBR 9013-2(a) and

Fed. R. Bankr. P. 2002, be shortened pursuant to Fed. R. Bankr. P. 9006(c)(1), for the reasons set forth below:

1.      A shortened-time hearing is requested because the relief is time-sensitive: the Debtor filed this petition pro se on June 25, 2026 — the day before a June 26, 2026 judicial sale of his interest in Spin Capital, LLC — and a sale of his interest in JL Special Investments, LLC is noticed for July 24, 2026. The Debtor has a demonstrated history of filing on the eve of sales to defeat enforcement, and the Clerk's Order to Show Cause to dismiss for failure to file schedules is returnable July 16, 2026. Absent expedited relief, FVP will again be delayed and the July 24 sale jeopardized.

2.      FVP requests that a hearing be held on or before July 20, 2026 (and, if convenient to the Court, on the July 16, 2026 date already set for the Clerk's Order to Show Cause), with objections due at or before the hearing.

3.      Reduction of the time period is not prohibited under Fed. R. Bankr. P. 9006(c)(1).

The applicant requests entry of the proposed Order Shortening Time submitted herewith. Chambers has been (or will be) notified at the presiding judge's chambers email address in accordance with D.N.J. LBR 9013-2(c).

Respectfully,

**BALDASSARE & MARA, LLC**

Dated: July 2, 2026

By:     /s/ Jennifer Mara
        Jennifer Mara, Esq.

        Jerrell Breslin, Esq.
        (pro hac vice application pending)