**BALDASSARE & MARA, LLC**

75 Livingston Avenue, Suite 101

Roseland, NJ 07068

T: (973) 604-6686

F: (973) 556-1071

E: JMara@mabalaw.com

**SCHWARTZ | BRESLIN, PLLC**

The DuPont Building, 169 East Flagler Street, Suite 700

Miami, Florida 33131

T: 305-577-4626

F: 305-577-4630

E: JB@JSJB.Law | EService@JSJB.Law

*Attorneys for Plaintiffs*

*FVP Servicing, LLC,*

*FVP Opportunity Fund III, LP,*

*and FVP Investments LLC*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In Re: <br><br> AVRUMI LUBIN a/k/a Josh Lubin, <br><br> Debtor. | Case No.: 26-17342-EJO <br> Chapter 11 |

**[PROPOSED]**
**ORDER SHORTENING TIME PERIOD FOR NOTICE,**
**SETTING HEARING AND LIMITING NOTICE**

After review of the application of Jennifer Mara, Esq., on behalf of FVP, for a reduction of time for a hearing on FVP's Motion to Vacate the Automatic Stay and to Dismiss the Chapter 11 Case with Prejudice (and related relief), under Fed. R. Bankr. P. 9006(c)(1), it is ORDERED as follows:

1.        A hearing will be conducted on the Motion on _____, 2026 at _____:_____ in the United States Bankruptcy Court, Clarkson S. Fisher U.S. Courthouse, 402 East State Street, Trenton, New Jersey, Courtroom No. _____ (or via the Judge's standard Zoom link).

2.        The Applicant must serve a copy of this Order and all related documents on: the Debtor, Avrumi Lubin a/k/a Josh Lubin (pro se), 1460 Arboretum Parkway, Lakewood, NJ 08701; the Office of the United States Trustee, Newark, NJ; and all parties having filed a notice of appearance, by [ ] overnight mail [ ] regular mail [ ] email [ ] hand delivery, as selected by the Court.

3.        Service must be made within _____ day(s) of the date of this Order.

4.        A Certification of Service must be filed prior to the hearing date.

5.        Any objection to the Motion must be filed with the Court and served on all parties in interest _____ day(s) prior to the hearing, or may be presented orally at the hearing, as the Court directs.

6.        Court appearances [ ] are / [ ] are not required. The hearing will be conducted via the Judge's standard Zoom link for remote appearances, available on the Judge's page on the Court's website.

_____
HON. EAMONN J. O'HAGAN,
  UNITED STATES BANKRUPTCY JUDGE