**BALDASSARE & MARA, LLC**
75 Livingston Avenue, Suite 101
Roseland, NJ 07068
T: (973) 604-6686
F: (973) 556-1071
E: JMara@mabalaw.com

*Attorney for Plaintiffs*
*FVP Servicing, LLC,*
*FVP Opportunity Fund III, LP,*
*and FVP Investments LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In Re:<br><br>AVRUMI LUBIN a/k/a Josh Lubin,<br><br>Debtor. | Case No.: 26-17342-EJO<br>Chapter 11 |

**NOTICE OF MOTION FOR ADMISSION PRO HAC VICE**

**PLEASE TAKE NOTICE** that Plaintiffs FVP Servicing, LLC, FVP Opportunity Fund III, LP, and FVP Investments LLC, by and through counsel, Baldassare & Mara, LLC, shall move before the Honorable Eamonn J. O'Hagan, U.S.B.J. on August 6, 2026, or as soon thereafter as counsel may be heard, for the entry of an Order pursuant to Local Civil Rule 101.1(c), admitting Jerrell Breslin, Esq., a member in good standing of the bar of the State of Florida, as counsel *pro hac vice* in this matter.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Plaintiffs shall rely upon the accompanying Certifications of Jennifer Mara, Esq. and Jerrell Breslin, Esq.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that all counsel of record consent to the *pro hac vice* admission of Jerrell Breslin, Esq.

**BALDASSARE & MARA, LLC**

Dated: July 2, 2026

By:      */s/ Jennifer Mara*
Jennifer Mara, Esq.
75 Livingston Avenue, Suite 101
Roseland, New Jersey 07068
T: (973) 604-6686
F: (973) 556-1071
E: JMara@mabalaw.com

*Attorneys for Plaintiffs*
*FVP Servicing, LLC,*
*FVP Opportunity Fund III, LP,*
*and FVP Investments LLC*