**BALDASSARE & MARA, LLC**
75 Livingston Avenue, Suite 101
Roseland, NJ 07068
T: (973) 604-6686
F: (973) 556-1071
E: JMara@mabalaw.com

*Attorneys for Plaintiffs*
*FVP Servicing, LLC,*
*FVP Opportunity Fund III, LP,*
*and FVP Investments LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In Re:<br><br>AVRUMI LUBIN a/k/a Josh Lubin,<br><br>        Debtor. | Case No.: 26-17342-EJO<br>Chapter 11<br><br>**CERTIFICATION OF**<br>**<u>JERRELL ANDREW BRESLIN, ESQ.</u>** |

    **JERRELL BRESLIN, ESQ.** of full age, hereby certifies as follows:

    1.    I am an attorney and partner in the law firm of Schwartz | Breslin, PLLC in Miami, Florida.  I make this certification in support of my application for admission *pro hac vice* in this matter pursuant to Local Civil Rule 101.1(c).

    2.    I am a member in good standing of the State Bar of Florida bearing Fla Bar # 269573, and am also a member in good standing and eligible to practice before the United States District Court for the Southern District of Florida (1981).; United States District Bankruptcy Court for the Southern District of Florida (2020); The United States District before the Middle District of Florida (2012); The United States District Court for the Northern District of Florida (2012; Pro Have Vice Admission United States District Court for in the Eastern District of Texas  (2025); and Pro hac Vice Admission to Northern District of California. (2023).

3.      The office in Florida that maintains the roll of attorneys in good standing is:

The Florida Bar
651 East Jefferson Street
Tallahassee, FL 32399

4.      There are no disciplinary proceedings pending against me as a member of the bar of any jurisdiction, and I am not now, nor have I been for the past five years, subject to suspension or disbarment by the bar of any court.

5.      I am the lead counsel of the Plaintiffs FVP Servicing, LLC, FVP Opportunity Fund III, LP, and FVP Investments LLC in the underlying action, which included extensive proceedings in  the United States Bankruptcy Court for the Southern District of Florida in the matters of: *In re: Auto Wholesale of Boca, LLC, Case No. 22-15627-EPK* and *FVP Opportunity Fund III, LP, FVP Investments, LLC, and FVP Servicing, LLC v. Auto Wholesale of Boca, LLC,* Adversary Case No. 22-01218-EPK as well as the jury trial resulting in the fraud judgment against the Debtor Avrumi "Johs" Lubin, and believe that I will be able to assist our local counsel as well as the Court in outlining the history of this matter and the circumstances surrounding the last minute bankruptcy petition filed in this Court which, as is articulated in a separate motion, is suggested was done in bad faith. I believe in good faith that my participation in this case through my admission *pro hac vice* will facilitate the orderly representation of my client's interests in this matter.

6.      I am aware that if I am admitted *pro hac vice*, I must make payment to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2(a) for each year in which I continue to represent a client in any matter pending in this court.  I am also aware that Local Civil Rule 101.1(c) requires payment of $250 to the Clerk of this Court in connection with my admission for this case.

7.      I am further aware that, if admitted *pro hac vice*, I am within the disciplinary

jurisdiction of this Court.

8.      I will abide by Local Civil Rule 101.1(c) for the District of New Jersey.

9.      Jennifer Mara, Esq., is counsel of record for Plaintiffs in this action, and if this motion is granted, all notices, orders and pleadings may be served upon her law firm, Baldassare & Mara, LLC.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July1, 2026

Jerrell Breslin Esq.

3