UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**BALDASSARE & MARA, LLC**
75 Livingston Avenue, Suite 101
Roseland, NJ 07068
T: (973) 604-6686
F: (973) 556-1071
E: JMara@mabalaw.com

**SCHWARTZ | BRESLIN, PLLC**
The DuPont Building
169 East Flagler Street, Suite 700
Miami, Florida 33131 T: 305-577-4626
F: 305-577-4630
E: JB@JSJB.Law  |  EService@JSJB.Law

Attorneys for FVP Servicing, LLC, FVP Opportunity Fund III, LP, and
FVP Investments LLC

---

In Re:

Avrumi Lubin

Debtor.

**Order Filed on July 6, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: _____26-17342_____

Chapter: _____11_____

Judge: _____O'Hagan_____

# ORDER SHORTENING TIME PERIOD FOR NOTICE,
## SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

—

**DATED: July 6, 2026**

_____
Honorable Eamonn J. O'Hagan
United States Bankruptcy Judge

After review of the application of ___FVP Investments LLC, FVP Opportunity Fund III, LP, and FVP Servicing, LLC.___ for a reduction of

time for a hearing on ___Motion to Vacate the Automatic Stay with Prospective Relief, In Rem Relief and Waiving the 14-Day Stay,___

___Dismissing the Ch. 11 Case with Prejudice, Barring Refiling and Imposing a Gatekeeping Injunction___ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on ___July 23, 2026___ at __2:00 p.m.__ ~~in the United States Bankruptcy Court,~~ via Zoom only. See paragraph 9. ~~Courtroom No._____.~~

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties:
 Debtor, US Trustee, 20 largest unsecured creditors, and all parties having filed a Notice of Appearance

_____

by ☒ each, ❑ any of the following methods selected by the Court:

   ❑ fax, ☒ overnight mail, ❑ regular mail, ☒ email, ❑ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:

_____

_____

by ❑ each, ❑ any of the following methods selected by the Court:

   ❑ fax, ❑ overnight mail, ❑ regular mail, ❑ email, ❑ hand delivery.

4. Service must be made:

   ☒ on the same day as the date of this order, or

   ❑ within _____ day(s) of the date of this Order.

5. Notice by telephone:

   ☒ is not required

   ❑ must be provided to _____

      ❑ on the same day as the date of this Order, or

      ❑ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to said motion/application identified above:

☒ must be filed with the Court and served on all parties in interest by electronic or overnight mail

  2   day(s) prior to the scheduled hearing; or

☐ may be presented orally at the hearing.

8.  ☒ Court appearances are required to prosecute said motion/application and any objections.

 ☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

9.  ☒ The hearing will be conducted via Zoom using the Judge's standard Zoom link for remote appearances, which can be found on the Judge's page on the Court's website: https://www.njb.uscourts.gov/

 ☐ The hearing will be conducted via a specialized Zoom link. See instructions below:

*rev.5/19/2025*