**BALDASSARE & MARA, LLC**
75 Livingston Avenue, Suite 101
Roseland, NJ 07068
T: (973) 604-6686
F: (973) 556-1071
E: JMara@mabalaw.com

**SCHWARTZ | BRESLIN, PLLC**
The DuPont Building, 169 East Flagler Street, Suite 700
Miami, Florida 33131
T: 305-577-4626
F: 305-577-4630
E: JB@JSJB.Law | EService@JSJB.Law

*Attorneys for Plaintiffs*
*FVP Servicing, LLC,*
*FVP Opportunity Fund III, LP,*
*and FVP Investments LLC*

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>AVRUMI LUBIN a/k/a Josh Lubin,<br><br>Debtor. | Case No.: 26-17342-EJO<br>Chapter 11 |

### CERTIFICATION OF SERVICE

1.      I, Jennifer Mara, Esq., represent FVP Servicing, LLC, FVP Opportunity Fund III, LP, and FVP Investments LLC in this matter.

2.      On July 6, 2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: (a) Notice of Motion; (b) Certification of Jennifer Mara, Esq. with exhibits; (c) Memorandum of Law; (d) proposed Order; (e) Application for Order Shortening Time and proposed Order Shortening Time; and (f) this Certification of Service.

3.      I certify under penalty of perjury that the above documents were sent using the

mode of service indicated.


Dated: July 6, 2026                              /s/ Jennifer Mara

| Name and Address of Party Served | Relationship to Case | Mode of Service |
|---|---|---|
| Avrumi Lubin a/k/a Josh Lubin<br>1460 Arboretum Parkway<br>Lakewood, NJ 08701<br>(also josh@tetonfunding.com) | Pro Se Debtor | [X] Regular mail |
| Office of the United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102 | U.S. Trustee | [X] Regular mail<br>[X] CM/ECF (NEF) |
| [Any committee / parties having filed a notice of appearance — to be completed at filing] | Parties in interest | [X] CM/ECF (NEF) / mail |

Service is made by non-electronic means in accordance with Fed. R. Bankr. P. 7004 and 9014

and D.N.J. LBR 9013-2.

2