**BALDASSARE & MARA, LLC**
75 Livingston Avenue, Suite 101
Roseland, NJ 07068
T: (973) 604-6686
F: (973) 556-1071
E: JMara@mabalaw.com

*Attorneys for Plaintiffs*
*FVP Servicing, LLC,*
*FVP Opportunity Fund III, LP,*
*and FVP Investments LLC*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>AVRUMI LUBIN a/k/a Josh Lubin,<br><br>Debtor. | Case No.: 26-17342-EJO<br>Chapter 11 |

## CERTIFICATION OF SERVICE

1.      I, Jennifer Mara, Esq., represent the plaintiffs FVP Servicing, LLC, FVP Opportunity Fund III, LP, and FVP Investments LLC in this adversary proceeding.

2.      On July 6, 2026, I sent a copy of the Notice of Appearance for FVP Servicing, LLC, Notice of Appearance for FVP Opportunity Fund III, LP, Notice of Appearance for FVP Investments LLC, Application for Admission of Jerrelin Breslin, Esq. Pro Hac Vice and [Proposed] Order for Admission Pro Hac Vice to the parties listed in the chart below.

3.      I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: July 6, 2026                              /s/ Jennifer Mara

2

| Name and Address of Party Served | Relationship to Case | Mode of Service |
|---|---|---|
| Avrumi Lubin a/k/a Josh Lubin<br>1460 Arboretum Parkway<br>Lakewood, NJ 08701 | Pro Se Defendant-Debtor | [X] Regular (first-class) mail |
| Office of the United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102 | U.S. Trustee | [X] Regular mail/CM/ECF (NEF) |

Service is made by non-electronic means in accordance with Fed. R. Bankr. P. 7004 and 9014 and D.N.J. LBR 9013-2.