UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
AVRUMI LUBIN, Debtor Pro Se
1460 Arboretum Parkway
Lakewood, New Jersey 08701
Telephone: (718) 570-3796
Email: josh@tetonfunding.com

| In Re: | Case No.: 26-17342-EJO |
|---|---|
| AVRUMI LUBIN a/k/a Josh Lubin, | Chapter: 11 |
| Debtor. | Judge: Hon. Eamonn J. O'Hagan |

### DEBTOR'S WRITTEN REQUEST FOR LIMITED CM/ECF FILING ACCESS
### (FED. R. BANKR. P. 5005(a)(3)(B))

Avrumi Lubin, the debtor and debtor in possession in this chapter 11 case, appearing pro se while retention of counsel is in progress, respectfully submits this written request — at the direction of the Clerk's office (Courtroom Services, July 6, 2026) — that the Court grant him limited electronic-filing access in this case, and states:

1. Under Fed. R. Bankr. P. 5005(a)(3)(B), an individual not represented by an attorney may file electronically only if allowed by court order or local rule. The Debtor respectfully requests such an order, limited to filing documents in this case and in any adversary proceeding to which he is a party.

2. Cause exists. This case is active on a shortened schedule: the Court's July 6, 2026 Order (Doc. 18) sets a hearing for July 23, 2026 with objections due two days prior; schedules, statements, the initial debtor interview, the United States Trustee's document production, and Rule 2015.3 reporting all come due this month; and related state appellate orders require prompt requests to this Court. Paper-only filing from Lakewood, with same-day service obligations, risks missed deadlines that electronic filing would eliminate.

3. The Debtor already receives electronic notice as a CM/ECF user in other federal courts, maintains a PACER account, and is familiar with PDF filing requirements. He will complete any training and abide by any conditions the Court directs, and understands access may be revoked at any time.

4. This request is made in good faith and not for delay. The Debtor will continue conventional filing (in person, mail, or drop box) unless and until the Court grants this request.

WHEREFORE, the Debtor respectfully requests that the Court enter an order granting him limited CM/ECF filing access in this case, on such conditions as the Court deems appropriate, and respectfully asks that the request be decided on the papers.

Dated: July 7, 2026                          /s/ Avrumi Lubin
                                        Avrumi Lubin, Debtor Pro Se