UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
AVRUMI LUBIN, Debtor Pro Se
1460 Arboretum Parkway
Lakewood, New Jersey 08701
Telephone: (718) 570-3796
Email: josh@tetonfunding.com

| In Re: | Case No.: 26-17342-EJO |
|---|---|
| AVRUMI LUBIN a/k/a Josh Lubin, | Chapter: 11 |
| Debtor. | Judge: Hon. Eamonn J. O'Hagan |
| | Hearing (if required): as set by the Court |

**DEBTOR'S APPLICATION FOR AN EXTENSION OF TIME TO FILE
SCHEDULES, STATEMENTS, AND RELATED MISSING DOCUMENTS
(FED. R. BANKR. P. 1007(c) AND 9006(b)(1))**

Avrumi Lubin, the debtor and debtor in possession (the "Debtor"), appearing pro se, respectfully applies for a first extension of time to file his schedules of assets and liabilities, statement of financial affairs, and the related documents identified in the Clerk's Notice to File Missing Documents (Doc. 5) (collectively, the "Missing Documents"), and states:

1. The Debtor commenced this chapter 11 case by filing a voluntary petition pro se on June 25, 2026, to preserve the assets of his estate in the face of a judicial sale of his limited-liability-company interests scheduled for June 26, 2026. The full chapter 11 filing fee of $1,738 was paid at filing.

2. The Clerk issued a Notice to File Missing Documents (Doc. 5), under which the Missing Documents are due on or about July 9, 2026, and an Order to Show Cause returnable July 16, 2026.

3. The Debtor is actively retaining bankruptcy counsel. On July 6, 2026, the Debtor consulted with prospective chapter 11 counsel, received referrals to two additional bankruptcy practitioners, and has a further consultation scheduled for the morning of July 7, 2026. Engagement and retainer terms are under active discussion, the Debtor expects counsel to be engaged promptly, and counsel will require a short period to prepare complete and accurate schedules.

4. Cause exists for a short extension. The Debtor's estate includes membership interests in multiple limited liability companies and substantial litigation assets and claims pending in several state and federal courts. Preparing accurate schedules and statements — and the related periodic reporting for non-debtor entities under Fed. R. Bankr. P. 2015.3 — requires care, and the Debtor respectfully submits that accurate schedules prepared with the assistance of counsel will serve the estate, the creditors, and the Court far better than rushed filings.

5. The Debtor is otherwise proceeding in good faith with administration: the Debtor is contacting the Office of the United States Trustee to schedule the Initial Debtor Interview within its July 7–10,

2026 window, and is assembling the document production requested by the United States Trustee for July 13, 2026.

6.  This is the Debtor's first request for an extension of this deadline. The requested extension — through and including **July 20, 2026** — would place the schedules on file before the § 341(a) meeting of creditors scheduled for July 22, 2026 and before the July 23, 2026 hearing set by the Court's Order Shortening Time (Doc. 18). No party will be prejudiced by the brief extension requested.

7.  Under Fed. R. Bankr. P. 1007(c), the time to file the documents required by Rule 1007(b) may be extended on motion for cause shown, on notice to the United States trustee. Fed. R. Bankr. P. 9006(b)(1) likewise permits enlargement of time for cause where, as here, the request is made before the expiration of the original period.

8.  Because this application is filed before the expiration of the prescribed period, D.N.J. LBR 9013-6(a) provides that "the time is automatically extended until the court rules on the motion, without the necessity of a bridge order."

9.  Notice of this application is being provided to the Office of the United States Trustee and to counsel for the FVP creditor group, the only parties to have appeared.

10.  The Debtor respectfully requests that this application also be deemed the Debtor's response to the Clerk's Notice (Doc. 5), and that the Order to Show Cause returnable July 16, 2026 be resolved or adjourned in light of the extension granted.

WHEREFORE, the Debtor respectfully requests that the Court enter the proposed order submitted herewith, extending the Debtor's time to file the Missing Documents through and including July 20, 2026, and granting such other relief as is just.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: July 7, 2026                         /s/ Avrumi Lubin
                                            Avrumi Lubin, Debtor Pro Se

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
AVRUMI LUBIN, Debtor Pro Se
1460 Arboretum Parkway
Lakewood, New Jersey 08701
Telephone: (718) 570-3796
Email: josh@tetonfunding.com

| In Re: | Case No.: 26-17342-EJO |
|---|---|
| AVRUMI LUBIN a/k/a Josh Lubin, | Chapter: 11 |
| Debtor. | Judge: Hon. Eamonn J. O'Hagan |

**[PROPOSED] ORDER EXTENDING TIME TO FILE SCHEDULES,
STATEMENTS, AND RELATED MISSING DOCUMENTS**

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

(Page 2)
Debtor: Avrumi Lubin
Case No.: 26-17342-EJO
Caption of Order: Order Extending Time to File Schedules, Statements, and Related Missing Documents

THIS MATTER having been opened to the Court by Avrumi Lubin, the debtor and debtor in possession, pro se, on an application for a first extension of time to file his schedules, statements, and related missing documents under Fed. R. Bankr. P. 1007(c) and 9006(b)(1); and notice having been given to the Office of the United States Trustee and parties who have appeared; and cause appearing;

IT IS ORDERED:

1. The Debtor's time to file the schedules of assets and liabilities, statement of financial affairs, and all other documents identified in the Clerk's Notice to File Missing Documents (Doc. 5) is extended through and including **July 20, 2026**.

2. The Clerk's Order to Show Cause returnable July 16, 2026 relating to the missing documents is resolved by this Order, without prejudice to renewal if the documents are not filed by the extended deadline.