UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
AVRUMI LUBIN, Debtor Pro Se
1460 Arboretum Parkway
Lakewood, New Jersey 08701
Telephone: (718) 570-3796
Email: josh@tetonfunding.com

| In Re:<br><br>AVRUMI LUBIN a/k/a Josh Lubin,<br><br>Debtor. | Case No.: 26-17342-EJO<br><br>Chapter: 11<br><br>Judge: Hon. Eamonn J. O'Hagan |
| --- | --- |

### CERTIFICATION OF SERVICE

1. I, Avrumi Lubin, am the debtor pro se in the above-captioned case.

2. On July 7, 2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    (a) Debtor's Application for an Extension of Time to File Schedules, Statements, and Related Missing Documents, with proposed form of order; and (b) this Certification of Service.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
| --- | --- | --- |
| Office of the United States Trustee<br>Attn: Kirsten K. Ardelean, Bankruptcy Analyst<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>kirsten.k.ardelean@usdoj.gov | United States Trustee | Email and first-class mail |
| Jennifer Mara, Esq.<br>Baldassare & Mara, LLC<br>75 Livingston Avenue, Suite 101<br>Roseland, NJ 07068<br>jmara@mabalaw.com | Counsel for creditors FVP Servicing, LLC, FVP Opportunity Fund III, LP, and FVP Investments LLC | Email and first-class mail |
| Jerrell Breslin, Esq.<br>Schwartz \| Breslin, PLLC<br>169 East Flagler Street, Suite 700<br>Miami, FL 33131<br>jb@jsjb.law; eservice@jsjb.law | Co-counsel for the FVP creditors (pro hac vice pending) | Email |

Dated: July 7, 2026          /s/ Avrumi Lubin
                            Avrumi Lubin, Debtor Pro Se