Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  26–17342–EJO
Chapter:  11
Judge:  Eamonn James O'Hagan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Avrumi Lubin
aka Josh Lubin
1460 Arboretum Parkway
Lakewood, NJ 08701

Social Security No.:
xxx–xx–4839

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 160 291 3576, Click on JOIN using passcode 234642, or call 1–646–828–7666

on 7/16/26 at 11:00 AM

to consider and act upon the following:

*23* – Debtor's Application for Extension of Time (related document:5 Order to Show Cause Why Case Should Not be Dismissed for re: Failure to File Missing Documents. Missing Documents: Summary of Assets/Liabilities and Stat Info – Individuals, Declaration About An Individuals Schedule, Statement of Financial Affairs For Individuals, Statement of Your Current Monthly Income(122B), 20 Largest Unsecured Creditors, Schedules A/B,C,D,E/F,G,H,I,J, Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 6/25/2026. Hearing scheduled for 7/16/2026 at 11:00 AM, Zoom–Judge O'Hagan: join.zoom.us Meeting ID 160 291 3576, Passcode 234642, or 1–646–828–7666. (llb)) filed by Avrumi Lubin. (Attachments: # 1 Certificate of Service) (dlr)

Dated: 7/8/26

Jeanne Naughton
Clerk, U.S. Bankruptcy Court