**BALDASSARE & MARA, LLC**
75 Livingston Avenue, Suite 101
Roseland, NJ 07068
T: (973) 604-6686
F: (973) 556-1071
E: JMara@mabalaw.com

**SCHWARTZ | BRESLIN, PLLC**
The DuPont Building, 169 East Flagler Street, Suite 700
Miami, Florida 33131
T: 305-577-4626
F: 305-577-4630
E: JB@JSJB.Law | EService@JSJB.Law

*Attorneys for Plaintiffs*
*FVP Servicing, LLC,*
*FVP Opportunity Fund III, LP,*
*and FVP Investments LLC*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>AVRUMI LUBIN a/k/a Josh Lubin,<br><br>Debtor. | Case No.: 26-17342-EJO<br>Chapter 11 |

## CERTIFICATION OF SERVICE

1.      I, Jennifer Mara, Esq., represent FVP Servicing, LLC, FVP Opportunity Fund III, LP, and FVP Investments LLC in this matter.

2.      On July 6, 2026, copies of the following pleadings were sent to Avrumi Lubin a/k/a Josh Lubin, 1460 Arboretum Parkway, Lakewood, NJ 08701; Office of the United States Trustee, One Newark Center, Suite 2100, Newark, NJ 07102; and Franklin Capital Funding, LLC, Franklin Capital Group, LLC, 32300 Northwestern Hwy, Suite 215, Farmington Hills, MI 48334 via FedEx Priority Overnight Mail: (a) Order Granting Application to Shorten Time; (b) Notice of Motion;

(c) Certification of Jennifer Mara, Esq. with exhibits; (d) Memorandum of Law; (e) proposed

Order; and (f) Application for Order Shortening Time and proposed Order Shortening Time.

3.      On July 6, 2026, copies of the following pleadings were sent to the Office of the

United States Trustee via email: (a) Order Granting Application to Shorten Time; (b) Notice of

Motion; (c) Certification of Jennifer Mara, Esq. with exhibits; (d) Memorandum of Law; (e)

proposed Order; and (f) Application for Order Shortening Time and proposed Order Shortening

Time.

4.      On July 7, 2026, copies of the following pleadings were sent to Avrumi Lubin a/k/a

Josh Lubin and Franklin Capital Funding, LLC Franklin Capital Group, LLC via email: (a) Order

Granting Application to Shorten Time; (b) Notice of Motion; (c) Certification of Jennifer Mara,

Esq. with exhibits; (d) Memorandum of Law; (e) proposed Order; and (f) Application for Order

Shortening Time and proposed Order Shortening Time.

5.      I certify under penalty of perjury that the above documents were sent using the

modes of service indicated.

Dated: July 8, 2026                                    /s/ Jennifer Mara

2