Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  26−17342−EJO
Chapter:  11
Judge:  Eamonn James O'Hagan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Avrumi Lubin
    aka Josh Lubin
    1460 Arboretum Parkway
    Lakewood, NJ 08701

Social Security No.:
    xxx−xx−4839

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 160 291 3576, Click on JOIN using passcode 234642, or call 1−646−828−7666

on 7/16/26 at 11:00 AM

to consider and act upon the following:

*23* − Debtor's Application for Extension of Time (related document:5 Order to Show Cause Why Case Should Not be Dismissed for re: Failure to File Missing Documents. Missing Documents: Summary of Assets/Liabilities and Stat Info − Individuals, Declaration About An Individuals Schedule, Statement of Financial Affairs For Individuals, Statement of Your Current Monthly Income(122B), 20 Largest Unsecured Creditors, Schedules A/B,C,D,E/F,G,H,I,J, Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 6/25/2026. Hearing scheduled for 7/16/2026 at 11:00 AM, Zoom−Judge O'Hagan: join.zoom.us Meeting ID 160 291 3576, Passcode 234642, or 1−646−828−7666. (llb)) filed by Avrumi Lubin. (Attachments: # 1 Certificate of Service) (dlr)

Dated: 7/8/26

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                    Case No. 26-17342-EJO

Avrumi Lubin                                                                                         Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3 | User: admin | Page 1 of 2

Date Rcvd: Jul 08, 2026 | Form ID: ntchrgbk | Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2026:**

**Recip ID**     **Recipient Name and Address**
db      + Avrumi Lubin, 1460 Arboretum Parkway, Lakewood, NJ 08701-1607

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2026       Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 8, 2026 at the address(es) listed below:**

**Name**     **Email Address**

Jennifer Mara
on behalf of Creditor FVP Servicing  LLC jmara@mabalaw.com, dmiller@mabalaw.com

Jennifer Mara
on behalf of Plaintiff FVP Opportunity Fund III  LP jmara@mabalaw.com, dmiller@mabalaw.com

Jennifer Mara
on behalf of Creditor FVP Opportunity Fund III  LP jmara@mabalaw.com, dmiller@mabalaw.com

Jennifer Mara
on behalf of Creditor FVP Investments LLC jmara@mabalaw.com  dmiller@mabalaw.com

Jennifer Mara
on behalf of Plaintiff FVP Investments LLC jmara@mabalaw.com  dmiller@mabalaw.com

Jennifer Mara
on behalf of Plaintiff FVP Servicing  LLC jmara@mabalaw.com, dmiller@mabalaw.com

District/off: 0312-3                    User: admin                    Page 2 of 2

Date Rcvd: Jul 08, 2026                 Form ID: ntchrgbk               Total Noticed: 1

Rachel Wolf

on behalf of U.S. Trustee U.S. Trustee rachel.wolf@usdoj.gov

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8