Case 26-17342-EJO    Doc 29    Filed 07/12/26    Entered 07/12/26 22:22:52    Desc Main
Document    Page 1 of 1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Avrumi Lubin
aka Josh Lubin
1460 Arboretum Parkway
Lakewood, NJ 08701                              ⊞

Case No.:     _____26-17342-EJO_____

Chapter:      _____11_____

Judge:        _Eamonn James O'H⊞_

**NOTICE OF APPEARANCE**

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of _____Avrumi Lubin_____. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:   Hillel I. Parness
           Parness Law Firm, PLLC
           136 Madison Ave., 6th Floor
           New York, New York 10016

DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒  All documents and pleadings of any nature.

Date: _7/12/26_____

/s/ Hillel I. Parness_____
Signature

*new.8/1/15*