UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on July 10, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Avrumi Lubin

Case No.: _____26-17342_____

Adv. No.: _____

Chapter: _____11_____

Judge: _____O'Hagan_____

## ORDER FOR ADMISSION PRO HAC VICE

The relief set forth on the following page is **ORDERED**.

—

**DATED: July 10, 2026**

_____
Honorable Eamonn J. O'Hagan
United States Bankruptcy Judge

This matter having been brought before the Court on application for an Order For Admission Pro Hac Vice; and the Court having reviewed the moving papers of the applicant, out-of-state attorney, and considered this matter pursuant to Fed.R.Civ.Proc.78, D.N.J. L.Civ.R.101.1 and D.N.J. LBR 9010-1, and good cause having been shown; it is

ORDERED that _____ Jerrell Breslin, Esq _____ be permitted to appear pro hac vice; provided that pursuant to D.N.J. L.Civ. R. 101.1(c)(4), an appearance as counsel of record shall be filed promptly by a member of the bar of this Court upon whom all notices, orders and pleadings may be served, and who shall promptly notify the out-of-state attorney of their receipt.  Only an attorney at law of this Court may sign and file papers, enter appearances for parties, sign stipulations, or sign and receive payments on judgments, decrees or orders. Unless otherwise permitted by the Court, local counsel must attend all hearings and proceedings before the Court, and it is further

ORDERED that the applicant shall arrange with the New Jersey Lawyers' Fund for Client Protection for payment of the annual fee, for this year and for any year in which the out-of-state attorney continues to represent a client in a matter pending in this Court in accordance with New Jersey Court Rule 1:28-2 and D.N.J.  L. Civ. R. 101.1, said fee to be deposited within twenty (20) days of the date of the entry of this Order, and it is further

ORDERED that the $250.00 fee required by D.N.J. L. Civ. R. 101(c)(3) for pro hac vice admission to the District Court for the District of New Jersey shall also be payable within twenty (20) days of entry of this Order. Payment in the form of a check must be payable to "Clerk, USDC" and forwarded to the Clerk of the United States District Court for the District of New Jersey at the following address:

United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, N.J. 07102
*Attention: Pro Hac Vice Admissions*

and it is further  ORDERED that the applicant shall be bound by the Local Rules of the United States District Court for the District of New Jersey and the Local Rules of Bankruptcy Procedure for the District of New Jersey; and it is further

ORDERED that the Clerk shall forward a copy of this Order to the Treasurer of New Jersey Lawyers' Fund for Client Protection within 5 days of its date of entry.

*rev.03/01/2024*

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 26-17342-EJO

Avrumi Lubin                                                                         Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 10, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2026:**

**Recip ID**     **Recipient Name and Address**
db     + Avrumi Lubin, 1460 Arboretum Parkway, Lakewood, NJ 08701-1607

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2026     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2026 at the address(es) listed below:**

**Name**     **Email Address**

Jennifer Mara
     on behalf of Creditor FVP Servicing  LLC jmara@mabalaw.com, dmiller@mabalaw.com

Jennifer Mara
     on behalf of Plaintiff FVP Investments LLC jmara@mabalaw.com  dmiller@mabalaw.com

Jennifer Mara
     on behalf of Creditor FVP Investments LLC jmara@mabalaw.com  dmiller@mabalaw.com

Jennifer Mara
     on behalf of Plaintiff FVP Opportunity Fund III  LP jmara@mabalaw.com, dmiller@mabalaw.com

Jennifer Mara
     on behalf of Plaintiff FVP Servicing  LLC jmara@mabalaw.com, dmiller@mabalaw.com

Jennifer Mara
     on behalf of Creditor FVP Opportunity Fund III  LP jmara@mabalaw.com, dmiller@mabalaw.com

District/off: 0312-3                                        User: admin                                        Page 2 of 2

Date Rcvd: Jul 10, 2026                                    Form ID: pdf903                                    Total Noticed: 1

Rachel Wolf
                        on behalf of U.S. Trustee U.S. Trustee rachel.wolf@usdoj.gov

U.S. Trustee
                        USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8