# PARNESS LAW FIRM, PLLC

136 Madison Avenue, 6th Floor • New York, New York  10016
Hillel I. Parness • www.hiplaw.com • hip@hiplaw.com
(Cell) 646-526-8261 • (Office) 212-447-5299 • (Fax) 212-202-6002

July 13, 2026

VIA ECF

Ms. Jeanne A. Naughton, Clerk of Court
United States Bankruptcy Court
District of New Jersey
Clarkson S. Fisher U.S. Courthouse
402 East State Street, Trenton, NJ 08608

     Re:    Avrumi Lubin, Docket No. 3:26-bk-17342 (Bankr. D.N.J.)

Dear Ms. Naughton:

On July 12, 2026, I filed a Notice of Appearance in error on behalf of Debtor Avrumi Lubin (ECF 29).  I respectfully request that the filing be withdrawn in its entirety, and that any association between the undersigned and Mr. Lubin be removed.  I will be filing a replacement Notice of Appearance on behalf of Creditor Franklin Capital Funding, LLC.  I apologize to Mr. Lubin and the Court for any confusion and appreciate the Court's assistance in getting this corrected.

        Respectfully submitted,

        Hillel I. Parness

cc: Counsel of Record (via ECF)