UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Avrumi Lubin
aka Josh Lubin
1460 Arboretum Parkway
Lakewood, NJ 08701

Case No.: _____26-17342-EJO_____

Chapter: _____11_____

Judge: _____Eamonn James O'Hagan_____

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an

appearance in this case on behalf of __Franklin Capital Funding__ LLC. Request is made that the documents

filed in this case and identified below be served on the undersigned at this address:

ADDRESS:  Hillel I. Parness
          Parness Law Firm, PLLC
          136 Madison Ave., 6th Floor
          New York, New York 10016

DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒  All documents and pleadings of any nature.

Date: __7/13/26_____

/s/ Hillel I. Parness_____
Signature

*new.8/1/15*