**BALDASSARE & MARA, LLC**
75 Livingston Avenue, Suite 101
Roseland, NJ 07068
T: (973) 604-6686
F: (973) 556-1071
E: JMara@mabalaw.com

**SCHWARTZ | BRESLIN, PLLC**
The DuPont Building, 169 East Flagler Street, Suite 700
Miami, Florida 33131
T: 305-577-4626
F: 305-577-4630
E: JB@JSJB.Law  |  EService@JSJB.Law

*Attorneys for Plaintiffs*
*FVP Servicing, LLC,*
*FVP Opportunity Fund III, LP,*
*and FVP Investments LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In Re:<br><br>AVRUMI LUBIN a/k/a Josh Lubin,<br><br>    Debtor. | Case No.: 26-17342-EJO<br>Chapter 11 |

**NOTICE OF SUPPLEMENTAL MOTION OF FVP OPPORTUNITY FUND III, L.P.,
FVP INVESTMENTS, LLC, AND FVP SERVICING, LLC FOR RELIEF FROM THE
AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d) TO PERMIT PENDING
FLORIDA APPEALS TO PROCEED, AND, IN THE ALTERNATIVE, FOR A
COMFORT ORDER DETERMINING THE STAY'S APPLICABILITY**

**PLEASE TAKE NOTICE** that  on a date and time to be fixed by the Court, creditors and

movants FVP Servicing, LLC, FVP Opportunity Fund III, LP, and FVP Investments LLC

(collectively, the "FVP Parties"), by and through undersigned counsel, respectfully move this

Court, pursuant to 11 U.S.C. § 362(d), for entry of an order granting relief from the automatic stay

to permit three appeals now pending before the District Court of Appeal of the State of Florida,

Fourth District (the "Fourth District") to proceed to resolution, and, in the alternative, for a comfort order determining the applicability and scope of the automatic stay as to those appeals.

**PLEASE TAKE FURTHER NOTICE** that in support of the Motion, Plaintiffs rely upon the accompanying Memorandum of Law.

**BALDASSARE & MARA, LLC**

Dated: July 13, 2026

By:   */s/ Jennifer Mara*
Jennifer Mara, Esq.
75 Livingston Avenue, Suite 101
Roseland, New Jersey 07068
T: (973) 604-6686
F: (973) 556-1071
E: JMara@mabalaw.com

Jerrell Breslin, Esq. (*pro hac vice*)

*Attorneys for Plaintiffs*
*FVP Servicing, LLC,*
*FVP Opportunity Fund III, LP,*
*and FVP Investments LLC*

2