**BALDASSARE & MARA, LLC**
75 Livingston Avenue, Suite 101
Roseland, NJ 07068
T: (973) 604-6686
F: (973) 556-1071
E: JMara@mabalaw.com

**SCHWARTZ | BRESLIN, PLLC**
The DuPont Building, 169 East Flagler Street, Suite 700
Miami, Florida 33131
T: 305-577-4626
F: 305-577-4630
E: JB@JSJB.Law  |  EService@JSJB.Law

*Attorneys for Plaintiffs*
*FVP Servicing, LLC,*
*FVP Opportunity Fund III, LP,*
*and FVP Investments LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In Re:<br><br>AVRUMI LUBIN a/k/a Josh Lubin,<br><br>Debtor. | Case No.: 26-17342-EJO<br>Chapter 11 |

**NOTICE OF FILING JUDICIAL ORDER OF THE DISTRICT COURT OF APPEAL**
**OF THE STATE OF FLORIDA, FOURTH DISTRICT**
**<u>DIRECTED TO THIS HONORABLE COURT</u>**

FVP Opportunity Fund III, L.P., FVP Investments, LLC, and FVP Servicing, LLC (collectively, the "FVP Parties"), by and through undersigned counsel, respectfully notify this Court of the Order of the District Court of Appeal of the State of Florida, Fourth District (the "Fourth District") directed to the FVP Parties as well as the Debtor to notify this Honorable Court of its request of this Honorable Court to "issue an order stating whether this appeal should be stayed pursuant to 11 U.S.C. § 362(a) or any other provision of the United States Bankruptcy

Code," and to file a copy of any resulting order with the Fourth District within five days of its issuance. **Exhibit A.**

For the reasons outlined in the prior and accompanying motion, the FVP Parties respectfully request that the Court dismiss this Petition outright, or enter an order granting relief from the automatic stay under 11 U.S.C. § 362(d)(1) applicable to the underlying collection action as moved for in the FVP Parties prior filings as well as to permit Appeal Nos. 4D2025-3564, 4D2026-1512, and 4D2026-1833 to proceed to resolution before the Fourth District, or in the alternative, entering a comfort order confirming the applicability and scope of the automatic stay as to those appeals; and granting such other and further relief as the Court deems just and proper.

Respectfully,

**BALDASSARE & MARA, LLC**

Dated: July 13, 2026

By:  */s/ Jennifer Mara*
Jennifer Mara, Esq.
75 Livingston Avenue, Suite 101
Roseland, New Jersey 07068
T: (973) 604-6686
F: (973) 556-1071
E: JMara@mabalaw.com

Jerrell Breslin, Esq. (*pro hac vice*)

*Attorneys for Plaintiffs*
*FVP Servicing, LLC,*
*FVP Opportunity Fund III, LP,*
*and FVP Investments LLC*

2