# Exhibit A

## IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT, 110 SOUTH TAMARIND AVENUE, WEST PALM BEACH, FL  33401

July 1, 2026

| | |
|---|---|
| AVRUMI LUBIN a/k/a JOSH LUBIN *W*,<br>　　　　Appellant(s),<br>v.<br><br>FVP OPPORTUNITY FUND III, L.P., et al.,<br>　　　　Appellee(s). | **CASE NO. - 4D2026-1512**<br>**TRAVEL TOGETHER NO. - 4D2025-3564**<br>L.T. No. - 062022CA005125AXXXCE |

**BY ORDER OF THE COURT:**

A suggestion of bankruptcy having been filed, it is

ORDERED that the parties shall, within fourteen (14) days from the date of this order, request that the United States Bankruptcy Court issue an order stating whether this appeal should be stayed pursuant to 11 U.S.C. § 362(a) or any other provision of the United States Bankruptcy Code. *See, e.g., In re Hill*, 364 B.R. 826, 828 (Bankr. M.D. Fla. 2007) ("Comfort orders serve a valuable purpose. The orders are entered primarily for a third party's benefit, often to help a sister state court attempting to determine whether it can proceed with a pending action, such as a foreclosure."). Upon the filing of the request in the United States Bankruptcy Court, the parties shall file a notice of compliance with this Court. Further, should the United States Bankruptcy Court enter an order on the parties' request, the parties shall file a copy of the order with this Court within five (5) days of issuance of that order.

Served:
Jerrell A Breslin
Patrick Richard Dorsey
Alan Ira Karten
Avrumi Lubin *W*
Jonathan Schwartz

KEH

**I HEREBY CERTIFY** that the foregoing is a true copy of the court's order.

**LONN WEISSBLUM, Clerk**
**Fourth District Court of Appeal**
4D2026-1512 July 1, 2026

