UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on July 14, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

 Avrumi Lubin

| | |
|---|---|
| Case No.: | 26-17342 |
| Hearing Date: | |
| Judge: | O'Hagan |
| Chapter: | 11 |

Recommended Local Form:        ☒    Followed        ☐    Modified

## ORDER DENYING MOTION OR
## APPLICATION FOR THE ENTRY OF AN ORDER
Debtor's Written Request for Limited CM/ECF Filing Access

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 14, 2026**

_____
Honorable Eamonn J. O'Hagan
United States Bankruptcy Judge

A motion or application having been filed on _____July 7_____, 20 26  by
__the debtor_____ for entry of an order as set forth above, all
interested parties having been duly served, the Court having considered all of the papers
submitted, along with any arguments of counsel, and for good cause shown; it is

ORDERED that the aforesaid motion or application is denied.

The successful party shall serve this order on the debtor, any trustee and all parties who
entered an appearance on this matter.

*rev. 8/1/15*