**BALDASSARE & MARA, LLC**
75 Livingston Avenue, Suite 101
Roseland, NJ 07068
T: (973) 604-6686
F: (973) 556-1071
E: JMara@mabalaw.com

**SCHWARTZ | BRESLIN, PLLC**
The DuPont Building, 169 East Flagler Street, Suite 700
Miami, Florida 33131
T: 305-577-4626
F: 305-577-4630
E: JB@JSJB.Law  |  EService@JSJB.Law

*Attorneys for Plaintiffs*
*FVP Servicing, LLC,*
*FVP Opportunity Fund III, LP,*
*and FVP Investments LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In Re:<br><br>AVRUMI LUBIN a/k/a Josh Lubin,<br><br>Debtor. | Case No.: 26-17342-EJO<br>Chapter 11 |

**CERTIFICATION OF SERVICE**

1.      I, Jennifer Mara, Esq., represent FVP Servicing, LLC, FVP Opportunity Fund III, LP, and FVP Investments LLC in this matter.

2.      On July 14, 2026, copies of the following pleadings were sent to Avrumi Lubin a/k/a Josh Lubin, 1460 Arboretum Parkway, Lakewood, NJ 08701 via First Class Mail: Notice of Filing Judicial Order of the District Court of Appeal of the State of Florida, Fourth District with exhibit.

3.      I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: July 14, 2026                                    */s/ Jennifer Mara*
                                                        Jennifer Mara, Esq.