

**Fill in this information to identify the case:**

Debtor Name __Avrumi Lubin a/k/a Josh Lubin__

United States Bankruptcy Court for the:_____ District of __New Jersey__
(State)

Case number: __26-17342-EJO__

## Official Form 426

# Periodic Report Regarding Value, Operations, and Profitability of Entities in Which the Debtor's Estate Holds a Substantial or Controlling Interest

12/17

This is the *Periodic Report* as of July 16, 2026 on the value, operations, and profitability of those entities in which a Debtor holds, or two or more Debtors collectively hold, a substantial or controlling interest (a "Controlled Non-Debtor Entity"), as required by Bankruptcy Rule 2015.3. For purposes of this form, "Debtor" shall include the estate of such Debtor.

Avrumi Lubin a/k/a Josh Lubin
[Name of Debtor] holds a substantial or controlling interest in the following entities:

| Name of Controlled Non-Debtor Entity | Interest of the Debtor | Tab # |
|---|---|---|
| Spin Capital, LLC | 100% (sole member) | 1 |
| Teton Funding, LLC | 100% (sole member) | 2 |
| Teton Funding Group, LLC | 100% (sole member) | 3 |

Additional entities are listed on the Continuation Page immediately following (Tabs 4-5)

This *Periodic Report* contains separate reports (*Entity Reports*) on the value, operations, and profitability of each Controlled Non-Debtor Entity.

Each *Entity Report* consists of five exhibits.

*Exhibit A* contains the most recently available: balance sheet, statement of income (*loss*), statement of cash flows, and a statement of changes in shareholders' or partners' equity (*deficit*) for the period covered by the *Entity Report*, along with summarized footnotes.

*Exhibit B* describes the Controlled Non-Debtor Entity's business operations.

*Exhibit C* describes claims between the Controlled Non-Debtor Entity and any other Controlled Non-Debtor Entity.

*Exhibit D* describes how federal, state or local taxes, and any tax attributes, refunds, or other benefits, have been allocated between or among the Controlled Non-Debtor Entity and any Debtor or any other Controlled Non-Debtor Entity and includes a copy of each tax sharing or tax allocation agreement to which the Controlled Non-Debtor Entity is a party with any other Controlled Non-Debtor Entity.

*Exhibit E* describes any payment, by the Controlled Non-Debtor Entity, of any claims, administrative expenses or professional fees that have been or could be asserted against any Debtor, or the incurrence of any obligation to make such payments, together with the reason for the entity's payment thereof or incurrence of any obligation with respect thereto.

**This *Periodic Report* must be signed by a representative of the trustee or debtor in possession.**

Debtor Name: Avrumi Lubin a/k/a Josh Lubin        Case number: 26-17342-EJO

## CONTINUATION TO OFFICIAL FORM 426 — PAGE 1

*(Entity table, continued — the response area of the entity table is expanded pursuant to Fed. R. Bankr. P. 9009(a))*

| Name of Controlled Non-Debtor Entity | Interest of the Debtor | Tab # |
|---|---|---|
| JL Special Investments, LLC | 100% (sole member) | 4 |
| Teton Life, LLC | 50% of record; conditional 55% asserted; disputed | 5 |

The Entity Reports for the entities above appear at Tabs 4 and 5 of this Periodic Report.

Debtor Name   Avrumi Lubin a/k/a Josh Lubin                          Case number   26-17342-EJO

The undersigned, having reviewed the *Entity Reports* for each Controlled Non-Debtor Entity, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that to the best of his or her knowledge, (i) this *Periodic Report* and the attached *Entity Reports* are complete, accurate, and truthful to the best of his or her knowledge, and (ii) the Debtor did not cause the creation of any entity with actual deliberate intent to evade the requirements of Bankruptcy Rule 2015.3

**For non-individual Debtors:**

✗ _____
Signature of Authorized Individual

_____
Printed name of Authorized Individual

Date _____
MM /   DD   / YYYY

**For individual Debtors:**

✗ _____
Signature of Debtor 1

Avrumi Lubin a/k/a Josh Lubin
Printed name of Debtor 1

Date 07 / 16 / 2026
MM /   DD   / YYYY

✗ _____
Signature of Debtor 2

_____
Printed name of Debtor 2

Date _____
MM /   DD   / YYYY

## ENTITY REPORTS (TABS 1–5)

*Attachments to the Debtor's Periodic Report on Official Form 426 (Fed. R. Bankr. P. 2015.3) — as of July 16, 2026*

In re Avrumi Lubin a/k/a Josh Lubin, Case No. 26-17342-EJO (Bankr. D.N.J.) · Chapter 11 · Hon. Eamonn J. O'Hagan

---

Each Entity Report below corresponds to the entity table on Official Form 426, page 1, and contains Exhibits A through E for that entity.

