UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
**AVRUMI LUBIN, Debtor Pro Se**
1460 Arboretum Parkway
Lakewood, New Jersey 08701
Telephone: (718) 570-3796
Email: josh@tetonfunding.com

| In Re:<br>AVRUMI LUBIN a/k/a Josh Lubin,<br>    Debtor. | Case No.: 26-17342-EJO<br>Chapter: 11<br>Judge: Hon. Eamonn J. O'Hagan |
| --- | --- |

### CERTIFICATION OF SERVICE

1.  I, Avrumi Lubin, am the debtor pro se in the above-captioned case.

2.  On July 16, 2026, I filed the following pleadings and/or documents with the Clerk of the Court. Each party listed in the chart below is a registered CM/ECF participant in this case, and service is made upon each of them through the Court's CM/ECF system, which sends a Notice of Electronic Filing to each registered participant upon docketing:

(a) Debtor's Periodic Report on Official Form 426, with Entity Reports (Tabs 1–5, Exhibits A–E); (b) Supporting Statement and Exhibits to Official Form 426; (c) Notice Regarding One-Day Delay in Filing First Periodic Report; and (d) this Certification of Service.

3.  I certify under penalty of perjury that the foregoing is true and that the above documents are served on each party listed below by the mode of service indicated: upon docketing, the Court's CM/ECF system sends a Notice of Electronic Filing to each registered participant. I will preserve the Notice of Electronic Filing as proof of service.

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
| --- | --- | --- |
| Office of the United States Trustee<br>Attn: Rachel Wolf, Esq.; Kirsten K. Ardelean, Bankruptcy Analyst<br>One Newark Center, Suite 2100<br>Newark, NJ 07102 | United States Trustee | CM/ECF Notice of Electronic Filing |
| Jennifer Mara, Esq.<br>Baldassare & Mara, LLC<br>75 Livingston Avenue, Suite 101<br>Roseland, NJ 07068 | Counsel for creditors FVP Servicing, LLC, FVP Opportunity Fund III, LP, and FVP Investments LLC | CM/ECF Notice of Electronic Filing |
| Jerrell Breslin, Esq.<br>Schwartz \| Breslin, PLLC<br>169 East Flagler Street, Suite 700<br>Miami, FL 33131 | Co-counsel for the FVP creditors (admitted pro hac vice) | CM/ECF Notice of Electronic Filing |
| Hillel I. Parness, Esq.<br>Parness Law Firm, PLLC<br>136 Madison Avenue, 6th Floor<br>New York, NY 10016 | Counsel for creditor Franklin Capital Funding, LLC | CM/ECF Notice of Electronic Filing |

Dated: July 16, 2026

_____
Avrumi Lubin, Debtor and Debtor-in-Possession, Pro Se

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Office of the United States Trustee<br>Attn: Rachel Wolf, Esq.; Kirsten K. Ardelean, Bankruptcy Analyst<br>One Newark Center, Suite 2100<br>Newark, NJ 07102 | United States Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other *CM/ECF Notice of Electronic Filing upon docketing*<br>*(As authorized by the Court or by rule: registered CM/ECF participant)* |
| Jennifer Mara, Esq.<br>Baldassare & Mara, LLC<br>75 Livingston Avenue, Suite 101<br>Roseland, NJ 07068 | Counsel for creditors FVP Servicing, LLC, FVP Opportunity Fund III, LP, and FVP Investments LLC | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other *CM/ECF Notice of Electronic Filing upon docketing*<br>*(As authorized by the Court or by rule: registered CM/ECF participant)* |
| Jerrell Breslin, Esq.<br>Schwartz | Breslin, PLLC<br>169 East Flagler Street, Suite 700<br>Miami, FL 33131 | Co-counsel for the FVP creditors (admitted pro hac vice) | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other *CM/ECF Notice of Electronic Filing upon docketing*<br>*(As authorized by the Court or by rule: registered CM/ECF participant)* |
| Hillel I. Parness, Esq.<br>Parness Law Firm, PLLC<br>136 Madison Avenue, 6th Floor<br>New York, NY 10016 | Counsel for creditor Franklin Capital Funding, LLC | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other *CM/ECF Notice of Electronic Filing upon docketing*<br>*(As authorized by the Court or by rule: registered CM/ECF participant)* |