UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on July 16, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Avrumi Lubin

| | |
|---|---|
| Case Number: | 26-17342 |
| Hearing Date: | 7/16/2026 |
| Judge: | O'Hagan |
| Chapter: | 11 |

Recommended Local Form:    ☒ Followed    ☐ Modified

# ORDER RE EXTENSION OF TIME
## TO FILE SCHEDULES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 16, 2026**

Honorable Eamonn J. O'Hagan
United States Bankruptcy Judge

The court having noted the debtor's request to extend time to file schedules, and for good cause shown, it is

ORDERED that the debtor's request is:

☒ Granted.  The deadline to file schedules is extended to <u>July 23, 2026</u>.
If Debtor fails to file the missing documents by the extended deadline, then the case will be dismissed without further notice.

☐ Denied.

*rev. 12/1/2025*

2