Form order − ntcorder

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 26−17342−EJO
Chapter: 11
Judge: Eamonn James O'Hagan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Avrumi Lubin
aka Josh Lubin
1460 Arboretum Parkway
Lakewood, NJ 08701

Social Security No.:
xxx−xx−4839

Employer's Tax I.D. No.:

**NOTICE OF JUDGMENT OR ORDER**
**Pursuant to Fed. R. Bankr. P. 9022**

Please be advised that on July 14, 2026, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 35 − 22
Order Denying Debtor's Written Request for Limited CM/ECF Filing Access (related document:22 Document re: Debtor's Written Request for Limited CM/ECF Filing Access filed by Avrumi Lubin.. (dlr) filed by Debtor Avrumi Lubin). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 7/14/2026. (mjb)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: July 14, 2026
JAN: mjb

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re: Case No. 26-17342-EJO

Avrumi Lubin Chapter 11

Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3 User: admin Page 1 of 2

Date Rcvd: Jul 14, 2026 Form ID: orderntc Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Avrumi Lubin, 1460 Arboretum Parkway, Lakewood, NJ 08701-1607 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Hillel Ira Parness | on behalf of Creditor Franklin Capital Funding LLC hip@hiplaw.com |
| Jennifer Mara | on behalf of Plaintiff FVP Servicing LLC jmara@mabalaw.com, dmiller@mabalaw.com |
| Jennifer Mara | on behalf of Creditor FVP Opportunity Fund III LP jmara@mabalaw.com, dmiller@mabalaw.com |
| Jennifer Mara | on behalf of Plaintiff FVP Opportunity Fund III LP jmara@mabalaw.com, dmiller@mabalaw.com |
| Jennifer Mara | on behalf of Creditor FVP Investments LLC jmara@mabalaw.com dmiller@mabalaw.com |
| Jennifer Mara | on behalf of Plaintiff FVP Investments LLC jmara@mabalaw.com dmiller@mabalaw.com |

| | |
|---|---|
| Jennifer Mara | on behalf of Creditor FVP Servicing LLC jmara@mabalaw.com, dmiller@mabalaw.com |
| Rachel Wolf | on behalf of U.S. Trustee U.S. Trustee rachel.wolf@usdoj.gov |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9