UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

| | |
|---|---|
| In Re:<br><br>Avrumi Lubin aka Josh Lubin<br>1640 Arboretum Parkway<br>Lakewood, NJ 08701 | Case No.: _____26 17342 EJO_____<br><br>Chapter: _____11_____<br><br>Judge: __Eamon James O'Hag__ |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of __FVP Servicing LLC, et al__. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:  Jerrell Breslin
Schwartz Breslin PLLC
169 East Flagler Street, Suite 700
Miami, Fl 33021

DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒  All documents and pleadings of any nature.

Date: __7/17/2026_____

s/ Jerrell Breslin_____
Signature

*new.8/1/15*