UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on July 16, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
Avrumi Lubin

| | |
|---|---|
| Case Number: | 26-17342 |
| Hearing Date: | 7/16/2026 |
| Judge: | O'Hagan |
| Chapter: | 11 |

Recommended Local Form:          ☒ Followed          ☐ Modified

## ORDER RE EXTENSION OF TIME
## TO FILE SCHEDULES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 16, 2026**

Honorable Eamonn J. O'Hagan
United States Bankruptcy Judge

The court having noted the debtor's request to extend time to file schedules, and for good cause shown, it is

ORDERED that the debtor's request is:

☒ Granted.  The deadline to file schedules is extended to July 23, 2026                .
If Debtor fails to file the missing documents by the extended deadline, then the case will be dismissed without further notice.

☐ Denied.

*rev.12/1/2025*

2

United States Bankruptcy Court

District of New Jersey

In re:                                                                                  Case No. 26-17342-EJO

Avrumi Lubin                                                                      Chapter 11

   Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                          User: admin                                 Page 1 of 2

Date Rcvd: Jul 16, 2026                     Form ID: pdf903                           Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2026:**

**Recip ID              Recipient Name and Address**
db                  +  Avrumi Lubin, 1460 Arboretum Parkway, Lakewood, NJ 08701-1607

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2026                          Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2026 at the address(es) listed below:

**Name                    Email Address**

Hillel Ira Parness
                         on behalf of Creditor Franklin Capital Funding  LLC hip@hiplaw.com

Jennifer Mara
                         on behalf of Plaintiff FVP Opportunity Fund III  LP jmara@mabalaw.com, ebyerly@mabalaw.com

Jennifer Mara
                         on behalf of Plaintiff FVP Servicing  LLC jmara@mabalaw.com, ebyerly@mabalaw.com

Jennifer Mara
                         on behalf of Creditor FVP Investments LLC jmara@mabalaw.com  ebyerly@mabalaw.com

Jennifer Mara
                         on behalf of Plaintiff FVP Investments LLC jmara@mabalaw.com  ebyerly@mabalaw.com

Jennifer Mara
                         on behalf of Creditor FVP Opportunity Fund III  LP jmara@mabalaw.com, ebyerly@mabalaw.com

District/off: 0312-3                              User: admin                                Page 2 of 2
Date Rcvd: Jul 16, 2026                          Form ID: pdf903                            Total Noticed: 1

Jennifer Mara
        on behalf of Creditor FVP Servicing  LLC jmara@mabalaw.com, ebyerly@mabalaw.com

Rachel Wolf
        on behalf of U.S. Trustee U.S. Trustee rachel.wolf@usdoj.gov

U.S. Trustee
        USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 9