Avrumi Lubin, Debtor Pro Se
1460 Arboretum Parkway
Lakewood, New Jersey 08701
(718) 570-3796 · josh@tetonfunding.com

July 21, 2026

**BY HAND DELIVERY**

Clerk of Court
United States Bankruptcy Court, District of New Jersey

Re: In re Avrumi Lubin, Case No. 26-17342-EJO (Chapter 11) — consolidated objection package

Dear Clerk of Court:

The Debtor respectfully submits the enclosed consolidated papers in opposition to Dkt. 13 and Dkt. 33. The Short Supplemental Statement is filed together with the Objection, requests no new relief, and provides a limited record clarification. The Debtor asks that the Objection, Short Supplemental Statement, both declarations, and Exhibits A through Q be docketed as related components of the same opposition. The papers opposing Dkt. 13 are submitted on July 21, 2026 within the deadline set by Dkt. 18; the Objection also addresses Dkt. 33 in advance of its August 6 hearing.

The Debtor is filing on paper because his request for limited CM/ECF access was denied (Dkt. 35). He has served the papers by electronic mail on the U.S. Trustee and the appearing counsel for the FVP Parties and Franklin Capital Funding, LLC. The papers accurately describe that service and request that the Court deem it sufficient under the shortened-time circumstances or permit prompt cure of any additional service the Court directs.

Enclosed:

1. Objection to Dkt. 13 and Dkt. 33
2. Short Supplemental Statement (no new relief requested)
3. Declaration of Avrumi Lubin
4. Exhibits A-N binder
5. Supplemental Declaration authenticating Exhibits O, P, and Q
6. Exhibit O - September 3 transcript excerpt
7. Exhibit P - September 10 transcript excerpt
8. Exhibit Q - October 23 entered order
9. Five proposed orders (including an alternative order on Dkt. 13)
10. Certification of Service

The Debtor respectfully asks that the extra copy be stamped "Filed" and returned. Thank you.

Respectfully submitted,

_____

Avrumi Lubin a/k/a Josh Lubin
Debtor and Debtor-in-Possession, Pro Se