**UNITED STATES BANKRUPTCY COURT — DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

AVRUMI LUBIN, Debtor Pro Se · 1460 Arboretum Parkway, Lakewood, New Jersey 08701 · (718) 570-3796 ·
josh@tetonfunding.com

**In re: AVRUMI LUBIN a/k/a Josh Lubin · Case No. 26-17342-EJO · Chapter 11 · Judge: Hon. Eamonn J.
O'Hagan · Dkt. 13 Hearing: July 23, 2026 at 2:00 p.m., by Zoom**

## SUPPLEMENTAL DECLARATION OF AVRUMI LUBIN REGARDING DEBTOR'S EXHIBITS O, P, AND Q

I, Avrumi Lubin, also known as Josh Lubin, declare under penalty of perjury under the laws of the United States of America as follows:

1. I am the Debtor and Debtor-in-Possession and submit this Supplemental Declaration solely to authenticate Debtor's Exhibits O, P, and Q.

2. Exhibits O, P, and Q contain true and correct copies of portions of the record in FVP Opportunity Fund III, LP v. Karma of Broward, Inc., No. CACE-22-005125, Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida, obtained from that proceeding's certified transcript and docket files.

3. Exhibit O contains the cover, transcript pages 17 through 21, and reporter's certification from the certified September 3, 2025 transcript.

4. Exhibit P contains the cover, transcript pages 6 through 14, and reporter's certification from the certified September 10, 2025 transcript. Complete certified transcripts are available and will be supplied promptly at the Court's request.

5. Exhibit Q is a true and correct copy of Filing #234312347, e-filed October 23, 2025, an entered Agreed Order denying my August 25, 2025 motion for reconsideration and/or clarification of the August 14, 2025 order.

6. I do not state that the August 14 written order was vacated or that an amended written order was entered. I have not located an amended written order. Exhibits O and P provide the later oral record describing the purpose and scope of the ruling, and Exhibit Q provides the later entered denial order.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 21, 2026.

_____

Avrumi Lubin a/k/a Josh Lubin
Debtor Pro Se

**FILED**

JEANNE A. NAUGHTON, CLERK

JUN 21 2026

U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY_____DEPUTY