UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
**AVRUMI LUBIN**
1460 Arboretum Parkway
Lakewood, New Jersey 08701
Telephone: (718) 570-3796
Email: josh@tetonfunding.com
Debtor Pro Se

| In Re: | Case No.: 26-17342-EJO |
|---|---|
| AVRUMI LUBIN a/k/a Josh Lubin, | Chapter: 11 |
| Debtor. | Hearing Date: July 23, 2026 |
| | Judge: Hon. Eamonn J. O'Hagan |

## ALTERNATIVE ORDER DENYING DISMISSAL WITH PREJUDICE AND OTHER EXTRAORDINARY RELIEF, AND ADJOURNING THE REMAINDER OF THE FVP PARTIES' MOTION (DKT. 13)

The relief set forth on the following pages, numbered two (2) through two (2), is hereby ORDERED.

1

THIS MATTER having come before the Court on the motion of FVP Investments LLC, FVP Opportunity Fund III, LP, and FVP Servicing, LLC (the "FVP Parties") to vacate the automatic stay and to dismiss this Chapter 11 case with prejudice, with related relief (Dkt. 13); and the Debtor having objected and having requested this relief in the alternative (Objection ¶ 30(i), (iv)); and the Court having considered the papers, the record, and any argument; and good cause appearing;

**IT IS HEREBY ORDERED** that:

1.  To the extent the motion at Dkt. 13 seeks (a) dismissal of this case with prejudice; (b) any refiling bar or restriction on future filings by the Debtor or any other person or entity; (c) any prospective determination that the automatic stay shall not apply in any case not yet filed; (d) any in rem relief or finding under 11 U.S.C. § 362(d)(4); or (e) waiver of the fourteen-day stay of Fed. R. Bankr. P. 4001(a)(4), those requests are DENIED.

2.  The Court makes no finding on the present record that this case was filed in bad faith or as part of any scheme to delay, hinder, or defraud creditors. Any request for such findings is reserved and, if resolution would require deciding disputed material factual issues, shall be determined only after an evidentiary hearing consistent with Fed. R. Bankr. P. 9014(d).

3.  Consideration of the remainder of the motion at Dkt. 13, including any request for dismissal of this case without prejudice or for relief from the automatic stay, is ADJOURNED to the status conference scheduled for August 13, 2026 (Dkt. 6), or to such other date as the Court may set, so that it may be heard after the Debtor's schedules and statement of financial affairs are filed (due, as extended, July 23, 2026) and the meeting of creditors under 11 U.S.C. § 341(a) is held (scheduled for July 22, 2026; Dkt. 10). The Court may impose such conditions in connection with this adjournment as it deems appropriate.

4.  This Order is without prejudice to the rights of all parties at the adjourned hearing, in the claims-allowance process, in Adversary Proceeding No. 26-01315, and with respect to the FVP Parties' supplemental motion at Dkt. 33, which is addressed by separate order.

5.  This Court retains jurisdiction to interpret and enforce this Order.