UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
**AVRUMI LUBIN**
1460 Arboretum Parkway
Lakewood, New Jersey 08701
Telephone: (718) 570-3796
Email: josh@tetonfunding.com
Debtor Pro Se

| In Re: | Case No.:  26-17342-EJO |
|---|---|
| AVRUMI LUBIN a/k/a Josh Lubin, | Chapter:  11 |
| Debtor. | Hearing Date:  July 23, 2026 |
| | Judge:  Hon. Eamonn J. O'Hagan |

### ORDER DENYING THE FVP PARTIES' MOTION TO VACATE THE AUTOMATIC STAY AND TO DISMISS THE CASE WITH PREJUDICE (DKT. 13)

The relief set forth on the following pages, numbered two (2) through two (2), is hereby ORDERED.

THIS MATTER having come before the Court on the motion of FVP Investments LLC, FVP Opportunity Fund III, LP, and FVP Servicing, LLC (the "FVP Parties") to vacate the automatic stay and to dismiss this Chapter 11 case with prejudice, with related relief (Dkt. 13); and the Debtor having objected; and the Court having considered the papers, the record, and any argument; and good cause appearing;

**IT IS HEREBY ORDERED** that:

1. The motion at Dkt. 13 is DENIED in its entirety, including its requests for (a) dismissal of this case, with or without prejudice; (b) relief from or vacatur of the automatic stay; (c) any refiling bar or restriction on future filings by the Debtor or any other person or entity; (d) any prospective determination that the automatic stay shall not apply in any case not yet filed; (e) any in rem relief or finding under 11 U.S.C. § 362(d)(4); (f) any finding that this case was filed in bad faith or as part of a scheme to delay, hinder, or defraud creditors; and (g) waiver of the fourteen-day stay of Fed. R. Bankr. P. 4001(a)(4).

2. This Order is without prejudice to the rights of all parties in the claims-allowance process, in Adversary Proceeding No. 26-01315, and in the pending supplemental motion at Dkt. 33, which is addressed by separate order.

3. This Court retains jurisdiction to interpret and enforce this Order.