UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
**AVRUMI LUBIN**
1460 Arboretum Parkway
Lakewood, New Jersey 08701
Telephone: (718) 570-3796
Email: josh@tetonfunding.com
Debtor Pro Se

| In Re: | Case No.: 26-17342-EJO |
|---|---|
| AVRUMI LUBIN a/k/a Josh Lubin, | Chapter: 11 |
| Debtor. | Hearing Date: August 6, 2026 |
| | Judge: Hon. Eamonn J. O'Hagan |

### ORDER CONTINUING THE AUTOMATIC STAY AND ADJOURNING THE SUPPLEMENTAL MOTION (DKT. 33) FOR A STATUS REPORT

The relief set forth on the following pages, numbered two (2) through two (2), is hereby ORDERED.

THIS MATTER having come before the Court on the supplemental motion of the FVP Parties (Dkt. 33) concerning the automatic stay and Appeal Nos. 4D2025-3564, 4D2026-1512, and 4D2026-1833, now pending before the Florida Fourth District Court of Appeal; and in response to the Fourth District's orders of July 1, 2026 (Dkt. 34-1, as to Nos. 4D2026-1512 and 4D2025-3564) and July 2, 2026 (Debtor's Ex. N, as to No. 4D2026-1833) directing the parties to obtain an order stating whether those appeals are stayed under 11 U.S.C. § 362(a); and the Debtor having opposed relief from the automatic stay; and the Court having determined that the question of stay modification presented by Dkt. 33 should be deferred briefly so that the Debtor's schedules, the § 341 meeting, and the Debtor's counsel-retention efforts may progress; and good cause appearing;

**IT IS HEREBY ORDERED** that:

1. The automatic stay of 11 U.S.C. § 362(a) arose upon the filing of the Debtor's petition on June 25, 2026, remains in effect, and, by operation of law, applies to the continuation of the Appeals, as proceedings commenced against the Debtor before this case, regardless of which party has taken the appeal.

2. The relief requested in the supplemental motion (Dkt. 33) is ADJOURNED to a date on or after September 8, 2026, to be set by the Court. This Order does not adjudicate, adjourn, or extend any time period applicable to the FVP Parties' separate motion at Dkt. 13, which is addressed by separate order.

3. Pursuant to 11 U.S.C. § 362(e)(2)(B)(ii), the automatic stay is CONTINUED in effect as to the stay-relief request in Dkt. 33 (filed July 13, 2026), and the sixty-day period of § 362(e)(2) applicable to that request is EXTENDED through and including October 30, 2026 — a specific period of time that the Court finds is required for the following specific good cause: (a) the Debtor is completing the schedules, statement of financial affairs, and § 341 process under court-approved deadlines (Dkt. 39; Dkt. 10); (b) the Debtor's counsel-retention efforts are ongoing (Declaration ¶ 14); (c) the appeals at issue are not ready for decision as to two of the three, including the movants' own unfiled answer brief in No. 4D2025-3564; and (d) the movants face no enforcement prejudice during the continuance, because § 362(a) bars enforcement in any event and this Order grants no relief from it. If Dkt. 33 remains undecided as October 30, 2026 approaches, the period may be further extended for cause on motion of any party or by the Court.

4. Within seven (7) days after entry of this Order, the Debtor shall file a status report addressing (a) his efforts to retain bankruptcy and appellate counsel; (b) the status of each of the three appeals; and (c) his position on the appropriate disposition of Dkt. 33.

5. This Order grants no relief from the automatic stay and authorizes no enforcement, execution, sale, collection, or other act against the Debtor or property of the estate.

6. This Order makes no finding, and shall have no preclusive or evidentiary effect, as to the merits of the Appeals, the validity, amount, priority, or extent of any claim or judgment of the FVP Parties, the existence of cause to dismiss or convert this case, the good or bad faith of the Debtor or of this filing, or the dischargeability of any debt. This paragraph does not limit the Court's determination that the automatic stay applies to the Appeals, which is entered for the benefit of the Florida Fourth District Court of Appeal and the parties.

7. This Order is entered without prejudice to all rights, claims, defenses, and objections of all parties, including the Debtor's rights in Adversary Proceeding No. 26-01315 and as to Dkt. 13.

8. The Debtor shall file a copy of this Order with the Florida Fourth District Court of Appeal within five (5) days of its entry, in compliance with the Fourth District's July 1, 2026 order (Dkt. 34-1) and July 2, 2026 order (Debtor's Ex. N).