# UNITED STATES BANKRUPTCY COURT — DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

AVRUMI LUBIN, Debtor Pro Se · 1460 Arboretum Parkway, Lakewood, New Jersey 08701 · (718) 570-3796 · josh@tetonfunding.com

**In re: AVRUMI LUBIN a/k/a Josh Lubin · Case No. 26-17342-EJO · Chapter 11 · Judge: Hon. Eamonn J. O'Hagan · Dkt. 13 Hearing: July 23, 2026 at 2:00 p.m., by Zoom**

## CERTIFICATION OF SERVICE

I, Avrumi Lubin, am the Debtor and represent myself. On July 21, 2026, I sent by electronic mail to the recipients below the Objection; Short Supplemental Statement; Declaration and Supplemental Declaration; Exhibits A-N and Exhibits O, P, and Q; and five proposed orders.

The recipients are the U.S. Trustee, the movant FVP Parties, and creditor Franklin Capital Funding, LLC through appearing counsel — the parties currently receiving electronic notice reflected in Dkt. 43. No official committee has been appointed. The Objection asks the Court to deem this service sufficient under the shortened-time circumstances or permit prompt cure of any additional service the Court directs.

• Jennifer Mara, Esq. — jmara@mabalaw.com; ebyerly@mabalaw.com — Counsel for FVP Parties

• Jerrell A. Breslin, Esq. — JB@JSJB.Law; EService@JSJB.Law — Co-counsel for FVP Parties

• Hillel I. Parness, Esq. — hip@hiplaw.com — Counsel for Franklin Capital Funding, LLC

• Office of the United States Trustee, Attn: Rachel Wolf, Esq. — rachel.wolf@usdoj.gov; USTPRegion03.NE.ECF@usdoj.gov

I certify under penalty of perjury that the foregoing documents were sent to the recipients above by electronic mail on July 21, 2026.

Date: July 21, 2026

Signature: _____
Avrumi Lubin, Debtor Pro Se

FILED
JEANNE A. NAUGHTON, CLERK

JUN 2 1 2026

U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY D. Chyacow _____DEPUTY