Form tsntc

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  26–17342–EJO
Chapter:  11
Judge:  Eamonn James O'Hagan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Avrumi Lubin
aka Josh Lubin
1460 Arboretum Parkway
Lakewood, NJ 08701

Social Security No.:
xxx–xx–4839

Employer's Tax I.D. No.:

---

### Notice That a Transcript Has Been Filed

        You are Noticed that a Transcript has been filed on 7/21/26. Pursuant to the Judicial Conference Policy on Privacy, access to this transcript is restricted for a period of ninety days from the date of filing. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [For information about how to contact the transcriber, please call the Clerk's Office] All parties have seven business days to file a Request for Redaction of any social security numbers, financial account data, names of minor–age children, dates of birth, and home addresses. If redaction is requested, the filing party has twenty–one calendar days from the date the transcript was filed to file a list of items to be redacted indicating the location of the identifiers within the transcript with the court and to provide the list to the transcriber. The transcriber has thirty–one days from the date the list of items to be redacted was filed to file the redacted version of the transcript with the court . If no request is filed, the transcript will be made electronically available to the general public after the ninety days.

Dated: July 22, 2026
JAN:

Jeanne Naughton
Clerk