**Fill in this information to identify your case:**

Debtor 1    Avrumi Lubin a/k/a Josh Lubin
     First Name      Middle Name      Last Name

Debtor 2
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: District of New Jersey

Case number   26-17342-EJO
      (if known)

☐ Check if this is an amended filing

# Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:   Summarize Your Assets

**Your assets**
**Value of what you own**

1. *Schedule A/B: Property* (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from *Schedule A/B* ................................................................   $ _____ 0.00

   1b. Copy line 62, Total personal property, from *Schedule A/B* .......................................................   $ _____ 13567.78 + Unknown

   1c. Copy line 63, Total of all property on *Schedule A/B* ................................................................   $ _____ 13567.78 + Unknown

### Part 2:   Summarize Your Liabilities

**Your liabilities**
**Amount you owe**

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D* ............   $ _____ 8841219.72

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* .........................................   $ _____ Unknown

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* .....................................   **+** $ _____ 6308600.05 + Unknown

   **Your total liabilities**   $ _____ 15149819.77 + Unknown

### Part 3:   Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I* .........................................................   $ _____ 5000 est.

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J* .........................................................   $ _____ 15150 est.

Debtor 1 __Avrumi Lubin a/k/a Josh Lubin__
 First Name  Middle Name  Last Name

Case number *(if known)* __26-17342-EJO__

---

| **Part 4:** | **Answer These Questions for Administrative and Statistical Records** |
|---|---|

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☑ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

   $_____5000 est.

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

   **Total claim**

   **From Part 4 on *Schedule E/F*, copy the following:**

   9a. Domestic support obligations (Copy line 6a.)  $_____0

   9b. Taxes and certain other debts you owe the government. (Copy line 6b.)  $_____Unknown

   9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.)  $_____0

   9d. Student loans. (Copy line 6f.)  $_____0

   9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.)  $_____0

   9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.)  **+** $_____0

   9g. **Total.** Add lines 9a through 9f.  $_____Unknown

---

**Fill in this information to identify your case and this filing:**

Debtor 1    Avrumi Lubin a/k/a Josh Lubin
           First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)   First Name         Middle Name         Last Name

United States Bankruptcy Court for the: District of New Jersey

Case number   26-17342-EJO

☐ Check if this is an amended filing

## Official Form 106A/B

# Schedule A/B: Property      12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☑ No. Go to Part 2.
☐ Yes. Where is the property?

**1.1.** _____
Street address, if available, or other description

_____

_____
City      State    ZIP Code

_____
County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**
$_____    $_____

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

_____

☐ Check if this is community property (see instructions)

If you own or have more than one, list here:

**1.2.** _____
Street address, if available, or other description

_____

_____
City      State    ZIP Code

_____
County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**
$_____    $_____

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

_____

☐ Check if this is community property (see instructions)

Debtor 1    Avrumi Lubin a/k/a Josh Lubin                                    Case number *(if known)* 26-17342-EJO
           First Name        Middle Name        Last Name

**What is the property?** Check all that apply.

1.3. _____
    Street address, if available, or other description

❑ Single-family home
❑ Duplex or multi-unit building
❑ Condominium or cooperative
❑ Manufactured or mobile home
❑ Land
❑ Investment property
❑ Timeshare
❑ Other _____

_____

_____
City            State    ZIP Code

_____
County

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$_____    $_____

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

_____

**Who has an interest in the property?** Check one.

❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another

❑ Check if this is community property (see instructions)

**Other information you wish to add about this item, such as local property identification number:** _____

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.** ..................................➔    $_____

---

| Part 2: | Describe Your Vehicles |
|---|---|

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☑ No
❑ Yes

3.1.  Make:        _____
     Model:       _____
     Year:        _____
     Approximate mileage:  _____
     Other information:

**Who has an interest in the property?** Check one.

❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another

❑ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$_____    $_____

If you own or have more than one, describe here:

3.2.  Make:        _____
     Model:       _____
     Year:        _____
     Approximate mileage:  _____
     Other information:

**Who has an interest in the property?** Check one.

❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another

❑ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$_____    $_____

Debtor 1    Avrumi Lubin a/k/a Josh Lubin                                    Case number *(if known)* 26-17342-EJO
            First Name      Middle Name      Last Name

| | Who has an interest in the property? Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|

3.3.   Make: _____
       Model: _____
       Year: _____
       Approximate mileage: _____
       Other information:
       [ ]

Who has an interest in the property? Check one.

❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another

❑ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**     **Current value of the portion you own?**

$_____     $_____

3.4.   Make: _____
       Model: _____
       Year: _____
       Approximate mileage: _____
       Other information:
       [ ]

Who has an interest in the property? Check one.

❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another

❑ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**     **Current value of the portion you own?**

$_____     $_____

4.  **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
    *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

    ☑ No
    ❑ Yes

4.1.   Make: _____
       Model: _____
       Year: _____
       Other information:
       [ ]

Who has an interest in the property? Check one.

❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another

❑ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**     **Current value of the portion you own?**

$_____     $_____

If you own or have more than one, list here:

4.2.   Make: _____
       Model: _____
       Year: _____
       Other information:
       [ ]

Who has an interest in the property? Check one.

❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another

❑ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**     **Current value of the portion you own?**

$_____     $_____

5.  **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ..................................... ➔   $_____

Official Form 106A/B                    **Schedule A/B: Property**                    page 3

Debtor 1    Avrumi Lubin a/k/a Josh Lubin

First Name    Middle Name    Last Name

Case number (if known) 26-17342-EJO

## Part 3:    Describe Your Personal and Household Items

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |

6. **Household goods and furnishings**

   *Examples:* Major appliances, furniture, linens, china, kitchenware

   ☐ No
   ☑ Yes. Describe.........    Household goods and furnishings (used)    $                2500 (

7. **Electronics**

   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

   ☐ No
   ☑ Yes. Describe.........    Electronics: mobile phone; laptop computer (used)    $                1500 (

8. **Collectibles of value**

   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

   ☑ No
   ☐ Yes. Describe.........    $

9. **Equipment for sports and hobbies**

   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

   ☑ No
   ☐ Yes. Describe.........    $

10. **Firearms**

    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ☑ No
    ☐ Yes. Describe.........    $

11. **Clothes**

    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No
    ☑ Yes. Describe.........    Wearing apparel (used)    $                1000 (

12. **Jewelry**

    Examples: Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ☑ No
    ☐ Yes. Describe.........    $

13. **Non-farm animals**

    *Examples:* Dogs, cats, birds, horses

    ☑ No
    ☐ Yes. Describe.........    $

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ☑ No
    ☐ Yes. Give specific information. ............    $

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ...........................................................................➔    $                5000 (

| Debtor 1 | Avrumi Lubin a/k/a Josh Lubin | | | Case number (if known) 26-17342-EJO |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

### Part 4:    Describe Your Financial Assets

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☐ Yes............................................................................................................................................ Cash: ....................... $_____

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes.....................          Institution name:

| | | |
|---|---|---|
| 17.1. Checking account: | Bank of America, N.A. checking x3856 (sole owner) | $ 67.78 |
| 17.2. Checking account: | | $ |
| 17.3. Savings account: | | $ |
| 17.4. Savings account: | | $ |
| 17.5. Certificates of deposit: | | $ |
| 17.6. Other financial account: | Merrill CMA account 6CL-26265 (pledged to ML lende | $ 0.00 |
| 17.7. Other financial account: | Merrill CMA account 6CL-21522 (pledged collateral a | $ 0.00 |
| 17.8. Other financial account: | | $ |
| 17.9. Other financial account: | | $ |

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes.................          Institution or issuer name:

| | |
|---|---|
| | $ |
| | $ |
| | $ |

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

| | Name of entity: | % of ownership: | |
|---|---|---|---|
| ☐ No | | | |
| ☑ Yes. Give specific information about them...................... | Spin Capital, LLC (NJ) — see Attachment A/B-19 | 100% % | $ Unknown |
| | Teton Life, LLC (DE) — see Attachment A/B-19 | 50% % | $ Unknown |
| | Other LLC/partnership interests - see Attachment A/B-19 | See att. % | $ Unknown |

---

Debtor 1    Avrumi Lubin a/k/a Josh Lubin                   Case number (if known) 26-17342-EJO
            First Name    Middle Name     Last Name

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Give specific    Issuer name:
   information about
   them......................                                                              $_____
                        _____
                        _____          $_____
                        _____          $_____

**21. Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No
☐ Yes. List each
   account separately.   Type of account:     Institution name:

                        401(k) or similar plan:   _____   $_____

                        Pension plan:            _____   $_____

                        IRA:                     _____   $_____

                        Retirement account:      _____   $_____

                        Keogh:                   _____   $_____

                        Additional account:      _____   $_____

                        Additional account:      _____   $_____

**22. Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
companies, or others

☐ No
☑ Yes.........................                Institution name or individual:

                        Electric:                _____   $_____

                        Gas:                     _____   $_____

                        Heating oil:             _____   $_____

                        Security deposit on rental unit: Sky / Moinian Group - 605 W. 42nd St., Apt. PH3A   $    8,500.00

                        Prepaid rent:            _____   $_____

                        Telephone:               _____   $_____

                        Water:                   _____   $_____

                        Rented furniture:        _____   $_____

                        Other:                   _____   $_____

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes.........................   Issuer name and description:

                                                                                      $_____
                        _____
                        _____          $_____
                        _____          $_____

Debtor 1    <u>Avrumi Lubin a/k/a Josh Lubin</u>        Case number *(if known)* <u>26-17342-EJO</u>

First Name    Middle Name      Last Name

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.** 26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No

☐ Yes ..................................... Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

$_____

$_____

$_____

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No

☐ Yes. Give specific information about them....

$_____

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples*: Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No

☐ Yes. Give specific information about them....

$_____

27. **Licenses, franchises, and other general intangibles**
*Examples*: Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No

☐ Yes. Give specific information about them....

$_____

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**

☑ No

☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years. ......................

Federal:   $_____

State:   $_____

Local:   $_____

29. **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No

☐ Yes. Give specific information.............

Alimony:   $_____

Maintenance:   $_____

Support:   $_____

Divorce settlement:   $_____

Property settlement:   $_____

30. **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No

☐ Yes. Give specific information.............

$_____

Debtor 1    Avrumi Lubin a/k/a Josh Lubin
            First Name    Middle Name    Last Name

Case number *(if known)* 26-17342-EJO

---

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

    ☑ No
    ☐ Yes. Name the insurance company of each policy and list its value. ...

    | Company name: | Beneficiary: | Surrender or refund value: |
    |---|---|---|
    | | | $ |
    | | | $ |
    | | | $ |

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

    ☑ No
    ☐ Yes. Give specific information..............                                                    $

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

    ☐ No
    ☑ Yes. Describe each claim. ................... Personal and asserted assigned claims - see Attachment A/B-33/3   $ Unknown

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

    ☐ No
    ☑ Yes. Describe each claim. ................... Other contingent and unliquidated claims - see Attachment A/B-33   $ Unknown

35. **Any financial assets you did not already list**

    ☐ No
    ☑ Yes. Give specific information............ Federal/NJ tax-loss carryforwards - see Attachment A/B-35   $ Unknown

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ......................................................................................................... →   $ Unknown

---

| **Part 5:** | **Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.** |
|---|---|

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ☑ No. Go to Part 6.
    ☐ Yes. Go to line 38.

