**AVRUMI LUBIN**
Debtor Pro Se
1460 Arboretum Parkway
Lakewood, New Jersey 08701
(718) 570-3796
josh@tetonfunding.com

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| In re: | Case No.: 26-17342-EJO |
|---|---|
| AVRUMI LUBIN a/k/a Josh Lubin, | Chapter 11<br>Hearing Date: August 13, 2026 at 10:00 a.m.<br>Judge: Hon. Eamonn J. O'Hagan |
| Debtor. | |

### DEBTOR'S MOTION TO RECONSIDER DKT. 27, ENFORCE ITS EXPRESS LOCAL-COUNSEL LIMITATIONS, REQUIRE A COMPLETE CERTIFICATION UNDER D.N.J. LBR 9010-1(b)(2), AND RESERVE POSSIBLE SUSPENSION OR VACATUR OF PRO HAC VICE ADMISSION FOR NON-CURE

PLEASE TAKE NOTICE that on August 13, 2026 at 10:00 a.m., or as soon thereafter as the Court may direct, in Courtroom 2, Clarkson S. Fisher U.S. Courthouse, 402 East State Street, Trenton, New Jersey 08608, the Debtor, Avrumi Lubin, appearing pro se, will move for an Order: (1) reconsidering the July 10, 2026 pro hac vice admission Order (Dkt. 27); (2) enforcing Dkt. 27 and D.N.J. LBR 9010-1(b)(3)-(4); (3) treating Dkt. 42 as ineffective unless the Court determines it was authorized or local counsel makes a compliant filing; (4) requiring local counsel to file a complete certification executed by Jerrell A. Breslin, Esq.; (5) reopening the Debtor's objection period; and (6) reserving possible suspension or vacatur for non-cure after further notice and development of a complete record.

The Motion is based on two objective, current defects. First, Dkt. 17-3 does not state the Florida Bar admission year and does not answer whether discipline has ever been imposed, although D.N.J. LBR 9010-1(b)(2)(A) and (C) expressly require both answers. Second, after admission, Mr. Breslin personally signed Dkt. 42, a Notice of Appearance that purports to enter an appearance and requests service of every paper, notwithstanding Dkt. 27, D.N.J. LBR 9010-1(b)(3)-(4), and the Bankruptcy Court's published pro hac vice resource page.

The Debtor relies on the accompanying Certification and Exhibits A-J, Memorandum of Law, proposed Order, and the Court's docket. The Debtor requests oral argument if opposition is filed.

Dkt. 6 separately sets a Chapter 11 status conference for August 13, 2026 at 2:00 p.m. The Debtor requests that the Court carry this Motion to that status conference if administratively appropriate; otherwise, this Notice uses the Court's published 10:00 a.m. Chapter 7/11 motion calendar.

Any opposition must be filed and served not later than seven days before the hearing date. Any reply must be filed and served not later than four days before the hearing date. See D.N.J. LBR 9013-2(a)(2)-(3).

Respectfully submitted,

**AVRUMI LUBIN, Debtor Pro Se**
1460 Arboretum Parkway, Lakewood, NJ 08701
(718) 570-3796 | josh@tetonfunding.com
Dated: July 22, 2026

1