UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY


In re Avrumi Lubin a/k/a Josh Lubin
Case No. 26-17342-EJO


### EXHIBITS A-J TO THE CERTIFICATION OF AVRUMI LUBIN


Exhibit A — Certification of Jerrell A. Breslin, Esq. (Dkt. 17-3)

Exhibit B — Certification of Jennifer Mara, Esq. (Dkt. 17-2)

Exhibit C — Certification of Service concerning Dkt. 17 (Dkt. 21)

Exhibit D — Order admitting Jerrell A. Breslin pro hac vice (Dkt. 27)

Exhibit E — Notice of Appearance personally signed by Jerrell Breslin (Dkt. 42)

Exhibit F — Official Florida Bar member profile

Exhibit G — S.D. Fla. Administrative Order 1998-34 — Order of Suspension

Exhibit H — S.D. Fla. Administrative Order 2012-95 — Order on Reinstatement

Exhibit I — Official Bankruptcy Court pro hac vice resource page — rule and limited-access caveat

Exhibit J — Official Bankruptcy Court PHV page — seven-day notice and objection procedure

# EXHIBIT A

Certification of Jerrell A. Breslin, Esq. (Dkt. 17-3)

**BALDASSARE & MARA, LLC**
75 Livingston Avenue, Suite 101
Roseland, NJ 07068
T: (973) 604-6686
F: (973) 556-1071
E: JMara@mabalaw.com

*Attorneys for Plaintiffs*
*FVP Servicing, LLC,*
*FVP Opportunity Fund III, LP,*
*and FVP Investments LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| In Re:<br><br>AVRUMI LUBIN a/k/a Josh Lubin,<br><br>        Debtor. | Case No.: 26-17342-EJO<br>Chapter 11<br><br>**CERTIFICATION OF**<br>**JERRELL ANDREW BRESLIN, ESQ.** |

**JERRELL BRESLIN, ESQ.** of full age, hereby certifies as follows:

1.    I am an attorney and partner in the law firm of Schwartz | Breslin, PLLC in Miami, Florida. I make this certification in support of my application for admission *pro hac vice* in this matter pursuant to Local Civil Rule 101.1(c).

2.    I am a member in good standing of the State Bar of Florida bearing Fla Bar # 269573, and am also a member in good standing and eligible to practice before the United States District Court for the Southern District of Florida (1981).; United States District Bankruptcy Court for the Southern District of Florida (2020); The United States District before the Middle District of Florida (2012); The United States District Court for the Northern District of Florida (2012; Pro Have Vice Admission United States District Court for in the Eastern District of Texas (2025); and Pro hac Vice Admission to Northern District of California. (2023).

3.    The office in Florida that maintains the roll of attorneys in good standing is:

The Florida Bar<br>
651 East Jefferson Street<br>
Tallahassee, FL 32399

4.    There are no disciplinary proceedings pending against me as a member of the bar of any jurisdiction, and I am not now, nor have I been for the past five years, subject to suspension or disbarment by the bar of any court.

5.    I am the lead counsel of the Plaintiffs FVP Servicing, LLC, FVP Opportunity Fund III, LP, and FVP Investments LLC in the underlying action, which included extensive proceedings in the United States Bankruptcy Court for the Southern District of Florida in the matters of: *In re: Auto Wholesale of Boca, LLC, Case No. 22-15627-EPK* and *FVP Opportunity Fund III, LP, FVP Investments, LLC, and FVP Servicing, LLC v. Auto Wholesale of Boca, LLC,* Adversary Case No. 22-01218-EPK as well as the jury trial resulting in the fraud judgment against the Debtor Avrumi "Johs" Lubin, and believe that I will be able to assist our local counsel as well as the Court in outlining the history of this matter and the circumstances surrounding the last minute bankruptcy petition filed in this Court which, as is articulated in a separate motion, is suggested was done in bad faith. I believe in good faith that my participation in this case through my admission *pro hac vice* will facilitate the orderly representation of my client's interests in this matter.

6.    I am aware that if I am admitted *pro hac vice*, I must make payment to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2(a) for each year in which I continue to represent a client in any matter pending in this court. I am also aware that Local Civil Rule 101.1(c) requires payment of $250 to the Clerk of this Court in connection with my admission for this case.

