**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

| In Re: | Case No.: | 26-17342-EJO |
|---|---|---|
| **AVRUMI LUBIN a/k/a Josh Lubin, Debtor** | Chapter: | 11 |
| | Adv. No.: | N/A |
| | Hearing Date: | August 13, 2026 at 10:00 a.m. |
| | Judge: | Hon. Eamonn J. O'Hagan |

## CERTIFICATION OF SERVICE

1. I, Avrumi Lubin:

   ☐ represent _____ in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☑ am the Debtor in this case and am representing myself.

2. On __7/22_____, 2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   **Notice of Motion; Certification with Exhibits A-J; Memorandum of Law; and Proposed Order**

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: __7/22_____, 2026

_____
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | |

1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Jennifer Mara, Esq.<br>Baldassare & Mara, LLC<br>75 Livingston Avenue, Suite 101<br>Roseland, NJ 07068 | Local counsel for FVP Parties | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☑ Certified mail/RR<br><br>☐ Other (cite rule if applicable) |
| Jerrell A. Breslin, Esq.<br>Schwartz I Breslin, PLLC<br>169 East Flagler Street, Suite 700<br>Miami, FL 33131 | Pro hac vice counsel for FVP Parties | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☑ Certified mail/RR<br><br>☐ Other (cite rule if applicable) |
| Office of the United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>Attn: Rachel Wolf, Esq. | United States Trustee | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☑ Certified mail/RR<br><br>☐ Other (cite rule if applicable) |
| Hillel I. Parness, Esq.<br>Parness Law Firm, PLLC<br>136 Madison Avenue, 6th Floor<br>New York, NY 10016 | Counsel for Franklin Capital Funding, LLC | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☑ Certified mail/RR<br><br>☐ Other (cite rule if applicable) |

rev.8/1/16