Form oscmlfee − oscmlfeev27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  26−17342−EJO
Chapter:  11
Judge:  Eamonn James O'Hagan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Avrumi Lubin
   aka Josh Lubin
   1460 Arboretum Parkway
   Lakewood, NJ 08701

Social Security No.:
   xxx−xx−4839

Employer's Tax I.D. No.:

### ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO MAKE INSTALLMENT PAYMENT(S) OR PAY MISCELLANEOUS FILING FEES

   The Court having noted that:

   ☐     An order directing the payment of filing fees in installments was entered in the above case, and that the payment due on in the amount of $ has not been received by the Clerk,

   ☑     The debtor filed a List of Creditors on 07/22/2026 that requires the payment of a fee in the amount of $ 34.00, and that the fee has not been received by the Clerk,

   It is hereby ORDERED that:

A hearing is scheduled before the Honorable Eamonn James O'Hagan on:

   Date: August 13, 2026
   Time: 11:00 AM
   Location: Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 160 291 3576, Click on JOIN using passcode 234642, or call 1−646−828−7666

to show cause why the case should not be dismissed.

   If **all** required fees are filed with the Clerk before the hearing date, this Order to Show Cause will be withdrawn and no appearance is required.

   All court fees must be paid via corporate check, attorney check (with "esquire" or "attorney at law" designation), certified check, money order, or through the court's online payment system at www.njb.uscourts.gov for non court efilers.

   Any motion or other objection that is filed will be considered a Motion for Extension of Time to File Schedules, Statements, and Other Documents under Fed. R. Bankr. P. 1007(c), and will be scheduled by the court to be heard on the same date and time as this Order to Show Cause.

   Unless all required fees are filed before the hearing date on this Order to Show Cause, you **must** appear at the hearing, which may be conducted in−person, telephonically, or virtually. Please consult with your attorney or contact the Judge's Chambers BEFORE COMING TO COURT and/or making an appearance via telephone or Zoom.

Contact information for each judge can be found on the court's website: www.njb.uscourts.gov. PLEASE BE ADVISED that failure to pay fees, seek an extension, or appear at the hearing will result in dismissal of the case.

Dated: July 22, 2026
JAN: dlr

Eamonn James O'Hagan
United States Bankruptcy Judge