**BALDASSARE & MARA, LLC**
75 Livingston Avenue, Suite 101
Roseland, NJ 07068
T: (973) 604-6686 | F: (973) 556-1071
E: JMara@mabalaw.com

**SCHWARTZ | BRESLIN, PLLC**
The DuPont Building, 169 East Flagler Street, Suite 700
Miami, Florida 33131
T: 305-577-4626 | F: 305-577-4630

Attorneys for Movants FVP Servicing, LLC,
FVP Opportunity Fund III, LP, and FVP Investments LLC

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: 26-17342-EJO |
| **AVRUMI LUBIN a/k/a Josh Lubin,** | Chapter 11 |
| Debtor. | Hon. Eamonn J. O'Hagan |

### DECLARATION OF ALAN I. KARTEN, ESQ. PURSUANT TO 28 U.S.C. § 1746 IN FURTHER SUPPORT OF FVP'S MOTION TO VACATE THE AUTOMATIC STAY AND TO DISMISS (DKT. 13) AND IN REPLY TO THE DEBTOR'S OBJECTION (DKT. 44)

I, Alan I. Karten, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1.       I am an attorney admitted to the Bar of the State of Florida (Fla. Bar No. 200263). I am one of the attorneys for the movants, FVP Servicing, LLC, FVP Opportunity Fund III, LP, and FVP Investments LLC (collectively, "FVP"), and I have been responsible for prosecuting the collection and enforcement of FVP's Final Judgments against the Debtor, Avrumi "Josh" Lubin, in Florida. The facts set forth herein are within my personal knowledge and are based on my handling of that matter and on FVP's records, which are kept in the ordinary course. I submit this Declaration in further support of FVP's Motion (Dkt. 13) and in reply to the Debtor's Objection (Dkt. 44), and specifically to provide the sworn payoff and credit accounting the Debtor requests (Obj. ¶¶ 16-17).

1

2.      **The Final Judgments.** On October 3, 2025, the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida, entered Final Judgments against the Debtor in FVP Opportunity Fund III, LP, et al. v. Lubin, et al., Case No. CACE-22-005125. The judgments are structured in two categories: (a) Damage Category A (Core Recovery) — $7,500,000.00 in principal; and (b) Damage Category B (Wrongful Act Damages) — $1,341,219.72 in principal. The total principal is $8,841,219.72. Post-judgment interest accrues on both categories from October 3, 2025.

3.      **Payments and credits received to date.** To date, FVP has received recovery and settlement payments in the aggregate amount of $3,209,311.15 (the "Judgment Credits"), itemized by date and amount on the Schedule of Judgment Credits annexed hereto as Exhibit A. Each of these payments was made by a settling party. No payment has been received from the Debtor, and no payment has been received from any judgment debtor.

4.      **Application of the credits — Core Recovery only.** Consistent with the terms of the settlements and FVP's rights, all of the Judgment Credits are applied solely to Damage Category A (Core Recovery). No portion of the Judgment Credits is applied to Damage Category B (Wrongful Act Damages), which remains unpaid in full.

5.      **Current balances.** After application of the Judgment Credits: (a) the remaining principal on Damage Category A (Core Recovery) is $4,290,688.85 ($7,500,000.00 less $3,209,311.15); and (b) the remaining principal on Damage Category B (Wrongful Act Damages) is $1,341,219.72. The total remaining principal due is $5,631,908.57, plus post-judgment interest accruing from October 3, 2025. Interest computations will be provided by supplemental affidavit upon the Court's request.

6.      **Public Notice of Setoff.** On December 16, 2025, FVP filed of record in the Florida action its Notice of Setoff and Updated Net Balance (Filing No. 237809034), which reflects the judgment structure, the aggregate Judgment Credits, their application to Damage Category A only, and the resulting net balances set forth above. A true and correct copy is annexed hereto as Exhibit B.

7.      **Reconciliation of the figures the Debtor cites.** The Debtor observes (Obj. ¶ 16(a)) that a garnishment writ recited $8,841,219.72 while a sale notice recited approximately $4,513,427.80, and calls the difference "unexplained." There is no inconsistency. The figure of $8,841,219.72 is the original total principal of the Final Judgments, as entered on October 3, 2025. The lower figure reflects the net Core Recovery (Category A) balance being enforced through that particular sale after application of the Judgment Credits described above, together with accrued interest and costs. FVP has credited the Debtor for every dollar it has recovered from settling parties; the Wrongful Act Damages (Category B) remain unpaid in full; and the amounts stated in this Declaration are current and accurate to the best of my knowledge.

8.      **Reservation.** FVP reserves all rights to apply future settlement credits, to file additional partial satisfactions, and as to allocation, interest, and enforcement. Nothing herein waives any such right.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July __22__, 2026.

_Alan Karten_
_____
Alan I. Karten, Esq.
Fla. Bar No. 200263
Law Office of Alan I. Karten, PLLC
321 Anderson Pond Road

Aiken, SC 29803
Tel.: (305) 490-2767
alankartenlaw@gmail.com

Texas

Galveston



**Gerzan Javier Chau**

ID NUMBER
135531219
COMMISSION EXPIRES
September 5, 2029

Electronically signed and notarized online using the Proof platform.

4

**EXHIBIT A**

**SCHEDULE OF JUDGMENT CREDITS**

**FVP v. Lubin, Case No. CACE-22-005125 (Fla. 17th Jud. Cir.)**

*(Payments applied solely to Damage Category A — Core Recovery)*

| No. | Date Received | Payor | Amount Credited to FVP |
|---|---|---|---|
| 1 | On or about Oct. 1, 2023 | Settling party | $8,000.00 |
| 2 | On or about May 1, 2024 | Settling party | $450,000.00 |
| 3 | On or about July 1, 2024 | Settling party | $3,125.00 |
| 4 | On or about Aug. 1, 2024 | Settling party | $3,125.00 |
| 5 | On or about Oct. 1, 2024 | Settling party | $16,250.00 |
| 6 | On or about Mar. 1, 2025 | Settling party | $45,000.00 |
| 7 | On or about Sept. 1, 2025 | Settling party | $1,939,811.15 |
| 8 | On or about Sept. 1, 2025 | Settling party | $119,000.00 |
| 9 | On or about Oct. 20, 2025 | Settling party | $125,000.00 |
| 10 | On or about Nov. 17, 2025 | Settling party | $500,000.00 |
|  |  | **TOTAL JUDGMENT CREDITS** | **$3,209,311.15** |

*Note: The identities and proofs of the settling payors are subject to settlement confidentiality and are available for the Court's in camera review consistent with FVP's December 16, 2025 Notice of Setoff and Updated Net Balance (Filing No. 237809034).*