**BALDASSARE & MARA, LLC**
75 Livingston Avenue, Suite 101
Roseland, NJ 07068
T: (973) 604-6686
F: (973) 556-1071
E: JMara@mabalaw.com

**SCHWARTZ | BRESLIN, PLLC**
The DuPont Building, 169 East Flagler Street, Suite 700
Miami, Florida 33131
T: 305-577-4626
F: 305-577-4630
E: JB@JSJB.Law | EService@JSJB.Law

*Attorneys for Plaintiffs*
*FVP Servicing, LLC,*
*FVP Opportunity Fund III, LP,*
*and FVP Investments LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In Re:<br><br>AVRUMI LUBIN a/k/a Josh Lubin,<br><br>    Debtor. | Case No.: 26-17342-EJO<br>Chapter 11 |

**SUPPLEMENTAL CERTIFICATION OF JENNIFER MARA, ESQ. IN FURTHER**
**SUPPORT OF THE MOTION TO VACATE**

I, Jennifer Mara, Esq., of full age, hereby certify as follows under penalty of perjury

pursuant to 28 U.S.C. § 1746 and D.N.J. LBR 7007-1:

1.  I am attorney-at-law of the State of New Jersey and a member of the bar of this Court.

I am local counsel of record for FVP Servicing, LLC, FVP Opportunity Fund III, LP, and FVP

Investments LLC (collectively "FVP") in this case. I make this certification in further support of

FVP's Motion. The facts stated are within my personal knowledge or are established by the public

records and court orders attached as exhibits, of which the Court may take judicial notice under Fed. R. Evid. 201.

2.    A true copy of the Second Order Striking Pro Se Filing entered January 22, 2026 is attached as **Exhibit E**.

3.    The exhibit referenced above is a true copy of the document it purports to be. I respectfully request that the Court grant the Motion in its entirety.

I declare under penalty of perjury that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Respectfully,

**BALDASSARE & MARA, LLC**

Dated: July 22, 2026

By:    */s/ Jennifer Mara*
Jennifer Mara, Esq.

Jerrell Breslin, Esq.
(*pro hac vice*)

# EXHIBIT E

Second Order Striking Pro Se Filings

entered January 22, 2026 (Filing No. 240014369)

FVP Opportunity Fund III, LP, et al. v. Lubin, et al.

Case No. CACE-22-005125 (Fla. 17th Jud. Cir.)

## IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
## IN AND FOR BROWARD COUNTY, FLORIDA

CASE NO. **CACE22005125**   DIVISION: **07**   JUDGE: **Haimes, David A (07)**

**FVP Opportunity Fund III, LP, et al**

Plaintiff(s) / Petitioner(s)

v.

**Scott Zankl, et al**

Defendant(s) / Respondent(s)

_____/

## SECOND ORDER STRIKING PRO SE FILINGS

THIS CAUSE came before the Court *sua sponte* upon numerous *pro se* filings by Defendant Avrumi "Josh" Lubin, together with multiple emails to this Court's Judicial Assistant. The Court *sua sponte* set a case management status hearing for January 20, 2026, at which Defendant Avrumi "Josh" Lubin, his counsel of record, Stanley Casey, Esq., and all trial and appellate counsel for the Plaintiffs, the FVP Parties, and the Franklin Parties were present. A court reporter was present for the case management status hearing.

The Court, having reviewed the court file and the most recent *pro se* filings by Defendant Avrumi "Josh" Lubin, who has counsel of record, and being advised that multiple emails were sent to the Judicial Assistant of this Court, which have not been reviewed by the Court, and being otherwise fully advised in the premises, hereby makes the following findings:

1. Defendant Avrumi "Josh" Lubin has been represented by an attorney of record since his appearance as a party in this case. He has been represented by Stanley Casey, Esq., since September 4, 2025, who remains his attorney.

2. On September 19, 2025, the Fourth District Court of Appeal *sua sponte* entered its order striking the "*pro se*" filings of Defendant Avrumi "Josh" Lubin in that court. [D.E. 2019].

3. On September 23, 2025, this Court, *sua sponte*, entered its order striking all *pro se* filings of Defendant Avrumi "Josh" Lubin, including, without limitation: Motion to Vacate, September 17, 2025 [D.E. 1992]; Motion for TRO, September 17, 2025 [D.E. 1993]; Response to Motion to Strike, September 16, 2025 [D.E. 1992]; Motion to Vacate with Exhibits, September 12, 2025 [D.E. 1976]; Notice of Filing, August 27, 2025 [D.E. 1939]; and Motion to Disqualify, May 8, 2025 [D.E. 1751].

