**BALDASSARE & MARA, LLC**
75 Livingston Avenue, Suite 101
Roseland, NJ 07068
T: (973) 604-6686
F: (973) 556-1071
E: JMara@mabalaw.com

**SCHWARTZ | BRESLIN, PLLC**
The DuPont Building, 169 East Flagler Street, Suite 700
Miami, Florida 33131
T: 305-577-4626
F: 305-577-4630
E: JB@JSJB.Law  |  EService@JSJB.Law

*Attorneys for Plaintiffs*
*FVP Servicing, LLC,*
*FVP Opportunity Fund III, LP,*
*and FVP Investments LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In Re:<br><br>AVRUMI LUBIN a/k/a Josh Lubin,<br><br>Debtor. | Case No.: 26-17342-EJO<br>Chapter 11 |

**NOTICE OF FILING TRANSCRIPT OF THE JULY 16, 2026 HEARING**

**PLEASE TAKE NOTICE** that creditors and movants FVP Servicing, LLC, FVP Opportunity Fund III, LP, and FVP Investments LLC (collectively, "FVP"), by and through their undersigned counsel, hereby file the annexed transcript of the July 16, 2026 hearing before the Honorable Eamonn J. O'Hagan on the Court's Order to Show Cause and the Debtor's Application for Extension of Time (the "Transcript"), in support of FVP's Reply in further support of its Motion to Vacate the Automatic Stay and to Dismiss the Chapter 11 Case With Prejudice (Dkt. 13).

PLEASE TAKE FURTHER NOTICE that the Transcript was prepared by J&J Court Transcribers, Inc., and is of record in this case at Dkt. 45. It is annexed hereto as **Exhibit A** for the convenience of the Court and the parties, and is cited in FVP's Reply.

Respectfully,

**BALDASSARE & MARA, LLC**

Dated: July 22, 2026                    By:    */s/ Jennifer Mara*
                                                      Jennifer Mara, Esq.
                                                      75 Livingston Avenue, Suite 101
                                                      Roseland, New Jersey 07068
                                                      T: (973) 604-6686
                                                      F: (973) 556-1071
                                                      E: JMara@mabalaw.com

                                               — and —

                                               **SCHWARTZ | BRESLIN, PLLC**

                                               By:    */s/ Jerrell Breslin*
                                                      Jerrell Breslin, Esq. (*pro hac vice*)
                                                       The DuPont Building, 169 East
                                                      Flagler Street, Suite 700
                                                      Miami, Florida 33131
                                                      T: 305-577-4626 | F: 305-577-4630
                                                      E: JB@JSJB.Law  |
                                                      EService@JSJB.Law

                                                      *Attorneys for Plaintiffs*
                                                      *FVP Servicing, LLC,*
                                                      *FVP Opportunity Fund III, LP,*
                                                      *and FVP Investments LLC*

Dated: July 22, 2026                    */s/ Jennifer Mara*
                                                      Jennifer Mara, Esq.

2