**BALDASSARE & MARA, LLC**
75 Livingston Avenue, Suite 101
Roseland, NJ 07068
T: (973) 604-6686
F: (973) 556-1071
E: JMara@mabalaw.com

**SCHWARTZ | BRESLIN, PLLC**
The DuPont Building, 169 East Flagler Street, Suite 700
Miami, Florida 33131
T: 305-577-4626
F: 305-577-4630
E: JB@JSJB.Law  |  EService@JSJB.Law

*Attorneys for Plaintiffs*
*FVP Servicing, LLC,*
*FVP Opportunity Fund III, LP,*
*and FVP Investments LLC*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>AVRUMI LUBIN a/k/a Josh Lubin,<br><br>Debtor. | Case No.: 26-17342-EJO<br>Chapter 11 |

## CERTIFICATION OF SERVICE

1.      I, Jennifer Mara, Esq., represent FVP Servicing, LLC, FVP Opportunity Fund III, LP, and FVP Investments LLC in this matter.

2.      On July 22, 2026, copies of the following pleadings were sent via Overnight Mail to Avrumi Lubin a/k/a Josh Lubin, 1460 Arboretum Parkway, Lakewood, NJ 08701 and via email to josh@tetonfunding.com: Notice of Filing Transcript and Exhibit A (Transcript of July 16, 2026 Hearing); Reply of FVP in Further Support of its Motion to Vacate; Declaration of Alan I. Karten;

Esq.; Supplemental Certification of Jennifer Mara, Esq. and Exhibit E (Second Order Striking Pro

Se Filings); and Proposed Order.

3.　　I certify under penalty of perjury that the above documents were sent using the

modes of service indicated.


Dated: July 23, 2026                             /s/ Jennifer Mara
                                                 Jennifer Mara, Esq.