

**Order Filed on July 24, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>AVRUMI LUBIN<br>AKA JOSH LUBIN,<br><br>Debtor. | Case No.:    26-17342-EJO<br><br>Chapter:    11<br><br>Hearing Date:   July 23, 2026<br><br>Judge:    Eamonn J. O'Hagan |

## SCHEDULING ORDER

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 24, 2026**

_____
Honorable Eamonn J. O'Hagan
United States Bankruptcy Judge

Page 2
Debtor:          **Avrumi Lubin aka Josh Lubin**
Case #:          **26-17342-EJO**
Caption of Order:     **SCHEDULING ORDER**

Upon consideration of the **Motion to Vacate** (the "Motion") [ECF No. 13] filed by Jennifer Mara, Esquire, on behalf of FVP Investments, LLC, FVP Opportunity Fund II LP, FVP Servicing, LLC (the "Movants"), together with the opposition filed thereto [ECF No. 44] by the Debtor, Avrumi Lubin aka Josh Lubin, appearing *pro se*;

**AND** the Court having considered the arguments presented by all parties at the hearing on July 23, 2026;

**AND** for the reasons set forth on the record, it is hereby **ORDERED** as follows:

1. The Motion is adjourned for further consideration on September 3, 2026 at 2:00 p.m.

2. The Debtor shall file a sworn declaration under the penalty of perjury setting forth, in detail, where the Debtor resided in the 180 days leading up to the petition date. If the Debtor resided at more than one location during that period, the declaration shall set for the length of time he resided at each location. The declaration shall be filed on or before August 27, 2026.

3. The Movants may file supplemental pleadings on or before August 27, 2026.