Order Filed on July 24, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In Re:<br><br>AVRUMI LUBIN<br>AKA JOSH LUBIN,<br><br>Debtor. | Case No.: 26-17342-EJO<br>Chapter: 11<br>Hearing Date: July 23, 2026<br>Judge: Eamonn J. O'Hagan |

**SCHEDULING ORDER**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 24, 2026**

Honorable Eamonn J. O'Hagan
United States Bankruptcy Judge

---

Upon consideration of the **Motion to Vacate** (the "Motion") [ECF No. 13] filed by Jennifer Mara, Esquire, on behalf of FVP Investments, LLC, FVP Opportunity Fund II LP, FVP Servicing, LLC (the "Movants"), together with the opposition filed thereto [ECF No. 44] by the Debtor, Avrumi Lubin aka Josh Lubin, appearing *pro se*;

**AND** the Court having considered the arguments presented by all parties at the hearing on July 23, 2026;

**AND** for the reasons set forth on the record, it is hereby **ORDERED** as follows:

1. The Motion is adjourned for further consideration on September 3, 2026 at 2:00 p.m.
2. The Debtor shall file a sworn declaration under the penalty of perjury setting forth, in detail, where the Debtor resided in the 180 days leading up to the petition date. If the Debtor resided at more than one location during that period, the declaration shall set for the length of time he resided at each location. The declaration shall be filed on or before August 27, 2026.
3. The Movants may file supplemental pleadings on or before August 27, 2026.

United States Bankruptcy Court

District of New Jersey

In re:
Avrumi Lubin
Debtor

Case No. 26-17342-EJO
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-3 | User: admin | Page 1 of 2
Date Rcvd: Jul 24, 2026 | Form ID: pdf903 | Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Avrumi Lubin, 1460 Arboretum Parkway, Lakewood, NJ 08701-1607 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Hillel Ira Parness | on behalf of Plaintiff Franklin Capital Group LLC hip@hiplaw.com |
| Hillel Ira Parness | on behalf of Creditor Franklin Capital Funding LLC hip@hiplaw.com |
| Hillel Ira Parness | on behalf of Plaintiff Franklin Capital Funding LLC hip@hiplaw.com |
| Jennifer Mara | on behalf of Creditor FVP Servicing LLC jmara@mabalaw.com, ebyerly@mabalaw.com |
| Jennifer Mara | on behalf of Plaintiff FVP Opportunity Fund III LP jmara@mabalaw.com, ebyerly@mabalaw.com |
| Jennifer Mara | on behalf of Creditor FVP Opportunity Fund III LP jmara@mabalaw.com, ebyerly@mabalaw.com |

| | |
|---|---|
| Jennifer Mara | on behalf of Plaintiff FVP Investments LLC jmara@mabalaw.com ebyerly@mabalaw.com |
| Jennifer Mara | on behalf of Plaintiff FVP Servicing LLC jmara@mabalaw.com, ebyerly@mabalaw.com |
| Jennifer Mara | on behalf of Creditor FVP Investments LLC jmara@mabalaw.com ebyerly@mabalaw.com |
| Rachel Wolf | on behalf of U.S. Trustee U.S. Trustee rachel.wolf@usdoj.gov |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 11