**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1(b)

| | |
|---|---|
| **AVRUMI LUBIN**<br>1460 Arboretum Parkway<br>Lakewood, NJ 08701<br>(718) 570-3796<br>josh@tetonfunding.com<br>Debtor and Debtor-in-Possession, Pro Se | Case No.:    26-17342-EJO<br><br>Chapter:    11<br><br>Adv. No.:    N/A<br><br>Hearing Date:    N/A<br><br>Judge:    Hon. Eamonn J. O'Hagan |

In Re:
**AVRUMI LUBIN a/k/a Josh Lubin**

### CERTIFICATION OF SERVICE

1.  I, <u>Avrumi Lubin</u> :

[  ] represent _____ in this matter.
[  ] am the secretary/paralegal for _____, who represents _____ in this matter.
[X] am the <u>Debtor and Debtor-in-Possession, Pro Se</u> in this case and am representing myself.

2.  On    July 28,        2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

(a) **Notice of Amendment to Schedules and List of Creditors**, giving notice of the Debtor's July 22, 2026 amendment (Dkt. 48); and (b) a copy of the **Notice of Chapter 11 Bankruptcy Case** (Official Form 309E1, Dkt. 46) — served on each creditor added by the amendment, as required by the Court's July 22, 2026 Order Respecting Amendment to Schedule D, E/F, G or H or List of Creditors (Dkt. 50). There is no trustee in this case; no plan or disclosure statement has been filed.

3.  I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:    July 29,        2026        _____
                          Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Bank of America, N.A. (personal card accounts)<br>PO Box 15019<br>Wilmington, DE 19886-5019 | Added creditor (Dkt. 50 Order) | [  ] Hand-delivered<br>[  ] Regular mail<br>[  ] Certified mail/RR<br>[X] Other <u>First-class mail deposited with LetterStream, Inc., a commercial mailing service, at my direction (Job No. 14519638; mailed July 28, 2026)</u><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
| --- | --- | --- |
| Bank of America, N.A. (Spin Capital business card)<br>PO Box 660441<br>Dallas, TX 75266-0441 | Added creditor (Dkt. 50 Order) | [ ] Hand-delivered<br>[ ] Regular mail<br>[ ] Certified mail/RR<br>[X] Other First-class mail deposited with LetterStream, Inc., a commercial mailing service, at my direction (Job No. 14519638; mailed July 28, 2026)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Added creditor — governmental (Dkt. 50 Order) | [ ] Hand-delivered<br>[ ] Regular mail<br>[ ] Certified mail/RR<br>[X] Other First-class mail deposited with LetterStream, Inc., a commercial mailing service, at my direction (Job No. 14519638; mailed July 28, 2026)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| New Jersey Division of Taxation<br>Bankruptcy Section<br>PO Box 245<br>Trenton, NJ 08695-0245 | Added creditor — governmental (Dkt. 50 Order) | [ ] Hand-delivered<br>[ ] Regular mail<br>[ ] Certified mail/RR<br>[X] Other First-class mail deposited with LetterStream, Inc., a commercial mailing service, at my direction (Job No. 14519638; mailed July 28, 2026)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| GrayRobinson, P.A.<br>301 E. Pine Street, Suite 1400<br>Orlando, FL 32801 | Added creditor (Dkt. 50 Order) | [ ] Hand-delivered<br>[ ] Regular mail<br>[ ] Certified mail/RR<br>[X] Other First-class mail deposited with LetterStream, Inc., a commercial mailing service, at my direction (Job No. 14519638; mailed July 28, 2026)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Best Egg / Marlette Funding, LLC<br>PO Box 42912<br>Philadelphia, PA 19101 | Added creditor (Dkt. 50 Order) | [ ] Hand-delivered<br>[ ] Regular mail<br>[ ] Certified mail/RR<br>[X] Other First-class mail deposited with LetterStream, Inc., a commercial mailing service, at my direction (Job No. 14519638; mailed July 28, 2026)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Credit One Bank, N.A.<br>PO Box 98873<br>Las Vegas, NV 89193-8873 | Added creditor (Dkt. 50 Order) | [ ] Hand-delivered<br>[ ] Regular mail<br>[ ] Certified mail/RR<br>[X] Other First-class mail deposited with LetterStream, Inc., a commercial mailing service, at my direction (Job No. 14519638; mailed July 28, 2026)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Citibank, N.A.<br>PO Box 6500<br>Sioux Falls, SD 57117 | Added creditor (Dkt. 50 Order) | [ ] Hand-delivered<br>[ ] Regular mail<br>[ ] Certified mail/RR<br>[X] Other First-class mail deposited with LetterStream, Inc., a commercial mailing service, at my direction (Job No. 14519638; mailed July 28, 2026)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| JPMorgan Chase Bank, N.A.<br>c/o Robertson, Anschutz, Schneid & Crane<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487 | Added creditor (Dkt. 50 Order) | [ ] Hand-delivered<br>[ ] Regular mail<br>[ ] Certified mail/RR<br>[X] Other First-class mail deposited with LetterStream, Inc., a commercial mailing service, at my direction (Job No. 14519638; mailed July 28, 2026)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Law Offices of David W. Langley, P.A.<br>8551 W. Sunrise Boulevard, Suite 303<br>Plantation, FL 33322 | Added creditor (Dkt. 50 Order) | [ ] Hand-delivered<br>[ ] Regular mail<br>[ ] Certified mail/RR<br>[X] Other First-class mail deposited with LetterStream, Inc., a commercial mailing service, at my direction (Job No. 14519638; mailed July 28, 2026)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Leto Law Firm, P.A.<br>201 S. Biscayne Boulevard, Suite 2700<br>Miami, FL 33131 | Added creditor (Dkt. 50 Order) | [ ] Hand-delivered<br>[ ] Regular mail<br>[ ] Certified mail/RR<br>[X] Other First-class mail deposited with LetterStream, Inc., a commercial mailing service, at my direction (Job No. 14519638; mailed July 28, 2026)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

The eleven (11) added creditors listed above are the creditors added by the Debtor's July 22, 2026 Amended List of Creditors (Dkt. 48). Mailing was completed through LetterStream, Inc. on July 28, 2026 (Job No. 14519638, first-class mail, eleven recipients; job report and invoice retained).