**BALDASSARE & MARA, LLC**
75 Livingston Avenue, Suite 101
Roseland, NJ 07068
T: (973) 604-6686
F: (973) 556-1071
E: JMara@mabalaw.com

**SCHWARTZ | BRESLIN, PLLC**
The DuPont Building, 169 East Flagler Street, Suite 700
Miami, Florida 33131
T: 305-577-4626
F: 305-577-4630
E: JB@JSJB.Law | EService@JSJB.Law

*Attorneys for Creditors*
*FVP Servicing, LLC,*
*FVP Opportunity Fund III, LP,*
*and FVP Investments LLC*

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: 26-17342-EJO<br>Chapter 11 |
| AVRUMI LUBIN a/k/a Josh Lubin, | |
| Debtor. | |

### NOTICE OF MOTION OF FVP OPPORTUNITY FUND III, L.P., FVP INVESTMNETS, LLC, AND FVP SERVICING, LLC FOR APPOINTMENT <u>OF A CHAPTER 11 TRUSTEE</u>

**PLEASE TAKE NOTICE** that on a date and time to be fixed by the Court, creditors and

movants FVP Servicing, LLC, FVP Opportunity Fund III, LP, and FVP Investments LLC

("Movant" or "FVP"), by and through undersigned counsel, hereby respectfully move this Court

("Motion") for entry of an order pursuant to Section 1104(a) of Title 11, United States Code

("Bankruptcy Code") and Rule 2007.1(a) of the Federal Rules of Bankruptcy Procedure

("Bankruptcy Rules") authorizing the appointment of a Chapter 11 trustee in the above-captioned

Chapter 11 case ("Chapter 11 Case").

**PLEASE TAKE FURTHER NOTICE** that in support of the Motion, Plaintiffs rely upon

the accompanying Memorandum of Law and Declaration of Alan I. Karten, Esq.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted

herewith.

**BALDASSARE & MARA, LLC**

Dated: July 29, 2026

By:    */s/ Jennifer Mara*
        Jennifer Mara, Esq.
        75 Livingston Avenue, Suite 101
        Roseland, New Jersey 07068
        T: (973) 604-6686
        F: (973) 556-1071
        E: JMara@mabalaw.com

        Jerrell Breslin, Esq. (*pro hac vice*)
        The DuPont Building, 169 East
        Flagler Street, Suite 700
        Miami, Florida 33131
        T: 305-577-4626
        F: 305-577-4630
        E: JB@JSJB.Law  |
        EService@JSJB.Law.com

        *Attorneys for Plaintiffs*
        *FVP Servicing, LLC,*
        *FVP Opportunity Fund III, LP,*
        *and FVP Investments LLC*