# Exhibit M



# Electronically Certified Court Record

**(cover page)**

This cover page is for informational purposes only and is not a requirement when presenting the **Electronic Certified Document**. Directly below the cover page, at the bottom of page 1, you will find the digital signature bearing the identity and authority of the Clerk. On the left side of each page is a unique code identifying the electronic certification for this document.

## DOCUMENT INFORMATION

| | |
|---|---|
| **Agency Name:** | Broward County Clerk of Courts |
| **Clerk of the Circuit Court:** | Honorable Brenda D. Forman |
| **Date Issued:** | 7/25/2026 5:11:55 PM |
| **Unique Reference Number:** | CAA-FAA-BCABB-JDEEEHDC-BGABIFD-F |
| **Case Docket:** | 12/3/2025 - Request for Production - 8 Pages |
| **Requesting Party Code:** | 500 |
| **Requesting Party Reference:** | A20260725171055BB47 |

## HOW TO VERIFY THIS DOCUMENT

This electronically certified Court Record contains a unique electronic reference number for identification printed on each page. This document is delivered in PDF format and contains a digital signature identifying the certifier and a tamper proof seal indicating whether this document has been tampered with. The second page of this document contains a digital signature indicating the certifier as the Broward County Clerk of Courts. Open this document using Adobe Reader software to verify the digital signature of the author. Visit https://browardclerk.org/ecertify to learn more about validating this certified copy.



Filing # 256925849 E-Filed 12/03/2025 12:41:26 PM

**IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA**

FVP OPPORTUNITY FUND III, L.P.,        **CASE NO: CACE-2022-005125**
Et.al.

    **Plaintiffs,**

v.

**AVRUMI LUBIN, et.al**

    **Defendants,**

_____/

## REQUEST FOR PRODUCTION IN AID OF EXECUTION

Plaintiff/Judgment Creditor FVP OPPORTUNITY FUND III, L.P. ("FVP") hereby requests Defendant/Judgment Debtor AVRUMI LUBIN ("Lubin") pursuant to Florida Rules of Civil Procedure 1.560(a) and 1.350, to produce documents within thirty (30) days for copying and inspection at the office of Plaintiff's attorney, the following:

### DEFINITIONS

The words "you," "yours," and/or "yourselves" mean any directors, officers, members, employees, agents, representatives, or other persons acting, or purporting to act, on your behalf.

(a) The singular shall include the plural and vice versa; the terms "and" or "or" shall be both conjunctive and disjunctive, and the term "including" means "including without limitation."

(b) "Date" shall mean the exact date, month, and year, if ascertainable, or, if not, the best approximation of the date (based upon relationship with other events).

(c) The word "document" shall mean any writing, recording or photograph in your actual or constructive possession, custody, care, or control, which pertains directly or: indirectly, in whole or in part, either to any of the subjects listed below or to any other matter relevant to the issues in this action, or which are themselves listed below as specific documents, including but limited to correspondence, memoranda, notes, emails, text messages,

1

*** FILED: BROWARD COUNTY, FL BRENDA D. FORMAN, CLERK 12/03/2025 12:41:25 PM.****

I HEREBY ATTEST THAT THIS CERTIFIED DOCUMENT IS
A TRUE AND CORRECT COPY AS SAME APPEARS ON RECORD
WITH BROWARD COUNTY CLERK OF COURTS.

VERIFY AT: HTTPS://WWW.BROWARDCLERK.ORG/ECERTIFY



Digitally signed by Brenda D Forman
Date: 2026.07.25 17:11:57 -04:00
Reason: Electronic Certified Copy
Location: 201 S.E. 6th Street, Fort Lauderdale, FL 33301

Unique Code : CAA-FAA-BCABB-JDEEEHDC-BGABIFD-F Page 1 of 8

Unique Code : CAA-FAA-BCABB-JDEEEHDC-BGABIFD-F Page 2 of 8

messages, diaries, minutes, books, reports, charts, ledgers, invoices, computer printouts, microfilms, videotapes or tape recordings.

(d) "Agent" shall mean any agent, employee, officer, director, attorney, independent contractor, or any other person acting at the direction or on behalf of another.

(e) "Person" shall mean any individual, corporation, proprietorship, partnership, trust, association, or any other entity:

(f) The words "pertain to" or "pertaining to" mean: relates to, refers to, contains, concerns, describes, embodies, mentions, constitutes, constituting, supports, corroborates, demonstrates, proves, evidences, shows, refutes, disputes, rebuts, controverts, or contradicts.

(g)  The term "third party" or "third parties" refers to individuals or entities that are not parties to this action.

(h) The term "action" shall mean this case.

(i) The word "identify," when used about a document, means and includes the name and address of the custodian of the document, the location of the document, and a general description of the documents, including (1) the type of document (i.e., correspondence, memorandum, facsimile, etc.): (2) the general subject matter of the document; (3) the date of the document; (4) the author of the document; (5) the addressee of the document; and (6) the relationship of the author and the addressee to each other.

## INSTRUCTIONS

If you object to fully identifying a document or oral communication because of a privilege, you must nevertheless provide the following information, unless divulging the information would disclose the privileged information:

(1)    the nature of the privilege claimed (including work product);

(2)    if the privilege is being asserted in connection with a claim or defense governed by state law, the state privilege rule being invoked;

(3)    the date of the document or oral communication;

(4)    if a document, its type (correspondence, memorandum, facsimile, etc.), custodial, locations, and such other information sufficient to identify the document for a subpoena *duces tecum* or a document request, including, where appropriate, the

2

Unique Code : CAA-FAA-BCABB-JDEEEHDC-BGABIFD-F Page 3 of 8

addressee;

(5)     if an oral communication, the place where it was made, the names of the person present while it was made, and if not apparent, the relationship of the persons present to the declarant, and the general subject matter of the document or oral communication.

## DOCUMENTS REQUESTED

**TIME**: THE DOCUMENTS REQUESTED ARE LIMITED IN TIME FROM OCTOBER 1, 2021, TO THE PRESENT, UNLESS OTHERWISE STATED.

**ELECTRONICALLY STORED INFORMATION ("ESI")**: INCLUDES COMPUTERS AND MOBILE DEVICES.

**FORMAT OF PRODUCTION**: PLAINTIFF REQUESTS ALL PRODUCTION IN NATIVE FORMAT THAT IS SEARCHABLE.

1. All books, records, logs, journals, checkbooks, canceled checks, notes, statements, or any other documents reflecting deposits, withdrawals, and balance of any checking account, savings account, certificate of deposit, money market account, mutual fund account, credit card account or line of credit in which you have or have had any interest, whether individually or with third parties.

2. All deeds, contracts for deed, partnership agreements, limited partnership agreements, contracts for purchase or sale of real property, leases, books, records, journals, logs, notes, mortgages, appraisals, or other documents reflecting the existence or value of any interest of any nature held by you in any real property or fixtures, including records and documents of any conveyance or transfer of any interest in real property made by you.

3. All mortgages or any other documents reflecting any security interest of any party in any interest in real property you hold, either individually or with other parties.

4. All certificates of title, bills of sale, invoices, correspondence, certificates of authenticity, or other documents reflect ownership or other interests held by you, either individually or

Unique Code : CAA-FAA-BCABB-JDEEEHDC-BGABIFD-F Page 4 of 8

with other parties, in any motor vehicle, mobile home, boat, vessel, art, antiques, furniture, stamps, coins, or any other article of personal property.

5. All stocks, bonds, coupons, promissory notes, mortgages, savings bonds, treasury bills, or other securities owned by you or in which you have any interest, either individually or with other parties, together with all correspondence, notes, memoranda, books, records or any other documents are reflecting ownership or value of any interest held in any of the foregoing by you, either individually or with other parties.

6. All books, records, journals, ledgers, federal or state income tax returns, IRS Forms W-2, 1099, or K-l, payroll check stubs, or any other documents reflecting salaries, bonuses, compensation, distributions, or income paid by you since January 1, 2021.

7. All books, records, stock certificates, correspondence, notes, memoranda, or other information relating to any ownership interest you hold in any business.

8. Any partnership, limited partnership, or trust agreements to which you have been a party.

9. All intangible personal property tax returns that you have filed since 2021.

10. All income tax returns you have filed since 2021. This includes 2021.

11. All security agreements, pledge agreements, and other documents evidencing security interests in and personal property choses in action, intangibles, and accounts receivable you own.

12. All notices of commencement, construction contracts, architects' contracts, or subcontracts relating to improvements to real property owned by you.

13. Copies of all financial statements or balance sheets prepared by you or on your behalf.

14. All insurance policies entered into and any documents concerning such policies, insuring against liens to any property you own.

15. All documents that reflect outstanding accounts receivable that third parties are obligated to pay to you.

16. All documents reflecting safe deposit boxes currently rented by or accessible to you.

17. All documents reflecting court proceedings, including lawsuits, bankruptcies, estate proceedings, or other matters, to which you are or have been a party, save this lawsuit.

18. All documents, including wills and trust documents, reflecting inheritances or gifts you have received or are entitled to receive.

19. All employment agreements to which you are a party.

4

Unique Code : CAA-FAA-BCABB-JDEEEHDC-BGABIFD-F Page 5 of 8

20. Copies in Word, Excel, or QuickBooks of all financial records on your cell phone, iPod, or any other computer you have accessed or used since October 1, 2021, that reflect your financial records. You are requested to provide the requested information in a searchable Native Format.

21. All records of any entity in which you serve as the registered agent, or as a member or officer.

22. FRAUDULENT TRANSFERS & ASSET MOVEMENT

 1. All wire transfer records (incoming and outgoing) from any financial institution, domestic or international.

2. All peer-to-peer transfer histories (Zelle, CashApp, Venmo, PayPal, Apple Cash, Google Pay, etc.).

3. All documents reflecting transfers to any family member, friend, insider, or affiliated entity.

4. All records of transfers of any personal property over $1,000 in value.

5. All gift affidavits, gift tax returns (IRS Form 709), or documents reflecting any gifts made or received.

6. All records reflecting transfers to foreign bank accounts, foreign trusts, or other foreign entities.

7. All documents relating to the sale, pledge, encumbrance, or assignment of any asset since 2021.

23.  BUSINESS ENTITIES, LLCs, CORPORATE CONTROL & ACCOUNTING

1. All QuickBooks, Xero, FreshBooks, or other accounting system files for any business you own, operate, or control.

2. All merchant processor statements (Square, Stripe, PayPal Business, Clover, Shopify, Toast, etc.).

3. All business credit card statements.

4. All payroll records, 1099 contractor records, and employee lists for any business you control.

5. All K-1s issued by any entity since 2021.

6. All invoices issued by any business you own, operate, or control.

7. All documents showing use of your home address, phone number, or email by any business.

8. All documents reflecting ownership or control of DBAs, fictitious names, or assumed names.

24.  EMPLOYMENT, CONSULTING, & ALL INCOME SOURCES

1. All consulting agreements, contracts, or side-work arrangements.

Unique Code : CAA-FAA-BCABB-JDEEEHDC-BGABIFD-F Page 6 of 8

2. All records of income received from gig-economy platforms (Uber, Lyft, DoorDash, Instacart, TaskRabbit).

3. All commission statements, brokerage payout records, or independent contractor earnings.

### 25. DIGITAL ASSETS, CRYPTOCURRENCY, & ELECTRONIC WALLETS

1. All cryptocurrency account records (Coinbase, Binance, Kraken, Gemini, BitPay, etc.).

2. Screenshots of all cryptocurrency wallet balances as of the response date.

3. All NFT wallet records (OpenSea, Rarible, etc.).

4. All mining, staking, or digital wallet income records.

### 26. LIFESTYLE, PERSONAL LIVING EXPENSES, & FINANCIAL REPRESENTATIONS

1. All utility bills (water, electric, cable, phone, mobile, internet).

2. All records reflecting rent or mortgage payments made by you or on your behalf.

3. All HOA or condominium maintenance statements.

4. All credit applications submitted within the last five years.

5. All loan applications submitted within the last five years.

6. All travel records, including airline loyalty accounts, hotel loyalty accounts, Uber, Lyft, or other travel receipts.

7. All documents reflecting personal property insurance for jewelry, watches, art, collectibles, or other valuables.

### 27. TRUSTS, ESTATES, BENEFICIAL INTERESTS & LIFE INSURANCE

1. All trust agreements in which you are trustee, beneficiary, or grantor.

2. All documents showing assets held by any third party for your benefit.

3. All documents relating to estates in which you are named as an heir.

4. All life insurance policies with cash value, including annual statements.

5. All annuity contracts or records of annuity income.

### 28. STORAGE UNITS, SAFE DEPOSIT BOXES, & PHYSICAL ASSET HOLDINGS

1. All storage unit leases or payment histories.

2. All documents reflecting the contents or inventory of any safe deposit box.

3. All pawn shop receipts, loan tickets, or sales receipts.

4. All records relating to precious metals purchases, storage, or sales.

**29. INTELLECTUAL PROPERTY, ROYALTIES, & ONLINE INCOME**

1. All documents reflecting ownership of trademarks, patents, copyrights, or domain names.

2. All royalty agreements or licensing contracts.

3. All records related to income from online businesses (Amazon Seller Central, Etsy, eBay, Shopify, OnlyFans, online content platforms).

4. All affiliate income statements (Amazon Affiliates, Commission Junction, etc.).

**30. PROFESSIONAL LICENSES & TRADE ASSOCIATION MEMBERSHIPS**

1. All professional licenses held by you, including real estate, contractor, broker, or insurance licenses.

2. All memberships in professional organizations, trade groups, chambers of commerce, or similar entities.

**31. COMMUNICATIONS & ELECTRONIC EVIDENCE RELATING TO ASSETS**

1. All emails, text messages, WhatsApp messages, Signal messages, Telegram communications relating to assets, bank accounts, transfers, or financial matters.

2. All digital calendars or scheduling platforms reflecting business operations.

3. All records of password managers used to access financial accounts (LastPass, 1Password).

**32. THIRD-PARTY PAYMENTS, SUPPORT, & SHARED ACCOUNTS**

1. All documents reflecting payments made on your behalf by any third party, including rent, mortgage, utilities, car payments, and insurance.

2. All records of financial accounts held by any family member that you use or control.

3. All documents relating to any account for which you have signatory authority or beneficial control but is not in your name.

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 3rd day of December 2025, I electronically filed Judgment Creditor's Request for Production in Aid of Execution with the Clerk of Court using the Florida E-Filing Portal. I also certify that this document is being served on all parties of record this day via the Florida E-File portal.

Law Office of Alan I. Karten, PLLC
3386 Churchill Drive
Boynton Beach, Florida 33435
305-490-2767
Fla. Bar: 200263
alankartenlaw@gmail.com

Unique Code : CAA-FAA-BCABB-JDEEEHDC-BGABIFD-F Page 7 of 8

By: _____/S/ Karten_____
     Alan I. Karten, Esq.
     Florida Bar No.: 200263

Unique Code : CAA-FAA-BCABB-JDEEEHDC-BGABIFD-F Page 8 of 8

# Exhibit N

**IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA**

**CASE NO.: CACE-22-005125
DIVISION: 07**

FVP OPPORTUNITY FUND III, LP, et al.,
Plaintiffs,

v.

SCOTT ZANKL, et al.,
Defendants.

DEFENDANT AVRUMI LUBIN'S RESPONSES AND OBJECTIONS
TO PLAINTIFFS' REQUEST FOR PRODUCTION IN AID OF EXECUTION
(ROLLING PRODUCTION)

Defendant, Avrumi Lubin ("Defendant"), appearing pro se, serves the following
Responses and Objections to Plaintiffs' Request for Production in Aid of Execution (the
"Requests"). These responses are made based on information presently available to
Defendant and are subject to supplementation as permitted by applicable rules and any
Court orders.

Defendant is producing responsive documents presently in his possession, custody, or
control on a rolling basis. A Production Index is served contemporaneously identifying
what is being produced today and what will be supplemented when obtained from third-
party institutions.

**GENERAL OBJECTIONS**

• Defendant objects to any definition or instruction that purports to impose
obligations beyond those required by the Florida Rules of Civil Procedure and any
applicable Court orders.
• Defendant objects to the Requests to the extent they are overbroad, unduly
burdensome, vague, ambiguous, or seek documents not relevant to post-judgment
discovery or not reasonably calculated to lead to the discovery of admissible
evidence.
• Defendant objects to the Requests to the extent they seek privileged
communications or attorney work product, or seek information protected by privacy
rights, confidentiality obligations, or statutory protections.

• Defendant objects to producing documents not within Defendant's possession, custody, or control.

• Defendant objects to requests seeking "native" or "searchable" formats to the extent not reasonably available to Defendant, unduly burdensome, or requiring specialized software. Defendant is producing documents in PDF format as reasonably available, subject to supplementation and meet-and-confer on format where appropriate.

• Defendant objects to Requests seeking broad categories of communications, password managers, and unrelated personal lifestyle information as unduly intrusive and disproportionate absent a specific Court order addressing scope, confidentiality, and protective measures.

• To the extent any document is withheld pursuant to an objection, Defendant reserves the right to produce a privilege log if and when required.

• Defendant's production and any responses herein are made without waiving any objections, defenses, or rights, and without admitting the relevance, materiality, or admissibility of any document.

**RESPONSES**

**Request No. 1.** *Bank accounts, credit union accounts, and related statements/records (since Oct. 1, 2021).*

Response: Subject to the General Objections, Defendant is producing bank and credit card statements currently in Defendant's possession for accounts known to Defendant for the most recent statement periods available (generally the last three months). See Production Index. Defendant has requested older statements from financial institutions and will supplement promptly upon receipt.

**Request No. 2.** *Real property interests, deeds, titles, leases, and related records.*

Response: Subject to the General Objections, Defendant will produce non-privileged responsive documents within Defendant's possession, custody, or control, if any, and will supplement on a rolling basis. Based on Defendant's current information: Defendant has no current lease or deed/mortgage, and no vehicle registered in his name. If that changes or additional responsive documents are located, Defendant will supplement.

**Request No. 3.** *Loans, mortgages, promissory notes, liens, and related financing records.*

Response: Subject to the General Objections, Defendant will produce non-privileged responsive documents within Defendant's possession, custody, or control, if any, and will supplement on a rolling basis. Based on Defendant's current information: Defendant has no current lease or deed/mortgage, and no vehicle registered in his name. If that changes or additional responsive documents are located, Defendant will supplement.

**Request No. 4.** *Vehicles, watercraft, aircraft, and other titled personal property; registrations/titles.*

Response: Subject to the General Objections, Defendant will produce non-privileged responsive documents within Defendant's possession, custody, or control, if any, and will supplement on a rolling basis. Based on Defendant's current information: Defendant has no current lease or deed/mortgage, and no vehicle registered in his name. If that changes or additional responsive documents are located, Defendant will supplement.

**Request No. 5.** *Stocks, brokerage accounts, securities, and investment accounts/holdings.*

Response: Subject to the General Objections, Defendant will produce non-privileged responsive documents within Defendant's possession, custody, or control, if any, and will supplement on a rolling basis.

**Request No. 6.** *Retirement accounts (401(k), IRA, pension) and related statements.*

Response: Subject to the General Objections, Defendant will produce non-privileged responsive documents within Defendant's possession, custody, or control, if any, and will supplement on a rolling basis.

**Request No. 7.** *Bank safe deposit boxes, storage units, and inventories of contents.*

Response: Subject to the General Objections, Defendant will produce non-privileged responsive documents within Defendant's possession, custody, or control, if any, and will supplement on a rolling basis.

**Request No. 8.** *Trusts, estates, beneficial interests, life insurance, annuities.*

Response: Subject to the General Objections, Defendant will produce non-privileged responsive documents within Defendant's possession, custody, or control, if any, and will supplement on a rolling basis.

**Request No. 9.** *Business entities/LLCs/corporate records; ownership and control documents.*

Response: Subject to the General Objections, Defendant will produce non-privileged responsive documents within Defendant's possession, custody, or control, if any, and will supplement on a rolling basis.

**Request No. 10.** *Business financial records; profit and loss; balance sheets; accounting records.*

Response: Subject to the General Objections, Defendant will produce non-privileged responsive documents within Defendant's possession, custody, or control, if any, and will supplement on a rolling basis.

**Request No. 11.** *Tax returns (federal/state) and related schedules/attachments.*

Response: Subject to the General Objections, Defendant is producing federal income tax returns for tax years 2021, 2022, and 2023 currently in Defendant's possession. See Production Index.

**Request No. 12.** *Pay stubs, W-2s, 1099s, and other income documentation.*

Response: Defendant responds that he does not have pay stubs. A declaration regarding the absence of pay stubs is produced. See Production Index.

**Request No. 13.** *Accounts receivable, invoices, contracts, and receivables.*

Response: Subject to the General Objections, Defendant will produce non-privileged responsive documents within Defendant's possession, custody, or control, if any, and will supplement on a rolling basis.

**Request No. 14.** *Receipts for significant purchases; jewelry, art, collectibles; appraisals.*

Response: Subject to the General Objections, Defendant will produce non-privileged responsive documents within Defendant's possession, custody, or control, if any, and will supplement on a rolling basis.

**Request No. 15.** *Travel, lodging, and transportation records; loyalty accounts.*

Response: Subject to the General Objections, Defendant will produce non-privileged responsive documents within Defendant's possession, custody, or control, if any, and will supplement on a rolling basis.

**Request No. 16.** *Credit applications, loan applications, financial statements provided to third parties.*

Response: Subject to the General Objections, Defendant will produce non-privileged responsive documents within Defendant's possession, custody, or control, if any, and will supplement on a rolling basis.

**Request No. 17.** *Insurance policies (property, auto, jewelry, life) and declarations.*

Response: Subject to the General Objections, Defendant will produce non-privileged responsive documents within Defendant's possession, custody, or control, if any, and will supplement on a rolling basis.

**Request No. 18.** *Records of transfers of assets; gifts; sales; encumbrances; assignments (since 2021).*

Response: Subject to the General Objections, Defendant will produce non-privileged responsive documents within Defendant's possession, custody, or control, if any, and will supplement on a rolling basis.

**Request No. 19.** *Documents concerning cryptocurrency, digital wallets, NFTs, etc.*

Response: Subject to the General Objections, Defendant will produce non-privileged responsive documents within Defendant's possession, custody, or control, if any, and will supplement on a rolling basis.

**Request No. 20.** *Financial records stored on devices; native/searchable format request.*

Response: Defendant objects to this Request as overbroad, unduly burdensome, and invasive of privacy, and as seeking information not reasonably limited to post-judgment asset discovery. Defendant further objects to the extent the Request seeks privileged communications, password manager records, or broad categories of device data. Subject to and without waiving these objections, Defendant is not producing communications or password manager records at this time absent a specific Court order addressing scope and protective measures.

**Request No. 21.** *Registered agent/member/officer records for entities.*

Response: Subject to the General Objections, Defendant will produce non-privileged responsive documents within Defendant's possession, custody, or control, if any, and will supplement on a rolling basis.

**Request No. 22.** *Wire transfers, peer-to-peer transfers, transfers to family/insiders, foreign accounts, etc.*

Response: Defendant objects to this Request to the extent it is overbroad, seeks documents unrelated to locating assets, or is unduly intrusive. Subject to the General Objections, Defendant will produce non-privileged responsive documents within his possession, custody, or control, if any, and will supplement as additional documents are located or obtained. At this time, Defendant's production consists primarily of financial account statements and tax returns as identified in the Production Index.

**Request No. 23.** *Accounting files, merchant processor statements, business card statements, payroll, invoices, DBAs.*

Response: Defendant objects to this Request to the extent it is overbroad, seeks documents unrelated to locating assets, or is unduly intrusive. Subject to the General Objections, Defendant will produce non-privileged responsive documents within his possession, custody, or control, if any, and will supplement as additional documents

are located or obtained. At this time, Defendant's production consists primarily of financial account statements and tax returns as identified in the Production Index.

**Request No. 24.** *Consulting/contracts and income sources, including gig platforms and commissions.*

Response: Defendant objects to this Request to the extent it is overbroad, seeks documents unrelated to locating assets, or is unduly intrusive. Subject to the General Objections, Defendant will produce non-privileged responsive documents within his possession, custody, or control, if any, and will supplement as additional documents are located or obtained. At this time, Defendant's production consists primarily of financial account statements and tax returns as identified in the Production Index.

**Request No. 25.** *Crypto/digital assets account records and wallet screenshots.*

Response: Defendant objects to this Request to the extent it is overbroad, seeks documents unrelated to locating assets, or is unduly intrusive. Subject to the General Objections, Defendant will produce non-privileged responsive documents within his possession, custody, or control, if any, and will supplement as additional documents are located or obtained. At this time, Defendant's production consists primarily of financial account statements and tax returns as identified in the Production Index.

**Request No. 26.** *Utilities, rent/mortgage, HOA, credit/loan applications, travel receipts, valuables insurance.*

Response: Defendant objects to this Request to the extent it is overbroad, seeks documents unrelated to locating assets, or is unduly intrusive. Subject to the General Objections, Defendant will produce non-privileged responsive documents within his possession, custody, or control, if any, and will supplement as additional documents are located or obtained. At this time, Defendant's production consists primarily of financial account statements and tax returns as identified in the Production Index.

**Request No. 27.** *Trusts/estates/beneficial interests and life insurance/annuities.*

Response: Defendant objects to this Request to the extent it is overbroad, seeks documents unrelated to locating assets, or is unduly intrusive. Subject to the General Objections, Defendant will produce non-privileged responsive documents within his

possession, custody, or control, if any, and will supplement as additional documents are located or obtained. At this time, Defendant's production consists primarily of financial account statements and tax returns as identified in the Production Index.

**Request No. 28.** *Storage units, safe deposit boxes, pawn receipts, precious metals records.*

Response: Defendant objects to this Request to the extent it is overbroad, seeks documents unrelated to locating assets, or is unduly intrusive. Subject to the General Objections, Defendant will produce non-privileged responsive documents within his possession, custody, or control, if any, and will supplement as additional documents are located or obtained. At this time, Defendant's production consists primarily of financial account statements and tax returns as identified in the Production Index.

**Request No. 29.** *IP/royalties/online income; trademarks, domains, affiliate statements, etc.*

Response: Defendant objects to this Request to the extent it is overbroad, seeks documents unrelated to locating assets, or is unduly intrusive. Subject to the General Objections, Defendant will produce non-privileged responsive documents within his possession, custody, or control, if any, and will supplement as additional documents are located or obtained. At this time, Defendant's production consists primarily of financial account statements and tax returns as identified in the Production Index.

**Request No. 30.** *Professional licenses and trade association memberships.*

Response: Defendant objects to this Request to the extent it is overbroad, seeks documents unrelated to locating assets, or is unduly intrusive. Subject to the General Objections, Defendant will produce non-privileged responsive documents within his possession, custody, or control, if any, and will supplement as additional documents are located or obtained. At this time, Defendant's production consists primarily of financial account statements and tax returns as identified in the Production Index.

**Request No. 31.** *Communications relating to assets; calendars; password managers.*

Response: Defendant objects to this Request as overbroad, unduly burdensome, and invasive of privacy, and as seeking information not reasonably limited to

post-judgment asset discovery. Defendant further objects to the extent the Request seeks privileged communications, password manager records, or broad categories of device data. Subject to and without waiving these objections, Defendant is not producing communications or password manager records at this time absent a specific Court order addressing scope and protective measures.

**Request No. 32.** *Third-party payments, support, shared accounts, signatory authority accounts.*

Response: Subject to the General Objections, Defendant will produce non-privileged responsive documents within Defendant's possession, custody, or control, if any, and will supplement on a rolling basis.

Dated: March 9, 2026

1460 Arboretum Parkway
Lakewood, NJ 08701
732-608-4905
josh@spincapital.com

# Exhibit O

## PRODUCTION INDEX (ROLLING PRODUCTION)

### Defendant Avrumi Lubin

### Case No. CACE-22-005125

Dated: March 9, 2026

**A. Statements Produced (Most Recent Available)**

- AMEX: 7 statement PDFs (end dates 2025-12-25 through 2026-03-06).

- BOA: 27 statement PDFs (end dates 2025-12 through 2026-02).

- Chase: 12 statement PDFs (end dates 2025-12-08 through 2026-02-26).

- Citi: 4 statement PDFs (end dates 2025-12-26 through 2026-03-04).

- CreditOne: 9 statement PDFs (end dates 2025-12-21 through 2026-03-05).

- OptimumBank: 6 statement PDFs (end dates 2025-12-31 through 2026-02-27).

Note: Older statements (back to Oct. 1, 2021 as requested) are being requested from institutions and will be supplemented when received.

**B. Tax Returns Produced**

- TaxReturn2021_Federal_Lubin_CLEAN.pdf

- TaxReturn2022_Federal_Lubin_CLEAN.pdf

- TaxReturn2023_Federal_Lubin_CLEAN.pdf

**C. Declaration**

- Declaration_NoPaystubs.pdf (no pay stubs in Defendant's possession).


Detail: See RFP_Production_Index_Detail_20260309.csv for a file-by-file listing of the statements produced.


**DEPOSITION DOCUMENTS OO90**

EXHIBIT "A"

### DEFICIENCY CHART – FVP REQUEST FOR PRODUCTION IN AID OF EXECUTION TO AVRUMI LUBIN

| Req. No. | Request | Response Summary | What Was Actually Produced | Deficiency |
|---|---|---|---|---|
| 1 | Bank accounts, credit accounts, and related records since 10/1/21 | Producing recent statements only; older statements requested and to be supplemented. | Recent AMEX/BOA/Chase/Citi/CreditOne/OptimumBank statements only. | Partial only; missing older statements and non-statement items such as checkbooks, canceled checks, logs, journals, and related deposit/withdrawal records. |
| 2 | Real property records | Will produce if any; says no current lease or deed/mortgage. | None identified. | No production of deeds, purchase/sale contracts, leases, mortgages, appraisals, transfer records, or related documents. |
| 3 | Loan/mortgage/lien/financing records | Same general response. | None identified. | No production. |
| 4 | Vehicles and titled personal property | Same general response; says no vehicle registered in his name. | None identified. | No production of titles, bills of sale, invoices, authenticity records, or ownership documents. |
| 5 | Stocks, securities, investment holdings | Will produce if any. | None identified. | No production of securities/investment records. |
| 6 | Income records including W-2, 1099, K-1, pay stubs | Will produce if any. | Only no-paystubs declaration and federal returns. | Partial only; missing W-2s, 1099s, K-1s, payroll records, and other compensation/income documents. |
| 7 | Business ownership records | Will produce if any. | None identified. | No business ownership documents produced. |
| 8 | Partnership / trust agreements | Will produce if any. | None identified. | No production. |

9

**DEPOSITION DOCUMENTS OO91**

| Req. No. | Request | Response Summary | What Was Actually Produced | Deficiency |
|---|---|---|---|---|
| 9 | Intangible personal property tax returns | Will produce if any. | None identified. | No production. |
| 10 | Income tax returns since 2021 | Produced federal returns. | Federal returns for 2021–2023 only. | Partial only; no state returns or other filed returns identified. |
| 11 | Security agreements / pledge agreements / receivable collateral | No responsive production identified. | None identified. | No production. |
| 12 | Construction / improvements to real property | No responsive production identified. | None identified. | No production. |
| 13 | Financial statements / balance sheets | Will produce if any. | None identified. | No production. |
| 14 | Insurance policies | Will produce if any. | None identified. | No production. |
| 15 | Accounts receivable | Will produce if any. | None identified. | No production. |
| 16 | Safe deposit boxes | Will produce if any. | None identified. | No production. |
| 17 | Other lawsuits / proceedings / bankruptcies / estates | Will produce if any. | None identified. | No production. |
| 18 | Transfers / gifts / sales / encumbrances / assignments | Will produce if any. | None identified. | No production. |
| 19 | Employment agreements / related category in response renumbering | Will produce if any. | None identified. | No production. |
| 20 | Device-stored financial records; native/searchable format | Objects and does not produce communications or password-manager records absent court order. | PDFs only; no Word/Excel/QuickBooks files identified. | No compliance with native/searchable demand and no production of responsive device-stored files. |
| 21 | Entity records where he is registered agent/member/officer | Will produce if any. | None identified. | No entity production despite express request and broad definitions. |
| 22 | Wire/P2P/insider/foreign transfer records | Objects in part; says present production consists | No transfer records identified. | No production of wire, P2P, insider, foreign-transfer, gift, or asset-movement records. |

10

**DEPOSITION DOCUMENTS OO92**

| Req. No. | Request | Response Summary | What Was Actually Produced | Deficiency |
|---|---|---|---|---|
| | | primarily of statements and tax returns. | | |
| 23 | Accounting files, merchant processors, payroll, invoices, DBAs | Objects in part; same response. | None identified. | No business accounting or control records produced. |
| 24 | Consulting and other income sources | Objects in part; same response. | None identified. | No consulting, gig, or commission records produced. |
| 25 | Crypto/digital assets | Objects in part; same response. | None identified. | No crypto records produced. |
| 26 | Lifestyle / utilities / rent / HOA / applications / travel | Objects in part; same response. | None identified. | No production. |
| 27 | Trusts / estates / beneficial interests / life insurance / annuities | Objects in part. | None identified. | No production. |
| 28 | Storage units / safe deposit boxes / pawn / precious metals | Objects in part. | None identified. | No production. |
| 29 | IP / royalties / online income | Objects in part. | None identified. | No production. |
| 30 | Professional licenses / trade memberships | Objects in part. | None identified. | No production. |
| 31 | Communications, calendars, password managers | Expressly refuses to produce communications or password-manager records absent court order. | None identified. | Express nonproduction; no privilege log. |
| 32 | Third-party payments, support, shared accounts, signatory authority | Will produce if any. | None identified. | No production. |
| Mismatch | Numbering and subject-matter mismatch between served requests and response summaries | Responses do not consistently track the text of the served requests. | No amended keyed response provided. | Lubin should be compelled to serve amended responses keyed verbatim to each numbered request as served. |

11

**DEPOSITION DOCUMENTS OO93**

# Exhibit P



# Electronically Certified Court Record

**(cover page)**

This cover page is for informational purposes only and is not a requirement when presenting the **Electronic Certified Document**. Directly below the cover page, at the bottom of page 1, you will find the digital signature bearing the identity and authority of the Clerk. On the left side of each page is a unique code identifying the electronic certification for this document.

---

### DOCUMENT INFORMATION

| | |
|---|---|
| **Agency Name:** | Broward County Clerk of Courts |
| **Clerk of the Circuit Court:** | Honorable Brenda D. Forman |
| **Date Issued:** | 7/25/2026 5:12:02 PM |
| **Unique Reference Number:** | CAA-FAA-BCABB-JFJDIGDD-BGABIFF-J |
| **Case Docket:** | 3/10/2026 - Fact Info Sheet - 7 Pages |
| **Requesting Party Code:** | 500 |
| **Requesting Party Reference:** | A20260725171055BB47 |

---

### HOW TO VERIFY THIS DOCUMENT

This electronically certified Court Record contains a unique electronic reference number for identification printed on each page. This document is delivered in PDF format and contains a digital signature identifying the certifier and a tamper proof seal indicating whether this document has been tampered with. The second page of this document contains a digital signature indicating the certifier as the Broward County Clerk of Courts. Open this document using Adobe Reader software to verify the digital signature of the author. Visit https://browardclerk.org/ecertify to learn more about validating this certified copy.



Filing # 243489518 E-Filed 03/10/2026 04:22:47 PM

Unique Code : CAA-FAA-BCABB-JFJDIGDD-BGABIFF-J Page 1 of 7



# FACT INFORMATION SHEET

## Form 1.977

*** FILED: BROWARD COUNTY, FL  BRENDA D. FORMAN,  CLERK 03/10/2026 04:22:47 PM.****

I HEREBY ATTEST THAT THIS CERTIFIED DOCUMENT IS
A TRUE AND CORRECT COPY AS SAME APPEARS ON RECORD
WITH BROWARD COUNTY CLERK OF COURTS.

VERIFY AT: HTTPS://WWW.BROWARDCLERK.ORG/ECERTIFY



Digitally signed by Brenda D Forman
Date: 2026.07.25 17:12:04 -04:00
Reason: Electronic Certified Copy
Location: 201 S.E. 6th Street, Fort Lauderdale, FL 33301

Unique Code : CAA-FAA-BCABB-JFJDIGDD-BGABIFF-J Page 2 of 7

Form 1.977(a)

Form for fact sheet required to be filed by **individual** judgment debtor after entry of judgment
(Fla. R. Civ. P. Form 1.977(a))

**Fact Information Sheet.** In addition to any other discovery available to a judgment creditor under this rule, the court, at the request of the judgment creditor, shall order the judgment debtor or debtors to complete **form 1.977**, including all required attachments, within 45 days of the order or such other reasonable time as determined by the court. Failure to obey the order may be considered contempt of court.

Attached is the fact information sheet, form 1.977, per rule 1.560 of the Florida Rules of Civil Procedure with Forms.

*Note that the form 1.977, along with all attachments, is to be returned to the creditor's attorney*, or to the judgment creditor if the judgment creditor is not represented by an attorney.

*After form 1.977 and all attachments have been delivered, a notice of compliance (the last page of this packet) is to be filed with the clerk of court.*

For more information, see Florida Rules of Civil Procedure, Rule 1.560.

FACT INFORMATION SHEET

**For Individuals.**

Full Legal Name: Josh (Avrumi) Lubin ......................................................................................................................

Nicknames or Aliases: Josh ......................................................................................................................

Residence Address: 1460 Arboretum Parkway, Lakewood, NJ 08701 ....................................................................

Mailing Address (if different): 1460 Arboretum Parkway, Lakewood, NJ 08701 ..........................................

Telephone Numbers: (Home) (732) 608-4905 ......................................................................................................

(Business) Spin Capital LLC (owner) .....................................................................................................

Name of Employer: Self-employed (Spin Capital LLC) ....................................................................................

Address of Employer: 1460 Arboretum Parkway, Lakewood, NJ 08701 ..............................................................

Position or Job Description: Owner/Manager ......................................................................................................

Rate of Pay: $ __N/A__ per __N/A__. Average Paycheck: $ __N/A__ per __N/A__ ......................................................

Average Commissions or Bonuses: $ __N/A__ per __N/A__ Commissions or bonuses are based on __N/A__ ................

Other Personal Income: $ ___ from Business income (see tax returns served) ..................................................

(Explain details on the back of this sheet or an additional sheet if necessary.)

Social Security Number: _____ Birthdate: 03/30/1993 ..............................................................................

Unique Code : CAA-FAA-BCABB-JF-JDIGDD-BGABIFF-J Page 3 of 7

Unique Code : CAA-FAA-BCABB-JFJDIGDD-BGABIFF-J Page 4 of 7

Driver's License Number: ..................................................................................................................................

Marital Status: __Single_____ Spouse's Name: ..........................................................................................

\* \* \* \* \* \* \*

*Spouse Related Portion*

Spouse's Address (if different): .........................................................................................................................

Spouse's Social Security Number: _____ Birthdate: ..............................................................

Spouse's Employer: ...........................................................................................................................................

Spouse's Average Paycheck or Income: $ _____ per ...........................................................................

Other Family Income: $ _____ per _____

(Explain details on back of this sheet or an additional sheet if necessary.) Describe all other accounts or investments you may have, including stocks, mutual funds, savings bonds, or annuities, on the back of this sheet or on an additional sheet if necessary.

\* \* \* \* \* \* \*

Names and Ages of All Your Children (and addresses if not living with you): ................................................

Child Support or Alimony Paid: $ _____ per ........................................................................................

Names of Others You Live With: .....................................................................................................................

Who is Head of Your Household? _____ You ___ Spouse ___ Other Person

Checking Account at: __Bank of America (per_____ Account # ___REDACTED_____

Unique Code : CAA-FAA-BCABB-JFJDIGDD-BGABIFF-J Page 5 of 7

Savings Account at: _____Bank of America (per_____ Account # ......REDACTED.............................................

For Real Estate (land) You Own or Are Buying:

Address: ........None..................................................................................................................

All Names on Title: ......N/A.........................................................................................................

Mortgage Owed to: ......N/A..........................................................................................................

Balance Owed: ......N/A.............................................................................................................

Monthly Payment: $ ......N/A.........................................................................................................

(Attach a copy of the deed or mortgage, or list the legal description of the property on the back of this sheet or an additional sheet if necessary. Also provide the same information on any other property you own or are buying.)

For All Motor Vehicles You Own or Are Buying:

Year/Make/Model: ___None___ Color: ......N/A........................................................................................

Vehicle ID No.: ___N/A___ Tag No: ___N/A___ Mileage: ......N/A...............................................................

Names on Title: ___N/A___ Present Value: $ ......N/A................................................................................

Loan Owed to: ......N/A.............................................................................................................

Balance on Loan: $ ......N/A.........................................................................................................

Monthly Payment: $ ......N/A.........................................................................................................

(List all other automobiles, as well as other vehicles, such as boats, motorcycles, bicycles, or aircraft, on the back of this sheet or an additional sheet if necessary.)

Unique Code : CAA-FAA-BCABB-JFJDIGDD-BGABIFF-J Page 6 of 7

Have you given, sold, loaned, or transferred any real or personal property worth more than $100 to any person in the last year? If your answer is "yes," describe the property, market value, and sale price, and give the name and address of the person who received the property.

Does anyone owe you money? Amount Owed: $ None ............................................................................................................

Name and Address of Person Owing Money: N/A ........................................................................................................

Reason money is owed: N/A ........................................................................................................................

Please attach copies of the following:

a. Your last pay stub.

b. Your last 3 statements for each bank, savings, credit union, or other financial account.

c. Your motor vehicle registrations and titles.

d. Any deeds or titles to any real or personal property you own or are buying, or leases to property you are renting.

e. Your financial statements, loan applications, or lists of assets and liabilities submitted to any person or entity within the last three years.

f. Your last two income tax returns filed.

UNDER PENALTY OF PERJURY, I SWEAR OR AFFIRM THAT THE FOREGOING ANSWERS ARE TRUE AND COMPLETE.

...................................................................................................................................................................
Judgment Debtor

STATE OF FLORIDA

COUNTY OF Broward _____

Unique Code : CAA-FAA-BCABB-JFJDIGDD-BGABIFF-J Page 7 of 7

The foregoing instrument was acknowledged before me this 9 ____ day of _____ (2026),

by _Josh (Avrumi) Lubin_____

(name of person making statement), who is personally known to me or has produced

Drivers License

as identification and who _____ (did/did not) take an oath.

Witness my hand and official seal, this 9_____ day of __March 2026__, (year).

Notary Public State of Florida
My Commission expires: 4/6/26

LISA BENNETT
Notary Public
State of Florida
Comm# HH250179
Expires 4/6/2026

**AFTER THE ORIGINAL FACT INFORMATION SHEET, TOGETHER WITH ALL ATTACHMENTS, HAS BEEN DELIVERED TO THE JUDGMENT CREDITORS' ATTORNEY, OR TO THE JUDGMENT CREDITOR IF THE JUDGMENT CREDITOR IS NOT REPRESENTED BY AN ATTORNEY, THE JUDGEMENT DEBTOR SHALL FILE WITH THE CLERK OF THIS COURT A NOTICE OF COMPLIANCE**

.

# Exhibit Q



# Electronically Certified Court Record

**(cover page)**

This cover page is for informational purposes only and is not a requirement when presenting the **Electronic Certified Document**. Directly below the cover page, at the bottom of page 1, you will find the digital signature bearing the identity and authority of the Clerk. On the left side of each page is a unique code identifying the electronic certification for this document.

## DOCUMENT INFORMATION

| | |
|---|---|
| **Agency Name:** | Broward County Clerk of Courts |
| **Clerk of the Circuit Court:** | Honorable Brenda D. Forman |
| **Date Issued:** | 7/25/2026 5:11:59 PM |
| **Unique Reference Number:** | CAA-FAA-BCABB-JFEJDFJC-BGABIFE-H |
| **Case Docket:** | 2/23/2026 - Order of Contempt - 6 Pages |
| **Requesting Party Code:** | 500 |
| **Requesting Party Reference:** | A20260725171055BB47 |

## HOW TO VERIFY THIS DOCUMENT

This electronically certified Court Record contains a unique electronic reference number for identification printed on each page. This document is delivered in PDF format and contains a digital signature identifying the certifier and a tamper proof seal indicating whether this document has been tampered with. The second page of this document contains a digital signature indicating the certifier as the Broward County Clerk of Courts. Open this document using Adobe Reader software to verify the digital signature of the author. Visit https://browardclerk.org/ecertify to learn more about validating this certified copy.



**IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA**

CASE NO. <u>**CACE22005125**</u>  DIVISION: <u>**07**</u>  JUDGE: <u>**Haimes, David A (07)**</u>

**FVP Opportunity Fund III, LP, et al**

Plaintiff(s) / Petitioner(s)

v.

**Scott Zankl, et al**

Defendant(s) / Respondent(s)

_____/

<u>**ORDER HOLDING AVRUMI LUBIN IN CONTEMPT OF COURT FOR HIS WILLFUL
FAILURE TO COMPLY WITH THIS COURT'S ORDERS AND FOR SANCTIONS AND
ATTORNEY FEES**</u>

This Cause having come before the Court for hearing on February 17, 2026 on this Court's Order to Show Cause dated February 4, 2026, why Avrumi Lubin ("Lubin") should not be held in contempt of Court for his willful failure to comply with the Court's Order requiring Lubin to file a completed Form 1.977 with the requisite attachments, from the date of the final judgment, within 45 days of the Court's Order (October 8, 2025); to show Cause why Lubin should not be held in contempt of Court for his willful failure to produce all documents as requested by the judgment creditor and ordered by this Court on January 9, 2026, and to impose sanctions and award of attorney fees this Court finds as follows:

1. This is a finding of indirect civil contempt, the purpose of which is to coerce compliance with prior lawful court orders and not to punish.

2. The Court entered Final Judgment in favor of the Plaintiff and against Lubin on October 8, 2025.

3. The Final Judgment required Lubin to file a completed Form 1.977, including all required attachments, within 45 days of the Court's Order. The due date for compliance with this Court's Order was November 24, 2025. (The 45th day fell on a Saturday)

4. Lubin has willfully failed to comply with the Court's Order directing him to complete a Form 1.977 with all required attachments and serve it on counsel for FVP.

5. FVP served Lubin with a request for production in aid of execution on December 3, 2025. The documents were to be produced by January 5, 2026.

I HEREBY ATTEST THAT THIS CERTIFIED DOCUMENT IS
A TRUE AND CORRECT COPY AS SAME APPEARS ON RECORD
WITH BROWARD COUNTY CLERK OF COURTS.

VERIFY AT: HTTPS://WWW.BROWARDCLERK.ORG/ECERTIFY



Digitally signed by Brenda D Forman
Date: 2026.07.25 17:12:00 -04:00
Reason: Electronic Certified Copy
Location: 201 S.E. 6th Street, Fort Lauderdale, FL 33301

Unique Code : CAA-FAA-BCABB-JFEJDFJC-BGABIFE-H Page 1 of 6

Case Number: CACE22005125

6. Lubin requested a stay of all post-judgment discovery. After a hearing, this Court denied Lubin's motion for a stay of post-judgment discovery.

7. In the same Order denying a stay of post-judgment discovery, this Court again ordered Lubin to provide to FVP's attorney a fully completed Form 1.977, and if married, a completed spouse - related portion, along with all required attachments, no later than January 27, 2026.

8. This Court also ordered that Lubin respond to FVP's request for production in aid of execution no later than January 27, 2026.

9. Lubin, who was present at the January 7, 2026, hearing on FVP's motion to compel and his motion for stay, has willfully failed to comply with the January 9, 2026, Order of this Court.

10. This Court's Order cautioned Lubin that his failure to comply with the January 9, 2026, Order could result in sanctions, costs, attorney's fees, and contempt.

11. On February 4, 2026, this Court entered an order to show Cause why Lubin should not be held in contempt of Court for his willful failure to comply with this Court's Order dated January 9, 2026, and the final judgment entered October 8, 2025.

12. The Order to Show Cause was served upon Lubin, Lubin filed a response thereto, and attended the hearing on the show cause order. The show cause order once again offered Lubin an off-ramp, permitting him up to February 13, 2026, to comply with all outstanding discovery requests, including Plaintiffs' request for production in aid of execution and full compliance with the final judgment.

13. Lubin failed to comply with this Court's show cause order and failed to produce a Form 1.977 or a single document or response to Plaintiffs' request for production in aid of execution.

14. Lubin failed to respond to the request for production in aid of execution.

15. This Court's January 9, 2026, Order and the Show-Cause order informed Lubin, with specificity, that failure to comply with this Court's orders could result in a finding that he was in contempt of Court.

16. Lubin, at the February 17, 2026, show-cause hearing, did not present to the Court a viable reason for failing to comply with the Court's Orders.

17. The Court finds that the final judgment dated October 8, 2025, and the January 9, 2026 order are valid prior court orders.

Unique Code : CAA-FAA-BCABB-JFEJDFJC-BGABIFE-H Page 2 of 6

Case Number: CACE22005125

18. The Court finds that its October 8, 2025, Final Judgment and January 9, 2026, Order were clear, definite, and unambiguous in their requirements.

19. The Court finds that Lubin knew of the final judgment dated October 8, 2025, and the January 9, 2026, order.

20. The Court finds that the final judgment dated October 8, 2025, and the January 9, 2026, Order were clear and definite.

21. The Court finds that Lubin has the ability to comply with this Court's October 8, 2025, Order, this Court's January 9, 2026, Order, and the purge provision in the Court's show cause order. Lubin has intentionally and willfully defied this Court's orders. The Court specifically finds that completion of Form 1.977 and the production of documents require only disclosure of information and the production of documents within Lubin's possession, custody, or control. No credible evidence was presented establishing an inability to comply. Accordingly, the Court finds that Lubin has the present ability to comply."

22. The Court finds that Lubin was given an opportunity to be heard at all stages of these proceedings, after receiving proper notice.

IT IS HEREBY ORDERED AND ADJUDGED:

a. The Court adjudged AVRUMI LUBIN in contempt of Court for his willful, intentional, and continued failure to comply with the mandates of the October 8, 2025, final judgment, this Court's January 9, 2026, Order, and to avail himself of the purge provision of the show cause order, as those Orders apply to Form 1.977 and with all required attachments.

b. Lubin shall purge himself of contempt by:

c. (a) Filing a fully completed Form 1.977 with all required attachments; and

d. (b) Producing all non-privileged documents responsive to Plaintiff's Request for Production in Aid of Execution; and

e. (c) Serving a privilege log compliant with Fla. R. Civ. P. 1.280(b)(6),

f. no later than March 9, 2026, with an explanation of why each document is privileged or confidential.

Unique Code : CAA-FAA-BCABB-JFEJDFJC-BGABIFE-H Page 3 of 6

Case Number: CACE22005125

g. This Court defers imposition of sanctions on Lubin until a hearing scheduled for March 9, 2026. It defers on Plaintiff's entitlement to reasonable attorney fees and costs incurred in prosecuting the contempt and enforcement, specifically reserving jurisdiction to determine the entitlement and amount, if any.

h. Lubin shall produce all documents as requested in FVP's request for production in aid of execution prior to the hearing scheduled for March 9, 2026.

i. Failure to comply prior to the March 9, 2026, hearing may result in further coercive sanctions, including incarceration, until compliance is achieved.

j. Lubin's Emergency Motion to Vacate/Reconsider Entered Order to Show Cause (Filing #241769762) is DENIED with prejudice.

**DONE AND ORDERED** in Chambers at Broward County, Florida on 23rd day of February, 2026.

CACE22005125 02-23-2026 2:34 PM

CACE22005125 02-23-2026 2:34 PM
Hon. David A Haimes
**CIRCUIT COURT JUDGE**
Electronically Signed by David A Haimes

**Copies Furnished To:**
Alan I Karten , E-mail : alankartenlaw@gmail.com
Alan I Karten , E-mail : a.karten@yahoo.com
Alan R Crane , E-mail : staff1@furrcohen.com
Alan R Crane , E-mail : yfernandez@furrcohen.com
Alan R Crane , E-mail : acrane@furrcohen.com
Amanda Klopp , E-mail : jeanette.martinezgoldberg@akerman.com
Amanda Klopp , E-mail : luke.bovat@akerman.com
Amanda Klopp , E-mail : amanda.klopp@akerman.com
Andrew R Herron , E-mail : gservice@homerbonner.com
Andrew T. Sarangoulis , E-mail : asarangoulis@burr.com
Avrumi Lubin , E-mail : josh@spincapital.com
Bernard Egozi , E-mail : gale@egozilaw.com
Bernard Egozi , E-mail : begozi@egozilaw.com
Beth Anne Black , E-mail : alex.amburgy@gtlaw.com
Beth Anne Black , E-mail : blackb@gtlaw.com
Beth Anne Black , E-mail : WPBLitDock@gtlaw.com

Unique Code : CAA-FAA-BCABB-JFEJDFJC-BGABIFE-H Page 4 of 6

Case Number: CACE22005125

Unique Code : CAA-FAA-BCABB-JFEJDFJC-BGABIFE-H Page 5 of 6

Bradford M Cohen , E-mail : service@floridajusticefirm.com
Bradley A. Muhs , E-mail : bshepard@trenam.com
Bradley A. Muhs , E-mail : bmuhs@trenam.com
Bradley S Shraiberg , E-mail : dwoodall@slp.law
Bradley S Shraiberg , E-mail : bss@slp.law
Bradley S Shraiberg , E-mail : pmouton@slp.law
Branden Stillman , E-mail : bstillman@egozilaw.com
Catherine H Gleason , E-mail : ktgleasonlegal@gmail.com
Catherine H Gleason , E-mail : katie.gleason@isenberlaw.com
Charles Bennardini , E-mail : jam@kwblaw.com
Charles Bennardini , E-mail : cjb@kwblaw.com
Charles Gourlis , E-mail : cgourlis@letolawfirm.com
Charles Gourlis , E-mail : kzelaya@letolawfirm.com
Charles Gourlis , E-mail : LLFpleadings@ecf.courtdrive.com
David B Marks , E-mail : brett.marks@akerman.com
David B Marks , E-mail : charlene.cerda@akerman.com
Dominique Brown , E-mail : BrownD@KleinPark.com
Dominique Brown , E-mail : orozcol@kleinpark.com
Dominique Brown , E-mail : mcmurrayj@kleinpark.com
Ellen L. Leesfield , E-mail : cristina@ellenleesfield.com
Ellen L. Leesfield , E-mail : ellen@ellenleesfield.com
Elliot B Kula , E-mail : eservice@kulalegal.com
Elliot B Kula , E-mail : elliot@kulalegal.com
Grant Sarbinoff , E-mail : gsarbino@gmail.com
James Ari Rand , E-mail : Jmsrnd@gmail.com
Jerrell Andrew Breslin , E-mail : jerrellbreslin@gmail.com
Jerrell Andrew Breslin , E-mail : eservice@jsjb.law
Jerrell Andrew Breslin , E-mail : jb@jsjb.law
Joel M Aresty , E-mail : aresty@icloud.com
Joel M Aresty , E-mail : Aresty@mac.com
Jonathan E Kanov , E-mail : jekanov@mdwcg.com
Jonathan E Kanov , E-mail : kafriday@mdwcg.com
Jonathan Noah Schwartz , E-mail : jv@jsjb.law
Jonathan Noah Schwartz , E-mail : js@jsjb.law
Jonathan Schwartz, Esq. , E-mail : jschwartz@jonschwartzlaw.com
Jordan Kaplan , E-mail : Jordan@blfmiami.com
Josh N. Bennett , E-mail : josh@joshbennett.com
Keith Lee , E-mail : klee@feenixpartners.com
Kody Trespalacios , E-mail : SZamora@klugerkaplan.com
Kody Trespalacios , E-mail : KTrespalacios@klugerkaplan.com
Kody Trespalacios , E-mail : GRodriguez@klugerkaplan.com
Kristin Zankl , E-mail : kzankl@att.net
Laurence S. Litow , E-mail : lslitow@burr.com
Laurence S. Litow , E-mail : rzamora@burr.com
Legal Assistant , E-mail : receptionwlg300@gmail.com
Marc Evan Brandes , E-mail : lbevans@kfb-law.com

Unique Code : CAA-FAA-BCABB-JFEJDFJC-BGABIFE-H Page 6 of 6

Marc Evan Brandes , E-mail : mbrandes@kfb-law.com
Marc Evan Brandes , E-mail : bvillalobos@kfb-law.com
Mark C Perry , E-mail : mark@markperrylaw.com
Mark C Perry , E-mail : maureen@markperrylaw.com
Matthew P Leto , E-mail : mleto@letolawfirm.com
Maury L. Udell , E-mail : notice66@bmulaw.com
Maury L. Udell , E-mail : blopez@bmulaw.com
Michael I Bernstein , E-mail : assistant@blfmiami.com
Michael I Bernstein , E-mail : paralegal@blfmiami.com
Michael I Bernstein , E-mail : michael@blfmiami.com
Nelly Pena , E-mail : janet.mcmurray@fmglaw.com
Nelly Pena , E-mail : stinelly.pena@fmglaw.com
Patrick Dorsey , E-mail : pdorsey@slp.law
Raymond J Rafool II , E-mail : SERVICE@RAFOOL.COM
Richard Lawrence Pearlman , E-mail : richard.pearlman@iglerlaw.com
Richard M Jones , E-mail : myrna.montane@fmglaw.com
Richard M Jones , E-mail : richard.jones@fmglaw.com
Robert C Buschel , E-mail : Buschel@BGlaw-pa.com
Robert C Buschel , E-mail : BG.J6R6@case.tinygnomes.com
Robert M Klein , E-mail : robert.klein@fmglaw.com
Robert M Klein , E-mail : martica.carrillo@fmglaw.com
Robert M Klein , E-mail : janet.mcmurray@fmglaw.com
Rose Mahdavieh , E-mail : rose.mahdavieh@gtlaw.com
Scott C Gherman , E-mail : kgleason@scottghermanpa.com
Scott C Gherman , E-mail : sgherman@scottghermanpa.com
Scott Zankl , E-mail : zanklscott3@gmail.com
Stanley Quinn Casey , E-mail : scasey@sqcaseylaw.com
Steven Harry Meyer , E-mail : service.meyerlaw@gmail.com
Teresa E Williams , E-mail : twilliams@williamslitigationgroup.com
William Patrick Ayers , E-mail : TB.FL.Garnishment@burr.com
Yoel Getter , E-mail : Yoel3514@aol.com
barry jay glickman , E-mail : flservice@zeklaw.com
barry jay glickman , E-mail : bglickman@zeklaw.com

# Exhibit R



# Electronically Certified Court Record

**(cover page)**

This cover page is for informational purposes only and is not a requirement when presenting the **Electronic Certified Document**. Directly below the cover page, at the bottom of page 1, you will find the digital signature bearing the identity and authority of the Clerk. On the left side of each page is a unique code identifying the electronic certification for this document.

### DOCUMENT INFORMATION

| | |
|---|---|
| **Agency Name:** | Broward County Clerk of Courts |
| **Clerk of the Circuit Court:** | Honorable Brenda D. Forman |
| **Date Issued:** | 7/26/2026 7:04:40 AM |
| **Unique Reference Number:** | CAA-FAA-BCABB-JGCCDFHJ-BGABIIC-F |
| **Case Docket:** | 3/23/2026 - Order to Show Cause - 4 Pages |
| **Requesting Party Code:** | 500 |
| **Requesting Party Reference:** | A20260726070320F35C |

### HOW TO VERIFY THIS DOCUMENT

This electronically certified Court Record contains a unique electronic reference number for identification printed on each page. This document is delivered in PDF format and contains a digital signature identifying the certifier and a tamper proof seal indicating whether this document has been tampered with. The second page of this document contains a digital signature indicating the certifier as the Broward County Clerk of Courts. Open this document using Adobe Reader software to verify the digital signature of the author. Visit https://browardclerk.org/ecertify to learn more about validating this certified copy.



Filing # 244418354 E-Filed 03/23/2026 07:05:22 PM

Unique Code : CAA-FAA-BCABB-JGCCDFHJ-BGABIIC-F Page 1 of 4

**IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA**

CASE NO. <u>**CACE22005125**</u>   DIVISION: <u>**07**</u>   JUDGE: <u>**Haimes, David A (07)**</u>

**FVP Opportunity Fund III, LP, et al**

Plaintiff(s) / Petitioner(s)

v.

**Scott Zankl, et al**

Defendant(s) / Respondent(s)

_____/

<u>**ORDER ON MARCH 13, 2026 CONTEMPT HEARING**</u>

THIS MATTER came before the Court for a contempt sanctions hearing on March 13, 2026, on the Court's February 23, 2026 Order holding Avrumi Lubin in contempt of court for his willful failure to comply with prior court orders regarding post judgment collection matters.  After hearing the arguments of counsel and Avrumi Lubin, and otherwise being fully advised in the premises, and noting that Avrumi Lubin has provided Plaintiff's counsel with a completed Form 1.977 and that Avrumi Lubin represented to the Court that he had responded to the Request for Production in Aid of Execution and that he had produced the requested documents, it is

ORDERED AND ADJUDGED:

a. Avrumi Lubin shall, no later than 12:00 p.m. noon, on Friday, March 20, 2026, serve a line-by-line written response to Plaintiff's Request for Production in Aid of Execution served on December 3, 2025, and shall produce all responsive, non-privileged documents in his possession, custody, or control. Any withheld document shall be identified in a privilege log served by the same deadline.

b. Failure to comply with this Order may result in further coercive sanctions, including an award of attorney's fees and costs, and, upon proper notice and further hearing, may result in a writ of bodily attachment.

*** FILED: BROWARD COUNTY, FL  BRENDA D. FORMAN,  CLERK 03/23/2026 07:05:22 PM.****

I HEREBY ATTEST THAT THIS CERTIFIED DOCUMENT IS
A TRUE AND CORRECT COPY AS SAME APPEARS ON RECORD
WITH BROWARD COUNTY CLERK OF COURTS.

VERIFY AT: HTTPS://WWW.BROWARDCLERK.ORG/ECERTIFY



Digitally signed by Brenda D Forman
Date: 2026.07.26 07:04:41 -04:00
Reason: Electronic Certified Copy
Location: 201 S.E. 6th Street, Fort Lauderdale, FL 33301

Case Number: CACE22005125

**DONE AND ORDERED** in Chambers at Broward County, Florida on 23rd day of March, 2026.

CACE22005125 03-23-2026 4:46 PM
Hon. David A Haimes
**CIRCUIT COURT JUDGE**
Electronically Signed by David A Haimes

**Copies Furnished To:**
Alan I Karten , E-mail : a.karten@yahoo.com
Alan I Karten , E-mail : alankartenlaw@gmail.com
Alan R Crane , E-mail : staff1@furrcohen.com
Alan R Crane , E-mail : yfernandez@furrcohen.com
Alan R Crane , E-mail : acrane@furrcohen.com
Amanda Klopp , E-mail : jeanette.martinezgoldberg@akerman.com
Amanda Klopp , E-mail : luke.bovat@akerman.com
Amanda Klopp , E-mail : amanda.klopp@akerman.com
Andrew R Herron , E-mail : gservice@homerbonner.com
Andrew T. Sarangoulis , E-mail : asarangoulis@burr.com
Avrumi Lubin , E-mail : josh@spincapital.com
Bernard Egozi , E-mail : gale@egozilaw.com
Bernard Egozi , E-mail : begozi@egozilaw.com
Beth Anne Black , E-mail : WPBLitDock@gtlaw.com
Beth Anne Black , E-mail : alex.amburgy@gtlaw.com
Beth Anne Black , E-mail : blackb@gtlaw.com
Bradford M Cohen , E-mail : service@floridajusticefirm.com
Bradley A. Muhs , E-mail : bshepard@trenam.com
Bradley A. Muhs , E-mail : bmuhs@trenam.com
Bradley S Shraiberg , E-mail : dwoodall@slp.law
Bradley S Shraiberg , E-mail : bss@slp.law
Bradley S Shraiberg , E-mail : pmouton@slp.law
Branden Stillman , E-mail : bstillman@egozilaw.com
Catherine H Gleason , E-mail : ktgleasonlegal@gmail.com
Catherine H Gleason , E-mail : katie.gleason@isenberlaw.com
Charles Bennardini , E-mail : cjb@kwblaw.com
Charles Bennardini , E-mail : jam@kwblaw.com
Charles Gourlis , E-mail : cgourlis@letolawfirm.com
David B Marks , E-mail : brett.marks@akerman.com
David B Marks , E-mail : charlene.cerda@akerman.com
Dominique Brown , E-mail : orozcol@kleinpark.com
Dominique Brown , E-mail : BrownD@KleinPark.com
Dominique Brown , E-mail : mcmurrayj@kleinpark.com
Ellen L. Leesfield , E-mail : cristina@ellenleesfield.com
Ellen L. Leesfield , E-mail : ellen@ellenleesfield.com

Unique Code : CAA-FAA-BCABB-JGCCDFHJ-BGABIIC-F Page 2 of 4

Elliot B Kula , E-mail : eservice@kulalegal.com
Elliot B Kula , E-mail : elliot@kulalegal.com
Grant Sarbinoff , E-mail : gsarbino@gmail.com
James Ari Rand , E-mail : Jmsrnd@gmail.com
Jared L Gamberg , E-mail : jaredgamberg@gamberglaw.com
Jared L Gamberg , E-mail : vdelponte@gamberglaw.com
Jerrell Andrew Breslin , E-mail : jerrellbreslin@gmail.com
Jerrell Andrew Breslin , E-mail : eservice@jsjb.law
Jerrell Andrew Breslin , E-mail : jb@jsjb.law
Joel M Aresty , E-mail : aresty@icloud.com
Joel M Aresty , E-mail : Aresty@mac.com
Jonathan E Kanov , E-mail : kafriday@mdwcg.com
Jonathan E Kanov , E-mail : jekanov@mdwcg.com
Jonathan Noah Schwartz , E-mail : jv@jsjb.law
Jonathan Noah Schwartz , E-mail : js@jsjb.law
Jonathan Schwartz, Esq. , E-mail : jschwartz@jonschwartzlaw.com
Jordan Kaplan , E-mail : Jordan@blfmiami.com
Josh N. Bennett , E-mail : josh@joshbennett.com
Keith Lee , E-mail : klee@feenixpartners.com
Kevin C. Kaplan , E-mail : kkaplan@coffeyburlington.com
Kevin C. Kaplan , E-mail : lperez@coffeyburlington.com
Kevin C. Kaplan , E-mail : service@coffeyburlington.com
Kody Trespalacios , E-mail : SZamora@klugerkaplan.com
Kody Trespalacios , E-mail : KTrespalacios@klugerkaplan.com
Kody Trespalacios , E-mail : GRodriguez@klugerkaplan.com
Kristin Zankl , E-mail : kzankl@att.net
Laurence S. Litow , E-mail : lslitow@burr.com
Laurence S. Litow , E-mail : rzamora@burr.com
Legal Assistant , E-mail : receptionwlg300@gmail.com
Marc Evan Brandes , E-mail : bvillalobos@kfb-law.com
Marc Evan Brandes , E-mail : lbevans@kfb-law.com
Marc Evan Brandes , E-mail : mbrandes@kfb-law.com
Mark C Perry , E-mail : mark@markperrylaw.com
Mark C Perry , E-mail : maureen@markperrylaw.com
Matthew P Leto , E-mail : mleto@letolawfirm.com
Matthew P Leto , E-mail : kzelaya@letolawfirm.com
Matthew P Leto , E-mail : LLFpleadings@ecf.courtdrive.com
Maury L. Udell , E-mail : notice66@bmulaw.com
Maury L. Udell , E-mail : blopez@bmulaw.com
Michael I Bernstein , E-mail : paralegal@blfmiami.com
Michael I Bernstein , E-mail : assistant@blfmiami.com
Michael I Bernstein , E-mail : michael@blfmiami.com
Nelly Pena , E-mail : janet.mcmurray@fmglaw.com
Nelly Pena , E-mail : stinelly.pena@fmglaw.com
Pamela I. Perry , E-mail : pam@pamperrylaw.com
Pamela I. Perry , E-mail : cristina@pamperrylaw.com

Unique Code : CAA-FAA-BCABB-JGCCDFHJ-BGABIIC-F Page 3 of 4

Case Number: CACE22005125

Patrick Dorsey , E-mail : pdorsey@slp.law
Raymond J Rafool II , E-mail : SERVICE@RAFOOL.COM
Richard Lawrence Pearlman , E-mail : richard.pearlman@iglerlaw.com
Richard M Jones , E-mail : richard.jones@fmglaw.com
Richard M Jones , E-mail : myrna.montane@fmglaw.com
Robert C Buschel , E-mail : BG.J6R6@case.tinygnomes.com
Robert C Buschel , E-mail : Buschel@BGlaw-pa.com
Robert M Klein , E-mail : janet.mcmurray@fmglaw.com
Robert M Klein , E-mail : robert.klein@fmglaw.com
Robert M Klein , E-mail : martica.carrillo@fmglaw.com
Rose Mahdavieh , E-mail : rose.mahdavieh@gtlaw.com
Scott C Gherman , E-mail : sgherman@scottghermanpa.com
Scott C Gherman , E-mail : kgleason@scottghermanpa.com
Scott Zankl , E-mail : zanklscott3@gmail.com
Stanley Quinn Casey , E-mail : scasey@sqcaseylaw.com
Steven Harry Meyer , E-mail : service.meyerlaw@gmail.com
Teresa E Williams , E-mail : twilliams@williamslitigationgroup.com
William Patrick Ayers , E-mail : TB.FL.Garnishment@burr.com
Yoel Getter , E-mail : Yoel3514@aol.com
barry jay glickman , E-mail : flservice@zeklaw.com
barry jay glickman , E-mail : bglickman@zeklaw.com

Unique Code : CAA-FAA-BCABB-JGCCDFHJ-BGABIIC-F Page 4 of 4

# Exhibit S



# Electronically Certified Court Record

**(cover page)**

This cover page is for informational purposes only and is not a requirement when presenting the **Electronic Certified Document**. Directly below the cover page, at the bottom of page 1, you will find the digital signature bearing the identity and authority of the Clerk. On the left side of each page is a unique code identifying the electronic certification for this document.

## DOCUMENT INFORMATION

| | |
|---|---|
| **Agency Name:** | Broward County Clerk of Courts |
| **Clerk of the Circuit Court:** | Honorable Brenda D. Forman |
| **Date Issued:** | 7/25/2026 5:12:21 PM |
| **Unique Reference Number:** | CAA-FAA-BCABB-JIDDBEEC-BGABIGA-F |
| **Case Docket:** | 6/10/2026 - Notice of Taking Deposition in Aid of Execution - 6 Pages |
| **Requesting Party Code:** | 500 |
| **Requesting Party Reference:** | A20260725171055BB47 |

## HOW TO VERIFY THIS DOCUMENT

This electronically certified Court Record contains a unique electronic reference number for identification printed on each page. This document is delivered in PDF format and contains a digital signature identifying the certifier and a tamper proof seal indicating whether this document has been tampered with. The second page of this document contains a digital signature indicating the certifier as the Broward County Clerk of Courts. Open this document using Adobe Reader software to verify the digital signature of the author. Visit https://browardclerk.org/ecertify to learn more about validating this certified copy.



Unique Code : CAA-FAA-BCABB-JIDDBEEC-BGABIGA-F Page 1 of 6

## IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
## IN AND FOR BROWARD COUNTY, FLORIDA

FVP OPPORTUNITY FUND III, L.P.,      CASE NO: CACE-2022-005125
Et.al.
     **Plaintiffs,**

v.

AVRUMI LUBIN, et al.
     **Defendants,**

_____/

### NOTICE OF TAKING DEPOSITIONS IN AID OF EXECUTION
### DUCES TECUM BY ORDER OF THE COURT

TO:  **AVRUMI LUBIN**
     Josh@tetonfunding.com
     Josh@spincapital.com

PLEASE TAKE NOTICE that the deposition of AVRUMI LUBIN has been scheduled for **Monday, June 15, 2026,** beginning *at* 10:00 a.m. and continuing therein until completed upon oral examination before Prestige Court Reporters. The deposition will be conducted before Prestige Court Reporters.

### THIS DEPOSITION WILL BE CONDUCTED VIA ZOOM

# YOU ARE REQUIRED TO HAVE WITH YOU THE DOCUMENTS LISTED ON EXHIBIT A.

### THIS IS THE LINK TO THE DEPOSITION

Alan Karten, Esq., is inviting you to a scheduled Zoom meeting.
Join Zoom Meeting

https://us02web.zoom.us/j/82501978386?pwd=U3TgSaks8jh53a3M7e5vuuNweJWPsy.1

*** FILED: BROWARD COUNTY, FL  BRENDA D. FORMAN,  CLERK 06/10/2026 09:35:02 AM.****

I HEREBY ATTEST THAT THIS CERTIFIED DOCUMENT IS
A TRUE AND CORRECT COPY AS SAME APPEARS ON RECORD
WITH BROWARD COUNTY CLERK OF COURTS.

VERIFY AT: HTTPS://WWW.BROWARDCLERK.ORG/ECERTIFY



Digitally signed by Brenda D Forman
Date: 2026.07.25 17:12:22 -04:00
Reason: Electronic Certified Copy
Location: 201 S.E. 6th Street, Fort Lauderdale, FL 33301

Unique Code : CAA-FAA-BCABB-JIDDBEEC-BGABIGA-F Page 2 of 6

Meeting ID: 825 0197 8386
Passcode: 693087

The deposition will be taken upon oral examination before DLE Court Reporters or any other officer authorized to administer oaths by the laws of the State of Florida, and a person who is neither a relative nor employee of such attorney or counsel and is not financially interested in the action. This deposition is being taken for the purpose of discovery, in aid of execution for use at trial, or for such other purposes as are permitted under the Florida Rules of Civil Procedure.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 10, 2026, I served this notice of Taking Deposition in Aid of Execution upon all parties of record and the Clerk of Court for Broward County, Florida, using the Florida E-Filing Portal. pursuant to Fla. R. Gen. Practice and Jud. Admin. 2.516.

Respectfully submitted,
Law Office of Alan I. Karten, PLLC
321 Anderson Pond Road
Aiken, South Carolina 29803
Telephone: (305) 490-2767
alankartenlaw@gmail.com


___/S/ Alan I. Karten_____
Alan I. Karten, Esq.
Attorney for FVP
Florida Bar No. 200263

**EXHIBIT A**

**I. PERSONAL FINANCIAL RECORDS**

All Banking Records, including

- Bank statements

Unique Code : CAA-FAA-BCABB-JIDDBEEC-BGABIGA-F Page 3 of 6

- Signature cards
- canceled checks
- deposit slips
- wire confirmations
- ACH records
- Zelle/Venmo/CashApp records
- online banking screenshots
- account opening documents

for:

- any account you own,
- jointly own,
- controls,
- has signatory authority over,
- or beneficially uses,

from January 1, 2022, through the present.

Including -

- personal accounts
- business accounts
- trust accounts
- escrow accounts
- cryptocurrency exchanges
- foreign accounts

## II. TAX RETURNS / FINANCIAL STATEMENTS

- Federal tax returns
- state returns
- K-1s
- W-2s
- 1099s
- personal financial statements
- loan applications
- mortgage applications
- net worth statements
- PFS submissions to lenders

for 2022-present.

## III. CORPORATE OWNERSHIP RECORDS

Unique Code : CAA-FAA-BCABB-JIDDBEEC-BGABIGA-F Page 4 of 6

For:

- Teton Funding
- Spin Capital NJ
- Spin Capital Delaware
- any affiliate entity
- any LLC/corporation/partnership where you have any ownership, control, or economic interest

including

- operating agreements
- shareholder agreements
- membership ledgers
- stock certificates
- subscription agreements
- EIN applications
- annual reports
- minutes
- resolutions
- cap tables
- ownership schedules

## IV. INTERCOMPANY TRANSFER RECORDS OF ALL ENTITIES YOU HAVE AN INTEREST IN, Avrumi LubinSPECIFICALLY:

- general ledgers
- QuickBooks files
- journals
- intercompany loan records
- receivable/payable ledgers
- wire transfers between entities
- management fee records
- consulting agreements
- promissory notes
- related-party transactions

## V. ASSET RECORDS

### Real Property

Bring all documents concerning:

- deeds
- mortgages
- assignments

- HUD/CD statements
- leases
- refinancing documents
- property management records

for any property:

- owned,
- controlled,
- occupied,
- or paid for by you or affiliated entities.

## VI. COMMUNICATIONS REGARDING ASSET PROTECTION

All communications where the subject matter concerns:

- asset protection
- judgments
- creditors
- concealment of assets
- transfer of assets
- restructuring ownership
- nominee ownership
- charging orders
- collection avoidance

between you and:

- accountants
- lawyers (excluding privileged communications)
- family members
- business partners
- lenders
- affiliated entities

The request excludes communications between you and an attorney.

## VII. ELECTRONIC DEVICES / ELECTRONIC DATA

**Please bring your laptop and any cell phone you use.**

## IX. RECORDS OF PAYMENTS TO INSIDERS

All records reflecting transfers to:

Unique Code : CAA-FAA-BCABB-JIDDBEEC-BGABIGA-F Page 5 of 6

Unique Code : CAA-FAA-BCABB-JIDDBEEC-BGABIGA-F Page 6 of 6

- family members
- spouses
- related entities
- insiders
- employees
- affiliates

including:

- payroll
- consulting fees
- distributions
- dividends
- reimbursements
- "loans"

## X. SOCIAL MEDIA / DIGITAL FOOTPRINT

All records reflecting:

- ownership claims
- travel
- luxury purchases
- business operations
- representations of wealth

including:

- Instagram
- LinkedIn
- Facebook
- WhatsApp business profiles

# Exhibit T

DocuSign Envelope ID: E41422C9-F59D-4B5C-990F-73170F37AC9A

| Form **1040** | Department of the Treasury—Internal Revenue Service (99)<br>**U.S. Individual Income Tax Return** | **2021** | OMB No. 1545-0074 | IRS Use Only—Do not write or staple in this space. |
|---|---|---|---|---|

**Filing Status** — Check only one box.

☒ Single ☐ Married filing jointly ☐ Married filing separately (MFS) ☐ Head of household (HOH) ☐ Qualifying widow(er) (QW)

If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QW box, enter the child's name if the qualifying person is a child but not your dependent ▶

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
| Avrumi | Lubin | ████ 4839 |

| If joint return, spouse's first name and middle initial | Last name | Spouse's social security number |
|---|---|---|
| | | |

| Home address (number and street). If you have a P.O. box, see instructions. | Apt. no. |
|---|---|
| 1460 Arboretum Parkway | |

| City, town, or post office. If you have a foreign address, also complete spaces below. | State | ZIP code |
|---|---|---|
| Lakewood | NJ | 08701 |

| Foreign country name | Foreign province/state/county | Foreign postal code |
|---|---|---|
| | | |

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.
☐ You ☐ Spouse

At any time during 2021, did you receive, sell, exchange, or otherwise dispose of any financial interest in any virtual currency? ☐ Yes ☒ No

**Standard Deduction**

Someone can claim: ☐ You as a dependent ☐ Your spouse as a dependent

☐ Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness** You: ☐ Were born before January 2, 1957 ☐ Are blind   **Spouse:** ☐ Was born before January 2, 1957 ☐ Is blind

**Dependents** (see instructions):

If more than four dependents, see instructions and check here ▶ ☐

| (1) First name    Last name | (2) Social security number | (3) Relationship to you | (4) ✔ if qualifies for (see instructions): Child tax credit | Credit for other dependents |
|---|---|---|---|---|
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |

Attach Sch. B if required.

| | | | | |
|---|---|---|---|---|
| 1 | Wages, salaries, tips, etc. Attach Form(s) W-2 | | 1 | 250,100. |
| 2a | Tax-exempt interest . . . | 2a | b Taxable interest . . . . | 2b | 56. |
| 3a | Qualified dividends . . . | 3a | 5,172. | b Ordinary dividends . . . . | 3b | 8,076. |
| 4a | IRA distributions . . . . | 4a | b Taxable amount . . . . . | 4b | |
| 5a | Pensions and annuities . . | 5a | b Taxable amount . . . . . | 5b | |
| 6a | Social security benefits . . | 6a | b Taxable amount . . . . . | 6b | |
| 7 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 7 | −3,000. |
| 8 | Other income from Schedule 1, line 10 | 8 | −3,814,760. |
| 9 | Add lines 1, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your **total income** ▶ | 9 | −3,559,528. |
| 10 | Adjustments to income from Schedule 1, line 26 | 10 | |
| 11 | Subtract line 10 from line 9. This is your **adjusted gross income** ▶ | 11 | −3,559,528. |
| 12a | Standard deduction or itemized deductions (from Schedule A)  12a  10,000. | | |
| b | Charitable contributions if you take the standard deduction (see instructions)  12b | | |
| c | Add lines 12a and 12b | 12c | 10,000. |
| 13 | Qualified business income deduction from Form 8995 or Form 8995-A | 13 | 0. |
| 14 | Add lines 12c and 13 | 14 | 10,000. |
| 15 | **Taxable income.** Subtract line 14 from line 11. If zero or less, enter -0- | 15 | 0. |

**Standard Deduction for—**
- Single or Married filing separately, $12,550
- Married filing jointly or Qualifying widow(er), $25,100
- Head of household, $18,800
- If you checked any box under *Standard Deduction,* see instructions.

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.

Form **1040** (2021)

**DEPOSITION DOCUMENTS OO1814**

Form 1040 (2021)                                                                                           Page **2**

| | | | | |
|---|---|---|---|---|
| 16 | **Tax** (see instructions). Check if any from Form(s): **1** ☐ 8814  **2** ☐ 4972  **3** ☐ _____ | | 16 | 0. |
| 17 | Amount from Schedule 2, line 3 | | 17 | |
| 18 | Add lines 16 and 17 | | 18 | 0. |
| 19 | Nonrefundable child tax credit or credit for other dependents from Schedule 8812 | | 19 | |
| 20 | Amount from Schedule 3, line 8 | | 20 | |
| 21 | Add lines 19 and 20 | | 21 | |
| 22 | Subtract line 21 from line 18. If zero or less, enter -0- | | 22 | 0. |
| 23 | Other taxes, including self-employment tax, from Schedule 2, line 21 | | 23 | 451. |
| 24 | Add lines 22 and 23. This is your **total tax** ▶ | | 24 | 451. |

| | | | | | |
|---|---|---|---|---|---|
| 25 | Federal income tax withheld from: | | | | |
| a | Form(s) W-2 | 25a | 89,119. | | |
| b | Form(s) 1099 | 25b | | | |
| c | Other forms (see instructions) | 25c | 451. | | |
| d | Add lines 25a through 25c | | | 25d | 89,570. |
| 26 | 2021 estimated tax payments and amount applied from 2020 return | | | 26 | 282,186. |

If you have a qualifying child, attach Sch. EIC.

| | | | | | |
|---|---|---|---|---|---|
| 27a | Earned income credit (EIC)    No | 27a | | | |
| | Check here if you were born after January 1, 1998, and before January 2, 2004, and you satisfy all the other requirements for taxpayers who are at least age 18, to claim the EIC. See instructions ▶ ☐ | | | | |
| b | Nontaxable combat pay election | 27b | | | |
| c | Prior year (2019) earned income | 27c | | | |
| 28 | Refundable child tax credit or additional child tax credit from Schedule 8812 | 28 | | | |
| 29 | American opportunity credit from Form 8863, line 8 | 29 | | | |
| 30 | Recovery rebate credit. See instructions | 30 | 1,400. | | |
| 31 | Amount from Schedule 3, line 15 | 31 | | | |
| 32 | Add lines 27a and 28 through 31. These are your **total other payments and refundable credits** ▶ | | | 32 | 1,400. |
| 33 | Add lines 25d, 26, and 32. These are your **total payments** ▶ | | | 33 | 373,156. |

| | | | | |
|---|---|---|---|---|
| **Refund** | 34 | If line 33 is more than line 24, subtract line 24 from line 33. This is the amount you **overpaid** | 34 | 372,705. |
| | 35a | Amount of line 34 you want **refunded to you.** If Form 8888 is attached, check here ▶ ☐ | 35a | 0. |
| Direct deposit? See instructions. | ▶ b | Routing number  X X X X X X X X X  ▶ c Type: ☐ Checking  ☐ Savings | | |
| | ▶ d | Account number  X X X X X X X X X X X X X X X X X X X X | | |
| | 36 | Amount of line 34 you want **applied to your 2022 estimated tax** ▶ | 36 | 372,705. |
| **Amount You Owe** | 37 | **Amount you owe.** Subtract line 33 from line 24. For details on how to pay, see instructions ▶ | 37 | |
| | 38 | Estimated tax penalty (see instructions) ▶ | 38 | |

| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS? See instructions ▶ ☒ **Yes.** Complete below. ☐ No | | |
|---|---|---|---|
| | Designee's name ▶ Isaac A. Tawil | Phone no. ▶ (732) 987-9975 | Personal identification number (PIN) ▶ ███ |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See instructions. Keep a copy for your records.

| Your signature | Date | Your occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) ▶ |
|---|---|---|---|
| | | Self-Employed | |
| Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | If the IRS sent your spouse an Identity Protection PIN, enter it here (see inst.) ▶ |
| Phone no. | | Email address | |

| **Paid Preparer Use Only** | Preparer's name | Preparer's signature | Date | PTIN | Check if: |
|---|---|---|---|---|---|
| | Isaac A. Tawil | Isaac A. Tawil | 08/04/2022 | ███ | ☐ Self-employed |
| | Firm's name ▶ Tawil Tax & Accounting Solutions | | | Phone no. (732) 987-9975 | |
| | Firm's address ▶ 7 Sherwood Dr Lakewood NJ 08701 | | | Firm's EIN ▶ 46-1246268 | |

Go to *www.irs.gov/Form1040* for instructions and the latest information.   BAA   REV 07/07/22 PRO   Form **1040** (2021)

**DEPOSITION DOCUMENTS OO1815**

DocuSign Envelope ID: E41422C9-F59D-4B5G-990F-73170E37AC9A

**SCHEDULE 1**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service

# Additional Income and Adjustments to Income

▶ Attach to Form 1040, 1040-SR, or 1040-NR.
▶ Go to *www.irs.gov/Form1040* for instructions and the latest information.

OMB No. 1545-0074

**2021**

Attachment
Sequence No. **01**

Name(s) shown on Form 1040, 1040-SR, or 1040-NR
Avrumi Lubin

**Your social security number**
4839

## Part I   Additional Income

| | | | |
|---|---|---|---:|
| 1 | Taxable refunds, credits, or offsets of state and local income taxes | 1 | 0. |
| 2a | Alimony received | 2a | |
| b | Date of original divorce or separation agreement (see instructions) ▶ | | |
| 3 | Business income or (loss). Attach Schedule C | 3 | |
| 4 | Other gains or (losses). Attach Form 4797 | 4 | |
| 5 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 5 | -3,814,760. |
| 6 | Farm income or (loss). Attach Schedule F | 6 | |
| 7 | Unemployment compensation | 7 | |
| 8 | Other income: | | |
| a | Net operating loss | 8a ( ) | |
| b | Gambling income | 8b | |
| c | Cancellation of debt | 8c | |
| d | Foreign earned income exclusion from Form 2555 | 8d ( ) | |
| e | Taxable Health Savings Account distribution | 8e | |
| f | Alaska Permanent Fund dividends | 8f | |
| g | Jury duty pay | 8g | |
| h | Prizes and awards | 8h | |
| i | Activity not engaged in for profit income | 8i | |
| j | Stock options | 8j | |
| k | Income from the rental of personal property if you engaged in the rental for profit but were not in the business of renting such property | 8k | |
| l | Olympic and Paralympic medals and USOC prize money (see instructions) | 8l | |
| m | Section 951(a) inclusion (see instructions) | 8m | |
| n | Section 951A(a) inclusion (see instructions) | 8n | |
| o | Section 461(l) excess business loss adjustment | 8o | |
| p | Taxable distributions from an ABLE account (see instructions) | 8p | |
| z | Other income. List type and amount ▶ | 8z | |
| 9 | Total other income. Add lines 8a through 8z | 9 | |
| 10 | Combine lines 1 through 7 and 9. Enter here and on Form 1040, 1040-SR, or 1040-NR, line 8 | 10 | -3,814,760. |

For Paperwork Reduction Act Notice, see your tax return instructions.

Schedule 1 (Form 1040) 2021

**DEPOSITION DOCUMENTS OO1816**

Schedule 1 (Form 1040) 2021                                                                                                                Page **2**

## Part II  Adjustments to Income

| | | | |
|---|---|---|---|
| **11** | Educator expenses . . . . . . . . . . . . . . . . . . . . . . | **11** | |
| **12** | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 . . . . . . . . . . . . . . . | **12** | |
| **13** | Health savings account deduction. Attach Form 8889 . . . . . . . . | **13** | |
| **14** | Moving expenses for members of the Armed Forces. Attach Form 3903 . . . . . . | **14** | |
| **15** | Deductible part of self-employment tax. Attach Schedule SE . . . . . . . | **15** | |
| **16** | Self-employed SEP, SIMPLE, and qualified plans . . . . . . . . | **16** | |
| **17** | Self-employed health insurance deduction . . . . . . . . . . . | **17** | |
| **18** | Penalty on early withdrawal of savings . . . . . . . . . . . | **18** | |
| **19a** | Alimony paid . . . . . . . . . . . . . . . . . . . . | **19a** | |
| **b** | Recipient's SSN . . . . . . . . . . . . . . . . ▶ | | |
| **c** | Date of original divorce or separation agreement (see instructions) ▶ | | |
| **20** | IRA deduction . . . . . . . . . . . . . . . . . . . | **20** | |
| **21** | Student loan interest deduction . . . . . . . . . . . . . | **21** | |
| **22** | Reserved for future use . . . . . . . . . . . . . . . | **22** | |
| **23** | Archer MSA deduction . . . . . . . . . . . . . . . . | **23** | |
| **24** | Other adjustments: | | |

| | | | |
|---|---|---|---|
| **a** | Jury duty pay (see instructions) . . . . . . . . . . . | **24a** | |
| **b** | Deductible expenses related to income reported on line 8k from the rental of personal property engaged in for profit . . . . . | **24b** | |
| **c** | Nontaxable amount of the value of Olympic and Paralympic medals and USOC prize money reported on line 8l . . . . . | **24c** | |
| **d** | Reforestation amortization and expenses . . . . . . . . | **24d** | |
| **e** | Repayment of supplemental unemployment benefits under the Trade Act of 1974 . . . . . . . . . . . . . . | **24e** | |
| **f** | Contributions to section 501(c)(18)(D) pension plans . . . . . | **24f** | |
| **g** | Contributions by certain chaplains to section 403(b) plans . . | **24g** | |
| **h** | Attorney fees and court costs for actions involving certain unlawful discrimination claims (see instructions) . . . . . . | **24h** | |
| **i** | Attorney fees and court costs you paid in connection with an award from the IRS for information you provided that helped the IRS detect tax law violations . . . . . . . . . . . | **24i** | |
| **j** | Housing deduction from Form 2555 . . . . . . . . . . | **24j** | |
| **k** | Excess deductions of section 67(e) expenses from Schedule K-1 (Form 1041) . . . . . . . . . . . . . . . . | **24k** | |
| **z** | Other adjustments. List type and amount ▶ | **24z** | |

| | | | |
|---|---|---|---|
| **25** | Total other adjustments. Add lines 24a through 24z . . . . . . . . . . | **25** | |
| **26** | Add lines 11 through 23 and 25. These are your **adjustments to income.** Enter here and on Form 1040 or 1040-SR, line 10, or Form 1040-NR, line 10a . . . . . | **26** | |

**BAA**        REV 07/07/22 PRO        Schedule 1 (Form 1040) 2021

## DEPOSITION DOCUMENTS OO1817

| SCHEDULE 2<br>(Form 1040) | Additional Taxes | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | ▶ Attach to Form 1040, 1040-SR, or 1040-NR.<br>▶ Go to *www.irs.gov/Form1040* for instructions and the latest information. | 20**21**<br>Attachment<br>Sequence No. **02** |

| Name(s) shown on Form 1040, 1040-SR, or 1040-NR | Your social security number |
|---|---|
| Avrumi Lubin | 4839 |

## Part I  Tax

| | | | |
|---|---|---|---|
| 1 | Alternative minimum tax. Attach Form 6251 . . . . . . . . . . . . . . . . | 1 | |
| 2 | Excess advance premium tax credit repayment. Attach Form 8962 . . . . . . . | 2 | |
| 3 | Add lines 1 and 2. Enter here and on Form 1040, 1040-SR, or 1040-NR, line 17 . . | 3 | |

## Part II  Other Taxes

| | | | | |
|---|---|---|---|---|
| 4 | Self-employment tax. Attach Schedule SE . . . . . . . . . . . . . . . . | | 4 | |
| 5 | Social security and Medicare tax on unreported tip income. Attach Form 4137 . . . . . . . . . . . . . . . . . | 5 | | |
| 6 | Uncollected social security and Medicare tax on wages. Attach Form 8919 . . . . . . . . . . . . . . . . | 6 | | |
| 7 | Total additional social security and Medicare tax. Add lines 5 and 6 . . . . . . | | 7 | |
| 8 | Additional tax on IRAs or other tax-favored accounts. Attach Form 5329 if required | | 8 | |
| 9 | Household employment taxes. Attach Schedule H . . . . . . . . . . . . | | 9 | |
| 10 | Repayment of first-time homebuyer credit. Attach Form 5405 if required . . . . . | | 10 | |
| 11 | Additional Medicare Tax. Attach Form 8959 . . . . . . . . . . . . . . | | 11 | 451. |
| 12 | Net investment income tax. Attach Form 8960 . . . . . . . . . . . . . . | | 12 | |
| 13 | Uncollected social security and Medicare or RRTA tax on tips or group-term life insurance from Form W-2, box 12 . . . . . . . . . . . . . . . . . | | 13 | |
| 14 | Interest on tax due on installment income from the sale of certain residential lots and timeshares . . . . . . . . . . . . . . . . . . . . . . | | 14 | |
| 15 | Interest on the deferred tax on gain from certain installment sales with a sales price over $150,000 . . . . . . . . . . . . . . . . . . . . . . | | 15 | |
| 16 | Recapture of low-income housing credit. Attach Form 8611 . . . . . . . . . . | | 16 | |

*(continued on page 2)*

For Paperwork Reduction Act Notice, see your tax return instructions.     Schedule 2 (Form 1040) 2021

**DEPOSITION DOCUMENTS OO1818**

DocuSign Envelope ID: E41422C9-F59D-4B5G-990F-73170E37AC9A

Schedule 2 (Form 1040) 2021                                                                                              Page **2**

| Part II | **Other Taxes** *(continued)* |
|---|---|

| | | | | |
|---|---|---|---|---|
| **17** | Other additional taxes: | | | |
| **a** | Recapture of other credits. List type, form number, and amount ▶ _____ | **17a** | | |
| **b** | Recapture of federal mortgage subsidy. If you sold your home in 2021, see instructions . . . . . . . . . . . . . | **17b** | | |
| **c** | Additional tax on HSA distributions. Attach Form 8889 . . . . | **17c** | | |
| **d** | Additional tax on an HSA because you didn't remain an eligible individual. Attach Form 8889 . . . . . . . . . . . . | **17d** | | |
| **e** | Additional tax on Archer MSA distributions. Attach Form 8853 . | **17e** | | |
| **f** | Additional tax on Medicare Advantage MSA distributions. Attach Form 8853 . . . . . . . . . . . . . . . | **17f** | | |
| **g** | Recapture of a charitable contribution deduction related to a fractional interest in tangible personal property . . . . . . . | **17g** | | |
| **h** | Income you received from a nonqualified deferred compensation plan that fails to meet the requirements of section 409A . . . | **17h** | | |
| **i** | Compensation you received from a nonqualified deferred compensation plan described in section 457A . . . . . . . | **17i** | | |
| **j** | Section 72(m)(5) excess benefits tax . . . . . . . . . . . | **17j** | | |
| **k** | Golden parachute payments . . . . . . . . . . . . . | **17k** | | |
| **l** | Tax on accumulation distribution of trusts . . . . . . . . | **17l** | | |
| **m** | Excise tax on insider stock compensation from an expatriated corporation . . . . . . . . . . . . . . . . . | **17m** | | |
| **n** | Look-back interest under section 167(g) or 460(b) from Form 8697 or 8866 . . . . . . . . . . . . . . . | **17n** | | |
| **o** | Tax on non-effectively connected income for any part of the year you were a nonresident alien from Form 1040-NR . . . . | **17o** | | |
| **p** | Any interest from Form 8621, line 16f, relating to distributions from, and dispositions of, stock of a section 1291 fund . . . . | **17p** | | |
| **q** | Any interest from Form 8621, line 24 . . . . . . . . . . | **17q** | | |
| **z** | Any other taxes. List type and amount ▶ _____ | **17z** | | |
| **18** | Total additional taxes. Add lines 17a through 17z . . . . . . . . . . . . . . | | **18** | |
| **19** | Additional tax from Schedule 8812 . . . . . . . . . . . . . . . . . . | | **19** | |
| **20** | Section 965 net tax liability installment from Form 965-A . . . | **20** | | |
| **21** | Add lines 4, 7 through 16, 18, and 19. These are your **total other taxes.** Enter here and on Form 1040 or 1040-SR, line 23, or Form 1040-NR, line 23b . . . . . . . | | **21** | 451. |

**BAA**                          REV 07/07/22 PRO                          Schedule 2 (Form 1040) 2021

DEPOSITION DOCUMENTS OO1819

| SCHEDULE A (Form 1040) | Itemized Deductions | OMB No. 1545-0074 |
|---|---|---|

**SCHEDULE A**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service (99)

**Itemized Deductions**

▶ Go to *www.irs.gov/ScheduleA* for instructions and the latest information.
▶ Attach to Form 1040 or 1040-SR.

**Caution:** If you are claiming a net qualified disaster loss on Form 4684, see the instructions for line 16.

OMB No. 1545-0074

2021

Attachment
Sequence No. **07**

Name(s) shown on Form 1040 or 1040-SR

Avrumi Lubin

Your social security number

4839

| | | | | |
|---|---|---|---|---|
| **Medical and Dental Expenses** | **Caution:** Do not include expenses reimbursed or paid by others. | | | |
| | 1 Medical and dental expenses (see instructions) | 1 | | |
| | 2 Enter amount from Form 1040 or 1040-SR, line 11   **2** | | | |
| | 3 Multiply line 2 by 7.5% (0.075) | 3 | | |
| | 4 Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | | 4 | |
| **Taxes You Paid** | 5 State and local taxes. | | | |
| | a State and local income taxes or general sales taxes. You may include either income taxes or general sales taxes on line 5a, but not both. If you elect to include general sales taxes instead of income taxes, check this box   ▶ ☐ | 5a | 128,390. | |
| | b State and local real estate taxes (see instructions) | 5b | | |
| | c State and local personal property taxes | 5c | | |
| | d Add lines 5a through 5c | 5d | 128,390. | |
| | e Enter the smaller of line 5d or $10,000 ($5,000 if married filing separately) | 5e | 10,000. | |
| | 6 Other taxes. List type and amount ▶ -------------------- | | | |
| | | 6 | | |
| | 7 Add lines 5e and 6 | | 7 | 10,000. |
| **Interest You Paid** **Caution:** Your mortgage interest deduction may be limited (see instructions). | 8 Home mortgage interest and points. If you didn't use all of your home mortgage loan(s) to buy, build, or improve your home, see instructions and check this box   ▶ ☐ | | | |
| | a Home mortgage interest and points reported to you on Form 1098. See instructions if limited | 8a | | |
| | b Home mortgage interest not reported to you on Form 1098. See instructions if limited. If paid to the person from whom you bought the home, see instructions and show that person's name, identifying no., and address ▶ ----------------- | 8b | | |
| | c Points not reported to you on Form 1098. See instructions for special rules | 8c | | |
| | d Mortgage insurance premiums (see instructions) | 8d | | |
| | e Add lines 8a through 8d | 8e | | |
| | 9 Investment interest. Attach Form 4952 if required. See instructions | 9 | | |
| | 10 Add lines 8e and 9 | | 10 | |
| **Gifts to Charity** **Caution:** If you made a gift and got a benefit for it, see instructions. | 11 Gifts by cash or check. If you made any gift of $250 or more, see instructions | 11 | 0. | |
| | 12 Other than by cash or check. If you made any gift of $250 or more, see instructions. You **must** attach Form 8283 if over $500. | 12 | | |
| | 13 Carryover from prior year | 13 | | |
| | 14 Add lines 11 through 13 | Limited | 14 | |
| **Casualty and Theft Losses** | 15 Casualty and theft loss(es) from a federally declared disaster (other than net qualified disaster losses). Attach Form 4684 and enter the amount from line 18 of that form. See instructions | | 15 | |
| **Other Itemized Deductions** | 16 Other—from list in instructions. List type and amount ▶ -------------------- | | 16 | |
| **Total Itemized Deductions** | 17 Add the amounts in the far right column for lines 4 through 16. Also, enter this amount on Form 1040 or 1040-SR, line 12a | | 17 | 10,000. |
| | 18 If you elect to itemize deductions even though they are less than your standard deduction, check this box   ▶ ☒ | | | |

For Paperwork Reduction Act Notice, see the Instructions for Forms 1040 and 1040-SR. **BAA**   REV 07/07/22 PRO

Schedule A (Form 1040) 2021

**DEPOSITION DOCUMENTS OO1820**

| **SCHEDULE B** (Form 1040) | **Interest and Ordinary Dividends** | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | ▶ Go to *www.irs.gov/ScheduleB* for instructions and the latest information. ▶ Attach to Form 1040 or 1040-SR. | **2021** Attachment Sequence No. **08** |

| Name(s) shown on return | Your social security number |
|---|---|
| Avrumi Lubin | ▮▮▮▮ 4839 |

## Part I
### Interest

(See instructions and the Instructions for Form 1040, line 2b.)

**Note:** If you received a Form 1099-INT, Form 1099-OID, or substitute statement from a brokerage firm, list the firm's name as the payer and enter the total interest shown on that form.

| | | Amount |
|---|---|---|
| **1** | List name of payer. If any interest is from a seller-financed mortgage and the buyer used the property as a personal residence, see the instructions and list this interest first. Also, show that buyer's social security number and address ▶ MERRILL LYNCH, PIERCE, FENNER & SMITH INC | **1** 56. |
| **2** | Add the amounts on line 1 . . . . . . . . . . . . . | **2** 56. |
| **3** | Excludable interest on series EE and I U.S. savings bonds issued after 1989. Attach Form 8815 . . . . . . . . . . . . | **3** |
| **4** | Subtract line 3 from line 2. Enter the result here and on Form 1040 or 1040-SR, line 2b . . . . . . . . . . . . . . . ▶ | **4** 56. |

**Note:** If line 4 is over $1,500, you must complete Part III.

## Part II
### Ordinary Dividends

(See instructions and the Instructions for Form 1040, line 3b.)

**Note:** If you received a Form 1099-DIV or substitute statement from a brokerage firm, list the firm's name as the payer and enter the ordinary dividends shown on that form.

| | | Amount |
|---|---|---|
| **5** | List name of payer ▶   MERRILL LYNCH, PIERCE, FENNER & SMITH INC | **5** 8,076. |
| **6** | Add the amounts on line 5. Enter the total here and on Form 1040 or 1040-SR, line 3b . . . . . . . . . . . . . . . ▶ | **6** 8,076. |

**Note:** If line 6 is over $1,500, you must complete Part III.

## Part III
### Foreign Accounts and Trusts

**Caution:** If required, failure to file FinCEN Form 114 may result in substantial penalties. See instructions.

You must complete this part if you **(a)** had over $1,500 of taxable interest or ordinary dividends; **(b)** had a foreign account; or **(c)** received a distribution from, or were a grantor of, or a transferor to, a foreign trust.

| | | Yes | No |
|---|---|---|---|
| **7a** | At any time during 2021, did you have a financial interest in or signature authority over a financial account (such as a bank account, securities account, or brokerage account) located in a foreign country? See instructions . . . . . . . . . . . . | | × |
| | If "Yes," are you required to file FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR), to report that financial interest or signature authority? See FinCEN Form 114 and its instructions for filing requirements and exceptions to those requirements . . . . . | | |
| **b** | If you are required to file FinCEN Form 114, enter the name of the foreign country where the financial account is located ▶ | | |
| **8** | During 2021, did you receive a distribution from, or were you the grantor of, or transferor to, a foreign trust? If "Yes," you may have to file Form 3520. See instructions . . . . . . | | × |

DEPOSITION DOCUMENTS 001821

For Paperwork Reduction Act Notice, see your tax return instructions.   BAA   REV 07/07/22 PRO   Schedule B (Form 1040) 2021

**SCHEDULE D**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service (99)

# Capital Gains and Losses

▶ **Attach to Form 1040, 1040-SR, or 1040-NR.**
▶ **Go to** *www.irs.gov/ScheduleD* **for instructions and the latest information.**
▶ **Use Form 8949 to list your transactions for lines 1b, 2, 3, 8b, 9, and 10.**

OMB No. 1545-0074

**2021**

Attachment
Sequence No. **12**

| Name(s) shown on return | Your social security number |
|---|---|
| Avrumi Lubin | 4839 |

Did you dispose of any investment(s) in a qualified opportunity fund during the tax year?  ☐ Yes  ☒ No
If "Yes," attach Form 8949 and see its instructions for additional requirements for reporting your gain or loss.

**Part I    Short-Term Capital Gains and Losses—Generally Assets Held One Year or Less** (see instructions)

| See instructions for how to figure the amounts to enter on the lines below.<br><br>This form may be easier to complete if you round off cents to whole dollars. | **(d)** Proceeds (sales price) | **(e)** Cost (or other basis) | **(g)** Adjustments to gain or loss from Form(s) 8949, Part I, line 2, column (g) | **(h) Gain or (loss)** Subtract column (e) from column (d) and combine the result with column (g) |
|---|---|---|---|---|
| **1a** Totals for all short-term transactions reported on Form 1099-B for which basis was reported to the IRS and for which you have no adjustments (see instructions). However, if you choose to report all these transactions on Form 8949, leave this line blank and go to line 1b  . | | | | |
| **1b** Totals for all transactions reported on Form(s) 8949 with **Box A** checked  . . . . . . . . . . . | 965,124. | 991,952. | 2,943. | −23,885. |
| **2** Totals for all transactions reported on Form(s) 8949 with **Box B** checked  . . . . . . . . . . . | | | | |
| **3** Totals for all transactions reported on Form(s) 8949 with **Box C** checked  . . . . . . . . . . . | | | | |

| | | | |
|---|---|---|---|
| **4** Short-term gain from Form 6252 and short-term gain or (loss) from Forms 4684, 6781, and 8824  . . | **4** | | |
| **5** Net short-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1  . . . . . . . . . . . . . . . . . . . . . . . . . . . | **5** | | |
| **6** Short-term capital loss carryover. Enter the amount, if any, from line 8 of your **Capital Loss Carryover Worksheet** in the instructions  . . . . . . . . . . . . . . . . . . . . | **6** | ( | ) |
| **7** **Net short-term capital gain or (loss).** Combine lines 1a through 6 in column (h). If you have any long-term capital gains or losses, go to Part II below. Otherwise, go to Part III on the back  . . . . . . | **7** | | −23,885. |

**Part II    Long-Term Capital Gains and Losses—Generally Assets Held More Than One Year** (see instructions)

| See instructions for how to figure the amounts to enter on the lines below.<br><br>This form may be easier to complete if you round off cents to whole dollars. | **(d)** Proceeds (sales price) | **(e)** Cost (or other basis) | **(g)** Adjustments to gain or loss from Form(s) 8949, Part II, line 2, column (g) | **(h) Gain or (loss)** Subtract column (e) from column (d) and combine the result with column (g) |
|---|---|---|---|---|
| **8a** Totals for all long-term transactions reported on Form 1099-B for which basis was reported to the IRS and for which you have no adjustments (see instructions). However, if you choose to report all these transactions on Form 8949, leave this line blank and go to line 8b  . | | | | |
| **8b** Totals for all transactions reported on Form(s) 8949 with **Box D** checked  . . . . . . . . . . . | | | | |
| **9** Totals for all transactions reported on Form(s) 8949 with **Box E** checked  . . . . . . . . . . . | | | | |
| **10** Totals for all transactions reported on Form(s) 8949 with **Box F** checked.  . . . . . . . . . . . | | | | |

| | | | |
|---|---|---|---|
| **11** Gain from Form 4797, Part I; long-term gain from Forms 2439 and 6252; and long-term gain or (loss) from Forms 4684, 6781, and 8824  . . . . . . . . . . . . . . . . . . . . . . . . | **11** | | |
| **12** Net long-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 | **12** | | |
| **13** Capital gain distributions. See the instructions  . . . . . . . . . . . . . . . . . . . | **13** | | 501. |
| **14** Long-term capital loss carryover. Enter the amount, if any, from line 13 of your **Capital Loss Carryover Worksheet** in the instructions  . . . . . . . . . . . . . . . . . . . . | **14** | ( | ) |
| **15** **Net long-term capital gain or (loss).** Combine lines 8a through 14 in column (h). Then, go to Part III on the back  . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **15** | | 501. |

For Paperwork Reduction Act Notice, see your tax return instructions.   **BAA**   REV 07/07/22 PRO   **Schedule D (Form 1040) 2021**

**DEPOSITION DOCUMENTS OO1822**

| Part III | Summary |
|---|---|

**16** Combine lines 7 and 15 and enter the result . . . . . . . . . . . . . . . . . . . . . . . . . .   **16**   −23,384.

- If line 16 is a **gain,** enter the amount from line 16 on Form 1040, 1040-SR, or 1040-NR, line 7. Then, go to line 17 below.
- If line 16 is a **loss,** skip lines 17 through 20 below. Then, go to line 21. Also be sure to complete line 22.
- If line 16 is **zero,** skip lines 17 through 21 below and enter -0- on Form 1040, 1040-SR, or 1040-NR, line 7. Then, go to line 22.

**17** Are lines 15 and 16 **both** gains?
☐ **Yes.** Go to line 18.
☐ **No.** Skip lines 18 through 21, and go to line 22.

**18** If you are required to complete the **28% Rate Gain Worksheet** (see instructions), enter the amount, if any, from line 7 of that worksheet . . . . . . . . . . . . . . . . . . . ▶   **18**

**19** If you are required to complete the **Unrecaptured Section 1250 Gain Worksheet** (see instructions), enter the amount, if any, from line 18 of that worksheet . . . . . . . . . ▶   **19**

**20** Are lines 18 and 19 both zero or blank and are you not filing Form 4952?
☐ **Yes.** Complete the **Qualified Dividends and Capital Gain Tax Worksheet** in the instructions for Forms 1040 and 1040-SR, line 16. **Don't** complete lines 21 and 22 below.

☐ **No.** Complete the **Schedule D Tax Worksheet** in the instructions. **Don't** complete lines 21 and 22 below.

**21** If line 16 is a loss, enter here and on Form 1040, 1040-SR, or 1040-NR, line 7, the **smaller** of:

- The loss on line 16; or
- ($3,000), or if married filing separately, ($1,500)    . . . . . . . . . . . . . . . . . .   **21** (     3,000. )

**Note:** When figuring which amount is smaller, treat both amounts as positive numbers.

**22** Do you have qualified dividends on Form 1040, 1040-SR, or 1040-NR, line 3a?

☒ **Yes.** Complete the **Qualified Dividends and Capital Gain Tax Worksheet** in the instructions for Forms 1040 and 1040-SR, line 16.

☐ **No.** Complete the rest of Form 1040, 1040-SR, or 1040-NR.

REV 07/07/22 PRO    **Schedule D (Form 1040) 2021**

**DEPOSITION DOCUMENTS OO1823**

| Form **8949** | **Sales and Other Dispositions of Capital Assets** | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | ▶ Go to *www.irs.gov/Form8949* for instructions and the latest information.<br>▶ File with your Schedule D to list your transactions for lines 1b, 2, 3, 8b, 9, and 10 of Schedule D. | **20****21**<br>Attachment<br>Sequence No. **12A** |

| Name(s) shown on return | Social security number or taxpayer identification number |
|---|---|
| Avrumi Lubin | 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        4839 |

*Before you check Box A, B, or C below, see whether you received any Form(s) 1099-B or substitute statement(s) from your broker. A substitute statement will have the same information as Form 1099-B. Either will show whether your basis (usually your cost) was reported to the IRS by your broker and may even tell you which box to check.*

**Part I** — **Short-Term.** Transactions involving capital assets you held 1 year or less are generally short-term (see instructions). For long-term transactions, see page 2.

**Note:** You may aggregate all short-term transactions reported on Form(s) 1099-B showing basis was reported to the IRS and for which no adjustments or codes are required. Enter the totals directly on Schedule D, line 1a; you aren't required to report these transactions on Form 8949 (see instructions).

**You *must* check Box A, B, *or* C below. Check only one box.** If more than one box applies for your short-term transactions, complete a separate Form 8949, page 1, for each applicable box. If you have more short-term transactions than will fit on this page for one or more of the boxes, complete as many forms with the same box checked as you need.

- ☒ **(A)** Short-term transactions reported on Form(s) 1099-B showing basis was reported to the IRS (see **Note** above)
- ☐ **(B)** Short-term transactions reported on Form(s) 1099-B showing basis **wasn't** reported to the IRS
- ☐ **(C)** Short-term transactions not reported to you on Form 1099-B

**1**

| (a)<br>Description of property<br>(Example: 100 sh. XYZ Co.) | (b)<br>Date acquired<br>(Mo., day, yr.) | (c)<br>Date sold or<br>disposed of<br>(Mo., day, yr.) | (d)<br>Proceeds<br>(sales price)<br>(see instructions) | (e)<br>Cost or other basis.<br>See the **Note** below<br>and see *Column (e)*<br>in the separate<br>instructions | (f)<br>Code(s) from<br>instructions | (g)<br>Amount of<br>adjustment | (h)<br>Gain or (loss).<br>Subtract column (e)<br>from column (d) and<br>combine the result<br>with column (g) |
|---|---|---|---|---|---|---|---|
| MERRILL LYNCH, PIERCE, FENNER & SMITH INC | Various | 12/31/21 | 965,124. | 991,952. | W | 2,943. | -23,885. |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| **2 Totals.** Add the amounts in columns (d), (e), (g), and (h) (subtract negative amounts). Enter each total here and include on your Schedule D, **line 1b** (if **Box A** above is checked), **line 2** (if **Box B** above is checked), or **line 3** (if **Box C** above is checked) ▶ | | | 965,124. | 991,952. | | 2,943. | -23,885. |

**Note:** If you checked Box A above but the basis reported to the IRS was incorrect, enter in column (e) the basis as reported to the IRS, and enter an adjustment in column (g) to correct the basis. See *Column (g)* in the separate instructions for how to figure the amount of the adjustment.

**DEPOSITION DOCUMENTS 001824**

For Paperwork Reduction Act Notice, see your tax return instructions.    BAA        REV 07/07/22 PRO        Form **8949** (2021)

Schedule E (Form 1040) 2021        Attachment Sequence No. **13**        Page **2**

| Name(s) shown on return. Do not enter name and social security number if shown on other side. | Your social security number |
|---|---|
| Avrumi Lubin | 4839 |

**Caution:** The IRS compares amounts reported on your tax return with amounts shown on Schedule(s) K-1.

**Part II**    **Income or Loss From Partnerships and S Corporations — Note:** If you report a loss, receive a distribution, dispose of stock, or receive a loan repayment from an S corporation, you **must** check the box in column **(e)** on line 28 and attach the required basis computation. If you report a loss from an at-risk activity for which any amount is **not** at risk, you **must** check the box in column **(f)** on line 28 and attach **Form 6198**. See instructions.

27 Are you reporting any loss not allowed in a prior year due to the at-risk or basis limitations, a prior year unallowed loss from a passive activity (if that loss was not reported on Form 8582), or unreimbursed partnership expenses? If you answered "Yes," see instructions before completing this section . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☒ No

| 28 | (a) Name | (b) Enter P for partnership; S for S corporation | (c) Check if foreign partnership | (d) Employer identification number | (e) Check if basis computation is required | (f) Check if any amount is not at risk |
|---|---|---|---|---|---|---|
| A | 3010 Clarendon Holdings LLC | P | ☐ | 84-3984161 | ☐ | ☐ |
| B | 472 E48 Holdings LLC | P | ☐ | 87-0969128 | ☐ | ☐ |
| C | 1519 Lincoln Holdings LLC | P | ☐ | 86-3625301 | ☐ | ☐ |
| D | Spin Capital LLC | S | ☐ | 83-3784343 | ☐ | ☐ |

| | Passive Income and Loss | | Nonpassive Income and Loss | | |
|---|---|---|---|---|---|
| | (g) Passive loss allowed (attach Form 8582 if required) | (h) Passive income from Schedule K-1 | (i) Nonpassive loss allowed (see Schedule K-1) | (j) Section 179 expense deduction from Form 4562 | (k) Nonpassive income from Schedule K-1 |
| A | | 0. | | | |
| B | | 0. | | | |
| C | | 0. | | | |
| D | | | 3,814,760. | | |
| 29a Totals | | | | | |
| b Totals | | 0. | 3,814,760. | | |

| 30 | Add columns (h) and (k) of line 29a. . . . . . . . . . . . . . . . . . . . | 30 | |
|---|---|---|---|
| 31 | Add columns (g), (i), and (j) of line 29b. . . . . . . . . . . . . . . . . . . | 31 | ( 3,814,760. ) |
| 32 | **Total partnership and S corporation income or (loss).** Combine lines 30 and 31 . . . . | 32 | −3,814,760. |

**Part III**    **Income or Loss From Estates and Trusts**

| 33 | (a) Name | (b) Employer identification number |
|---|---|---|
| A | | |
| B | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | |
|---|---|---|---|---|
| | (c) Passive deduction or loss allowed (attach Form 8582 if required) | (d) Passive income from Schedule K-1 | (e) Deduction or loss from Schedule K-1 | (f) Other income from Schedule K-1 |
| A | | | | |
| B | | | | |
| 34a Totals | | | | |
| b Totals | | | | |

| 35 | Add columns (d) and (f) of line 34a. . . . . . . . . . . . . . . . . . . | 35 | |
|---|---|---|---|
| 36 | Add columns (c) and (e) of line 34b. . . . . . . . . . . . . . . . . . . | 36 | ( ) |
| 37 | **Total estate and trust income or (loss).** Combine lines 35 and 36 . . . . . . . . . | 37 | |

**Part IV**    **Income or Loss From Real Estate Mortgage Investment Conduits (REMICs)—Residual Holder**

| 38 | (a) Name | (b) Employer identification number | (c) Excess inclusion from Schedules Q, line 2c (see instructions) | (d) Taxable income (net loss) from Schedules Q, line 1b | (e) Income from Schedules Q, line 3b |
|---|---|---|---|---|---|
| | | | | | |

| 39 | Combine columns (d) and (e) only. Enter the result here and include in the total on line 41 below | 39 | |
|---|---|---|---|

**Part V**    **Summary**

| 40 | Net farm rental income or (loss) from **Form 4835**. Also, complete line 42 below . . . . . . | 40 | |
|---|---|---|---|
| 41 | **Total income or (loss).** Combine lines 26, 32, 37, 39, and 40. Enter the result here and on Schedule 1 (Form 1040), line 5 ▶ | 41 | −3,814,760. |

42 **Reconciliation of farming and fishing income.** Enter your **gross** farming and fishing income reported on Form 4835, line 7; Schedule K-1 (Form 1065), box 14, code B; Schedule K-1 (Form 1120-S), box 17, code AD; and Schedule K-1 (Form 1041), box 14, code F. See instructions . .    **42**

43 **Reconciliation for real estate professionals.** If you were a real estate professional (see instructions), enter the net income or (loss) you reported anywhere on Form 1040, Form 1040-SR, or Form 1040-NR from all rental real estate activities in which you materially participated under the passive activity loss rules . **43**

DEPOSITION DOCUMENTS 001825

REV 07/07/22 PRO        Schedule E (Form 1040) 2021

DocuSign Envelope ID: E41422C9-F59D-4B5G-990F-73170E37AC9A

Form **8995**

Department of the Treasury
Internal Revenue Service

## Qualified Business Income Deduction
## Simplified Computation

▶ Attach to your tax return.

▶ Go to *www.irs.gov/Form8995* for instructions and the latest information.

OMB No. 1545-2294

**2021**

Attachment
Sequence No. **55**

Name(s) shown on return

Avrumi Lubin

Your taxpayer identification number

4839

**Note.** *You can claim the qualified business income deduction only if you have qualified business income from a qualified trade or business, real estate investment trust dividends, publicly traded partnership income, or a domestic production activities deduction passed through from an agricultural or horticultural cooperative. See instructions.*

*Use this form if your taxable income, before your qualified business income deduction, is at or below $164,900 ($164,925 if married filing separately; $329,800 if married filing jointly), and you aren't a patron of an agricultural or horticultural cooperative.*

| 1 | (a) Trade, business, or aggregation name | (b) Taxpayer identification number | (c) Qualified business income or (loss) |
|---|---|---|---|
| i | 3010 Clarendon Holdings LLC | 84-3984161 | 0. |
| ii | 472 E48 Holdings LLC | 87-0969128 | 0. |
| iii | 1519 Lincoln Holdings LLC | 86-3625301 | 0. |
| iv | Spin Capital LLC | 83-3784343 | -3,814,760. |
| v | | | |

| | | | | |
|---|---|---|---|---|
| 2 | Total qualified business income or (loss). Combine lines 1i through 1v, column (c) | **2** | -3,814,760. | |
| 3 | Qualified business net (loss) carryforward from the prior year | **3** | ( ) | |
| 4 | Total qualified business income. Combine lines 2 and 3. If zero or less, enter -0- | **4** | 0. | |
| 5 | Qualified business income component. Multiply line 4 by 20% (0.20) | | | **5** 0. |
| 6 | Qualified REIT dividends and publicly traded partnership (PTP) income or (loss) (see instructions) | **6** | | |
| 7 | Qualified REIT dividends and qualified PTP (loss) carryforward from the prior year | **7** | ( ) | |
| 8 | Total qualified REIT dividends and PTP income. Combine lines 6 and 7. If zero or less, enter -0- | **8** | | |
| 9 | REIT and PTP component. Multiply line 8 by 20% (0.20) | | | **9** |
| 10 | Qualified business income deduction before the income limitation. Add lines 5 and 9 | | | **10** 0. |
| 11 | Taxable income before qualified business income deduction (see instructions) | **11** | 0. | |
| 12 | Net capital gain (see instructions) | **12** | 5,172. | |
| 13 | Subtract line 12 from line 11. If zero or less, enter -0- | **13** | 0. | |
| 14 | Income limitation. Multiply line 13 by 20% (0.20) | | | **14** 0. |
| 15 | Qualified business income deduction. Enter the smaller of line 10 or line 14. Also enter this amount on the applicable line of your return (see instructions) ▶ | | | **15** 0. |
| 16 | Total qualified business (loss) carryforward. Combine lines 2 and 3. If greater than zero, enter -0- | | | **16** ( 3,814,760. ) |
| 17 | Total qualified REIT dividends and PTP (loss) carryforward. Combine lines 6 and 7. If greater than zero, enter -0- | | | **17** ( 0. ) |

For Privacy Act and Paperwork Reduction Act Notice, see instructions.    REV 07/07/22 PRO    Form **8995** (2021)

**DEPOSITION DOCUMENTS OO1826**

| Form **8959** | **Additional Medicare Tax** | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | ▶ If any line does not apply to you, leave it blank. See separate instructions.<br>▶ Attach to Form 1040, 1040-SR, 1040-NR, 1040-PR, or 1040-SS.<br>▶ Go to *www.irs.gov/Form8959* for instructions and the latest information. | **2021**<br>Attachment Sequence No. **71** |

Name(s) shown on return: Avrumi Lubin

Your social security number: 4839

### Part I  Additional Medicare Tax on Medicare Wages

| | | | |
|---|---|---|---|
| 1 | Medicare wages and tips from Form W-2, box 5. If you have more than one Form W-2, enter the total of the amounts from box 5 | **1** | 250,100. |
| 2 | Unreported tips from Form 4137, line 6 | **2** | |
| 3 | Wages from Form 8919, line 6 | **3** | |
| 4 | Add lines 1 through 3 | **4** | 250,100. |
| 5 | Enter the following amount for your filing status:<br>Married filing jointly . . . $250,000<br>Married filing separately . . . $125,000<br>Single, Head of household, or Qualifying widow(er) . . . $200,000 | **5** | 200,000. |
| 6 | Subtract line 5 from line 4. If zero or less, enter -0- | **6** | 50,100. |
| 7 | Additional Medicare Tax on Medicare wages. Multiply line 6 by 0.9% (0.009). Enter here and go to Part II | **7** | 451. |

### Part II  Additional Medicare Tax on Self-Employment Income

| | | | |
|---|---|---|---|
| 8 | Self-employment income from Schedule SE (Form 1040), Part I, line 6. If you had a loss, enter -0- (Form 1040-PR or 1040-SS filers, see instructions.) | **8** | |
| 9 | Enter the following amount for your filing status:<br>Married filing jointly . . . $250,000<br>Married filing separately . . . $125,000<br>Single, Head of household, or Qualifying widow(er) . . . $200,000 | **9** | |
| 10 | Enter the amount from line 4 | **10** | |
| 11 | Subtract line 10 from line 9. If zero or less, enter -0- | **11** | |
| 12 | Subtract line 11 from line 8. If zero or less, enter -0- | **12** | |
| 13 | Additional Medicare Tax on self-employment income. Multiply line 12 by 0.9% (0.009). Enter here and go to Part III | **13** | |

### Part III  Additional Medicare Tax on Railroad Retirement Tax Act (RRTA) Compensation

| | | | |
|---|---|---|---|
| 14 | Railroad retirement (RRTA) compensation and tips from Form(s) W-2, box 14 (see instructions) | **14** | |
| 15 | Enter the following amount for your filing status:<br>Married filing jointly . . . $250,000<br>Married filing separately . . . $125,000<br>Single, Head of household, or Qualifying widow(er) . . . $200,000 | **15** | |
| 16 | Subtract line 15 from line 14. If zero or less, enter -0- | **16** | |
| 17 | Additional Medicare Tax on railroad retirement (RRTA) compensation. Multiply line 16 by 0.9% (0.009). Enter here and go to Part IV | **17** | |

### Part IV  Total Additional Medicare Tax

| | | | |
|---|---|---|---|
| 18 | Add lines 7, 13, and 17. Also include this amount on Schedule 2 (Form 1040), line 11 (Form 1040-PR or 1040-SS filers, see instructions), and go to Part V | **18** | 451. |

### Part V  Withholding Reconciliation

| | | | |
|---|---|---|---|
| 19 | Medicare tax withheld from Form W-2, box 6. If you have more than one Form W-2, enter the total of the amounts from box 6 | **19** | 4,077. |
| 20 | Enter the amount from line 1 | **20** | 250,100. |
| 21 | Multiply line 20 by 1.45% (0.0145). This is your regular Medicare tax withholding on Medicare wages | **21** | 3,626. |
| 22 | Subtract line 21 from line 19. If zero or less, enter -0-. This is your Additional Medicare Tax withholding on Medicare wages | **22** | 451. |
| 23 | Additional Medicare Tax withholding on railroad retirement (RRTA) compensation from Form W-2, box 14 (see instructions) | **23** | |
| 24 | **Total Additional Medicare Tax withholding.** Add lines 22 and 23. Also include this amount with federal income tax withholding on Form 1040, 1040-SR, or 1040-NR, line 25c (Form 1040-PR or 1040-SS filers, see instructions) | **24** | 451. |

For Paperwork Reduction Act Notice, see your tax return instructions.   BAA   REV 07/07/22 PRO   Form **8959** (2021)

**DEPOSITION DOCUMENTS OO1827**

**Form 8582**

Department of the Treasury
Internal Revenue Service (99)

## Passive Activity Loss Limitations

▶ See separate instructions.
▶ Attach to Form 1040, 1040-SR, or 1041.
▶ Go to *www.irs.gov/Form8582* for instructions and the latest information.

OMB No. 1545-1008

**2021**

Attachment
Sequence No. **858**

Name(s) shown on return: Avrumi Lubin

Identifying number: 4839

### Part I    2021 Passive Activity Loss

**Caution:** Complete Parts IV and V before completing Part I.

**Rental Real Estate Activities With Active Participation** (For the definition of active participation, see *Special Allowance for Rental Real Estate Activities* in the instructions.)

| | | | |
|---|---|---|---|
| 1a | Activities with net income (enter the amount from Part IV, column (a)) . . . | 1a | |
| b | Activities with net loss (enter the amount from Part IV, column (b)) . . . . | 1b ( | ) |
| c | Prior years' unallowed losses (enter the amount from Part IV, column (c)) . . | 1c ( | ) |
| d | Combine lines 1a, 1b, and 1c . . . . . . . . . . . . . . . . . . . | 1d | |

**All Other Passive Activities**

| | | | |
|---|---|---|---|
| 2a | Activities with net income (enter the amount from Part V, column (a)) . . . | 2a | 0. |
| b | Activities with net loss (enter the amount from Part V, column (b)) . . . . | 2b ( | −13,858. ) |
| c | Prior years' unallowed losses (enter the amount from Part V, column (c)) . . | 2c ( | −7,805. ) |
| d | Combine lines 2a, 2b, and 2c . . . . . . . . . . . . . . . . . . | 2d | −21,663. |

3   Combine lines 1d and 2d. If this line is zero or more, stop here and include this form with your return; all losses are allowed, including any prior year unallowed losses entered on line 1c or 2c. Report the losses on the forms and schedules normally used   . . . . . . . . . . . . . . . . . . .   **3**   −21,663.

If line 3 is a loss and:   • Line 1d is a loss, go to Part II.
• Line 2d is a loss (and line 1d is zero or more), skip Part II and go to line 10.

**Caution:** If your filing status is married filing separately and you lived with your spouse at any time during the year, **do not** complete Part II. Instead, go to line 10.

### Part II    Special Allowance for Rental Real Estate Activities With Active Participation

**Note:** Enter all numbers in Part II as positive amounts. See instructions for an example.

| | | | |
|---|---|---|---|
| 4 | Enter the **smaller** of the loss on line 1d or the loss on line 3 . . . . . . . . . . . . . . . | 4 | |
| 5 | Enter $150,000. If married filing separately, see instructions . . . . . . | 5 | |
| 6 | Enter modified adjusted gross income, but not less than zero. See instructions | 6 | |
| | **Note:** If line 6 is greater than or equal to line 5, skip lines 7 and 8 and enter -0- on line 9. Otherwise, go to line 7. | | |
| 7 | Subtract line 6 from line 5 . . . . . . . . . . . . . . . . | 7 | |
| 8 | Multiply line 7 by 50% (0.50). **Do not** enter more than $25,000. If married filing separately, see instructions | 8 | |
| 9 | Enter the **smaller** of line 4 or line 8 . . . . . . . . . . . . . . . . . . . . . . | 9 | 0. |

### Part III    Total Losses Allowed

| | | | |
|---|---|---|---|
| 10 | Add the income, if any, on lines 1a and 2a and enter the total . . . . . . . . . . . . . . . | 10 | 0. |
| 11 | **Total losses allowed from all passive activities for 2021.** Add lines 9 and 10. See instructions to find out how to report the losses on your tax return   . . . . . . . . . . . . . . . . . . . | 11 | 0. |

### Part IV    Complete This Part Before Part I, Lines 1a, 1b, and 1c. See instructions.

| Name of activity | Current year | | Prior years | Overall gain or loss | |
|---|---|---|---|---|---|
| | **(a)** Net income (line 1a) | **(b)** Net loss (line 1b) | **(c)** Unallowed loss (line 1c) | **(d)** Gain | **(e)** Loss |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Total.** Enter on Part I, lines 1a, 1b, and 1c ▶

For Paperwork Reduction Act Notice, see instructions.          **BAA**          REV 07/07/22 PRO          Form **8582** (2021)

**DEPOSITION DOCUMENTS OO1828**

DocuSign Envelope ID: E41422C9-F59D-4B5C-990F-73170E37AC9A

Form 8582 (2021)

Page **2**

### Part V — Complete This Part Before Part I, Lines 2a, 2b, and 2c. See instructions.

| Name of activity | Current year (a) Net income (line 2a) | Current year (b) Net loss (line 2b) | Prior years (c) Unallowed loss (line 2c) | Overall gain or loss (d) Gain | Overall gain or loss (e) Loss |
|---|---|---|---|---|---|
| 3010 Clarendon Holdings LLC | 0. | 4,952. | 7,805. | | 12,757. |
| 472 E48 Holdings LLC | 0. | 8,302. | | | 8,302. |
| 1519 Lincoln Holdings LLC | 0. | 604. | | | 604. |
| | | | | | |
| | | | | | |
| **Total. Enter on Part I, lines 2a, 2b, and 2c ▶** | 0. | 13,858. | 7,805. | | |

### Part VI — Use This Part if an Amount Is Shown on Part II, Line 9. See instructions.

| Name of activity | Form or schedule and line number to be reported on (see instructions) | (a) Loss | (b) Ratio | (c) Special allowance | (d) Subtract column (c) from column (a). |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **Total** . . . . . . . . . . . . . . . . . . . . . ▶ | | | 1.00 | | |

### Part VII — Allocation of Unallowed Losses. See instructions.

| Name of activity | Form or schedule and line number to be reported on (see instructions) | (a) Loss | (b) Ratio | (c) Unallowed loss |
|---|---|---|---|---|
| 3010 Clarendon Holdings LLC | E Ln 28A | 12,757. | 0.58888427 | 12,757. |
| 472 E48 Holdings LLC | E Ln 28B | 8,302. | 0.38323409 | 8,302. |
| 1519 Lincoln Holdings LLC | E Ln 28C | 604. | 0.02788164 | 604. |
| | | | | |
| | | | | |
| **Total** . . . . . . . . . . . . . . . . . . . . . ▶ | | 21,663. | **1.00** | 21,663. |

### Part VIII — Allowed Losses. See instructions.

| Name of activity | Form or schedule and line number to be reported on (see instructions) | (a) Loss | (b) Unallowed loss | (c) Allowed loss |
|---|---|---|---|---|
| 3010 Clarendon Holdings LLC | E Ln 28A | 12,757. | 12,757. | 0. |
| 472 E48 Holdings LLC | E Ln 28B | 8,302. | 8,302. | 0. |
| 1519 Lincoln Holdings LLC | E Ln 28C | 604. | 604. | 0. |
| | | | | |
| | | | | |
| **Total** . . . . . . . . . . . . . . . . . . . . . ▶ | | 21,663. | 21,663. | 0. |

REV 07/07/22 PRO

Form **8582** (2021)

DEPOSITION DOCUMENTS OO1829

**Tax Summary**                    **2021**
➤ Keep for your records

| Name (s) |
|---|
| Avrumi Lubin |

| | |
|---|---:|
| **Total income** | -3,559,528. |
| **Adjustments to income** | |
| **Adjusted gross income** | -3,559,528. |
| **Itemized/standard deduction** | 10,000. |
| **Qualified business income deduction** | 0. |
| **Taxable income** | 0. |
| **Tentative tax** | 0. |
| **Additional taxes** | |
| **Alternative minimum tax** | |
| **Total credits** | |
| **Other taxes** | 451. |
| **Total tax** | 451. |
| **Total payments** | 373,156. |
| **Estimated tax penalty** | |
| **Amount Overpaid** | 372,705. |
| **Refund** | 0. |
| **Amount Applied to Estimate** | 372,705. |
| **Balance due** | 0. |

DEPOSITION DOCUMENTS OO1830

DocuSign Envelope ID: E41422C9-F59D-4B5G-990F-73170E37AC9A

**Tax Summary Report** **2021**

Name(s) Shown on Return

Avrumi Lubin

| Filing status . . . . . . . Single | Number of exemptions . . . . . . . . . . 1 |
|---|---|

**Gross Income**

| | |
|---|---|
| Wages and salaries . . . . . . . . . . . . . . . . . . . . | 250,100. |
| Interest and dividend income . . . . . . . . . . . . . . . . | 8,132. |
| Business income (loss) . . . . . . . . . . . . . . . . . | |
| Capital gains (losses) . . . . . . . . . . . . . . . . . | -3,000. |
| Pensions and annuities . . . . . . . . . . . . . . . . | |
| Rents, royalties, partnerships, etc . . . . . . . . . . . | -3,814,760. |
| Farm income (loss) . . . . . . . . . . . . . . . . . | |
| Social security benefits . . . . . . . . . . . . . . . . | |
| Other income . . . . . . . . . . . . . . . . . . . . . | 0. |
| **Total Gross Income** | -3,559,528. |

| | |
|---|---|
| **Adjustments to Income** . . . . . . . . . . . . . . . . . . | |

| | | |
|---|---|---|
| **Adjusted Gross Income** . . . . . . . . . . . . (Last year's AGI) . . . . . | 466,351. | -3,559,528. |

**Itemized/Standard Deductions**

| | |
|---|---|
| Medical and dental . . . . . . . . . . . . . . . . . . | |
| Taxes. . . . . . . . . . . . . . . . . . . . . . . . . | 10,000. |
| Interest . . . . . . . . . . . . . . . . . . . . . . . | |
| Contributions . . . . . . . . . . . . . . . . . . . . . | |
| Casualty or theft loss(es) . . . . . . . . . . . . . . . . | |
| Miscellaneous . . . . . . . . . . . . . . . . . . . . | |
| **Total Itemized Deductions**. . . . . . . . . . . . . . | 10,000. |
| Standard deduction . . . . . . . . . . . . . . . . . . | |

| | |
|---|---|
| **Taxable Income** . . . . . . . . . . . . . . . . . . . | 0. |

| | |
|---|---|
| Income tax . . . . . . . . . . . . . . . . . . . . . | 0. |
| Alternative minimum tax . . . . . . . . . . . . . . . . | |
| **Total Taxes before Credits** . . . . . . . . . . . . | 0. |
| Nonbusiness credits. . . . . . . . . . . . . . . . . . | |
| Business credits . . . . . . . . . . . . . . . . . . . | |
| **Total Credits** . . . . . . . . . . . . . . . . . . | |
| Self-employment tax . . . . . . . . . . . . . . . . . | |
| Other taxes. . . . . . . . . . . . . . . . . . . . . | 451. |

| | |
|---|---|
| **Total Tax** . . . . . . . . . . . . . . . . . . . . . | 451. |

| | |
|---|---|
| Withholding . . . . . . . . . . . . . . . . . . . | 89,570. |
| Estimated tax payments . . . . . . . . . . . . . . . | 282,186. |
| Other payments . . . . . . . . . . . . . . . . . . | |
| **Total Payments** . . . . . . . . . . . . . . . | 373,156. |
| Estimated tax penalty . . . . . . . . . . . . . . . . | |
| Refund applied to next year's estimated tax. . . . . . . . . . . . | 372,705. |

| | |
|---|---|
| **Amount Overpaid** . . . . . . . . . . . . . . . . . | 372,705. |

| | |
|---|---|
| **Refund** . . . . . . . . . . . . . . . . . . . . . | 0. |

| | |
|---|---|
| **Amount Applied to Estimate**. . . . . . . . . . . . . . | 372,705. |

| | |
|---|---|
| **Amount Due** . . . . . . . . . . . . . . . . . . . | 0. |

| | |
|---|---|
| Tax bracket . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | % |
| Effective tax rate. . . . **DEPOSITION DOCUMENTS 001831** . . . . . . | 0.00 % |

DocuSign Envelope ID: E41422C9-F59D-4B5C-9905-73170E37AC9A



**2021 NJ-1040**

New Jersey Resident Income Tax Return

For Privacy Act Notification, See Instructions

**NJ-1040**
2021
Page 1

1555

040MP01210

| Your Social Security Number (required) | Last Name, First Name, Initial (Joint Filers enter first name and middle initial of each. Enter spouse's/CU partner's last name ONLY if different.) |
|---|---|
| 4839 | LUBIN AVRUMI |

Spouse's/CU Partner's SSN (if filing jointly)

County/Municipality Code (See Table page 50)
1515

Home Address (Number and Street, including apartment number)
1460 ARBORETUM PARKWAY

| City, Town, Post Office | State | ZIP Code |
|---|---|---|
| LAKEWOOD | NJ | 08701 |

Driver's License Number (Voluntary) (See instructions)

✗ Federal extension filed.

  The address above is a foreign address.

  Your address has changed.

  Death certificate is enclosed.

  Do not want a paper form next year.

✗ I authorize the Division of Taxation to discuss my return and enclosures with my preparer.

  NJ-1040-O is enclosed.

**Gubernatorial Elections Fund**    Note: This does not reduce your refund or increase your balance due.

| | | | | |
|---|---|---|---|---|
| Do you want to designate $1 to the Gubernatorial Elections Fund? | You | | Yes | No |
| If joint return, does your spouse want to designate $1? | Spouse/CU Partner | | Yes | No |

**Direct Deposit Information**

| | | | |
|---|---|---|---|
| dd1. | Direct deposit indicator (1 for direct deposit, 4 for no direct deposit) | dd1. | 4 |
| dd2. | Account type (C for checking, S for savings) | dd2. | |
| dd3. | Fill in the checkbox if the direct deposit is going to an account outside the United States | dd3. | |
| dd4. | Routing number | dd4. | |
| dd5. | Account number | dd5. | |



REV 04/23/22 PRO

**DEPOSITION DOCUMENTS OO1832**

DocuSign Envelope ID: E41422C9-F59D-4B5G-990E-73170E37AC9A



**NJ-1040**
2021
Page 2

040MP02210

Name(s) as shown on Form NJ-1040

LUBIN AVRUMI

Your Social Security Number

4839

1555

Part-year residents, provide months/days you were a New Jersey resident during 2021:

From:                    To:

Fiscal year filers only:

Enter month of your year end        2022

**Filing Status**
Fill in only one.

1.  ✗  Single
2.     Married/CU Couple, filing joint return
3.     Married/CU Partner, filing separate return
4.     Head of Household                    Enter spouse's/CU partner's SSN
5.     Qualifying Widow(er)/Surviving CU Partner
       Indicate the year of your spouse's/CU partner's death:        2019        2020

**Exemptions**
Fill in the ovals that apply.  You must enter a total in the boxes to the right and complete the calculation.

| | | | | | |
|---|---|---|---|---|---|
| 6. | Regular | ✗ Self | Spouse/CU Partner | Domestic Partner 1 | x $1,000 = 1000 |
| 7. | Senior 65+ (Born in 1956 or earlier) | Self | Spouse/CU Partner | | x $1,000 = _____ |
| 8. | Blind/Disabled | Self | Spouse/CU Partner | | x $1,000 = _____ |
| 9. | Veteran | Self | Spouse/CU Partner | | x $6,000 = _____ |
| 10. | Qualified Dependent Children | | | | x $1,500 = _____ |
| 11. | Other Dependents | | | | x $1,500 = _____ |
| 12. | Dependents Attending Colleges (See instructions) | | | | x $1,000 = _____ |
| 13. | Total Exemption Amount (Add totals from the lines at 6 through 12) | | | 13. | 1000 . |

14.  Dependent Information.  Provide the following information for each dependent.

| Last Name, First Name, Middle Initial | Social Security Number | Birth Year | No Health Insurance |
|---|---|---|---|
| a. _____ | | | |
| b. _____ | | | |
| c. _____ | | | |
| d. _____ | | | |

**DEPOSITION DOCUMENTS OO1833**

REV 04/23/22 PRO

DocuSign Envelope ID: E41422C9-F59D-4B5G-9905-73170E37AC9A

**NJ-1040**
2021
Page 3

040MP03210

Name(s) as shown on Form NJ-1040

LUBIN AVRUMI

Your Social Security Number
4839

1555

| | | | | |
|---|---|---|---|---|
| 15. | Wages, salaries, tips, and other employee compensation (State wages from Box 16 of enclosed W-2(s)) (See instructions) | 15. | 250100 | . |
| 16a. | Taxable interest income (Enclose federal Schedule B if over $1,500) (See instructions) | 16a. | 56 | . |
| 16b. | Tax-exempt interest income (Enclose Schedule) (See instructions) Do not include on line 16a | 16b. | | . |
| 17. | Dividends | 17. | 8076 | . |
| 18. | Net profits from business (Schedule NJ-BUS-1, Part I, line 4) (Enclose federal Schedule C) | 18. | | . |
| 19. | Net gains or income from disposition of property (Schedule NJ-DOP, line 4) | 19. | | . |
| 20a. | Taxable pensions, annuities, and IRA distributions/withdrawals (See instructions) | 20a. | | . |
| 20b. | Excludable pension, annuity, and IRA distributions/withdrawals | 20b. | | . |
| 21. | Distributive Share of Partnership Income (Schedule NJ-BUS-1, Part II, line 4) (Enclose Schedule NJK-1 or federal Schedule K-1) | 21. | | . |
| 22. | Net pro rata share of S Corporation Income (Schedule NJ-BUS-1, Part III, line 4) (Enclose Schedule NJ-K-1 or federal Schedule K-1) | 22. | | . |
| 23. | Net gains or income from rents, royalties, patents, and copyrights (Schedule NJ-BUS-1, Part IV, line 4) | 23. | | . |
| 24. | Net Gambling Winnings (See instructions) | 24. | | . |
| 25. | Alimony and Separate Maintenance Payments received | 25. | | . |
| 26. | Other (Enclose documents) (See instructions) | 26. | | . |
| 27. | Total Income (Add lines 15, 16a, 17 through 20a, and 21 through 26) | 27. | 258232 | . |
| 28a. | Pension/Retirement Exclusion (See instructions) | 28a. | | . |
| 28b. | Other Retirement Income Exclusion (See Worksheet D and instructions pages 19-20) | 28b. | | . |
| 28c. | Total Exclusion Amount (Add lines 28a and 28b) | 28c. | | . |
| 29. | New Jersey Gross Income (Subtract line 28c from line 27) (See instructions) | 29. | 258232 | . |
| 30. | Exemption Amount (Enter amount from line 13. Part-year residents see instr.) | 30. | 1000 | . |
| 31. | Medical Expenses (See Worksheet F and instructions) | 31. | | . |
| 32. | Alimony and Separate Maintenance Payments (See instructions) | 32. | | . |
| 33. | Qualified Conservation Contribution | 33. | | . |
| 34. | Health Enterprise Zone Deduction | 34. | | . |
| 35. | Alternative Business Calculation Adjustment (Schedule NJ-BUS-2, line 11) | 35. | 0 | . |
| 36. | Organ/Bone Marrow Donation Deduction (See instructions) | 36. | | . |
| 37. | Total Exemptions and Deductions (Add lines 30 through 36) | 37. | 1000 | . |
| 38. | Taxable Income (Subtract line 37 from line 29) | 38. | 257232 | . |
| 39a. | Total Property Taxes (18% of Rent) Paid (See instructions page 23) | 39a. | | . |
| 39b. | Block | | | |
| 39b. | Lot | | | |
| 39b. | Qualifier | | Fill in if you completed Worksheet G | |
| 39c. | County/Municipality Code | | | |
| 39d. | Indicate your residency status during 2021 (fill in only one) Homeowner Tenant Both | | | |
| 40. | Property Tax Deduction (From Worksheet H) (See instructions) | 40. | | . |
| 41. | New Jersey Taxable Income (Subtract line 40 from line 38) | 41. | 257232 | . |
| 42. | Tax on Amount on line 41 (Tax Table page 52) | 42. | 14259 | . |
| 43. | Credit For Income Taxes Paid to Other Jurisdictions (Enclose Schedule NJ-COJ) (See instructions) Enter Code | 43. | | . |
| 44. | Balance of Tax (Subtract line 43 from line 42) | 44. | 14259 | . |
| 45. | Sheltered Workshop Tax Credit | 45. | | . |
| 46. | Gold Star Family Counseling Credit (See instructions) | 46. | | . |
| 47. | Credit for Employer of Organ/Bone Marrow Donor (See instructions) | 47. | | . |
| 48. | Total Credits (Add lines 45 through 47) | 48. | | . |
| 49. | Balance of Tax After Credits (Subtract line 48 from line 44) If zero or less, make no entry | 49. | 14259 | . |
| 50. | Use Tax Due on Internet, Mail-Order, or Other Out-of-State Purchases (See instructions) If no Use Tax, enter 0 | 50. | 0 | . |
| 51. | Interest on Underpayment of Estimated Tax | 51. | | . |
| | Fill in if Form NJ-2210 is enclosed | | | |
| 52. | Shared Responsibility Payment (See instructions) **REQUIRED** Enclose Schedule HCC and fill in ✗ | 52. | 0 | . |

**DEPOSITION DOCUMENTS OO1834**

REV 04/23/22 PRO

DocuSign Envelope ID: E41422C9-F59D-4B5C-990F-73170E37AC9A

**NJ-1040**
2021
Page 4

040MP04210

Name(s) as shown on Form NJ-1040

LUBIN AVRUMI

Your Social Security Number

████████ 4839

1555

| | | | |
|---|---|---|---|
| 53. | Total Tax Due (Add lines 49 through 52) | 53. | 14259 . |
| 54. | Total NJ Income Tax Withheld (Enclose Forms W-2 and 1099) (Part year, see instructions) | 54. | 26517 . |
| 55. | Property Tax Credit (See instructions page 23) | 55. | . |
| 56. | New Jersey Estimated Tax Payments/Credit from 2020 tax return | 56. | 69686 . |
| 57. | New Jersey Earned Income Tax Credit (See instructions) | 57. | . |
| | Fill in if you had the IRS calculate your federal earned income credit | | |
| | Fill in if you are a CU couple claiming the NJ Earned Income Tax Credit | | |
| 58. | Excess New Jersey UI/WF/SWF Withheld (Enclose Form NJ-2450) (See instructions) | 58. | . |
| 59. | Excess New Jersey Disability Insurance Withheld (Enclose Form NJ-2450) (See instructions) | 59. | . |
| 60. | Excess New Jersey Family Leave Insurance Withheld (Enclose Form NJ-2450) (See instructions) | 60. | . |
| 61. | Wounded Warrior Caregivers Credit (See instructions) | 61. | . |
| 62. | Pass-Through Business Alternative Income Tax Credit (See instructions) | 62. | . |
| 63. | Child and Dependent Care Credit (See instructions) | 63. | . |
| | Fill in if you are a CU couple claiming the Child and Dependent Care Credit | | |
| 64. | Total Withholdings, Credits, and Payments (Add lines 54 through 63) | 64. | 96203 . |
| 65. | If line 64 is less than line 53, you have tax due. Subtract line 64 from line 53 and enter the amount you owe | 65. | . |
| | If you owe tax, you can still make a donation on lines 68 through 75. | | |
| 66. | If the total on line 64 is more than line 53, you have an overpayment. Subtract line 53 from line 64 and enter the overpayment | 66. | 81944 . |
| 67. | Amount from line 66 you want to credit to your 2022 tax | 67. | 81944 . |
| 68. | Contribution to N.J. Endangered Wildlife Fund          $10   $20   Other | 68. | . |
| 69. | Contribution to N.J. Children's Trust Fund to Prevent Child Abuse          $10   $20   Other | 69. | . |
| 70. | Contribution to N.J. Vietnam Veterans' Memorial Fund          $10   $20   Other | 70. | . |
| 71. | Contribution to N.J. Breast Cancer Research Fund          $10   $20   Other | 71. | . |
| 72. | Contribution to U.S.S. New Jersey Educational Museum Fund          $10   $20   Other | 72. | . |
| 73. | Other Designated Contribution (See instructions)          $10   $20   Other   Enter Code | 73. | . |
| 74. | Other Designated Contribution (See instructions)          $10   $20   Other   Enter Code | 74. | . |
| 75. | Other Designated Contribution (See instructions)          $10   $20   Other   Enter Code | 75. | . |
| 76. | Total Adjustments to Tax Due/Overpayment amount (Add lines 67 through 75) | 76. | 81944 . |
| 77. | Balance due (If line 65 is more than zero, add line 65 and line 76) | 77. | . |
| 78. | Refund amount (If line 66 is more than zero, subtract line 76 from line 66) | 78. | 0 . |

Under penalties of perjury, I declare that I have examined this Income Tax return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. If prepared by a person other than the taxpayer, this declaration is based on all information of which the preparer has any knowledge.

Your Signature                    Date          Spouse's/CU Partner's Signature (required if filing jointly)    Date

Paid Preparer's Signature                                    Federal Identification Number

ISAAC A. TAWIL

Firm's Name                                    Firm's Federal Employer Identification Number

TAWIL TAX & ACCOUNTING SOLUTIONS          46-1246268

**Tax Due Address**
Enclose payment along with the NJ-1040-V payment voucher and tax return.  Use the labels provided with the envelope and mail to:
State of New Jersey
Division of Taxation
Revenue Processing Center - Payment
PO Box 111
Trenton, NJ 08645-0111
Include Social Security number and make check or money order payable to:
State of New Jersey – TGI
You can also make a payment on our website:
nj.gov/taxation
**Refund or No Tax Due Address**
Use the labels provided with the envelope and mail to:
New Jersey Division of Taxation
Revenue Processing Center - Refunds
PO Box 555
Trenton, NJ 08647-0555

Division Use:          1                    **DEPOSITION DOCUMENTS 001835**          7

| Name(s) as shown on Form NJ-1040 | Social Security Number |
|---|---|
| LUBIN, AVRUMI | 4839 |

## Schedule NJ-DOP    Net Gains or Income From Disposition of Property    2021

List the net gains or income, less net loss, derived from the sale, exchange, or other disposition of property including real or personal whether tangible or intangible as reported on federal Schedule D.

| | | (a) | (b) | (c) | (d) | (e) | (f) | |
|---|---|---|---|---|---|---|---|---|
| 1. | | Kind of property and description | Date acquired (mm/dd/yyyy) | Date sold (mm/dd/yyyy) | Gross sales price | Cost or other basis as adjusted (see instructions) and expense of sale | Gain or (loss) (d minus e) | |
| | | MERRILL LYNCH, PIERCE, FENNER & SMITH INC | VARIOUS | 12/31/2021 | 965,124. | 989,009. | -23,885. | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 2. | Capital Gains Distributions ............................................................... | | | | | | 501. | |
| 3. | Other Net Gains............................................................................... | | | | | | | |
| 4. | Net Gains (Add lines 1, 2, and 3.) (Enter here and on line 19. If loss, enter zero here and make no entry on line 19.)........................................................................ | | | | | | 0. | |

## Schedule NJ-WWC    Wounded Warrior Caregivers Credit    2021

| | | | | | |
|---|---|---|---|---|---|
| | Did you provide care for a relative who was a qualifying armed services member (see instructions)? ................................................................ ⃝ Yes   ⃝ No | | | | |
| | If "**Yes**," enter the name and Social Security number of the qualifying service member. | | | | |
| | _____     - ___ - _____ | | | | |
| | Last Name, First Name, Initial          Social Security number | | | | |
| | Enter your relationship to the qualifying service member. | | | | |
| | _____ | | | | |
| | If "**No**," you are not eligible for a Wounded Warrior Caregivers Credit. Make no entry on line 61, NJ-1040. | | | | |
| 1. | Enter the federal disability compensation of the armed services member ................. | 1. | | | |
| 2. | Maximum credit allowed .......................................................................... | 2. | 675 | 00 | |
| 3. | Enter the lesser of line 1 or line 2 ........................................................ | 3. | | | |
| 4. | Were you the only caregiver for this service member during the tax year? ⃝ Yes   ⃝ No   If "**No**," enter your share (percentage) of the total care expenses for the year. | 4. | | % | |
| 5. | If you answered "**Yes**" at line 4, enter the amount from line 3 here and on line 61, NJ-1040. If you answered "**No**" at line 4, multiply the amount on line 3 by the percentage on line 4. Enter the result here and on line 61, NJ-1040 .......................................... | 5. | | | |

Keep a copy of this schedule for your records
REV 04/23/22 PRO

DEPOSITION DOCUMENTS OO1836 1555

| Name(s) as shown on Form NJ-1040 | Social Security Number |
|---|---|
| LUBIN, AVRUMI | 4839 |

## Schedule NJ-BUS-1
(Form NJ-1040)

New Jersey Gross Income Tax
Business Income Summary Schedule

**2021**

### Part I  Net Profits From Business

List the net profit (loss) from business(es). See Instructions.

| | Business Name | Social Security Number/ Federal EIN | Profit or (Loss) | |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | Net Profit or (Loss). (Add lines 1, 2, and 3.) (Enter here and on line 18, NJ-1040. If loss, make no entry on line 18.) | 4. | | |

### Part II  Distributive Share of Partnership Income

List the distributive share of income (loss) from partnership(s). See instructions.

| | Partnership Name | Federal EIN | Share of Partnership Income or (Loss) | Share of Pass-Through Business Alternative Income Tax |
|---|---|---|---|---|
| 1. | 3010 Clarendon Holdings LLC | 843984161 | -4,952. | |
| 2. | 472 E48 Holdings LLC | 870969128 | -8,302. | |
| 3. | 1519 Lincoln Holdings LLC | 863625301 | -604. | |
| 4. | Distributive Share of Partnership Income or (Loss). (Add lines 1, 2, and 3.) (Enter here and on line 21, NJ-1040. If loss, make no entry on line 21.)   4. | | -13,858. | |
| 5. | Total Share of Pass-Through Business Alternative Income Tax (Add lines 1, 2, and 3.)(Enter here and include on line 62, NJ-1040.)  5. | | | |

### Part III  Net Pro Rata Share of S Corporation Income

List the pro rata share of income (usable loss) from S corporation(s). See instructions.

| | S Corporation Name | Federal EIN | Pro Rata Share of S Corporation Income or (Usable Loss) | Share of Pass-Through Business Alternative Income Tax |
|---|---|---|---|---|
| 1. | Spin Capital LLC | 833784343 | -4,129,682. | |
| 2. | | | | |
| 3. | | | | |
| 4. | Net Pro Rata Share of S Corporation Income or (Usable Loss). (Add lines 1, 2, and 3.) (Enter here and on line 22, NJ-1040. If loss, make no entry on line 22.)  4. | | -4,129,682. | |
| 5. | Total Share of Pass-Through Business Alternative Income Tax (Add lines 1, 2, and 3.)(Enter here and include on line 62, NJ-1040)  5. | | | |

### Part IV  Net Gains or Income From Rents, Royalties, Patents, and Copyrights

List the net gains or net income, less net loss, derived from or in the form of rents, royalties, patents, and copyrights. See instructions. Type of Property:
1 – Rental real estate  2 – Royalties  3 – Patents  4 – Copyrights

| | Source of Income or Loss. If rental real estate, enter physical address of property. | Social Security Number/ Federal EIN | Type – Enter number from list above | Income or (Loss) |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | Net Income or (Loss). (Add lines 1, 2, and 3.) (Enter here and on line 23, NJ-1040. If loss, make no entry on line 23.) | | 4. | |

Keep a copy of this schedule for your records

DEPOSITION DOCUMENTS 001837

REV 04/23/22 PRO

DocuSign Envelope ID: E41422C9-F59D-4B5C-990E-73170E37AC9A

| Name(s) as shown on Form NJ-1040 | Social Security Number |
|---|---|
| LUBIN, AVRUMI | 4839 |

## Schedule NJ-BUS-2
(Form NJ-1040)

### New Jersey Gross Income Tax
### Alternative Business Calculation Adjustment

**2021**

| | | Column A | | Column B | |
|---|---|---|---|---|---|
| **Part I** Income (Loss) | | Reportable Regular Business Income | | Alternative Business Income (Loss) | |
| 1. | Net Profits From Business | 1a. | 0. | 1b. | 0. |
| 2. | Distributive Share of Partnership Income | 2a. | 0. | 2b. | -13,858. |
| 3. | Net Pro Rata Share of S Corporation Income | 3a. | 0. | 3b. | -4,129,682. |
| 4. | Net Gain or Income From Rents, Royalties, Patents, and Copyrights | 4a. | 0. | 4b. | 0. |
| 5. | Loss Carryforward From Tax Year 2020 | | | 5b. ( | ) |
| 6. | Totals | 6a. | 0. | 6b. | -4,143,540. |

**Part II** Adjustment Calculation

| | | | |
|---|---|---|---|
| 7. | Total Regular Business Income | 7. | 0. |
| 8. | Total Alternative Business Income/(Loss) (If loss, enter zero) | 8. | 0. |
| 9. | Business Increment (Subtract line 8 from line 7) | 9. | 0. |
| 10. | Adjustment Percentage | 10. | 0.50 |
| 11. | Alternative Business Calculation Adjustment (Line 9 x 0.50) | 11. | 0. |

**Part III** Loss Carryforward to Tax Year 2022

| | | | |
|---|---|---|---|
| 12. | Loss Carryforward to Tax Year 2022 | 12. ( | 4,143,540. ) |

### Instructions

Line 1a. Enter the amount from line 18, Form NJ-1040.
Line 1b. Enter the amount from Part I, line 4, Schedule NJ-BUS-1 (Form NJ-1040).
Line 2a. Enter the amount from line 21, Form NJ-1040.
Line 2b. Enter the amount from Part II, line 4, Schedule NJ-BUS-1 (Form NJ-1040).
Line 3a. Enter the amount from line 22, Form NJ-1040.
Line 3b. Enter the amount from Part III, line 4, Schedule NJ-BUS-1 (Form NJ-1040).
Line 4a. Enter the amount from line 23, Form NJ-1040.
Line 4b. Enter the amount from Part IV, line 4, Schedule NJ-BUS-1 (Form NJ-1040).
Line 5b. Enter the amount from line 12 of your 2020 Schedule NJ-BUS-2 (Form NJ-1040).
Line 6a. Enter the total of lines 1a through 4a.
Line 6b. Enter the total of lines 1b through 5b, netting gains with losses.
Line 7. Enter the amount from line 6a of this schedule.
Line 8. Enter the amount from line 6b of this schedule. If loss, enter zero here.
Line 9. Subtract line 8 from line 7. If the result is zero, enter zero on line 11 and continue with line 12.
Line 10. The adjustment percentage for Tax Year 2021 is 50% (0.50).
Line 11. Multiply the amount on line 9 by 50% (0.50). Enter here and on line 35 of Form NJ-1040.
Line 12. If the amount on line 6b is a loss, enter the amount of the loss on this line. Otherwise, enter zero.

DEPOSITION DOCUMENTS 004838 1555   REV 04/23/22 PRO

DocuSign Envelope ID: E41422C9-F59D-4B5C-990F-73170E37AC9A

LUBIN, AVRUMI

4839

## 2021 NJ-630-V PAYMENT VOUCHER

0139101010

| Payment by Credit Card |
|---|
| You may pay your 2021 New Jersey income taxes or make payment of estimated tax for 2022 by credit card by visiting the Division's website at nj.gov/taxation. |

| Payment by E-Check |
|---|
| You may pay your 2021 New Jersey income taxes or make a payment of estimated tax for 2022 by e-check. This option is available on the Division's Website at: nj.gov/taxation.  Taxpayers who do not have access to the Internet can make a payment by calling the Division's Customer Service Call Center at 609-292-6400. **Do not use the payment voucher if you pay your taxes by e-check.** |

| Payment by Check |
|---|
| If you are paying your 2021 New Jersey income taxes by check, be sure to enclose the payment voucher printed below with your check or money order and mail to: State of New Jersey, Division of Taxation, Revenue Processing Center, PO Box 282, Trenton, NJ 08646-0282. |

## DO NOT CUT THIS PAGE

New Jersey Gross Income Tax
Application for Extension of Time to File
NJ-630-V

1555   2021

Make check payable to "State of New Jersey – TGI".
Write your Social Security number and tax year on your
check.

State of New Jersey
Division of Taxation
Revenue Processing Center
PO Box 282
Trenton, NJ  08646-0282

4839 9   LUBI
LUBIN, AVRUMI
1460 ARBORETUM PARKWAY
LAKEWOOD          NJ  08701

I hereby request an extension of   6   months, until
10/17/2022   to file the return as indicated below.
Indicate the return the extension is being requested by checking the
appropriate box:

| | | | | | |
|---|---|---|---|---|---|
| | | | NJ-1040-NR | | NJ-1041 |
| R | X NJ-1040 | N | NJ-1080-C | F | NJ-1041SB |
| | 6 Month Ext. | | 6 Month Ext. | | 5 1/2 Month Ext. |

Enter amount of payment here:

0.00

REV 04/23/22 PRO                    DEPOSIT

| Schedule **NJ-HCC** (Form NJ-1040) | New Jersey **Health Care Coverage** If your income on line 29 is at or below the filing threshold, do not complete this schedule. | **2021** |

| Name as Shown on Return | Social Security No. |
|---|---|
| LUBIN, AVRUMI | 4839 |

## Part I

Did you and, if applicable, all members of your tax household, have minimum essential health coverage for every month in 2021 (See instructions for line 52, NJ-1040.) Part-year residents include only months as a New Jersey resident.

☒ Yes. You do not owe a shared responsibility payment. Fill in the oval at line 52, NJ-1040, and enclose this schedule with your return.

☐ No. Continue to Part II.

## Part II

Enter the name and Social Security number for each member of your tax household. Check the box for every month each person had minimum essential health coverage or qualified for an exemption (part-year residents include only months as a New Jersey resident). If an individual qualified for an exemption, enter the exemption number. (See instructions for line 52, NJ-1040.) If an individual has more than one exemption number, check the box. If you need more space, enclose a statement listing any additional individuals.

**QuickZoom** to Shared Responsibility Payment Calculation Worksheet . . . . . . . . . . . . . . . . . ➡ _____

DEPOSITION DOCUMENTS OO1840

| Name | SSN | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Exemption Code  . .  _____    Check box if this individual has more than one exemption number  .  ☐
Check box if this individual is under 18 . . . . . . . . . . . . . .  ☐

Exemption Code  . .  _____    Check box if this individual has more than one exemption number  .  ☐
Check box if this individual is under 18 . . . . . . . . . . . . . .  ☐

Exemption Code  . .  _____    Check box if this individual has more than one exemption number  .  ☐
Check box if this individual is under 18 . . . . . . . . . . . . . .  ☐

Exemption Code  . .  _____    Check box if this individual has more than one exemption number  .  ☐
Check box if this individual is under 18 . . . . . . . . . . . . . .  ☐

Exemption Code  . .  _____    Check box if this individual has more than one exemption number  .  ☐
Check box if this individual is under 18 . . . . . . . . . . . . . .  ☐

Exemption Code  . .  _____    Check box if this individual has more than one exemption number  .  ☐
Check box if this individual is under 18 . . . . . . . . . . . . . .  ☐

Exemption Code  . .  _____    Check box if this individual has more than one exemption number  .  ☐
Check box if this individual is under 18 . . . . . . . . . . . . . .  ☐

Exemption Code  . .  _____    Check box if this individual has more than one exemption number  .  ☐
Check box if this individual is under 18 . . . . . . . . . . . . . .  ☐

Exemption Code  . .  _____    Check box if this individual has more than one exemption number  .  ☐
Check box if this individual is under 18 . . . . . . . . . . . . . .  ☐

Exemption Code  . .  _____    Check box if this individual has more than one exemption number  .  ☐
Check box if this individual is under 18 . . . . . . . . . . . . . .  ☐

njia1602.SCR  01/16/20

**DEPOSITION DOCUMENTS OO1841**

**SCHEDULE B**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service (99)

**Interest and Ordinary Dividends**

▶ Go to *www.irs.gov/ScheduleB* for instructions and the latest information.
▶ Attach to Form 1040 or 1040-SR.

OMB No. 1545-0074

**2021**

Attachment
Sequence No. **08**

Name(s) shown on return: Avrumi Lubin

Your social security number: 4839

| Part I **Interest** (See instructions and the Instructions for Form 1040, line 2b.) **Note:** If you received a Form 1099-INT, Form 1099-OID, or substitute statement from a brokerage firm, list the firm's name as the payer and enter the total interest shown on that form. | **1** List name of payer. If any interest is from a seller-financed mortgage and the buyer used the property as a personal residence, see the instructions and list this interest first. Also, show that buyer's social security number and address ▶<br>MERRILL LYNCH, PIERCE, FENNER & SMITH INC | **1** | **Amount**<br>56. |
|---|---|---|---|
| | **2** Add the amounts on line 1 | **2** | 56. |
| | **3** Excludable interest on series EE and I U.S. savings bonds issued after 1989. Attach Form 8815 | **3** | |
| | **4** Subtract line 3 from line 2. Enter the result here and on Form 1040 or 1040-SR, line 2b ▶ | **4** | 56. |

**Note:** If line 4 is over $1,500, you must complete Part III.

| Part II **Ordinary Dividends** (See instructions and the Instructions for Form 1040, line 3b.) **Note:** If you received a Form 1099-DIV or substitute statement from a brokerage firm, list the firm's name as the payer and enter the ordinary dividends shown on that form. | **5** List name of payer ▶    MERRILL LYNCH, PIERCE, FENNER & SMITH INC | **5** | **Amount**<br>8,076. |
|---|---|---|---|
| | **6** Add the amounts on line 5. Enter the total here and on Form 1040 or 1040-SR, line 3b ▶ | **6** | 8,076. |

**Note:** If line 6 is over $1,500, you must complete Part III.

| Part III **Foreign Accounts and Trusts** **Caution:** If required, failure to file FinCEN Form 114 may result in substantial penalties. See instructions. | You must complete this part if you **(a)** had over $1,500 of taxable interest or ordinary dividends; **(b)** had a foreign account; or **(c)** received a distribution from, or were a grantor of, or a transferor to, a foreign trust. | **Yes** | **No** |
|---|---|---|---|
| | **7a** At any time during 2021, did you have a financial interest in or signature authority over a financial account (such as a bank account, securities account, or brokerage account) located in a foreign country? See instructions | | ✕ |
| | If "Yes," are you required to file FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR), to report that financial interest or signature authority? See FinCEN Form 114 and its instructions for filing requirements and exceptions to those requirements | | |
| | **b** If you are required to file FinCEN Form 114, enter the name of the foreign country where the financial account is located ▶ | | |
| | **8** During 2021, did you receive a distribution from, or were you the grantor of, or transferor to, a foreign trust? If "Yes," you may have to file Form 3520. See instructions | | ✕ |

For Paperwork Reduction Act Notice, see your tax return instructions.    BAA    REV 07/07/22 PRO    Schedule B (Form 1040) 2021

DEPOSITION DOCUMENTS 001842

# Exhibit U

**Form 1040** Department of the Treasury—Internal Revenue Service
**U.S. Individual Income Tax Return** **2022** OMB No. 1545-0074 IRS Use Only—Do not write or staple in this space.

**Filing Status** ☒ Single ☐ Married filing jointly ☐ Married filing separately (MFS) ☐ Head of household (HOH) ☐ Qualifying surviving spouse (QSS)
Check only one box. If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QSS box, enter the child's name if the qualifying person is a child but not your dependent:

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
| Avrumi | Lubin | 4839 |
| If joint return, spouse's first name and middle initial | Last name | Spouse's social security number |

| Home address (number and street). If you have a P.O. box, see instructions. | | Apt. no. | **Presidential Election Campaign** |
|---|---|---|---|
| 1460 Arboretum Parkway | | | Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. |
| City, town, or post office. If you have a foreign address, also complete spaces below. | State | ZIP code | |
| Lakewood | NJ | 08701 | |
| Foreign country name | Foreign province/state/county | Foreign postal code | ☐ You ☐ Spouse |

**Digital Assets** At any time during 2022, did you: (a) receive (as a reward, award, or payment for property or services); or (b) sell, exchange, gift, or otherwise dispose of a digital asset (or a financial interest in a digital asset)? (See instructions.) ☐ Yes ☒ No

**Standard Deduction** Someone can claim: ☐ You as a dependent ☐ Your spouse as a dependent
☐ Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness** You: ☐ Were born before January 2, 1958 ☐ Are blind **Spouse:** ☐ Was born before January 2, 1958 ☐ Is blind

**Dependents** (see instructions):

| (1) First name Last name | (2) Social security number | (3) Relationship to you | (4) Check the box if qualifies for (see instructions): | |
|---|---|---|---|---|
| | | | Child tax credit | Credit for other dependents |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |

If more than four dependents, see instructions and check here . . ☐

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.
If you did not get a Form W-2, see instructions.

| | | | |
|---|---|---|---|
| 1a | Total amount from Form(s) W-2, box 1 (see instructions) | 1a | 104,000. |
| b | Household employee wages not reported on Form(s) W-2 | 1b | |
| c | Tip income not reported on line 1a (see instructions) | 1c | |
| d | Medicaid waiver payments not reported on Form(s) W-2 (see instructions) | 1d | |
| e | Taxable dependent care benefits from Form 2441, line 26 | 1e | |
| f | Employer-provided adoption benefits from Form 8839, line 29 | 1f | |
| g | Wages from Form 8919, line 6 | 1g | |
| h | Other earned income (see instructions) | 1h | 0. |
| i | Nontaxable combat pay election (see instructions) 1i | | |
| z | Add lines 1a through 1h | 1z | 104,000. |

Attach Sch. B if required.

| | | | | | | |
|---|---|---|---|---|---|---|
| 2a | Tax-exempt interest | 2a | | b Taxable interest | 2b | 1,245. |
| 3a | Qualified dividends | 3a | 12,495. | b Ordinary dividends | 3b | 22,117. |
| 4a | IRA distributions | 4a | | b Taxable amount | 4b | |
| 5a | Pensions and annuities | 5a | | b Taxable amount | 5b | |
| 6a | Social security benefits | 6a | | b Taxable amount | 6b | |

**Standard Deduction for—**
- Single or Married filing separately, $12,950
- Married filing jointly or Qualifying surviving spouse, $25,900
- Head of household, $19,400
- If you checked any box under Standard Deduction, see instructions.

| | | | |
|---|---|---|---|
| c | If you elect to use the lump-sum election method, check here (see instructions) ☐ | | |
| 7 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ☐ | 7 | -3,000. |
| 8 | Other income from Schedule 1, line 10 | 8 | -2,247,996. |
| 9 | Add lines 1z, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your **total income** | 9 | -2,123,634. |
| 10 | Adjustments to income from Schedule 1, line 26 | 10 | |
| 11 | Subtract line 10 from line 9. This is your **adjusted gross income** | 11 | -2,123,634. |
| 12 | Standard deduction or itemized deductions (from Schedule A) | 12 | 12,950. |
| 13 | Qualified business income deduction from Form 8995 or Form 8995-A | 13 | 0. |
| 14 | Add lines 12 and 13 | 14 | 12,950. |
| 15 | Subtract line 14 from line 11. If zero or less, enter -0-. This is your **taxable income** | 15 | 0. |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions. Form **1040** (2022)

Form 1040 (2022)                                                                                          Page **2**

| | | | | | |
|---|---|---|---|---|---|
| **Tax and Credits** | 16 | **Tax** (see instructions). Check if any from Form(s): 1 ☐ 8814  2 ☐ 4972  3 ☐ _____ | | 16 | 0. |
| | 17 | Amount from Schedule 2, line 3 | | 17 | 14,484. |
| | 18 | Add lines 16 and 17 | | 18 | 14,484. |
| | 19 | Child tax credit or credit for other dependents from Schedule 8812 | | 19 | |
| | 20 | Amount from Schedule 3, line 8 | | 20 | |
| | 21 | Add lines 19 and 20 | | 21 | |
| | 22 | Subtract line 21 from line 18. If zero or less, enter -0- | | 22 | 14,484. |
| | 23 | Other taxes, including self-employment tax, from Schedule 2, line 21 | | 23 | 0. |
| | 24 | Add lines 22 and 23. This is your **total tax** | | 24 | 14,484. |
| **Payments** | 25 | Federal income tax withheld from: | | | |
| | a | Form(s) W-2 | 25a | 15,693. | |
| | b | Form(s) 1099 | 25b | | |
| | c | Other forms (see instructions) | 25c | | |
| | d | Add lines 25a through 25c | | 25d | 15,693. |
| If you have a qualifying child, attach Sch. EIC. | 26 | 2022 estimated tax payments and amount applied from 2021 return | | 26 | 372,705. |
| | 27 | Earned income credit (EIC) . . . . . No | 27 | | |
| | 28 | Additional child tax credit from Schedule 8812 | 28 | | |
| | 29 | American opportunity credit from Form 8863, line 8 | 29 | | |
| | 30 | Reserved for future use | 30 | | |
| | 31 | Amount from Schedule 3, line 15 | 31 | | |
| | 32 | Add lines 27, 28, 29, and 31. These are your **total other payments and refundable credits** | | 32 | |
| | 33 | Add lines 25d, 26, and 32. These are your **total payments** | | 33 | 388,398. |
| **Refund** | 34 | If line 33 is more than line 24, subtract line 24 from line 33. This is the amount you **overpaid** | | 34 | 373,914. |
| | 35a | Amount of line 34 you want **refunded to you**. If Form 8888 is attached, check here ☐ | | 35a | 373,914. |
| Direct deposit? See instructions. | b | Routing number  0 2 1 2 0 0 3 3 9    **c** Type: ☒ Checking  ☐ Savings | | | |
| | d | Account number ▓▓▓▓▓▓ 5 6 | | | |
| | 36 | Amount of line 34 you want **applied to your 2023 estimated tax** | 36 | | |
| **Amount You Owe** | 37 | Subtract line 33 from line 24. This is the **amount you owe.** For details on how to pay, go to *www.irs.gov/Payments* or see instructions | | 37 | |
| | 38 | Estimated tax penalty (see instructions) | 38 | | |

| | |
|---|---|
| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS? See instructions . . . . . ☒ **Yes.** Complete below.  ☐ **No** |

Designee's name  Isaac A. Tawil          Phone no.  (732)987-9975          Personal identification number (PIN) ▓▓▓▓▓

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date | Your occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |
|---|---|---|---|
| | | Employed | |

Joint return? See instructions. Keep a copy for your records.

| Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | If the IRS sent your spouse an Identity Protection PIN, enter it here (see inst.) |
|---|---|---|---|
| | | | |

| Phone no. | Email address |
|---|---|
| | |

| **Paid Preparer Use Only** | Preparer's name Isaac A. Tawil | Preparer's signature Isaac A. Tawil | Date 05/11/2023 | PTIN ▓▓▓▓ | Check if: ☐ Self-employed |
|---|---|---|---|---|---|
| | Firm's name  Tawil Tax & Accounting Solutions | | | Phone no. (732)987-9975 | |
| | Firm's address  7 Sherwood Dr Lakewood NJ 08701 | | | Firm's EIN  46-1246268 | |

Go to *www.irs.gov/Form1040* for instructions and the latest information.     **BAA**     REV 04/26/23 PRO                Form **1040** (2022)

**SCHEDULE 1**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service

# Additional Income and Adjustments to Income

Attach to Form 1040, 1040-SR, or 1040-NR.
Go to *www.irs.gov/Form1040* for instructions and the latest information.

OMB No. 1545-0074

**2022**

Attachment
Sequence No. **01**

Name(s) shown on Form 1040, 1040-SR, or 1040-NR
Avrumi Lubin

Your social security number
4839

## Part I  Additional Income

| | | | |
|---|---|---|---|
| 1 | Taxable refunds, credits, or offsets of state and local income taxes | 1 | 0. |
| 2a | Alimony received | 2a | |
| b | Date of original divorce or separation agreement (see instructions): | | |
| 3 | Business income or (loss). Attach Schedule C | 3 | |
| 4 | Other gains or (losses). Attach Form 4797 | 4 | |
| 5 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 5 | 1,316,664. |
| 6 | Farm income or (loss). Attach Schedule F | 6 | |
| 7 | Unemployment compensation | 7 | |

| | | | |
|---|---|---|---|
| 8 | Other income: | | |
| a | Net operating loss | 8a | ( 3,564,660. ) |
| b | Gambling | 8b | |
| c | Cancellation of debt | 8c | |
| d | Foreign earned income exclusion from Form 2555 | 8d | ( ) |
| e | Income from Form 8853 | 8e | |
| f | Income from Form 8889 | 8f | |
| g | Alaska Permanent Fund dividends | 8g | |
| h | Jury duty pay | 8h | |
| i | Prizes and awards | 8i | |
| j | Activity not engaged in for profit income | 8j | |
| k | Stock options | 8k | |
| l | Income from the rental of personal property if you engaged in the rental for profit but were not in the business of renting such property | 8l | |
| m | Olympic and Paralympic medals and USOC prize money (see instructions) | 8m | |
| n | Section 951(a) inclusion (see instructions) | 8n | |
| o | Section 951A(a) inclusion (see instructions) | 8o | |
| p | Section 461(l) excess business loss adjustment | 8p | |
| q | Taxable distributions from an ABLE account (see instructions) | 8q | |
| r | Scholarship and fellowship grants not reported on Form W-2 | 8r | |
| s | Nontaxable amount of Medicaid waiver payments included on Form 1040, line 1a or 1d | 8s | ( ) |
| t | Pension or annuity from a nonqualifed deferred compensation plan or a nongovernmental section 457 plan | 8t | |
| u | Wages earned while incarcerated | 8u | |
| z | Other income. List type and amount: | 8z | |

| | | | |
|---|---|---|---|
| 9 | Total other income. Add lines 8a through 8z | 9 | -3,564,660. |
| 10 | Combine lines 1 through 7 and 9. Enter here and on Form 1040, 1040-SR, or 1040-NR, line 8 | 10 | -2,247,996. |

For Paperwork Reduction Act Notice, see your tax return instructions.

Schedule 1 (Form 1040) 2022

Schedule 1 (Form 1040) 2022                                                                                  Page **2**

## Part II    Adjustments to Income

| | | |
|---|---|---|
| 11 | Educator expenses . . . . . . . . . . . . . . . . . . . . . . . | **11** |
| 12 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 . . . . . . . . . . . . . . . . . . | **12** |
| 13 | Health savings account deduction. Attach Form 8889 . . . . . . . . . . . | **13** |
| 14 | Moving expenses for members of the Armed Forces. Attach Form 3903 . . . . . . | **14** |
| 15 | Deductible part of self-employment tax. Attach Schedule SE . . . . . . . . . | **15** |
| 16 | Self-employed SEP, SIMPLE, and qualified plans . . . . . . . . . . . . | **16** |
| 17 | Self-employed health insurance deduction . . . . . . . . . . . . . . | **17** |
| 18 | Penalty on early withdrawal of savings . . . . . . . . . . . . . . . | **18** |
| 19a | Alimony paid . . . . . . . . . . . . . . . . . . . . . . . | **19a** |
| b | Recipient's SSN . . . . . . . . . . . . . . . . . . . | |
| c | Date of original divorce or separation agreement (see instructions): _____ | |
| 20 | IRA deduction . . . . . . . . . . . . . . . . . . . . . . | **20** |
| 21 | Student loan interest deduction . . . . . . . . . . . . . . . . . | **21** |
| 22 | Reserved for future use . . . . . . . . . . . . . . . . . . . | **22** |
| 23 | Archer MSA deduction . . . . . . . . . . . . . . . . . . . | **23** |
| 24 | Other adjustments: | |

| | | | |
|---|---|---|---|
| a | Jury duty pay (see instructions) . . . . . . . . . . . . . . . | **24a** | |
| b | Deductible expenses related to income reported on line 8l from the rental of personal property engaged in for profit . . . . . . . . | **24b** | |
| c | Nontaxable amount of the value of Olympic and Paralympic medals and USOC prize money reported on line 8m . . . . . . . . . | **24c** | |
| d | Reforestation amortization and expenses . . . . . . . . . . | **24d** | |
| e | Repayment of supplemental unemployment benefits under the Trade Act of 1974 . . . . . . . . . . . . . . . . . . . . | **24e** | |
| f | Contributions to section 501(c)(18)(D) pension plans . . . . . . | **24f** | |
| g | Contributions by certain chaplains to section 403(b) plans . . . . | **24g** | |
| h | Attorney fees and court costs for actions involving certain unlawful discrimination claims (see instructions) . . . . . . . . . . | **24h** | |
| i | Attorney fees and court costs you paid in connection with an award from the IRS for information you provided that helped the IRS detect tax law violations . . . . . . . . . . . . . . . . . | **24i** | |
| j | Housing deduction from Form 2555 . . . . . . . . . . . . | **24j** | |
| k | Excess deductions of section 67(e) expenses from Schedule K-1 (Form 1041) . . . . . . . . . . . . . . . . . . . . . | **24k** | |
| z | Other adjustments. List type and amount: _____ | **24z** | |

| | | |
|---|---|---|
| 25 | Total other adjustments. Add lines 24a through 24z . . . . . . . . . . . . | **25** |
| 26 | Add lines 11 through 23 and 25. These are your **adjustments to income**. Enter here and on Form 1040 or 1040-SR, line 10, or Form 1040-NR, line 10a . . . . . . . . . . | **26** |

BAA          REV 04/26/23 PRO          Schedule 1 (Form 1040) 2022

**SCHEDULE 2**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service

# Additional Taxes

Attach to Form 1040, 1040-SR, or 1040-NR.
Go to *www.irs.gov/Form1040* for instructions and the latest information.

OMB No. 1545-0074

**2022**

Attachment
Sequence No. **02**

Name(s) shown on Form 1040, 1040-SR, or 1040-NR

Avrumi Lubin

Your social security number

4839

## Part I Tax

| | | | |
|---|---|---|---|
| 1 | Alternative minimum tax. Attach Form 6251 | **1** | 14,484. |
| 2 | Excess advance premium tax credit repayment. Attach Form 8962 | **2** | |
| 3 | Add lines 1 and 2. Enter here and on Form 1040, 1040-SR, or 1040-NR, line 17 | **3** | 14,484. |

## Part II Other Taxes

| | | | |
|---|---|---|---|
| 4 | Self-employment tax. Attach Schedule SE | **4** | |
| 5 | Social security and Medicare tax on unreported tip income. Attach Form 4137 [5] | | |
| 6 | Uncollected social security and Medicare tax on wages. Attach Form 8919 [6] | | |
| 7 | Total additional social security and Medicare tax. Add lines 5 and 6 | **7** | |
| 8 | Additional tax on IRAs or other tax-favored accounts. Attach Form 5329 if required. If not required, check here ☐ | **8** | |
| 9 | Household employment taxes. Attach Schedule H | **9** | |
| 10 | Repayment of first-time homebuyer credit. Attach Form 5405 if required | **10** | |
| 11 | Additional Medicare Tax. Attach Form 8959 | **11** | |
| 12 | Net investment income tax. Attach Form 8960 | **12** | |
| 13 | Uncollected social security and Medicare or RRTA tax on tips or group-term life insurance from Form W-2, box 12 | **13** | |
| 14 | Interest on tax due on installment income from the sale of certain residential lots and timeshares | **14** | |
| 15 | Interest on the deferred tax on gain from certain installment sales with a sales price over $150,000 | **15** | |
| 16 | Recapture of low-income housing credit. Attach Form 8611 | **16** | |

*(continued on page 2)*

For Paperwork Reduction Act Notice, see your tax return instructions.

Schedule 2 (Form 1040) 2022

Schedule 2 (Form 1040) 2022

Page **2**

### Part II   Other Taxes *(continued)*

**17** Other additional taxes:

**a** Recapture of other credits. List type, form number, and amount:

_____ | **17a**

**b** Recapture of federal mortgage subsidy, if you sold your home see instructions . . . . . . . . . . . . | **17b**

**c** Additional tax on HSA distributions. Attach Form 8889 . . . . | **17c**

**d** Additional tax on an HSA because you didn't remain an eligible individual. Attach Form 8889 . . . . . . . . . . | **17d**

**e** Additional tax on Archer MSA distributions. Attach Form 8853 . | **17e**

**f** Additional tax on Medicare Advantage MSA distributions. Attach Form 8853 . . . . . . . . . . . . . . | **17f**

**g** Recapture of a charitable contribution deduction related to a fractional interest in tangible personal property . . . . . . | **17g**

**h** Income you received from a nonqualified deferred compensation plan that fails to meet the requirements of section 409A . . . | **17h**

**i** Compensation you received from a nonqualified deferred compensation plan described in section 457A . . . . . . | **17i**

**j** Section 72(m)(5) excess benefits tax . . . . . . . . . | **17j**

**k** Golden parachute payments . . . . . . . . . . . | **17k**

**l** Tax on accumulation distribution of trusts . . . . . . . | **17l**

**m** Excise tax on insider stock compensation from an expatriated corporation . . . . . . . . . . . . . . . | **17m**

**n** Look-back interest under section 167(g) or 460(b) from Form 8697 or 8866 . . . . . . . . . . . . . . | **17n**

**o** Tax on non-effectively connected income for any part of the year you were a nonresident alien from Form 1040-NR . . . . | **17o**

**p** Any interest from Form 8621, line 16f, relating to distributions from, and dispositions of, stock of a section 1291 fund . . . . | **17p**

**q** Any interest from Form 8621, line 24 . . . . . . . . . | **17q**

**z** Any other taxes. List type and amount: _____

_____ | **17z**

**18** Total additional taxes. Add lines 17a through 17z . . . . . . . . . . . . . . . | **18**

**19** Reserved for future use . . . . . . . . . . . . . . . . . . . | **19**

**20** Section 965 net tax liability installment from Form 965-A . . . | **20**

**21** Add lines 4, 7 through 16, and 18. These are your **total other taxes**. Enter here and on Form 1040 or 1040-SR, line 23, or Form 1040-NR, line 23b . . . . . . . . . | **21**

BAA        REV 04/26/23 PRO        Schedule 2 (Form 1040) 2022

**SCHEDULE B**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service

# Interest and Ordinary Dividends

Go to *www.irs.gov/ScheduleB* for instructions and the latest information.
Attach to Form 1040 or 1040-SR.

OMB No. 1545-0074

**2022**

Attachment
Sequence No. **08**

Name(s) shown on return
Avrumi Lubin

Your social security number
4839

## Part I
### Interest

(See instructions and the Instructions for Form 1040, line 2b.)

**Note:** If you received a Form 1099-INT, Form 1099-OID, or substitute statement from a brokerage firm, list the firm's name as the payer and enter the total interest shown on that form.

| | | Amount |
|---|---|---|
| **1** | List name of payer. If any interest is from a seller-financed mortgage and the buyer used the property as a personal residence, see the instructions and list this interest first. Also, show that buyer's social security number and address: | |
| | MERRILL LYNCH, PIERCE, FENNER & SMITH INC | 1,235. |
| | 3010 Clarendon Holdings LLC | 10. |
| **2** | Add the amounts on line 1 . . . . . . . . . . . . . . . . . . . . . **2** | 1,245. |
| **3** | Excludable interest on series EE and I U.S. savings bonds issued after 1989. Attach Form 8815 . . . . . . . . . . . . . . . . . **3** | |
| **4** | Subtract line 3 from line 2. Enter the result here and on Form 1040 or 1040-SR, line 2b **4** | 1,245. |

**Note:** If line 4 is over $1,500, you must complete Part III.

## Part II
### Ordinary Dividends

(See instructions and the Instructions for Form 1040, line 3b.)

**Note:** If you received a Form 1099-DIV or substitute statement from a brokerage firm, list the firm's name as the payer and enter the ordinary dividends shown on that form.

| | | Amount |
|---|---|---|
| **5** | List name of payer: MERRILL LYNCH, PIERCE, FENNER & SMITH INC | 22,117. |
| **6** | Add the amounts on line 5. Enter the total here and on Form 1040 or 1040-SR, line 3b **6** | 22,117. |

**Note:** If line 6 is over $1,500, you must complete Part III.

## Part III
### Foreign Accounts and Trusts

**Caution:** If required, failure to file FinCEN Form 114 may result in substantial penalties. Additionally, you may be required to file Form 8938, Statement of Specified Foreign Financial Assets. See instructions.

You must complete this part if you **(a)** had over $1,500 of taxable interest or ordinary dividends; **(b)** had a foreign account; or **(c)** received a distribution from, or were a grantor of, or a transferor to, a foreign trust.

| | | Yes | No |
|---|---|---|---|
| **7a** | At any time during 2022, did you have a financial interest in or signature authority over a financial account (such as a bank account, securities account, or brokerage account) located in a foreign country? See instructions . . . . . . . . . . . . . . | | ✕ |
| | If "Yes," are you required to file FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR), to report that financial interest or signature authority? See FinCEN Form 114 and its instructions for filing requirements and exceptions to those requirements . . . . . | | |
| **b** | If you are required to file FinCEN Form 114, list the name(s) of the foreign country(-ies) where the financial account(s) are located: | | |
| **8** | During 2022, did you receive a distribution from, or were you the grantor of, or transferor to, a foreign trust? If "Yes," you may have to file Form 3520. See instructions . . . . . . . . . . | | ✕ |

For Paperwork Reduction Act Notice, see your tax return instructions.    **BAA**    REV 04/26/23 PRO    Schedule B (Form 1040) 2022

| SCHEDULE D<br>(Form 1040)<br><br>Department of the Treasury<br>Internal Revenue Service | **Capital Gains and Losses**<br><br>Attach to Form 1040, 1040-SR, or 1040-NR.<br>Go to *www.irs.gov/ScheduleD* for instructions and the latest information.<br>Use Form 8949 to list your transactions for lines 1b, 2, 3, 8b, 9, and 10. | OMB No. 1545-0074<br><br>20**22**<br><br>Attachment<br>Sequence No. **12** |

| Name(s) shown on return | Your social security number |
|---|---|
| Avrumi Lubin | 4839 |

Did you dispose of any investment(s) in a qualified opportunity fund during the tax year?   ☐ Yes   ☒ No
If "Yes," attach Form 8949 and see its instructions for additional requirements for reporting your gain or loss.

## Part I   Short-Term Capital Gains and Losses—Generally Assets Held One Year or Less (see instructions)

| See instructions for how to figure the amounts to enter on the lines below.<br><br>This form may be easier to complete if you round off cents to whole dollars. | (d)<br>Proceeds<br>(sales price) | (e)<br>Cost<br>(or other basis) | (g)<br>Adjustments<br>to gain or loss from<br>Form(s) 8949, Part I,<br>line 2, column (g) | (h) Gain or (loss)<br>Subtract column (e)<br>from column (d) and<br>combine the result<br>with column (g) |
|---|---|---|---|---|
| 1a Totals for all short-term transactions reported on Form 1099-B for which basis was reported to the IRS and for which you have no adjustments (see instructions). However, if you choose to report all these transactions on Form 8949, leave this line blank and go to line 1b . | | | | |
| 1b Totals for all transactions reported on Form(s) 8949 with **Box A** checked  . . . . . . . . . . | 545,537. | 650,454. | | −104,917. |
| 2 Totals for all transactions reported on Form(s) 8949 with **Box B** checked  . . . . . . . . . . | | | | |
| 3 Totals for all transactions reported on Form(s) 8949 with **Box C** checked  . . . . . . . . . . | | | | |

| | | | |
|---|---|---|---|
| 4 Short-term gain from Form 6252 and short-term gain or (loss) from Forms 4684, 6781, and 8824  . . | 4 | | |
| 5 Net short-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 . . . . . . . . . . . . . . . . . . . | 5 | | |
| 6 Short-term capital loss carryover. Enter the amount, if any, from line 8 of your **Capital Loss Carryover Worksheet** in the instructions  . . . . . . . . . . . . . . . . . | 6 | ( | 23,384. ) |
| 7 **Net short-term capital gain or (loss).** Combine lines 1a through 6 in column (h). If you have any long-term capital gains or losses, go to Part II below. Otherwise, go to Part III on the back  . . . . . . | 7 | | −128,301. |

## Part II   Long-Term Capital Gains and Losses—Generally Assets Held More Than One Year (see instructions)

| See instructions for how to figure the amounts to enter on the lines below.<br><br>This form may be easier to complete if you round off cents to whole dollars. | (d)<br>Proceeds<br>(sales price) | (e)<br>Cost<br>(or other basis) | (g)<br>Adjustments<br>to gain or loss from<br>Form(s) 8949, Part II,<br>line 2, column (g) | (h) Gain or (loss)<br>Subtract column (e)<br>from column (d) and<br>combine the result<br>with column (g) |
|---|---|---|---|---|
| 8a Totals for all long-term transactions reported on Form 1099-B for which basis was reported to the IRS and for which you have no adjustments (see instructions). However, if you choose to report all these transactions on Form 8949, leave this line blank and go to line 8b . | | | | |
| 8b Totals for all transactions reported on Form(s) 8949 with **Box D** checked  . . . . . . . . . . | | | | |
| 9 Totals for all transactions reported on Form(s) 8949 with **Box E** checked  . . . . . . . . . . | | | | |
| 10 Totals for all transactions reported on Form(s) 8949 with **Box F** checked.  . . . . . . . . . . | | | | |

| | | | |
|---|---|---|---|
| 11 Gain from Form 4797, Part I; long-term gain from Forms 2439 and 6252; and long-term gain or (loss) from Forms 4684, 6781, and 8824  . . . . . . . . . . . . . . . . . | 11 | | |
| 12 Net long-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 | 12 | | |
| 13 Capital gain distributions. See the instructions  . . . . . . . . . . . . . . . . . | 13 | | 1. |
| 14 Long-term capital loss carryover. Enter the amount, if any, from line 13 of your **Capital Loss Carryover Worksheet** in the instructions  . . . . . . . . . . . . . . . . . | 14 | ( | ) |
| 15 **Net long-term capital gain or (loss).** Combine lines 8a through 14 in column (h). Then, go to Part III on the back .  . . . . . . . . . . . . . . . . . . . . . . . | 15 | | 1. |

For Paperwork Reduction Act Notice, see your tax return instructions.       BAA       REV 04/26/23 PRO       Schedule D (Form 1040) 2022

Schedule D (Form 1040) 2022                                                                                          Page **2**

| **Part III** | **Summary** |
| --- | --- |

**16** Combine lines 7 and 15 and enter the result . . . . . . . . . . . . . . . . . **16** | −128,300.

- If line 16 is a **gain**, enter the amount from line 16 on Form 1040, 1040-SR, or 1040-NR, line 7. Then, go to line 17 below.
- If line 16 is a **loss**, skip lines 17 through 20 below. Then, go to line 21. Also be sure to complete line 22.
- If line 16 is **zero**, skip lines 17 through 21 below and enter -0- on Form 1040, 1040-SR, or 1040-NR, line 7. Then, go to line 22.

**17** Are lines 15 and 16 **both** gains?
☐ **Yes.** Go to line 18.
☐ **No.** Skip lines 18 through 21, and go to line 22.

**18** If you are required to complete the **28% Rate Gain Worksheet** (see instructions), enter the amount, if any, from line 7 of that worksheet . . . . . . . . . . . . . . **18**

**19** If you are required to complete the **Unrecaptured Section 1250 Gain Worksheet** (see instructions), enter the amount, if any, from line 18 of that worksheet . . . . . . . . . **19**

**20** Are lines 18 and 19 both zero or blank and you are not filing Form 4952?
☐ **Yes.** Complete the **Qualified Dividends and Capital Gain Tax Worksheet** in the instructions for Form 1040, line 16. **Don't** complete lines 21 and 22 below.

☐ **No.** Complete the **Schedule D Tax Worksheet** in the instructions. **Don't** complete lines 21 and 22 below.

**21** If line 16 is a loss, enter here and on Form 1040, 1040-SR, or 1040-NR, line 7, the **smaller** of:

- The loss on line 16; or
- ($3,000), or if married filing separately, ($1,500)   } . . . . . . . . . . . . . . . **21** ( 3,000. )

**Note:** When figuring which amount is smaller, treat both amounts as positive numbers.

**22** Do you have qualified dividends on Form 1040, 1040-SR, or 1040-NR, line 3a?

☒ **Yes.** Complete the **Qualified Dividends and Capital Gain Tax Worksheet** in the instructions for Form 1040, line 16.

☐ **No.** Complete the rest of Form 1040, 1040-SR, or 1040-NR.

REV 04/26/23 PRO                                                                          **Schedule D (Form 1040) 2022**

Form **8949**

Department of the Treasury
Internal Revenue Service

## Sales and Other Dispositions of Capital Assets

Go to *www.irs.gov/Form8949* for instructions and the latest information.

File with your Schedule D to list your transactions for lines 1b, 2, 3, 8b, 9, and 10 of Schedule D.

OMB No. 1545-0074

**2022**

Attachment
Sequence No. **12A**

| Name(s) shown on return | Social security number or taxpayer identification number |
|---|---|
| Avrumi Lubin | 4839 |

*Before you check Box A, B, or C below, see whether you received any Form(s) 1099-B or substitute statement(s) from your broker. A substitute statement will have the same information as Form 1099-B. Either will show whether your basis (usually your cost) was reported to the IRS by your broker and may even tell you which box to check.*

**Part I** 　**Short-Term.** Transactions involving capital assets you held 1 year or less are generally short-term (see instructions). For long-term transactions, see page 2.

**Note:** You may aggregate all short-term transactions reported on Form(s) 1099-B showing basis was reported to the IRS and for which no adjustments or codes are required. Enter the totals directly on Schedule D, line 1a; you aren't required to report these transactions on Form 8949 (see instructions).

**You *must* check Box A, B, *or* C below. Check only one box.** If more than one box applies for your short-term transactions, complete a separate Form 8949, page 1, for each applicable box. If you have more short-term transactions than will fit on this page for one or more of the boxes, complete as many forms with the same box checked as you need.

- ☒ **(A)** Short-term transactions reported on Form(s) 1099-B showing basis was reported to the IRS (see **Note** above)
- ☐ **(B)** Short-term transactions reported on Form(s) 1099-B showing basis **wasn't** reported to the IRS
- ☐ **(C)** Short-term transactions not reported to you on Form 1099-B

| 1 | (a) Description of property (Example: 100 sh. XYZ Co.) | (b) Date acquired (Mo., day, yr.) | (c) Date sold or disposed of (Mo., day, yr.) | (d) Proceeds (sales price) (see instructions) | (e) Cost or other basis See the Note below and see Column (e) in the separate instructions. | (f) Code(s) from instructions | (g) Amount of adjustment | (h) Gain or (loss) Subtract column (e) from column (d) and combine the result with column (g). |
|---|---|---|---|---|---|---|---|---|
| | MERRILL LYNCH, PIERCE, FENNER & SMITH INC. | Various | 12/31/22 | 545,537. | 650,454. | | | −104,917. |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**2 Totals.** Add the amounts in columns (d), (e), (g), and (h) (subtract negative amounts). Enter each total here and include on your Schedule D, **line 1b** (if **Box A** above is checked), **line 2** (if **Box B** above is checked), or **line 3** (if **Box C** above is checked) . 　. 　545,537. 　650,454. 　−104,917.

**Note:** If you checked Box A above but the basis reported to the IRS was incorrect, enter in column (e) the basis as reported to the IRS, and enter an adjustment in column (g) to correct the basis. See *Column (g)* in the separate instructions for how to figure the amount of the adjustment.

For Paperwork Reduction Act Notice, see your tax return instructions.　**BAA**　REV 04/26/23 PRO　Form **8949** (2022)

Schedule E (Form 1040) 2022 | Attachment Sequence No. **13** | Page **2**

| Name(s) shown on return. Do not enter name and social security number if shown on other side. | Your social security number |
|---|---|
| Avrumi Lubin | 4839 |

**Caution:** The IRS compares amounts reported on your tax return with amounts shown on Schedule(s) K-1.

### Part II — Income or Loss From Partnerships and S Corporations

**Note:** If you report a loss, receive a distribution, dispose of stock, or receive a loan repayment from an S corporation, you **must** check the box in column (e) on line 28 and attach the required basis computation. If you report a loss from an at-risk activity for which **any** amount is **not** at risk, you **must** check the box in column (f) on line 28 and attach **Form 6198**. See instructions.

27  Are you reporting any loss not allowed in a prior year due to the at-risk or basis limitations, a prior year unallowed loss from a passive activity (if that loss was not reported on Form 8582), or unreimbursed partnership expenses? If you answered "Yes," see instructions before completing this section . . . . . . . . . . . . . . . . . . . . □ Yes ☒ No

| 28 | (a) Name | (b) Enter P for partnership; S for S corporation | (c) Check if foreign partnership | (d) Employer identification number | (e) Check if basis computation is required | (f) Check if any amount is not at risk |
|---|---|---|---|---|---|---|
| A | 3010 Clarendon Holdings LLC | P | □ | 84-3984161 | □ | □ |
| B | 472 E48 Holdings LLC | P | □ | 87-0969128 | □ | □ |
| C | 1519 Lincoln Holdings LLC | P | □ | 86-3625301 | □ | □ |
| D | See line 28 information | | □ | | □ | □ |

| | Passive Income and Loss | | Nonpassive Income and Loss | | |
|---|---|---|---|---|---|
| | (g) Passive loss allowed (attach Form 8582 if required) | (h) Passive income from Schedule K-1 | (i) Nonpassive loss allowed (see Schedule K-1) | (j) Section 179 expense deduction from Form 4562 | (k) Nonpassive income from Schedule K-1 |
| A | 0. | | | | |
| B | 5,983. | 5,983. | | | |
| C | 139. | 139. | | | |
| D | 0. | | | | 1,316,664. |
| 29a Totals | | 6,122. | | | 1,316,664. |
| b Totals | 6,122. | | | | |

| 30 | Add columns (h) and (k) of line 29a . . . . . . . . . . . . | 30 | 1,322,786. |
|---|---|---|---|
| 31 | Add columns (g), (i), and (j) of line 29b. . . . . . . . . . | 31 | ( 6,122. ) |
| 32 | **Total partnership and S corporation income or (loss).** Combine lines 30 and 31 . . . . . | 32 | 1,316,664. |

### Part III — Income or Loss From Estates and Trusts

| 33 | (a) Name | (b) Employer identification number |
|---|---|---|
| A | | |
| B | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | |
|---|---|---|---|---|
| | (c) Passive deduction or loss allowed (attach Form 8582 if required) | (d) Passive income from Schedule K-1 | (e) Deduction or loss from Schedule K-1 | (f) Other income from Schedule K-1 |
| A | | | | |
| B | | | | |
| 34a Totals | | | | |
| b Totals | | | | |

| 35 | Add columns (d) and (f) of line 34a . . . . . . . . . . . . | 35 | |
|---|---|---|---|
| 36 | Add columns (c) and (e) of line 34b . . . . . . . . . . . . | 36 | ( ) |
| 37 | **Total estate and trust income or (loss).** Combine lines 35 and 36 . . . . . . . . . | 37 | |

### Part IV — Income or Loss From Real Estate Mortgage Investment Conduits (REMICs)—Residual Holder

| 38 | (a) Name | (b) Employer identification number | (c) Excess inclusion from Schedules Q, line 2c (see instructions) | (d) Taxable income (net loss) from Schedules Q, line 1b | (e) Income from Schedules Q, line 3b |
|---|---|---|---|---|---|
| | | | | | |

| 39 | Combine columns (d) and (e) only. Enter the result here and include in the total on line 41 below . | 39 | |
|---|---|---|---|

### Part V — Summary

| 40 | Net farm rental income or (loss) from **Form 4835**. Also, complete line 42 below . . . . . . . | 40 | |
|---|---|---|---|
| 41 | **Total income or (loss).** Combine lines 26, 32, 37, 39, and 40. Enter the result here and on Schedule 1 (Form 1040), line 5 . . . . . . . . . . . . . . . . . . . . . | 41 | 1,316,664. |
| 42 | **Reconciliation of farming and fishing income.** Enter your **gross** farming and fishing income reported on Form 4835, line 7; Schedule K-1 (Form 1065), box 14, code B; Schedule K-1 (Form 1120-S), box 17, code AD; and Schedule K-1 (Form 1041), box 14, code F. See instructions . | 42 | |
| 43 | **Reconciliation for real estate professionals.** If you were a real estate professional (see instructions), enter the net income or (loss) you reported anywhere on Form 1040, Form 1040-SR, or Form 1040-NR from all rental real estate activities in which you materially participated under the passive activity loss rules . . . . . . . . . . . . | 43 | |

REV 04/26/23 PRO | Schedule E (Form 1040) 2022

| Form **6251** | **Alternative Minimum Tax—Individuals** | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | Go to *www.irs.gov/Form6251* for instructions and the latest information. Attach to Form 1040, 1040-SR, or 1040-NR. | **2022** Attachment Sequence No. **32** |

| Name(s) shown on Form 1040, 1040-SR, or 1040-NR | Your social security number |
|---|---|
| Avrumi Lubin | 4839 |

## Part I   Alternative Minimum Taxable Income (See instructions for how to complete each line.)

| | | | |
|---|---|---|---|
| 1 | Enter the amount from Form 1040 or 1040-SR, line 15, if more than zero. If Form 1040 or 1040-SR, line 15, is zero, subtract line 14 of Form 1040 or 1040-SR from line 11 of Form 1040 or 1040-SR and enter the result here. (If less than zero, enter as a negative amount.) | 1 | -2,136,584. |
| 2a | If filing Schedule A (Form 1040), enter the taxes from Schedule A, line 7; otherwise, enter the amount from Form 1040 or 1040-SR, line 12 | 2a | 12,950. |
| b | Tax refund from Schedule 1 (Form 1040), line 1 or line 8z | 2b | ( 0. ) |
| c | Investment interest expense (difference between regular tax and AMT) | 2c | |
| d | Depletion (difference between regular tax and AMT) | 2d | |
| e | Net operating loss deduction from Schedule 1 (Form 1040), line 8a. Enter as a positive amount | 2e | 3,564,660. |
| f | Alternative tax net operating loss deduction | 2f | ( 1,296,923. ) |
| g | Interest from specified private activity bonds exempt from the regular tax | 2g | |
| h | Qualified small business stock, see instructions | 2h | 0. |
| i | Exercise of incentive stock options (excess of AMT income over regular tax income) | 2i | |
| j | Estates and trusts (amount from Schedule K-1 (Form 1041), box 12, code A) | 2j | |
| k | Disposition of property (difference between AMT and regular tax gain or loss) | 2k | 0. |
| l | Depreciation on assets placed in service after 1986 (difference between regular tax and AMT) | 2l | 0. |
| m | Passive activities (difference between AMT and regular tax income or loss) | 2m | 0. |
| n | Loss limitations (difference between AMT and regular tax income or loss) | 2n | |
| o | Circulation costs (difference between regular tax and AMT) | 2o | |
| p | Long-term contracts (difference between AMT and regular tax income) | 2p | |
| q | Mining costs (difference between regular tax and AMT) | 2q | |
| r | Research and experimental costs (difference between regular tax and AMT) | 2r | |
| s | Income from certain installment sales before January 1, 1987 | 2s | ( ) |
| t | Intangible drilling costs preference | 2t | |
| 3 | Other adjustments, including income-based related adjustments | 3 | |
| 4 | **Alternative minimum taxable income.** Combine lines 1 through 3. (If married filing separately and line 4 is more than $776,100, see instructions.) | 4 | 144,103. |

## Part II   Alternative Minimum Tax (AMT)

| | | | |
|---|---|---|---|
| 5 | Exemption. | | |

| IF your filing status is... | AND line 4 is not over... | THEN enter on line 5... | | |
|---|---|---|---|---|
| Single or head of household | $ 539,900 | $ 75,900 | | |
| Married filing jointly or qualifying widow(er) | 1,079,800 | 118,100 | | |
| Married filing separately | 539,900 | 59,050 | } | |
| If line 4 is **over** the amount shown above for your filing status, see instructions. | | | 5 | 75,900. |

| | | | |
|---|---|---|---|
| 6 | Subtract line 5 from line 4. If more than zero, go to line 7. If zero or less, enter -0- here and on lines 7, 9, and 11, and go to line 10. | 6 | 68,203. |
| 7 | • If you are filing Form 2555, see instructions for the amount to enter. • If you reported capital gain distributions directly on Form 1040 or 1040-SR, line 7; you reported qualified dividends on Form 1040 or 1040-SR, line 3a; **or** you had a gain on both lines 15 and 16 of Schedule D (Form 1040) (as refigured for the AMT, if necessary), complete Part III on the back and enter the amount from line 40 here. • **All others:** If line 6 is $206,100 or less ($103,050 or less if married filing separately), multiply line 6 by 26% (0.26). Otherwise, multiply line 6 by 28% (0.28) and subtract $4,122 ($2,061 if married filing separately) from the result. | 7 | 14,484. |
| 8 | Alternative minimum tax foreign tax credit (see instructions) | 8 | |
| 9 | Tentative minimum tax. Subtract line 8 from line 7 | 9 | 14,484. |
| 10 | Add Form 1040 or 1040-SR, line 16 (minus any tax from Form 4972), and Schedule 2 (Form 1040), line 2. Subtract from the result Schedule 3 (Form 1040), line 1 and any negative amount reported on Form 8978, line 14 (treated as a positive number). If zero or less, enter -0-. If you used Schedule J to figure your tax on Form 1040 or 1040-SR, line 16, refigure that tax without using Schedule J before completing this line. See instructions | 10 | 0. |
| 11 | **AMT.** Subtract line 10 from line 9. If zero or less, enter -0-. Enter here and on Schedule 2 (Form 1040), line 1 | 11 | 14,484. |

For Paperwork Reduction Act Notice, see your tax return instructions.   BAA   REV 04/26/23 PRO   Form **6251** (2022)

Form 6251 (2022)        Page **2**

**Part III**    **Tax Computation Using Maximum Capital Gains Rates**

Complete Part III only if you are required to do so by line 7 or by the Foreign Earned Income Tax Worksheet in the instructions.

| # | Description | | Amount |
|---|---|---|---|
| 12 | Enter the amount from Form 6251, line 6. If you are filing Form 2555, enter the amount from line 3 of the worksheet in the instructions for line 7 | 12 | 68,203. |
| 13 | Enter the amount from line 4 of the Qualified Dividends and Capital Gain Tax Worksheet in the Instructions for Form 1040 or the amount from line 13 of the Schedule D Tax Worksheet in the Instructions for Schedule D (Form 1040), whichever applies (as refigured for the AMT, if necessary). See instructions. If you are filing Form 2555, see instructions for the amount to enter | 13 | 12,495. |
| 14 | Enter the amount from Schedule D (Form 1040), line 19 (as refigured for the AMT, if necessary). See instructions. If you are filing Form 2555, see instructions for the amount to enter | 14 | |
| 15 | If you did not complete a Schedule D Tax Worksheet for the regular tax or the AMT, enter the amount from line 13. Otherwise, add lines 13 and 14, and enter the **smaller** of that result or the amount from line 10 of the Schedule D Tax Worksheet (as refigured for the AMT, if necessary). If you are filing Form 2555, see instructions for the amount to enter | 15 | 12,495. |
| 16 | Enter the **smaller** of line 12 or line 15 | 16 | 12,495. |
| 17 | Subtract line 16 from line 12 | 17 | 55,708. |
| 18 | If line 17 is $206,100 or less ($103,050 or less if married filing separately), multiply line 17 by 26% (0.26). Otherwise, multiply line 17 by 28% (0.28) and subtract $4,122 ($2,061 if married filing separately) from the result | 18 | 14,484. |
| 19 | Enter:<br>• $83,350 if married filing jointly or qualifying widow(er),<br>• $41,675 if single or married filing separately, or<br>• $55,800 if head of household. | 19 | 41,675. |
| 20 | Enter the amount from line 5 of the Qualified Dividends and Capital Gain Tax Worksheet or the amount from line 14 of the Schedule D Tax Worksheet, whichever applies (as figured for the regular tax). If you did not complete either worksheet for the regular tax, enter the amount from Form 1040 or 1040-SR, line 15; if zero or less, enter -0-. If you are filing Form 2555, see instructions for the amount to enter | 20 | 0. |
| 21 | Subtract line 20 from line 19. If zero or less, enter -0- | 21 | 41,675. |
| 22 | Enter the **smaller** of line 12 or line 13 | 22 | 12,495. |
| 23 | Enter the **smaller** of line 21 or line 22. This amount is taxed at 0% | 23 | 12,495. |
| 24 | Subtract line 23 from line 22 | 24 | 0. |
| 25 | Enter:<br>• $459,750 if single,<br>• $258,600 if married filing separately,<br>• $517,200 if married filing jointly or qualifying widow(er), or<br>• $488,500 if head of household. | 25 | 459,750. |
| 26 | Enter the amount from line 21 | 26 | 41,675. |
| 27 | Enter the amount from line 5 of the Qualified Dividends and Capital Gain Tax Worksheet or the amount from line 21 of the Schedule D Tax Worksheet, whichever applies (as figured for the regular tax). If you did not complete either worksheet for the regular tax, enter the amount from Form 1040 or 1040-SR, line 15; if zero or less, enter -0-. If you are filing Form 2555, see instructions for the amount to enter | 27 | 0. |
| 28 | Add line 26 and line 27 | 28 | 41,675. |
| 29 | Subtract line 28 from line 25. If zero or less, enter -0- | 29 | 418,075. |
| 30 | Enter the smaller of line 24 or line 29 | 30 | 0. |
| 31 | Multiply line 30 by 15% (0.15) | 31 | 0. |
| 32 | Add lines 23 and 30 | 32 | 12,495. |
| | **If lines 32 and 12 are the same, skip lines 33 through 37 and go to line 38. Otherwise, go to line 33.** | | |
| 33 | Subtract line 32 from line 22 | 33 | 0. |
| 34 | Multiply line 33 by 20% (0.20) | 34 | 0. |
| | **If line 14 is zero or blank, skip lines 35 through 37 and go to line 38. Otherwise, go to line 35.** | | |
| 35 | Add lines 17, 32, and 33 | 35 | |
| 36 | Subtract line 35 from line 12 | 36 | |
| 37 | Multiply line 36 by 25% (0.25) | 37 | |
| 38 | Add lines 18, 31, 34, and 37 | 38 | 14,484. |
| 39 | If line 12 is $206,100 or less ($103,050 or less if married filing separately), multiply line 12 by 26% (0.26). Otherwise, multiply line 12 by 28% (0.28) and subtract $4,122 ($2,061 if married filing separately) from the result | 39 | 17,733. |
| 40 | Enter the **smaller** of line 38 or line 39 here and on line 7. If you are filing Form 2555, do not enter this amount on line 7. Instead, enter it on line 4 of the worksheet in the instructions for line 7 | 40 | 14,484. |

REV 04/26/23 PRO      Form **6251** (2022)

Form **8995**

Department of the Treasury
Internal Revenue Service

**Qualified Business Income Deduction
Simplified Computation**

Attach to your tax return.
Go to *www.irs.gov/Form8995* for instructions and the latest information.

OMB No. 1545-2294

20**22**

Attachment
Sequence No. **55**

| Name(s) shown on return | Your taxpayer identification number |
|---|---|
| Avrumi Lubin | 4839 |

**Note.** *You can claim the qualified business income deduction* **only** *if you have qualified business income from a qualified trade or business, real estate investment trust dividends, publicly traded partnership income, or a domestic production activities deduction passed through from an agricultural or horticultural cooperative. See instructions.*

*Use this form if your taxable income, before your qualified business income deduction, is at or below $170,050 ($340,100 if married filing jointly), and you aren't a patron of an agricultural or horticultural cooperative.*

| 1 | (a) Trade, business, or aggregation name | (b) Taxpayer identification number | (c) Qualified business income or (loss) |
|---|---|---|---|
| i | 3010 Clarendon Holdings LLC | 84-3984161 | 0. |
| ii | 472 E48 Holdings LLC | 87-0969128 | 5,983. |
| iii | 1519 Lincoln Holdings LLC | 86-3625301 | 139. |
| iv | Spin Capital LLC | 83-3784343 | 1,316,664. |
| v | FRONT STREET HOLDINGS LLC | 87-3800450 | 0. |

| | | | | |
|---|---|---|---|---|
| 2 | Total qualified business income or (loss). Combine lines 1i through 1v, column (c) | 2 | 1,322,786. | |
| 3 | Qualified business net (loss) carryforward from the prior year | 3 | ( 3,820,882. ) | |
| 4 | Total qualified business income. Combine lines 2 and 3. If zero or less, enter -0- | 4 | 0. | |
| 5 | Qualified business income component. Multiply line 4 by 20% (0.20) | | | 5 | 0. |
| 6 | Qualified REIT dividends and publicly traded partnership (PTP) income or (loss) (see instructions) | 6 | | |
| 7 | Qualified REIT dividends and qualified PTP (loss) carryforward from the prior year | 7 | ( ) | |
| 8 | Total qualified REIT dividends and PTP income. Combine lines 6 and 7. If zero or less, enter -0- | 8 | | |
| 9 | REIT and PTP component. Multiply line 8 by 20% (0.20) | | | 9 | |
| 10 | Qualified business income deduction before the income limitation. Add lines 5 and 9 | | | 10 | 0. |
| 11 | Taxable income before qualified business income deduction (see instructions) | 11 | 0. | |
| 12 | Net capital gain (see instructions) | 12 | 12,495. | |
| 13 | Subtract line 12 from line 11. If zero or less, enter -0- | 13 | 0. | |
| 14 | Income limitation. Multiply line 13 by 20% (0.20) | | | 14 | 0. |
| 15 | Qualified business income deduction. Enter the smaller of line 10 or line 14. Also enter this amount on the applicable line of your return (see instructions) | | | 15 | 0. |
| 16 | Total qualified business (loss) carryforward. Combine lines 2 and 3. If greater than zero, enter -0- | | | 16 | ( 2,498,096. ) |
| 17 | Total qualified REIT dividends and PTP (loss) carryforward. Combine lines 6 and 7. If greater than zero, enter -0- | | | 17 | ( 0. ) |

**For Privacy Act and Paperwork Reduction Act Notice, see instructions.**          REV 04/26/23 PRO          Form **8995** (2022)

# Form 8582

**Passive Activity Loss Limitations**

See separate instructions.
Attach to Form 1040, 1040-SR, or 1041.
Go to *www.irs.gov/Form8582* for instructions and the latest information.

OMB No. 1545-1008

2022

Attachment
Sequence No. **858**

Department of the Treasury
Internal Revenue Service

Name(s) shown on return: Avrumi Lubin

Identifying number: 4839

## Part I — 2022 Passive Activity Loss

**Caution:** Complete Parts IV and V before completing Part I.

**Rental Real Estate Activities With Active Participation** (For the definition of active participation, see *Special Allowance for Rental Real Estate Activities* in the instructions.)

| | | | |
|---|---|---|---|
| 1a | Activities with net income (enter the amount from Part IV, column (a)) | 1a | |
| b | Activities with net loss (enter the amount from Part IV, column (b)) | 1b ( | ) |
| c | Prior years' unallowed losses (enter the amount from Part IV, column (c)) | 1c ( | ) |
| d | Combine lines 1a, 1b, and 1c | 1d | |

**All Other Passive Activities**

| | | | |
|---|---|---|---|
| 2a | Activities with net income (enter the amount from Part V, column (a)) | 2a | 6,122. |
| b | Activities with net loss (enter the amount from Part V, column (b)) | 2b ( | -45,188. ) |
| c | Prior years' unallowed losses (enter the amount from Part V, column (c)) | 2c ( | -21,663. ) |
| d | Combine lines 2a, 2b, and 2c | 2d | -60,729. |

3 Combine lines 1d and 2d. If this line is zero or more, stop here and include this form with your return; all losses are allowed, including any prior year unallowed losses entered on line 1c or 2c. Report the losses on the forms and schedules normally used **3** | -60,729.

If line 3 is a loss and: • Line 1d is a loss, go to Part II.
• Line 2d is a loss (and line 1d is zero or more), skip Part II and go to line 10.

**Caution:** If your filing status is married filing separately and you lived with your spouse at any time during the year, **do not** complete Part II. Instead, go to line 10.

## Part II — Special Allowance for Rental Real Estate Activities With Active Participation

**Note:** Enter all numbers in Part II as positive amounts. See instructions for an example.

| | | | |
|---|---|---|---|
| 4 | Enter the **smaller** of the loss on line 1d or the loss on line 3 | 4 | |
| 5 | Enter $150,000. If married filing separately, see instructions | 5 | |
| 6 | Enter modified adjusted gross income, but not less than zero. See instructions | 6 | |
| | **Note:** If line 6 is greater than or equal to line 5, skip lines 7 and 8 and enter -0- on line 9. Otherwise, go to line 7. | | |
| 7 | Subtract line 6 from line 5 | 7 | |
| 8 | Multiply line 7 by 50% (0.50). **Do not** enter more than $25,000. If married filing separately, see instructions | 8 | |
| 9 | Enter the **smaller** of line 4 or line 8 | 9 | 0. |

## Part III — Total Losses Allowed

| | | | |
|---|---|---|---|
| 10 | Add the income, if any, on lines 1a and 2a and enter the total | 10 | 6,122. |
| 11 | **Total losses allowed from all passive activities for 2022.** Add lines 9 and 10. See instructions to find out how to report the losses on your tax return | 11 | 6,122. |

## Part IV — Complete This Part Before Part I, Lines 1a, 1b, and 1c. See instructions.

| Name of activity | Current year | | Prior years | Overall gain or loss | |
| | **(a)** Net income (line 1a) | **(b)** Net loss (line 1b) | **(c)** Unallowed loss (line 1c) | **(d)** Gain | **(e)** Loss |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **Total.** Enter on Part I, lines 1a, 1b, and 1c | | | | | |

For Paperwork Reduction Act Notice, see instructions.　　BAA　　　REV 04/26/23 PRO　　　Form **8582** (2022)

Form 8582 (2022)                                                                                                    Page **2**

### Part V — Complete This Part Before Part I, Lines 2a, 2b, and 2c. See instructions.

| Name of activity | Current year (a) Net income (line 2a) | Current year (b) Net loss (line 2b) | Prior years (c) Unallowed loss (line 2c) | Overall gain or loss (d) Gain | Overall gain or loss (e) Loss |
|---|---|---|---|---|---|
| 3010 Clarendon Holdings LLC | 0. | 6,192. | 12,757. | | 18,949. |
| 472 E48 Holdings LLC | 5,983. | 0. | 8,302. | | 2,319. |
| 1519 Lincoln Holdings LLC | 139. | 0. | 604. | | 465. |
| FRONT STREET HOLDINGS LLC | 0. | 38,996. | | | 38,996. |
| **Total.** Enter on Part I, lines 2a, 2b, and 2c | 6,122. | 45,188. | 21,663. | | |

### Part VI — Use This Part if an Amount Is Shown on Part II, Line 9. See instructions.

| Name of activity | Form or schedule and line number to be reported on (see instructions) | (a) Loss | (b) Ratio | (c) Special allowance | (d) Subtract column (c) from column (a). |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **Total** | | | 1.00 | | |

### Part VII — Allocation of Unallowed Losses. See instructions.

| Name of activity | Form or schedule and line number to be reported on (see instructions) | (a) Loss | (b) Ratio | (c) Unallowed loss |
|---|---|---|---|---|
| 3010 Clarendon Holdings LLC | E Ln 28A | 18,949. | 0.31202556 | 18,949. |
| 472 E48 Holdings LLC | E Ln 28B | 2,319. | 0.03818604 | 2,319. |
| 1519 Lincoln Holdings LLC | E Ln 28C | 465. | 0.00765697 | 465. |
| FRONT STREET HOLDINGS LLC | E Ln 28D | 38,996. | 0.64213144 | 38,996. |
| | | | | |
| **Total** | | 60,729. | 1.00 | 60,729. |

### Part VIII — Allowed Losses. See instructions.

| Name of activity | Form or schedule and line number to be reported on (see instructions) | (a) Loss | (b) Unallowed loss | (c) Allowed loss |
|---|---|---|---|---|
| 3010 Clarendon Holdings LLC | E Ln 28A | 18,949. | 18,949. | 0. |
| 472 E48 Holdings LLC | E Ln 28B | 8,302. | 2,319. | 5,983. |
| 1519 Lincoln Holdings LLC | E Ln 28C | 604. | 465. | 139. |
| FRONT STREET HOLDINGS LLC | E Ln 28D | 38,996. | 38,996. | 0. |
| | | | | |
| **Total** | | 66,851. | 60,729. | 6,122. |

REV 04/26/23 PRO                                                           Form **8582** (2022)

| Schedule 1<br>Line 1 | **State and Local Income Tax Refund Worksheet**<br>State and local taxes paid in 2021 or prior years and refunded in 2022 | **2022** |
|---|---|---|

| Name(s) Shown on Return<br>Avrumi Lubin | Social Security Number<br>4839 |
|---|---|

## Part I   State and Local Income Tax Refunds from 2021 Tax Returns

| 1 | (a)<br>State<br>or<br>Local<br>Code | (b)<br>Refund<br>Amount | (c)<br>Estimated<br>Tax Paid<br>After<br>12/31/2021 | (d)<br>Extension<br>Payments | (e)<br>Total<br>Payments<br>and<br>Withholding | (f)<br>Refund<br>Allocated to<br>Column (c) | (g)<br>Refund<br>Allocated to<br>Column (d) |
|---|---|---|---|---|---|---|---|
| | NJ | 81,944. | | | 96,203. | | |
| | | | | | | | |
| | | | | | | | |
| | Totals . | 81,944. | | | 96,203. | | |

| | | |
|---|---|---|
| 2 | Total state and local refunds. Total line 1 column (b). . . . . . . . . . . . . . . . . . . . . | 81,944. |
| 3 | Refund allocated to tax paid after 12/31/2021. Total line 1 columns (f) and (g).<br>(Include net tax paid after 12/31/2021 on Schedule A, line 5a.) . . . . . . . . . . . . . . . | |
| 4 | Net refund. Line 2 less line 3. . . . . . . . . . . . . . . . . . . . . . . . . | 81,944. |

## Part II   Recovery Amount

The **recovery amount** is the state and local income tax deducted in 2021 refunded in 2022.

| | | |
|---|---|---|
| 5 | Total state and local income tax deduction from line 5a of your 2021 Schedule A . . . . | 128,390. |
| 6 | **Recovery amount.** Lesser of line 4 or line 5. . . . . . . . . . . . . . . . . . . . . . | 81,944. |

## Part III   Recovery Exclusion

The **recovery exclusion** is the part of the recovery amount which did **not** reduce tax in 2021.

| | | | |
|---|---|---|---|
| 7 | **Recovery exclusion from sales tax deduction, SALT limitation and standard deduction:** | | |
| a | Allowable itemized deductions, from 2021 Schedule A, line 17 . . . . . . . . . . . . . . | | 10,000. |
| b | Allowable itemized deductions, refigured by excluding recovery amount: | | |
| | (1) Refigured state and local tax deduction (Schedule A, line 5a): | | |
| |     (a) Refigured state income tax deduction . . . . . . . . . . . . . | 46,446. | |
| |     (b) Sales tax deduction . . . . . . . . . . . . . . . . . . . . . | 0. | |
| |     (c) Refigured deduction. Larger of (a) or (b) . . . . . . . . . . | 46,446. | |
| | (2) Refigured total itemized deductions . . . . . . . . . . . . . . . . . | 10,000. | |
| | (3) Refigured allowable itemized deductions from line 7b(2) . . . . . . . . . . . . . | | 10,000. |
| c | 2021 standard deduction based on 2021 filing status and deductions. . . . . . . . . . . | | 12,550. |
| d | Larger of lines 7b(3) or 7c . . . . . . . . . . . . . . . . . . . . . . . . | | 12,550. |
| e | Subtract line 7d from line 7a . . . . . . . . . . . . . . . . . . . . . . | | 0. |
| f | Subtract line 7e from line 6 . . . . . . . . . . . . . . . . . . . . . . . . | | 81,944. |
| 8 | **Recovery exclusion from negative taxable income.** If 2021 taxable income<br>was negative, enter here as a positive number, else enter zero. . . . . . . . . . . . . . | | 3,569,528. |
| 9 | **Recovery exclusion from alternative minimum tax.** If no alternative minimum<br>tax (AMT) in 2021 enter zero. If did pay AMT in 2021, enter amt from line 24 . . . . . . | | 0. |
| 10 | **Recovery exclusion from unused tax credits.** If no unused credits in 2021,<br>enter zero. If there were unused credits in 2021, enter amount from line 35. . . . . . . | | 0. |
| 11 | **Total recovery exclusion.** Add lines 7f, 8, 9, and 10. . . . . . . . . . . . . . . . . . | | 3,651,472. |

## Part IV   Taxable Refund

The **recovery amount** less the **recovery exclusion** is a **taxable refund.**

| | | |
|---|---|---|
| 12 | **Taxable refund from 2021.** Line 6 less line 11. . . . . . . . . . . . . . . . . . | 0. |
| 13 | Total taxable refunds from **2020** or prior tax returns. Total line 36 column (d). . . . . . . | |
| 14 | **Total taxable refunds.** Add lines 12 and 13. Enter here and on Schedule 1, line 1 . . | 0. |

Avrumi Lubin                                                                    4839                    1

# Additional Information From 2022 Federal Tax Return

## Schedule 1: Additional Income and Adjustments to Income
### Line 8a                                                        **Explanation Statement**

| Net Operating Loss Carryforward |
| --- |
| NOL from 2021 is ($3,564,660). |

## Schedule E: Supplemental Income and Loss
### Line 28: Income or Loss from Partnership and S corporations        **Continuation Statement**

| L27T | Name | Code | Foreign | EIN | Basis Comp | Not At Risk | Passive Loss Allowed Amt | Passive Income Amt | Nonpassive Loss Amt | Sec 179 Expense Dedn Amt | Nonpassive Income Amt |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| D | FRONT STREET HOLDINGS LLC | P | | 87-3800450 | | | 0. | | | | |
| E | Spin Capital LLC | S | | 83-3784343 | | | | | | | 1,316,664. |
| | | | | | | Total | 0. | | | | 1,316,664. |

**2023 NJ-1040-ES-V PAYMENT VOUCHER**

0120101010

---

### Payment by Credit Card

You may pay your 2022 New Jersey income taxes or make payment of estimated tax for 2023 by credit card by visiting the Division's website at nj.gov/taxation.

### Payment by E-Check

You may pay your 2022 New Jersey income taxes or make a payment of estimated tax for 2023 by e-check. This option is available on the Division's Website at: nj.gov/taxation.  Taxpayers who do not have access to the Internet can make a payment by calling the Division's Customer Service Call Center at 609-292-6400. **Do not use the payment voucher if you pay your taxes by e-check.**

### Payment by Check

If you are paying your 2023 New Jersey estimated income taxes by check, be sure to enclose the payment voucher printed below with your check or money order and mail to: State of New Jersey, Division of Taxation, Revenue Processing Center, PO Box 222, Trenton, NJ 08646-0222.

If you are married/civil union couple, filing jointly, be sure that the Social Security number which is first on this payment voucher is the Social Security number on your check and is listed first when filing your Income Tax return.

---

### DO NOT CUT THIS PAGE

New Jersey Gross Income Tax
Declaration of Estimated Tax Voucher
NJ-1040-ES-V

1555   2023

4839   LUBI
LUBIN AVRUMI
1460 ARBORETUM PARKWAY
LAKEWOOD          NJ 08701

Make check payable to "State of New Jersey – TGI".
Write your Social Security number and tax year on your check.

State of New Jersey
Division of Taxation
Revenue Processing Center
PO Box 222
Trenton, NJ 08646-0222

Calendar Year - Due        Voucher
April 18, 2023      1

Indicate the return for which payment is being made by checking the appropriate box:

| | | NJ-1040-NR | NJ-1041 |
|---|---|---|---|
| R ✗  NJ-1040  N | | NJ-1080-C  F | NJ-1041SB |

Enter amount of payment here:

10333.00

REV 03/18/23 PRO

0120101010

## 2023 NJ-1040-ES-V PAYMENT VOUCHER

### Payment by Credit Card

You may pay your 2022 New Jersey income taxes or make payment of estimated tax for 2023 by credit card by visiting the Division's website at nj.gov/taxation.

### Payment by E-Check

You may pay your 2022 New Jersey income taxes or make a payment of estimated tax for 2023 by e-check. This option is available on the Division's Website at: nj.gov/taxation. Taxpayers who do not have access to the Internet can make a payment by calling the Division's Customer Service Call Center at 609-292-6400. **Do not use the payment voucher if you pay your taxes by e-check.**

### Payment by Check

If you are paying your 2023 New Jersey estimated income taxes by check, be sure to enclose the payment voucher printed below with your check or money order and mail to: State of New Jersey, Division of Taxation, Revenue Processing Center, PO Box 222, Trenton, NJ 08646-0222.

If you are married/civil union couple, filing jointly, be sure that the Social Security number which is first on this payment voucher is the Social Security number on your check and is listed first when filing your Income Tax return.

## DO NOT CUT THIS PAGE

New Jersey Gross Income Tax
Declaration of Estimated Tax Voucher
NJ-1040-ES-V

1555   2023

Make check payable to "State of New Jersey – TGI".
Write your Social Security number and tax year on your check.

State of New Jersey
Division of Taxation
Revenue Processing Center
PO Box 222
Trenton, NJ  08646-0222

4839   LUBI
LUBIN AVRUMI
1460 ARBORETUM PARKWAY
LAKEWOOD          NJ 08701

Calendar Year - Due         Voucher
June 15, 2023      **2**

Indicate the return for which payment is being made by checking the appropriate box:

|   |   |   |   | NJ-1040-NR | | NJ-1041 |
|---|---|---|---|---|---|---|
| R | X | NJ-1040 | N | NJ-1080-C | F | NJ-1041SB |

Enter amount of payment here:

10333.00

0120101010

## 2023 NJ-1040-ES-V PAYMENT VOUCHER

### Payment by Credit Card

You may pay your 2022 New Jersey income taxes or make payment of estimated tax for 2023 by credit card by visiting the Division's website at nj.gov/taxation.

### Payment by E-Check

You may pay your 2022 New Jersey income taxes or make a payment of estimated tax for 2023 by e-check. This option is available on the Division's Website at: nj.gov/taxation.  Taxpayers who do not have access to the Internet can make a payment by calling the Division's Customer Service Call Center at 609-292-6400. **Do not use the payment voucher if you pay your taxes by e-check.**

### Payment by Check

If you are paying your 2023 New Jersey estimated income taxes by check, be sure to enclose the payment voucher printed below with your check or money order and mail to: State of New Jersey, Division of Taxation, Revenue Processing Center, PO Box 222, Trenton, NJ 08646-0222.

If you are married/civil union couple, filing jointly, be sure that the Social Security number which is first on this payment voucher is the Social Security number on your check and is listed first when filing your Income Tax return.

## DO NOT CUT THIS PAGE

New Jersey Gross Income Tax
Declaration of Estimated Tax Voucher
NJ-1040-ES-V

1555    2023

4839    LUBI
LUBIN AVRUMI
1460 ARBORETUM PARKWAY
LAKEWOOD              NJ 08701

Make check payable to "State of New Jersey – TGI".
Write your Social Security number and tax year on your check.

State of New Jersey
Division of Taxation
Revenue Processing Center
PO Box 222
Trenton, NJ  08646-0222

Calendar Year - Due          Voucher
September 15, 2023**3**

Indicate the return for which payment is being made by checking the appropriate box:

| R | X | NJ-1040 | N | NJ-1040-NR | | NJ-1041 |
|---|---|---------|---|------------|---|---------|
| | | | | NJ-1080-C | F | NJ-1041SB |

Enter amount of payment here:

10333.00

REV 03/18/23 PRO

**0120101010**

## 2023 NJ-1040-ES-V PAYMENT VOUCHER

### Payment by Credit Card

You may pay your 2022 New Jersey income taxes or make payment of estimated tax for 2023 by credit card by visiting the Division's website at nj.gov/taxation.

### Payment by E-Check

You may pay your 2022 New Jersey income taxes or make a payment of estimated tax for 2023 by e-check. This option is available on the Division's Website at: nj.gov/taxation.  Taxpayers who do not have access to the Internet can make a payment by calling the Division's Customer Service Call Center at 609-292-6400. **Do not use the payment voucher if you pay your taxes by e-check.**

### Payment by Check

If you are paying your 2023 New Jersey estimated income taxes by check, be sure to enclose the payment voucher printed below with your check or money order and mail to: State of New Jersey, Division of Taxation, Revenue Processing Center, PO Box 222, Trenton, NJ 08646-0222.

If you are married/civil union couple, filing jointly, be sure that the Social Security number which is first on this payment voucher is the Social Security number on your check and is listed first when filing your Income Tax return.

## DO NOT CUT THIS PAGE

New Jersey Gross Income Tax
Declaration of Estimated Tax Voucher
NJ-1040-ES-V

1555   2023

Make check payable to "State of New Jersey – TGI".
Write your Social Security number and tax year on your check.

State of New Jersey
Division of Taxation
Revenue Processing Center
PO Box 222
Trenton, NJ  08646-0222

4839   LUBI
LUBIN AVRUMI
1460 ARBORETUM PARKWAY
LAKEWOOD          NJ 08701

Calendar Year - Due         Voucher
January 16, 2024  **4**

Indicate the return for which payment is being made by checking the appropriate box:

| R | X | NJ-1040 | N | NJ-1040-NR | | NJ-1041 |
|---|---|---------|---|------------|---|---------|
| | | | | NJ-1080-C | F | NJ-1041SB |

Enter amount of payment here:

10333.00

REV 03/18/23 PRO



040MP01220

**NJ-1040**
2022
Page 1

1555

**2022 NJ-1040**
New Jersey Resident Income Tax Return

For Privacy Act Notification, See Instructions

Your Social Security Number (required)

4839

Last Name, First Name, Initial (Joint Filers enter first name and middle initial of each. Enter spouse's/CU partner's last name ONLY if different.)

LUBIN AVRUMI

Spouse's/CU Partner's SSN (if filing jointly)

County/Municipality Code (See Table page 50)
1515

Home Address (Number and Street, including apartment number)
1460 ARBORETUM PARKWAY

City, Town, Post Office
LAKEWOOD

State
NJ

ZIP Code
08701

Driver's License Number (Voluntary) (See instructions)

Federal extension filed.

The address above is a foreign address.

Your address has changed.

Death certificate is enclosed.

Do not want a paper form next year.

✕  I authorize the Division of Taxation to discuss my return and enclosures with my preparer.

NJ-1040-O is enclosed.

**Gubernatorial Elections Fund**      Note: This does not reduce your refund or increase your balance due.

| | | | |
|---|---|---|---|
| Do you want to designate $1 to the Gubernatorial Elections Fund? | You | Yes | No |
| If joint return, does your spouse want to designate $1? | Spouse/CU Partner | Yes | No |

**Direct Deposit Information**

| | | |
|---|---|---|
| dd1. Direct deposit indicator (1 for direct deposit, 4 for no direct deposit) | dd1. | 1 |
| dd2. Account type (C for checking, S for savings) | dd2. | C |
| dd3. Fill in the checkbox if the direct deposit is going to an account outside the United States | dd3. | |
| dd4. Routing number | dd4. | 021200339 |
| dd5. Account number | dd5. | 3856 |

REV 03/18/23 PRO

Name(s) as shown on Form NJ-1040

LUBIN AVRUMI

**NJ-1040**
2022
Page 2

Your Social Security Number

4839

1555

040MP02220

Part-year residents, provide months/days you were a New Jersey resident during 2022:

From:          To:

Fiscal year filers only:

Enter month of your year end          2 0 2 3

**Filing Status**
Fill in only one.

1. ☒ Single
2. Married/CU Couple, filing joint return
3. Married/CU Partner, filing separate return
4. Head of Household
5. Qualifying Widow(er)/Surviving CU Partner

Enter spouse's/CU partner's SSN

Indicate the year of your spouse's/CU partner's death:   2020   2021

**Exemptions**
Fill in the ovals that apply.  You must enter a total in the boxes to the right and complete the calculation.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6. | Regular | ☒ | Self | Spouse/CU Partner | Domestic Partner | 1 | x $1,000 = 1000 |
| 7. | Senior 65+ (Born in 1957 or earlier) | | Self | Spouse/CU Partner | | | x $1,000 = |
| 8. | Blind/Disabled | | Self | Spouse/CU Partner | | | x $1,000 = |
| 9. | Veteran | | Self | Spouse/CU Partner | | | x $6,000 = |
| 10. | Qualified Dependent Children | | | | | | x $1,500 = |
| 11. | Other Dependents | | | | | | x $1,500 = |
| 12. | Dependents Attending Colleges (See instructions) | | | | | | x $1,000 = |
| 13. | Total Exemption Amount (Add totals from the lines at 6 through 12) | | | | | 13. | 1000 . |

14. Dependent Information.  Provide the following information for each dependent.

Last Name, First Name, Middle Initial                Social Security Number        Birth Year        No Health Insurance

a.
b.
c.
d.

REV 03/18/23 PRO

Name(s) as shown on Form NJ-1040

LUBIN AVRUMI

Your Social Security Number

4839

**NJ-1040**
2022
Page 3

1555

040MP03220

| | | | |
|---|---|---|---|
| 15. | Wages, salaries, tips, and other employee compensation (State wages from Box 16 of enclosed W-2(s)) (See instructions) | 15. | 104000 . |
| 16a. | Taxable interest income (Enclose federal Schedule B if over $1,500) (See instructions) | 16a. | 1235 . |
| 16b. | Tax-exempt interest income (Enclose Schedule) (See instructions) Do not include on line 16a | 16b. | . |
| 17. | Dividends | 17. | 22117 . |
| 18. | Net profits from business (Schedule NJ-BUS-1, Part I, line 4) (Enclose federal Schedule C) | 18. | . |
| 19. | Net gains or income from disposition of property (Schedule NJ-DOP, line 4) | 19. | . |
| 20a. | Taxable pensions, annuities, and IRA distributions/withdrawals (See instructions) | 20a. | . |
| 20b. | Excludable pension, annuity, and IRA distributions/withdrawals | 20b. | . |
| 21. | Distributive Share of Partnership Income (Schedule NJ-BUS-1, Part II, line 4) (Enclose Schedule NJK-1 or federal Schedule K-1) | 21. | . |
| 22. | Net pro rata share of S Corporation Income (Schedule NJ-BUS-1, Part III, line 4) (Enclose Schedule NJ-K-1 or federal Schedule K-1) | 22. | 1116702 . |
| 23. | Net gains or income from rents, royalties, patents, and copyrights (Schedule NJ-BUS-1, Part IV, line 4) | 23. | . |
| 24. | Net gambling winnings (See instructions) | 24. | . |
| 25. | Alimony and separate maintenance payments received | 25. | . |
| 26. | Other (Enclose documents) (See instructions) | 26. | . |
| 27. | Total Income (Add lines 15, 16a, 17 through 20a, and 21 through 26) | 27. | 1244054 . |
| 28a. | Pension/Retirement Exclusion (See instructions) | 28a. | . |
| 28b. | Other Retirement Income Exclusion (See Worksheet D and instructions pages 19-20) | 28b. | . |
| 28c. | Total Exclusion Amount (Add lines 28a and 28b) | 28c. | . |
| 29. | New Jersey Gross Income (Subtract line 28c from line 27) (See instructions) | 29. | 1244054 . |
| 30. | Exemption Amount (Enter amount from line 13. Part-year residents see instr.) | 30. | 1000 . |
| 31. | Medical Expenses (See Worksheet F and instructions) | 31. | . |
| 32. | Alimony and separate maintenance payments (See instructions) | 32. | . |
| 33. | Qualified Conservation Contribution | 33. | . |
| 34. | Health Enterprise Zone Deduction | 34. | . |
| 35. | Alternative Business Calculation Adjustment (Schedule NJ-BUS-2, line 11) | 35. | 558351 . |
| 36. | Organ/Bone Marrow Donation Deduction (See instructions) | 36. | . |
| 37a. | NJBEST Deduction | 37a. | . |
| 37b. | NJCLASS Deduction | 37b. | . |
| 37c. | NJ Higher Ed. Tuition Deduction | 37c. | . |
| 38. | Total Exemptions and Deductions (Add lines 30 through 37c) | 38. | 559351 . |
| 39. | Taxable Income (Subtract line 38 from line 29) | 39. | 684703 . |
| 40a. | Total Property Taxes (18% of Rent) Paid (See instructions page 25) | 40a. | . |
| 40b. | Indicate your residency status during 2022 (fill in only one)    Homeowner    Tenant    Both | | |
| 41. | Property Tax Deduction (From Worksheet H) (See instructions) | 41. | . |
| 42. | New Jersey Taxable Income (Subtract line 41 from line 39) | 42. | 684703 . |
| 43. | Tax on amount on line 42 (Tax Table page 52) | 43. | 46292 . |
| 44. | Credit For Income Taxes Paid to Other Jurisdictions (Enclose Schedule NJ-COJ) (See instructions)    Enter Code | 44. | . |
| 45. | Balance of Tax (Subtract line 44 from line 43) | 45. | 46292 . |
| 46. | Sheltered Workshop Tax Credit | 46. | . |
| 47. | Gold Star Family Counseling Credit (See instructions) | 47. | . |
| 48. | Credit for Employer of Organ/Bone Marrow Donor (See instructions) | 48. | . |
| 49. | Total Credits (Add lines 46 through 48) | 49. | . |
| 50. | Balance of Tax After Credits (Subtract line 49 from line 45) If zero or less, make no entry | 50. | 46292 . |
| 51. | Use Tax Due on Internet, Mail-Order, or Other Out-of-State Purchases (See instructions) If no Use Tax, enter 0 | 51. | 0 . |
| 52. | Interest on Underpayment of Estimated Tax    Fill in if Form NJ-2210 is enclosed | 52. | . |
| 53. | Shared Responsibility Payment (See instructions)    **REQUIRED** Enclose Schedule HCC and fill in    ✗ | 53. | 0 . |

REV 03/18/23 PRO

**NJ-1040**
2022
Page 4

Name(s) as shown on Form NJ-1040

LUBIN AVRUMI

Your Social Security Number
4839

1555

040MP04220

| | | |
|---|---|---|
| 54. Total Tax Due (Add lines 50 through 53) | 54. | 46292 . |
| 55. Total NJ Income Tax Withheld (Enclose Forms W-2 and 1099) (Part year, see instructions) | 55. | 4960 . |
| 56. Property Tax Credit (See instructions page 24) | 56. | . |
| 57. New Jersey Estimated Tax Payments/Credit from 2021 tax return | 57. | 81944 . |
| 58. New Jersey Earned Income Tax Credit (See instructions) | 58. | . |
| Fill in if you had the IRS calculate your federal earned income credit | | |
| Fill in if you are a CU couple claiming the NJ Earned Income Tax Credit | | |
| 59. Excess New Jersey UI/WF/SWF Withheld (Enclose Form NJ-2450) (See instructions) | 59. | . |
| 60. Excess New Jersey Disability Insurance Withheld (Enclose Form NJ-2450) (See instructions) | 60. | . |
| 61. Excess New Jersey Family Leave Insurance Withheld (Enclose Form NJ-2450) (See instructions) | 61. | . |
| 62. Wounded Warrior Caregivers Credit (See instructions) | 62. | . |
| 63. Pass-Through Business Alternative Income Tax Credit (See instructions) | 63. | 75808 . |
| 64. Child and Dependent Care Credit (See instructions) | 64. | . |
| Fill in if you are a CU couple claiming the Child and Dependent Care Credit | | |
| 65. New Jersey Child Tax Credit (See instructions) | 65. | . |
| Number of dependents under age 6 on 12/31/2022 | | |
| 66. Total Withholdings, Credits, and Payments (Add lines 55 through 65) | 66. | 162712 . |
| 67. If line 66 is less than line 54, you have tax due. Subtract line 66 from line 54 and enter the amount you owe | 67. | . |
| If you owe tax, you can still make a donation on lines 70 through 77. | | |
| 68. If the total on line 66 is more than line 54, you have an overpayment. Subtract line 54 from line 66 and enter the overpayment | 68. | 116420 . |
| 69. Amount from line 68 you want to credit to your 2023 tax | 69. | . |
| 70. Contribution to N.J. Endangered Wildlife Fund | 70. | . |
| 71. Contribution to N.J. Children's Trust Fund to Prevent Child Abuse | 71. | . |
| 72. Contribution to N.J. Vietnam Veterans' Memorial Fund | 72. | . |
| 73. Contribution to N.J. Breast Cancer Research Fund | 73. | . |
| 74. Contribution to U.S.S. New Jersey Educational Museum Fund | 74. | . |
| 75. Other Designated Contribution (See instructions)   Enter Code | 75. | . |
| 76. Other Designated Contribution (See instructions)   Enter Code | 76. | . |
| 77. Other Designated Contribution (See instructions)   Enter Code | 77. | . |
| 78. Total Adjustments to Tax Due/Overpayment amount (Add lines 69 through 77) | 78. | . |
| 79. Balance due (If line 67 is more than zero, add line 67 and line 78) | 79. | . |
| 80. Refund amount (If line 68 is more than zero, subtract line 78 from line 68) | 80. | 116420 . |

Under penalties of perjury, I declare that I have examined this Income Tax return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. If prepared by a person other than the taxpayer, this declaration is based on all information of which the preparer has any knowledge.

Your Signature                                    Date          Spouse's/CU Partner's Signature (required if filing jointly)    Date

Paid Preparer's Signature                                                         Federal Identification Number

ISAAC A. TAWIL

Firm's Name                                                                       Firm's Federal Employer Identification Number

TAWIL TAX & ACCOUNTING SOLUTIONS              46-1246268

**Tax Due Address**
Enclose payment along with the NJ-1040-V payment voucher and tax return.  Use the labels provided with the envelope and mail to:
State of New Jersey
Division of Taxation
Revenue Processing Center - Payments
PO Box 111
Trenton, NJ 08645-0111
Include Social Security number and make check or money order payable to:
State of New Jersey – TGI
You can also make a payment on our website:
nj.gov/taxation
**Refund or No Tax Due Address**
Use the labels provided with the envelope and mail to:
New Jersey Division of Taxation
Revenue Processing Center - Refunds
PO Box 555
Trenton, NJ 08647-0555

Division Use:        1 _____    2 _____    3 _____    4 _____    5 _____    6 _____    7 _____

REV 03/18/23 PRO

| Name(s) as shown on Form NJ-1040 | | Social Security Number |
|---|---|---|
| LUBIN AVRUMI | | 4839 |

## Schedule NJ-DOP    Net Gains or Income From Disposition of Property    2022

List the net gains or income, less net loss, derived from the sale, exchange, or other disposition of property including real or personal whether tangible or intangible as reported on federal Schedule D.

| | | (a) | (b) | (c) | (d) | (e) | (f) |
|---|---|---|---|---|---|---|---|
| 1. | | Kind of property and description | Date acquired (mm/dd/yyyy) | Date sold (mm/dd/yyyy) | Gross sales price | Cost or other basis as adjusted (see instructions) and expense of sale | Gain or (loss) (d minus e) |
| | | MERRILL LYNCH, PIERCE, FENNER & SMITH INC. | VARIOUS | 12/31/2022 | 545,537. | 650,454. | -104,917. |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| 2. | Capital Gains Distributions | | | | | | 1. |
| 3. | Other Net Gains | | | | | | |
| 4. | Net Gains (Add lines 1, 2, and 3.) (Enter here and on line 19. If loss, enter zero here and make no entry on line 19.) | | | | | | 0. |

## Schedule NJ-WWC    Wounded Warrior Caregivers Credit    2022

Did you provide care for a relative who was a qualifying armed services member (see instructions)? .................................................... ○ Yes   ○ No

If "**Yes**," enter the name and Social Security number of the qualifying service member.

_____          _____
Last Name, First Name, Initial                    Social Security number

Enter your relationship to the qualifying service member.

_____

If "**No**," you are not eligible for a Wounded Warrior Caregivers Credit. Make no entry on line 62, NJ-1040.

| 1. | Enter the federal disability compensation of the armed services member ................. | 1. | | . |
|---|---|---|---|---|
| 2. | Maximum credit allowed ................................................................... | 2. | 675 | 00 |
| 3. | Enter the lesser of line 1 or line 2 ....................................................... | 3. | | |
| 4. | Were you the only caregiver for this service member during the tax year? ○ Yes   ○ No  If "No," enter your share (percentage) of the total care expenses for the year. | 4. | | % |
| 5. | If you answered "Yes" at line 4, enter the amount from line 3 here and on line 62, NJ-1040.  If you answered "No" at line 4, multiply the amount on line 3 by the percentage on line 4. Enter the result here and on line 62, NJ-1040 ........................................... | 5. | | |

**Keep a copy of this schedule for your records**

REV 03/18/23 PRO                    1555

| Name(s) as shown on Form NJ-1040 | | Social Security Number |
|---|---|---|
| LUBIN AVRUMI | | 4839 |

## Schedule NJ-BUS-1
### (Form NJ-1040)

New Jersey Gross Income Tax
Business Income Summary Schedule

**2022**

### Part I   Net Profits From Business

List the net profit (loss) from business(es). See Instructions.

| | Business Name | Social Security Number/ Federal EIN | Profit or (Loss) | |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | Net Profit or (Loss). (Add lines 1, 2, and 3.) (Enter here and on line 18, NJ-1040. If loss, make no entry on line 18.) | 4. | | |

### Part II   Distributive Share of Partnership Income

List the distributive share of income (loss) from partnership(s). See instructions.

| | Partnership Name | Federal EIN | Share of Partnership Income or (Loss) | Share of Pass-Through Business Alternative Income Tax |
|---|---|---|---|---|
| 1. | 3010 Clarendon Holdings LLC | 843984161 | -6,182. | |
| 2. | 472 E48 Holdings LLC | 870969128 | 5,983. | |
| 3. | See Distributive Share of Partnership Income | | -38,857. | |
| 4. | Distributive Share of Partnership Income or (Loss). (Add lines 1, 2, and 3.) (Enter here and on line 21, NJ-1040. If loss, make no entry on line 21.)   4. | | -39,056. | |
| 5. | Total Share of Pass-Through Business Alternative Income Tax (Add lines 1, 2, and 3.)(Enter here and include on line 63, NJ-1040.)   5. | | | |

### Part III   Net Pro Rata Share of S Corporation Income

List the pro rata share of income (usable loss) from S corporation(s). See instructions.

| | S Corporation Name | Federal EIN | Pro Rata Share of S Corporation Income or (Usable Loss) | Share of Pass-Through Business Alternative Income Tax |
|---|---|---|---|---|
| 1. | Spin Capital LLC | 833784343 | 1,116,702. | 75,808. |
| 2. | | | | |
| 3. | | | | |
| 4. | Net Pro Rata Share of S Corporation Income or (Usable Loss). (Add lines 1, 2, and 3.) (Enter here and on line 22, NJ-1040. If loss, make no entry on line 22.)   4. | | 1,116,702. | |
| 5. | Total Share of Pass-Through Business Alternative Income Tax (Add lines 1, 2, and 3.)(Enter here and include on line 63, NJ-1040)   5. | | | 75,808. |

### Part IV   Net Gains or Income From Rents, Royalties, Patents, and Copyrights

List the net gains or net income, less net loss, derived from or in the form of rents, royalties, patents, and copyrights. See instructions. Type of Property:
1 – Rental real estate   2 – Royalties   3 – Patents   4 – Copyrights

| | Source of Income or Loss. If rental real estate, enter physical address of property. | Social Security Number/ Federal EIN | Type – Enter number from list above | Income or (Loss) | |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | Net Income or (Loss). (Add lines 1, 2, and 3.) (Enter here and on line 23, NJ-1040. If loss, make no entry on line 23.) | | 4. | | |

**Keep a copy of this schedule for your records**

1555

REV 03/18/23 PRO

| Name(s) as shown on Form NJ-1040 | | Social Security Number |
|---|---|---|
| LUBIN AVRUMI | | 4839 |

## Schedule NJ-BUS-2
### (Form NJ-1040)

New Jersey Gross Income Tax
Alternative Business Calculation Adjustment

**2022**

| | | | Column A | | | Column B | |
|---|---|---|---|---|---|---|---|
| **Part I** | Income (Loss) | | Reportable Regular Business Income | | | Alternative Business Income (Loss) | |
| 1. | Net Profits From Business | 1a. | 0. | | 1b. | 0. | |
| 2. | Distributive Share of Partnership Income | 2a. | 0. | | 2b. | -39,056. | |
| 3. | Net Pro Rata Share of S Corporation Income | 3a. | 1,116,702. | | 3b. | 1,116,702. | |
| 4. | Net Gain or Income From Rents, Royalties, Patents, and Copyrights | 4a. | 0. | | 4b. | 0. | |
| 5. | Loss Carryforward From Tax Year 2021 | | | | 5b. | ( 4,143,540. | ) |
| 6. | Totals | 6a. | 1,116,702. | | 6b. | -3,065,894. | |
| **Part II** | Adjustment Calculation | | | | | | |
| 7. | Total Regular Business Income | 7. | 1,116,702. | | | | |
| 8. | Total Alternative Business Income/(Loss) (If loss, enter zero) | 8. | 0. | | | | |
| 9. | Business Increment (Subtract line 8 from line 7) | 9. | 1,116,702. | | | | |
| 10. | Adjustment Percentage | 10. | 0.50 | | | | |
| 11. | Alternative Business Calculation Adjustment (Line 9 x 0.50) | 11. | 558,351. | | | | |
| **Part III** | Loss Carryforward to Tax Year 2023 | | | | | | |
| 12. | Loss Carryforward to Tax Year 2023 | | | | 12. | ( 3,065,894. | ) |

### Instructions

Line 1a. Enter the amount from line 18, Form NJ-1040.
Line 1b. Enter the amount from Part I, line 4, Schedule NJ-BUS-1 (Form NJ-1040).
Line 2a. Enter the amount from line 21, Form NJ-1040.
Line 2b. Enter the amount from Part II, line 4, Schedule NJ-BUS-1 (Form NJ-1040).
Line 3a. Enter the amount from line 22, Form NJ-1040.
Line 3b. Enter the amount from Part III, line 4, Schedule NJ-BUS-1 (Form NJ-1040).
Line 4a. Enter the amount from line 23, Form NJ-1040.
Line 4b. Enter the amount from Part IV, line 4, Schedule NJ-BUS-1 (Form NJ-1040).
Line 5b. Enter the amount from line 12 of your 2021 Schedule NJ-BUS-2 (Form NJ-1040).
Line 6a. Enter the total of lines 1a through 4a.
Line 6b. Enter the total of lines 1b through 5b, netting gains with losses.
Line 7. Enter the amount from line 6a of this schedule.
Line 8. Enter the amount from line 6b of this schedule. If loss, enter zero here.
Line 9. Subtract line 8 from line 7. If the result is zero, enter zero on line 11 and continue with line 12.
Line 10. The adjustment percentage for Tax Year 2022 is 50% (0.50).
Line 11. Multiply the amount on line 9 by 50% (0.50). Enter here and on line 35 of Form NJ-1040.
Line 12. If the amount on line 6b is a loss, enter the amount of the loss on this line. Otherwise, enter zero.

**Keep a copy of this schedule for your records**

1555 REV 03/18/23 PRO

LUBIN AVRUMI

**2022 NJ-630-V PAYMENT VOUCHER**

4839

0139101010

## Payment by Credit Card

You may pay your 2022 New Jersey income taxes or make payment of estimated tax for 2023 by credit card by visiting the Division's website at nj.gov/taxation.

## Payment by E-Check

You may pay your 2022 New Jersey income taxes or make a payment of estimated tax for 2023 by e-check. This option is available on the Division's Website at: nj.gov/taxation.  Taxpayers who do not have access to the Internet can make a payment by calling the Division's Customer Service Call Center at 609-292-6400. **Do not use the payment voucher if you pay your taxes by e-check.**

## Payment by Check

If you are paying your 2022 New Jersey income taxes by check, be sure to enclose the payment voucher printed below with your check or money order and mail to: State of New Jersey, Division of Taxation, Revenue Processing Center, PO Box 282, Trenton, NJ 08646-0282.

## DO NOT CUT THIS PAGE

New Jersey Gross Income Tax
Application for Extension of Time to File
NJ-630-V

1555   2022

Make check payable to "State of New Jersey – TGI".
Write your Social Security number and tax year on your check.

State of New Jersey
Division of Taxation
Revenue Processing Center
PO Box 282
Trenton, NJ  08646-0282

4839   LUBI
LUBIN AVRUMI
1460 ARBORETUM PARKWAY
LAKEWOOD                 NJ  08701

I hereby request an extension of    6    months, until
10/16/2023    to file the return as indicated below.
Indicate the return the extension is being requested by checking the appropriate box:

| R | X | NJ-1040 | N | NJ-1040-NR  NJ-1080-C | F | NJ-1041  NJ-1041SB |
|---|---|---------|---|------------------------|---|--------------------|
|   |   | 6 Month Ext. |   | 6 Month Ext. |   | 5 1/2 Month Ext. |

Enter amount of payment here:

0.00

REV 03/18/23 PRO

| Schedule<br>**NJ-HCC**<br>(Form NJ-1040) | New Jersey<br>**Health Care Coverage**<br>If your income on line 29 is at or below the filing threshold,<br>do not complete this schedule. | **2022** |

| Name as Shown on Return<br>LUBIN AVRUMI | Social Security No.<br>4839 |

### Part I

Did you and, if applicable, all members of your tax household, have minimum essential health coverage for every month in 2022 (See instructions for line 53, NJ-1040.) Part-year residents include only months as a New Jersey resident.

[X] Yes. You do not owe a shared responsibility payment. Fill in the oval at line 53, NJ-1040, and enclose this schedule with your return.

[ ] No. Continue to Part II.

### Part II

Enter the name and Social Security number for each member of your tax household. Check the box for every month each person had minimum essential health coverage or qualified for an exemption (part-year residents include only months as a New Jersey resident). If an individual qualified for an exemption, enter the exemption number. (See instructions for line 53, NJ-1040.) If an individual has more than one exemption number, check the box. If you need more space, enclose a statement listing any additional individuals.

**QuickZoom** to Shared Responsibility Payment Calculation Worksheet . . . . . . . . . . . . . . . . ➡ _____

| Name | SSN | | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|---|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Exemption Code . . | | Check box if this individual has more than one exemption number . | | | | | | | | | | | | ☐ |
| | | Check box if this individual is under 18 . . . . . . . . . . . . . . . . | | | | | | | | | | | | ☐ |
| | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Exemption Code . . | | Check box if this individual has more than one exemption number . | | | | | | | | | | | | ☐ |
| | | Check box if this individual is under 18 . . . . . . . . . . . . . . . . | | | | | | | | | | | | ☐ |
| | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Exemption Code . . | | Check box if this individual has more than one exemption number . | | | | | | | | | | | | ☐ |
| | | Check box if this individual is under 18 . . . . . . . . . . . . . . . . | | | | | | | | | | | | ☐ |
| | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Exemption Code . . | | Check box if this individual has more than one exemption number . | | | | | | | | | | | | ☐ |
| | | Check box if this individual is under 18 . . . . . . . . . . . . . . . . | | | | | | | | | | | | ☐ |
| | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Exemption Code . . | | Check box if this individual has more than one exemption number . | | | | | | | | | | | | ☐ |
| | | Check box if this individual is under 18 . . . . . . . . . . . . . . . . | | | | | | | | | | | | ☐ |
| | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Exemption Code . . | | Check box if this individual has more than one exemption number . | | | | | | | | | | | | ☐ |
| | | Check box if this individual is under 18 . . . . . . . . . . . . . . . . | | | | | | | | | | | | ☐ |
| | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Exemption Code . . | | Check box if this individual has more than one exemption number . | | | | | | | | | | | | ☐ |
| | | Check box if this individual is under 18 . . . . . . . . . . . . . . . . | | | | | | | | | | | | ☐ |
| | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Exemption Code . . | | Check box if this individual has more than one exemption number . | | | | | | | | | | | | ☐ |
| | | Check box if this individual is under 18 . . . . . . . . . . . . . . . . | | | | | | | | | | | | ☐ |
| | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Exemption Code . . | | Check box if this individual has more than one exemption number . | | | | | | | | | | | | ☐ |
| | | Check box if this individual is under 18 . . . . . . . . . . . . . . . . | | | | | | | | | | | | ☐ |

njia1602.SCR  01/16/20

AVRUMI LUBIN                                              4839                    1

# Additional Information From 2022 New Jersey Tax Return

## Sch NJ-BUS-1: Business Income Summary Schedule
Distributive Share of Partnership Income                              **Continuation Statement**

| Partnership Name | Federal EIN | Share of Partnership Income or (Loss) | Share of Pass-Through Business Alternative Income Tax |
|---|---|---|---|
| 1519 Lincoln Holdings LLC | 863625301 | 139. | |
| FRONT STREET HOLDINGS LLC | 873800450 | -38,996. | |
| | **Total** | -38,857. | |

**SCHEDULE B**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service

# Interest and Ordinary Dividends

Go to *www.irs.gov/ScheduleB* for instructions and the latest information.
Attach to Form 1040 or 1040-SR.

OMB No. 1545-0074

**2022**

Attachment
Sequence No. **08**

Name(s) shown on return

Avrumi Lubin

Your social security number

4839

## Part I

### Interest

(See instructions and the Instructions for Form 1040, line 2b.)

**Note:** If you received a Form 1099-INT, Form 1099-OID, or substitute statement from a brokerage firm, list the firm's name as the payer and enter the total interest shown on that form.

| | | Amount |
|---|---|---|
| **1** List name of payer. If any interest is from a seller-financed mortgage and the buyer used the property as a personal residence, see the instructions and list this interest first. Also, show that buyer's social security number and address: | | |
| MERRILL LYNCH, PIERCE, FENNER & SMITH INC | | 1,235. |
| 3010 Clarendon Holdings LLC | **1** | 10. |
| **2** Add the amounts on line 1 | **2** | 1,245. |
| **3** Excludable interest on series EE and I U.S. savings bonds issued after 1989. Attach Form 8815 | **3** | |
| **4** Subtract line 3 from line 2. Enter the result here and on Form 1040 or 1040-SR, line 2b | **4** | 1,245. |

**Note:** If line 4 is over $1,500, you must complete Part III.

## Part II

### Ordinary Dividends

(See instructions and the Instructions for Form 1040, line 3b.)

**Note:** If you received a Form 1099-DIV or substitute statement from a brokerage firm, list the firm's name as the payer and enter the ordinary dividends shown on that form.

| | | Amount |
|---|---|---|
| **5** List name of payer:    MERRILL LYNCH, PIERCE, FENNER & SMITH INC | **5** | 22,117. |
| **6** Add the amounts on line 5. Enter the total here and on Form 1040 or 1040-SR, line 3b | **6** | 22,117. |

**Note:** If line 6 is over $1,500, you must complete Part III.

## Part III

### Foreign Accounts and Trusts

**Caution:** If required, failure to file FinCEN Form 114 may result in substantial penalties. Additionally, you may be required to file Form 8938, Statement of Specified Foreign Financial Assets. See instructions.

You must complete this part if you **(a)** had over $1,500 of taxable interest or ordinary dividends; **(b)** had a foreign account; or **(c)** received a distribution from, or were a grantor of, or a transferor to, a foreign trust.

| | | Yes | No |
|---|---|---|---|
| **7a** At any time during 2022, did you have a financial interest in or signature authority over a financial account (such as a bank account, securities account, or brokerage account) located in a foreign country? See instructions | | | × |
| If "Yes," are you required to file FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR), to report that financial interest or signature authority? See FinCEN Form 114 and its instructions for filing requirements and exceptions to those requirements | | | |
| **b** If you are required to file FinCEN Form 114, list the name(s) of the foreign country(-ies) where the financial account(s) are located: | | | |
| **8** During 2022, did you receive a distribution from, or were you the grantor of, or transferor to, a foreign trust? If "Yes," you may have to file Form 3520. See instructions | | | × |

For Paperwork Reduction Act Notice, see your tax return instructions.    **BAA**    REV 04/26/23 PRO    **Schedule B (Form 1040) 2022**

# Exhibit V

**Form 1040**

Department of the Treasury—Internal Revenue Service

**U.S. Individual Income Tax Return** **2023**  OMB No. 1545-0074 | IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2023, or other tax year beginning _____, 2023, ending _____, 20 _____ | See separate instructions.

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
| Avrumi | Lubin | 155 96 4839 |

If joint return, spouse's first name and middle initial | Last name | Spouse's social security number

Home address (number and street). If you have a P.O. box, see instructions. **1460 Arboretum Parkway** | Apt. no. | **Presidential Election Campaign**

City, town, or post office. If you have a foreign address, also complete spaces below. **Lakewood** | State **NJ** | ZIP code **08701** | Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.

Foreign country name | Foreign province/state/county | Foreign postal code | ☐ You  ☐ Spouse

**Filing Status**
Check only one box.

☒ Single
☐ Married filing jointly (even if only one had income)
☐ Married filing separately (MFS)
☐ Head of household (HOH)
☐ Qualifying surviving spouse (QSS)

If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QSS box, enter the child's name if the qualifying person is a child but not your dependent: _____

**Digital Assets**
At any time during 2023, did you: (a) receive (as a reward, award, or payment for property or services); or (b) sell, exchange, or otherwise dispose of a digital asset (or a financial interest in a digital asset)? (See instructions.) ☐ Yes ☒ No

**Standard Deduction**
Someone can claim: ☐ You as a dependent ☐ Your spouse as a dependent
☐ Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness** You: ☐ Were born before January 2, 1959 ☐ Are blind **Spouse:** ☐ Was born before January 2, 1959 ☐ Is blind

**Dependents** (see instructions):

| (1) First name  Last name | (2) Social security number | (3) Relationship to you | (4) Check the box if qualifies for (see instructions): Child tax credit | Credit for other dependents |
|---|---|---|---|---|
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |

If more than four dependents, see instructions and check here . . ☐

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a Form W-2, see instructions.

| | | |
|---|---|---|
| 1a Total amount from Form(s) W-2, box 1 (see instructions) | 1a | 104,000. |
| b Household employee wages not reported on Form(s) W-2 | 1b | |
| c Tip income not reported on line 1a (see instructions) | 1c | |
| d Medicaid waiver payments not reported on Form(s) W-2 (see instructions) | 1d | |
| e Taxable dependent care benefits from Form 2441, line 26 | 1e | |
| f Employer-provided adoption benefits from Form 8839, line 29 | 1f | |
| g Wages from Form 8919, line 6 | 1g | |
| h Other earned income (see instructions) | 1h | 0. |
| i Nontaxable combat pay election (see instructions) 1i | | |
| z Add lines 1a through 1h | 1z | 104,000. |

Attach Sch. B if required.

| | | | | | |
|---|---|---|---|---|---|
| 2a Tax-exempt interest | 2a | | b Taxable interest | 2b | 4,142. |
| 3a Qualified dividends | 3a | 6,377. | b Ordinary dividends | 3b | 18,774. |
| 4a IRA distributions | 4a | | b Taxable amount | 4b | |
| 5a Pensions and annuities | 5a | | b Taxable amount | 5b | |
| 6a Social security benefits | 6a | | b Taxable amount | 6b | |

**Standard Deduction for—**
• Single or Married filing separately, $13,850
• Married filing jointly or Qualifying surviving spouse, $27,700
• Head of household, $20,800
• If you checked any box under Standard Deduction, see instructions.

| | | |
|---|---|---|
| c If you elect to use the lump-sum election method, check here (see instructions) ☐ | | |
| 7 Capital gain or (loss). Attach Schedule D if required. If not required, check here ☐ | 7 | -3,000. |
| 8 Additional income from Schedule 1, line 10 | 8 | -2,614,777. |
| 9 Add lines 1z, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your **total income** | 9 | -2,490,861. |
| 10 Adjustments to income from Schedule 1, line 26 | 10 | |
| 11 Subtract line 10 from line 9. This is your **adjusted gross income** | 11 | -2,490,861. |
| 12 **Standard deduction or itemized deductions** (from Schedule A) | 12 | 13,850. |
| 13 Qualified business income deduction from Form 8995 or Form 8995-A | 13 | 0. |
| 14 Add lines 12 and 13 | 14 | 13,850. |
| 15 Subtract line 14 from line 11. If zero or less, enter -0-. This is your **taxable income** | 15 | 0. |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions. | Form **1040** (2023)

**DEPOSITION DOCUMENTS OO283**

Form 1040 (2023)                                                                                                          Page **2**

| Tax and Credits | 16 | **Tax** (see instructions). Check if any from Form(s): 1 ☐ 8814  2 ☐ 4972  3 ☐ _____ | 16 | 0. |
| | 17 | Amount from Schedule 2, line 3 | 17 | |
| | 18 | Add lines 16 and 17 | 18 | 0. |
| | 19 | Child tax credit or credit for other dependents from Schedule 8812 | 19 | |
| | 20 | Amount from Schedule 3, line 8 | 20 | |
| | 21 | Add lines 19 and 20 | 21 | |
| | 22 | Subtract line 21 from line 18. If zero or less, enter -0- | 22 | 0. |
| | 23 | Other taxes, including self-employment tax, from Schedule 2, line 21 | 23 | 0. |
| | 24 | Add lines 22 and 23. This is your **total tax** | 24 | 0. |

| Payments | 25 | Federal income tax withheld from: | | |
| | a | Form(s) W-2 | 25a | 15,140. |
| | b | Form(s) 1099 | 25b | |
| | c | Other forms (see instructions) | 25c | |
| | d | Add lines 25a through 25c | 25d | 15,140. |

*If you have a qualifying child, attach Sch. EIC.*

| | 26 | 2023 estimated tax payments and amount applied from 2022 return | 26 | |
| | 27 | Earned income credit (EIC) . . . . . . . . . . . .No | 27 | |
| | 28 | Additional child tax credit from Schedule 8812 | 28 | |
| | 29 | American opportunity credit from Form 8863, line 8 | 29 | |
| | 30 | Reserved for future use | 30 | |
| | 31 | Amount from Schedule 3, line 15 | 31 | |
| | 32 | Add lines 27, 28, 29, and 31. These are your **total other payments and refundable credits** | 32 | |
| | 33 | Add lines 25d, 26, and 32. These are your **total payments** | 33 | 15,140. |

| Refund | 34 | If line 33 is more than line 24, subtract line 24 from line 33. This is the amount you **overpaid** | 34 | 15,140. |
| | 35a | Amount of line 34 you want **refunded to you**. If Form 8888 is attached, check here ☐ | 35a | 15,140. |

Direct deposit? See instructions.

b Routing number  0 2 1 2 0 0 3 3 9    c Type: ☒ Checking  ☐ Savings

d Account number  ▮▮▮▮▮▮▮ 3 8 5 6

| | 36 | Amount of line 34 you want **applied to your 2024 estimated tax** | 36 | |

| Amount You Owe | 37 | Subtract line 33 from line 24. This is the **amount you owe.** For details on how to pay, go to *www.irs.gov/Payments* or see instructions | 37 | |
| | 38 | Estimated tax penalty (see instructions) | 38 | |

| Third Party Designee | Do you want to allow another person to discuss this return with the IRS? See instructions | ☒ **Yes.** Complete below.  ☐ No |

Designee's name  Isaac A. Tawil   Phone no.  (732)987-9975   Personal identification number (PIN)  ▮▮▮▮▮▮

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See instructions. Keep a copy for your records.

| Your signature | Date | Your occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |
| | | Employed | |
| Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | If the IRS sent your spouse an Identity Protection PIN, enter it here (see inst.) |

Phone no.   Email address

| **Paid Preparer Use Only** | Preparer's name | Preparer's signature | Date | PTIN | Check if: |
| | Isaac A. Tawil | Isaac A. Tawil | 09/13/2024 | P▮▮▮▮▮▮▮▮ | ☐ Self-employed |
| | Firm's name | Tawil Tax & Accounting Solutions | | Phone no. | (732)987-9975 |
| | Firm's address | 7 Sherwood Dr Lakewood NJ 08701 | | Firm's EIN | 46-1246268 |

Go to *www.irs.gov/Form1040* for instructions and the latest information.   BAA   REV 08/28/24 PRO   Form **1040** (2023)

DEPOSITION DOCUMENTS OO284

**SCHEDULE 1**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service

# Additional Income and Adjustments to Income

Attach to Form 1040, 1040-SR, or 1040-NR.
Go to *www.irs.gov/Form1040* for instructions and the latest information.

OMB No. 1545-0074

**2023**

Attachment
Sequence No. **01**

Name(s) shown on Form 1040, 1040-SR, or 1040-NR

Avrumi Lubin

Your social security number

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

## Part I    Additional Income

| | | | |
|---|---|---|---:|
| 1 | Taxable refunds, credits, or offsets of state and local income taxes | 1 | 0. |
| 2a | Alimony received | 2a | |
| b | Date of original divorce or separation agreement (see instructions): _____ | | |
| 3 | Business income or (loss). Attach Schedule C | 3 | |
| 4 | Other gains or (losses). Attach Form 4797 | 4 | |
| 5 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 5 | -481,193. |
| 6 | Farm income or (loss). Attach Schedule F | 6 | |
| 7 | Unemployment compensation | 7 | |
| 8 | Other income: | | |

| | | | | |
|---|---|---|---|---:|
| a | Net operating loss | 8a | ( 2,133,584. ) | |
| b | Gambling | 8b | | |
| c | Cancellation of debt | 8c | | |
| d | Foreign earned income exclusion from Form 2555 | 8d | ( ) | |
| e | Income from Form 8853 | 8e | | |
| f | Income from Form 8889 | 8f | | |
| g | Alaska Permanent Fund dividends | 8g | | |
| h | Jury duty pay | 8h | | |
| i | Prizes and awards | 8i | | |
| j | Activity not engaged in for profit income | 8j | | |
| k | Stock options | 8k | | |
| l | Income from the rental of personal property if you engaged in the rental for profit but were not in the business of renting such property | 8l | | |
| m | Olympic and Paralympic medals and USOC prize money (see instructions) | 8m | | |
| n | Section 951(a) inclusion (see instructions) | 8n | | |
| o | Section 951A(a) inclusion (see instructions) | 8o | | |
| p | Section 461(l) excess business loss adjustment | 8p | | |
| q | Taxable distributions from an ABLE account (see instructions) | 8q | | |
| r | Scholarship and fellowship grants not reported on Form W-2 | 8r | | |
| s | Nontaxable amount of Medicaid waiver payments included on Form 1040, line 1a or 1d | 8s | ( ) | |
| t | Pension or annuity from a nonqualifed deferred compensation plan or a nongovernmental section 457 plan | 8t | | |
| u | Wages earned while incarcerated | 8u | | |
| z | Other income. List type and amount: _____ | 8z | | |

| | | | |
|---|---|---|---:|
| 9 | Total other income. Add lines 8a through 8z | 9 | -2,133,584. |
| 10 | Combine lines 1 through 7 and 9. This is your **additional income**. Enter here and on Form 1040, 1040-SR, or 1040-NR, line 8 | 10 | -2,614,777. |

For Paperwork Reduction Act Notice, see your tax return instructions.

Schedule 1 (Form 1040) 2023

**DEPOSITION DOCUMENTS OO285**

Schedule 1 (Form 1040) 2023     Page **2**

## Part II   Adjustments to Income

| | | |
|---|---|---|
| 11 | Educator expenses | 11 |
| 12 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 | 12 |
| 13 | Health savings account deduction. Attach Form 8889 | 13 |
| 14 | Moving expenses for members of the Armed Forces. Attach Form 3903 | 14 |
| 15 | Deductible part of self-employment tax. Attach Schedule SE | 15 |
| 16 | Self-employed SEP, SIMPLE, and qualified plans | 16 |
| 17 | Self-employed health insurance deduction | 17 |
| 18 | Penalty on early withdrawal of savings | 18 |
| 19a | Alimony paid | 19a |
| b | Recipient's SSN | |
| c | Date of original divorce or separation agreement (see instructions): | |
| 20 | IRA deduction | 20 |
| 21 | Student loan interest deduction | 21 |
| 22 | Reserved for future use | 22 |
| 23 | Archer MSA deduction | 23 |

24   Other adjustments:

| | | | |
|---|---|---|---|
| a | Jury duty pay (see instructions) | 24a | |
| b | Deductible expenses related to income reported on line 8l from the rental of personal property engaged in for profit | 24b | |
| c | Nontaxable amount of the value of Olympic and Paralympic medals and USOC prize money reported on line 8m | 24c | |
| d | Reforestation amortization and expenses | 24d | |
| e | Repayment of supplemental unemployment benefits under the Trade Act of 1974 | 24e | |
| f | Contributions to section 501(c)(18)(D) pension plans | 24f | |
| g | Contributions by certain chaplains to section 403(b) plans | 24g | |
| h | Attorney fees and court costs for actions involving certain unlawful discrimination claims (see instructions) | 24h | |
| i | Attorney fees and court costs you paid in connection with an award from the IRS for information you provided that helped the IRS detect tax law violations | 24i | |
| j | Housing deduction from Form 2555 | 24j | |
| k | Excess deductions of section 67(e) expenses from Schedule K-1 (Form 1041) | 24k | |
| z | Other adjustments. List type and amount: | 24z | |

| | | |
|---|---|---|
| 25 | Total other adjustments. Add lines 24a through 24z | 25 |
| 26 | Add lines 11 through 23 and 25. These are your **adjustments to income**. Enter here and on Form 1040, 1040-SR, or 1040-NR, line 10 | 26 |

BAA     REV 08/28/24 PRO     Schedule 1 (Form 1040) 2023

DEPOSITION DOCUMENTS OO286

**SCHEDULE B**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service

# Interest and Ordinary Dividends

Attach to Form 1040 or 1040-SR.

Go to *www.irs.gov/ScheduleB* for instructions and the latest information.

OMB No. 1545-0074

**2023**

Attachment
Sequence No. 08

Name(s) shown on return

Avrumi Lubin

Your social security number

1▮▮▮▮▮▮▮4839

## Part I

### Interest

(See instructions and the Instructions for Form 1040, line 2b.)

**Note:** If you received a Form 1099-INT, Form 1099-OID, or substitute statement from a brokerage firm, list the firm's name as the payer and enter the total interest shown on that form.

| | | Amount |
|---|---|---|
| 1 | List name of payer. If any interest is from a seller-financed mortgage and the buyer used the property as a personal residence, see the instructions and list this interest first. Also, show that buyer's social security number and address: | |
| | MERRILL LYNCH, PIERCE, FENNER & SMITH INC | 4,132. |
| | 3010 CLARENDON HOLDINGS LLC | 10. |
| 2 | Add the amounts on line 1 . . . . . . . . . . . . . . . . . . . . . . **2** | 4,142. |
| 3 | Excludable interest on series EE and I U.S. savings bonds issued after 1989. Attach Form 8815 . . . . . . . . . . . . . . . . . . . . **3** | |
| 4 | Subtract line 3 from line 2. Enter the result here and on Form 1040 or 1040-SR, line 2b **4** | 4,142. |

**Note:** If line 4 is over $1,500, you must complete Part III.

## Part II

### Ordinary Dividends

(See instructions and the Instructions for Form 1040, line 3b.)

**Note:** If you received a Form 1099-DIV or substitute statement from a brokerage firm, list the firm's name as the payer and enter the ordinary dividends shown on that form.

| | | Amount |
|---|---|---|
| 5 | List name of payer:      MERRILL LYNCH, PIERCE, FENNER & SMITH INC | 18,774. |
| 6 | Add the amounts on line 5. Enter the total here and on Form 1040 or 1040-SR, line 3b **6** | 18,774. |

**Note:** If line 6 is over $1,500, you must complete Part III.

## Part III

### Foreign Accounts and Trusts

**Caution:** If required, failure to file FinCEN Form 114 may result in substantial penalties. Additionally, you may be required to file Form 8938, Statement of Specified Foreign Financial Assets. See instructions.

You must complete this part if you (a) had over $1,500 of taxable interest or ordinary dividends; (b) had a foreign account; or (c) received a distribution from, or were a grantor of, or a transferor to, a foreign trust.

| | | Yes | No |
|---|---|---|---|
| 7a | At any time during 2023, did you have a financial interest in or signature authority over a financial account (such as a bank account, securities account, or brokerage account) located in a foreign country? See instructions . . . . . . . . . . . . . . | | × |
| | If "Yes," are you required to file FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR), to report that financial interest or signature authority? See FinCEN Form 114 and its instructions for filing requirements and exceptions to those requirements . . . . . | | |
| b | If you are required to file FinCEN Form 114, list the name(s) of the foreign country(-ies) where the financial account(s) is (are) located: | | |
| 8 | During 2023, did you receive a distribution from, or were you the grantor of, or transferor to, a foreign trust? If . . . . . . . . . . . . | | × |

DEPOSITION DOCUMENTS 00287

For Paperwork Reduction Act Notice, see your tax return instructions.    **BAA**    REV 08/28/24 PRO    Schedule B (Form 1040) 2023

**SCHEDULE D**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service

# Capital Gains and Losses

Attach to Form 1040, 1040-SR, or 1040-NR.
Use Form 8949 to list your transactions for lines 1b, 2, 3, 8b, 9, and 10.
Go to *www.irs.gov/ScheduleD* for instructions and the latest information.

OMB No. 1545-0074

**2023**

Attachment
Sequence No. **12**

Name(s) shown on return
Avrumi Lubin

Your social security number
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

Did you dispose of any investment(s) in a qualified opportunity fund during the tax year?  ☐ Yes  ☒ No
If "Yes," attach Form 8949 and see its instructions for additional requirements for reporting your gain or loss.

## Part I   Short-Term Capital Gains and Losses—Generally Assets Held One Year or Less (see instructions)

| See instructions for how to figure the amounts to enter on the lines below.<br><br>This form may be easier to complete if you round off cents to whole dollars. | (d) Proceeds (sales price) | (e) Cost (or other basis) | (g) Adjustments to gain or loss from Form(s) 8949, Part I, line 2, column (g) | (h) Gain or (loss) Subtract column (e) from column (d) and combine the result with column (g) |
|---|---|---|---|---|
| 1a Totals for all short-term transactions reported on Form 1099-B for which basis was reported to the IRS and for which you have no adjustments (see instructions). However, if you choose to report all these transactions on Form 8949, leave this line blank and go to line 1b  . | | | | |
| 1b Totals for all transactions reported on Form(s) 8949 with **Box A** checked  . . . . . . . . . . . . | 219,676. | 257,685. | | -38,009. |
| 2 Totals for all transactions reported on Form(s) 8949 with **Box B** checked  . . . . . . . . . . . . | | | | |
| 3 Totals for all transactions reported on Form(s) 8949 with **Box C** checked  . . . . . . . . . . . . | | | | |

| | | |
|---|---|---|
| 4 Short-term gain from Form 6252 and short-term gain or (loss) from Forms 4684, 6781, and 8824  . . | 4 | |
| 5 Net short-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1  . . . . . . . . . . . . . . . . . . . . . . . . . | 5 | |
| 6 Short-term capital loss carryover. Enter the amount, if any, from line 8 of your **Capital Loss Carryover Worksheet** in the instructions  . . . . . . . . . . . . . . . . | 6 | ( 128,300. ) |
| 7 **Net short-term capital gain or (loss).** Combine lines 1a through 6 in column (h). If you have any long-term capital gains or losses, go to Part II below. Otherwise, go to Part III on the back  . . . . . . | 7 | -166,309. |

## Part II   Long-Term Capital Gains and Losses—Generally Assets Held More Than One Year (see instructions)

| See instructions for how to figure the amounts to enter on the lines below.<br><br>This form may be easier to complete if you round off cents to whole dollars. | (d) Proceeds (sales price) | (e) Cost (or other basis) | (g) Adjustments to gain or loss from Form(s) 8949, Part II, line 2, column (g) | (h) Gain or (loss) Subtract column (e) from column (d) and combine the result with column (g) |
|---|---|---|---|---|
| 8a Totals for all long-term transactions reported on Form 1099-B for which basis was reported to the IRS and for which you have no adjustments (see instructions). However, if you choose to report all these transactions on Form 8949, leave this line blank and go to line 8b  . | | | | |
| 8b Totals for all transactions reported on Form(s) 8949 with **Box D** checked  . . . . . . . . . . . . | 299,313. | 328,853. | 180. | -29,360. |
| 9 Totals for all transactions reported on Form(s) 8949 with **Box E** checked  . . . . . . . . . . . . | | | | |
| 10 Totals for all transactions reported on Form(s) 8949 with **Box F** checked.  . . . . . . . . . . . | | | | |

| | | |
|---|---|---|
| 11 Gain from Form 4797, Part I; long-term gain from Forms 2439 and 6252; and long-term gain or (loss) from Forms 4684, 6781, and 8824  . . . . . . . . . . . . . . . . . | 11 | |
| 12 Net long-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 | 12 | |
| 13 Capital gain distributions. See the instructions  . . . . . . . . . . . . . . . . . | 13 | |
| 14 Long-term capital loss carryover. Enter the amount, if any, from line 13 of your **Capital Loss Carryover Worksheet** in the instructions  . . . . . . . . . . . . . . . . | 14 | ( ) |
| 15 **Net long-term capital gain or (loss).** Combine lines 8a through 14 in column (h). Then, go to Part III on the back  . . . . . . . . . . . . . . . . . . . . . . . . . | 15 | -29,360. |

For Paperwork Reduction Act Notice, see your tax return instructions.

Schedule D (Form 1040) 2023

DEPOSITION DOCUMENTS OO288

Schedule D (Form 1040) 2023                                                                                    Page **2**

## Part III    Summary

**16**   Combine lines 7 and 15 and enter the result   . . . . . . . . . . . . . . . . .   **16**   | -195,669.

- If line 16 is a **gain**, enter the amount from line 16 on Form 1040, 1040-SR, or 1040-NR, line 7. Then, go to line 17 below.
- If line 16 is a **loss**, skip lines 17 through 20 below. Then, go to line 21. Also be sure to complete line 22.
- If line 16 is **zero**, skip lines 17 through 21 below and enter -0- on Form 1040, 1040-SR, or 1040-NR, line 7. Then, go to line 22.

**17**   Are lines 15 and 16 **both** gains?
☐ **Yes.** Go to line 18.
☐ **No.** Skip lines 18 through 21, and go to line 22.

**18**   If you are required to complete the **28% Rate Gain Worksheet** (see instructions), enter the amount, if any, from line 7 of that worksheet   . . . . . . . . . . . . . . . .   **18**

**19**   If you are required to complete the **Unrecaptured Section 1250 Gain Worksheet** (see instructions), enter the amount, if any, from line 18 of that worksheet   . . . . . . . . .   **19**

**20**   Are lines 18 and 19 both zero or blank and you are not filing Form 4952?
☐ **Yes.** Complete the **Qualified Dividends and Capital Gain Tax Worksheet** in the instructions for Form 1040, line 16. **Don't** complete lines 21 and 22 below.

☐ **No.** Complete the **Schedule D Tax Worksheet** in the instructions. **Don't** complete lines 21 and 22 below.

**21**   If line 16 is a loss, enter here and on Form 1040, 1040-SR, or 1040-NR, line 7, the **smaller** of:

- The loss on line 16; or
- ($3,000), or if married filing separately, ($1,500)   } . . . . . . . . . . . . . . . .   **21** | (        3,000. )

**Note:** When figuring which amount is smaller, treat both amounts as positive numbers.

**22**   Do you have qualified dividends on Form 1040, 1040-SR, or 1040-NR, line 3a?

☒ **Yes.** Complete the **Qualified Dividends and Capital Gain Tax Worksheet** in the instructions for Form 1040, line 16.

☐ **No.** Complete the rest of Form 1040, 1040-SR, or 1040-NR.

BAA    REV 08/28/24 PRO                                                                    Schedule D (Form 1040) 2023

DEPOSITION DOCUMENTS OO289

Form **8949**

Department of the Treasury
Internal Revenue Service

## Sales and Other Dispositions of Capital Assets

File with your Schedule D to list your transactions for lines 1b, 2, 3, 8b, 9, and 10 of Schedule D.
Go to *www.irs.gov/Form8949* for instructions and the latest information.

OMB No. 1545-0074

**2023**

Attachment
Sequence No. **12A**

Name(s) shown on return

Avrumi Lubin

Social security number or taxpayer identification number

4839

*Before you check Box A, B, or C below, see whether you received any Form(s) 1099-B or substitute statement(s) from your broker. A substitute statement will have the same information as Form 1099-B. Either will show whether your basis (usually your cost) was reported to the IRS by your broker and may even tell you which box to check.*

**Part I**   **Short-Term.** Transactions involving capital assets you held 1 year or less are generally short-term (see instructions). For long-term transactions, see page 2.

**Note:** You may aggregate all short-term transactions reported on Form(s) 1099-B showing basis was reported to the IRS and for which no adjustments or codes are required. Enter the totals directly on Schedule D, line 1a; you aren't required to report these transactions on Form 8949 (see instructions).

**You *must* check Box A, B, *or* C below. Check only one box.** If more than one box applies for your short-term transactions, complete a separate Form 8949, page 1, for each applicable box. If you have more short-term transactions than will fit on this page for one or more of the boxes, complete as many forms with the same box checked as you need.

- ☒ **(A)** Short-term transactions reported on Form(s) 1099-B showing basis was reported to the IRS (see **Note** above)
- ☐ **(B)** Short-term transactions reported on Form(s) 1099-B showing basis **wasn't** reported to the IRS
- ☐ **(C)** Short-term transactions not reported to you on Form 1099-B

| 1 (a) Description of property (Example: 100 sh. XYZ Co.) | (b) Date acquired (Mo., day, yr.) | (c) Date sold or disposed of (Mo., day, yr.) | (d) Proceeds (sales price) (see instructions) | (e) Cost or other basis See the **Note** below and see *Column (e)* in the separate instructions. | (f) Code(s) from instructions | (g) Amount of adjustment | (h) Gain or (loss) Subtract column (e) from column (d) and combine the result with column (g). |
|---|---|---|---|---|---|---|---|
| MERRILL LYNCH, PIERCE, FENNER & SMITH INC | Various | 12/31/23 | 219,676. | 257,685. | | | -38,009. |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| **2 Totals.** Add the amounts in columns (d), (e), (g), and (h) (subtract negative amounts). Enter each total here and include on your Schedule D, **line 1b** (if **Box A** above is checked), **line 2** (if **Box B** above is checked), or **line 3** (if **Box C** above is checked) . . | | | 219,676. | 257,685. | | | -38,009. |

**Note:** If you checked Box A above but the basis reported to the IRS was incorrect, enter in column (e) the basis as reported to the IRS, and enter an adjustment in column (g) to correct the basis. See *Column (g)* in the separate instructions for how to figure the amount of the adjustment.

DEPOSITION DOCUMENTS 00290

**For Paperwork Reduction Act Notice, see your tax return instructions.**   BAA

REV 08/28/24 PRO

Form **8949** (2023)

Form 8949 (2023)  Attachment Sequence No. **12A**  Page **2**

| Name(s) shown on return. Name and SSN or taxpayer identification no. not required if shown on other side | Social security number or taxpayer identification number |
|---|---|
| Avrumi Lubin | 4839 |

*Before you check Box D, E, or F below, see whether you received any Form(s) 1099-B or substitute statement(s) from your broker. A substitute statement will have the same information as Form 1099-B. Either will show whether your basis (usually your cost) was reported to the IRS by your broker and may even tell you which box to check.*

**Part II** **Long-Term.** Transactions involving capital assets you held more than 1 year are generally long-term (see instructions). For short-term transactions, see page 1.

**Note:** You may aggregate all long-term transactions reported on Form(s) 1099-B showing basis was reported to the IRS and for which no adjustments or codes are required. Enter the totals directly on Schedule D, line 8a; you aren't required to report these transactions on Form 8949 (see instructions).

**You *must* check Box D, E, *or* F below. Check only one box.** If more than one box applies for your long-term transactions, complete a separate Form 8949, page 2, for each applicable box. If you have more long-term transactions than will fit on this page for one or more of the boxes, complete as many forms with the same box checked as you need.

☒ **(D)** Long-term transactions reported on Form(s) 1099-B showing basis was reported to the IRS (see **Note** above)

☐ **(E)** Long-term transactions reported on Form(s) 1099-B showing basis **wasn't** reported to the IRS

☐ **(F)** Long-term transactions not reported to you on Form 1099-B

| 1 (a) Description of property (Example: 100 sh. XYZ Co.) | (b) Date acquired (Mo., day, yr.) | (c) Date sold or disposed of (Mo., day, yr.) | (d) Proceeds (sales price) (see instructions) | (e) Cost or other basis See the **Note** below and see *Column (e)* in the separate instructions. | (f) Code(s) from instructions | (g) Amount of adjustment | (h) Gain or (loss) Subtract column (e) from column (d) and combine the result with column (g). |
|---|---|---|---|---|---|---|---|
| MERRILL LYNCH, PIERCE, FENNER & SMITH INC | Various | 12/31/23 | 299,313. | 328,853. | W | 180. | -29,360. |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| **2 Totals.** Add the amounts in columns (d), (e), (g), and (h) (subtract negative amounts). Enter each total here and include on your Schedule D, **line 8b** (if **Box D** above is checked), **line 9** (if **Box E** above is checked), or **line 10** (if **Box F** above is checked) . . | | | 299,313. | 328,853. | | 180. | -29,360. |

**Note:** If you checked Box D above but the basis reported to the IRS was incorrect, enter in column (e) the basis as reported to the IRS, and enter an adjustment in column (g) to correct the basis. See *Column (g)* in the separate instructions for how to figure the amount of the adjustment.

BAA  REV 08/28/24 PRO  Form **8949** (2023)

DEPOSITION DOCUMENTS OO291

Schedule E (Form 1040) 2023      Attachment Sequence No. **13**      Page **2**

Name(s) shown on return. Do not enter name and social security number if shown on other side.

Avrumi Lubin

**Your social security number**

4839

**Caution:** The IRS compares amounts reported on your tax return with amounts shown on Schedule(s) K-1.

### Part II   Income or Loss From Partnerships and S Corporations

**Note:** If you report a loss, receive a distribution, dispose of stock, or receive a loan repayment from an S corporation, you **must** check the box in column **(e)** on line 28 and attach the required basis computation. If you report a loss from an at-risk activity for which **any** amount is **not** at risk, you **must** check the box in column **(f)** on line 28 and attach **Form 6198**. See instructions.

27   Are you reporting any loss not allowed in a prior year due to the at-risk or basis limitations, a prior year unallowed loss from a passive activity (if that loss was not reported on Form 8582), or unreimbursed partnership expenses? If you answered "Yes," see instructions before completing this section . . . . . . . . . . . . . . . . . . . . . . ☐ Yes  ☒ No

| 28 | (a) Name | (b) Enter P for partnership; S for S corporation | (c) Check if foreign partnership | (d) Employer identification number | (e) Check if basis computation is required | (f) Check if any amount is not at risk |
|---|---|---|---|---|---|---|
| A | 3010 Clarendon Holdings LLC | P | ☐ | 84-3984161 | ☐ | ☐ |
| B | 472 E48 Holdings LLC | P | ☐ | 87-0969128 | ☐ | ☐ |
| C | 1519 Lincoln Holdings LLC | P | ☐ | 86-3625301 | ☐ | ☐ |
| D | See line 28 information | | ☐ | | ☐ | ☐ |

| | Passive Income and Loss | | Nonpassive Income and Loss | | |
|---|---|---|---|---|---|
| | (g) Passive loss allowed (attach **Form 8582** if required) | (h) Passive income from **Schedule K-1** | (i) Nonpassive loss allowed (see **Schedule K-1**) | (j) Section 179 expense deduction from **Form 4562** | (k) Nonpassive income from **Schedule K-1** |
| A | | 938. | | | |
| B | | 0. | | | |
| C | | 375. | | | |
| D | | 0. | 481,193. | | |
| 29a Totals | | 1,313. | | | |
| b Totals | 1,313. | | 481,193. | | |

30   Add columns (h) and (k) of line 29a . . . . . . . . . . . . . . . **30**   1,313.

31   Add columns (g), (i), and (j) of line 29b . . . . . . . . . . . . . **31** ( 482,506. )

32   **Total partnership and S corporation income or (loss).** Combine lines 30 and 31 . . . . . **32**   -481,193.

### Part III   Income or Loss From Estates and Trusts

| 33 | (a) Name | (b) Employer identification number |
|---|---|---|
| A | | |
| B | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | |
|---|---|---|---|---|
| | (c) Passive deduction or loss allowed (attach **Form 8582** if required) | (d) Passive income from **Schedule K-1** | (e) Deduction or loss from **Schedule K-1** | (f) Other income from **Schedule K-1** |
| A | | | | |
| B | | | | |
| 34a Totals | | | | |
| b Totals | | | | |

35   Add columns (d) and (f) of line 34a . . . . . . . . . . . . . . . **35**

36   Add columns (c) and (e) of line 34b . . . . . . . . . . . . . . . **36** ( )

37   **Total estate and trust income or (loss).** Combine lines 35 and 36 . . . . . . . . . . . **37**

### Part IV   Income or Loss From Real Estate Mortgage Investment Conduits (REMICs)—Residual Holder

| 38 | (a) Name | (b) Employer identification number | (c) Excess inclusion from Schedules Q, line 2c (see instructions) | (d) Taxable income (net loss) from Schedules Q, line 1b | (e) Income from Schedules Q, line 3b |
|---|---|---|---|---|---|
| | | | | | |

39   Combine columns (d) and (e) only. Enter the result here and include in the total on line 41 below . **39**

### Part V   Summary

40   Net farm rental income or (loss) from **Form 4835**. Also, complete line 42 below . . . . . . . **40**

41   **Total income or (loss).** Combine lines 26, 32, 37, 39, and 40. Enter the result here and on Schedule 1 (Form 1040), line 5 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **41**   -481,193.

42   **Reconciliation of farming and fishing income.** Enter your **gross** farming and fishing income reported on Form 4835, line 7; Schedule K-1 (Form 1065), box 14, code B; Schedule K-1 (Form 1120-S), box 17, code AN; and Schedule K-1 (Form 1041), box 14, code F. See instructions .   **42**

43   **Reconciliation for real estate professionals.** If you were a real estate professional (see instructions), enter the net income or (loss) you reported anywhere on Form 1040, Form 1040-SR, or Form 1040-NR from all rental real estate activities in which you materially participated under the passive activity loss rules . . . . **43**

DEPOSITION DOCUMENTS 00292

REV 08/28/24 PRO      Schedule E (Form 1040) 2023

| Form **8995** | **Qualified Business Income Deduction** **Simplified Computation** | OMB No. 1545-2294 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | Attach to your tax return. Go to *www.irs.gov/Form8995* for instructions and the latest information. | **2023** Attachment Sequence No. **55** |

| Name(s) shown on return | Your taxpayer identification number |
|---|---|
| Avrumi Lubin | 4839 |

**Note.** You can claim the qualified business income deduction **only** if you have qualified business income from a qualified trade or business, real estate investment trust dividends, publicly traded partnership income, or a domestic production activities deduction passed through from an agricultural or horticultural cooperative. See instructions.

Use this form if your taxable income, before your qualified business income deduction, is at or below $182,100 ($364,200 if married filing jointly), and you aren't a patron of an agricultural or horticultural cooperative.

| 1 | (a) Trade, business, or aggregation name | (b) Taxpayer identification number | (c) Qualified business income or (loss) |
|---|---|---|---|
| i | 472 E48 Holdings LLC | 87-0969128 | 0. |
| ii | Spin Capital LLC | 83-3784343 | -481,193. |
| iii | FRONT STREET HOLDINGS LLC | 87-3800450 | 0. |
| iv | 1519 LINCOLN HOLDINGS LLC | 86-3625301 | 0. |
| v | 3010 CLARENDON HOLDINGS LLC | 84-3984161 | 0. |

| | | | | |
|---|---|---|---|---|
| 2 | Total qualified business income or (loss). Combine lines 1i through 1v, column (c) | **2** | -481,193. | |
| 3 | Qualified business net (loss) carryforward from the prior year | **3** | ( 2,498,096. ) | |
| 4 | Total qualified business income. Combine lines 2 and 3. If zero or less, enter -0- | **4** | 0. | |
| 5 | Qualified business income component. Multiply line 4 by 20% (0.20) | | | **5** 0. |
| 6 | Qualified REIT dividends and publicly traded partnership (PTP) income or (loss) (see instructions) | **6** | | |
| 7 | Qualified REIT dividends and qualified PTP (loss) carryforward from the prior year | **7** ( ) | | |
| 8 | Total qualified REIT dividends and PTP income. Combine lines 6 and 7. If zero or less, enter -0- | **8** | | |
| 9 | REIT and PTP component. Multiply line 8 by 20% (0.20) | | | **9** |
| 10 | Qualified business income deduction before the income limitation. Add lines 5 and 9 | | | **10** 0. |
| 11 | Taxable income before qualified business income deduction (see instructions) | **11** | 0. | |
| 12 | Enter your net capital gain, if any, increased by any qualified dividends (see instructions) | **12** | 6,377. | |
| 13 | Subtract line 12 from line 11. If zero or less, enter -0- | **13** | 0. | |
| 14 | Income limitation. Multiply line 13 by 20% (0.20) | | | **14** 0. |
| 15 | Qualified business income deduction. Enter the smaller of line 10 or line 14. Also enter this amount on the applicable line of your return (see instructions) | | | **15** 0. |
| 16 | Total qualified business (loss) carryforward. Combine lines 2 and 3. If greater than zero, enter -0- | | | **16** ( 2,979,289. ) |
| 17 | Total qualified REIT dividends and PTP (loss) carryforward. Combine lines 6 and 7. If greater than zero, enter -0- | | | **17** ( 0. ) |

**For Privacy Act and Paperwork Reduction Act Notice, see instructions.**          REV 08/28/24 PRO          Form **8995** (2023)

DEPOSITION DOCUMENTS OO293

Form **8582**

Department of the Treasury
Internal Revenue Service

**Passive Activity Loss Limitations**

See separate instructions.
Attach to Form 1040, 1040-SR, or 1041.
Go to *www.irs.gov/Form8582* for instructions and the latest information.

OMB No. 1545-1008

**2023**

Attachment
Sequence No. **858**

Name(s) shown on return

Avrumi Lubin

Identifying number

4839

| **Part I** | **2023 Passive Activity Loss** |
|---|---|

Caution: Complete Parts IV and V before completing Part I.

**Rental Real Estate Activities With Active Participation** (For the definition of active participation, see *Special Allowance for Rental Real Estate Activities* in the instructions.)

| | | | |
|---|---|---|---|
| 1a | Activities with net income (enter the amount from Part IV, column (a)) . . . | **1a** | |
| b | Activities with net loss (enter the amount from Part IV, column (b)) . . . . | **1b** ( ) | |
| c | Prior years' unallowed losses (enter the amount from Part IV, column (c)) . . | **1c** ( ) | |
| d | Combine lines 1a, 1b, and 1c . . . . . . . . . . . . . . . . . . . . | | **1d** |

**All Other Passive Activities**

| | | | |
|---|---|---|---|
| 2a | Activities with net income (enter the amount from Part V, column (a)) . . . | **2a** 1,313. | |
| b | Activities with net loss (enter the amount from Part V, column (b)) . . . . | **2b** ( -16,069. ) | |
| c | Prior years' unallowed losses (enter the amount from Part V, column (c)) . . | **2c** ( -60,729. ) | |
| d | Combine lines 2a, 2b, and 2c . . . . . . . . . . . . . . . . . . . . | | **2d** -75,485. |

3 Combine lines 1d and 2d and subtract any prior year unallowed CRD. See instructions. If this line is zero or more, stop here and include this form with your return; all losses are allowed, including any prior year unallowed losses entered on line 1c or 2c. Report the losses on the forms and schedules normally used . . . . . . . . . . . . . . . . . . . . . . . . . . . **3** -75,485.

If line 3 is a loss and: • Line 1d is a loss, go to Part II.

• Line 2d is a loss (and line 1d is zero or more), skip Part II and go to line 10.

**Caution:** If your filing status is married filing separately and you lived with your spouse at any time during the year, **do not** complete Part II. Instead, go to line 10.

| **Part II** | **Special Allowance for Rental Real Estate Activities With Active Participation** |
|---|---|

Note: Enter all numbers in Part II as positive amounts. See instructions for an example.

| | | | |
|---|---|---|---|
| 4 | Enter the **smaller** of the loss on line 1d or the loss on line 3 . . . . . . . . . . . | **4** | |
| 5 | Enter $150,000. If married filing separately, see instructions . . . . . . | **5** | |
| 6 | Enter modified adjusted gross income, but not less than zero. See instructions | **6** | |
| | **Note:** If line 6 is greater than or equal to line 5, skip lines 7 and 8 and enter -0- on line 9. Otherwise, go to line 7. | | |
| 7 | Subtract line 6 from line 5 . . . . . . . . . . . . . . | **7** | |
| 8 | Multiply line 7 by 50% (0.50). **Do not** enter more than $25,000. If married filing separately, see instructions | **8** | |
| 9 | Enter the **smaller** of line 4 or line 8. If line 3 includes any CRD, see instructions . . . . . . . . | **9** | 0. |

| **Part III** | **Total Losses Allowed** |
|---|---|

| | | | |
|---|---|---|---|
| 10 | Add the income, if any, on lines 1a and 2a and enter the total . . . . . . . . . . . . . . | **10** | 1,313. |
| 11 | **Total losses allowed from all passive activities for 2023.** Add lines 9 and 10. See instructions to find out how to report the losses on your tax return . . . . . . . . . . . . . . . . . . . . | **11** | 1,313. |

| **Part IV** | **Complete This Part Before Part I, Lines 1a, 1b, and 1c.** See instructions. |
|---|---|

| Name of activity | Current year | | Prior years | Overall gain or loss | |
|---|---|---|---|---|---|
| | **(a)** Net income (line 1a) | **(b)** Net loss (line 1b) | **(c)** Unallowed loss (line 1c) | **(d)** Gain | **(e)** Loss |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **Total.** Enter on Part I, lines 1a, 1b, and 1c ▶ | | | | | |

For Paperwork Reduction Act Notice, see instructions.

REV 08/28/24 PRO

Form **8582** (2023)

DEPOSITION DOCUMENTS OO294

Form 8582 (2023)      Page **2**

### Part V — Complete This Part Before Part I, Lines 2a, 2b, and 2c. See instructions.

| Name of activity | Current year (a) Net income (line 2a) | Current year (b) Net loss (line 2b) | Prior years (c) Unallowed loss (line 2c) | Overall gain or loss (d) Gain | Overall gain or loss (e) Loss |
|---|---|---|---|---|---|
| 3010 Clarendon Holdings LLC | 938. | 0. | 18,949. | | 18,011. |
| 472 E48 Holdings LLC | 0. | 5,746. | 2,319. | | 8,065. |
| 1519 Lincoln Holdings LLC | 375. | 0. | 465. | | 90. |
| FRONT STREET HOLDINGS LLC | 0. | 4,917. | 38,996. | | 43,913. |
| See Part V | 0. | 5,406. | | | |
| **Total.** Enter on Part I, lines 2a, 2b, and 2c | 1,313. | 16,069. | 60,729. | | |

### Part VI — Use This Part if an Amount Is Shown on Part II, Line 9. See instructions.

| Name of activity | Form or schedule and line number to be reported on (see instructions) | (a) Loss | (b) Ratio | (c) Special allowance | (d) Subtract column (c) from column (a). |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **Total** . . . . . . . . . . . . . . . . . . . | | | 1.00 | | |

### Part VII — Allocation of Unallowed Losses. See instructions.

| Name of activity | Form or schedule and line number to be reported on (see instructions) | (a) Loss | (b) Ratio | (c) Unallowed loss |
|---|---|---|---|---|
| 3010 Clarendon Holdings LLC | E Ln 28A | 18,011. | 0.23860370 | 18,011. |
| 472 E48 Holdings LLC | E Ln 28B | 8,065. | 0.10684242 | 8,065. |
| 1519 Lincoln Holdings LLC | E Ln 28C | 90. | 0.00119229 | 90. |
| FRONT STREET HOLDINGS LLC | E Ln 28D | 43,913. | 0.58174472 | 43,913. |
| See Part VII | | 5,406. | | 5,406. |
| **Total** . . . . . . . . . . . . . . . . . . | | 75,485. | **1.00** | 75,485. |

### Part VIII — Allowed Losses. See instructions.

| Name of activity | Form or schedule and line number to be reported on (see instructions) | (a) Loss | (b) Unallowed loss | (c) Allowed loss |
|---|---|---|---|---|
| 3010 Clarendon Holdings LLC | E Ln 28A | 18,949. | 18,011. | 938. |
| 472 E48 Holdings LLC | E Ln 28B | 8,065. | 8,065. | 0. |
| 1519 Lincoln Holdings LLC | E Ln 28C | 465. | 90. | 375. |
| FRONT STREET HOLDINGS LLC | E Ln 28D | 43,913. | 43,913. | 0. |
| See Part VIII | | 5,406. | 5,406. | 0. |
| **Total** . . . . . . . . . . . . . . . . . . | | 76,798. | 75,485. | 1,313. |

REV 08/28/24 PRO      Form **8582** (2023)

DEPOSITION DOCUMENTS OO295

Avrumi Lubin

4839

1

# Additional Information From 2023 Federal Tax Return

## Schedule 1: Additional Income and Adjustments to Income
### Line 8a

Explanation Statement

| Net Operating Loss Carryforward |
| --- |
| NOL from 2021 is ($2,133,584). |

## Schedule E: Supplemental Income and Loss
### Line 28: Income or Loss from Partnership and S corporations

Continuation Statement

| L27T | Name | Code | Foreign | EIN | Basis Comp | Not At Risk | Passive Loss Allowed Amt | Passive Income Amt | Nonpassive Loss Amt | Sec 179 Expense Dedn Amt | Nonpassive Income Amt |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| D | FRONT STREET HOLDINGS LLC | P | | 87-3800450 | | | | 0. | | | |
| E | 1519 LINCOLN HOLDINGS LLC | P | | 86-3625301 | | | | 0. | | | |
| F | 3010 CLARENDON HOLDINGS LLC | P | | 84-3984161 | | | | 0. | | | |
| G | Spin Capital LLC | S | | 83-3784343 | | | | | 481,193. | | |
| | Total | | | | | | | 0. | 481,193. | | |

## Form 8582: Passive Activity Loss Limitations (Copy 1)
### Part V - Calculation for Lines 2(a, b, c)

Continuation Statement

| Activity Name | Current Year Net Inc | Current Year Net Loss | Prior Year Unallowed Loss | Overall Gain | Overall Loss |
| --- | --- | --- | --- | --- | --- |
| 1519 LINCOLN HOLDINGS LLC | 0. | 3,719. | | | 3,719. |
| 3010 CLARENDON HOLDINGS LLC | 0. | 1,687. | | | 1,687. |
| Total | 0. | 5,406. | | | |

## Form 8582: Passive Activity Loss Limitations (Copy 1)
### Part VII - Allocation of Unallowed Losses

Continuation Statement

| Activity Name | Form or Sch and Line No. | Loss | Ratio | Unallowed Loss |
| --- | --- | --- | --- | --- |
| 1519 LINCOLN HOLDINGS LLC | E Ln 28E | 3,719. | 0.04926807 | 3,719. |
| 3010 CLARENDON HOLDINGS LLC | E Ln 28F | 1,687. | 0.02234881 | 1,687. |
| Total | | 5,406. | | 5,406. |

## Form 8582: Passive Activity Loss Limitations (Copy 1)
### Part VIII - Allowed Losses

Continuation Statement

| Activity Name | Form or Sch and Line No. | Loss | Unallowed Loss | Allowed Loss |
| --- | --- | --- | --- | --- |
| 1519 LINCOLN HOLDINGS LLC | E Ln 28E | 3,719. | 3,719. | 0. |
| 3010 CLARENDON HOLDINGS LLC | E Ln 28F | 1,687. | 1,687. | 0. |
| Total | | 5,406. | 5,406. | 0. |

DEPOSITION DOCUMENTS OO296



0120101010

## 2024 NJ-1040-ES-V PAYMENT VOUCHER

### Payment by Credit Card

You may pay your 2023 New Jersey income taxes or make payment of estimated tax for 2024 by credit card by visiting the Division's website at nj.gov/taxation.

### Payment by E-Check

You may pay your 2023 New Jersey income taxes or make a payment of estimated tax for 2024 by e-check. This option is available on the Division's Website at: nj.gov/taxation.  Taxpayers who do not have access to the Internet can make a payment by calling the Division's Customer Service Call Center at 609-292-6400. **Do not use the payment voucher if you pay your taxes by e-check.**

### Payment by Check

If you are paying your 2024 New Jersey estimated income taxes by check, be sure to enclose the payment voucher printed below with your check or money order and mail to: State of New Jersey, Division of Taxation, Revenue Processing Center, PO Box 222, Trenton, NJ 08646-0222.

If you are married/civil union couple, filing jointly, be sure that the Social Security number which is first on this payment voucher is the Social Security number on your check and is listed first when filing your Income Tax return.

## DO NOT CUT THIS PAGE

New Jersey Gross Income Tax
Declaration of Estimated Tax Voucher
NJ-1040-ES-V

1555    2024

Make check payable to "State of New Jersey – TGI".
Write your Social Security number and tax year on your check.

State of New Jersey
Division of Taxation
Revenue Processing Center
PO Box 222
Trenton, NJ  08646-0222

4839    LUBI
LUBIN AVRUMI
1460 ARBORETUM PARKWAY
LAKEWOOD            NJ 08701

Calendar Year - Due        Voucher
April 15, 2024    1

Indicate the return for which payment is being made by checking the appropriate box:

|   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|
| | | | | NJ-1040NR | | NJ-1041 |
| R | X | NJ-1040 | N | NJ-1080-C | F | NJ-1041SB |

Enter amount of payment here:

234.00

DEPOSIT

REV 05/21/24 PRO

0120101010

## 2024 NJ-1040-ES-V PAYMENT VOUCHER

### Payment by Credit Card

You may pay your 2023 New Jersey income taxes or make payment of estimated tax for 2024 by credit card by visiting the Division's website at nj.gov/taxation.

### Payment by E-Check

You may pay your 2023 New Jersey income taxes or make a payment of estimated tax for 2024 by e-check. This option is available on the Division's Website at: nj.gov/taxation. Taxpayers who do not have access to the Internet can make a payment by calling the Division's Customer Service Call Center at 609-292-6400. **Do not use the payment voucher if you pay your taxes by e-check.**

### Payment by Check

If you are paying your 2024 New Jersey estimated income taxes by check, be sure to enclose the payment voucher printed below with your check or money order and mail to: State of New Jersey, Division of Taxation, Revenue Processing Center, PO Box 222, Trenton, NJ 08646-0222.

If you are married/civil union couple, filing jointly, be sure that the Social Security number which is first on this payment voucher is the Social Security number on your check and is listed first when filing your Income Tax return.

## DO NOT CUT THIS PAGE

New Jersey Gross Income Tax
Declaration of Estimated Tax Voucher
NJ-1040-ES-V

1555   2024

Make check payable to "State of New Jersey – TGI".
Write your Social Security number and tax year on your check.

State of New Jersey
Division of Taxation
Revenue Processing Center
PO Box 222
Trenton, NJ 08646-0222

4839   LUBI
LUBIN AVRUMI
1460 ARBORETUM PARKWAY
LAKEWOOD              NJ 08701

Calendar Year - Due        Voucher
June 17, 2024      **2**

Indicate the return for which payment is being made by checking the appropriate box:

|   |   |         |   | NJ-1040NR | NJ-1041 |
|---|---|---------|---|-----------|---------|
| R | X | NJ-1040 | N | NJ-1080-C  F | NJ-1041SB |

Enter amount of payment here:

234.00

DEPOSIT



0120101010

## 2024 NJ-1040-ES-V PAYMENT VOUCHER

### Payment by Credit Card

You may pay your 2023 New Jersey income taxes or make payment of estimated tax for 2024 by credit card by visiting the Division's website at nj.gov/taxation.

### Payment by E-Check

You may pay your 2023 New Jersey income taxes or make a payment of estimated tax for 2024 by e-check. This option is available on the Division's Website at: nj.gov/taxation.  Taxpayers who do not have access to the Internet can make a payment by calling the Division's Customer Service Call Center at 609-292-6400. **Do not use the payment voucher if you pay your taxes by e-check.**

### Payment by Check

If you are paying your 2024 New Jersey estimated income taxes by check, be sure to enclose the payment voucher printed below with your check or money order and mail to: State of New Jersey, Division of Taxation, Revenue Processing Center, PO Box 222, Trenton, NJ 08646-0222.

If you are married/civil union couple, filing jointly, be sure that the Social Security number which is first on this payment voucher is the Social Security number on your check and is listed first when filing your Income Tax return.

## DO NOT CUT THIS PAGE

New Jersey Gross Income Tax
Declaration of Estimated Tax Voucher
NJ-1040-ES-V

1555   2024

Make check payable to "State of New Jersey – TGI".
Write your Social Security number and tax year on your check.

State of New Jersey
Division of Taxation
Revenue Processing Center
PO Box 222
Trenton, NJ  08646-0222

4839   LUBI
LUBIN AVRUMI
1460 ARBORETUM PARKWAY
LAKEWOOD          NJ 08701

Calendar Year - Due          Voucher
September 16, 2024 **3**

Indicate the return for which payment is being made by checking the appropriate box:

|  |  | NJ-1040NR | NJ-1041 |
|---|---|---|---|
| R  X  NJ-1040  N | NJ-1080-C  **F** | NJ-1041SB |

Enter amount of payment here:

234.00

**DEPOSIT**

**2024 NJ-1040-ES-V PAYMENT VOUCHER**

0120101010

### Payment by Credit Card

You may pay your 2023 New Jersey income taxes or make payment of estimated tax for 2024 by credit card by visiting the Division's website at nj.gov/taxation.

### Payment by E-Check

You may pay your 2023 New Jersey income taxes or make a payment of estimated tax for 2024 by e-check. This option is available on the Division's Website at: nj.gov/taxation.  Taxpayers who do not have access to the Internet can make a payment by calling the Division's Customer Service Call Center at 609-292-6400. **Do not use the payment voucher if you pay your taxes by e-check.**

### Payment by Check

If you are paying your 2024 New Jersey estimated income taxes by check, be sure to enclose the payment voucher printed below with your check or money order and mail to: State of New Jersey, Division of Taxation, Revenue Processing Center, PO Box 222, Trenton, NJ 08646-0222.

If you are married/civil union couple, filing jointly, be sure that the Social Security number which is first on this payment voucher is the Social Security number on your check and is listed first when filing your Income Tax return.

## DO NOT CUT THIS PAGE

New Jersey Gross Income Tax
Declaration of Estimated Tax Voucher
NJ-1040-ES-V

1555   2024

Make check payable to "State of New Jersey – TGI".
Write your Social Security number and tax year on your check.

State of New Jersey
Division of Taxation
Revenue Processing Center
PO Box 222
Trenton, NJ  08646-0222

4839   LUBI
LUBIN AVRUMI
1460 ARBORETUM PARKWAY
LAKEWOOD          NJ 08701

Calendar Year - Due        Voucher
January 15, 2025 **4**

Indicate the return for which payment is being made by checking the appropriate box:

| | | | | NJ-1040NR | | NJ-1041 |
| R | X | NJ-1040 | N | NJ-1080-C | F | NJ-1041SB |

Enter amount of payment here:

234.00

**DEPOSIT**

REV 05/21/24 PRO



040MP01230

**2023 NJ-1040**
New Jersey Resident Income Tax Return

For Privacy Act Notification, See Instructions

NJ-1040
2023
Page 1

1555

| Your Social Security Number (required) | Last Name, First Name, Initial (Joint Filers enter first name and middle initial of each. Enter spouse's/CU partner's last name ONLY if different) |
|---|---|
| ▮▮▮▮ 4839 | LUBIN AVRUMI |

Spouse's/CU Partner's SSN (if filing jointly)

County/Municipality Code (See Table page 50)
1515

Home Address (Number and Street, including apartment number)
1460 ARBORETUM PARKWAY

| City, Town, Post Office | State | ZIP Code |
|---|---|---|
| LAKEWOOD | NJ | 08701 |

Driver's License Number (Voluntary) (See instructions)

Federal extension filed.

The address above is a foreign address.

Your address has changed.

Death certificate is enclosed.

Do not want a paper form next year.

✗ I authorize the Division of Taxation to discuss my return and enclosures with my preparer.

NJ-1040-O is enclosed.

**Gubernatorial Elections Fund**    Note: This does not reduce your refund or increase your balance due.

| Do you want to designate $1 to the Gubernatorial Elections Fund? | You | Yes | No |
|---|---|---|---|
| If joint return, does your spouse want to designate $1? | Spouse/CU Partner | Yes | No |

**Direct Deposit Information**

dd1. Direct deposit indicator (1 for direct deposit, 4 for no direct deposit)    dd1.    4

dd2. Account type (C for checking, S for savings)    dd2.

dd3. Fill in the checkbox if the direct deposit is going to an account outside the United States    dd3.

dd4. Routing number    dd4.

dd5. Account number    dd5.

**DEPOSITION DOCUMENTS OO301**

REV 05/21/24 PRO

Name(s) as shown on Form NJ-1040

**LUBIN AVRUMI**

Your Social Security Number

4839

1555

**NJ-1040**
2023
Page 2

040MP02230

Part-year residents, provide months/days you were a New Jersey resident during 2023:

From:                    To:

Fiscal year filers only:

Enter month of your year end          2 0 2 4

**Filing Status**
Fill in only one.

1.  X      Single
2.          Married/CU Couple, filing joint return
3.          Married/CU Partner, filing separate return
4.          Head of Household                              Enter spouse's/CU partner's SSN
5.          Qualifying Widow(er)/Surviving CU Partner
            Indicate the year of your spouse's/CU partner's death:      2021      2022

**Exemptions**
Fill in the ovals that apply. You must enter a total in the boxes to the right and complete the calculation.

| 6. | Regular | X | Self | Spouse/CU Partner | Domestic Partner | 1 | x $1,000 = | 1000 |
| 7. | Senior 65+ (Born in 1958 or earlier) | | Self | Spouse/CU Partner | | | x $1,000 = | |
| 8. | Blind/Disabled | | Self | Spouse/CU Partner | | | x $1,000 = | |
| 9. | Veteran | | Self | Spouse/CU Partner | | | x $6,000 = | |
| 10. | Qualified Dependent Children | | | | | | x $1,500 = | |
| 11. | Other Dependents | | | | | | x $1,500 = | |
| 12. | Dependents Attending Colleges (See instructions) | | | | | | x $1,000 = | |
| 13. | Total Exemption Amount (Add totals from the lines at 6 through 12) | | | | | | 13. | 1000 . |

14    Dependent Information. Provide the following information for each dependent.
       Last Name, First Name, Middle Initial                     Social Security Number     Birth Year     No Health Insurance

a
b
c
d

**DEPOSITION DOCUMENTS OO302**

REV 05/21/24 PRO

Name(s) as shown on Form NJ-1040

LUBIN AVRUMI

Your Social Security Number

4839

NJ-1040
2023
Page 3

1555

040MP03230

| | | | |
|---|---|---|---|
| 15. | Wages, salaries, tips, and other employee compensation (State wages from Box 16 of enclosed W-2(s)) (See instructions) | 15. | 104000 . |
| 16a. | Taxable interest income (Enclose federal Schedule B if over $1,500) (See instructions) | 16a. | 4132 . |
| 16b. | Tax-exempt interest income (Enclose Schedule) (See instructions) Do not include on line 16a | 16b. | . |
| 17. | Dividends | 17. | 18774 . |
| 18. | Net profits from business (Schedule NJ-BUS-1, Part I, line 4) (Enclose federal Schedule C) | 18. | . |
| 19. | Net gains or income from disposition of property (Schedule NJ-DOP, line 4) | 19. | . |
| 20a. | Taxable pensions, annuities, and IRA distributions/withdrawals (See instructions) | 20a. | . |
| 20b. | Excludable pension, annuity, and IRA distributions/withdrawals | 20b. | . |
| 21. | Distributive Share of Partnership Income (Schedule NJ-BUS-1, Part II, line 4) (Enclose Schedule NJK-1 or federal Schedule K-1) | 21. | . |
| 22. | Net pro rata share of S Corporation Income (Schedule NJ-BUS-1, Part III, line 4) (Enclose Schedule NJ-K-1 or federal Schedule K-1) | 22. | . |
| 23. | Net gains or income from rents, royalties, patents, and copyrights (Schedule NJ-BUS-1, Part IV, line 4) | 23. | . |
| 24. | Net gambling winnings (See instructions) | 24. | . |
| 25. | Alimony and separate maintenance payments received | 25. | . |
| 26. | Other (Enclose documents) (See instructions) | 26. | . |
| 27. | Total Income (Add lines 15, 16a, 17 through 20a, and 21 through 26) | 27. | 126906 . |
| 28a. | Pension/Retirement Exclusion (See instructions) | 28a. | . |
| 28b. | Other Retirement Income Exclusion (See Worksheet D and instructions pages 19-20) | 28b. | . |
| 28c. | Total Exclusion Amount (Add lines 28a and 28b) | 28c. | . |
| 29. | New Jersey Gross Income (Subtract line 28c from line 27) (See instructions) | 29. | 126906 . |
| 30. | Exemption Amount (Enter amount from line 13. Part-year residents see instr.) | 30. | 1000 . |
| 31. | Medical Expenses (See Worksheet F and instructions) | 31. | . |
| 32. | Alimony and separate maintenance payments (See instructions) | 32. | . |
| 33. | Qualified Conservation Contribution | 33. | . |
| 34. | Health Enterprise Zone Deduction | 34. | . |
| 35. | Alternative Business Calculation Adjustment (Schedule NJ-BUS-2, line 11) | 35. | 0 . |
| 36. | Organ/Bone Marrow Donation Deduction (See instructions) | 36. | . |
| 37a. | NJBEST Deduction | 37a. | . |
| 37b. | NJCLASS Deduction | 37b. | . |
| 37c. | NJ Higher Ed. Tuition Deduction | 37c. | . |
| 38. | Total Exemptions and Deductions (Add lines 30 through 37c) | 38. | 1000 . |
| 39. | Taxable Income (Subtract line 38 from line 29) | 39. | 125906 . |
| 40a. | Total Property Taxes (18% of Rent) Paid (See instructions page 25) | 40a. | . |
| 40b. | Indicate your residency status during 2023 (fill in only one)  Homeowner  Tenant  Both | | |
| 41. | Property Tax Deduction (From Worksheet H) (See instructions) | 41. | . |
| 42. | New Jersey Taxable Income (Subtract line 41 from line 39) | 42. | 125906 . |
| 43. | Tax on amount on line 42 (Tax Table page 52) | 43. | 5894 . |
| 44. | Credit For Income Taxes Paid to Other Jurisdictions (Enclose Schedule NJ-COJ) (See instructions)  Enter Code | 44. | . |
| 45. | Balance of Tax (Subtract line 44 from line 43) | 45. | 5894 . |
| 46. | Sheltered Workshop Tax Credit | 46. | . |
| 47. | Gold Star Family Counseling Credit (See instructions) | 47. | . |
| 48. | Credit for Employer of Organ/Bone Marrow Donor (See instructions) | 48. | . |
| 49. | Total Credits (Add lines 46 through 48) | 49. | . |
| 50. | Balance of Tax After Credits (Subtract line 49 from line 45) If zero or less, make no entry | 50. | 5894 . |
| 51. | Use Tax Due on Internet, Mail-Order, or Other Out-of-State Purchases (See instructions) If no Use Tax, enter 0 | 51. | 0 . |
| 52. | Interest on Underpayment of Estimated Tax  Fill in if Form NJ-2210 is enclosed | 52. | . |
| 53a. | Fill in if anyone in your tax household does not currently have health insurance. (Enclose NJ-EZ Enroll form) (See instructions) | 53a. | |

DEPOSITION DOCUMENTS OO303

REV 05/21/24 PRO

NJ-1040
2023
Page 4

Name(s) as shown on Form NJ-1040

LUBIN AVRUMI

Your Social Security Number

4839

1555

040MP04230

| # | | | Value |
|---|---|---|---|
| 53b. | If you indicated at line 53a that someone in your tax household does not have health insurance, fill in to allow Get Covered New Jersey to assist with obtaining coverage (See instructions) | 53b. | |
| 53c. | Shared Responsibility Payment (See instructions)    REQUIRED Enclose Schedule NJ-HCC and fill in  ✕ | 53c. | 0 . |
| 54. | Total Tax Due (Add lines 50 through 53c) | 54. | 5894 . |
| 55. | Total NJ Income Tax Withheld (Enclose Forms W-2 and 1099) (Part-year residents, see instructions) | 55. | 4960 . |
| 56. | Property Tax Credit (See instructions page 24) | 56. | . |
| 57. | New Jersey Estimated Tax Payments/Credit from 2022 tax return | 57. | 0 . |
| 58. | New Jersey Earned Income Tax Credit (See instructions) | 58. | . |
| | Fill in if you had the IRS calculate your federal earned income credit | | |
| | Fill in if you are a CU couple claiming the NJ Earned Income Tax Credit | | |
| 59. | Excess New Jersey UI/WF/SWF Withheld (Enclose Form NJ-2450) (See instructions) | 59. | . |
| 60. | Excess New Jersey Disability Insurance Withheld (Enclose Form NJ-2450) (See instructions) | 60. | . |
| 61. | Excess New Jersey Family Leave Insurance Withheld (Enclose Form NJ-2450) (See instructions) | 61. | . |
| 62. | Wounded Warrior Caregivers Credit (See instructions) | 62. | . |
| 63. | Pass-Through Business Alternative Income Tax Credit (See instructions) | 63. | . |
| 64. | Child and Dependent Care Credit (See instructions) | 64. | . |
| | Fill in if you are a CU couple claiming the Child and Dependent Care Credit | | |
| 65. | New Jersey Child Tax Credit (See instructions) | 65. | . |
| | Number of dependents age 5 or younger on 12/31/2023 | | |
| 66. | Total Withholdings, Credits, and Payments (Add lines 55 through 65) | 66. | 4960 . |
| 67. | If line 66 is less than line 54, you have tax due. Subtract line 66 from line 54 and enter the amount you owe | 67. | 934 . |
| | If you owe tax, you can still make a donation on lines 70 through 77. | | |
| 68. | If the total on line 66 is more than line 54, you have an overpayment. Subtract line 54 from line 66 and enter the overpayment | 68. | . |
| 69. | Amount from line 68 you want to credit to your 2024 tax | 69. | . |
| 70. | Contribution to N.J. Endangered Wildlife Fund | 70. | . |
| 71. | Contribution to N.J. Children's Trust Fund to Prevent Child Abuse | 71. | . |
| 72. | Contribution to N.J. Vietnam Veterans' Memorial Fund | 72. | . |
| 73. | Contribution to N.J. Breast Cancer Research Fund | 73. | . |
| 74. | Contribution to U.S.S. New Jersey Educational Museum Fund | 74. | . |
| 75. | Other Designated Contribution (See instructions)    Enter Code | 75. | . |
| 76. | Other Designated Contribution (See instructions)    Enter Code | 76. | . |
| 77. | Other Designated Contribution (See instructions)    Enter Code | 77. | . |
| 78. | Total Adjustments to Tax Due/Overpayment amount (Add lines 69 through 77) | 78. | . |
| 79. | Balance due (If line 67 is more than zero, add line 67 and line 78) | 79. | 934 . |
| 80. | Refund amount (If line 68 is more than zero, subtract line 78 from line 68) | 80. | . |

Under penalties of perjury, I declare that I have examined this Income Tax return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. If prepared by a person other than the taxpayer, this declaration is based on all information of which the preparer has any knowledge.

Your Signature                    Date        Spouse's/CU Partner's Signature (required if filing jointly)    Date

Paid Preparer's Signature                                    Federal Identification Number

ISAAC A. TAWIL

Firm's Name                                    Firm's Federal Employer Identification Number

TAWIL TAX & ACCOUNTING SOLUTIONS            46-1246268

**Tax Due Address**
Enclose payment along with the NJ-1040-V payment voucher and tax return. Use the labels provided with the envelope and mail to:
State of New Jersey
Division of Taxation
Revenue Processing Center - Payments
PO Box 111
Trenton, NJ 08645-0111
Include Social Security number and make check or money order payable to:
State of New Jersey – TGI
You can also make a payment on our website.
nj.gov/taxation

**Refund or No Tax Due Address**
Use the labels provided with the envelope and mail to
New Jersey Division of Taxation
Revenue Processing Center - Refunds
PO Box 555
Trenton, NJ 08647-0555

Division Use

**DEPOSITION DOCUMENTS OO304**

REV 05/21/24 PRO

| Name(s) as shown on Form NJ-1040 | Social Security Number |
|---|---|
| LUBIN AVRUMI | 4839 |

## Schedule NJ-DOP    Net Gains or Income From Disposition of Property    2023

List the net gains or income, less net loss, derived from the sale, exchange, or other disposition of property including real or personal whether tangible or intangible as reported on federal Schedule D.

| | | (a) | (b) | (c) | (d) | (e) | (f) |
|---|---|---|---|---|---|---|---|
| 1. | | Kind of property and description | Date acquired (mm/dd/yyyy) | Date sold (mm/dd/yyyy) | Gross sales price | Cost or other basis as adjusted (see instructions) and expense of sale | Gain or (loss) (d minus e) |
| | | MERRILL LYNCH, PIERCE, FENNER & SMITH INC | VARIOUS | 12/31/2023 | 219,676. | 257,685. | -38,009. |
| | | MERRILL LYNCH, PIERCE, FENNER & SMITH INC | VARIOUS | 12/31/2023 | 299,313. | 328,673. | -29,360. |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| 2. | Capital Gains Distributions ................................................................ | | | | | | |
| 3. | Other Net Gains................................................................................... | | | | | | |
| 4. | Net Gains (Add lines 1, 2, and 3.) (Enter here and on line 19. If loss, enter zero here and make no entry on line 19.)................................................................................... | | | | | | 0. |

## Schedule NJ-WWC    Wounded Warrior Caregivers Credit    2023

Did you provide care for a relative who was a qualifying armed services member (see instructions)? .................................................................... ◯ Yes    ◯ No

If "**Yes**," enter the name and Social Security number of the qualifying service member.

_____    ___ — ___ — _____

Last Name, First Name, Initial    Social Security number

Enter your relationship to the qualifying service member.

_____

If "**No**," you are not eligible for a Wounded Warrior Caregivers Credit. Make no entry on line 62, NJ-1040.

| 1. | Enter the federal disability compensation of the armed services member ................. | 1. | | |
|---|---|---|---|---|
| 2. | Maximum credit allowed ........................................................................... | 2. | 675 | 00 |
| 3. | Enter the lesser of line 1 or line 2 ........................................................... | 3. | | |
| 4. | Were you the only caregiver for this service member during the tax year? ◯ Yes    ◯ No    If "**No**," enter your share (percentage) of the total care expenses for the year. | 4. | | % |
| 5. | If you answered "**Yes**" at line 4, enter the amount from line 3 here and on line 62, NJ-1040.    If you answered "**No**" at line 4, multiply the amount on line 3 by the percentage on line 4. Enter the result here and on line 62, NJ-1040 ......................................... | 5. | | |

Keep a copy of this schedule for your records

DEPOSITION DOCUMENTS 00305

REV 05/21/24 PRO    1555

| Name(s) as shown on Form NJ-1040 | | Social Security Number |
|---|---|---|
| LUBIN AVRUMI | | 4839 |

## Schedule NJ-BUS-1
### (Form NJ-1040)

New Jersey Gross Income Tax
Business Income Summary Schedule

**2023**

### Part I  Net Profits From Business
List the net profit (loss) from business(es). See Instructions.

| | Business Name | Social Security Number/ Federal EIN | Profit or (Loss) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | Net Profit or (Loss). (Add lines 1, 2, and 3.) (Enter here and on line 18, NJ-1040. If loss, make no entry on line 18.)  **4.** | | |

### Part II  Distributive Share of Partnership Income
List the distributive share of income (loss) from partnership(s). See instructions.

| | Partnership Name | Federal EIN | Share of Partnership Income or (Loss) | Share of Pass-Through Business Alternative Income Tax |
|---|---|---|---|---|
| 1. | 3010 Clarendon Holdings LLC | 843984161 | 938. | |
| 2. | 472 E48 Holdings LLC | 870969128 | -5,746. | |
| 3. | See Distributive Share of Partnership Income | | -15,413. | |
| 4. | Distributive Share of Partnership Income or (Loss). (Add lines 1, 2, and 3.) (Enter here and on line 21, NJ-1040. If loss, make no entry on line 21.)  **4.** | | -20,221. | |
| 5. | Total Share of Pass-Through Business Alternative Income Tax (Add lines 1, 2, and 3.)(Enter here and include on line 63, NJ-1040.)  **5.** | | | |

### Part III  Net Pro Rata Share of S Corporation Income
List the pro rata share of income (usable loss) from S corporation(s). See instructions.

| | S Corporation Name | Federal EIN | Pro Rata Share of S Corporation Income or (Usable Loss) | Share of Pass-Through Business Alternative Income Tax |
|---|---|---|---|---|
| 1. | Spin Capital LLC | 833784343 | -585,222. | |
| 2. | | | | |
| 3. | | | | |
| 4. | Net Pro Rata Share of S Corporation Income or (Usable Loss). (Add lines 1, 2, and 3.) (Enter here and on line 22, NJ-1040. If loss, make no entry on line 22.)  **4.** | | -585,222. | |
| 5. | Total Share of Pass-Through Business Alternative Income Tax (Add lines 1, 2, and 3.)(Enter here and include on line 63, NJ-1040)  **5.** | | | |

### Part IV  Net Gains or Income From Rents, Royalties, Patents, and Copyrights
List the net gains or net income, less net loss, derived from or in the form of rents, royalties, patents, and copyrights. See instructions.
Type of Property:
1 – Rental real estate  2 – Royalties  3 – Patents  4 – Copyrights

| | Source of Income or Loss. If rental real estate, enter physical address of property. | Social Security Number/ Federal EIN | Type – Enter number from list above | Income or (Loss) |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | Net Income or (Loss). (Add lines 1, 2, and 3.) (Enter here and on line 23, NJ-1040. If loss, make no entry on line 23.)  **4.** | | | |

DEPOSITION DOCUMENTS 00206
Keep a copy of this schedule for your records

REV 05/21/24 PRO

| Name(s) as shown on Form NJ-1040 | | Social Security Number |
|---|---|---|
| LUBIN AVRUMI | | 4839 |

## Schedule NJ-BUS-2
### (Form NJ-1040)

New Jersey Gross Income Tax
Alternative Business Calculation Adjustment

**2023**

| | | | Column A | | | Column B | |
|---|---|---|---|---|---|---|---|
| **Part I** | Income (Loss) | | Reportable Regular Business Income | | | Alternative Business Income (Loss) | |
| 1. | Net Profits From Business | 1a. | 0. | | 1b. | 0. | |
| 2. | Distributive Share of Partnership Income | 2a. | 0. | | 2b. | -20,221. | |
| 3. | Net Pro Rata Share of S Corporation Income | 3a. | 0. | | 3b. | -585,222. | |
| 4. | Net Gain or Income From Rents, Royalties, Patents, and Copyrights | 4a. | 0. | | 4b. | 0. | |
| 5. | Loss Carryforward From Tax Year 2022 | | | | 5b. | ( 3,065,894. | ) |
| 6. | Totals | 6a. | 0. | | 6b. | -3,671,337. | |
| **Part II** | Adjustment Calculation | | | | | | |
| 7. | Total Regular Business Income | 7. | 0. | | | | |
| 8. | Total Alternative Business Income/(Loss) (If loss, enter zero) | 8. | 0. | | | | |
| 9. | Business Increment (Subtract line 8 from line 7) | 9. | 0. | | | | |
| 10. | Adjustment Percentage | 10. | 0.50 | | | | |
| 11. | Alternative Business Calculation Adjustment (Line 9 x 0.50) | 11. | 0. | | | | |
| **Part III** | Loss Carryforward to Tax Year 2024 | | | | | | |
| 12. | Loss Carryforward to Tax Year 2024 | | | | 12. | ( 3,671,337. | ) |

### Instructions

| | |
|---|---|
| Line 1a. | Enter the amount from line 18, Form NJ-1040. |
| Line 1b. | Enter the amount from Part I, line 4, Schedule NJ-BUS-1 (Form NJ-1040). |
| Line 2a. | Enter the amount from line 21, Form NJ-1040. |
| Line 2b. | Enter the amount from Part II, line 4, Schedule NJ-BUS-1 (Form NJ-1040). |
| Line 3a. | Enter the amount from line 22, Form NJ-1040. |
| Line 3b. | Enter the amount from Part III, line 4, Schedule NJ-BUS-1 (Form NJ-1040). |
| Line 4a. | Enter the amount from line 23, Form NJ-1040. |
| Line 4b. | Enter the amount from Part IV, line 4, Schedule NJ-BUS-1 (Form NJ-1040). |
| Line 5b. | Enter the amount from line 12 of your 2022 Schedule NJ-BUS-2 (Form NJ-1040). |
| Line 6a. | Enter the total of lines 1a through 4a. |
| Line 6b. | Enter the total of lines 1b through 5b, netting gains with losses. |
| Line 7. | Enter the amount from line 6a of this schedule. |
| Line 8. | Enter the amount from line 6b of this schedule. If loss, enter zero here. |
| Line 9. | Subtract line 8 from line 7. If the result is zero, enter zero on line 11 and continue with line 12. |
| Line 10. | The adjustment percentage for Tax Year 2023 is 50% (0.50). |
| Line 11. | Multiply the amount on line 9 by 50% (0.50). Enter here and on line 35 of Form NJ-1040. |
| Line 12. | If the amount on line 6b is a loss, enter the amount of the loss on this line. Otherwise, enter zero. |

DEPOSITION DOCUMENTS 00307
Keep a copy of this schedule for your records

1555     REV 05/21/24 PRO



LUBIN AVRUMI

4839

## 2023 NJ-630-V PAYMENT VOUCHER

0139101010

### Payment by Credit Card

You may pay your 2023 New Jersey income taxes or make payment of estimated tax for 2024 by credit card by visiting the Division's website at nj.gov/taxation.

### Payment by E-Check

You may pay your 2023 New Jersey income taxes or make a payment of estimated tax for 2024 by e-check. This option is available on the Division's Website at: nj.gov/taxation.  Taxpayers who do not have access to the Internet can make a payment by calling the Division's Customer Service Call Center at 609-292-6400. **Do not use the payment voucher if you pay your taxes by e-check.**

### Payment by Check

If you are paying your 2023 New Jersey income taxes by check, be sure to enclose the payment voucher printed below with your check or money order and mail to: State of New Jersey, Division of Taxation, Revenue Processing Center, PO Box 282, Trenton, NJ 08646-0282.

## DO NOT CUT THIS PAGE

New Jersey Gross Income Tax
Application for Extension of Time to File
NJ-630-V

1555   2023

Make check payable to "State of New Jersey – TGI".
Write your Social Security number and tax year on your check.

State of New Jersey
Division of Taxation
Revenue Processing Center
PO Box 282
Trenton, NJ 08646-0282

4839   LUBI
LUBIN AVRUMI
1460 ARBORETUM PARKWAY
LAKEWOOD               NJ   08701

I hereby request an extension of    6    months, until
10/15/2024    to file the return as indicated below.
Indicate the return the extension is being requested by checking the appropriate box:

| R | X | NJ-1040 | N | NJ-1040NR | | NJ-1041 |
| | | | | NJ-1080-C | F | NJ-1041SB |
| | | 6 Month Ext. | | 6 Month Ext. | | 5 1/2 Month Ext. |

Enter amount of payment here:

0.00



**DEPOSIT**

REV 05/21/24 PRO

**REQUIRED**    If your income on line 29 is above the filing threshold, you **must** submit this schedule with your return.

| Name(s) as shown on Form NJ-1040 | | Social Security Number |
|---|---|---|
| LUBIN AVRUMI | | 4839 |

## Schedule NJ-HCC    Health Care Coverage    **2023**

If your income on line 29 is at or below the filing threshold (see instructions), do not complete this schedule.

### Part I

Did you and, if applicable, all members of your tax household, have minimum essential health coverage for every month in 2023? (See instructions for line 53c, NJ-1040.) Part-year residents include only months as a New Jersey resident.

⊗    Yes. You do not owe a shared responsibility payment. Fill in the oval at line 53c, NJ-1040, and enclose this schedule with your return.

◯    No. Continue to Part II.

If you or any member of your tax household does not **currently** have minimum essential health coverage, also complete the NJ-EZ Enroll form. (See instructions for lines 53a and 53b, NJ-1040.)

### Part II

Enter the name and Social Security number for each member of your tax household. Check the box for every month each person had minimum essential health coverage or qualified for an exemption (part-year residents include only months as a New Jersey resident). If an individual qualified for an exemption, enter the exemption number. (See instructions for line 53c, NJ-1040.) If an individual has more than one exemption number, check the box. If you need more space, enclose a statement listing any additional individuals.

| Name | Social Security Number | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |

Exemption number: [ ][ ][ ][ ][ ][ ][ ][ ][ ]    Check box if this individual has more than one exemption number [ ]

| Name | Social Security Number | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |

Exemption number: [ ][ ][ ][ ][ ][ ][ ][ ][ ]    Check box if this individual has more than one exemption number [ ]

| Name | Social Security Number | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |

Exemption number: [ ][ ][ ][ ][ ][ ][ ][ ][ ]    Check box if this individual has more than one exemption number [ ]

| Name | Social Security Number | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |

Exemption number: [ ][ ][ ][ ][ ][ ][ ][ ][ ]    Check box if this individual has more than one exemption number [ ]

| Name | Social Security Number | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |

Exemption number: [ ][ ][ ][ ][ ][ ][ ][ ][ ]    Check box if this individual has more than one exemption number [ ]

DEPOSITION DOCUMENTS 00309

REV 05/21/24 PRO    1555

**Keep a copy of this schedule for your records**

AVRUMI LUBIN                                                    4839                    1

## Additional Information From 2023 New Jersey Tax Return

**Sch NJ-BUS-1: Business Income Summary Schedule**
**Distributive Share of Partnership Income**                              Continuation Statement

| Partnership Name | Federal EIN | Share of Partnership Income or (Loss) | Share of Pass-Through Business Alternative Income Tax |
|---|---|---|---|
| 1519 Lincoln Holdings LLC | 863625301 | 375. | |
| FRONT STREET HOLDINGS LLC | 873800450 | -10,392. | |
| 1519 LINCOLN HOLDINGS LLC | 863625301 | -3,719. | |
| 3010 CLARENDON HOLDINGS LLC | 843984161 | -1,677. | |
| | Total | -15,413. | |

DEPOSITION DOCUMENTS OO310

**SCHEDULE B**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service

# Interest and Ordinary Dividends

Attach to Form 1040 or 1040-SR.

Go to *www.irs.gov/ScheduleB* for instructions and the latest information.

OMB No. 1545-0074

**2023**

Attachment
Sequence No. **08**

Name(s) shown on return

Avrumi Lubin

Your social security number

4839

## Part I

### Interest

(See instructions and the Instructions for Form 1040, line 2b.)

**Note:** If you received a Form 1099-INT, Form 1099-OID, or substitute statement from a brokerage firm, list the firm's name as the payer and enter the total interest shown on that form.

| | | Amount |
|---|---|---|
| **1** | List name of payer. If any interest is from a seller-financed mortgage and the buyer used the property as a personal residence, see the instructions and list this interest first. Also, show that buyer's social security number and address: | |
| | MERRILL LYNCH, PIERCE, FENNER & SMITH INC | 4,132. |
| | 3010 CLARENDON HOLDINGS LLC | 10. |
| **2** | Add the amounts on line 1 . . . . . . . . . . . . . . . . . . **2** | 4,142. |
| **3** | Excludable interest on series EE and I U.S. savings bonds issued after 1989. Attach Form 8815 . . . . . . . . . . . . . . . . . **3** | |
| **4** | Subtract line 3 from line 2. Enter the result here and on Form 1040 or 1040-SR, line 2b **4** | 4,142. |

Note: If line 4 is over $1,500, you must complete Part III.

## Part II

### Ordinary Dividends

(See instructions and the Instructions for Form 1040, line 3b.)

**Note:** If you received a Form 1099-DIV or substitute statement from a brokerage firm, list the firm's name as the payer and enter the ordinary dividends shown on that form.

| | | Amount |
|---|---|---|
| **5** | List name of payer:   MERRILL LYNCH, PIERCE, FENNER & SMITH INC | 18,774. |
| **6** | Add the amounts on line 5. Enter the total here and on Form 1040 or 1040-SR, line 3b **6** | 18,774. |

Note: If line 6 is over $1,500, you must complete Part III.

## Part III

### Foreign Accounts and Trusts

**Caution:** If required, failure to file FinCEN Form 114 may result in substantial penalties. Additionally, you may be required to file Form 8938, Statement of Specified Foreign Financial Assets. See instructions.

You must complete this part if you **(a)** had over $1,500 of taxable interest or ordinary dividends; **(b)** had a foreign account; or **(c)** received a distribution from, or were a grantor of, or a transferor to, a foreign trust.

| | | Yes | No |
|---|---|---|---|
| **7a** | At any time during 2023, did you have a financial interest in or signature authority over a financial account (such as a bank account, securities account, or brokerage account) located in a foreign country? See instructions . . . . . . . . . . . . . . . . . . | | × |
| | If "Yes," are you required to file FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR), to report that financial interest or signature authority? See FinCEN Form 114 and its instructions for filing requirements and exceptions to those requirements . . . . . | | |
| **b** | If you are required to file FinCEN Form 114, list the name(s) of the foreign country(-ies) where the financial account(s) is (are) located: _____ | | |
| **8** | During 2023, did you receive a distribution from, or were you the grantor of, or transferor to, a foreign trust? If "Yes," you may have to file Form 3520. See instructions . . . . . . | | × |

DEPOSITION DOCUMENTS 00311

For Paperwork Reduction Act Notice, see your tax return instructions.    BAA    REV 08/28/24 PRO    Schedule B (Form 1040) 2023

# Exhibit W

Avrumi (Josh) Lubin

IN THE CIRCUIT COURT OF THE
17TH JUDICIAL CIRCUIT, IN AND
FOR BROWARD COUNTY, FLORIDA


CASE NO.: CACE-2022-005125


FVP OPPORTUNITY FUND III, L.P.,
et al.,

          Plaintiffs,

vs.

AVRUMI LUBIN, et al.,

          Defendants.
_____/




                    Monday, June 15, 2026
                    10:05 a.m. - 12:57 p.m. (ET)




          **VIA VIDEOCONFERENCE**




                    *   *   *


              VIDEO DEPOSITION

                    OF

          AVRUMI "JOSH" LUBIN

APPEARANCES (via videoconference):


        ON BEHALF OF THE PLAINTIFF/JUDGMENT CREDITORS

        LAW OFFICE OF ALAN I. KARTEN, PLLC
        By:  ALAN I. KARTEN, ESQUIRE
             321 Anderson Pond Road
             Aiken, SC  29803
             (305)490-2767
             alankartenlaw@gmail.com



        ON BEHALF OF THE DEFENDANT, AVRUMI "JOSH" LUBIN

        GARYROBINSON, P.A.
        By:  SCOTT J. TOPOLSKI, ESQUIRE
             2255 Glades Road, Suite 301-E
             Boca Raton, FL  33431
             (561)405-4255
             scott.topolski@gray-robinson.com



    ALSO PRESENT:

    Shanna Decker, Videographer

I N D E X

WITNESS                                          PAGE

AVRUMI "JOSH" LUBIN

Direct Examination by Mr. Karten:                 5

Certificate of Oath                              140
Certificate of Reporter                          141
Read & Sign Notification                         142
Errata Sheets                                    143

---------

E X H I B I T S

FOR IDENTIFICATION                               PAGE

NONE

Deposition of AVRUMI "JOSH" LUBIN, a witness of lawful age, taken by the Plaintiff/Judgment Creditor, for the purpose of discovery and for use as evidence in the above-entitled matter, wherein FVP OPPORTUNITY FUND III, L.P., et al., are the Plaintiffs, and AVRUMI LUBIN, et al., are the Defendants, pending in the Circuit Court of the 17th Judicial Circuit, in and for Broward County, Florida, pursuant to notice heretofore filed, before CHRISTINE L. HANNER, Court Reporter, a Notary Public in and for the State of Florida at Large, taken via videoconference,  on the 15th day of June 2026, commencing at 10:05 a.m.

* * *

MR. KARTEN:  Mr. Lubin, will you read into the record your driver's license number?  Thank you.

THE WITNESS:  L90250710003932.

MR. KARTEN:  Thank you.

(The following proceedings were had on the video record:)

THE VIDEOGRAPHER:  In the case styled FVP Opportunity Fund III, L.P., et al. versus Avrumi Lubin, et al., this is the video deposition of Avrumi Lubin on June 15, 2026.  The time is now 10:05 a.m.

Would counsel please state their appearances

5

for the record.

MR. KARTEN:  Alan Karten on behalf of the

Plaintiff/Judgment Creditors FVP.

MR. TOPOLSKI:  Scott Topolski from

GrayRobinson here on behalf of Mr. Lubin.

Whereupon,

AVRUMI "JOSH" LUBIN,

a witness of lawful age, being called as a witness

by the Plaintiff/Judgment Creditor, having been first

duly sworn, testified under oath as follows:

THE WITNESS:  Yes.

DIRECT EXAMINATION

BY MR. KARTEN:

Q.   Good morning, Mr. Lubin.

A.   Good morning.

Q.   Mr. Lubin, if I may ask, have you ever been
deposed before?

A.   Yes.

Q.   Do you recall how many times?

A.   No.

Q.   I -- I know you were deposed one time before
in this particular case, correct?

A.   By Mr. Breslin, I think so, yeah.

Q.   All right.  So I'm going to ask a series of
questions and hopefully you'll provide me with those

answers.  We're not here to debate.  Just simple answers if you can give them to me.  If you need to explain an answer, that's fine, after you answer the question.  If you don't understand a question, let me know, let me see if I can clarify it for you or break it down for you, I'm happy to do that, okay?

A.    Okay.

Q.    Do you understand -- do you understand -- he's been sworn in?

COURT REPORTER:  Yes, sir.

MR. KARTEN:  Okay.  Yes?

COURT REPORTER:  Yes, he has.

BY MR. KARTEN:

Q.    Okay.  You understand that you're answering these questions under oath?

A.    Correct.

Q.    Meaning that they're subject to perjury?

A.    Correct.

Q.    What is your full legal name, please?

A.    Avrumi Lubin.

Q.    And your date of birth?

A.    March 30, 1993.

Q.    Do you have a Social Security number?

A.    I believe so.

Q.    Do you know it offhand?

A.   I -- do I legally have to provide that?

Q.   Yeah, but we could --

MR. KARTEN:  Is there any way to...

MR. TOPOLSKI:  I would want that redacted if you're going to ask for the full number.

MR. KARTEN:  Yeah, that's what I was going to ask.

MR. TOPOLSKI:  I'm okay with giving the last four numbers, but the full number would need to be redacted for the transcript.

BY MR. KARTEN:

Q.   Okay.  So why don't you give me the last four numbers and then, on agreement, you'll provide the rest to me through an email.

A.   Okay.  4839 is the last four.

Q.   Do you have any other Social Security numbers?

A.   Not that I know of.

Q.   Where do you currently reside?

A.   My address is 1460 Arboretum Parkway, Lakewood, New Jersey 08701.

Q.   And how long have you resided there?

A.   Since I'm, like, three, four years old.

Q.   Did you inherit that house?

A.   No.  It's my parents' house.

Q.   And that's the next question I was going to

ask you.  Who are the titled deed owners of that house?

A.  I -- I -- I don't know.  Probably my -- my mom or dad.

Q.  Are they both living?

A.  Yes.

Q.  Do they live with you?

A.  Yeah, but I move around.  I'm in the mountains in the winter, staying in hotels.  They have an -- I -- I -- yeah.

Q.  Okay.  Do you have any other residences outside of Lakeland, New Jersey?

A.  Yes.  I have a -- I have an apartment in Manhattan.

Q.  Anywhere else?

A.  No.

Q.  Is that apartment -- do you own it or rent it?

A.  Rent it.

Q.  Okay.  What's the address of that apartment, please?

A.  605 West 42nd Street, Apartment PH 3A, New York --

Q.  PH 3A?

A.  Yes.  New York, New York 10036.

Q.  And what do you pay in rent?

A.  I think like 8-, 9,000 a month.

Q.    Are you current?

A.    I believe so.

Q.    Do you pay the rent by check, credit card, cash?

A.    Wire.

Q.    By wire?  And where do you wire it from?

A.    I paid like the whole year upfront.

Q.    And you pay that by wire?

A.    I don't fully recall.  I think so.

Q.    Do you know what account you wire that out of?

A.    No, don't know off the top of my head.

Q.    Do you recall, was it an individual account or a corporate account?

A.    It was probably out of my Bank of America individual account or maybe I wired it from Spin.  I don't know.  I don't remember.  I don't want to guess.

Q.    And what is the name of your landlord?

A.    I don't know.  Individual name?  Every building --

Q.    Who do you write this check -- who do you wire the funds to?

A.    I don't remember.  It's Moinian Group.  I don't -- every building has its own entity.

Q.    What's the name of it?  Moinian Group?

A.    I think it's Moinian Group.  Joseph Moinian.

Q.   M-O-N-E-Y?

A.   M-O-N-I-A-N [sic], I think.  He's a pretty big New York real estate guy.

Q.   How long is your lease?

A.   I think a year.

Q.   Do you know when it's up?

A.   I think soon, like the next two months.

Q.   Do you have plans to move anywhere else or to renew the lease?

A.   I don't know yet.

Q.   Do you have any rentals in Montana?

A.   No.

Q.   Utah?

A.   No.

Q.   Florida?

A.   No.

Q.   Are you currently employed?

A.   No.  I don't know.  I'm not sure.

Q.   Okay.  Do you work hourly for anyone?

A.   No.

Q.   Do you have a salary paid by anyone?

A.   No.

Q.   How do you support yourself?

A.   I used to make a lot of money and I got dragged into all this and so I've been working on

cleaning it up.

Q.    You have what?  I couldn't hear you.

A.    I used to make a lot of money.

Q.    Okay.  But do you still have any of that money?

A.    In cash, no, not -- I don't have -- no.

Q.    Okay.  We'll get back to that.

Do you currently or in the last year receive any income from any source whatsoever?

A.    Not really.  My family's been helping me out a little bit, but yeah.

Q.    Okay.  Do you have income from consulting?

A.    Not -- not at the moment.

Q.    When was the last time you received income from consulting?

A.    Two years ago.

Q.    And who were you consulting for?

A.    Small cap companies.  Medium business -- medium-sized businesses.

Q.    What kind of consulting did you do?

A.    Financial consulting.

Q.    Did you ever receive in the last two years, let's say, management fees or finder's fees?

A.    I -- I don't want to give you an exact date, but I don't think in the last two years, no.

12

Q.   Commissions?

A.   No.

Q.   Referral payments?

A.   No.  I -- I don't think -- I don't believe in the last two years, no.

Q.   All right.  Let me eliminate this if I can. Do you have any ownership interest in Spin Capital Partners, LLC, Delaware?

A.   No, I don't believe so.

Q.   What do you mean by "I don't believe so"?  You don't know if you own any interest in that corporation or not?

A.   I don't think I do.  I think -- I don't know why -- no, I don't believe I do whatsoever.  Spin Capital --

Q.   How about Spin --

A.   New Jersey.

Q.   How about Spin Capital, LLC, Delaware?

A.   I don't believe that's me.  I believe that's people in Florida.

Q.   What people in Florida?

A.   There's another Spin Capital that got incorporated after me.

Q.   All right.  So what was your business -- let's go back to about 2001 -- excuse me.  Let me strike

that -- 2021.  What was your business, if any?

A.    I would -- I'm a negotiator.  I would arrange different type of financial transactions for -- for companies and -- and, you know, work with participants to put together their deals.

Q.    And how would you get paid?

A.    I will get paid -- I would charge a finder's fee sometimes.  I would get paid commission.  I would get paid from participation.  I put -- put my own money into the deals.

Q.    Okay.  So you're familiar with your finances and your banking records somewhat?

A.    They're a little all over the place the last few years, but, no, it was never my main focus.  That's above my pay grade.  Yeah.

Q.    In 2021, TD Bank had operating cash, your account on the Spin Capital, of nearly $12.88 million, correct?

A.    It's possible.

Q.    It went down to about 8.7 million during late 2021, early 2022.  And the money was moved where?

A.    I -- I either participated in deals.  FVP costed me a lot of money in legal fees, some other people as well.  There's a lot of money outstanding.

Q.    Okay.  Let's talk about outstanding money and

then I'll get back to this.  "Outstanding" meaning it's owed to you?

A.    Owed to entities.

Q.    What entities --

A.    I don't think --

Q.    What entities is the money owed to and by whom and in what amount?

A.    I don't know off the top of my head.

Q.    Well, how about any of the entities that owe you money?

A.    I -- I don't have the exact numbers.  I have to put it together.  I'm dealing -- I'm in a hornet's nest.  I have to clean up my hornet's nest and I got to, you know, get some bookkeepers and accountants to put together the numbers.

Q.    How much does BMF Advance owe you?

A.    I don't know.

Q.    They owe you money though, do they not?

A.    I don't think they believe they owe me money.

Q.    No, but do you believe they owe you money?

A.    I don't know.  I have to audit it.

Q.    Did you sue them?

A.    No.

Q.    Are you getting any payments in the last four years from them?

Prestige Reporting Service, Inc. (954) 764-7297 | info@prestigereportingservice.com

A.   I got some payments a year ago, but not pay- -- not income payments, more like -- no, not -- not -- not -- no, not income.

Q.   How much do they owe you?

A.   I never said they owe me money.

Q.   How much do they owe Spin Capital?

A.   I never said they owe Spin Capital money.

Q.   How much do they owe any -- you or any of the entities that you participate in?

A.   I never said they owe any entities money.  I would have to --

Q.   So is your answer that they don't owe you money or you just don't know?

A.   I think they don't believe they owe me money and I don't know.

Q.   How about Hi Bar Capital?

A.   Hi Bar Capital owes me money; I don't know the number.

Q.   Hi Bar owes you individually?

A.   No.  They owe Spin money.

Q.   Hi Bar Capital owes Spin.  How much money?

A.   I don't know.  Are you allowed to ask questions about Spin?

Q.   Yeah.  We're going to go into that.

A.   I don't know.  I don't know the number.  I

have to --

Q. Is it in the millions?

A. I don't think in the millions.

Q. Is it over a million?

A. I don't think so.

Your -- your client owes me money too. Do you want me to give you that number?

Q. Sure.

A. I think your client owes me between 15- to $50 million.

Q. And that's based on what?

A. Based on stealing. I believe that your client stole collateral from me. I have -- I don't know the evidence yet, but yeah. From -- from Spin or whatever, yeah. And it was assigned to me individually. I have to audit it too.

Q. All right. We're going to -- we'll get back to this in a minute. I want to go over your responses for the request for production in aid of execution.

Do you recall filing a response to the request for production in aid of execution in this case?

A. Filed by an attorney?

Q. You filed it.

A. Or you're talking about that. Yeah.

Q. Post judgment.

17

A.   Post judgment, okay.

Q.   And you sent or produced a number of documents.  Do you recall what those are?

A.   Not off the top of my head.  I did the best that I can.

Q.   Do you have access to any of your -- do you have a computer with you?

A.   Yeah.  A lot of the documents I don't have access, they're on other people's platforms.  I don't have it organized.  I -- it's all over the place.

Q.   You sent to me a Form 1.977, which was required, correct?

A.   Yes.

Q.   And --

A.   I can't hear you.  Sorry?

Q.   Okay.  Give me a second, please.  Sorry, I'm trying to close this.  Okay.  I'm going to pull it up for you to make this easier.  It just takes me a minute. I'm not very good at this.

All right.  Do you recall that you sent me, in response to the request for production in aid of execution --

A.   Yeah, I believe -- yes, I believe I showed up to court with it, yeah.

Q.   Yeah.  So you presented to me a Form 1.977,

correct?

A.    I believe so, correct.

Q.    All right.  Let me share the screen.  Can you see that?

A.    Uh-huh.

Q.    Why is it coming up in my Zoom meeting?

Okay.  Are you seeing -- what are you seeing, because I can't see what you're seeing, apparently.

A.    I'm just seeing the file.  You have to open it.

Q.    Okay.  Can you see that?

A.    It's not open yet.

Q.    It didn't open?

MR. TOPOLSKI:  It's not open, no.  It just lists -- it has four subfolders.

MR. KARTEN:  I just opened it.

MR. TOPOLSKI:  One of the subfolders is the Form 1.977, but it's not open.  It's checked but not open.

MR. KARTEN:  I got you.

BY MR. KARTEN:

Q.    Oh, okay.  Sorry.  Okay.  Can you see it now?

A.    No.  Oh, yeah.

Q.    Okay.  It says this is what you produced, correct?

19

A.   Yeah, I believe so.

Q.   All right.  And according to this, you own no property and you have no vehicle?

A.   Correct.

Q.   And that there's no person that owes you money?

A.   Correct.  This is for me individually.

Q.   All right.

A.   It's possible someone owes me money.  I just don't -- not off the top of my head.

Q.   Okay.  Let me see if I could put this up for you.

A.   Sorry?

Q.   No, I'm trying to drag something up.  All right.  I'm going to open -- well, let me make this easy.  In the request for production in aid of execution, you produced some bank account statements from Bank of America?

A.   Yeah, I believe so.

Q.   The five notes, basically?

A.   I -- I don't recall, but yeah.

Q.   Chase Bank?

A.   Yeah.

Q.   Optimum Bank?

A.   I don't -- I think that was for a subpoena.

That wasn't for the -- the aid of execution was for me individually.

Q. You had no pay stubs that you produced, correct?

A. Correct.

Q. You produced tax returns, individual, for the years 2021 and 2022?

A. I believe so, yeah.

Q. How about 2023?

A. I -- I don't remember.

Q. What's the status of your tax returns for 2024 and 2025?

A. I don't -- I don't believe they were filed yet.

Q. Okay. Have you hired someone to file it?

A. No. I've got other priorities.

Q. That would be a no? That would be a no answer?

A. That would be yeah, not -- not as of yet.

Q. All right. Let me go back to your response to the request for production. All right. Let's go through this. Can you see it?

A. Yeah.

Q. Let's go through these requests. Now, this is the only response in -- response that you filed pursuant

to my request for production in aid of execution, correct?

A.    I -- I -- I think so.

Q.    Okay.  So I asked for bank accounts, credit card union accounts and statements and records since October 1, 2021.  Did you provide those?

A.    I believe I provided that.

Q.    What was your answer?

A.    I believe I provided up -- up through 2020 -- as far back as I was able to get from the website.

Q.    Okay.

A.    Not only that, the Judge granted you authority and you were able to get all that information with a subpoena.

Q.    I understand.  Thank you.

A.    Which you turned over to me.  But yeah, go ahead.

Q.    Okay.  But you did not produce any bank statements before 2025, the late portion of 2025, correct?  What you produced, not what I subpoenaed.

A.    I -- I don't recall how far back I was able to go.

Q.    Really?  You have no recollection?  Is that your testimony?

MR. TOPOLSKI:  Objection.  Asked and answered.

THE WITNESS:  Yeah.  Mr. Karten, yeah.  I -- I got a lot of other priorities.

BY MR. KARTEN:

Q.  Okay.  Explain to me what that means, "I have a lot of other priorities."

A.  Oh, I'll put it on the record.  I don't -- I don't believe you have authority to be deposing me right now.  I think -- I think it's illegal.  I think you may suffer consequences down the line.  I'll put this -- I have emailed you before.  I think you failed to do due diligence on your own client.  There's a reason why other FVP attorneys aren't doing this work.  This judgment, in my opinion, was procured by fraud, and that will get dealt with at a later time.  You decided you wanted to take the risk.  I'm definitely not waiving my right to -- to go after you in the future legally.

Q.  What does that mean, go after me in the future?

A.  It means if I have a legal procedure to go after you, I will have no -- no problem pursuing it.

Q.  Okay.  And what were these consequences that I may suffer?

A.  I -- I would have to talk to an attorney about it.  I would have to look into it.  I don't think -- a judgment procured by fraud?  I think you've been

committing a lot of fraud. I don't know what the consequences can be. I don't know if it's monetarily. I don't know if you can get disbarred. I'll have to look into it. But I'm definitely not going to have any mercy on any legal remedies available that I may have against any FVP attorneys.

Q. Okay. So when you said "by fraud," are you talking about the Judge, Haimes was procured by fraud or Judge Tuter or the judgment?

A. The judgment --

Q. Okay. And --

A. -- and other orders, including your own orders.

Q. What -- what orders are those that were procured by fraud?

A. Alan, I -- Alan, I'm going to have to put it together. I -- yeah.

Q. Okay. And let's talk -- okay, fine. So let's go back to -- and what is -- what is your position of my lack of authority to take your deposition in aid of execution, if you don't mind?

A. I think if you should do due diligence on -- on your own client, which I think you have a fiduciary duty to do so, and you see that they played serious shenanigans at -- prior to the trial, post judgment, at

the trial.  I think it's questionable whether you're allowed to be enforcing this judgment.

Q.  Okay.  Can you elaborate or specify --

A.  I'm not a judge.  Listen, I can't rule on the merits.  But obviously once this -- you know, once I get this thing on guardrails, it will get looked into, and if there's a remedy that exists, whether it's, you know, monetary damage, disqualification, ethics complaints, it will get looked into.

Q.  Can you specify for me, when you use the term, quote, "serious shenanigans," end quote, what specifically you're referring to?  Any incident or --

A.  I'm referring to any acts since you came on. I already appealed two of your orders.  You said that you're submitting an order on the record that you don't intend for it to get signed, which the appellate division is looking very closely at.  The shenanigans that your prior co-counsel -- prior FVP attorneys have committed, I think you have a duty to look at that as well.  And I have a hard time believing that there's many attorneys that would actually enforce this judgment against me.  I don't know where they got you from, but, listen, you want to take that risk, it's on you.

Q.  Thank you.  All right.  But you can't elaborate on any other specific prior...

A.    Shenanigans.

Q.    Yes.

A.    A lot of shenanigans committed by your prior co-counsels.

Q.    Who would that be?

A.    Mr. Breslin.

Q.    Okay.

A.    And -- and shenanigans that you committed yourself post trial.

Q.    And under what authority are you claiming that this deposition itself is improper or somehow violates --

A.    Because I think --

MR. TOPOLSKI:  Hold on.  Josh, hold on, hold on, hold on.  I'm not -- I don't interfere with depositions.  It seems like this is getting off the track a little bit.  I thought this was a post-judgment deposition.  And I understand, it's your deposition, Mr. Karten, you can ask your questions like -- again, this is a judgment in aid of execution deposition and this is kind of going way -- and I understand you're just responding to answers.  But I'm just trying to get things on track so that we're not here till 9:00.

MR. KARTEN:  Tonight.

MR. TOPOLSKI:  Yeah, yeah, tonight, right.

BY MR. KARTEN:

Q.   Let's go back to -- yeah.  Let's go back to -- I'll move on.  Request number two:  Real property interests, deeds, titles, leases, related records.

Did you produce any leases?

A.   Not that I'm aware of.

Q.   Would that be a no?

A.   I don't -- I -- I don't fully recall.

Q.   Repeat that, please.

A.   I don't recall.

Q.   Do you have any outstanding mortgages?

A.   I don't believe so.

Q.   So basically let me see if I can understand this, please, and you can help me.  When you say "I don't believe so," what does that mean?

A.   That means that there's likely no mortgages.

Q.   And when you say "likely no mortgages," are you couching your answer so that it's not a yes or no?

A.   No.  I'm protecting my interest and I'm not going to say something that I'm not supposed to.

Mr. Karten, next question.  Go ahead.

Q.   Did you prepare for this deposition?

A.   I've done multiple depositions before.

Next question, please.

Case 26-17342-EJO    Doc 62-4    Filed 07/29/26    Entered 07/29/26 18:49:17    Desc
Avrumi (Josh) Lubin
Exhibits M - W    Page 179 of 297

27

Q.   Okay.  Did you know that your subpoena for this deposition was duces tecum?  Do you know what that means?

A.   Do you know that you said on the record that you don't need any documents from Mr. Lubin, you just want to ask some questions?

Q.   Okay.

A.   Okay.

Q.   Let's say that's true or not, I don't recall myself, but --

A.   You don't recall?

Q.   -- do you understand that you had a subpoena duces tecum --

A.   Hold on.  Do you need me to show it to you?

Q.   No.

A.   Is that going to help you recall?

Q.   No.  I'm not here to fight with you.  Do you understand that you had a subpoena duces tecum?

A.   Okay.  Ask me -- ask me questions.

Q.   You are conceding that you were served with a notice to appear with a subpoena duces tecum?  Did you bring any documents with you today, is what I'm asking.

A.   No.  I -- I -- I don't have any documents today.

Q.   Do you have access to any documents where you

Case 26-17342-EJO   Doc 62-4   Filed 07/29/26   Entered 07/29/26 18:49:17   Desc
Avrumi (Josh) Lubin
Exhibits M - W   Page 180 of 297

28

are right now on your computer?

A.   It's possible.  I don't know --

Q.   Do you want to take a look?

A.   -- if I check maybe in my email.  I have to look in my emails.

Ask me questions.

Q.   Those are questions, Mr. Lubin.

A.   You already said that you're not -- you don't need any documents from Mr. Lubin on the record.

Q.   I want to know if you have access to the documents, that's what I'm asking.

A.   It's possible I do.  It's possible I don't.  I have to look in my emails.

Q.   Do you have any outstanding -- personally, do you have any outstanding loans that you owe on?

A.   Like credit card debt?

Q.   Okay.

A.   I believe I sent all that -- all that information to you.

Q.   Okay.  And the credit card statements that you sent, who are they from?  Chase.  Do you know who else?

A.   Bank of America.

Q.   How about Apple?  You didn't send those, did you?

A.   I don't remember.

Next question, please.

Q.   Have you borrowed money from anyone in the last two years?

A.   Like formally or, like, informally?

Q.   Either, formally and informally.

A.   Yeah, I'm sure I have.

Q.   Who have you borrowed from?

A.   Probably family members.

Q.   Anyone besides family members?

A.   Not really.

Q.   Have you received advancements from other entities or loans?

A.   I -- I don't know.

Q.   Well, let me ask you, how do you explain the transaction of a deposit into the Spin Capital account and your account from Cheetah?

A.   I don't know off the top of my head.

Q.   Do you know how much money you got from Cheetah?

A.   I might have been reimbursed money.  I don't remember, no.

Q.   You have no idea?

A.   No.

Q.   Besides the bank accounts that you did produce, do you have any stock accounts or have you had

any in the last, let's say, three years, stock accounts?

A.   I liquid- -- I believe I liquidated them.

Q.   Where was the stock account?

A.   At Bank of America.

Q.   Okay.  Do you have anywhere else?

A.   No.

Q.   How about a brokerage account?

A.   No.  I maybe have one.  There's no money in there.

Q.   Where is it?

A.   At Bank of America.  You have that information.

Q.   Okay.  Besides Bank of America, do you have any other brokerage, securities or investment accounts or holdings?

A.   I don't believe so.

Q.   Do you have a retirement account, a 401(k) or a pension, IRA?

A.   I may have these type of accounts, but I -- I am unaware of them.

Q.   Okay.  What does that mean, you may have them but you're unaware of them?  Are you on drugs?

A.   No.  That means I come from a family --

MR. TOPOLSKI:  Hold on.  Objection.  That's argumentative.  Okay.  Let's keep it civil, guys.

THE WITNESS:  I have --

BY MR. KARTEN:

Q.    Why do you have no recollection of whether you had a retirement account?

A.    Because I don't -- I'm not privy to this information.  I probably have trust accounts in my name from my family, my dad, and I never asked him about it.  I know I've walked into banks and they told me that I have accounts that they can't share the details with me on.

Q.    Okay.  What's your father's name?

A.    Steve Lubin.

Q.    S -- spell it, please.

A.    S-T-E-V-E.

Q.    E-N?

A.    I'm not sure.

Q.    What about your mother?  What's -- what's her full name?

A.    Sara Lubin.

Q.    S-A-R-A?

A.    I -- I don't know.

Q.    Okay.  They both --

A.    Maybe S-H.  I don't know.

Q.    They both live at the Lawnwood address?

A.    They both -- yeah, they both live at that

address and it's not a -- I could assure you that's not a tree you want to bark at, that's for sure.

Q.    Okay.

A.    Yeah.

Q.    So you believe that they have set up a trust of which you are a beneficiary?

A.    I don't know whether they did or they didn't. I don't ask them about it. They -- they probably did and I'm sure that they're protected and -- yeah.

Q.    Why would you say you're sure they did?

A.    Because my father's a very straight shooter. What do you mean? He owns a lot of real estate.

Q.    Do you have any other siblings?

A.    Yes.

Q.    Who are your siblings?

A.    How is that relevant?

Q.    I want to know if they're on the trust too.

MR. TOPOLSKI:  You -- you can answer it, Josh.

THE WITNESS:  I have siblings.  I don't -- we -- we don't ask these type of questions.  We don't know.

BY MR. KARTEN:

Q.    How many siblings do you have?

A.    There's eight total.  We don't know.  It's not some -- some -- my father's young.

Q.    Eight children --

A.    Yeah.

Q.    -- total?

Okay.  May I have their names, please?

A.    I don't know their legal names.

Q.    How about their illegal names?  That's -- you can strike that.  I --

MR. TOPOLSKI:  Objection to form.  I mean --

BY MR. KARTEN:

Q.    How -- all right.  What's their names, the best as you recall?

A.    You have Yitzi.  You have -- they're Hebrew names.

Next.  What do you want over here?

Q.    I want their names.

A.    I'm sure you can go on any backgrounds off there and pull up their name -- legal names by putting in my information.

Q.    So are you refusing to give me their names?

A.    I'm not refusing.  I don't know their legal names.

Q.    Okay.  How do you refer to them when you talk to them?

A.    By their nicknames.

Q.    What are their nicknames?

A.   You have Yitzi, Hamin, Naftali, Dovid, Raffi, Chani, and Chama.

Next.

Q.   That's only six.  That's seven with you. You're missing one.

A.   I'm not sure which I'm missing.

Q.   Are you the oldest?

A.   No.

Q.   Do you have a safe deposit box in the last five years?

A.   I don't believe I ever opened a safe deposit box.

Q.   Do you have a storage unit?

A.   No.

Q.   Over the last five years have you set up a trust of which you are the trustee?

A.   I don't believe so.

Q.   Well, again, you don't recall whether you set up a trust or not?

A.   I don't think --

MR. TOPOLSKI:  Objection.  Asked and answered.

BY MR. KARTEN:

Q.   Do I take that as a no, you did not set up a trust?

A.   I don't think I have ever set up a trust.

Q.    Do you have the beneficial interest in any trust that you're aware of?

A.    Not that I'm aware of.

Q.    Are you -- did you ever buy, in the last five years, life insurance policies, annuities?

A.    I don't think so.

Q.    All right.  Let's go on to request number nine.  It says business entities, LLCs, corporate records, ownership and control documents.

What did you provide in response to that?

A.    I -- I don't recall.

Q.    Did you provide anything about Teton Life, LLC?

A.    I think I've provided all my bank statements to you, and yes.

Q.    Okay.  Not bank statements.  Corporate records showing ownership and control.  Did you provide any of those in response to the request for production in aid of execution?

A.    I -- I don't -- I don't remember.

Q.    Did you provide any business financial records -- request number ten -- concerning any LLCs that you had control, own, have an interest in?

A.    I -- profit and loss and balance sheets, I don't think I have that information.

Prestige Reporting Service, Inc. (954) 764-7297 | info@prestigereportingservice.com

Q.   How about accounting records?

A.   I think I provided you what I had access to.

Q.   How do you -- how do you -- if you were to file your twenty --

A.   How do you, how do you, how do you, wait. Settle down.  Yeah.

Q.   Yeah, what?

A.   What, you're trying to -- how do I not this, that?  I'm -- everyone -- I'm not you.

Next.

Q.   If you were to get your records together to file your 2025 income tax return, where would you find them?

A.   It -- it would be a long process to -- it would take some time.

Q.   Where would you get them?

A.   I don't know.  It's above my pay grade.

Next.

Q.   What does that mean, it's above your pay grade?

A.   That means that this is not a department that I'm -- I -- I would have to get professionals that deal with this because this is what they do.

Q.   And how would you give them the records to prepare the records?

A.    They would help me obtain them from where they have to get obtained from.  It's a --

Q.    Let's say they needed the records from Spin Capital.  Where would they get them from?

A.    They would have to get them from Spin's invest -- where Spin invested money, where -- multiple different places.  It's a mess.

Q.    And who controls those records?

A.    I'm sure there's multiple people that control those records.

Q.    Okay.  So there are other people that have an ownership interest in Spin Capital, LLC?

A.    I didn't say that.

Q.    Are there other managers besides you and Spin Capital, LLC?

A.    I -- I don't think so.

Q.    Who's the custodian of records for Spin Capital, LLC?

A.    I don't think I have -- I don't know.

Q.    Who's the custodian of records for Teton Life, LLC?

A.    I don't know.  Teton Life doesn't really have much records.  Any records that it does have is public.

Q.    Who's the custodian of records for Teton Funding, LLC?

A.   Isn't this a deposition in regards to me as an individual?

Q.   I am trying to locate assets and income sources.

A.   From me individually.  And I told you --

Q.   Do you know who --

A.   -- I don't have any.  And I told you I don't have any paychecks.  And I told you I don't get any distributions.  Like, isn't it like -- can we move on to something else?

Q.   If you can tell me who the custodian of records is for -- how about the custodian of records for JL Special Investments, LLC?

A.   There isn't any.  I don't think there is.  I don't know.

Q.   Do you keep records for JL Investments, LLC?

A.   I don't think so.

Q.   Has JL Investments, LLC, ever filed an income tax return?

A.   I don't believe so.

Q.   Has Teton Life, LLC, ever filed an income tax return?

A.   I -- I don't know.  I don't think so.

Q.   Has Spin Capital, LLC, ever filed an income tax return?

A.   I believe you have whatever it has filed.

Q.   Do you know what years they filed?

A.   Not off the top of my head.

Q.   Has Teton Funding, LLC, ever filed a tax return?

A.   I don't -- I don't think so.

Q.   Do you have any jewelry worth more than a thousand dollars?

A.   I don't think so.

Q.   Art?

A.   I don't think so.

Q.   Collectibles?

A.   I don't think so.

Q.   Do you currently or in the last three years have any personal contracts with any other entity or individual apart from the lease in New York?  And -- and with lawyers.  I'm not asking for that either.  Do you understand the question?  Apart from the lease in New York and --

A.   I understand the question.  I -- I don't -- I -- I -- not that I recall.

Q.   Do you have a lease agreement for your automobile?

A.   I already went through this.  I don't have an automobile.

40

Q.   Do you drive?

A.   Usually not, no.

Q.   Have you put -- in the last three years, have you presented a credit or loan application with any entity or individual?

A.   It's -- it's possible I have.

Q.   Do you know to whom?

A.   Bank of America, Chase, I -- I don't know.

Q.   Do you have any cryptocurrency?

A.   I have to look into that.

Q.   What does that mean, you have to look into it? You don't know if you have cryptocurrency?

A.   Asked -- asked and answered.

Q.   Do you have gold?

A.   I don't believe so.

Q.   Do you have digital wallet to hold the cryptocurrency?

A.   I have to look into that.

Q.   Who's your digital wallet with?

A.   I didn't say I have a digital wallet.

Q.   Okay.  Tell me why you have to look into determining whether you own cryptocurrency or not. Explain that to me, please.

A.   I've been involved in crypto since 2011.  I -- I don't know what -- if it does exist or doesn't exist

anymore.

Q.   Okay.  So when you were involved in crypto since 2011, you used a digital wallet?

A.   Yeah, I think -- well, now that these companies went under, I -- I don't know if I have access to it anymore.  Yeah.

Q.   What kind of crypto did you invest in?

A.   I had a lot of money in Mt. Gox.

Q.   What happened to it?

A.   What?  What happened to Mt. Gox?  The money evaporated.

Q.   How about Bitcoin?

A.   I had thousands of Bitcoin on Mt. Gox.  When I do, I have it into Mt. Gox.

Q.   All right.  Let me go through --

A.   It was on a low track then.  It was only worth a few thousand dollars, but today it would be worth a lot.  Yeah.

Q.   Let me see if I can -- you can help me understand the flow of money and investments over -- since about 2021.

So at one point your TD Bank account with Spin Capital cycled about $12.88 million out of that account. Do you recall that?

A.   I don't know.  It's possible.

Q.    Do you know where that 8, 12 -- or 8- to $12 million went?

A.    I don't know which 8- to $12 million you're referring to.

Q.    Any of it.

A.    A lot of it can be other people's money.  It can be other -- I -- I have no idea what you're talking about.

Q.    Okay.  So you held other people's money?

A.    Sure.

Q.    Whose money did you hold?

A.    On me individually, no.  Spin did --

Q.    Okay.

A.    -- but it's not a Spin deposition.

Q.    Whose money did Spin hold?

A.    This is not a Spin deposition.

Q.    Yes, it is.  Whose money did Spin Capital hold?

A.    How could this be a Spin deposition if there's no --

Q.    Because this is in aid of execution and I can ask you about anything that you're involved in --

A.    Okay.  I'm refusing to answer --

Q.    -- that has to do with finances.

A.    -- take it up with the Judge, anything about

Spin.

Q.    Are you refusing to answer or taking the Fifth Amendment?

A.    I'm --

MR. TOPOLSKI:  Hold on.  Hold on.  Hold on. Hold on.  Hold on.  Repeat the question.

THE WITNESS:  Any questions about Spin --

MR. TOPOLSKI:  Hold on.  Yeah, hold on.  Hold on.  I'm not here as Spin's attorney.  What's the question again?

MR. KARTEN:  Whose money -- whose other people's money is Spin Capital holding.

MR. TOPOLSKI:  I mean, that seems to be a question about Spin's assets, not his.  I mean...

MR. KARTEN:  I have a charging order against Spin.

THE WITNESS:  Oh, please.  When I get --

MR. TOPOLSKI:  Right.  Right.  And hold on. Hold on, Josh.  Hold on.  Right.  And if Spin owes him any money or it's holding any property of his, you can enforce that charging order, but I don't know that it gives you an open-ended right to ask about Spin's assets.

MR. KARTEN:  Okay.  And noted.

Case 26-17342-EJO    Doc 62-4    Filed 07/29/26    Entered 07/29/26 18:49:17    Desc
Avrumi (Josh) Lupin
Exhibits M - W    Page 196 of 297

44

BY MR. KARTEN:

Q.    Whose other people's money does Spin Capital hold?

A.    I don't know off the top of my head.

Q.    So when you opened the Spin Capital, LLC, bank account at TD Bank and at Optimum Bank, do you recall who referred you to open accounts at TD and Optimum Bank?

A.    I think TD I had a personal account and they moved me to the eTreasury.

Q.    Do you recall that the CIP and the KYC files indicate -- and you have copies of this -- that these accounts were referrals from a Gavriel Yitzchakov?

A.    That were at Optimum?

Q.    Both Optimum and TD.

A.    Not TD.

Q.    Okay.  But Gavriel did refer you to TD?

A.    No.

Q.    Optimum?

A.    That's possible.

Q.    So -- and Gavriel is a 50 percent shareholder in -- he is not a shareholder -- member in Teton Life, correct?

A.    This is not a Teton Life deposition.

Q.    Come on, Josh.  You gave me all the records of

this.  It's called public record.

A.   I don't care what -- first, it's not a Teton deposition and -- I'm not getting into that and --

Q.   It is a Teton deposition because there's $9 million sitting in an escrow account with a trustee in New York, and we are going to go into it.  So --

A.   Oh, you're not going to get --

MR. TOPOLSKI:  Hold on.  Hold on, Josh.  Hold on.  I mean, the order impleading Teton Life, which I've reviewed, asks Teton to respond with respect to any property of his that it's holding or any moneys owed to him.

MR. KARTEN:  Yeah, he owns 50 percent of Teton Life.

MR. TOPOLSKI:  Hold on.  Hold on.  I didn't interrupt you.  I promise, I won't interrupt you. I mean, if you want to ask him questions about what Teton may owe him or what property of his, I think that's fine, but a free rein inquiry into Teton Life's assets, I'm going to instruct him not to answer, certainly until we can respond to the -- the order of June 4, 2026.

BY MR. KARTEN:

Q.   So you -- you own 50 percent of Teton Life, correct?

A.    It's -- the number's in -- in potential dispute.

Q.    Okay.

A.    Yeah.  I -- I definitely agree that --

Q.    You're aware that you provided --

A.    -- I have some ownership in Teton Life, yes.

Q.    You're aware that you provided an operating agreement and an amended operating agreement for Teton Life to me, correct?

A.    Correct.

Q.    And it shows that you're a 50 percent member.

A.    I'm not saying -- I believe that I own at least 50 percent of Teton Life, yes.

Q.    Okay.  But Gavriel says you own 10 percent.

A.    Excuse me?

Q.    Gavriel says you own 10 percent --

MR. TOPOLSKI:  Object to the form.

BY MR. KARTEN:

Q.    -- does he not?

A.    I have no idea what you're talking about.

Q.    Are you reading the pleadings in the New York case?  In the New York case, okay, you are pro se. You're filing pleadings in that case that are all public record.

A.    Okay.

Prestige Reporting Service, Inc. (954) 764-7297 | info@prestigereportingservice.com

Q.    Gavriel filed a pleading saying that you breached and you only own 10 percent of Teton Life.  Are you aware of that?

A.    Gavriel who?

Q.    Gavriel Yitzchakov.

A.    He hasn't been filing anything in that case.

Q.    So you're saying that in the Golden Foothills case, you didn't read the affidavit by Mr. Yitzchakov?

A.    No.  Filed by his attorney?  I -- like a year ago you're talking about?

Q.    Okay.  Did you read an affidavit that was filed in that case by Mr. Yitzchakov?

A.    I don't know -- I -- I don't think Mr. -- this is a dispute between me and Mr. Yitzchakov, so this has absolutely nothing to do with you and I don't know what you're talking about.  No, I don't think he ever said that I own 10 percent.  I don't know what you're talking about, no.  Is there an affidavit that says that?  I don't give a shit if there is or if there isn't.  I didn't read it, no.

Q.    All right.  The TD Bank accounts that were produced and you got a copy of, there is $2,648,576 that went to BMF Advance, LLC.  Can you explain that?

A.    It was what it participated likely in deals.

Q.    Say it again.  I didn't hear you.

A.    I'm assuming -- I -- I don't know which money
you're talking about, but I don't -- it may have
invested money in BMF deals.  I don't remember.

Q.    How about the two thousand -- $2,994,313 to Hi
Bar Capital?  What is that about?

A.    It invested money in Hi Bar deals.

Q.    And who invested this money?  You?

A.    I -- I don't know which money you're talking
about here.  Spin invested money in these -- in these
companies.

Q.    And what's TeleEscrow?

A.    I don't know if that's exact dollar amounts
you're talking about.  I don't know --

Q.    What about TeleEscrow, Inc.?  TeleEscrow, Inc.

A.    That's a -- a debtor.

Q.    They owe you money?

A.    Yeah.

Q.    You individually?

A.    No, they owe Spin money.

Q.    1,196,000, more or less?  No.  1,925,000.

A.    No, I think it's a lot more than that, but --

Q.    With interest at this point.  And how about --

A.    No, in principal.

Q.    -- Jerry Duncan Ford Lincoln?

A.    Yeah, what about it?

Q. What about it?  One million, one hundred --

A. These are questions for Spin, not for me.

Q. You are Spin.

MR. TOPOLSKI:  Object to form.

BY MR. KARTEN:

Q. Mr. Lubin, the Court's already found that you're the alter ego of Spin.  You are Spin --

A. Yeah?  The jury already found that I'm not an alter ego of Spin by your own counsel.  So why don't you go look at your own due diligence before you start slipping in language into an order?  The Court did not rule that.

Q. I have an order --

A. You slipped in some language into --

Q. -- finding that you are Spin.

A. Yeah.  You have an order that you slipped in language that the Judge did not order on.

Q. Okay.  So how many members are there of Spin?

A. One member.

Q. And who would that be?

A. Me.

Q. Who controls Spin?

A. Me.

Q. Do you pay any personal expenses out of Spin?

A. I used to.  Spin doesn't really have any money

anymore, but...

Q.   But you used to spend all of your personal expenses directly out of Spin, did you not?

A.   No, not personal expenses.  I didn't say that.

Q.   You want me to go down all the personal expenses that you spent from Spin, because it's in my affidavit.

MR. TOPOLSKI:  Objection.  Argumentative.

THE WITNESS:  Yeah, that's -- what are you, the IRS?  I may -- like, what are you talking about?  They may have been business meetings.  What the hell are you talking about?

BY MR. KARTEN:

Q.   November 1, 2021, $100,000 was transferred from the Spin Capital expense account into your personal TD checking account; is that correct?

A.   I don't know.  It's possible.

Q.   Out of the TD account then you spent 117,000, including that money to pay American Express, Chase, and Citi credit card bills.

A.   Spin owes me money.  This is not -- you're not the IRS, first of all.  Spin owes me money till today and -- and -- yeah.

Q.   What does Spin owe you money for?

A.   I put a lot of money into Spin.

Q.   How much did you put in?

A.   I have no idea.

Q.   Millions?

A.   Probably.

Q.   Okay.  So you individually put money into Spin?

A.   Correct.

Q.   Was that a loan or a capital improvement?

A.   I don't know.  I have to talk to an accountant or a lawyer.

MR. TOPOLSKI:  Object to the form.

BY MR. KARTEN:

Q.   Do you expect to get paid back that money?

A.   I'm sure in some form, some way, yeah.

Q.   What form?

A.   I don't know.  This is above my pay grade.

Q.   No, it's not above your pay grade.  Do you expect to get cash back from Spin?

A.   Yeah.  I don't know if it will be categorized as an ROI, as -- as an investment, as short-term capital gains, long-term capital gains.

Next question, please.

Q.   Okay.  So the bottom line, though, whichever way it's categorized by the IRS as a long-term capital gain or a short-term capital gain, for you, it is --

A.    Or maybe something else, I don't know.

Q.    What are we going to -- it was either a loan by you to Spin or not a loan and --

A.    Don't tell me either/or.  You're not the IRS, you're not my accountant, and you're not my lawyer.

Next question, please.

Q.    That is correct.  Did you have an expectation of being repaid for that money by Spin?

A.    In some form or another, I'm sure I expected Spin to pay me money.  I don't -- yeah.

Q.    Okay.  What forms are there that you expected as a possibility of getting repaid?  What forms?

A.    You're an adverse attorney to me.

Q.    That's correct.

A.    Correct.  And I'm not going to take your advice on that, on -- on what form.  I -- yeah.

Q.    I'm not advising you.  I'm asking you.

A.    I don't know.

Next.

Q.    Would it be in cash?

A.    I don't know.

Q.    Would it be in plants?  Would it be in cars? What form did you expect to be paid back?

MR. TOPOLSKI:  Objection.  Asked and answered.

MR. KARTEN:  Well, he hasn't really answered

it.

THE WITNESS:  I did answer the question.

MR. TOPOLSKI:  He said he didn't know.

THE WITNESS:  Yeah.

BY MR. KARTEN:

Q.  But clearly -- I'll repeat it -- you had an expectation of that money coming back to you in some form?

A.  I already answered that.

Q.  Is that a yes?  Let's make the record perfectly clear, Mr. Lubin.

A.  I expected to make money from Spin, not to lose money.  Does that answer your question?

Q.  Sort of.

Who is S-H-M-U-E-L Lubin?  Mr. Lubin?

A.  What?

Q.  Who is Shmuel Lubin, S-H-M-U --

A.  That's my father.

Q.  Okay.  And you loaned him $25,000 at one point?

A.  I loaned my father 25,000?

Q.  Did you have a transfer out of the TD account to your father for $25,000?

A.  Maybe a -- a donation for a charity.

Q.  Donation for what?  For what?

A.   I -- I have given him money for multiple different types of donations.

Q.   Okay.  So if that was a donation, that would show up on your 2021, '22, or '23 tax return since it was done in 2021?

A.   I'm -- you probably would see a lot of donations there, yes.

Q.   Very good.  Okay.  Who's the Lubin Law Group, LLC?

A.   Who?

Q.   Lubin Law Group, LLC.

A.   I don't know.  All -- all the Lubins are lawyers.  I'm not sure which one that is.

Q.   Did you have an account at UBS Financial Services?

A.   Not that I'm aware of.

Q.   Did Spin ever have an account at UBS Financial Services?

A.   No.  I don't think so.

Q.   Do you recall having a hundred thousand dollars transferred out of the account to UBS Financial Services?

A.   I'm not sure what you're talking about.

Q.   You have no recollection of UBS Financial Services?

A.    I never banked at -- I'm not aware of having any accounts or banking at UBS.

Q.    Do you know who TeleEscrow is?

A.    You just brought that up.

Q.    Yeah.

A.    Yeah, they owe me --

Q.    1.9 million plus went to them, so do you know why?

A.    They're a merchant.

Q.    Is that a loan?

A.    No, it was a -- I believe -- I believe it was a purchase and sale of future receivables.

Q.    Okay.  So who --

A.    There's a judgment against them for like 6-, $7 million.

Q.    You have a judgment against them for Spin?

A.    Correct, yes.  Spin has a judgment.

Q.    Which one?  Spin?

A.    Yeah.

Q.    Who does?  Spin?

A.    Spin, yeah.

Q.    But where is that judgment?  What state?

A.    Probably in New York.

Q.    You don't recall?

A.    I just answered the question.

Q.    All right.  And Jerry Duncan Ford, $1.1 million.  Also a loan on Spin?

A.    Spin primarily did not give loans.  It did do some loans.  There's probably a revenue purchase agreement.

Q.    Okay.  And who is 472 East 48th Holdings, LLC?

A.    I -- I don't recall.

Q.    Do you recall sending them $400,000?

A.    No.

Q.    May I ask what you're looking at?

A.    My notifications, that's it.

Q.    Who is Front Street Loft Ventures, LLC?

A.    Probably one of my family real estate entities.

Q.    Say it again.  It's Front Street Loft Ventures, LLC.

A.    I -- I think you're mentioning a bunch of investments into real estate, but I --

Q.    That you made?

A.    Yeah, but I sold those investments already a few -- a couple of years ago.  You're subpoenaing my -- my parents, my family office, and there's -- yeah, I don't have any investments with them anymore.

Q.    Who is Shalom B. Schonbrun, S-C-H-O-N-B-R-U-N?

A.    Someone -- someone I did business with,

probably a donation though, what you're mentioning.  I don't know.

Q.   Four hundred -- $500,000 out of your account.

A.   Maybe I lent him money temporarily at no interest.

Q.   You don't know?  Where do I find him?

A.   He wired it back, right?

Q.   No.  Where do I find him?

MR. TOPOLSKI:  Object to the form.  I'm --

BY MR. KARTEN:

Q.   Do you know where he is?

A.   I have to look into it.

Q.   Do you know what state he's in?

A.   Yeah.

Q.   What state?

A.   In New York.

Q.   Brooklyn?

A.   It probably got wired back from an entity, but I think it was a no-interest loan.

Q.   What's Arboretum Capital, LLC?

A.   One of my father or brother's entities.  I don't know.  I don't know why I'm even saying anything. I don't know.

Q.   You don't know what that is?

A.   No.

Q.   And how about Redstone Advance, Inc.?

A.   That's a BMF-affiliated entity.

Q.   And what's 4 -- we -- I think I asked you this, but you were residing at 471 West 42nd Street, New York?

A.   605.

Q.   Okay.  What is 471 West 42nd Street in New York?

A.   I have no idea.  I don't recall.

Q.   All right.  Let me see if I can share the screen with you.  Can you see Exhibit A up on the screen?

A.   Yeah.

Q.   Yes?  You entered into a -- let me -- okay. Explain to me, if you can, the New York case of Spin Capital versus Golden Foothill Insurance Services, LLC. Just generally.

A.   It's a deal that was done.  I think there was an intention assigned to two entities.  I think we ended up voiding this.  The Judge wouldn't approve it.  I don't fully recall the exact details.  I don't want to say something I don't know to your question.

Q.   So what -- what is the lawsuit about?  What is Spin Capital suing about?  What's your understanding?

A.   Spin Capital doesn't own the claim anymore.

Q.   Yes, thank you.  We'll -- we'll talk about that.  What did Spin Capital originally sue for?

A.   I think a default on a loan.

Q.   Okay.  More than one loan, correct?

A.   No, I think it was one loan.

Q.   And how much was that loan?

A.   Spin Capital to Golden Foothill and its affiliates?

Q.   Okay.  Mr. Lubin, are you the attorney of record for yourself in this lawsuit called Spin Capital versus Golden Foothill Insurance?  You're pro se in this --

A.   Am I the attorney -- the Court never recognized -- I'm -- I filed documents pro se, but I'm not the plaintiff.

Q.   But you're filing documents pro se in this lawsuit, Spin Capital --

A.   Listen, this is legal questions.  I've got to talk to a lawyer about it.  Not -- I haven't filed any documents in a long -- a while and -- yeah.

Q.   You filed one June 3rd.

A.   No.  I -- Teton Life filed one June 3rd and they sent me an affidavit to sign, the attorney.  So these -- these are all questions for my lawyer.  I'm not -- yeah.

Q.    So you're saying you're unfamiliar with what this lawsuit was about?

A.    I -- I don't know what you're talking about. Define what -- what -- I just answered what your question is.

Q.    What was Spin Capital suing Golden Foothill Insurance services for?

A.    Life insurance policies.

Q.    And how much was involved in that lawsuit?

A.    These are questions for Spin Capital with a Spin Capital attorney.

Q.    You are Spin Capital.

A.    Asked and answered.

Q.    No, you can answer it.  Are we talking --

A.    Okay.  We'll take it up with the Judge.

Q.    -- $50 million?  A hundred million dollars? $10 million?

A.    Mr. Karten, I'm going to need a Spin Capital attorney to answer these questions, which I intend to have very shortly.

MR. KARTEN:  Scott, do you want to go under oath?

MR. TOPOLSKI:  I'm not representing Spin Capital.

MR. KARTEN:  I'm -- I was joking.  I

61

apologize.

MR. TOPOLSKI:  I mean, again -- I mean --

BY MR. KARTEN:

Q.   Does Spin Capital have an attorney?

A.   It's in the -- it's in the works of getting an attorney.

Q.   All right.  So you're basically telling under oath right now that you really don't know what any -- what this lawsuit is about, Spin Capital versus Golden Foothill Insurance?

MR. TOPOLSKI:  Objection.  Argumentative.

THE WITNESS:  I did not say that.  I answered the question already.

BY MR. KARTEN:

Q.   Okay.  And you don't know how much money is involved, how much you're trying to collect, more or less?

A.   I answered the question.

Q.   No, you didn't.  I'm asking you again --

A.   I told you these are Spin Capital questions. These are not questions for me personally.  These are questions for Teton Life or Spin Capital, not for me.

Q.   Is there $9 million-plus being held by a trustee in this case?

A.   These are questions for Teton Life or Spin

Capital.

Q.   These are questions for Avrumi Lubin.

A.   That's your opinion.  I disagree.  We can take it up with the Judge.

Q.   Are you refusing to answer my question?

MR. TOPOLSKI:  Hold on.  Hold on.  You guys are talking -- you guys are talking over each other.  You're making it difficult for the -- the court reporter.

BY MR. KARTEN:

Q.   Are you refusing to answer my questions here?

A.   No.  I'm telling you you're asking me questions about an entity.  This is a post judgment in aid of execution deposition for me personally and I'm not answering questions --

Q.   Okay.  And I'm personally asking you --

A.   -- not answering questions as a corporate representative for an entity without an attorney that -- representing that entity.

MR. TOPOLSKI:  Hold on.

MR. KARTEN:  I'm not asking you -- go ahead, Scott.

MR. TOPOLSKI:  Hold on.  Hold on.  Hold on.  I mean, again, I -- Alan, you were kind enough to send me the notice of taking deposition on Friday.

It is in his individual capacity.  If you're looking for depositions from a corporate rep of -- of Spin Capital or any other entity, I don't know how that corporate rep can testify without reviewing records, refreshing his or her recollection, et cetera, so...

MR. KARTEN:  I'm not asking for the corporate representative of Spin Capital.  I'm asking Mr. --

MR. TOPOLSKI:  Well, you kind of are because it is a Spin Capital lawsuit.

MR. KARTEN:  I'm asking Mr. Lubin, who is a pro se litigant in this lawsuit, Spin Capital versus Golden Foothills Insurance, if he is aware of how much money is at stake in this lawsuit.

BY MR. KARTEN:

Q.   Are you aware of how much money is at stake in this lawsuit, Mr. Lubin?

A.   You got to ask Spin Capital or Teton Life.

Q.   I'm asking if you know, not Spin Capital.  I'm asking if --

A.   I can't answer a question on behalf of an entity without an attorney.

Q.   I'm not asking you to answer on behalf of an entity.  I'm asking you to answer what your knowledge is as to --

Avrumi (Josh) Lubin

64

A.   You're asking me to answer questions for Spin Capital or Teton Life.

Q.   So you are refusing to answer my questions as to what your own personal knowledge is?

A.   I'm refusing to answer questions on behalf of an entity without --

Q.   I'm not asking you on behalf of an entity. I'm asking you what Avrumi Lubin, the individual, pro se litigant in that lawsuit, knows or doesn't know.

And I'll ask you again.  Do you know how much approximate money is involved in that lawsuit?

MR. TOPOLSKI:  Same objection.

THE WITNESS:  I am not answering questions on behalf of an entity.  This is a personal deposition.

BY MR. KARTEN:

Q.   And I'm asking you personally.  And I'll move on.  I'll note that you refuse to answer my questions.

A.   Okay, sure.

Q.   So in 2025 -- that lawsuit began on Golden Foothill Insurance when?  In 2020 what?

A.   You've got to ask Spin that or Teton.

Q.   You explain on the paper.  Mr. Lubin --

MR. TOPOLSKI:  He's already said that --

MR. KARTEN:  -- you're a litigant in the

lawsuit.

MR. TOPOLSKI:  Object to form.  Spin Capital looks to be the litigant in the lawsuit.

MR. KARTEN:  No.  Mr. Lubin is a pro se litigant in the lawsuit.

MR. TOPOLSKI:  Is he a party?  I don't see --

THE WITNESS:  The Court has never accepted my pro se --

MR. TOPOLSKI:  -- him in the caption.

BY MR. KARTEN:

Q.   Have you filed pleadings in this lawsuit, Mr. Lubin?

A.   I filed pleadings in this lawsuit pro se. It's an interested party.  It's a -- I'm not the plaintiff.

Q.   I didn't say you were the plaintiff.  I just asked if you filed pleadings in this lawsuit.

A.   I made the Judge -- this is irrelevant.  I -- my pleadings weren't accepted.

Q.   They were stricken?

A.   They weren't stricken.  I -- I don't know. This is --

Q.   So what does that mean, they weren't accepted?

A.   I'm not answering questions for an entity, Mr. Karten.

Go ahead.  What's your question?

Q.   I'm asking you, Mr. Lubin, of your personal knowledge.

A.   My personal is -- is that I can -- my personal answer is I'm not answering questions on behalf of an entity without an attorney representing that entity and without --

Q.   So you're refusing to answer my question?

A.   -- a deposition being properly served to that entity.

MR. TOPOLSKI:  Objection.  Asked and answered.

BY MR. KARTEN:

Q.   Did you give an affidavit in the Spin Capital-Golden Foothills Insurance case?  It's on the screen.

A.   You got to ask the Spin attorney.

Q.   No, I don't.  I have to ask you.  You filed the --

A.   I don't have a Spin attorney right now.  A Spin attorney gave me an affidavit --

Q.   Is this your --

A.   -- to sign for Spin.

Q.   -- signature on the affidavit?

A.   It's irrelevant whether it's my signature. This was prepared by an attorney.

Q.   Is that your signature on it?

A.   It's irrelevant whether it is or it isn't my signature.  This is on behalf of an entity.

Q.   No, it's not.  It's on behalf of you.

A.   I'm not -- I'm not disagreeing that I -- I signed it.  I'm not.

Go ahead.

Q.   Fine, okay.  And -- and you stated that the true and correct copies of the assignments, which are attached thereto, were true and correct, right, you swore under oath and you read the memorandums of law?

A.   I have to talk to an attorney.  These documents were never accepted by the Court and, matter of fact, I believe that they were terminated.  I -- I don't know.  I can't answer this --

Q.   Does it --

A.   These are questions for an attorney.

Q.   Does it say filed in New York --

COURT REPORTER:  I'm sorry.  One at a time, please.

MR. TOPOLSKI:  You keep talking over each other, come on.

BY MR. KARTEN:

Q.   Reflects that it was filed, does it not?  Mr. Lubin?

A.    What's your question?

Q.    This affidavit was filed in this lawsuit, was it not, that lawsuit, Golden Foothill?

A.    Whether it was or wasn't, it's not relevant to this deposition.

Q.    It's very relevant, Mr. Lubin.  So let me --

A.    Okay.  So you'll take a -- you'll file a motion with the Judge.

Next.

MR. TOPOLSKI:  Objection.  One testifier here. Again, this is a -- it looks like a lawsuit filed by Spin Capital.  The corporate representative of Spin Capital has not been set for deposition.  As far as I know, there is no judgment against Spin Capital, so, I mean...

BY MR. KARTEN:

Q.    On or about March --

COURT REPORTER:  I'm sorry.  I can't hear you, Mr. Karten.

MR. KARTEN:  Can you hear me now?

COURT REPORTER:  Yes, I can.  Thank you.

BY MR. KARTEN:

Q.    Okay.  On or about March 20, 2025, Spin assigned all of its rights in the Golden Foothill lawsuit to whom?

Avrumi (Josh) Lubin

69

A.   I'm not getting into questions that are in dispute.  This -- in your own lawsuit, people claiming to own all of Spin rights with your co-plaintiffs and I -- I can't answer these questions.  These are in-dispute questions.  We have to -- there needs to be a ruling from Judge Kimball and, not only that, you have to serve -- serve Franklin, serve FVP, your own client, get everyone under oath, you know, and -- and let's figure out who owns the rights.  But right now, I'm not answering those questions.

Q.   Okay.  Did you -- did Spin Capital, LLC, in 2025, assign its rights in the Golden Foothills lawsuit to Avrumi Lubin at one point?

A.   Did it attempt to?  These are questions for an attorney.  This is not --

Q.   No, not attempt to.  Did you --

A.   I'm refusing to answer.

Q.   On what basis?

A.   I -- I don't believe that this is relevant to this deposition.  You can take it up with Judge Haimes.

Q.   Do you recognize this assignment agreement dated April --

A.   I don't care whether I recognize it or not.  My -- the Spin Capital's rights are in dispute, okay?  So until there's a ruling and until I get your own

clients under oath and until I get Franklin under oath, I'm not answering this question.

Q.   So you're refusing and you're denying that this assignment agreement dated April 2nd --

A.   I'm denying --

MR. TOPOLSKI:  Objection.  Asked and answered.

THE WITNESS:  Yeah.  Next.

MR. KARTEN:  Oh, he just refused to answer the question.

MR. TOPOLSKI:  No.  You -- you mischaracterized his testimony.  You said that he's denying signing this.  He never said that.

MR. KARTEN:  Spin Capital, in 2025 --

COURT REPORTER:  I'm sorry, Mr. Karten.  I can't hear you.

MR. TOPOLSKI:  Can't hear you.

MR. KARTEN:  Can you hear me?

COURT REPORTER:  Yes, now I can.  Thank you.

BY MR. KARTEN:

Q.   Did Spin Capital, in 2025, assign its rights in the Golden Foothill lawsuit to Avrumi Lubin, yes or no?

A.   I'm not --

MR. TOPOLSKI:  Asked and answered.

THE WITNESS:  You're going to have to ask your

own client.  You're going to have to ask Franklin clients.  You're going to have to ask the Excell Auto bankruptcy trustee.  And this is a -- a very complex question.

BY MR. KARTEN:

Q.   Okay.  Did you execute a document that reflected that Spin Capital assigned its rights in the Golden Foothills lawsuit to you, Mr. Lubin?

A.   Listen, it will be a question for Spin Capital, for Teton Life, for Franklin Funding, or FVP, and it's not for me to answer individually until it's resolved.

Q.   But it was assigned to you individually, was it not?

A.   Mr. Karten, asked and answered.

Q.   No, you didn't answer it, and I'm going to stay on this until you do answer it.  Spin Capital assigned its rights in part to you individually, did it not?

A.   I am not getting into any questions related to Spin Capital's rights in this deposition, okay?

Q.   I'm talking about your rights.  Do you own --

A.   I'm not getting into --

Q.   Did you at one point --

A.   -- any questions into Spin Capital's rights.

Avrumi (Josh) Lubin

72

You can take it up with the Judge.

Q.   Okay.  In 2025, did you at one point own the rights or a portion of the rights to the Spin Capital-Golden Foothills lawsuit, you, Avrumi Lubin?

A.   I believe I own -- I believe -- I don't know how to define it.

Q.   What does that mean?

A.   I believe I have the ability to enforce Spin Capital's rights and defend Spin Capital's rights 100 percent to full extent, not any specific lawsuit. There's people that are claiming otherwise.  But, yeah, I don't know -- I believe Spin owns the rights and I have the right to enforce those rights and defend those rights.

Q.   So what's on the screen is a fraud?

A.   You're taking words out of my mouth.

MR. TOPOLSKI:  Yeah.  Object to form.

BY MR. KARTEN:

Q.   Is this your signature on the bottom?

A.   Mr. Karten --

Q.   Is that your signature?

A.   Mr. Karten, take it up with the Judge.

Q.   No.  I'm asking you, is that your signature?

A.   I'm telling you to take it up with the Judge.

Q.   I'm asking you if that's your signature?

A.   I'm telling you to take it up with the Judge.

Q.   Okay.  Are you stating that this document, by the way, that you filed in the New York court, is not true and correct?

A.   I'm telling you to take it up with the Judge.

Q.   Does this document, signed on April 2, 2025, between --

MR. TOPOLSKI:  You keep fading out.  You keep fading out.

BY MR. KARTEN:

Q.   Okay.  Does this document transfer your right that you got from Spin Capital in the lawsuit, Golden Foothills for you to take --

A.   Mr. Karten, I'm telling you, if you don't get your act --

Q.   Let me finish the question.

A.   If you don't get your act together very quickly --

Q.   Let me finish the question.

A.   Okay.  I'm telling you, if you don't get your act together very quickly, I'm going to end this deposition short and --

Q.   That's your choice.

A.   -- you're going to have to go take it up with the Judge.

Q.   That's your choice.

Did you transfer, on April 2, 2025, the rights you had in the Golden Foothills lawsuit to JL Special Investments, LLC, a Delaware corporation, yes or no?

A.   I am not getting into any questions related to Spin Capital's rights.  That's going to have to be for multiple judges in this country, and I'm not answering any of those questions.

Q.   Did you execute an assignment back in 2023 on behalf of Spin Capital transferring the rights in the Golden Foothills lawsuit to Teton Life, LLC?

A.   Forget about what I executed or what I didn't execute.  Spin Capital's rights had been in dispute.  I had been unaware of it for multiple years while they were in dispute.  I'm not getting into any questions related to Spin Capital's rights.

Q.   You're refusing to answer?

A.   Or assignment of their rights or anything like that.

Q.   You're refusing to answer?

A.   No.  I'm telling you that this is a hornet's nest that I -- I can't answer the question.  I don't know the full details of it yet.

Q.   Okay.  What's the --

A.   But I know that there's some judges looking

very closely at it.

Q.   What's the hornet's nest?

A.   Alan, I'm not getting into this question.

MR. TOPOLSKI:  This is -- this is --

THE WITNESS:  You can go -- you can go look at Judge Kimball's docket on this issue.

BY MR. KARTEN:

Q.   Did you assign, in February 2023, on behalf of Spin Capital, LLC, your rights in the lawsuit to Teton Life, LLC --

A.   I'm not getting into -- answering any questions relating to Spin Capital's rights.

Next.

Q.   Did you sign this assignment as president of --

A.   I'm not denying --

Q.   I'm just asking --

A.   -- that I didn't sign this assignment.

Q.   -- is that your signature, sir?  Is that your signature?

A.   I'm not saying it's not.  I'm telling you, I'm not getting into this issue.  You cannot ask me questions about this issue while it's in dispute.  After judgment when the Court makes a ruling --

Q.   Tell me what the dispute is.  What's the

dispute?

A.    I don't know.  It has to get analyzed by a lot of attorneys.

Next.

Q.    So it's in dispute, but you don't know what the dispute is?

MR. TOPOLSKI:  Objection.  Argumentative.

BY MR. KARTEN:

Q.    What's the dispute?

A.    People claim they own Spin Capital's rights and now they're claiming they don't own Spin Capital's rights.  It's a big problem.  I'm not getting into this issue.

Q.    Okay.  Who claims that they own Spin Capital's rights?

A.    The Franklin parties in a -- and the FVP parties in a collusive agreement, okay, claimed that Franklin owned the rights and now you have Franklin's attorney telling Judge Kimball in trial that, no, we don't believe we own Spin's rights anymore.  So there -- there might be some criminal issues over there.  I'm not getting into that issue.  But this -- FVP took a position that they were legally colluding with Franklin and those rights belong to Franklin, and now Franklin is saying they don't believe they own the rights.  So I

don't know what FVP's position with it -- was on it, but this is something that's under investigation and I'm not getting -- I'm not getting into the issue.

Q.   Well, first of all, who's investigating it?

A.   I'm investigating it.

Q.   Okay.  And all I want to know is what is your position in that lawsuit?  What is the position you're taking?  Who owns the rights to --

MR. TOPOLSKI:  Object to form.

BY MR. KARTEN:

Q.   -- to Spin Capital?

A.   Alan, I think your client and Franklin played some serious games and it has to get looked into.  I'm not --

Q.   So you're not going to answer the question?

A.   -- answering any questions onto that.

Q.   You're not answering the question?

A.   I can't answer that.  You have your opinion, this person has that opinion.  I'm not -- let -- let Judge Kimball answer the question.

Q.   Did you have an agreement with Gavriel, known as Gabe, regarding him funding the litigation in the Golden Foothills Insurance case?

A.   I think originally not.  I think there was some form of agreement.  I think there was potential

fraudulent inducement.  That's another question I can't get into.

Q.   Well, what -- what was the agreement?

A.   I can't get into issues that are in dispute. I'm not a judge.  I can't get a -- rule in that regard.

Q.   I'm not asking you to rule on --

A.   Okay.

Q.   -- the issues, Mr. Lubin.  I want to know your position.

A.   And I'm not giving you -- I'm not giving you my opinion on my position that I'm taking.  Let my lawyers deal with it.  Anything that's in dispute I'm not getting into.

Next.

This is like -- how -- how -- you're asking me to become the judge over here?  Like, what are you talking about?

Q.   I'm not -- respectfully, I don't want a ruling from you.  I want to know what your position is.  What is your position on these matters?

A.   That's for my lawyers to -- to handle.

Q.   You didn't -- you don't have a lawyer.

A.   For who?  For what?  For me individually?

Q.   You have a lawyer in the Golden Foothills Insurance case?

A.   For me -- for who?  There's a corporate lawyer.

Q.   For you.  Does Avrumi or Josh Lubin have a lawyer in the Golden Foothills Insurance case?

A.   I don't think so.  I don't know.

Q.   You don't know if you're represented by counsel or not?

A.   What the hell are you asking me?

Q.   I'm asking whether you know whether you are represented --

A.   I know my --

Q.   -- by counsel in the Golden Foothills Insurance case?

A.   Individually?  I don't know.

Q.   Yes, you individually.

MR. TOPOLSKI:  Asked and answered.

BY MR. KARTEN:

Q.   You don't know?  Your answer is you don't know?

A.   Yeah.

Q.   That's your answer?  You don't know if you're represented by counsel in the Golden Foothills --

MR. TOPOLSKI:  Counsel, come on, come on.
This is -- you know, this is kind of sarcastic.
Come on.

MR. KARTEN:  It is sarcastic.

MR. TOPOLSKI:  I get it you have a job to do, but come on.

BY MR. KARTEN:

Q.   Did Gabe put up in excess of $2 million to fund litigation in the Golden Foothills Insurance case?

A.   That issue is in dispute.  I'm not going to get into it.

Q.   So you're saying he didn't do it because it's in dispute?

A.   That's not what I said.  I said I'm not getting into it.

Q.   You're refusing to answer questions about Teton Life --

A.   I'm refusing to answer questions that are in dispute.

Q.   I don't -- explain to me what it means to be, quote, "in dispute"?

A.   I answered the question.  I told you it's in dispute.  I don't know the full detail.

Q.   What does "in dispute" mean?  What does "in dispute" mean so I understand?

A.   That I may sue him.  I -- I don't know.  It has to get dealt with.

Q.   So you won't take a position and you're

refusing to answer the question as to what your position is?

A.    I'm not taking a position under oath of something in dispute, no.  That's something you deal with your attorneys --

Q.    Well, is it in dispute --

A.    Yeah.

Q.    -- that he gave you $2 million?

A.    The whole issue is in dispute.

Q.    Is it in dispute that the $2 million went into a Teton Life --

A.    Did you, define "you," your company, this.

Q.    -- bank account that you own?

A.    I don't know what you -- hey, next question, please.

Q.    Is it in dispute that he gave you $2 million-plus for legal fees in the Golden Foothills Insurance company case that you put into a bank account that was opened under the account of Teton Life?

A.    I'm telling you that the paperwork that you have is in dispute.  Any paperwork in the docket is in dispute relating to the operating agreement.  It's all in dispute.

Q.    So why don't you notify the court in New York that all the documents are in dispute, that you're not

standing by --

A.   Oh, they're very aware that -- that there's a dispute.

Q.   Did you file a -- in the Golden Foothills Insurance case, an affidavit under oath in support of your motion to substitute the plaintiff, Spin Capital, to JL Investments, LLC?

A.   Wouldn't that be a question for JL Special Investments?

Q.   That would be a question for you.  You signed the affidavit.

A.   On behalf of an entity?

Q.   No.  You signed it individually my friend.

A.   Can I use the restroom?  Can I take a break?

Q.   Sure.

COURT REPORTER:  Shanna?

THE VIDEOGRAPHER:  Would you like to go off the record?

MR. KARTEN:  Oh, yeah, go off the record.

THE VIDEOGRAPHER:  We're going off the record at 11:39 a.m.

(Recess off the record.)

THE VIDEOGRAPHER:  We're going back on the record at 11:42 a.m.

BY MR. KARTEN:

Q.    All right.  Mr. Lubin, let me just ask you --
just for clarity's sake.  I know you're not going to
answer, you're refusing to answer any questions about
Spin Capital or Teton Life.  Is that a correct
statement?

A.    I don't think this deposition is about Teton
Life or Spin Capital.

Q.    Okay.  But you're refusing to answer questions
regarding --

A.    I'm refusing to answer questions that would --
that Teton Life and Spin should be answering.

Q.    Will you acknowledge that you executed a
document in 2025 on behalf of Spin Capital transferring
its interests in the Foothills lawsuit to you
individually?

A.    No, I'm not going to acknowledge -- there may
have been a purported document filed like that.  There
may have been a mistake, there may not have been a
mistake.  I think it -- it may have been addressed by
the Court that it's void.  I -- I don't know.  I'm not
answering to questions that I don't have the full -- I
don't have the answer for you.

Q.    And then is it also similar in that you, Mr.
Lubin, individually, then transferred your interest in

Case 26-17342-EJO   Doc 62-4   Filed 07/29/26   Entered 07/29/26 18:49:17   Desc
Avrumi (Josh) Lupin
Exhibits M - W   Page 236 of 297

84

the Golden Foothills --

A.   I'm not answering any questions --

Q.   Let me finish the question for the record.

A.   No.  I'm going to finish this question.  I'm not answering any questions, okay, about rights that FVP asserts they own alongside Franklin, and now Franklin is telling the chief federal judge of SDFL bankruptcy court that they don't believe they own those rights anymore. So no, I'm not getting into that topic.  I have a signed document that I lawfully obtained by Judge Haimes from your client that -- where they believe they owned all of Spin Capital's rights.  So I'm not getting in -- no, I'm not getting into that topic, correct.

Q.   All right.  Were you involved in litigation with FVP Servicing in Broward County, Judge Haimes, in 2025?

A.   In 2020...

Q.   Yes, 2025.

A.   What do you mean was I involved?  I believe I was.  I -- I don't know what your question is.

Q.   Were you a defendant in a lawsuit brought by FVP Servicing and others in Broward County, Florida, in 2025?

A.   I -- I don't know how to answer that question because FVP signed documents that they don't believe I

was a defendant.  They believe I had no rights to be a defendant.

But yeah, go ahead.

Q.    No, not all right, go ahead.  Again, were you named as a defendant in that lawsuit in 2025?

A.    They purported to look like I was a defendant in a Broward action, yes.

Q.    And you knew you were being sued in 2025, certainly in April 2025, you were being sued by FVP Servicing?

A.    I don't know what I did know or what I didn't know, but I know it's a big mess.

Q.    You don't know what you knew or didn't know?  Did you know there was a judgment entered against you?

MR. TOPOLSKI:  I mean --

THE WITNESS:  I -- I know that I -- there's a lot that I wasn't advised by my own attorney so I'm -- of Spin Capital attorneys.  You ask me to get into that where you guys signed an agreement that Spin has no rights --

BY MR. KARTEN:

Q.    Are you aware there's a judgment against you?

A.    I believe it's procured by fraud, yeah, sure.

Q.    Okay, fine.  Is it in excess of $8 million, the judgment?

A.    You claim that you recovered and -- and you're only owed 4.5, but what's your question?

Q.    Mr. Lubin, have you seen a copy of the final judgment entered against you?

A.    I believe I have.

Q.    Okay.  And the final judgment against you, Avrumi Lubin, correct?

A.    I believe there's documents that -- that FVP signed along with Franklin and Hi Bar that make that judgment invalid.

Q.    Okay.  Are you aware that there's an --

A.    And language that was put into --

Q.    -- actual judgment entered by a court recorded of which the reason that we're here in aid of execution is because there is a judgment against you for eight-point-something million dollars, which is on appeal.  You're aware of that, right?

A.    I believe it was procured by -- by fraud.

Q.    Just tell me if you're aware of it.

A.    Yeah.  What's your question?

Q.    In 2025, were you aware that there was a lawsuit against you individually by FVP Servicing?

A.    I don't know if I was aware if I was individually listed or just my -- my business.  I -- I don't know.  I don't fully -- yeah.

Q.   When did you become aware that you were the defendant individually?

A.   I don't remember.

Q.   But is it fair to say this lawsuit was brought -- this one that we're in today was brought in 2022?  Do you know when you were brought into the lawsuit?

A.   As a plaintiff?

Q.   No, as a defendant.

A.   I don't recall.

Q.   I'm not talking about Golden Foothills.  I'm talking about the Broward County --

A.   I'm talking about this lawsuit.  I'm a plaintiff in this Broward lawsuit.

Q.   Who are you suing?

A.   Spin is a plaintiff, sorry, or me individually.

Q.   Who is Spin suing?

A.   FVP.  You guys illegally voided that -- I'm a plaintiff to this action.  I signed it to me individually.  Judge Haimes said on the record that what you guys signed is not what the Court ruled.  It contradicts the record.  I am a plaintiff suing FVP and Franklin in this action.  Does it have to get resolved?  It does.  It's for not now.  Now is not the right time.

Oh, you just -- you just became aware of that? You illegally removed a plaintiff from the action without his authority.

Q.   Who did?

A.   Your client, Jerry Breslin, before you came on board, along with Patrick Dorsey and Matt Leto.

Q.   And they -- what did they do?  I'm -- I'm confused.

A.   You're confused?  That -- that's your job. You got to do due diligence on your own client before you start -- yeah.  Read the transcripts in the appeal. September 3rd -- August 13th, '25, September 3rd, September 10th transcripts, Judge Haimes says that he can't get into whether -- the assignment to Mr. Lubin individually in the Hi Bar issue, he's like that dispute would have to get done in New York.  It says it very clearly on the record.  And then he says that -- that there was language put in that purports to assign Spin's rights away, but he said that was not correct.

Q.   Do you recall -- oh, so December 6th -- excuse me, October 6, 2025, there was actually a final judgment.  Let me pull it up on the screen.

Are you aware of this final judgment against you by the Franklin parties after a jury trial?

A.   I'm aware that it exists.  I don't believe

it's a valid document.

Q.   Okay.  But you're aware of the final judgment?

A.   What?

Q.   Correct?  You're aware that this final judgment exists?

A.   Correct.

Q.   Okay.  And there is also a final judgment against you individually after a jury trial where the plaintiff was FVP Opportunity Fund III, L.P., et cetera, correct?

A.   What's your question?

Q.   All right.  You were at the jury trial, weren't you?

A.   I was.

Q.   Okay.  And you were aware that the jury came back against you and found in favor of the plaintiff, FVP, correct?

A.   I was -- the whole trial was procured by fraud.  What are you talking about?  You never proved --

Q.   That's fine.  You --

A.   -- damages at the trial.

MR. TOPOLSKI:  He's just asking if you're aware of the judgment's existence, Josh.

THE WITNESS:  Yes, and I answered it.

BY MR. KARTEN:

Q.    Okay.  And when did you become aware -- this is critical.  When did you become aware that there was a lawsuit filed against you?

A.    I don't know.  I don't recall.

Q.    Well, let me -- do you recall when you were served?

A.    I don't think I was ever served.  What are you talking about?

Q.    If you were never served, how are you in this lawsuit?

A.    I probably had an attorney accept service.  I don't know if it was for Spin or if it was for Lubin.  There's a lot of shenanigans in this case.

Q.    Let me see if I can find the return of service.

A.    I'm not denying that an attorney, either on behalf of me or Spin, accepted service.  What's your question?

Q.    Well, that would make it easier.  I want to know when you became aware of the lawsuit.

A.    I don't know.  Alan, there's things that went on in this lawsuit, responses that were filed, there were lawsuits filed.  I never -- my own attorneys never made me aware of it.  It's a big mess that has to get

dealt with, okay?

Q. So in -- in the FVP Opportunity lawsuit, you don't know when you --

A. I don't know. My attorneys never sent me the complaint. They were answering complaints and --

Q. And what --

A. -- turning over information without notifying me about it.

Q. Why -- why -- did you hire an attorney?

A. I did hire an attorney. You guys played serious shenanigans that caused my attorneys -- where there was -- thought they didn't -- they didn't have the right to notify me whether I was getting sued or not.

Q. Do you -- do you recall when you hired an attorney to represent you in the FVP lawsuit?

A. I hired attorneys to represent me to -- to -- as a plaintiff.

Q. Is this the first lawyer that you hired?

A. Foley & Lardner was the first lawyer.

Q. Who was it? Williams Litigation --

A. In 2022.

Q. So you were aware of the lawsuit since 2022?

A. As a plaintiff. I don't know when these counterclaims got -- or third-party claims got filed. I was never made aware by my own attorneys. I'm saying

this under oath, so I'm obviously not lying about it.  I think you should go ahead and do some --

Q.    I'm not saying you're lying about anything.

A.    -- due diligence on what your -- the shenanigans that your clients did before you ask me dumb questions like this.

Q.    I just want to establish when you became aware of this lawsuit and that you were --

A.    And I answered the question.

MR. TOPOLSKI:  What does it matter if we're here on judgment enforcement?  I mean --

MR. KARTEN:  Because if it -- I'll tell you point-blank.  If you --

MR. TOPOLSKI:  Sure.

MR. KARTEN:  -- did in fact transfer Spin Capital's rights in the lawsuit to him individually during the course of this lawsuit, it's fraud.

MR. TOPOLSKI:  Fine, okay.

MR. KARTEN:  Is that clear enough?

MR. TOPOLSKI:  Fine.

BY MR. KARTEN:

Q.    Okay.  So did your -- in the FVP lawsuit, did your counterclaim get dismissed?

A.    Illegally, yes, I believe so.  I -- I don't know -- it has to get looked into.  I don't know all the

facts, the lay of the land, but I believe that the FVP parties and the Franklin parties and the Hi Bar parties believe they had the right to dismiss it based on a collusive settlement agreement. And I think Judge Kimball actually thinks you guys are out of your mind, but we're going to wait until that ruling comes down and then I'll have to address it then.

Q. So let me see if this refreshes your recollection. There's a document on the screen here, you see it? Mr. Lubin?

A. Yes.

Q. Okay. And this is a -- slow as molasses. Oh, okay. This is a notice of appearance. Is this your first lawyer, Egozi & Bennett?

A. I believe he represented Spin and -- and -- and -- or I don't remember, yeah.

Q. It says -- you see where it says Defendant Avrumi Lubin and Josh Lubin?

A. He was supposed to be representing Spin as a plaintiff, as an assignee of Hi Bar's...

Q. It says Defendant Avrumi Lubin. So you're saying that this is also fraud?

MR. TOPOLSKI: Object to the form and the characterization of his testimony.

BY MR. KARTEN:

Q.   Well, did these individuals represent you in this lawsuit in 2023?  Let me rephrase that question.

Did the law firm that had entered a notice of appearance by the name of Egozi & Bennett, P.A., represent you --

A.   I'm not answering these questions.  I don't know.  I --

Q.   -- in the litigation against FVP Opportunity Fund?

A.   I don't know what was entered or what wasn't entered.  It has to get looked into it.  There's 2500 documents.

Q.   I'm showing you a document that was filed. Does it refresh your recollection?

A.   I'm not --

MR. TOPOLSKI:  Objection.  Asked and answered.

BY MR. KARTEN:

Q.   Okay.  All right.  Can you see -- nothing came up.  All right.  Can you see this 2021 federal tax return?

A.   Yeah.

Q.   All right.  I just have a few questions about this.  You provided your 2021, 2022, and 2023 federal tax returns to me in discovery, did you not?

A.   I think I -- I did, yes.

Q.   All right.  Why do these tax returns not have any K-1s attached to them?

A.   I have no idea.

Q.   Were you supposed to provide the K-1s with these tax returns?

A.   Maybe I didn't have any K-1s?  I don't know.

Q.   Well, did you ask your accountant where are the K-1s?

A.   Going back to 2020 -- I have no idea.

Q.   Do you know who your accountant was?

A.   It says it on there.

Q.   Yeah.  Do you know who he is, who that is?

A.   I don't know what your question is.

Q.   Do you know the name of your accountant in 2021?

A.   Yes.

Q.   Who is it?

A.   Mr. Tawil.

Q.   Okay.  After I subpoenaed the records from Mr. Tawil, did you have conversations with him concerning my subpoena?

A.   No, but I think he forwarded it to me.

MR. TOPOLSKI:  Hold on.  Hold on.  Hold on, Josh.  If you're going into any communications

between Mr. Lubin and his accountant, that's privileged.

MR. KARTEN:  Maybe or maybe not.  Where did --

MR. TOPOLSKI:  Well, I'm going to instruct him not to answer as to any communications that he had with his accountant.

BY MR. KARTEN:

Q.   Well, I'm going to ask you point-blank.  Did you tell him not to comply with the subpoena?

MR. TOPOLSKI:  Yeah, it --

MR. KARTEN:  That wouldn't be privileged.

THE WITNESS:  No, I did not tell him not to comply with the subpoena.

BY MR. KARTEN:

Q.   Okay.  What's 3010 Clarendon Holdings, LLC?

A.   I think it's -- I don't own any assets in those entities anymore.

Q.   I didn't ask you that.  What is it?

A.   They're real estate holdings through my -- my parents, my dad.

Q.   And what's your interest in it?

A.   I have no interest in that anymore.

Q.   How did you get rid of the interest?  How did it terminate?

A.   I sold the interest back to my -- back to my

--

Q.   Who did you sell the interest to?

A.   I don't know exactly how it was done.

Q.   Who did you sell it to?

A.   I don't know if it goes back to the building, back to my father, I'm not sure.  But it's -- it's all documented.

Q.   Who has the records for 3010 Clarendon Holdings, LLC?

A.   You already -- I'm sure they have the records.

Q.   Who is "they"?

A.   Those entities.

Q.   And where are those entities located?

A.   I don't know.

Q.   But it's your father?

A.   No, my father's retired.  He had a lot of businesses.  Is he the owner of the business?  Sure.  I would assume he has no idea where these records are and he probably has never even been to the properties.

Q.   Does 3010 Clarendon Holdings currently own property?

A.   I don't know.

Q.   Is 3010 Clarendon Holdings a New Jersey LLC?

A.   I have no idea.

Q.   What's 472 East 48th Holdings, LLC?

A.   Also another --

(Cell phone interruption.)

Q.   Hold on.  Can we go off the record just for a second?  Let me just --

A.   I don't know what -- my father wouldn't know either.  You can go ask his lawyers.

Q.   I apologize. Say it again.  I'm sorry.  I apologize.

A.   I have no idea.  They're family-affiliated entities.  I don't know whether they still own the buildings or not.  A lot -- there's a lot of units and most of them I'm not in there.  And I can assure you that my father wouldn't know any of these questions either.

Q.   And you don't know who holds the records for 472 East 48th Holdings?

A.   I'm sure there's a bunch of lawyers that hold the records.

Q.   Who are they?

A.   I don't know.  I don't run that operation.

Q.   Who files the tax returns for them?

A.   I don't know.  I'm not privy to that information.

Q.   Does Tawil?

A.   What?

Case 26-17342-EJO Doc 62-4 Filed 07/29/26 Entered 07/29/26 18:49:17 Desc
Avrumi (Josh) Lupin
Exhibits M - W Page 251 of 297

99

Q. Does Mr. Tawil?

A. No, absolutely not.

Q. What's 1519 Lincoln Holdings, LLC?

A. Also another real estate property.

Q. And who owns that?

A. I have no idea who owns it right now.

Q. Then why is it on your tax return?

A. Because at one point I was invested in it.

Q. Okay. You were invested how? Individually?

A. I'm not sure how it was structured.

Q. And who -- who runs 1519 Lincoln Holdings?

A. I don't know the answer to these questions. At one point it was probably the family business. I don't know. If it still is, I don't -- I don't know the answer to these -- there's a lot of buildings, Alan, okay, a lot of buildings.

Q. You have an --

A. 99 percent of them I'm not -- I never had anything to do with. So I don't know the answer to the question.

Q. Okay. Can you -- I'm going to put up the 2022 return. Can you see it? Mr. Lubin?

A. Go ahead.

Q. Can you see this, the 2022 tax return?

A. I think so. I can see it. Go --

Q.    So in 2022, you sold an interest in Merrill Lynch stocks that you had?

A.    I guess so.

Q.    What did you do with the money?

A.    Probably legal fees.

Q.    You don't know?

A.    I answered the question.

Q.    All right.  So in 2022, you had the same 3010 Clarendon, 472 East 48th Holdings, 1519 Lincoln Holdings on your tax return, correct?

A.    That's what it appears.

Q.    So you still owned an interest in them?

A.    I don't recall exactly when I -- when I sold it, it was like two, three years ago.

Q.    What year did you sell them?

A.    I -- I don't know.

Q.    Here's your 2023 tax return, correct?

A.    (No response.)

Q.    So in 2023, you still had money at Merrill Lynch.

A.    Okay.

Q.    Is that correct?

A.    It's possible.  I don't know off the top of my head.

Q.    Did you ever give me or turn over any of the

Merrill Lynch accounts or documents?

A. Yes. I'm pretty sure I gave you all of them, so you should know when it was sold or not.

Q. And in 2023, you still held an interest in the same corporations: 3010 Clarendon, 472 East 48th, 1519 Lincoln Holdings, correct?

A. It's possible.

Q. Well, your tax return reflects it, does it not?

A. It appears to, sure.

Q. And what about 2024?

A. I don't think I filed 2024 yet.

Q. Do you still own those three entity holdings, those LLCs?

A. I already told you I don't believe so.

Q. Okay. So your recollection is that you sold these three entities in 2024; is that correct?

A. They're not my entities. You're talking about my investment in those entities?

Q. Yes, your interest in these entities, you're correct.

A. Yes, I -- I believe so.

Q. And these were all family businesses?

A. Correct.

Q. And the family -- these family businesses were

run by whom?

A.    There was a management company.  I think my brother may be the CEO.  Yeah, I'm not involved with that operation.

Q.    Who would have the records for three -- 3010 Clarendon Holdings?

MR. TOPOLSKI:  Objection.  Asked and answered.

THE WITNESS:  Yeah.  I don't know.  I don't know why you think this is, like, an area, like -- like that I would know.  I'm a good negotiator. It's not -- yeah, it's above my pay grade.

BY MR. KARTEN:

Q.    Mr. Lubin, I'm showing you a document.  It says Production Index, Rolling Production.  Do you see it?

A.    Uh-huh.

Q.    The first page, which is marked deposition document 0094, you produced this document, did you not?

A.    I believe I did.

Q.    And this document is an outliner statement, is it not, of all the documents you produced pursuant to the request for production in aid of execution; is that not true?

A.    I think I supplemented this document.

Q.    Do you have that supplement?

A.   You should have it.

Q.   Okay.  Let's look at that second document. All right.  This is actually the second one that you produced.  Do you see the date?  Do you recognize this document?

A.   Date -- go -- go ahead.

MR. TOPOLSKI:  It looks like the first one, no?  Okay.

MR. KARTEN:  Yeah.  It's the same as the first one, that is correct.

THE WITNESS:  I believe I supplemented it.

BY MR. KARTEN:

Q.   So I'm going to ask you again if there is another Production Index, Rolling Production that was turned over after March 9, 2026?

A.   You got all this information from the banks going back to -- from the dates that the accounts were open.

Q.   That's not -- that's not -- that is not what the question is.  Listen to the question.

A.   Okay.  Well, that's my answer.

Q.   Well, that's not an answer.  The question --

MR. TOPOLSKI:  You -- you were fading out again.

BY MR. KARTEN:

Q.   Okay.  I'm asking you if there is another Production Index indicating what was turned over --

A.   I don't remember, but I know that the Judge granted you authority and you got from the banks directly all these accounts from the date they were open.

Q.   Okay.  Again, I'm going to ask you simply if there is another Production Index or other documents that were turned over by --

A.   I don't -- I don't remember.

Q.   Mr. Lubin, please let me finish the question.

MR. TOPOLSKI:  Let him finish the question, Josh.  It's for the court reporter.

BY MR. KARTEN:

Q.   If there is another Production Index, Rolling Production or any other document or paper that indicates any other documents that were turned over in response to my request for production in aid of execution or the order holding you in contempt after March 9, 2026, are you aware of any?

A.   I -- I don't remember exactly what was provided.  Mr. Karten, you've been wasting a lot of my time the last few months.  I don't remember.

Q.   All right.  So if there is, even though you

don't think, don't know, I would ask that you provide them to me as soon as possible.  We have a July 7th hearing that is scheduled in person on your contempt and I would like to give you the opportunity to purge the contempt by providing any other documents that you were ordered to turn over by the Court so we can avoid the hearing.  I would love to avoid the hearing.

A.   I think --

Q.   So if you can, I'm asking you --

A.   -- Judge Haimes already told you to cancel the hearing.

MR. TOPOLSKI:  Hold on, Josh.  Hold on.

BY MR. KARTEN:

Q.   Mr. Lubin, I'm asking you to please go back, double-check, and if you want to, if you have other documents besides what was subpoenaed by me, please provide them as soon as possible so we can avoid the July 7th hearing.  I think it's July 7th or 9th, I don't remember.

A.   July 10th.

Q.   Whatever it is, I'm asking you to please do it so that we can avoid the hearing, okay?

And if you recall, Exhibit A was a deficiency chart which laid out what the request was, and you were served, you were given a copy of this, were you not?

Mr. Lubin?

A.    Alan, all your copies I take with a very -- a grain of salt because they're all -- they're all a bunch of garbage.  Yeah.

Q.    Okay.  They may be a bunch of garbage, but I just am asking, this was --

A.    I'm -- I'm telling you is that -- you're like the boy who cried wolf.  You sense -- you lie in so many documents, like I don't know what you're trying to get out of me or not.  Anything you file at this point, it's like -- it's almost a joke.  Yeah.

Q.    Okay.  So I will tell you, and the record will reflect, that this Exhibit A was attached to one of the motions that you were served with.  But I am also trying to avoid the July hearing and I am asking you to look at Exhibit A, the deficiency chart, which lays out exactly what in my opinion --

A.    You already got all this information from the banks directly, and Judge Haimes told that to you already.  So what -- what do you want?  You have it already from the banks.

Q.    All right.  I'm trying to be helpful here and it's fine.  Okay.

A.    And in the order --

Q.    Thank you.

A.    -- he says that you need to provide -- turn it over to me.  Let me put that on the record.  He says all documents from entities affiliated with me need to be turned over to me.  So why don't you turn it over to Scott and -- and then I can re-send it back to you?

Q.    Who is Scott?  Oh, Scott.  This Scott.  Okay.

A.    In the order he said -- the Judge said anything you get from the banks you need to turn over to me, and you got everything, so why don't you turn it over to me?

Q.    They -- they were all turned over to you.

A.    I requested you to turn it over to me.  You only turned over Bank of America and -- and I know -- I got notified from the banks that you had gotten everything, so why don't you turn everything to me?

Q.    All right.  Just for the record, everything was turned over to you.

        Mr. Lubin, let me ask you one other question in the Golden Foothills --

A.    No, it isn't.  So why don't you re-send it after this deposition, return everything over to me?

Q.    Golden Foothills.  On November 25, 2025, you, did you not, on behalf of Teton Life, LLC, sign any document that purported to be an agreement settling the case?

MR. TOPOLSKI:  Hold on.  As to --

BY MR. KARTEN:

Q.   It says the parties have reached an agreement in principle.

A.   That's a question for Teton Life and, no, I don't believe the case is settled.

Q.   You signed it.

A.   A settlement in principle?

Q.   Did you not?  You signed that agreement.

A.   A settlement in principle.  It was never -- never -- it's a one-paragraph sentence and it was never --

Q.   But you signed it, right?

A.   That's a question for Teton Life.

Q.   How is Teton Life going to identify Josh Lubin's signature?

A.   You're going to get -- when -- if -- if -- you're going to serve Teton Life.  If I'm the corporate representative for Teton Life, we'll --

Q.   So you're refusing to identify your -- whether it's your signature or not?

MR. TOPOLSKI:  Again -- hold on.  Hold on, Josh, before you answer that.  We've entered an appearance on behalf of Teton Life.  I understand there is an order out there which we have to

respond to by a week from today -- sorry, losing track -- as to any property or assets of yours that Teton Life holds.  I don't believe that order gives the opportunity for a free-ranging inquiry into Teton Life's assets.  So to the extent that question asks that, I'm going to instruct him not to answer.

MR. KARTEN:  Well, there -- there are proceedings supplementary.

MR. TOPOLSKI:  I understand that.  And -- and the notice to appear -- and I'm generally on the other side of these representing the judgment creditor.

MR. KARTEN:  So you know the proceeding supplemental are --

MR. TOPOLSKI:  I know the procedures very well.  The notice -- hold on.  Hold on.  I didn't interrupt you.  Give me --

MR. KARTEN:  Yes, sir.

MR. TOPOLSKI:  The notice to appear is very clear.  If it is holding any property of his, then it's got to respond as such.  It doesn't give the judgment creditor the right to essentially put Teton Life into his shoes as a judgment debtor and do a free-range inquiry into Teton Life's assets.

Avrumi (Josh) Lubin

So to the extent -- and I don't recall what your question is at this point.  To the extent that --

MR. KARTEN:  Well, I'm actually asking about his assets.  But that's okay.

MR. TOPOLSKI:  To the -- yeah.  I mean, you -- you can ask him if Teton Life owes him any money, but, I mean -- or holding any property of his, but other than that, I've got to object and instruct him not to answer.

MR. KARTEN:  Well, I'm -- okay.  Well, I'm actually asking him whether he has an interest in Teton Life that will be getting an asset.  So -- all right.  Your objection is on the record.  We'll let the Judge handle it.

MR. TOPOLSKI:  Thank you, Alan.

MR. KARTEN:  You're welcome.

Give me a second.  Let me get out of it.  Bear with me for one second.

MR. TOPOLSKI:  Sure.

BY MR. KARTEN:

Q.  So are you -- "you," Josh Lubin -- aware of any other judgments that were obtained by Spin Capital since 2021?

A.  Just FVP and Franklin.  FVP has against me personally, but Franklin has a judgment against Spin in

-- in Michigan, which is -- yeah, I think it's fraudulent and they're not enforcing it.

Q.   Did Spin Capital obtain a judgment against Bridgelink Engineering, LLC?

A.   That's a question for Spin Capital.

Q.   No, it's a question for you.  Are you aware that Spin Capital obtained a judgment against Bridgelink Engineering, LLC?

A.   Spin Capital obtained judgments against many debtors.

Q.   Are you aware that Spin Capital obtained a judgment --

A.   That's a question for Spin Capital.  Yes, I'm aware, but that's a question for Spin Capital to start.

Q.   And that judgment --

A.   Yeah.

Q.   -- and I would like to know since we have a -- Spin Capital.  Are you aware if Spin Capital has collected any money on that judgment?

A.   Not that I'm aware of, but that's a question for Spin Capital.

Q.   Are you aware whether Spin Capital has hired anyone to do collection work --

A.   Alan, you're getting into a very, very dangerous area, okay?  This is an area where --

Q.   I live for danger.

A.   -- your own client alleges that they own Spin Capital's rights.  So I'm -- and I'm not going to answer, without a Spin Capital attorney, any of these questions.  It's potentially a criminal area.  And it just -- you make absolutely no sense, when there's a document signed by your own client taking the position that them, along with Franklin, own all of Spin Capital's rights and now Franklin is denying it in front of a big judge.  There's an issue over there.  How am I going to answer these questions without me having a Spin Capital attorney?

Q.   Because I'm asking you what your knowledge is.

A.   There has to be a corporate rep- -- there has to be a ruling on the rights and then it has to be a Spin Capital attorney --

MR. TOPOLSKI:   Josh.  Josh.

BY MR. KARTEN:

Q.   Listen, all I'm trying to ascertain is the extent of your personal knowledge.  That's all I'm asking.  Are you aware if there was an attorney hired on behalf of Spin Capital to try to collect on the judgment against Bridgelink Engineering?

A.   I believe on all the Spin Capital judgments, there were attorneys on here.

Q.   Who is -- who is the current attorney representing --

A.   I don't recall.

Q.   You don't recall?

A.   No.

Q.   Are you not Spin Capital?

A.   I've dealt with over a hundred fucking attorneys.  Are you out of your mind?

Q.   So you have no -- you don't talk to an attorney about collecting the judgment?

A.   No, I don't know.  No.  This appears to be your only case.  Do you have any other cases ongoing or is this your only case, Mr. Karten?  I think this is your only case.  That -- that's what it's starting to sound like to me.

Q.   Josh, this is an $8 million judgment.

A.   I didn't ask about what the judgment is.  This appears --

Q.   Are you aware --

A.   -- to be your only case that you have ongoing.

Q.   Are you aware that Bridge Capital -- that Bridgelink appealed the judgment that Spin Capital obtained against it?

A.   I happened to be -- I think I am aware of that because there's a news article that I -- I won the

appeal, but other than that, I -- I don't know who the attorney was, no.

Q.    So you didn't -- you didn't -- after they won the appeal and your judgment was affirmed in -- let's see -- April 15, 2026, you didn't call the lawyer or speak to any lawyer?

A.    No.

Q.    No.

A.    I did not speak to no lawyer about this, no.

Q.    You didn't talk to anyone about how to collect on this judgment?

A.    No.  I'm keeping up about what's happening inside the news article, that's it.  And it's in front of Judge Kimball to -- to try to affirm that it's not usury in my contracts.  But other than that, no.  I've dealt with multiple -- a lot of attorneys.

        Mr. Karten, do you have any other cases ongoing or is this your only case?

Q.    Mr. Lubin, tell me about --

A.    I think it's -- I think it's your only case. Go ahead.  Yeah.

Q.    -- the Duval County foreign judgment proceedings --

A.    What?

Q.    -- in your name.

A.   What?

Q.   Are you not aware that you filed, or a lawyer filed on your behalf, in Duval County, which is Jacksonville, by the way, a foreign judgment proceeding on your behalf?

A.   No, I'm -- I'm unaware of that.  I'm not saying I didn't authorize it, but I'm unaware of it. These are collection attorneys.  You put them on and they do whatever they -- I don't know.

Q.   And you don't know who that attorney is?

A.   No.

Q.   Do you know what your agreement with that attorney is?

A.   It's usually a New York attorney and then they get other -- I don't -- every deal is different. Usually you make a deal with a New York attorney and then they split it with a foreign attorney.  I -- I don't know.

Q.   Do you have copies of your retainer agreements?

A.   It's possible.

Q.   Where would you have them?

A.   I would have to ask the attorneys.

Q.   So you wouldn't have it personally now?

A.   Mr. Karten, Spin Capital has me -- caused a

lot of damage the last four years.

Q.    This wasn't Spin Capital.  This was --

A.    What?

COURT REPORTER:  I'm sorry, I couldn't hear you, Mr. Karten.

BY MR. KARTEN:

Q.    This was not Spin Capital.  This lawsuit was filed on behalf of Mr. Lubin personally.

A.    Against who?

Q.    Look it up.  Tell me about --

A.    Against who?

Q.    -- the judgment --

MR. TOPOLSKI:  Objection to form.

BY MR. KARTEN:

Q.    -- you obtained in 2022 against Texas Medical in Ontario, New York?

A.    Hold on.  Where -- where is this personal judgment?  Wait.  Against who?

Q.    It's in Duval County.  It's public record. Let's move on.

A.    What's Duval County?  What state?

Q.    Jacksonville, Florida.

Tell me about the judgment -- are you aware of the judgment --

A.    Against who?

Q. -- that Spin Capital obtained against Texas Medical in Ontario, New York, November 14, 2022?

A. I don't know much about it. I don't think it ever -- yeah. Go ahead. That's a question for Spin.

Q. Have you tried to collect or have you collected on that judgment?

A. I -- I don't know if these judgments got collected on or not, but the money didn't end up in Spin -- in -- in -- to the best of my knowledge, Spin didn't get -- get the money. Yeah. Someone else alleging to be Spin take the money, possibly, I don't know. You ask -- you can like -- you -- this is -- yeah, this is not an area you should be going into.

Q. Are you aware of a judgment that Spin Capital and you individually obtained against KL Mining Operations, LLC, in Wyoming, a Wyoming corporation, November 14, 2022?

A. Me individually?

Q. Spin Capital and you individually against KL Mining Operations.

A. I'm not aware of it, no.

Q. So you wouldn't know who -- who's representing you or Spin?

A. No. This has to get investigated. I don't know -- I -- no. I'm sure there's a lot of things like

118

this out there.  Me individually or Spin?

Q.   So you're -- you're saying there are other lawsuits that you -- Spin Capital or you have obtained other judgments uncollected?

A.   These are questions for Spin to answer.

Q.   Well, who would you like me to subpoena from Spin Capital?

A.   You got to wait until there's a ruling on who owns Spin Capital's rights.

Q.   And who's going to make that ruling?

A.   I don't know, maybe subpoena your -- oh, I got a great idea.  Maybe subpoena the CEO of FVP.  He appears to think that he owns all of Spin Capital's rights according to a highly confidential agreement.  Why don't you subpoena your own client?  Ask him if he's investigating --

Q.   Okay.  So you're saying that --

A.   -- judgments and the -- the --

Q.   Are you indicating -- are you --

A.   Go subpoena Shia Bell (phonetic) from Franklin.

Q.   Are you indicating that you no longer own Spin Capital?

A.   No.  I think I fully own 100 percent of Spin Capital.

MR. TOPOLSKI:  Objection.  Asked and answered.

THE WITNESS:  Yeah.

BY MR. KARTEN:

Q.  Okay.  So you own a hundred percent of Spin Capital?

A.  And I think people played serious shenanigans. I'm not going to get into the serious shenanigans.

Q.  So if you own a hundred percent of Spin Capital, you can appear on behalf of Spin Capital and answer questions?

A.  With an attorney?

MR. TOPOLSKI:  Objection.

BY MR. KARTEN:

Q.  If you want to bring an attorney, that's your right.

A.  I think I will need a Spin Capital attorney if I was the corporate representative, and I think a lot of these questions cannot be answered until it is further investigated.

Q.  I have a series of questions to ask you going into the fraud that I think that you committed in the Teton Life.  Are you telling me that you're going to refuse to answer those or should I ask you the questions and you can refuse to answer them one by one?

MR. KARTEN:  Or, Scott, will you agree that I

can -- to a blanket objection so that we don't have to spend the next hour going through Teton Life?

MR. TOPOLSKI:  Yeah, I'm going to -- that's fine with a blanket objection as -- as to Teton Life.  Again, I think you can ask questions as to what property of Teton Life's -- or what property of his Teton Life may be holding or any moneys that Teton Life owes to him based on your current order.  But other than that, I'm -- I'm going to object at this point, particularly since I still need to respond to that order too.

MR. KARTEN:  Okay.

MR. TOPOLSKI:  So if you want it noted as a blanket objection, Alan, sure, that's fine.

MR. KARTEN:  All right, Scott.  Thank you.

MR. TOPOLSKI:  Yeah, yeah, absolutely.

BY MR. KARTEN:

Q.   Just to clarify the record for a second and maybe in this...

MR. TOPOLSKI:  We can't hear you, Alan.

MR. KARTEN:  I -- I was thinking.

MR. TOPOLSKI:  Oh, I thought I saw you --

MR. KARTEN:  You didn't hear the wheels going, huh?

MR. TOPOLSKI:  Yeah.  All good.

BY MR. KARTEN:

Q. You own 50 percent of Teton Life is your position?

A. I think, at minimum, it's 50 percent, yes.

Q. Okay. Let me rephrase it then. You own 50 percent or more of Teton Life?

A. It's a question for Teton Life.

Q. Okay. Your position is that you own 50 percent or more of Teton Life?

A. My position is that it's complex, there's just different rights in dispute and different parties --

Q. Is Teton --

A. -- in dispute and different interests in dispute.

Q. Is Teton Life trying to obtain --

A. I can give you a better answer in, like, six months from now.

Q. Is Teton Life trying to obtain a monetary judgment in the Foothills -- Golden Foothills case?

A. I don't think a monetary judgment. I think it's a summary judgment. But it doesn't need a monetary judgment.

Q. Okay. Are you --

A. A summary judgment would solve -- you don't -- for, like, judgment transfer stuff you don't need a

monetary judgment, you just need a summary judgment and the property becomes Teton Life's.

Q.   Okay.  Let me rephrase the question.  If Teton -- if --

A.   Succeeds on summary judgment?  Depending on how the Judge rules, potentially all the assets become Teton Life.

Q.   All right.  Let me ask the question though. You're jumping ahead.  Do you have an expectation or hope or wish, a desire, Teton Life will prevail in the Golden Foothills lawsuit and by virtue of your interest in Teton Life that you will --

A.   That's a question for Teton Life.  It's a question for Spin.  It's not -- I can't -- in six months I can give you a better answer.  I think it's a question for FVP too.  I have to put your own client under oath and ask him if he thinks that he owns any other rights to this lawsuit.

Q.   He's taken the position, clearly, that, you know, it's --

A.   That what?

Q.   I'm not -- I'm not going to say anything. Strike that from the record, please.

A.   Taking what position?  You signed a document that you believe that your party -- your client's

colluding partner owns all of Spin Capital's rights and now he's saying in front of a judge on the record that he doesn't think that's the case which I think creates judicial estoppel, but forget about that, it can create a lot worse, other liabilities.  I wonder what your client has to say about that.  Like, does he still believe that Franklin owns all of Spin Capital's rights, because their own attorneys are taking a reverse position now.

Q.   Who is Joseph Isaacov?

A.   Gabe's older -- I never did any business with him, so I don't know what --

Q.   Who is he?

A.   He's Gavriel's older brother.  I don't know where you got his name from.

Q.   And you never did any business with him?

A.   No.

Q.   What's your relationship with Cheetah Capital?

A.   I'm not sure exactly who Cheetah Capital is, to be honest.

Q.   You don't know who they are?

A.   I think they're affiliated with Gabe.  I -- I don't know.  I don't want to guess.

Q.   Why did you open a bank account for Teton Life, LLC?

A.   I don't know.  If I recall, maybe to operate Teton.  I -- I -- that's a question for Teton Life.  You need a bank account to operate.

MR. TOPOLSKI:  Yeah, I -- I have the same objection that I had.  Again, it seems to be going into Teton Life's assets.

MR. KARTEN:  No, I'm showing his control over Teton Life.  But that's -- whatever.

THE WITNESS:  There's no money that ever got distributed from that bank account.  It only got paid to the receiver.

BY MR. KARTEN:

Q.   From Teton Life?  That's your testimony?

A.   I'm pretty sure that the only money that -- no money ever came from Teton Life to me.  It all went to a receiver.  It's a little mixed up because it says from Spin and then maybe Teton Life reimbursed Spin money, a few million dollars that Spin laid out.  I don't fully know the -- the details.  But these are questions for the entities.

Actually, you know, I have two motions for in camera review for the fraudulent settlement that your -- your client signed so -- in front of some big judges, so we'll -- we'll see what -- what position your client wants to take under oath over there.

Q.   Who is Isaacov Investment?

A.   I have no idea, but it sounds like affiliated with Mr. Isaacov.

Q.   Who is Redstone Advance, Inc.?

A.   I -- how am I supposed to answer questions for entities I have no affiliation with, they're not under a deposition?  It's some -- I think it's related to Mr. Isaacov, but, like, why -- how am I supposed to answer if --

Q.   Do you know who they are?

A.   -- I never seen an operating agreement, I never seen the tax returns?

Q.   Do you know who they are?

A.   I know people affiliated with them.  I don't know exactly how they operated.

Q.   Who are those people?  Who are those people?

A.   I think Mr. Isaacov is affiliated with it.

Q.   Did you ever receive money from Redstone Advance, you or Spin Capital?

A.   It's possible I did.

Q.   Who's Maga Equities, LLC?

A.   I don't know.  I never -- I don't recall the name.

Q.   How about RMF Capital, Inc.?

A.   I don't recall that name either.

Q.    In late 2025 you received two large, what I would call substantial amounts of money into your bank account, I believe almost 40- or $50,000.  Do you recall that?

A.    No.  Alan, there's a mess over there and it's going to take me time to figure out myself what's going on.  It appears you didn't do any of your own due diligence on your own client, but that -- that's a you problem.  I need to do due diligence and figure out what the hell is going on over there because there's a lot that I don't know.

Q.    Okay.

A.    It means there's a lot the entities don't know themselves.  People played some -- some real shenanigans over there.

Who's the judgment against in Duval County?

Q.    You can look it up.

A.    What, you don't want to give it to me, what's potentially a -- your client?  With Franklin?  And you don't even know yourself.

Q.    So Spin Capital, in April of 2026, had a bank account at Bank of America with a little over $82,000.  What happened to that money?

A.    I don't recall.

Q.    How do you pay your bills today?

A.   I've been struggling.  What do you mean?

Q.   Are you in debt?

A.   Yeah, I have some -- I have a few hundred thousand dollars in credit card debt.

MR. TOPOLSKI:  Well, he has an $8 million judgment against him.

THE WITNESS:  Oh, yeah, that right there. Yeah.

MR. KARTEN:  Besides the judgment.

MR. TOPOLSKI:  I mean, I would consider that debt, but...

BY MR. KARTEN:

Q.   I'm just trying to find one thing.  All right. Give me a second.

Okay.  At one point was Teton Life doing business as Spin Capital?

A.   They may have had a d/b/a set up to send the -- to fund the receiver like that.  I'm not sure.  They didn't have an operating agreement like that, but I -- I don't -- that's a question for Teton Life and Spin.

Q.   And who is Teton Life?  Who's their custodian of records?

MR. TOPOLSKI:  Object to the form.

BY MR. KARTEN:

Q.   Who's the custodian of records for Teton Life?

A.    I don't know.  That question's above my pay grade.

Q.    Well, when you opened the bank account, Teton Life and Optimum Bank, in 2023 -- February 18, 2023, correct?

A.    Yeah.  I don't think there was an operating agreement.

Q.    I didn't say there was an operating agreement.

A.    Okay.  So what's your question?

Q.    You opened a bank account on behalf of Teton Life, LLC, doing business as Spin Capital.

A.    You can send a wire as Spin Capital because the receivership is stayed.

Q.    Yeah, I'm just asking if you did that.

A.    I think something like that was done.  This way it didn't confuse the receiver before it was -- yeah, the intention, I think, was to assign it to Teton Life and -- before the assignment was in effect to keep it separated.  I -- I -- yeah, going back a long time.

Q.    Okay.  And you opened it up and you made a deposit for $200,000?

A.    I don't remember.  These are questions for Teton Life.

Q.    Well, they're not really because I have the documents right here.

A.   That's still questions for Teton Life.

Q.   Well, you're the one who signed all these, not that person.

A.   That's still --

Q.   Do you have it in front of you?

A.   That's still questions for Teton Life.

Q.   See where it says the contact person, Avrumi Lubin, it's a holding company for assets in litigation for legal fees, $200,000 deposit?  Do you recall any of that?

A.   For who?  For my individual legal fees or for Teton Life's legal fees?

Q.   You tell me.

A.   Yeah, these are questions for Teton Life.

MR. TOPOLSKI:  Again, yeah, I'm going to -- I'm going to renew my -- my standing objection as it relates to Teton Life.  He clearly was signing that on behalf of Teton Life, not on behalf of himself individually.

BY MR. KARTEN:

Q.   Okay.  We'll go back to the beginning of it then.  So the only authorized signer apparently was you, correct?

A.   I -- I don't remember, but you see this is before the FVP lawsuit even started.  I think the

intention was to assign it to Teton Life, but I can't answer these questions.  You got to -- these are questions for Teton Life.

Q.    But who would I subpoena from Teton Life to answer these questions?

A.    Alan, in six months from now, I'm hoping to have this on guardrails.  You won't even have to subpoena me.  All these answers will be on its face and I -- yeah, in the record on dockets, whether it's a new docket or -- yeah.

Q.    All right.  We'll get into it.  Who's Taylor Lolya?

A.    I have no idea.

Q.    Okay.  So there was an email reflecting that there was a holding company with potential assets in litigation.  What does that mean?

A.    That would be a question for Teton Life. Maybe the intention was --

Q.    What do you understand that to mean?

A.    These are questions for Teton Life.  It's possible maybe Teton -- the intention was, is that Teton Life was going to take assignee of this one asset that's related to life insurances and life -- life settlements, which is where the name came from.

MR. TOPOLSKI:  I'm going to -- I'm going to

renew the standing objection for Teton Life.  I can't tell from that whether the assets that it's talking about are Teton Life's assets which, as of right now, is not a subject of the post-judgment proceeding, its assets.

BY MR. KARTEN:

Q.   So does Teton Life, to your knowledge, still have a bank account at Optimum Bank?

MR. TOPOLSKI:  Objection.  I'm going to again instruct the witness not to answer.

MR. KARTEN:  Okay.  All right.  Give me two minutes and then --

MR. TOPOLSKI:  Sure, of course.

MR. KARTEN:  -- I may be done.

THE WITNESS:  And then we're done?

MR. KARTEN:  I don't know.  Relax.

MR. TOPOLSKI:  He just -- he needs to go through his notes, Josh.

COURT REPORTER:  Did you want to go off the record, Mr. Karten?

MR. KARTEN:  No.  I won't be that long.

COURT REPORTER:  Okay.

MR. KARTEN:  What I really needed to go into I haven't been able to go into because of the standing objection.

Scott, I'm going to assume -- I have a number of questions regarding the operating and amended operating agreements for Teton Life.

MR. TOPOLSKI:  Yeah.

MR. KARTEN:  I'm assuming that your objection will --

MR. TOPOLSKI:  Well, I mean, you have the documents.  I mean, I can't stop you from asking questions about the documents, Alan.  Again, to the extent that we -- we veer into questions with respect to the assets of Teton Life, I'll have a standing objection.  But I'm assuming these documents were produced to you, and if they were produced to you, I think you -- you can certainly ask questions and can take it, I guess, question by question.  I mean, you sent me a portion --

MR. KARTEN:  The operating agreement -- the operating agreement I believe was produced in the Foothills Insurance case and the amended --

MR. TOPOLSKI:  Oh, okay.

MR. KARTEN:  -- the amended operating agreement I believe Mr. Lubin produced in response to a motion, if I recall.

MR. TOPOLSKI:  Yeah.

MR. KARTEN:  If I'm incorrect, Mr. Lubin, let

me know.

THE WITNESS:  It was produced in the New York action and I think I produced it as a limited objection.

MR. KARTEN:  Yeah, that's what my recollection is too, so...

BY MR. KARTEN:

Q.   Mr. Lubin, there's a reference in -- in the operating agreement to a Redstone loan, letter of agreement for 4,100,000 from Redstone Advance.

A.   I haven't seen it.

Q.   What is that about?

A.   That's a question for Teton.

MR. TOPOLSKI:  Yeah, that -- that aspect I do have an issue with.  Yeah.

MR. KARTEN:  Okay.  I just want to be sure.

MR. TOPOLSKI:  Yeah, that -- that one I would. I mean, I -- I know that they were produced because they probably were required to be produced, the actual operating agreements.  But going beyond that, yeah, that -- that I do have an issue with.

THE WITNESS:  I don't think they were required to, I think, yeah, okay.

BY MR. KARTEN:

Q.   Mr. Yitzchakov filed an affidavit stating that

he advanced $3.6 million to Teton Life. Is that true?

A. That's a question for Teton Life and that issue's in dispute.

MR. TOPOLSKI: Same objection.

MR. KARTEN: I was waiting for that. Thank you.

BY MR. KARTEN:

Q. Does Teton Life -- apart from Scott. Does Teton Life have other counsel that you're aware of anywhere?

A. I believe it has an attorney in New York.

Q. Do you know who that is?

A. The name of the firm?

Q. Sure.

A. I think that's Schlam Stone or something. I have to double-check.

Q. And when's the last time you had communication with Gabe?

A. In the last few weeks.

Q. And what was the communications about?

A. It's irrelevant.

Q. No, it's not. Was it about the litigation?

A. Is your client -- is your client in cahoots with him?

Q. Was it about the litigation?

A.    No.  It was trying to -- trying to work the resolution and nothing to do with -- yeah.

Q.    Resolution of the Foothills case?

A.    It's irrelevant.  I don't know if I'm legally allowed to talk about it, first of all.

Q.    You have a confidentiality agreement with Mr. -- with Gabe?

A.    I don't, but this information I think is confidential.

Are you in contact with Mr. Isaacov?

Q.    I'm sorry?

A.    Are you in contact with him, your client or his attorney?

Q.    That would be work product.

A.    That would be collusion, that's what it would be.

Q.    If you say so.

A.    No, I have the operating agreement.  You see what it says.

Q.    I have both operating agreements.

A.    I think we got to get -- I think we got to get you under oath, your client.  It appears you don't know much.  At least you're pretending to not know anything about this case.

Q.    I'm just trying to find assets, Mr. Lubin.

All right.  Does -- does Gabe --

A.    Oh, Judge Shumara -- Subramanian just granted a motion to review the FVP, Franklin, and Hi Bar settlement agreement.  He's one of the biggest up-and-coming Southern District judges.  Granted at 12:52 p.m. Eastern Time.  I have to get this over to him right away.

Q.    I have no idea what you're talking about.

A.    What?

Q.    I have no idea what you're talking about.

A.    I'm just making you aware.  He wants to see the -- the --

Q.    Of what?

A.    He believes that your client and Franklin and Hi Bar committed crimes and wants to look at the agreement.

Q.    I don't have any idea.  I have nothing to do with that case.

A.    All of sudden you have nothing to do with it, but aren't you representing FVP in this action?

Q.    In this case, yes.

A.    For in camera review he just ordered me.  I have to turn it over, right?  I would get into trouble if I didn't.

Q.    He ordered you to turn it over?

A.   To turn over the FVP, Franklin, Hi Bar, the one that references this case, the --

Q.   Well, what is it -- why don't you read the order into the record so I know what it says?

MR. TOPOLSKI:  No, no, no.  Let's -- let's move forward.  Let's move forward.

THE WITNESS:  Yeah.  I have to turn it over in an envelope under seal.

BY MR. KARTEN:

Q.   That's great.

A.   Yeah.  Fear for you guys.

Q.   Do you know where I can find the principals of Hi Bar Capital?

A.   Yeah.  Ask Jerry Breslin.

Q.   Do you know where I can find the principals of Hi Bar?

A.   No.  They screwed me.  You guys are in cahoots with them.  Why are you asking me?  You don't have Jerry's contact information?  I'm going to try to -- I'm going to try to get some radion to drag you to the Mother Court, that's what I'm going to do, legally.

Q.   Very good.

A.   That would be great, huh?

MR. KARTEN:  All right.  I wanted to go into Teton Life, but let's not waste time, plus we'll go

from here, do a motion to compel.  So I think we're going to -- subject to the fact that I'm going to request an order compelling him to answer deposition questions concerning Spin, Teton Life, et cetera, et cetera, we'll adjourn --

MR. TOPOLSKI:  Okay.

MR. KARTEN:  -- with the understanding that if I get an order compelling it, we'll reconvene. Fair enough?

MR. TOPOLSKI:  Fair enough.  I'm assuming you're ordering in light of that, Alan?

MR. KARTEN:  Yes.

MR. TOPOLSKI:  Madam Court Reporter -- do you have all of my information, by the way?

COURT REPORTER:  I do not, sir.  If you could please put it in the chat.

MR. TOPOLSKI:  Hold on.  Okay.  Now let me just --

COURT REPORTER:  And also your assistant's information, that would be great.

MR. TOPOLSKI:  I'm not -- I don't know if I'm that quick a typer, but I'll try.

MR. KARTEN:  Oh, you're like me.

MR. TOPOLSKI:  I'm -- you know, I was a journalism major as an undergraduate, so back then

I typed quite a bit.

MR. KARTEN:  Seriously?  I was a journalism major too.

COURT REPORTER:  Are we off the record?

MR. TOPOLSKI:  Yeah, we can be off the record. Yeah, that's fine.

THE VIDEOGRAPHER:  Going off the record at 12:57 p.m.

(Discussion had off the video record:)

MR. TOPOLSKI:  I'm with GrayRobinson, Miss Court Reporter.  We will take a copy.  I just need the E version.  I don't need hard versions or anything like that.  And we will read.

COURT REPORTER:  Okay.

MR. KARTEN:  And I want a copy of the depo, but I don't need the video yet, I guess.

MR. TOPOLSKI:  Yeah, I don't need -- I definitely don't need the video.

Just email it to me, Christine, at the email address, you can copy my assistant, and we'll read. That's fine.

(The deposition was adjourned at 12:57 p.m.)

(The reading and signing of this deposition is not waived.)

140

CERTIFICATE OF OATH


STATE OF FLORIDA )
                        SS.
COUNTY OF BROWARD)


      I, CHRISTINE L. HANNER, Notary Public in and for

the State of Florida at Large, do hereby certify that

AVRUMI "JOSH" LUBIN appeared remotely before me on this

15th day of June 2026, provided proof of identification,

and was by me duly sworn.

      Identification Produced: New Jersey driver's

license.




_Christine L. Hanner_
CHRISTINE L. HANNER, Notary Public
State of Florida at Large

CERTIFICATE OF REPORTER

STATE OF FLORIDA )
                 SS.
COUNTY OF BROWARD)

I, CHRISTINE L. HANNER, Certified Court Reporter, do hereby certify that I was authorized to and did stenographically report the deposition of AVRUMI "JOSH" LUBIN; that a review of the transcript was requested; and that the foregoing transcript, pages 1 through 139 inclusive, is a true and correct record of my stenographic notes.

I FURTHER CERTIFY that I am not a relative or employee of any of the parties, nor relative or employee of such attorney or counsel, or financially interested in the foregoing action.

This certification does not apply to any reproduction of the same by any means unless under the direct control and/or direction of the reporter.

DATED this 28th day of July 2026.

CHRISTINE L. HANNER,
Court Reporter

July 28, 2026

TO:  Avrumi "Josh" Lubin
     Scott J. Topolski, Esquire

RE:  FVP OPPORTUNITY FUND III, L.P., et al. v. AVRUMI
LUBIN, et al.

     At the conclusion of your deposition given in the above-styled cause you indicated you wished to read and sign the transcript.

     This letter is to advise you that your deposition is ready, and we ask that you call our office at (954)764-7297 at your earliest convenience to make arrangements for reading and signing.

     If you are a party in this action and your attorney has ordered a copy of this transcript, you may wish to read their copy and forward to us a copy of your signed correction sheet.

     It is necessary that you do this as soon as possible, or no later than 30 days from the date of this letter.

     If you wish to waive reading and signing of the transcript, please sign below and return this letter to our office.

     Thank you for your prompt attention.


     I wish to waive reading and signing:

     _____Date_____.
     AVRUMI "JOSH" LUBIN


             Very truly yours,
             Prestige Reporting Service, Inc.
             PO Box 267967
             Weston, Florida  33326
             production@prestigereportingservice.com




BY:  Christine L. Hanner

143

RE:  FVP OPPORTUNITY FUND III, L.P., et al. v. AVRUMI LUBIN, et al.

WITNESS:  AVRUMI "JOSH" LUBIN          DATE:  6/15/26

     Under penalties of perjury, I, the undersigned, do hereby certify that I have read the foregoing deposition, or have had it read to me, and that to the best of my knowledge said deposition is:

     ____ True and accurate; or

     ____ Except for changes and/or corrections below, if any, as indicated by me on the DEPOSITION ERRATA SHEET hereof, with the understanding that I offer these changes as if still under oath.

     Signed on the ____ day of _____, 20___.


     _____
     AVRUMI "JOSH" LUBIN

144

DEPOSITION ERRATA SHEET


Page No. _____   Line No. _____   Change to: _____

_____

Reason for change:_____

Page No. _____   Line No. _____   Change to: _____

_____

Reason for change:_____

Page No. _____   Line No. _____   Change to: _____

_____

Reason for change:_____

Page No. _____   Line No. _____   Change to: _____

_____

Reason for change:_____

Page No. _____   Line No. _____   Change to: _____

_____

Reason for change:_____

Page No. _____   Line No. _____   Change to: _____

_____

Reason for change:_____




Signature:_____Date: _____
          AVRUMI "JOSH" LUBIN

DEPOSITION ERRATA SHEET


Page No. _____   Line No. _____   Change to: _____

_____

Reason for change:_____

Page No. _____   Line No. _____   Change to: _____

_____

Reason for change:_____

Page No. _____   Line No. _____   Change to: _____

_____

Reason for change:_____

Page No. _____   Line No. _____   Change to: _____

_____

Reason for change:_____

Page No. _____   Line No. _____   Change to: _____

_____

Reason for change:_____

Page No. _____   Line No. _____   Change to: _____

_____

Reason for change:_____


Signature:_____Date: _____
          AVRUMI "JOSH" LUBIN