Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  26–17342–EJO
Chapter:  11
Judge:  Eamonn James O'Hagan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Avrumi Lubin
  aka Josh Lubin
  1460 Arboretum Parkway
  Lakewood, NJ 08701

Social Security No.:
  xxx–xx–4839

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 8/20/26 at 10:00 AM

to consider and act upon the following:

*62* – Motion re: Appointment of a Chapter 11 Trustee Filed by FVP Investments LLC, FVP Opportunity Fund III, LP, FVP Servicing, LLC.. (Attachments: # 1 Memorandum of Law # 2 Declaration of Alan Karten, Esq. # 3 Exhibits A – L # 4 Exhibits M – W # 5 Proposed Order) (Mara, Jennifer)

Dated: 7/30/26

Jeanne Naughton
Clerk, U.S. Bankruptcy Court