**BALDASSARE & MARA, LLC**
75 Livingston Avenue, Suite 101
Roseland, NJ 07068
T: (973) 604-6686
F: (973) 556-1071
E: JMara@mabalaw.com

**SCHWARTZ | BRESLIN, PLLC**
The DuPont Building, 169 East Flagler Street, Suite 700
Miami, Florida 33131
T: 305-577-4626
F: 305-577-4630
E: JB@JSJB.Law | EService@JSJB.Law

*Attorneys for Creditors*
*FVP Servicing, LLC,*
*FVP Opportunity Fund III, LP,*
*and FVP Investments LLC*

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: <br><br> AVRUMI LUBIN a/k/a Josh Lubin, <br><br> Debtor. | Case No.: 26-17342-EJO <br> Chapter 11 |

## <u>CERTIFICATION OF SERVICE</u>

1.      I, Jennifer Mara, Esq., represent FVP Servicing, LLC, FVP Opportunity Fund III, LP, and FVP Investments LLC in this matter.

2.      On July 29, 2026, copies of the following pleadings were sent via email to josh@tetonfunding.com: Notice of Motion of FVP for Appointment of a Chapter 11 Trustee; Memorandum of Law; Declaration of Alan I. Karten, Esq. and Exhibits; Proposed Order; and Amended Memorandum of Law.

3.      On July 30, 2026, copies of the following pleadings were sent via Federal Express to Avrumi Lubin a/k/a Josh Lubin, 1460 Arboretum Parkway, Lakewood, NJ 08701: Notice of Motion of FVP for Appointment of a Chapter 11 Trustee; Memorandum of Law; Declaration of Alan I. Karten, Esq. and Exhibits; Proposed Order; and Amended Memorandum of Law.

4.      I certify under penalty of perjury that the above documents were sent using the modes of service indicated.

Dated: July 30, 2026                                    */s/ Jennifer Mara*
                                                        Jennifer Mara, Esq.