**BALDASSARE & MARA, LLC**
75 Livingston Avenue, Suite 101
Roseland, NJ 07068
T: (973) 604-6686
F: (973) 556-1071
E: JMara@mabalaw.com

*Attorney for Plaintiffs*
*FVP Servicing, LLC,*
*FVP Opportunity Fund III, LP,*
*and FVP Investments LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In Re:<br><br>AVRUMI LUBIN a/k/a Josh Lubin,<br><br>Debtor. | Case No.: 26-17342-EJO<br>Chapter 11 |

**NOTICE OF MOTION FOR ADMISSION PRO HAC VICE**

**PLEASE TAKE NOTICE** that Plaintiffs FVP Servicing, LLC, FVP Opportunity Fund III, LP, and FVP Investments LLC, by and through counsel, Baldassare & Mara, LLC, shall move before the Honorable Eamonn J. O'Hagan, U.S.B.J. on a date and time to be fixed by the Court, for the entry of an Order pursuant to Local Civil Rule 101.1(c), admitting Jonathan Schwartz, Esq., a member in good standing of the bar of the State of Florida, as counsel *pro hac vice* in this matter.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Plaintiffs shall rely upon the accompanying Certifications of Jennifer Mara, Esq. and Jonathan Schwartz, Esq.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that all counsel of record consent to the *pro hac*

*vice* admission of Jonathan Schwartz, Esq.

**BALDASSARE & MARA, LLC**

Dated: August 6, 2026

By:    */s/ Jennifer Mara*
       Jennifer Mara, Esq.
       75 Livingston Avenue, Suite 101
       Roseland, New Jersey 07068
       T: (973) 604-6686
       F: (973) 556-1071
       E: JMara@mabalaw.com

       *Attorneys for Plaintiffs*
       *FVP Servicing, LLC,*
       *FVP Opportunity Fund III, LP,*
       *and FVP Investments LLC*