**BALDASSARE & MARA, LLC**
75 Livingston Avenue, Suite 101
Roseland, NJ 07068
T: (973) 604-6686
F: (973) 556-1071
E: JMara@mabalaw.com

*Attorneys for Plaintiffs*
*FVP Servicing, LLC,*
*FVP Opportunity Fund III, LP,*
*and FVP Investments LLC*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>AVRUMI LUBIN a/k/a Josh Lubin,<br><br>      Debtor. | Case No.: 26-17342-EJO<br>Chapter 11 |

### [PROPOSED] ORDER

**THIS MATTER** having come before the Court upon the application of Plaintiffs FVP Servicing, LLC, FVP Opportunity Fund III, LP, and FVP Investments LLC, by and through counsel (Jennifer Mara, Esq., appearing), for an Order granting the admission *pro hac vice* of Jonathan Schwartz, Esq. of Schwartz | Breslin, PLLC, in this matter; and the Court having considered the submission of the parties; and for good cause shown;

**IT IS** on this _____ day of _____, 2026, hereby

**ORDERED** that Jonathan Schwartz, Esq., a member in good standing of the bar of the State of Florida, be permitted to appear *pro hac vice* in the above-captioned matter pursuant to L. Civ. R. 101.1(c), provided that all proceedings, briefs, and other papers filed with the Court shall be signed by Jennifer Mara, Esq., who is a member in good standing of the bar of the State of New Jersey and the bar of this Court, who shall be responsible for said papers and for the conduct of

the case and who shall be present before the Court during all phases of these proceedings, unless expressly excused by the Court, as well as be held responsible for the conduct of the attorney admitted *pro hac vice* pursuant to this Order; and it is

**FURTHER ORDERED** that Jonathan Schwartz, Esq. shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2 within twenty (20) days of receipt of the entry of this Order; and it is

**FURTHE ORDERED** that Jonathan Schwartz, Esq. shall pay $250.00 to the Clerk of the United States District Court for the District of New Jersey in satisfaction of the fee for admission *pro hac vice* in accordance with L. Civ. R. 101.1(c)(3) within ten (10) days of receipt of entry of this Order; and it is

**FURTHER ORDERED** that Jonathan Schwartz, Esq. shall be bound by the Local Civil Rules of the United States District Court for the District of New Jersey, including but not limited to, the provisions of L. Civ. R. 103.1, which governs professional responsibility, and L. Civ. R. 104.1, governing the discipline of attorneys.

_____
HON. EAMONN J. O'HAGAN
UNITED STATES BANKRUPTCY JUDGE

2