**BALDASSARE & MARA, LLC**
75 Livingston Avenue, Suite 101
Roseland, NJ 07068
T: (973) 604-6686
F: (973) 556-1071
E: JMara@mabalaw.com

*Attorneys for Plaintiffs*
*FVP Servicing, LLC,*
*FVP Opportunity Fund III, LP,*
*and FVP Investments LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In Re:<br><br>AVRUMI LUBIN a/k/a Josh Lubin,<br><br>Debtor. | Case No.: 26-17342-EJO<br>Chapter 11 |

**CERTIFICATION OF JENNIFER MARA, ESQ.**

**JENNIFER MARA, ESQ.** of full age, hereby certifies as follows:

1.      I am attorney-at-law of the State of New Jersey and a partner in the law firm of Baldassare & Mara, LLC. Our firm is counsel for Plaintiffs FVP Servicing, LLC, FVP Opportunity Fund III, LP, and FVP Investments LLC ("Plaintiffs") in the above-captioned matter.

2.      I submit this certification in support of the application for the admission *pro hac vice* of Jonathan Schwartz, Esq. of Schwartz | Breslin, PLLC, pursuant to Local Civil Rule 101.1(c), for the purpose of appearing and participating on behalf of Plaintiffs in this matter.

3.      I am a member in good standing of the bar of the State of New Jersey and of the United States District Court for the District of New Jersey.  I or another attorney at Baldassare & Mara, LLC, who is a member in good standing of the bar of the State of New Jersey and of the United States District Court for the District of New Jersey, will sign all pleadings filed with the

Court on behalf of Plaintiffs in this matter and will be present for all appearances before the Court unless previously excused from appearing by the Court.

4.      I will ensure that the proposed *pro hac vice* attorney Jonathan Schwartz, Esq. complies with Local Civil Rule 101.1(c).

5.      It is respectfully requested that the Court enter an order admitting Jonathan Schwartz, Esq., *pro hac vice* in accordance with the provisions of Local Civil Rule 101.1(c).

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully,

**BALDASSARE & MARA, LLC**

Dated: August 6, 2026

By:   */s/ Jennifer Mara*
      Jennifer Mara, Esq.

2