**BALDASSARE & MARA, LLC**
75 Livingston Avenue, Suite 101
Roseland, NJ 07068
T: (973) 604-6686
F: (973) 556-1071
E: JMara@mabalaw.com

*Attorneys for Plaintiffs*
*FVP Servicing, LLC,*
*FVP Opportunity Fund III, LP,*
*and FVP Investments LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In Re:<br><br>AVRUMI LUBIN a/k/a Josh Lubin,<br><br>           Debtor. | Case No.: 26-17342-EJO<br>Chapter 11<br><br>**CERTIFICATION OF**<br>**JONATHAN N. SCHWARTZ, ESQ.** |

**JONATHAN NOAH SCHWARTZ, ESQ.** of full age, hereby certifies as follows:

1. I am an attorney and partner in the law firm of Schwartz | Breslin, PLLC in Miami, Florida. I make this certification in support of my application for admission *pro hac vice* in this matter pursuant to Local Civil Rule 101.1(c).

2. I am a member in good standing of the State Bar of Florida (2019), and am also a member in good standing and eligible to practice before the United States District Court for the Southern District of Florida (2020).

3. The office in Florida that maintains the roll of attorneys in good standing is:

The Florida Bar
651 East Jefferson Street
Tallahassee, FL 32399

4. There are no disciplinary proceedings pending against me as a member of the bar of

any jurisdiction, and I am not now, nor ever have been, subject to suspension of disbarment by the bar of any court.

5.   I have been requested by Plaintiffs FVP Servicing, LLC, FVP Opportunity Fund III, LP, and FVP Investments LLC to assist our local counsel in the litigation of this matter.  My participation in this case through my admission *pro hac vice* will facilitate the orderly representation of my client's interests in this matter.

6.   I am aware that if I am admitted *pro hac vice*, I must make payment to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2(a) for each year in which I continue to represent a client in any matter pending in this court.  I am also aware that Local Civil Rule 101.1(c) requires payment of $250 to the Clerk of this Court in connection with my admission for this case.

7.   I am further aware that, if admitted *pro hac vice*, I am within the disciplinary jurisdiction of this Court.

8.   I will abide by Local Civil Rule 101.1(c) for the District of New Jersey.

9.   Jennifer Mara, Esq., is counsel of record for Plaintiffs in this action, and if this motion is granted, all notices, orders and pleadings may be served upon her law firm, Baldassare & Mara, LLC.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 5, 2026

Jonathan Schwartz, Esq.

2