**BALDASSARE & MARA, LLC**
75 Livingston Avenue, Suite 101
Roseland, NJ 07068
T: (973) 604-6686
F: (973) 556-1071
E: JMara@mabalaw.com

*Attorney for Creditors*
*FVP Servicing, LLC,*
*FVP Opportunity Fund III, LP,*
*and FVP Investments LLC*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| In Re: | Case No.: 26-17342-EJO<br>Chapter 11 |
| AVRUMI LUBIN a/k/a Josh Lubin, | |
| Debtor. | |

## CERTIFICATION OF SERVICE

1.      I, Jennifer Mara, Esq., represent FVP Servicing, LLC, FVP Opportunity Fund III, LP, and FVP Investments LLC in this matter.

2.      On August 6, 2026, copies of the following pleadings were sent via First Class Mail to Avrumi Lubin a/k/a Josh Lubin, 1460 Arboretum Parkway, Lakewood, NJ 08701: Notice of Appearance of Michael Baldassare, Esq. for FVP Servicing, LLC, FVP Opportunity Fund III, LP, and FVP Investments LLC; Notice of Motion of FVP for Admission Pro Hac Vice for Jonathan Schwartz, Esq.; Certification of Jennifer Mara, Esq.; Certification of Jonathan Schwartz, Esq.; and Proposed Order.

3.    I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: August 6, 2026

/s/ *Jennifer Mara*
Jennifer Mara, Esq.