**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF NEW JERSEY**

IN THE MATTER OF:                               Chapter 11
Avrumi Lubin,                                   Case No.: 26-17342 (EJO)

Debtor.

---

**STATEMENT THAT UNSECURED CREDITORS**
**COMMITTEE HAS NOT BEEN APPOINTED**

---

**TO: THE CLERK OF THE BANKRUPTCY COURT**

As of the date of this statement, a committee of unsecured creditors has not been appointed by the UNITED STATES TRUSTEE.

( )     Debtor's petition/schedules reflect less than three unsecured creditors (excluding insiders and governmental agencies).

**(X)     No unsecured creditor responded to the United States Trustee solicitation to serve on the committee.**

( )     Insufficient response to the United States Trustee solicitation to serve on the committee.

( )     No unsecured creditor interest.

( )     Non-operating debtor-in-possession - No creditor interest.

( )     Application to convert to Chapter 7 or to dismiss pending.

( )     Converted or dismissed.

**ANDREW R. VARA**
**UNITED STATES TRUSTEE**
**REGIONS 3 & 9**

*/s/     Lauren Bielskie*
Lauren Bielskie
Acting Assistant United States Trustee

DATED: 8/12/26

Rachel Wolf
Trial Attorney