**BALDASSARE & MARA, LLC**
75 Livingston Avenue, Suite 101
Roseland, NJ 07068
T: (973) 604-6686
F: (973) 556-1071
E: JMara@mabalaw.com

**SCHWARTZ | BRESLIN, PLLC**
The DuPont Building, 169 East Flagler Street, Suite 700
Miami, Florida 33131
T: 305-577-4626
F: 305-577-4630
E: JB@JSJB.Law | EService@JSJB.Law

*Attorneys for Plaintiffs*
*FVP Servicing, LLC,*
*FVP Opportunity Fund III, LP,*
*and FVP Investments LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In Re:<br><br>AVRUMI LUBIN a/k/a Josh Lubin,<br><br>Debtor. | Case No.: 26-17342-EJO<br>Chapter 11 |

**NOTICE OF FILING JUDICIAL ORDER OF THE DISTRICT COURT OF APPEAL <u>OF THE STATE OF FLORIDA, FOURTH DISTRICT</u>**

FVP Opportunity Fund III, L.P., FVP Investments, LLC, and FVP Servicing, LLC (collectively, the "FVP Parties"), by and through undersigned counsel, respectfully notify this Court of the Order of the District Court of Appeal of the State of Florida, Fourth District (the "Fourth District") directed to the FVP Parties as well as the Debtor to "file a status report…regarding the status of obtaining a comfort order." **<u>Exhibit A</u>.**

The FVP Parties have advised the Fourth District of the hearings scheduled in this matter on September 17, 2026.

Respectfully,

**BALDASSARE & MARA, LLC**

Dated: August 17, 2026

By: */s/ Jennifer Mara*
Jennifer Mara, Esq.
75 Livingston Avenue, Suite 101
Roseland, New Jersey 07068
T: (973) 604-6686
F: (973) 556-1071
E: JMara@mabalaw.com

Jerrell Breslin, Esq. (*pro hac vice*)

*Attorneys for Plaintiffs*
*FVP Servicing, LLC,*
*FVP Opportunity Fund III, LP,*
*and FVP Investments LLC*