# Exhibit A

**IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA**
**FOURTH DISTRICT, 110 SOUTH TAMARIND AVENUE, WEST PALM BEACH, FL 33401**

August 14, 2026

| | |
|---|---|
| AVRUMI LUBIN a/k/a JOSH LUBIN *W*,<br>Appellant(s),<br>v.<br><br>FVP OPPORTUNITY FUND III, L.P., et al.,<br>Appellee(s). | **CASE NO. - 4D2026-1512**<br>**TRAVEL TOGETHER NO. - 4D2025-3564**<br>L.T. No. - 062022CA005125AXXXCE |

**BY ORDER OF THE COURT:**

ORDERED that the parties are directed to file a status report, within ten (10) days from the date of this order, regarding the status of obtaining a comfort order.

Served:
Jerrell A Breslin
Patrick Richard Dorsey
Alan Ira Karten
Avrumi Lubin *W*
Jonathan Schwartz

KEH

**I HEREBY CERTIFY** that the foregoing is a true copy of the court's order.

4D2026-1512 August 14, 2026

**LONN WEISSBLUM, Clerk**
**Fourth District Court of Appeal**

4D2026-1512 August 14, 2026

DISTRICT COURT OF APPEAL
SAT CITO SI RECTE
FOURTH DISTRICT
STATE OF FLORIDA