**Order Filed on August 21, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In Re:<br><br>AVRUMI LUBIN<br>AKA JOSH LUBIN,<br><br>Debtor. | Case No.: 26-17342-EJO<br>Chapter: 11<br>Hearing Date: August 6, 2026<br>Judge: Eamonn J. O'Hagan |

**ORDER RE: MOTION TO VACATE**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 21, 2026**

Honorable Eamonn J. O'Hagan
United States Bankruptcy Judge

---

Upon consideration of the **Motion to Vacate** (the "Motion") [ECF No. 33] filed by Jennifer Mara, Esquire, on behalf of FVP Investments, LLC, FVP Opportunity Fund II LP, FVP Servicing, LLC (the "Movants"), together with the opposition filed thereto [ECF No. 44] by the Debtor, Avrumi Lubin aka Josh Lubin, appearing *pro se*;

**AND** the Court having considered the arguments presented by all parties at the hearing on August 6, 2026;

**AND** for the reasons set forth on the record, it is hereby **ORDERED** as follows:

1. The automatic stay of creditors was imposed upon the filing of the Debtor's bankruptcy case as to the Debtor's appeals pending before the District Court of Appeal of the State of Florida.
2. The Motion is adjourned for further consideration on September 17, 2026, at 10:00 a.m.