Form order − ntcorder

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 26−17342−EJO
Chapter: 11
Judge: Eamonn James O'Hagan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Avrumi Lubin
aka Josh Lubin
1460 Arboretum Parkway
Lakewood, NJ 08701

Social Security No.:
xxx−xx−4839

Employer's Tax I.D. No.:

---

**NOTICE OF JUDGMENT OR ORDER**
**Pursuant to Fed. R. Bankr. P. 9022**

Please be advised that on August 21, 2026, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 80 − 33
Order Re: Motion To Vacate (related document:33 Motion to Vacate (related document:13 Motion to Vacate filed by Creditor FVP Servicing, LLC, Creditor FVP Opportunity Fund III, LP, Creditor FVP Investments LLC) Filed by FVP Investments LLC, FVP Opportunity Fund III, LP, FVP Servicing, LLC.. (Attachments: # 1 Memorandum of Law) (Mara, Jennifer) THIS IS A MOTION FOR RELIEF FROM THE AUTOMATIC STAY. Modified TEXT on 7/16/2026 (mmf). filed by Creditor FVP Servicing, LLC, Other Prof. FVP Servicing, LLC, Creditor FVP Opportunity Fund III, LP, Creditor FVP Investments LLC). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 8/21/2026. (mjb)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: August 21, 2026
JAN: mjb

Jeanne Naughton
Clerk