**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| **AVRUMI LUBIN,** | : | **Case No. 26-17342-EJO** |
| **a/k/a Josh Lubin,** | : | |
| | : | |
| **Debtor.** | : | |

**DECLARATION OF ALAN I. KARTEN IN SUPPORT OF THE MOTION TO APPOINT A CHAPTER 11 TRUSTEE AND TO REMOVE THE DEBTOR AS DEBTOR IN POSSESSION**

I, ALAN I. KARTEN, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration.
2. The matters set out in this Declaration are based on my personal knowledge, and if called as a witness, I could and would testify competently to them.
3. I am an attorney and counsel for FVP Investments LLC, FVP Opportunity Fund III, LP, and FVP Servicing, LLC (collectively, "FVP"), creditors and parties in interest in the above-captioned Chapter 11 case. I submit this Declaration in support of the pending motions to appoint a Chapter 11 trustee and to remove Avrumi Lubin, also known as Josh Lubin (the "Debtor"), as debtor in possession.
4. Although I am not counsel of record in this case, I conducted the examination of Mr. Getter on FVP's behalf at the meeting of creditors held pursuant to 11 U.S.C. § 341 in this case on July 31, 2026, and I am a potential witness in this matter.
5. On August 21 and 22, 2026, I received a series of email messages from the Debtor, sent from the address josh@tetonfunding.com to my email address, alankartenlaw@gmail.com.
6. In those messages, among other things, the Debtor asked whether I "would be surprised if you were indicted in relation to my cases"; advised me, "I highly recommend you retain counsel immediately"; instructed me to "Govern yourself accordingly"; and closed, "Buckle up."
7. Attached hereto as Exhibit 1 is a true and correct copy of the email chain described above, as I received and have maintained it.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 24, 2026.

Alan I. Karten
Law Office of Alan I. Karten, PLLC
321 Anderson Pond Road
Aiken, South Carolina 29803
(305) 490-2767
alankartenlaw@gmail.com
Counsel for FVP Investments LLC, FVP
Opportunity Fund III, LP,
and FVP Servicing, LLC