### Tab 1 — Entity Report: Spin Capital, LLC

---

**Exhibit A — Financial Statements (A-1 Balance Sheet; A-2 Statement of Income (Loss); A-3 Statement of Cash Flows; A-4 Statement of Changes in Members' Equity)**

Valuation of the Entity: UNDETERMINED / UNLIQUIDATED. Spin Capital, LLC is inactive. Its assets principally consist of judgments, historical receivables, disputed litigation claims, and assigned rights. A reliable current net realizable value cannot be determined at this time. No financial statements for the present reporting period are presently available to the Debtor; historical tax, banking, and accounting records exist in varying formats and remain under review, and the Debtor reserves the right to supplement. Source of information: the Debtor's knowledge and the records presently available to him.

**Exhibit B — Description of Business Operations**

The Debtor holds a 100% membership interest (sole member). The Debtor draws no salary from the entity. The entity is not currently operating and has originated no new business for approximately two years. Its principal assets are the litigation-related assets described in Exhibit A.

**Exhibit C — Claims Between the Entity and Any Other Controlled Non-Debtor Entity**

No intercompany claims have been confirmed based on the records and information presently available to the Debtor; the records remain under review. Separately disclosed for completeness: the Debtor asserts an unliquidated claim against the entity; the amount and treatment of that claim remain undetermined and subject to reconciliation.

**Exhibit D — Allocation of Taxes; Tax-Sharing or Tax-Allocation Agreements**

The Debtor is not aware of any tax-sharing or tax-allocation agreement involving this entity. No such agreement is attached because none is known to exist.

**Exhibit E — Payments by the Entity of Claims, Administrative Expenses, or Professional Fees Asserted (or Assertable) Against the Debtor**

No such payments or obligations are presently known based on the records and information available to the Debtor. The Debtor reserves the right to supplement.

### Tab 2 — Entity Report: Teton Funding, LLC

---

**Exhibit A — Financial Statements (A-1 Balance Sheet; A-2 Statement of Income (Loss); A-3 Statement of Cash Flows; A-4 Statement of Changes in Members' Equity)**

This entity is inactive, with no known current business operations and no known current revenue. No financial statements for the present reporting period are presently available to the Debtor; historical records, to the extent they exist, remain under review, and the Debtor reserves the right to supplement. The value of the estate's interest is UNDETERMINED (not zero). Source of information: the Debtor's knowledge and the records presently available to him.

**Exhibit B — Description of Business Operations**

The Debtor holds a 100% membership interest (sole member). No known current operations.

**Exhibit C — Claims Between the Entity and Any Other Controlled Non-Debtor Entity**

No intercompany claims have been confirmed based on the records and information presently available to the Debtor. The records remain under review.

**Exhibit D — Allocation of Taxes; Tax-Sharing or Tax-Allocation Agreements**

The Debtor is not aware of any tax-sharing or tax-allocation agreement involving this entity. No such agreement is attached because none is known to exist.

**Exhibit E — Payments by the Entity of Claims, Administrative Expenses, or Professional Fees Asserted (or Assertable) Against the Debtor**

No such payments or obligations are presently known based on the records and information available to the Debtor. The Debtor reserves the right to supplement.

### Tab 3 — Entity Report: Teton Funding Group, LLC

**Exhibit A — Financial Statements (A-1 Balance Sheet; A-2 Statement of Income (Loss); A-3 Statement of Cash Flows; A-4 Statement of Changes in Members' Equity)**

This entity is inactive, with no known current business operations and no known current revenue. No financial statements for the present reporting period are presently available to the Debtor; historical records, to the extent they exist, remain under review, and the Debtor reserves the right to supplement. The value of the estate's interest is UNDETERMINED (not zero). Source of information: the Debtor's knowledge and the records presently available to him.

**Exhibit B — Description of Business Operations**

The Debtor holds a 100% membership interest (sole member). No known current operations.

**Exhibit C — Claims Between the Entity and Any Other Controlled Non-Debtor Entity**

No intercompany claims have been confirmed based on the records and information presently available to the Debtor. The records remain under review.