    **Current value of the portion you own?**
    Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

    ☐ No
    ☐ Yes. Describe......   $

39. **Office equipment, furnishings, and supplies**
    *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

    ☐ No
    ☐ Yes. Describe......   $

---

Official Form 106A/B                      **Schedule A/B: Property**                      page 8

Debtor 1 ___Avrumi Lubin a/k/a Josh Lubin___
First Name   Middle Name   Last Name

Case number *(if known)* _26-17342-EJO_

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

❏ No
❏ Yes. Describe......  | | $_____

**41. Inventory**

❏ No
❏ Yes. Describe......  | | $_____

**42. Interests in partnerships or joint ventures**

❏ No
❏ Yes. Describe.......

| Name of entity: | % of ownership: | |
| --- | --- | --- |
| _____ | _____ % | $_____ |
| _____ | _____ % | $_____ |
| _____ | _____ % | $_____ |

**43. Customer lists, mailing lists, or other compilations**

❏ No
❏ Yes. **Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?**

    ❏ No
    ❏ Yes. Describe.......  | | $_____

**44. Any business-related property you did not already list**

❏ No
❏ Yes. Give specific
information .........

    _____    $_____
    _____    $_____
    _____    $_____
    _____    $_____
    _____    $_____
    _____    $_____
    _____    $_____

**45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here** ...................................................................................... ➔ $_____

---

| Part 6: | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
| --- | --- |
| | **If you own or have an interest in farmland, list it in Part 1.** |

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.
❏ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**47. Farm animals**
*Examples*: Livestock, poultry, farm-raised fish

❏ No
❏ Yes ....................... | | $_____

Debtor 1   Avrumi Lubin a/k/a Josh Lubin
           First Name   Middle Name   Last Name

Case number (if known) 26-17342-EJO

48. **Crops—either growing or harvested**

☐ No
☐ Yes. Give specific information. ............

$_____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☐ No
☐ Yes. ........................

$_____

50. **Farm and fishing supplies, chemicals, and feed**

☐ No
☐ Yes. ........................

$_____

51. **Any farm- and commercial fishing-related property you did not already list**

☐ No
☐ Yes. Give specific information. ............

$_____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ......................................................................➔ $_____

## Part 7:   Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
Examples: Season tickets, country club membership

☑ No
☐ Yes. Give specific information. ............

$_____
$_____
$_____

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ...........................................➔ $_____

## Part 8:   List the Totals of Each Part of this Form

55. Part 1: Total real estate, line 2 ...................................................................................................➔ $_____ 0.00

56. Part 2: Total vehicles, line 5    $_____ 0.00

57. Part 3: Total personal and household items, line 15    $_____ 5000 (

58. Part 4: Total financial assets, line 36    $_____ 8567.78 + Un

59. Part 5: Total business-related property, line 45    $_____ 0.00

60. Part 6: Total farm- and fishing-related property, line 52    $_____ 0.00

61. Part 7: Total other property not listed, line 54    + $_____ 0.00

62. **Total personal property.** Add lines 56 through 61. ....................    $ 13567.78 + Unknown   Copy personal property total ➔ + $ 13567.78 + Unknown

63. **Total of all property on Schedule A/B.** Add line 55 + line 62.............................................................    $ 13567.78 + Un

Official Form 106A/B    **Schedule A/B: Property**    page 10

**Fill in this information to identify your case:**

Debtor 1   Avrumi Lubin a/k/a Josh Lubin
           First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing)  First Name   Middle Name   Last Name

United States Bankruptcy Court for the: District of New Jersey

Case number   26-17342-EJO
(if known)

☐ Check if this is an
amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt       12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.
Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more
space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write
your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a
specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount
of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt
retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that
limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption
would be limited to the applicable statutory amount.

### Part 1:   Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption.* | |
| Brief description: Checking account — <br> Line from *Schedule A/B*: 17.1 | $ 67.78 | ☐ $ _____ <br> ☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: Household goods and <br> Line from *Schedule A/B*: 6 | $ 2500 est. | ☐ $ _____ <br> ☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: Electronics (phone, la <br> Line from *Schedule A/B*: 11 | $ 1500 est. | ☐ $ _____ <br> ☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |

3. **Are you claiming a homestead exemption of more than $155,675?**
   (Subject to adjustment on 4/01/16 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

      ☐ No
      ☐ Yes

Debtor 1    Avrumi Lubin a/k/a Josh Lubin
            First Name    Middle Name    Last Name

Case number (if known) 26-17342-EJO

| Part 2: | Additional Page |
| --- | --- |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from Schedule A/B | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
| --- | --- | --- | --- |
| Brief description: Wearing apparel<br>Line from Schedule A/B: 1 4 | $ 1000 ( | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3)<br><br>11 U.S.C. sec. 522(d)(5) |
| Brief description: Residential security (<br>Line from Schedule A/B: 2 2 . 4 | $ 850 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. sec. 522(d)(5) |
| Brief description: LLC interests and litig<br>Line from Schedule A/B: 1 9, 3{ | $ Unkno | ☑ $ 8907.22 agg<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: _____<br>Line from Schedule A/B: _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: _____<br>Line from Schedule A/B: _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: _____<br>Line from Schedule A/B: _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: _____<br>Line from Schedule A/B: _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: _____<br>Line from Schedule A/B: _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: _____<br>Line from Schedule A/B: _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: _____<br>Line from Schedule A/B: _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: _____<br>Line from Schedule A/B: _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: _____<br>Line from Schedule A/B: _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |

**Fill in this information to identify your case:**

Debtor 1   Avrumi Lubin a/k/a Josh Lubin
           First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing)  First Name   Middle Name   Last Name

United States Bankruptcy Court for the: District of New Jersey

Case number  26-17342-EJO
(If known)

☐ Check if this is an amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

### Part 1:   List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A
Amount of claim
Do not deduct the value of collateral. | Column B
Value of collateral that supports this claim | Column C
Unsecured portion
If any |
|---|---|---|---|

**2.1**
FVP Opportunity Fund III, LP, et a
Creditor's Name

1201 Broadway, 7th Floor
Number      Street

c/o Alan I. Karten, PLLC

New York          NY   10001
City            State   ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred  10/3/25 judgm

**Describe the property that secures the claim:**
LLC interests; 5/15/26 and 6/11/26 orders; disputed/o

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☑ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Last 4 digits of account number** ____ ____ ____ ____

Column A: $ 884121̲ฦ   Column B: $ Unknown   Column C: $ Unknown

**2.2**
Creditor's Name

Number      Street

City            State   ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred _____

**Describe the property that secures the claim:**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Last 4 digits of account number** ____ ____ ____ ____

Column A: $ _____   Column B: $ _____   Column C: $ _____

**Add the dollar value of your entries in Column A on this page. Write that number here:**   $ 884121̲ฦ

Debtor 1  Avrumi Lubin a/k/a Josh Lubin
  First Name    Middle Name    Last Name

Case number (if known) 26-17342-EJO

| | | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim | Column C Unsecured portion if any |
|---|---|---|---|---|
| **Part 1:** **Additional Page** After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | | | | |

---

**Describe the property that secures the claim:**  $_____   $_____   $_____

Creditor's Name

Number        Street

City            State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred _____

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

---

**Describe the property that secures the claim:**  $_____   $_____   $_____

Creditor's Name

Number        Street

City            State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred _____

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

---

**Describe the property that secures the claim:**  $_____   $_____   $_____

Creditor's Name

Number        Street

City            State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred _____

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

---

Add the dollar value of your entries in Column A on this page. Write that number here:  $_____

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:  $_____

Official Form 106D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page ___ of c/o Al

Debtor 1  Avrumi Lubin a/k/a Josh Lubin
           First Name    Middle Name    Last Name

Case number (if known) 26-17342-EJO

## Part 2:   List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

**2.1** Jerrell Breslin, Esq.; Jonathan Schwartz, Esq.
Name
Schwartz I Breslin, PLLC
Number      Street
169 East Flagler Street, Suite 700

| Miami | FL | 33131 |
|---|---|---|
| City | State | ZIP Code |

On which line in Part 1 did you enter the creditor? 2.1
Last 4 digits of account number ___ ___ ___ ___

c/o Al  Jennifer Mara, Esq.
Name
Mandelbaum Barrett PC
Number      Street
75 Livingston Avenue, Suite 101

| Roseland | NJ | 07068 |
|---|---|---|
| City | State | ZIP Code |

On which line in Part 1 did you enter the creditor? 2.1
Last 4 digits of account number ___ ___ ___ ___

**2.1** Alan I. Karten, Esq.
Name
Law Office of Alan I. Karten, PLLC
Number      Street
1201 Broadway, 7th Floor

| New York | NY | 10001 |
|---|---|---|
| City | State | ZIP Code |

On which line in Part 1 did you enter the creditor? 2.1
Last 4 digits of account number ___ ___ ___ ___

Name

Number      Street

| City | State | ZIP Code |
|---|---|---|

On which line in Part 1 did you enter the creditor? ___
Last 4 digits of account number ___ ___ ___ ___

Name

Number      Street

| City | State | ZIP Code |
|---|---|---|

On which line in Part 1 did you enter the creditor? ___
Last 4 digits of account number ___ ___ ___ ___

c/o Al  
Name

Number      Street

| City | State | ZIP Code |
|---|---|---|

On which line in Part 1 did you enter the creditor? ___
Last 4 digits of account number ___ ___ ___ ___

**Fill in this information to identify your case:**

Debtor 1    Avrumi Lubin a/k/a Josh Lubin
            First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing) First Name   Middle Name          Last Name

United States Bankruptcy Court for the: District of New Jersey

Case number  26-17342-EJO
(If known)

☐ Check if this is an amended filing

## Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule
A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any
creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is
needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of
any additional pages, write your name and case number (if known).