7.    I am further aware that, if admitted *pro hac vice*, I am within the disciplinary

2

jurisdiction of this Court.

8.      I will abide by Local Civil Rule 101.1(c) for the District of New Jersey.

9.      Jennifer Mara, Esq., is counsel of record for Plaintiffs in this action, and if this

motion is granted, all notices, orders and pleadings may be served upon her law firm, Baldassare

& Mara, LLC.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 1, 2026

Jerrell Breslin Esq.

# EXHIBIT B

Certification of Jennifer Mara, Esq. (Dkt. 17-2)

**BALDASSARE & MARA, LLC**
75 Livingston Avenue, Suite 101
Roseland, NJ 07068
T: (973) 604-6686
F: (973) 556-1071
E: JMara@mabalaw.com

*Attorneys for Plaintiffs*
*FVP Servicing, LLC,*
*FVP Opportunity Fund III, LP,*
*and FVP Investments LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In Re:<br><br>AVRUMI LUBIN a/k/a Josh Lubin,<br><br>Debtor. | Case No.: 26-17342-EJO<br>Chapter 11 |

**CERTIFICATION OF JENNIFER MARA, ESQ.**

**JENNIFER MARA, ESQ.** of full age, hereby certifies as follows:

1.    I am attorney-at-law of the State of New Jersey and a partner in the law firm of Baldassare & Mara, LLC. Our firm is counsel for Plaintiffs FVP Servicing, LLC, FVP Opportunity Fund III, LP, and FVP Investments LLC ("Plaintiffs") in the above-captioned matter.

2.    I submit this certification in support of the application for the admission *pro hac vice* of Jerrell Breslin, Esq. of Schwartz | Breslin, PLLC, pursuant to Local Civil Rule 101.1(c), for the purpose of appearing and participating on behalf of Plaintiffs in this matter.

3.    I am a member in good standing of the bar of the State of New Jersey and of the United States District Court for the District of New Jersey.  I or another attorney at Baldassare & Mara, LLC, who is a member in good standing of the bar of the State of New Jersey and of the United States District Court for the District of New Jersey, will sign all pleadings filed with the

Court on behalf of Plaintiffs in this matter and will be present for all appearances before the Court unless previously excused from appearing by the Court.

4.    I will ensure that the proposed *pro hac vice* attorney Jerrell Breslin, Esq. complies with Local Civil Rule 101.1(c).

5.    It is respectfully requested that the Court enter an order admitting Jerrell Breslin, Esq., *pro hac vice* in accordance with the provisions of Local Civil Rule 101.1(c).

I declare under penalty of perjury that the foregoing is true and correct.


Respectfully,

**BALDASSARE & MARA, LLC**


Dated: July 2, 2026                              By:    */s/ Jennifer Mara*
                                                        Jennifer Mara, Esq.

# EXHIBIT C

Certification of Service concerning Dkt. 17 (Dkt. 21)

**BALDASSARE & MARA, LLC**
75 Livingston Avenue, Suite 101
Roseland, NJ 07068
T: (973) 604-6686
F: (973) 556-1071
E: JMara@mabalaw.com

*Attorneys for Plaintiffs*
*FVP Servicing, LLC,*
*FVP Opportunity Fund III, LP,*
*and FVP Investments LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In Re:<br><br>AVRUMI LUBIN a/k/a Josh Lubin,<br><br>Debtor. | Case No.: 26-17342-EJO<br>Chapter 11 |

**CERTIFICATION OF SERVICE**

1.      I, Jennifer Mara, Esq., represent the plaintiffs FVP Servicing, LLC, FVP Opportunity Fund III, LP, and FVP Investments LLC in this adversary proceeding.

2.      On July 6, 2026, I sent a copy of the Notice of Appearance for FVP Servicing, LLC, Notice of Appearance for FVP Opportunity Fund III, LP, Notice of Appearance for FVP Investments LLC, Application for Admission of Jerrelin Breslin, Esq. Pro Hac Vice and [Proposed] Order for Admission Pro Hac Vice to the parties listed in the chart below.