Case Number: CACE22005125

4. The Plaintiffs case against Defendant Avrumi "Josh" Lubin was tried to a jury and judgment entered against Defendant Avrumi "Josh" Lubin on October 3, 2025. [D.E. 2034]. On November 21, 2025, Defendant Lubin filed a notice of appeal [D.E. 2069] which is currently pending in the Fourth District Court of Appeal.

5. Defendant Avrumi "Josh" Lubin has been unmistakably advised on several occasions, including by this Court in person at prior hearings and at trial, that all motions must be filed strictly through counsel.

6. Nonetheless, Defendant Avrumi "Josh" Lubin has filed numerous additional filings and *pro se* motions which he labeled "emergency" motions while represented by Mr. Casey and not signed by his attorney of record.

Accordingly, based the Court's review of the file and the above findings and the Court being otherwise fully advised in the premises, it is hereby:

ORDERED AND ADJUDGED as follows:

7. All additional *pro se* filings by Defendant Avrumi "Josh" Lubin are hereby stricken, including, without limitation, Docket Entries 2128, 2129, 2130, 2131, and 2135, as well as any other filings not signed by an attorney admitted to practice who has appeared for Defendant Avrumi "Josh" Lubin as counsel of record.

8. Defendant Avrumi "Josh" Lubin is ordered not to send any further email communications to the Judicial Assistant of this Court or to call this Court or court staff. Any communications with this Court must be conducted by an attorney of record.

9. The Court incorporates its findings and comments made on the record at the case management conference scheduled by this Court *sua sponte* and held on January 20, 2026, with a court reporter present.

10. The Court was advised at the hearing that Mr. Casey has filed a motion to withdraw as counsel for Mr. Lubin. The FVP Parties objected to the withdrawal, accordingly, the withdrawal motion must be scheduled for a special set hearing. Mr. Casey remains as counsel of record for Mr. Lubin until further order of the Court.

11. The Court reserves jurisdiction to enforce this order as necessary.

**DONE AND ORDERED** in Chambers at Broward County, Florida on <u>21st day of January, 2026</u>.

<u>CACE22005125 01-21-2026 9:26 PM</u>
Hon. David A Haimes
**CIRCUIT COURT JUDGE**
Electronically Signed by David A Haimes

**Copies Furnished To:**
Alan I Karten , E-mail : a.karten@yahoo.com
Alan I Karten , E-mail : alankartenlaw@gmail.com
Alan R Crane , E-mail : staff1@furrcohen.com
Alan R Crane , E-mail : yfernandez@furrcohen.com
Alan R Crane , E-mail : acrane@furrcohen.com
Amanda Klopp , E-mail : jeanette.martinezgoldberg@akerman.com
Amanda Klopp , E-mail : luke.bovat@akerman.com
Amanda Klopp , E-mail : amanda.klopp@akerman.com
Andrew R Herron , E-mail : gservice@homerbonner.com
Avrumi Lubin , E-mail : josh@spincapital.com
Bernard Egozi , E-mail : gale@egozilaw.com
Bernard Egozi , E-mail : begozi@egozilaw.com
Beth Anne Black , E-mail : WPBLitDock@gtlaw.com
Beth Anne Black , E-mail : alex.amburgy@gtlaw.com
Beth Anne Black , E-mail : blackb@gtlaw.com
Bradford M Cohen , E-mail : service@floridajusticefirm.com
Bradley A. Muhs , E-mail : bshepard@trenam.com
Bradley A. Muhs , E-mail : bmuhs@trenam.com
Bradley S Shraiberg , E-mail : dwoodall@slp.law
Bradley S Shraiberg , E-mail : bss@slp.law
Bradley S Shraiberg , E-mail : pmouton@slp.law
Branden Stillman , E-mail : bstillman@egozilaw.com
Bre Carlin , E-mail : bcarlin@trenam.com
Catherine H Gleason , E-mail : ktgleasonlegal@gmail.com
Catherine H Gleason , E-mail : katie.gleason@isenberlaw.com
Charles Bennardini , E-mail : cjb@kwblaw.com
Charles Bennardini , E-mail : jam@kwblaw.com
Charles Gourlis , E-mail : kzelaya@letolawfirm.com
Charles Gourlis , E-mail : LLFpleadings@ecf.courtdrive.com
Charles Gourlis , E-mail : cgourlis@letolawfirm.com
David B Marks , E-mail : brett.marks@akerman.com
David B Marks , E-mail : charlene.cerda@akerman.com
David W Langley , E-mail : emily@flalawyer.com
David W Langley , E-mail : dave@flalawyer.com
David W Langley , E-mail : jessica@flalawyer.com