**Exhibit D — Allocation of Taxes; Tax-Sharing or Tax-Allocation Agreements**

The Debtor is not aware of any tax-sharing or tax-allocation agreement involving this entity. No such agreement is attached because none is known to exist.

**Exhibit E — Payments by the Entity of Claims, Administrative Expenses, or Professional Fees Asserted (or Assertable) Against the Debtor**

No such payments or obligations are presently known based on the records and information available to the Debtor. The Debtor reserves the right to supplement.

### Tab 4 — Entity Report: JL Special Investments, LLC

**Exhibit A — Financial Statements (A-1 Balance Sheet; A-2 Statement of Income (Loss); A-3 Statement of Cash Flows; A-4 Statement of Changes in Members' Equity)**

This entity is inactive, with no known current business operations and no known current revenue. No financial statements for the present reporting period are presently available to the Debtor; historical records, to the extent they exist, remain under review, and the Debtor reserves the right to supplement. The value of the estate's interest is UNDETERMINED (not zero). Source of information: the Debtor's knowledge and the records presently available to him.

**Exhibit B — Description of Business Operations**

The Debtor holds a 100% membership interest (sole member). No known current operations.

**Exhibit C — Claims Between the Entity and Any Other Controlled Non-Debtor Entity**

No intercompany claims have been confirmed based on the records and information presently available to the Debtor. The records remain under review.

**Exhibit D — Allocation of Taxes; Tax-Sharing or Tax-Allocation Agreements**

The Debtor is not aware of any tax-sharing or tax-allocation agreement involving this entity. No such agreement is attached because none is known to exist.

**Exhibit E — Payments by the Entity of Claims, Administrative Expenses, or Professional Fees Asserted (or Assertable) Against the Debtor**

No such payments or obligations are presently known based on the records and information available to the Debtor. The Debtor reserves the right to supplement.

## Tab 5 — Entity Report: Teton Life, LLC

### Exhibit A — Financial Statements (A-1 Balance Sheet; A-2 Statement of Income (Loss); A-3 Statement of Cash Flows; A-4 Statement of Changes in Members' Equity)

This entity is inactive, with no known current business operations and no known current revenue. No financial statements for the present reporting period are presently available to the Debtor; historical records, to the extent they exist, remain under review, and the Debtor reserves the right to supplement. The value of the estate's interest is UNDETERMINED (not zero). Source of information: the Debtor's knowledge and the records presently available to him.

### Exhibit B — Description of Business Operations

The Debtor holds a 50% membership interest of record, together with a contractual right to a revised 55% interest under a letter agreement dated August 13, 2025 that becomes effective conditioned on payment of a promissory note, which condition is not confirmed to have occurred (ownership and control subject to dispute; the entity has one other member). No known current operations. The interest stated above is per the entity's executed amended and restated operating agreement (Schedule I: 50% Debtor, 50% one other member) and the related executed letter agreement dated August 13, 2025. Because the entity has another member and certain records are not in the Debtor's custody, the information above reflects the Debtor's good-faith knowledge.

### Exhibit C — Claims Between the Entity and Any Other Controlled Non-Debtor Entity

No intercompany claims have been confirmed based on the records and information presently available to the Debtor. The records remain under review.

### Exhibit D — Allocation of Taxes; Tax-Sharing or Tax-Allocation Agreements

The Debtor is not aware of any tax-sharing or tax-allocation agreement involving this entity. No such agreement is attached because none is known to exist.

### Exhibit E — Payments by the Entity of Claims, Administrative Expenses, or Professional Fees Asserted (or Assertable) Against the Debtor

No such payments or obligations are presently known based on the records and information available to the Debtor. The Debtor reserves the right to supplement.

*The verification for this Periodic Report and these Entity Reports appears on Official Form 426, page 2, and is signed by the Debtor under penalty of perjury.*

**UNITED STATES BANKRUPTCY COURT — DISTRICT OF NEW JERSEY**

In re:

**AVRUMI LUBIN a/k/a JOSH LUBIN,**

Debtor.