### Part 1:   List All of Your PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims against you?

   ☐ No. Go to Part 2.
   ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For
   each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and
   nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority
   unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.
   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1**

Internal Revenue Service
Priority Creditor's Name
Centralized Insolvency Operation
Number          Street
P.O. Box 7346
Philadelphia          PA    19101-73
City                  State  ZIP Code

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number __ __ __ __

When was the debt incurred?   2024-2025 tax

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

$ Unknown   $ Unknown   $ Unknown

**2.2**

State of New Jersey, Division of Taxat
Priority Creditor's Name
Bankruptcy Section
Number          Street
P.O. Box 245
Trenton          NJ    08695-02
City              State  ZIP Code

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number __ __ __ __

When was the debt incurred?   2024-2025 tax

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

$ Unknown   $ Unknown   $ Unknown

Official Form 106E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 1 of ___

| Debtor 1 | Avrumi Lubin a/k/a Josh Lubin | | Case number (if known) 26-17342-EJO |
| --- | --- | --- | --- |
| | First Name    Middle Name    Last Name | | |

## Part 1:    Your PRIORITY Unsecured Claims — Continuation Page

| After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Total claim | Priority amount | Nonpriority amount |
| --- | --- | --- | --- |

_____
Priority Creditor's Name

_____
Number          Street

_____

_____
City                    State        ZIP Code

**Who incurred the debt?** Check one.

❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another

❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

❑ No
❑ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?**      _____

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of PRIORITY unsecured claim:**

❑ Domestic support obligations
❑ Taxes and certain other debts you owe the government
❑ Claims for death or personal injury while you were intoxicated
❑ Other. Specify _____

$_____  $_____  $_____

_____
Priority Creditor's Name

_____
Number          Street

_____

_____
City                    State        ZIP Code

**Who incurred the debt?** Check one.

❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another

❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

❑ No
❑ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?**      _____

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of PRIORITY unsecured claim:**

❑ Domestic support obligations
❑ Taxes and certain other debts you owe the government
❑ Claims for death or personal injury while you were intoxicated
❑ Other. Specify _____

$_____  $_____  $_____

_____
Priority Creditor's Name

_____
Number          Street

_____

_____
City                    State        ZIP Code

**Who incurred the debt?** Check one.

❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another

❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

❑ No
❑ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?**      _____

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of PRIORITY unsecured claim:**

❑ Domestic support obligations
❑ Taxes and certain other debts you owe the government
❑ Claims for death or personal injury while you were intoxicated
❑ Other. Specify _____

$_____  $_____  $_____

Official Form 106E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page ___ of ___

Debtor 1  Avrumi Lubin a/k/a Josh Lubin
  First Name    Middle Name    Last Name

Case number (if known) 26-17342-EJO

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |

3. **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.**

                                                                                                    **Total claim**

**4.1**  Franklin Capital Funding, LLC / Franklin Capital Group, LLC
Nonpriority Creditor's Name

32300 Northwestern Hwy, Suite 215
Number        Street

Farmington Hills              MI        48334
City                          State     ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?  10/6/25 judgment

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify Judgment; disputed; appeal/vacatur pending

$  6000000.00

---

**4.2**
Nonpriority Creditor's Name

Number        Street

City                          State     ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

$

---

**4.3**  GrayRobinson, P.A.
Nonpriority Creditor's Name

301 East Pine Street, Suite 1400
Number        Street

Orlando                       FL        32801
City                          State     ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?  2026

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify Legal fees (estimated)

$  11000 est.

---

Debtor 1  Avrumi Lubin a/k/a Josh Lubin
First Name   Middle Name    Last Name

Case number (if known) 26-17342-EJO

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.          **Total claim**

**Best Egg (Marlette Funding, LLC)**
Nonpriority Creditor's Name
P.O. Box 42912
Number     Street
Philadelphia          PA     19101
City                State  ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number  5  4  6  A

When was the debt incurred?   Pre-petition

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Personal installment loan

$ Unknown

---

**Credit One Bank, N.A.**
Nonpriority Creditor's Name
P.O. Box 98873
Number     Street
Las Vegas          NV     89193-8873
City                State  ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number  __ __ __ __

When was the debt incurred?   Pre-petition

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Credit cards (up to three accoun·

$ Unknown

---

**Citibank, N.A.**
Nonpriority Creditor's Name
P.O. Box 6500
Number     Street
Sioux Falls          SD     57117
City                State  ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number  __ __ __ __

When was the debt incurred?   Pre-petition

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Credit cards/other. FIVE additional nonpriority entries are ·

$ Unknown

---

Official Form 106E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          page ___ of ___

Debtor 1    Avrumi Lubin a/k/a Josh Lubin                    Case number *(if known)* 26-17342-EJO
            First Name    Middle Name    Last Name

## Part 3:   List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| | |
|---|---|
| Hillel I. Parness, Esq., Parness Law Firm, PLL <br> Name | On which entry in Part 1 or Part 2 did you list the original creditor? |
| 136 Madison Avenue, 6th Floor <br> Number        Street | Line _4.1_ of  *(Check one)*: ☐ Part 1: Creditors with Priority Unsecured Claims <br> ☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| New York                NY      10016 <br> City                    State      ZIP Code | Last 4 digits of account number ___ ___ ___ ___ |
| Jennifer Mara, Esq., Mandelbaum Barrett PC <br> Name | On which entry in Part 1 or Part 2 did you list the original creditor? |
| 75 Livingston Avenue, Suite 101 <br> Number        Street | Line _4.1_ of  *(Check one)*: ☐ Part 1: Creditors with Priority Unsecured Claims <br> ☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| Roseland                NJ      07068 <br> City                    State      ZIP Code | Last 4 digits of account number ___ ___ ___ ___ |
| Name | On which entry in Part 1 or Part 2 did you list the original creditor? |
| Number        Street | Line _____ of  *(Check one)*: ☐ Part 1: Creditors with Priority Unsecured Claims <br> ☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| City                    State      ZIP Code | Last 4 digits of account number ___ ___ ___ ___ |
| Name | On which entry in Part 1 or Part 2 did you list the original creditor? |
| Number        Street | Line _____ of  *(Check one)*: ☐ Part 1: Creditors with Priority Unsecured Claims <br> ☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| City                    State      ZIP Code | Last 4 digits of account number ___ ___ ___ ___ |
| Name | On which entry in Part 1 or Part 2 did you list the original creditor? |
| Number        Street | Line _____ of  *(Check one)*: ☐ Part 1: Creditors with Priority Unsecured Claims <br> ☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| City                    State      ZIP Code | Last 4 digits of account number ___ ___ ___ ___ |
| Name | On which entry in Part 1 or Part 2 did you list the original creditor? |
| Number        Street | Line _____ of  *(Check one)*: ☐ Part 1: Creditors with Priority Unsecured Claims <br> ☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| City                    State      ZIP Code | Last 4 digits of account number ___ ___ ___ ___ |
| Name | On which entry in Part 1 or Part 2 did you list the original creditor? |
| Number        Street | Line _____ of  *(Check one)*: ☐ Part 1: Creditors with Priority Unsecured Claims <br> ☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| City                    State      ZIP Code | Last 4 digits of account number ___ ___ ___ ___ |

Official Form 106E/F            Schedule E/F: Creditors Who Have Unsecured Claims                    page ___ of ___

Debtor 1    Avrumi Lubin a/k/a Josh Lubin _____      Case number (if known) 26-17342-EJO _____
           First Name    Middle Name    Last Name

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.
   Add the amounts for each type of unsecured claim.

**Total claim**

**Total claims from Part 1**

| | | | |
|---|---|---|---|
| 6a. Domestic support obligations | 6a. | $ | 0.00 |
| 6b. Taxes and certain other debts you owe the government | 6b. | $ | Unknown |
| 6c. Claims for death or personal injury while you were intoxicated | 6c. | $ | 0.00 |
| 6d. Other. Add all other priority unsecured claims. Write that amount here. | 6d. | + $ | 0.00 |
| 6e. Total. Add lines 6a through 6d. | 6e. | $ | Unknown |

**Total claim**

**Total claims from Part 2**

| | | | |
|---|---|---|---|
| 6f. Student loans | 6f. | $ | 0.00 |
| 6g. Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $ | 0.00 |
| 6h. Debts to pension or profit-sharing plans, and other similar debts | 6h. | $ | 0.00 |
| 6i. Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. | + $ | 6191628.20 + Unknown |
| 6j. Total. Add lines 6f through 6i. | 6j. | $ | 6191628.20 + Unknown |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor | Avrumi Lubin a/k/a Josh Lubin |
| | First Name          Middle Name          Last Name |
| Debtor 2 (Spouse if filing) | First Name          Middle Name          Last Name |

United States Bankruptcy Court for the: District of New Jersey

Case number (if known): 26-17342-EJO

☐ Check if this is an amended filing

## Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|---|
| 2.1 | **Teton Life, LLC**<br>Name<br>c/o Avrumi Lubin, Member, 1460 Arboretum Parkway<br>Number    Street<br>Lakewood          NJ      08701<br>City          State    ZIP Code | Amended & Restated Operating Agreement dated August 13, 2025 (Debtor is a 50% member). Listed for disclosure; the Debtor does not concede that the agreement is executory. |
| 2.2 | **Hi Bar Capital, LLC**<br>Name<br>Address per counsel of record (Leto Law Firm, P.A., 201 S. I<br>Number    Street<br>Miami          FL      33131<br>City          State    ZIP Code | Common Interest & Joint Litigation Agreement dated January 28, 2022 (Debtor as assignee of Spin Capital, LLC's rights, 3/17/2025 Absolute Assignment). Listed for disclosure; executory character and termination (noticed 4/3/2024) are disputed. |
| 2.3 | **Sky / The Moinian Group (landlord)**<br>Name<br>605 West 42nd Street<br>Number    Street<br>New York          NY      10036<br>City          State    ZIP Code | Residential lease, Apartment PH3A, 605 West 42nd Street, New York, NY (rent approx. $8,400/mo, prepaid annually; term through June 30, 2026 — in effect on the petition date; renewal under negotiation at approx. $8,750/mo). Security deposit $8,500 (Schedule A/B item ...) |
| 2.4 | Name<br><br>Number    Street<br><br>City          State    ZIP Code | |
| 2.5 | Name<br><br>Number    Street<br><br>City          State    ZIP Code | |

Debtor 1    Avrumi Lubin a/k/a Josh Lubin          Case number *(if known)* 26-17342-EJO

First Name    Middle Name    Last Name

**Additional Page if You Have More Contracts or Leases**

| Person or company with whom you have the contract or lease | What the contract or lease is for |
|---|---|

**2.2**

Name

Number    Street

City      State    ZIP Code

**2.__**

Name

Number    Street

City      State    ZIP Code

**2.__**

Name

Number    Street

City      State    ZIP Code

**2.__**

Name

Number    Street

City      State    ZIP Code

**2.__**

Name

Number    Street

City      State    ZIP Code

**2.__**

Name

Number    Street

City      State    ZIP Code

**2.__**

Name

Number    Street

City      State    ZIP Code

**2.__**

Name

Number    Street

City      State    ZIP Code

**Fill in this information to identify your case:**

Debtor 1 __Avrumi Lubin a/k/a Josh Lubin__
             First Name                Middle Name                Last Name

Debtor 2 _____
(Spouse, if filing) First Name        Middle Name                Last Name

United States Bankruptcy Court for the: District of New Jersey

Case number __26-17342-EJO__
(If known)

☐ Check if this is an
   amended filing

## Official Form 106H
# Schedule H: Your Codebtors                                      12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)
   ☐ No
   ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☑ No. Go to line 3.
   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

      ☐ No
      ☐ Yes. In which community state or territory did you live? _____. Fill in the name and current address of that person.