3.      I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: July 6, 2026                          /s/ Jennifer Mara

| Name and Address of Party Served | Relationship to Case | Mode of Service |
| --- | --- | --- |
| Avrumi Lubin a/k/a Josh Lubin<br>1460 Arboretum Parkway<br>Lakewood, NJ 08701 | Pro Se Defendant-Debtor | [X] Regular (first-class) mail |
| Office of the United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102 | U.S. Trustee | [X] Regular mail/CM/ECF (NEF) |

Service is made by non-electronic means in accordance with Fed. R. Bankr. P. 7004 and 9014 and D.N.J. LBR 9013-2.

# EXHIBIT D

Order admitting Jerrell A. Breslin pro hac vice (Dkt. 27)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| Caption in Compliance with D.N.J. LBR 9004-1(b) | |
|---|---|
| | Order Filed on July 10, 2026<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Avrumi Lubin | Case No.: _____26-17342_____<br><br>Adv. No.: _____<br><br>Chapter: _____11_____<br><br>Judge: _____O'Hagan_____ |

**ORDER FOR ADMISSION PRO HAC VICE**

The relief set forth on the following page is **ORDERED**.

**DATED: July 10, 2026**

_Eamonn O'Hagan_

Honorable Eamonn J. O'Hagan
United States Bankruptcy Judge

1

This matter having been brought before the Court on application for an Order For Admission Pro Hac Vice; and the Court having reviewed the moving papers of the applicant, out-of-state attorney, and considered this matter pursuant to Fed.R.Civ.Proc.78, D.N.J. L.Civ.R.101.1 and D.N.J. LBR 9010-1, and good cause having been shown; it is

ORDERED that _____ Jerrell Breslin, Esq _____ be permitted to appear pro hac vice; provided that pursuant to D.N.J. L.Civ. R. 101.1(c)(4), an appearance as counsel of record shall be filed promptly by a member of the bar of this Court upon whom all notices, orders and pleadings may be served, and who shall promptly notify the out-of-state attorney of their receipt.  Only an attorney at law of this Court may sign and file papers, enter appearances for parties, sign stipulations, or sign and receive payments on judgments, decrees or orders. Unless otherwise permitted by the Court, local counsel must attend all hearings and proceedings before the Court, and it is further

ORDERED that the applicant shall arrange with the New Jersey Lawyers' Fund for Client Protection for payment of the annual fee, for this year and for any year in which the out-of-state attorney continues to represent a client in a matter pending in this Court in accordance with New Jersey Court Rule 1:28-2 and D.N.J. L. Civ. R. 101.1, said fee to be deposited within twenty (20) days of the date of the entry of this Order, and it is further

ORDERED that the $250.00 fee required by D.N.J. L. Civ. R. 101(c)(3) for pro hac vice admission to the District Court for the District of New Jersey shall also be payable within twenty (20) days of entry of this Order. Payment in the form of a check must be payable to "Clerk, USDC" and forwarded to the Clerk of the United States District Court for the District of New Jersey at the following address:

United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, N.J. 07102
*Attention: Pro Hac Vice Admissions*

and it is further  ORDERED that the applicant shall be bound by the Local Rules of the United States District Court for the District of New Jersey and the Local Rules of Bankruptcy Procedure for the District of New Jersey; and it is further

ORDERED that the Clerk shall forward a copy of this Order to the Treasurer of New Jersey Lawyers' Fund for Client Protection within 5 days of its date of entry.

*rev.03/01/2024*

2

# EXHIBIT E

Notice of Appearance personally signed by Jerrell Breslin (Dkt. 42)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

| | |
|---|---|
| In Re:<br><br>Avrumi Lubin aka Josh Lubin<br>1640 Arboretum Parkway<br>Lakewood, NJ 08701 | Case No.:    26 17342 EJO<br><br>Chapter:    11<br><br>Judge:    Eamon James O'Hara |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of __FVP Servicing LLC, et al__. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS: Jerrell Breslin
Schwartz Breslin PLLC
169 East Flagler Street, Suite 700
Miami, Fl 33021