Case Number: CACE22005125

Dominique Brown , E-mail : orozcol@kleinpark.com
Dominique Brown , E-mail : BrownD@KleinPark.com
Dominique Brown , E-mail : mcmurrayj@kleinpark.com
Ellen L. Leesfield , E-mail : cristina@ellenleesfield.com
Ellen L. Leesfield , E-mail : ellen@ellenleesfield.com
Elliot B Kula , E-mail : eservice@kulalegal.com
Elliot B Kula , E-mail : elliot@kulalegal.com
Grant Sarbinoff , E-mail : gsarbino@gmail.com
James Ari Rand , E-mail : Jmsrnd@gmail.com
Jerrell Andrew Breslin , E-mail : jerrellbreslin@gmail.com
Jerrell Andrew Breslin , E-mail : eservice@jsjb.law
Jerrell Andrew Breslin , E-mail : jb@jsjb.law
Joel M Aresty , E-mail : aresty@icloud.com
Joel M Aresty , E-mail : Aresty@mac.com
Jonathan E Kanov , E-mail : kafriday@mdwcg.com
Jonathan E Kanov , E-mail : jekanov@mdwcg.com
Jonathan Noah Schwartz , E-mail : jv@jsjb.law
Jonathan Noah Schwartz , E-mail : js@jsjb.law
Jonathan Schwartz, Esq. , E-mail : jschwartz@jonschwartzlaw.com
Jordan Kaplan , E-mail : Jordan@blfmiami.com
Keith Lee , E-mail : klee@feenixpartners.com
Kody Trespalacios , E-mail : SZamora@klugerkaplan.com
Kody Trespalacios , E-mail : KTrespalacios@klugerkaplan.com
Kody Trespalacios , E-mail : GRodriguez@klugerkaplan.com
Kristin Zankl , E-mail : kzankl@att.net
Legal Assistant , E-mail : receptionwlg300@gmail.com
Luke T Jacobs , E-mail : ljacobs@weillawfirm.net
Luke T Jacobs , E-mail : service@weillawfirm.net
Marc Evan Brandes , E-mail : bvillalobos@kfb-law.com
Marc Evan Brandes , E-mail : lbevans@kfb-law.com
Marc Evan Brandes , E-mail : mbrandes@kfb-law.com
Mark C Perry , E-mail : mark@markperrylaw.com
Mark C Perry , E-mail : maureen@markperrylaw.com
Matthew P Leto , E-mail : mleto@letolawfirm.com
Maury L. Udell , E-mail : notice66@bmulaw.com
Maury L. Udell , E-mail : blopez@bmulaw.com
Michael I Bernstein , E-mail : paralegal@blfmiami.com
Michael I Bernstein , E-mail : assistant@blfmiami.com
Michael I Bernstein , E-mail : michael@blfmiami.com
Michael James McMullen , E-mail : Michael@FloridaJusticeFirm.com
Michael James McMullen , E-mail : McMullen.ZCKM@case.tinygnomes.com
Nelly Pena , E-mail : janet.mcmurray@fmglaw.com
Nelly Pena , E-mail : stinelly.pena@fmglaw.com
Patrick Dorsey , E-mail : pdorsey@slp.law
Raymond J Rafool II , E-mail : SERVICE@RAFOOL.COM
Richard H Bergman , E-mail : irojas@bj-law.com

Richard H Bergman , E-mail : rbergman@bj-law.com
Richard M Jones , E-mail : richard.jones@fmglaw.com
Richard M Jones , E-mail : myrna.montane@fmglaw.com
Robert C Buschel , E-mail : BG.J6R6@case.tinygnomes.com
Robert C Buschel , E-mail : Buschel@BGlaw-pa.com
Robert M Klein , E-mail : janet.mcmurray@fmglaw.com
Robert M Klein , E-mail : robert.klein@fmglaw.com
Robert M Klein , E-mail : martica.carrillo@fmglaw.com
Rose Mahdavieh , E-mail : rose.mahdavieh@gtlaw.com
Scott C Gherman , E-mail : sgherman@scottghermanpa.com
Scott C Gherman , E-mail : kgleason@scottghermanpa.com
Scott Zankl , E-mail : zanklscott3@gmail.com
Stanley Quinn Casey , E-mail : scasey@sqcaseylaw.com
Steven Harry Meyer , E-mail : ross@professionalparas.com
Steven Harry Meyer , E-mail : service.meyerlaw@gmail.com
Steven Harry Meyer , E-mail : steven@thefirm.legal
Teresa E Williams , E-mail : twilliams@williamslitigationgroup.com
William Patrick Ayers , E-mail : TB.FL.Garnishment@burr.com
Yoel Getter , E-mail : Yoel3514@aol.com

NOT AN OFFICIAL COPY - CCIS - ATTORNEY OF RECORD