United States Bankruptcy Court
District of New Jersey
Case No. 26-17342-EJO · Chapter 11
Hon. Eamonn J. O'Hagan

---

## SUPPORTING STATEMENT AND EXHIBITS TO OFFICIAL FORM 426

*(Filed with the Debtor's Periodic Report under Fed. R. Bankr. P. 2015.3)*

Avrumi "Josh" Lubin, the debtor and debtor-in-possession, appearing pro se, submits this Supporting Statement with his Periodic Report on Official Form 426. The estate holds a substantial or controlling interest (presumed at 20% or more) in five limited liability companies, each addressed in a separate Entity Report at Tabs 1–5 of the Form: Spin Capital, LLC (100%, sole member); Teton Funding, LLC (100%, sole member); Teton Funding Group, LLC (100%, sole member); JL Special Investments, LLC (100%, sole member); and Teton Life, LLC, which has one other member: the Debtor holds a 50% membership interest of record, together with a contractual right to a revised 55% interest that becomes effective upon satisfaction of a payment condition not confirmed to have occurred (ownership subject to dispute). Ownership is stated based on the records and information presently available to the Debtor and remains subject to verification and supplementation.

### Availability of financial statements

None of the entities is operating. No financial statements for the present reporting period are presently available to the Debtor. Historical tax, banking, and accounting records exist in varying formats and remain under review, and the Debtor reserves the right to supplement. Rather than omit the entities or attach estimates that cannot be verified, the Debtor has filed an Entity Report for each, stating what is known and marking each value as UNDETERMINED. The Debtor does not represent that any entity has a value of zero. If the Court or the United States Trustee wishes different or additional reporting, the Debtor will promptly comply, and reserves the right to seek modified reporting under Rule 2015.3(d) upon retention of counsel.

### Aggregate character of the entities' assets

The Debtor's controlled entities are inactive and primarily hold judgments, historical receivables, disputed litigation claims, and assigned rights. Selected gross stated amounts associated with Spin Capital, Teton Life, and related entities exceed $100 million in aggregate. The current net realizable value of each entity remains undetermined, subject to ownership, defenses, offsets, collectibility, and pending adjudication.

***Reservation of rights.*** *The Debtor is self-represented and has prepared this Report and Statement in good faith from the information reasonably available. Certain entities' records are incomplete or in the custody of others, and certain values consist of disputed, contingent, unliquidated, or litigation-related claims. The Debtor reserves all rights to supplement or amend this Report and Statement, including after retention of bankruptcy counsel and review of entity records, and nothing herein waives or concedes any issue in this case or any other proceeding.*

### Organizational chart



*Teton Life, LLC: 50% of record per its operating agreement; a 55% interest becomes effective on a payment condition (unconfirmed); disputed.*

Dated: July 16, 2026

_____

**Avrumi "Josh" Lubin**
Debtor and Debtor-in-Possession, *Pro Se*
1460 Arboretum Parkway, Lakewood, New Jersey 08701 · Tel: 718-570-3796 ·
josh@tetonfunding.com

## UNITED STATES BANKRUPTCY COURT — DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b) · AVRUMI LUBIN, Debtor Pro Se · 1460 Arboretum Parkway, Lakewood, NJ 08701 · (718) 570-3796 · josh@tetonfunding.com

In re: AVRUMI LUBIN a/k/a Josh Lubin, Debtor · Case No. 26-17342-EJO · Chapter 11 · Hon. Eamonn J. O'Hagan

---

### NOTICE REGARDING ONE-DAY DELAY IN FILING FIRST PERIODIC REPORT
### (OFFICIAL FORM 426)

1.  Under Fed. R. Bankr. P. 2015.3(b), the Debtor's first periodic report was due at least seven days before the first date set for the meeting of creditors — here, July 15, 2026 (meeting set for July 22, 2026). The Debtor files the report today, July 16, 2026, one day after that date.

2.  The Debtor, appearing pro se, must file conventionally on paper because his request for limited CM/ECF filing access was denied (Dkt. 35, July 14, 2026). The report covers five controlled entities on the national Official Form 426 with a separate Entity Report for each. On July 15 the Debtor completed a final verification of the ownership statements in the report against the entities' executed operating and letter agreements so that the report would be accurate when signed under penalty of perjury.

3.  No party is prejudiced by the one-day interval: the § 341 meeting remains six days away; the July 23, 2026 hearing is unaffected; and all appearing parties receive the report through the Court's CM/ECF noticing upon docketing. The Debtor respectfully requests that the Court accept the report and excuse the one-day delay under Fed. R. Bankr. P. 9006(b)(1)(B), because the failure to file within the prescribed period resulted from excusable neglect.

4.  The Debtor did not separately provide the advance notice contemplated by Fed. R. Bankr. P. 2015.3(e). The Debtor is serving the filed report and supporting materials promptly upon all known affected entities and interest holders and respectfully requests appropriate curative relief.

Dated: July 16, 2026

_____

Avrumi "Josh" Lubin, Debtor and Debtor-in-Possession, Pro Se