      _____
      Name of your spouse, former spouse, or legal equivalent

      _____
      Number      Street

      _____
      City                         State            ZIP Code

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on** *Schedule D* **(Official Form 106D),** *Schedule E/F* **(Official Form 106E/F), or** *Schedule G* **(Official Form 106G). Use** *Schedule D, Schedule E/F, or Schedule G* **to fill out Column 2.**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt |
| --- | --- |
| | Check all schedules that apply: |
| **3.1** Teton Funding, LLC <br> Name <br> c/o Avrumi Lubin, 1460 Arboretum Parkway <br> Number     Street <br> Lakewood          NJ          08701 <br> City              State       ZIP Code | ☑ Schedule D, line _2.1_ <br> ☑ Schedule E/F, line _4.3_ <br> ☐ Schedule G, line _____ |
| **3.2** Teton Life, LLC <br> Name <br> c/o Avrumi Lubin, 1460 Arboretum Parkway <br> Number     Street <br> Lakewood          NJ          08701 <br> City              State       ZIP Code | ☐ Schedule D, line _____ <br> ☑ Schedule E/F, line _4.3_ <br> ☐ Schedule G, line _____ |
| **3.3** JL Special Investments, LLC <br> Name <br> c/o Avrumi Lubin, 1460 Arboretum Parkway <br> Number     Street <br> Lakewood          NJ          08701 <br> City              State       ZIP Code | ☐ Schedule D, line _____ <br> ☑ Schedule E/F, line _4.3_ <br> ☐ Schedule G, line _____ |

Official Form 106H                    **Schedule H: Your Codebtors**                    page 1 of ___

Debtor 1   Avrumi Lubin a/k/a Josh Lubin
           First Name   Middle Name   Last Name

Case number (if known) 26-17342-EJO

**Additional Page to List More Codebtors**

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

3.__
Spin Capital, LLC
Name

c/o Avrumi Lubin, 1450 Arboretum Parkway
Number       Street

Lakewood                 NJ           08701
City                     State        ZIP Code

❑ Schedule D, line _____
☑ Schedule E/F, line 4.6 att.
❑ Schedule G, line _____

3.__
Name

Number       Street

City                     State        ZIP Code

❑ Schedule D, line _____
❑ Schedule E/F, line _____
❑ Schedule G, line _____

3.__
Name

Number       Street

City                     State        ZIP Code

❑ Schedule D, line _____
❑ Schedule E/F, line _____
❑ Schedule G, line _____

3.__
Name

Number       Street

City                     State        ZIP Code

❑ Schedule D, line _____
❑ Schedule E/F, line _____
❑ Schedule G, line _____

3.__
Name

Number       Street

City                     State        ZIP Code

❑ Schedule D, line _____
❑ Schedule E/F, line _____
❑ Schedule G, line _____

3.__
Name

Number       Street

City                     State        ZIP Code

❑ Schedule D, line _____
❑ Schedule E/F, line _____
❑ Schedule G, line _____

3.__
Name

Number       Street

City                     State        ZIP Code

❑ Schedule D, line _____
❑ Schedule E/F, line _____
❑ Schedule G, line _____

3.__
Name

Number       Street

City                     State        ZIP Code

❑ Schedule D, line _____
❑ Schedule E/F, line _____
❑ Schedule G, line _____

Official Form 106H                    **Schedule H: Your Codebtors**                    page ____ of ____

**Fill in this information to identify your case:**

Debtor 1    Avrumi Lubin a/k/a Josh Lubin

First Name            Middle Name            Last Name

Debtor 2
(Spouse, if filing)  First Name        Middle Name        Last Name

United States Bankruptcy Court for the: District of New Jersey

Case number    26-17342-EJO
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13
income as of the following date:

As of 6/25/2026

MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Employment

| 1. Fill in your employment information. | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| If you have more than one job, attach a separate page with information about additional employers. | Employment status | ☐ Employed  ☑ Not employed | ☐ Employed  ☐ Not employed |
| Include part-time, seasonal, or self-employed work.  Occupation may include student or homemaker, if it applies. | Occupation | Not employed; no wage income | |
| | Employer's name | | |
| | Employer's address | Number   Street | Number   Street |
| | | City       State   ZIP Code | City       State   ZIP Code |
| | How long employed there? | | |

## Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ 0.00 | $ |
| 3. | Estimate and list monthly overtime pay. | 3. + $ 0.00 | + $ |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. $ 0.00 | $ |

Debtor 1 <u>Avrumi Lubin a/k/a Josh Lubin</u>

First Name     Middle Name     Last Name

Case number *(if known)* <u>26-17342-EJO</u>

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here................................................ ➔ 4. | | $ 0.00 | $ |

**5. List all payroll deductions:**

|  |  | | |
|---|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a. | $ 0.00 | $ |
| 5b. Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ |
| 5c. Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ |
| 5d. Required repayments of retirement fund loans | 5d. | $ 0.00 | $ |
| 5e. Insurance | 5e. | $ 0.00 | $ |
| 5f. Domestic support obligations | 5f. | $ 0.00 | $ |
| 5g. Union dues | 5g. | $ 0.00 | $ |
| 5h. Other deductions. Specify: _____ | 5h. | + $ 0.00 | + $ |
| 6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $ 0.00 | $ |
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 0.00 | $ |

**8. List all other income regularly received:**

|  |  | | |
|---|---|---|---|
| 8a. Net income from rental property and from operating a business, profession, or farm<br>Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ |
| 8b. Interest and dividends | 8b. | $ 0.00 | $ |
| 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive<br>Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ |
| 8d. Unemployment compensation | 8d. | $ 0.00 | $ |
| 8e. Social Security | 8e. | $ 0.00 | $ |
| 8f. Other government assistance that you regularly receive<br>Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify: _____ | 8f. | $ 0.00 | $ |
| 8g. Pension or retirement income | 8g. | $ | $ |
| 8h. Other monthly income. Specify: <u>Mixed non-wage receipts; see attachment</u> | 8h. | + $ 5000 est. | + $ |
| 9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ 5000 est. | $ |
| 10. **Calculate monthly income.** Add line 7 + line 9.<br>Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 5000 est. + | $ = $ 5000 est. |

**11. State all other regular contributions to the expenses that you list in *Schedule J*.**

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.

Specify: _____     11. + $ 0.00

**12. Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information,* if it applies     12. $ 5000 est.

Combined monthly income

**13. Do you expect an increase or decrease within the year after you file this form?**

☐ No.

☑ Yes. Explain: <s>irregular; estimate pending; will amend.</s>

**Fill in this information to identify your case:**

Debtor 1  Avrumi Lubin a/k/a Josh Lubin
First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)  First Name          Middle Name          Last Name

United States Bankruptcy Court for the: District of New Jersey

Case number  26-17342-EJO
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13
expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J

# Schedule J: Your Expenses                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. **Is this a joint case?**

   ☑ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

       ☐ No
       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**
   Do not list Debtor 1 and Debtor 2.
   Do not state the dependents' names.

   ☑ No
   ☐ Yes. Fill out this information for each dependent.........................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No
   ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.                                 4.  $_____ 8400 est.

   **If not included in line 4:**

   4a.  Real estate taxes                                              4a.  $_____ 0.00

   4b.  Property, homeowner's, or renter's insurance                  4b.  $_____ 0.00

   4c.  Home maintenance, repair, and upkeep expenses                 4c.  $_____ 0.00

   4d.  Homeowner's association or condominium dues                   4d.  $_____ 0.00

Debtor 1    Avrumi Lubin a/k/a Josh Lubin                              Case number *(if known)* 26-17342-EJO
        First Name    Middle Name    Last Name

|  |  | Your expenses |
|---|---|---|
| 5. **Additional mortgage payments for your residence**, such as home equity loans | 5. | $ 0.00 |
| 6. **Utilities:** |  |  |
| 6a.  Electricity, heat, natural gas | 6a. | $ 0.00 |
| 6b.  Water, sewer, garbage collection | 6b. | $ 0.00 |
| 6c.  Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ 150 est. |
| 6d.  Other. Specify: _____ | 6d. | $ 0.00 |
| 7. **Food and housekeeping supplies** | 7. | $ 800 est. |
| 8. **Childcare and children's education costs** | 8. | $ 0.00 |
| 9. **Clothing, laundry, and dry cleaning** | 9. | $ 0.00 |
| 10. **Personal care products and services** | 10. | $ 0.00 |
| 11. **Medical and dental expenses** | 11. | $ 0.00 |
| 12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ 400 est. |
| 13. **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ 100 est. |
| 14. **Charitable contributions and religious donations** | 14. | $ 0.00 |
| 15. **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. |  |  |
| 15a.  Life insurance | 15a. | $ 0.00 |
| 15b.  Health insurance | 15b. | $ 0.00 |
| 15c.  Vehicle insurance | 15c. | $ 0.00 |
| 15d.  Other insurance. Specify:_____ | 15d. | $ 0.00 |
| 16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | $ 0.00 |
| 17. **Installment or lease payments:** |  |  |
| 17a.  Car payments for Vehicle 1 | 17a. | $ 0.00 |
| 17b.  Car payments for Vehicle 2 | 17b. | $ 0.00 |
| 17c.  Other. Specify: Best Egg installment loan | 17c. | $ 500 est. |
| 17d.  Other. Specify: Credit-card minimums (multiple accounts) | 17d. | $ 600 est. |
| 18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. | $ 0.00 |
| 19. **Other payments you make to support others who do not live with you.** Specify:_____ | 19. | $ 0.00 |
| 20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** |  |  |
| 20a.  Mortgages on other property | 20a. | $ 0.00 |
| 20b.  Real estate taxes | 20b. | $ 0.00 |
| 20c.  Property, homeowner's, or renter's insurance | 20c. | $ 0.00 |
| 20d.  Maintenance, repair, and upkeep expenses | 20d. | $ 0.00 |
| 20e.  Homeowner's association or condominium dues | 20e. | $ 0.00 |

Debtor 1    Avrumi Lubin a/k/a Josh Lubin                                    Case number *(if known)* 26-17342-EJO
            First Name      Middle Name        Last Name

21.  **Other.** Specify: _Litigation/professional costs ($4,000 est.) + personal care/clothing ($200 est.)_           21.    +$_____ 4200 est.

22.  **Calculate your monthly expenses.**

22a. Add lines 4 through 21.                                                                22a.    $_____ 15150 est.