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Date: 7/17/2026

s/ Jerrell Breslin
Signature

*new.8/1/15*

# EXHIBIT F

Official Florida Bar member profile

# MEMBER PROFILE

## Jerrell A Breslin "Jerry"

**Member in Good Standing**        **Eligible to Practice Law in Florida**

| | |
|---|---|
| **Bar Number:** | 269573 |
| **Mail Address:** | Schwartz \| Breslin PLLC<br>The DuPont Building<br>169 E Flagler St Ste 700<br>Miami, FL 33131-1203<br><br>Office: **305-577-4626**<br><br>Cell: **786-636-1138** - No Text Messages<br><br>Fax: 305-577-4630 |
| **Email:** | jb@jsjb.law |
| **Personal Bar URL:** | https://www.floridabar.org/mybarprofile/269573 |
| **vCard:** | |
| **County:** | Miami-Dade |
| **Circuit:** | 11 |
| **Admitted:** | 04/16/2012 |
| **10-Year Discipline History:** | None |
| **Law School:** | University of Miami School of Law, 1979 |
| **Sections:** | Business Law |

| | |
|---|---|
| | Trial Lawyers |
| **Practice Areas:** | Appellate Practice |
| | Civil Litigation |
| | Civil Trial |
| | Commercial Litigation |
| | Corporate |
| | Criminal Appellate |
| | Family |
| | Professional Liability |
| | Trial |
| **Federal Courts:** | Florida Southern District Bankruptcy Court |
| | U.S. Court of Appeals for the Eleventh Circuit |
| | U.S. District Court, Middle District of Florida |
| | U.S. District Court, Northern District of Florida |
| | U.S. District Court, Southern District of Florida |
| **State Courts:** | Florida |
| **Firm:** | Schwartz \| Breslin PLLC |
| **Firm Size:** | 2-5 |
| **Firm Position:** | Partner/Shareholder |
| **Firm Website:** | https://www.jsjb.law |

The Find a Lawyer directory is provided as a public service. The Florida Bar maintains limited basic information about lawyers licensed to practice in the state (e.g., name, address, year of birth, gender, law schools attended, admission year). However, The Florida Bar allows individual attorneys the opportunity to add personal and professional information to the directory. The lawyer is solely responsible for reviewing and updating any additional information in the directory. The lawyer's added information is not reviewed by The Bar for accuracy and The Bar makes no warranty of any kind, express or implied. The Florida Bar, its Board of Governors, employees, and agents are not responsible for the accuracy of that additional information. Publication of lawyers' contact information in this listing does not mean the lawyers have agreed to receive unsolicited communications in any form. Unauthorized use of this data may result in civil or criminal penalties. The Find a Lawyer directory is not a lawyer referral service.

# EXHIBIT G

S.D. Fla. Administrative Order 1998-34 — Order of Suspension

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**IN THE MATTER OF**                    **ADMINISTRATIVE ORDER NO.  98-__**
**JERRELL A. BRESLIN**

**ORDER OF SUSPENSION**

It has been shown to the court that the Supreme Court of

Florida has suspended the above-named attorney from practice in

that court.  Pursuant to the Rules of Disciplinary Enforcement,

United States District Court, Southern District of Florida, it is

ORDERED that said attorney be suspended from practice in this court

effective immediately.

IT IS FURTHER ORDERED by this court that said attorney advise

the Clerk of the Court of all pending cases before this court in

which he is counsel or co-counsel of record.

IT IS FURTHER ORDERED by this court that the Clerk of Court

immediately serve Jerrell A. Breslin with a copy of this Order of

Suspension.

This __13th__ day of _____July_____, 1998.

_____
Edward B. Davis
Chief United States District Judge

c:   Honorable Joseph W. Hatchett, Chief Judge, Eleventh Circuit
     All Miami Eleventh Circuit Court of Appeals Judges
     All Southern District Judges and Magistrate Judges
     United States Attorney
     Circuit Executive
     Clerk of Court
     Federal Public Defender
     Florida Bar
     Attorney Admissions Clerk
     Library

# EXHIBIT H

S.D. Fla. Administrative Order 2012-95 — Order on Reinstatement

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**ADMINISTRATIVE ORDER 2012-95**

IN RE:       **JERRELL ANDREW BRESLIN**
             **FLORIDA BAR # 269573**

_____/

FILED by ___ D.C.

DEC 18 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA - MIAMI

### ORDER ON PETITION FOR REINSTATEMENT

THIS CAUSE is before the Court on attorney Jerrell Andrew Breslin's Petition for Reinstatement as

a member of the Bar of this Court. That Petition was referred to the Court's Ad Hoc Committee for Attorney

Admissions, Peer Review and Attorney Grievance. On November 1, 2012, the Committee issued a Report and

Recommendation finding that Mr. Breslin had made the necessary showing for readmission to the Court's Bar

and recommending that he be reinstated pursuant to Rule 9 of this Court's Rules Governing Attorney

Discipline.