22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2      22b.    $_____ 0.00

22c. Add line 22a and 22b. The result is your monthly expenses.                            22c.    $_____ 15150 est.

23.  **Calculate your monthly net income.**

23a.   Copy line 12 (*your combined monthly income*) from *Schedule I.*                    23a.    $_____ 5000 est.

23b.   Copy your monthly expenses from line 22c above.                                      23b.   −$_____ 15150 est.

23c.   Subtract your monthly expenses from your monthly income.
       The result is your *monthly net income.*                                            23c.    $_____ -10150 est.

24.  **Do you expect an increase or decrease in your expenses within the year after you file this form?**

     For example, do you expect to finish paying for your car loan within the year or do you expect your
     mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

     ☐ No.
     ☑ Yes.    Explain here:   Expenses are irregular and partly financed by credit-card borrowing (aggregate card debt
                                estimated to exceed $100,000); litigation costs vary month to month.

**Fill in this information to identify your case:**

Debtor 1    Avrumi Lubin a/k/a Josh Lubin
            First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)  First Name          Middle Name          Last Name

United States Bankruptcy Court for the:  District of New Jersey

Case number   26-17342-EJO
(If known)

☐ Check if this is an
   amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules          12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Sign Below**

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes.   Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _____          X _____
Signature of Debtor 1                   Signature of Debtor 2

Date  7/22/26                           Date _____
      MM / DD / YYYY                          MM / DD / YYYY

Official Form 106Dec          Declaration About an Individual Debtor's Schedules

**Fill in this information to identify your case:**

Debtor 1 __Avrumi Lubin a/k/a Josh Lubin__
         First Name          Middle Name          Last Name

Debtor 2 _____
(Spouse, if filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the: District of New Jersey

Case number  __26-17342-EJO__
(If known)

☐ Check if this is an
amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy            04/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**

   ☐ Married
   ☑ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

   ☐ No
   ☑ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| 605 West 42nd Street, Apt. PH3A <br> Number    Street | From ~06/2025 <br> To  06/25/2026 | _____ <br> Number   Street | From _____ <br> To _____ |
| New York        NY   10036 <br> City        State  ZIP Code | | _____ <br> City        State   ZIP Code | |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| _____ <br> Number    Street | From _____ <br> To _____ | _____ <br> Number   Street | From _____ <br> To _____ |
| _____ <br> City        State   ZIP Code | | _____ <br> City        State   ZIP Code | |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☑ No
   ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2:  Explain the Sources of Your Income

Debtor 1 __Avrumi Lubin a/k/a Josh Lubin__        Case number *(if known)* __26-17342-EJO__
    First Name    Middle Name    Last Name

---

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of Income<br>Check all that apply. | Gross Income<br>(before deductions and exclusions) | Sources of Income<br>Check all that apply. | Gross Income<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | $ _Unknown - see attachment_ | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ ____ |
| **For last calendar year:**<br>(January 1 to December 31, _2025_ )<br>YYYY | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | $ _Unknown - see attachment_ | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ ____ |
| **For the calendar year before that:**<br>(January 1 to December 31, _2024_ )<br>YYYY | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | $ _Unknown - see attachment_ | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ ____ |

**5. Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of Income<br>Describe below. | Gross Income from each source<br>(before deductions and exclusions) | Sources of Income<br>Describe below. | Gross Income from each source<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | Mixed non-wages | $ _Unknown - see att._ | ____ | $ ____ |
| | ____ | $ ____ | ____ | $ ____ |
| | ____ | $ ____ | ____ | $ ____ |
| **For last calendar year:**<br>(January 1 to December 31, _2025_ )<br>YYYY | Family support/oth | $ _Unknown - see att._ | ____ | $ ____ |
| | ____ | $ ____ | ____ | $ ____ |
| | ____ | $ ____ | ____ | $ ____ |
| **For the calendar year before that:**<br>(January 1 to December 31, _2024_ )<br>YYYY | ____ | $ ____ | ____ | $ ____ |
| | ____ | $ ____ | ____ | $ ____ |
| | ____ | $ ____ | ____ | $ ____ |

| Debtor 1 | Avrumi Lubin a/k/a Josh Lubin | | | Case number (if known) 26-17342-EJO |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

## Part 3:   List Certain Payments You Made Before You Filed for Bankruptcy

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☑ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $8,575* or more?

☐ No. Go to line 7.

☑ Yes. List below each creditor to whom you paid a total of $8,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| GrayRobinson, P.A. <br> Creditor's Name <br><br> 301 E. Pine St., Suite 1400 <br> Number   Street <br><br> Joint retainer - see Attachment SOFA-6 <br><br> Orlando    FL    32801 <br> City    State    ZIP Code | 06/12/26 | $ 25000.00 | $ 11000 est. | ☐ Mortgage <br> ☐ Car <br> ☐ Credit card <br> ☐ Loan repayment <br> ☐ Suppliers or vendors <br> ☑ Other Legal retainer |
| Creditor's Name <br><br> Number   Street <br><br> City    State    ZIP Code | | $ | $ | ☐ Mortgage <br> ☐ Car <br> ☐ Credit card <br> ☐ Loan repayment <br> ☐ Suppliers or vendors <br> ☐ Other |
| Creditor's Name <br><br> Number   Street <br><br> City    State    ZIP Code | | $ | $ | ☐ Mortgage <br> ☐ Car <br> ☐ Credit card <br> ☐ Loan repayment <br> ☐ Suppliers or vendors <br> ☐ Other |

Debtor 1   Avrumi Lubin a/k/a Josh Lubin
           First Name      Middle Name      Last Name

Case number (if known) 26-17342-EJO

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

   ☑ No
   ☐ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| _____ <br> Insider's Name <br><br> _____ <br> Number   Street <br><br> _____ <br> _____ <br> City          State    ZIP Code | _____ | $_____ | $_____ | |
| _____ <br> Insider's Name <br><br> _____ <br> Number   Street <br><br> _____ <br> _____ <br> City          State    ZIP Code | _____ | $_____ | $_____ | |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
   Include payments on debts guaranteed or cosigned by an insider.

   ☑ No
   ☐ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment <br> Include creditor's name |
|---|---|---|---|---|
| _____ <br> Insider's Name <br><br> _____ <br> Number   Street <br><br> _____ <br> _____ <br> City          State    ZIP Code | _____ | $_____ | $_____ | |
| _____ <br> Insider's Name <br><br> _____ <br> Number   Street <br><br> _____ <br> _____ <br> City          State    ZIP Code | _____ | $_____ | $_____ | |

Debtor 1   Avrumi Lubin a/k/a Josh Lubin                    Case number (if known) 26-17342-EJO
First Name   Middle Name   Last Name

## Part 4:   Identify Legal Actions, Repossessions, and Foreclosures

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
☑ Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title FVP Opportunity Fund 🖥 Avrumi Lubin, et al.<br><br>Case number CACE-22-005125 | Commercial; judgment 10/3/ | Circuit Court, 17th Judicial Circuit, F<br>Court Name<br>201 SE 6th Street<br>Number   Street<br>Fort Lauderdale   FL   33301<br>City   State   ZIP Code | ☐ Pending<br>☑ On appeal<br>☐ Concluded |
| Case title EIGHT ADDITIONAL A🖥<br>see Attachment SOFA-9<br><br>Case number See attachment | See Attachment SOFA-9 (ful | Multiple courts — see Attachment S<br>Court Name<br><br>Number   Street<br><br>City   State   ZIP Code | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☐ No.  Go to line 11.
☑ Yes. Fill in the information below.

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| FVP Opportunity Fund III, LP, et al.<br>Creditor's Name<br>1201 Broadway, 7th Floor<br>Number   Street<br>c/o Law Office of Alan I. Karten, PLL<br>New York   NY   10001<br>City   State   ZIP Code | Charging orders, turnover and foreclosure<br><br>**Explain what happened**<br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☑ Property was attached, seized, or levied. | 12/8/2025; | $   Unknown |
| Creditor's Name<br>Number   Street<br>City   State   ZIP Code | Describe the property<br><br>**Explain what happened**<br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized, or levied. | Date | $ |

Debtor 1    <u>Avrumi Lubin a/k/a Josh Lubin</u>        Case number *(if known)* <u>26-17342-EJO</u>

        First Name    Middle Name      Last Name

---

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No
☐ Yes. Fill in the details.

| | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's Name | | | $_____ |
| Number   Street | | | |
| City    State   ZIP Code | Last 4 digits of account number: XXXX–___ ___ ___ ___ | | |

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No
☐ Yes

## Part 5:  List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Person to Whom You Gave the Gift | | _____ | $_____ |
| | | _____ | $_____ |
| Number   Street | | | |
| City    State   ZIP Code | | | |
| Person's relationship to you _____ | | | |

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Person to Whom You Gave the Gift | | _____ | $_____ |
| | | _____ | $_____ |
| Number   Street | | | |
| City    State   ZIP Code | | | |
| Person's relationship to you _____ | | | |

Debtor 1   Avrumi Lubin a/k/a Josh Lubin                          Case number *(if known)* 26-17342-EJO
           First Name     Middle Name      Last Name

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| _____<br>Charity's Name | | _____ | $_____ |
| _____ | | _____ | $_____ |
| _____<br>Number    Street | | | |
| _____<br>City       State      ZIP Code | | | |

---

## Part 6:   List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|
| | | _____ | $_____ |

---

## Part 7:   List Certain Payments or Transfers

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☑ No
☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| _____<br>Person Who Was Paid | | | |
| _____<br>Number    Street | | _____ | $_____ |
| _____ | | _____ | $_____ |
| _____<br>City           State      ZIP Code | | | |
| _____<br>Email or website address | | | |
| _____<br>Person Who Made the Payment, if Not You | | | |

Debtor 1  __Avrumi Lubin a/k/a Josh Lubin__                          Case number *(if known)*__26-17342-EJO__
          First Name    Middle Name      Last Name

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid _____ | | _____ | $_____ |
| Number    Street _____ | | _____ | $_____ |
| _____ | | | |
| City            State    ZIP Code | | | |
| Email or website address _____ | | | |
| Person Who Made the Payment, if Not You | | | |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid _____ | | _____ | $_____ |
| Number    Street _____ | | _____ | $_____ |
| _____ | | | |
| City            State    ZIP Code | | | |

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☐ No
☑ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| __JL Special Investments, LLC__<br>Person Who Received Transfer<br>1460 Arboretum Pkwy.<br>Number    Street<br>__Lakewood__   __NJ__   __08701__<br>City         State   ZIP Code<br>Person's relationship to you __Wholly owned LLC__ | See Attachment SOFA-18, item 1. | Disputed; see Attachment SOFA-18. | 04/2025 |
| Teton Life, LLC (see att.)<br>Person Who Received Transfer<br>1460 Arboretum Pkwy.<br>Number    Street<br>__Lakewood__   __NJ__   __08701__<br>City         State   ZIP Code<br>Person's relationship to you __50%-owned LLC__ | See Attachment SOFA-18, item 2. | Disputed; see Attachment SOFA-18. | 08/13/2025 |