Pursuant to Rule 9(d), having reviewed the Petition, attachments to the Petition, and being otherwise

fully advised, the Court approves the Committee's Report and Recommendation and finds that Mr. Breslin

qualifies for readmission to this Court's Bar. The Court further orders that Petitioner be reinstated as a member

in good standing to the Bar of this Court.

DONE AND ORDERED in Chambers at Miami, Miami-Dade County, Florida, this ___ day of

December, 2012.

FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

c:       Honorable Joel F. Dubina, Chief Judge, Eleventh Circuit
         All Miami Eleventh Circuit Court of Appeals Judges
         All Southern District Judges
         All Southern District Bankruptcy Judges
         All Southern District Magistrate Judges
         United States Attorney
         Circuit Executive
         Federal Public Defender
         Clerk of Court
         Clerk of Court, 11th Circuit
         National Lawyer Regulatory Data Bank
         Florida Bar
         Attorney Admissions Clerk
         Southern District Bankruptcy Court
         Library
         Clinton S. Payne, Chair, Ad Hoc Committee
         Richard Baron, Esq.
         Jerrell Andrew Breslin, Esq.

# EXHIBIT I

Official Bankruptcy Court pro hac vice resource page — rule and limited-access caveat

≡ **MENU**

# Pro Hac Attorney Resources

Pro Hac Vice Procedures (D.N.J. LBR 9010-1. Admission of Attorney to Practice):

**(a) Scope of admission**. The bar of this court consists of attorneys admitted to practice before the United States District Court for the District of New Jersey. An attorney of this bar is within the disciplinary jurisdiction of the District Court and is bound by the Rules of Professional Conduct.

**(b) Admission *pro hac vice***

- (1) Local counsel must file on behalf of an attorney seeking admission pro hac vice an application and Local Form Order for Admission Pro Hac Vice on notice to the debtor, any official committee, and the United States trustee, and make the payments required by the Order for Admission Pro Hac Vice, including:

  - (A)   for any year in which the admitted attorney continues to represent a client in a matter pending in the court, payment to the New Jersey Lawyers' Fund for Client Protection, as provided by New Jersey Court Rule 1:28-2(a) and Local Civil Rule 101.1(c)(2); and
  - (B)   in each case, the fee prescribed by Local Civil Rule 101.1(c)(3).

- (2) The application must include a certified statement from the attorney seeking admission that discloses:

  - (A) each bar in which the attorney seeking admission is a member in good standing, and the year of admission;
  - (B) whether a disciplinary proceeding is pending against the attorney seeking

**Links:**

| Local Rules and General Orders |
| Local Forms |
| Court Appearances by Telephone |
| Zoom Trial Guidelines |
| Complex Chapter 11 Cases |
| Order for Admission Pro Hac Vice |
| Notice to the Bar and Public Concerning 2023 Form Changes |
| Order Template |
| Certification of Service |
| Change of Address Form |
| General Order Adopting Procedures for the Filing, Service, and Management of Highly Sensitive Documents |

admission, and if so, the jurisdiction, the nature of the alleged violation, and the likely date of disposition; and

- o (C) whether discipline has ever been imposed against the attorney seeking admission. If discipline has been imposed during the five year period preceding the application, the certification must state the date, jurisdiction, nature of the violation, and penalty imposed.

- (3) Local counsel must file Local Form *Notice of Appearance.*
- (4) Only local counsel, and not the attorney admitted *pro hac vice*, may sign and file papers, and receive notices and service of papers.* Unless otherwise permitted by the court, local counsel must attend all hearings and proceedings before the court.
- (5) An attorney admitted *pro hac vice* must promptly advise the court of the disposition of a pending disciplinary proceeding or the institution of a new disciplinary proceeding against the attorney.
- (6) An attorney admitted *pro hac vice* is within the disciplinary jurisdiction of the District Court and is bound by the Rules of Professional Conduct.
- (7) An attorney admitted *pro hac vice* is deemed to have certified under Federal Rule 11(b) to those pleadings, written motions or other papers that the attorney admitted pro hac vice signs, files, submits or later advocates to the court.