Official Form 107                **Statement of Financial Affairs for Individuals Filing for Bankruptcy**                page 8

Debtor 1   Avrumi Lubin a/k/a Josh Lubin _____   Case number (if known) 26-17342-EJO _____
           First Name    Middle Name    Last Name

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices.*)

☑ No
☐ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust _____ | | _____ |

---

## Part 8:  List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No
☐ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| Name of Financial Institution _____<br><br>Number  Street _____<br><br>_____<br>City      State   ZIP Code | XXXX-__ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| Name of Financial Institution _____<br><br>Number  Street _____<br><br>_____<br>City      State   ZIP Code | XXXX-__ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No
☐ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| Name of Financial Institution _____<br><br>Number  Street _____<br><br>_____<br>City      State   ZIP Code | Name _____<br><br>Number  Street _____<br><br>_____<br>City      State   ZIP Code | | ☐ No<br>☐ Yes |

Debtor 1    Avrumi Lubin a/k/a Josh Lubin
            First Name      Middle Name      Last Name

Case number (if known) 26-17342-EJO

---

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No

☐ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | ☐ No<br>☐ Yes |
| Name of Storage Facility | Name | | |
| Number   Street | Number   Street | | |
| | City State  ZIP Code | | |
| City          State    ZIP Code | | | |

---

### Part 9:    Identify Property You Hold or Control for Someone Else

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No

☐ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| Owner's Name | | | $ |
| Number   Street | Number   Street | | |
| | | | |
| City        State    ZIP Code | City              State      ZIP Code | | |

---

### Part 10:    Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

▣ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

▣ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

▣ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site | Governmental unit | | |
| Number   Street | Number   Street | | |
| | City          State    ZIP Code | | |
| City          State    ZIP Code | | | |

---

Official Form 107             Statement of Financial Affairs for Individuals Filing for Bankruptcy             page **10**

Debtor 1  Avrumi Lubin a/k/a Josh Lubin                          Case number (if known) 26-17342-EJO
          First Name    Middle Name    Last Name

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Fill in the details.

|  | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site | Governmental unit | | |
| Number   Street | Number   Street | | |
| City        State   ZIP Code | City        State   ZIP Code | | |

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No
☐ Yes. Fill in the details.

|  | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| Case title_____ | | | ☐ Pending |
| | Court Name | | ☐ On appeal |
| | Number   Street | | ☐ Concluded |
| Case number | City        State   ZIP Code | | |

---

## Part 11:  Give Details About Your Business or Connections to Any Business

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☑ A partner in a partnership
☐ An officer, director, or managing executive of a corporation
☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.
☑ Yes. Check all that apply above and fill in the details below for each business.

| | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| Spin Capital, LLC<br>Business Name<br>1460 Arboretum Parkway<br>Number   Street | MCA finance (not operating ~2 years) | EIN: 8 3 -- 3 7 8 4 3 4 |
| | Name of accountant or bookkeeper | Dates business existed |
| Lakewood        NJ    08701<br>City        State    ZIP Code | | From 02/28/2019   To Present |
| Teton Funding, LLC<br>Business Name<br>1460 Arboretum Parkway<br>Number   Street | Describe the nature of the business<br>Holding company (DE) | Employer Identification number<br>Do not include Social Security number or ITIN.<br>EIN: __ __ - __ __ __ __ __ __ __ |
| | Name of accountant or bookkeeper | Dates business existed |
| Lakewood        NJ    08701<br>City        State    ZIP Code | | From 11/10/2025   To Present |

Official Form 107          Statement of Financial Affairs for Individuals Filing for Bankruptcy          page **11**

Debtor 1   __Avrumi Lubin a/k/a Josh Lubin__                          Case number *(if known)* __26-17342-EJO__
     First Name     Middle Name     Last Name

| | | |
|---|---|---|
| Teton Life, LLC - see Attachment SOFA-27 | **Describe the nature of the business** | **Employer Identification number** <br> Do not include Social Security number or ITIN. |
| **Business Name** | Litigation-claim holding (DE; 50%) | EIN: __ __ - __ __ __ __ __ __ __ |
| **1460 Arboretum Parkway** | | |
| Number   Street | **Name of accountant or bookkeeper** | **Dates business existed** |
| | | |
| Lakewood        NJ      08701 | | From 02/07/2023   To Present |
| City                State    ZIP Code | | |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ No
☐ Yes. Fill in the details below.

                                **Date issued**

Name                       MM / DD / YYYY

Number   Street

City                State   ZIP Code

---

### Part 12:   Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

✗ _____          ✗ _____
   Signature of Debtor 1                        Signature of Debtor 2

Date __7/22/26__          Date _____

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☐ No
☑ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No
☐ Yes. Name of person_____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

---

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Avrumi | Lubin | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: _____ District of __New Jersey__
(State)

Case number _____26-17342-EJO_____
(if known)

☐ Check if this is an amended filing

## Official Form 122B

# Chapter 11 Statement of Your Current Monthly Income           12/21

You must file this form if you are an individual and are filing for bankruptcy under Chapter 11 (other than under Subchapter V). If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).

### Part 1:    Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☒ **Not married.** Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you.** Fill out Column A, lines 2-11.

   Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | Column A Debtor 1 | Column B Debtor 2 |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ 0.00 | $ |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ 0.00 | $ |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ 0.00 | $ |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $0 | $ | | | |
| Ordinary and necessary operating expenses | − $ 0 | − $ | | | |
| Net monthly income from a business, profession, or farm | $0 | $ | Copy here➡ | $ 0.00 | $ |

6. **Net income from rental and other real property**

| | Debtor 1 | Debtor 2 | | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $0 | $ | | | |
| Ordinary and necessary operating expenses | − $ 0 | − $ | | | |
| Net monthly income from rental or other real property | $0 | $ | Copy here➡ | $0.00 | $ |

Debtor 1    Avrumi            Lubin
            _____    Case number (if known)____26-17342-EJO_____
            First Name    Middle Name    Last Name

|  | | Column A<br>Debtor 1 | Column B<br>Debtor 2 |
|---|---|---|---|
| 7. | **Interest, dividends, and royalties** | $ 0.00 | $_____ |
| 8. | **Unemployment compensation** | $ 0.00 | $_____ |

Do not enter the amount if you contend that the amount received was a benefit
under the Social Security Act. Instead, list it here:.............................. ↓

For you ......................................................................    $_____

For your spouse...........................................................    $_____

9.  **Pension or retirement income.** Do not include any amount received that was a
benefit under the Social Security Act. Also, except as stated in the next sentence,
do not include any compensation, pension, pay, annuity, or allowance paid by the
United States Government in connection with a disability, combat-related injury or
disability, or death of a member of the uniformed services. If you received any
retired pay paid under chapter 61 of title 10, then include that pay only to the
extent that it does not exceed the amount of retired pay to which you would
otherwise be entitled if retired under any provision of title 10 other than chapter 61
of that title.                                                                              $ 0.00                    $_____

10. **Income from all other sources not listed above.** Specify the source and amount.
Do not include any benefits received under the Social Security Act; payments
received as a victim of a war crime, a crime against humanity, or international or
domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by
the United States Government in connection with a disability, combat-related injury
or disability, or death of a member of the uniformed services. If necessary, list
other sources on a separate page and put the total below.

Provisional mixed non-wage receipts - see attachment          $ 5,000 est.             $_____

_____              $ 0.00                    $_____

Total amounts from separate pages, if any.                    + $ 0.00                  + $_____

11. **Calculate your total current monthly income.**
Add lines 2 through 10 for each column.
Then add the total for Column A to the total for Column B.    | $ 5,000 est. | + | $ | = | $ 5,000.00 |

**Total current
monthly income**

---

| **Part 2:** | **Sign Below** |
|---|---|

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

✗ _____              ✗ _____
   Signature of Debtor 1                                    Signature of Debtor 2

Date __7/17/26___                                       Date _____
      MM / DD / YYYY                                          MM / DD / YYYY

---

Official Form 122B          **Chapter 11 Statement of Your Current Monthly Income**                    page 2

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Avrumi Lubin a/k/a Josh Lubin |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse, if filing) First Name | Middle Name        Last Name |

United States Bankruptcy Court for the:  District of New Jersey

Case number  26-17342-EJO
(If known)

☐ Check if this is an
amended filing

## Official Form 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an *insider*. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

### Part 1: List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

Unsecured claim

**1**

Franklin Capital Funding, LLC / Fran
Creditor's Name
32300 Northwestern Hwy, Suite 215
Number        Street

Farmington Hills      MI      48334
City        State        ZIP Code

Hillel I. Parness, Esq., Parness Law
Contact

Contact phone

What is the nature of the claim?  Judgment (disputed; on a|    $          6,000,000.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):   $_____
Value of security:   – $_____
Unsecured claim   $_____

**2**

FVP Opportunity Fund III, LP; FVP Ir
Creditor's Name
c/o Law Office of Alan I. Karten, PLL
Number        Street
1201 Broadway, 7th Floor

New York      NY      10001
City        State        ZIP Code

Jennifer Mara, Esq.; Jerrell Breslin, E
Contact

Contact phone

What is the nature of the claim?  Judgment deficiency, if an    $          Unknown

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☑ Yes. Total claim (secured and unsecured):   $     8,841,219.72
Value of security:   – $     Unknown
Unsecured claim   $     Unknown

Debtor 1   **Avrumi Lubin a/k/a Josh Lubin**
_____First Name_____Middle Name_____Last Name_____   Case number (if known) 26-17342-EJO _____

**Unsecured claim**

**3** _____
Creditor's Name

_____
Number        Street

_____

_____
City        State        ZIP Code

_____
Contact

_____
Contact phone

What is the nature of the claim? _____   $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):   $_____
        Value of security:        – $_____
        Unsecured claim            $_____

**4** **GrayRobinson, P.A.**
Creditor's Name
**301 East Pine Street, Suite 1400**
Number        Street

_____

**Orlando**        **FL**   **32801**
City        State        ZIP Code

_____
Contact

_____
Contact phone

What is the nature of the claim? **Legal fees (estimated)**   $_____ **11,000 est.**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):   $_____
        Value of security:        – $_____
        Unsecured claim            $_____

**5** **Best Egg (Marlette Funding, LLC)**
Creditor's Name
**P.O. Box 42912**
Number        Street

_____

**Philadelphia**        **PA**   **19101**
City        State        ZIP Code

_____
Contact

_____
Contact phone

What is the nature of the claim? **Personal installment loan**   $_____ **Unknown**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):   $_____
        Value of security:        – $_____
        Unsecured claim            $_____