## 2025 Comment

This Rule is amended to update subdivisions (b)(1) and (b)(4); and adds subdivision (b)(7) to be consistent with Local Civil Rule 101.1(c)(6).

## 2019 Comment

Subdivision (b)(2)(C) of this Rule is amended to be consistent with Local Civil Rule 101.1(c)(1).

## 2015 Comment

This Rule is derived in part from Local Civil Rule 101.1(c). The

Rule allows admission by application rather than motion, and allows good standing to be established by attorney certification rather than a certificate of good standing.

An attorney of this bar, including one admitted *pro hac vice*, is bound by Local Civil Rule 103.1(a) regarding the Rules of Professional Conduct and Local Civil Rule 104.1 regarding discipline of attorneys.

*Pro Hac Vice attorneys who register with PACER for an e-filing account with our Court are permitted limited e-filing access and can receive Notices of Electronic Filing from the Court on a **case-by-case** basis.  Click below for additional information: CLICK HERE

# EXHIBIT J

Official Bankruptcy Court PHV page — seven-day notice and objection procedure

# ☰ MENU

# Application to Appear Pro Hac Vice

Pursuant to D.N.J. LBR 9010-1, attorneys may seek admission pro hac vice by application on 7 days notice to parties in interest.

**Click here** to access the court's local form, *Order for Admission Pro Hac Vice.*

For **Pro Hac Vice Attorney Resources, click here**

For instructions on filing an Application to Appear Pro Hac Vice in a bankruptcy case, click **here.**

---

**STEP 1**     Choose **Adversary** from main menu.

**STEP 2**     Choose **Motions/Applications** category

**STEP 3**     Enter case number; click [NEXT].

**STEP 4**     Select **Appear Pro Hac Vice** from drop down list; click [NEXT]

**STEP 5**     If this is a joint filing, place a check in the box; click [NEXT].   If this is not a joint filing, click [NEXT] to skip this screen

**STEP 6**     **Select party** or click **[ADD/CREATE NEW PARTY]**; click [NEXT]

TIP - If this is the first time you are appearing on behalf of this party, you will be asked to create an association between the attorney and client on the next screen as shown below:

IMPORTANT: The following attorney/party association(s) will be created in this case. De-selecting a party association will result in the filing attorney NOT receiving Notices of Electronic Filing for that party. If this is a joint filing, review the list carefully to ensure that only parties represented by the filing attorney are selected.

☑ Citi Mortgage, (cr cr) represented by Detzky, Michael (aty)

[Next] [Clear]

Please be aware that unchecking the association check box will prevent you from receiving Notices of Electronic Filing in this case.

**STEP 7**     Upload the .pdf document; click [NEXT]

TIP - After Browsing your files, open and review your file to be sure that you are uploading the correct .pdf.  To do this, right click on the file name and select open from the pop up menu.

TIP - Supporting documents and proposed orders are uploaded as ATTACHMENTS to motions/applications.  Click inside the Yes radio button and click [NEXT].  As noted above, please be sure that you are selecting the correct .pdf to upload.  Select a description of your attachment from the Type drop down menu or free text one in the Description

variable box.  Click Add to List and repeat this process for each attachment.  When all attachments are uploaded, click [NEXT]

TIP - If you upload the wrong .pdf and you notice the error while still on this screen, highlight the file name and click Remove from List.

**STEP 8**        Enter the name of the attorney who is appearing Pro Hac Vice; click [NEXT]

TIP - 7 day objection deadline calculates automatically.  Do not change this date.

**STEP 9**        Confirm case information; click [NEXT]

**STEP 10**       Docket text displays.  Review for accuracy.  If modification is necessary, abort the transaction and begin again.  Modifications cannot be made on this screen.

SAMPLE DOCKET TEXT

*Application for Attorney [variable box text] to Appear Pro Hac Vice Filed by Test Attorney on behalf of Test Client. Objection deadline is (date autocalculates). (test atty)*

**STEP 11**       **Notice of Electronic Filing** displays.

**NOTE:** The court will serve a copy of the Order of Admission Pro Hac Vice on the New Jersey Lawyers' Fund for Client Protection.  The applicant has twenty (21) days from the date of entry of this order to deposit the required fee.