**6** **Credit One Bank, N.A. (up to three a**
Creditor's Name
**P.O. Box 98873**
Number        Street

_____

**Las Vegas**        **NV**   **89193-8**
City        State        ZIP Code

_____
Contact

_____
Contact phone

What is the nature of the claim? **Credit cards**   $_____ **Unknown**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):   $_____
        Value of security:        – $_____
        Unsecured claim            $_____

**7** **Citibank, N.A.**
Creditor's Name
**P.O. Box 6500**
Number        Street

_____

**Sioux Falls**        **SD**   **57117**
City        State        ZIP Code

_____
Contact

_____
Contact phone

What is the nature of the claim? **Credit card**   $_____ **Unknown**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):   $_____
        Value of security:        – $_____
        Unsecured claim            $_____

Debtor 1    Avrumi Lubin a/k/a Josh Lubin
　　　　　　First Name　　Middle Name　　Last Name

Case number (if known) 26-17342-EJO

**Unsecured claim**

**8**

Creditor's Name

Number　　Street

City　　State　　ZIP Code

Contact

Contact phone

What is the nature of the claim? _____    $_____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ☐ No
- ☐ Yes. Total claim (secured and unsecured):    $_____
　　Value of security:　　　－  $_____
　　Unsecured claim　　　　　$_____

---

**9**  Law Offices of David W. Langley, P./
Creditor's Name
8551 W. Sunrise Blvd., Suite 303
Number　　Street

Plantation　　FL　33322
City　　State　　ZIP Code

Contact

Contact phone

What is the nature of the claim? Claims asserted in CACE-    $_____   Unknown

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured):    $_____
　　Value of security:　　　－  $_____
　　Unsecured claim　　　　　$_____

---

**10**  Leto Law Firm, P.A.
Creditor's Name
201 S. Biscayne Blvd., Suite 2700
Number　　Street

Miami　　FL　33131
City　　State　　ZIP Code

Contact

Contact phone

What is the nature of the claim? Fee suit, Miami-Dade (dis    $_____   Unknown

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured):    $_____
　　Value of security:　　　－  $_____
　　Unsecured claim　　　　　$_____

---

**11**  Internal Revenue Service
Creditor's Name
Centralized Insolvency Operation
Number　　Street
P.O. Box 7346

Philadelphia　　PA　19101-73
City　　State　　ZIP Code

Contact

Contact phone

What is the nature of the claim? Taxes, if any (2024-2025    $_____   Unknown

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured):    $_____
　　Value of security:　　　－  $_____
　　Unsecured claim　　　　　$_____

---

**12**  State of New Jersey, Division of Tax
Creditor's Name
Bankruptcy Section, P.O. Box 245
Number　　Street

Trenton　　NJ　08695-02
City　　State　　ZIP Code

Contact

Contact phone

What is the nature of the claim? Taxes, if any (2024-2025    $_____   Unknown

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured):    $_____
　　Value of security:　　　－  $_____
　　Unsecured claim　　　　　$_____

---

Debtor 1    **Avrumi Lubin a/k/a Josh Lubin**                Case number *(if known)* 26-17342-EJO
First Name    Middle Name    Last Name

| | | | Unsecured claim |
|---|---|---|---|

**13**
Bank of America, N.A. - personal card x
Creditor's Name

P.O. Box 15019
Number        Street

Wilmington          DE      19886-5
City                State      ZIP Code

Contact

Contact phone

What is the nature of the claim? Credit card; billing disputes          $                86128

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):      $
        Value of security:                   –  $
        Unsecured claim                         $

**14**
Bank of America, N.A. - Spin business ca
Creditor's Name

P.O. Box 660441
Number        Street

Dallas              TX      75266-0
City                State      ZIP Code

Contact

Contact phone

What is the nature of the claim? Possible personal guaranty; di          $                69146

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):      $
        Value of security:                   –  $
        Unsecured claim                         $

**15**
Bank of America, N.A. - personal card x
Creditor's Name

P.O. Box 15019
Number        Street

Wilmington          DE      19886-5
City                State      ZIP Code

Contact

Contact phone

What is the nature of the claim? Consumer credit card          $                25353

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):      $
        Value of security:                   –  $
        Unsecured claim                         $

**16**
Creditor's Name

Number        Street

City                State      ZIP Code

Contact

Contact phone

What is the nature of the claim?          $

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):      $
        Value of security:                   –  $
        Unsecured claim                         $

**17**
Creditor's Name

Number        Street

City                State      ZIP Code

Contact

Contact phone

What is the nature of the claim?          $

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):      $
        Value of security:                   –  $
        Unsecured claim                         $

Debtor 1   **Avrumi Lubin a/k/a Josh Lubin**                    Case number *(if known)* 26-17342-EJO
First Name   Middle Name   Last Name

**Unsecured claim**

**18**

Creditor's Name

Number      Street

City            State   ZIP Code

Contact

Contact phone

What is the nature of the claim? _____   $_____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☐ No
- ☐ Yes. Total claim (secured and unsecured):   $_____
  - Value of security:   – $_____
  - Unsecured claim   $_____

**19**

Creditor's Name

Number      Street

City            State   ZIP Code

Contact

Contact phone

What is the nature of the claim? _____
$_____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☐ No
- ☐ Yes. Total claim (secured and unsecured):   $_____
  - Value of security:   – $_____
  - Unsecured claim   $_____

**20**

Creditor's Name

Number      Street

City            State   ZIP Code

Contact

Contact phone

What is the nature of the claim? _____
$_____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☐ No
- ☐ Yes. Total claim (secured and unsecured):   $_____
  - Value of security:   – $_____
  - Unsecured claim   $_____

| Part 2: | Sign Below |
|---|---|

Under penalty of perjury, I declare that the information provided in this form is true and correct.

✗ _____       ✗ _____
Signature of Debtor 1                       Signature of Debtor 2

Date _____                    Date _____
MM / DD / YYYY                          MM / DD / YYYY

# ATTACHMENTS TO SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS

*These attachments are incorporated into the corresponding numbered items of Official Forms 106A/B, 106E/F, 107, and 122B. All values stated as Unknown or estimated are so stated because records are incomplete, or because the interest is disputed, contingent, unliquidated, or of undetermined value.*

## Attachment A/B-19 - LLC, partnership, and joint-venture interests

1. **Spin Capital, LLC (New Jersey) - 100%.** Value unknown. Not operating for approximately two years. Its principal assets include disputed, unliquidated litigation claims with an asserted face amount exceeding $50 million. The Debtor is disclosing only his membership interest here; Spin-owned claims are not listed as the Debtor's personal claims. The interest is subject to a May 15, 2026 charging/foreclosure order on appeal in 4D2026-1512; enforcement is stayed.

2. **Teton Life, LLC (Delaware) - 50% of record.** A separate contractual claim to a revised 55% interest is conditioned on a payment not confirmed to have occurred; ownership and control are disputed. Value unknown. The entity holds disputed Golden Foothill litigation rights. The interest is subject to a June 11, 2026 charging order on appeal in 4D2026-1833.

3. **Teton Funding, LLC (Delaware) - 100%.** Value unknown. Never operating. A June 4, 2026 default judgment against the entity is disputed. The interest is subject to the May 15, 2026 order on appeal in 4D2026-1512.

4. **Teton Funding Group, LLC - 100%.** Value unknown. Not operating.

5. **JL Special Investments, LLC (Delaware No. 6426979) - 100%.** Value unknown. Never operating. A prior assignment to this entity was not countersigned and was later superseded as described in Attachment SOFA-18. The interest is subject to a June 11, 2026 order on appeal in 4D2026-1833.

6. **Front Street Holdings LLC - current passive interest; value unknown.** The Debtor's 2022 Schedule K-1 reports 1.10526% beginning/ending profit and loss shares and 1.57895% beginning/ending capital shares. The present percentage is under investigation and will be amended if later records differ.

Former passive interests shown on 2022-2023 tax records include 3010 Clarendon Holdings LLC (EIN 84-3984161), 472 E48 Holdings LLC (EIN 87-0969128), and 1519 Lincoln Holdings LLC (EIN 86-3625301). The Debtor reports no petition-date ownership in those entities; disposition dates and terms remain under investigation and are disclosed in Attachment SOFA-27.

## Attachment A/B-33/34 - Claims and other contingent or unliquidated interests

*All entries are contingent, unliquidated, and/or disputed; values are unknown. Nothing in this listing waives any privilege, election, or defense, or concedes the ownership, validity, or value of any claim.*

1. **Asserted assigned rights in a $3,136,071.44 judgment.** Judgment filed September 14, 2023 in Hi Bar Capital, LLC v. Excell Auto Group, Inc., et al., Supreme Court of the State of New York, Kings County, Index No. 502846/2022, NYSCEF Doc. 216. On April 15, 2025, the Debtor filed the foreign judgment in Florida in his own name as Avrumi Lubin, Assignee of Spin Capital, LLC, Palm Beach County Case No. 50-2025-CA-003581. The Debtor relies on the January 28, 2022 Common Interest and Joint Litigation Agreement and the March 17, 2025 Absolute Assignment of Interests and Rights from Spin Capital, LLC to the Debtor. Ownership, assignment scope and termination, enforceability, collectibility, and value are disputed.

2. **Potential accounting, tracing, recovery, and related rights concerning $2,107,548.61 in registry proceeds.** The funds were disbursed on August 27, 2025 by the U.S. Bankruptcy Court for the Southern District of Florida in In re Auto Wholesale of Boca, LLC, No. 22-15627-EPK, ECF No. 965, to the order of Schwartz Breslin PLLC for further distribution. ECF No. 952 declined to decide whether the Common Interest and Joint Litigation Agreement was terminated and whether the Debtor ultimately held Hi Bar's rights relating to the proceeds. The Debtor disputes that the underlying rights were finally adjudicated and asserts an interest through the assignment chain described in Item 1. Ownership, liability, defenses, recoverability, and value are disputed. Contingent and unliquidated; value unknown.

3. **Potential claims relating to the 2025 Broward trial, verdicts, orders, judgments, and collection proceedings.** Potential claims against judgment creditors and related parties concerning the procurement, entry, and collection of verdicts, orders, and resulting judgments in Broward County Case No. CACE-22-005125, including matters raised in Appeal No. 4D2025-3564 and pending vacatur proceedings. Contingent, disputed, and unliquidated; value unknown.

4. **Potential claims arising from former or joint legal representation of the Debtor.** This includes potential claims concerning representation by David W. Langley; Michael J. Kasen and Kasen Law Firm; Stanley Q. Casey and S.Q. Casey Law; Matthew P. Leto and Leto Law Firm; and other former counsel identified in the Debtor's records. Ownership, viability, defenses, causation, potentially responsible parties, and value remain under investigation. Contingent, disputed, and unliquidated; value unknown.

5. **Potential assigned claims, if any, relating to vehicles and identifiable proceeds.** Potential assigned causes of action and rights concerning vehicles and identifiable proceeds in the Karma, Auto Wholesale of Boca, and Excell matters. The Debtor does not list vehicle title or Spin-owned claims as his personal property and asserts only whatever rights, if any, were validly transferred to him

through disputed prepetition assignments. Ownership, assignment scope, standing, vehicle-specific coverage, defenses, recoveries, and value remain disputed and under investigation. Contingent and unliquidated; value unknown.

6. **Other potential personal or validly assigned claims arising from the matters identified above but not presently quantified.** Contingent, disputed, and unliquidated; value unknown.

## Attachment A/B-35 - Tax attributes

Federal net operating loss carryforward reported from 2021 of $2,133,584 and New Jersey alternative business loss carryforward reported as $3,065,894. Availability and value are under investigation.

## Attachment E/F-4 - Additional nonpriority unsecured creditors

| Creditor | Amount / status | Basis |
|---|---|---|
| Bank of America, N.A., personal card x5860, P.O. Box 15019, Wilmington, DE 19886-5019 | $86,128.01 per June 11, 2026 statement; disputed and unliquidated to the extent of pending billing disputes | Consumer credit card. Latest verified prepetition statement balance; petition-date activity and dispute credits remain under review. |
| Bank of America, N.A., personal card x7818, same notice address | $25,353.23 per June 13, 2026 statement | Consumer credit card. Latest verified prepetition statement balance; petition-date activity remains under review. |
| Bank of America, N.A., Spin Capital business card x4564, P.O. Box 660441, Dallas, TX 75266-0441 | $69,146.96 per June 2026 statement; contingent, disputed, and unliquidated as to the Debtor | Entity card. Listed solely as a possible personal-guaranty claim while guaranty and personal liability are investigated; no personal liability is conceded. |
| JPMorgan Chase Bank, N.A., account x6738; notices c/o Robertson, Anschutz, Schneid, Crane & Partners, PLLC, 6409 Congress Ave., Suite 100, Boca Raton, FL 33487 | $71,461.85 per Claim 2-1; disputed | Credit card; claim filed July 8, 2026. Rights and billing dispute reserved. |
| JPMorgan Chase Bank, N.A., account x8269; same notice address | $17,393.09 per Claim 3-1 | Credit card; claim filed July 8, 2026. Rights reserved. |
| Law Offices of David W. Langley, P.A., 8551 W. Sunrise Blvd., Suite 303, Plantation, FL 33322 | Unknown; disputed and unliquidated | Claims asserted in CACE-25-013383. |
| Leto Law Firm, P.A., 201 S. Biscayne Blvd., Suite 2700, Miami, FL 33131 | Unknown; disputed and unliquidated | Fee/collection action filed in Miami-Dade County. |

## Attachment SOFA-6 - Payments to creditors within 90 days

1. **JPMorgan Chase Bank, N.A.** Aggregate payments of $12,173.17 were made during the 90-day period across accounts ending x6738 and x8269. The dates and combined $88,854.94 petition-date claim balance are shown on Official Form 107, Question 6.

2. **GrayRobinson, P.A.** On June 12, 2026, a $25,000 advance retainer was paid by American Express ending 2007 under a joint engagement covering the Debtor and Teton Life, LLC, JL Special Investments, LLC, and Teton Funding, LLC. The ClientPay receipt identifies Teton Life, LLC as the client/company. Ownership of the card and the ultimate funding allocation remain under review. The payment is listed out of caution and without conceding that the full amount was paid from the Debtor's personal property. The currently estimated remaining GrayRobinson balance is approximately $11,000 and is disputed and subject to reconciliation.

## Attachment SOFA-9 - Legal actions within one year before filing

The following are listed in addition to Broward County Case No. CACE-22-005125 shown on the form. Postpetition proceedings are not included.

| Action | Court / number | Nature / status |
|---|---|---|
| Lubin v. FVP Opportunity Fund III, LP, et al. | Fla. 4th DCA, 4D2025-3564 | Appeal; pending |
| Lubin v. FVP | Fla. 4th DCA, 4D2026-1512 | Appeal of May 15, 2026 order; pending |
| Lubin v. FVP | Fla. 4th DCA, 4D2026-1833 | Appeal of June 11, 2026 orders; pending |
| Lubin v. FVP | Fla. 4th DCA, 4D2025-2711 | Certiorari petition; dismissed Dec. 4, 2025 |
| Law Offices of David W. Langley, P.A. v. Lubin | Broward County, Fla., CACE-25-013383 | Contract/defamation claims; pending |
| Leto Law Firm, P.A. v. Lubin, et al. | Miami-Dade County, Fla.; filed Apr. 2, 2024 | Fee/collection action; pending |

| Action | Court / number | Nature / status |
|---|---|---|
| Golden Foothill Insurance Services, LLC, et al. v. Spin Capital, LLC, Lubin, et al. | S.D.N.Y., 1:24-cv-08515 | Civil action; stayed as to Debtor |
| Mehdipour, Trustee v. Hi Bar Capital LLC, Spin Capital LLC, Lubin, et al. | Bankr. S.D. Fla., Adv. No. 23-01132 | Adversary proceeding; decision pending |

Michigan Case No. 22-193300-CB is not listed as a personal action because the Debtor was not a named party and the judgment is against Spin Capital, LLC.

## Attachment SOFA-2 - Prior or additional residence

The Debtor maintained and used Apartment PH3A, 605 West 42nd Street, New York, NY 10036, from approximately June 2025 through the June 25, 2026 petition date; the lease term ended June 30, 2026. The petition-date and current residence stated in the petition is 1460 Arboretum Parkway, Lakewood, NJ 08701. Exact occupancy dates will be amended if later records require correction.

## Attachment SOFA-4/5 - Income history

Gross employment or business income for 2024, 2025, and January 1, 2026 through the petition date is unknown while bank records and unfiled returns are being reconstructed. The Debtor also received mixed non-wage receipts during the six-month current-monthly-income period, potentially including regular family support and entity distributions or owner draws. The year-by-year amounts and source allocation remain under review. The Debtor will amend promptly after completing the account reconciliation.

## Attachment SOFA-18 - Transfers within two years

1. **April 2025 - JL Special Investments, LLC.** The Debtor executed an assignment of a one-half interest in certain Golden Foothill litigation rights to his wholly owned Delaware LLC. Filed copies were not countersigned, and the assignment was later superseded by the stipulation so-ordered August 21, 2025 (NYSCEF Index 650582/2022, Doc. 905), under which Teton Life, LLC was substituted as assignee of Spin Capital, LLC's Golden Foothill rights. Value and effect are disputed.

2. **August 13, 2025 - Teton Life, LLC restructuring.** Execution of the Amended and Restated Operating Agreement and related letter agreement restructuring the holding of disputed Golden Foothill litigation claims in Teton Life, LLC, in which the Debtor holds 50% of record. The instruments recite an Assignment and Contribution Agreement effective February 7, 2023. Value and effect are disputed.

3. **Approximately June 2025 - residential rent prepayment.** Approximately one year of rent, about $8,400 per month and approximately $100,000 total, was prepaid through the landlord's TG Pay program for Apartment PH3A, 605 West 42nd Street, New York, NY, for the lease year ending June 30, 2026. The Debtor reports this as an ordinary-course payment for residential rent made before the October 2025 judgments.

4. **Personal-account transfers involving controlled LLCs.** Bank records presently assembled reflect aggregate transfers of approximately $86,297.19 from the Debtor's personal account to accounts of his wholly owned JL Special Investments, LLC and $6,800 to his wholly owned Spin Capital, LLC. The same records reflect approximately $139,468.13 in reciprocal transfers from controlled-entity accounts to the Debtor's personal account during the same one-year period. Characterization of these movements as capital contributions, loans, temporary treasury funding, and/or reciprocal consideration remains under reconciliation. No antecedent personal debt owed by the Debtor to either LLC has been identified in the records presently assembled; Question 7 is answered No on that basis. The Debtor will amend promptly if the completed books and records require a different or more detailed characterization.

## Attachment SOFA-27 - Business connections within four years

The Debtor is or was a member, partner, manager, or person in control of the following entities within the four-year reporting period. Exact start/end dates not stated below are under investigation and will be amended promptly.

| Entity | Dates | Connection / nature |
|---|---|---|
| Spin Capital, LLC | 02/28/2019 to Present | 100% member; MCA finance; inactive/not operating about two years |
| Teton Funding, LLC | 11/10/2025 to Present | 100% member; holding company; not operating |
| Teton Life, LLC | 02/07/2023 to Present | 50% member of record; litigation-claim holding |
| JL Special Investments, LLC | 11/29/2021 to Present | 100% member; holding company; not operating |
| Teton Funding Group, LLC | 11/10/2025 to Present | 100% member; holding company; not operating |
| Front Street Holdings LLC | 11/29/2021 to Present | Passive partnership interest; percentage described at A/B-19 |

| Entity | Dates | Connection / nature |
|---|---|---|
| 3010 Clarendon Holdings LLC | Debtor's connection: at least 2021 to unknown prepetition date | Former passive interest; disposition records under review; Debtor will amend |
| 472 E48 Holdings LLC | Debtor's connection: at least 2021 to unknown prepetition date | Former passive interest; disposition records under review; Debtor will amend |
| 1519 Lincoln Holdings LLC | Debtor's connection: at least 2021 to unknown prepetition date | Former passive interest; disposition records under review; Debtor will amend |

## Attachment to Official Form 122B - Current monthly income estimate

**Line 10 - Provisional current monthly income estimate.** The six-month calculation period is December 1, 2025 through May 31, 2026. Based on bank records presently assembled and the Debtor's good-faith estimate, the Debtor reports average current monthly income of $5,000 from irregular mixed non-wage sources, including amounts potentially characterized as entity distributions or owner draws and regular family support. The amount is reported once on Line 10 because the source-by-source allocation cannot be completed before the Court's filing deadline. The estimate excludes duplicate account-to-account movements; identified returned or reversed items; loan and credit-card proceeds; and repayments of loan principal. Transfers from entity accounts are included only to the extent treated in the estimate as distributions or owner draws available to the Debtor, and not as gross entity revenue. The proper allocation among Lines 4, 5, and 10; any direct entity payments regularly made for the Debtor's personal or household expenses; and ordinary and necessary business expenses remain under review. The Debtor will amend promptly after completing the account-by-account reconciliation.

## General verification note

Petition-date values, gross-income figures, business connection dates, and certain creditor balances remain under investigation. The Debtor files the best information presently available to comply with the July 23, 2026 deadline and will amend promptly as records are completed.