# Exhibit 1

Gmail

Alan Karten <alankartenlaw@gmail.com>

# Did Jerry Breslin get arrested??

11 messages

**Josh Lubin** <josh@tetonfunding.com>
To: Alan Karten <alankartenlaw@gmail.com>

Fri, Aug 21, 2026 at 7:28 PM

**Alan Karten** <alankartenlaw@gmail.com>
To: Jerrell Breslin <jb@jsjb.law>

Fri, Aug 21, 2026 at 7:49 PM

**Law Office of Alan I. Karten, PLLC**
**Florida Bar No. 200263**
**321 Anderson Pond Road**
**Aiken, South Carolina 29803**
**305-490-2767**
**South Carolina Certified Civil Mediator**
alankartenlaw@gmail.com

**This email is intended only for the individual(s) or entity(s) named within the message. This email might contain legally privileged and confidential information. If you correctly received this email as a client or retained expert, please hold it in confidence to protect the attorney-client or work product privileges. Should the intended recipient forward or disclose this message to another person or party, that action could constitute a waiver of the attorney-client privilege. Suppose the reader of this message is not the intended recipient or the agent responsible for delivering it to the intended recipient. In that case, you are now notified that the sender prohibits any review, dissemination, distribution, or copying of this communication, and to do so might constitute a violation of the Electronic Communications Privacy Act, 18 U.S.C. sections 2510-2521. If this communication was received in error, we apologize for the intrusion. Please notify us by replying to this e-mail and deleting the original message without reading it. Nothing in this e-mail message shall, in and of itself, create an attorney-client relationship with the sender.**

**IRS CIRCULAR 230 DISCLOSURE: TO ENSURE COMPLIANCE WITH REQUIREMENTS IMPOSED BY THE IRS, WE INFORM YOU THAT ANY TAX ADVICE CONTAINED IN THIS COMMUNICATION (INCLUDING ANY ATTACHMENTS) IS NOT INTENDED OR WRITTEN BY THE LAW OFFICE OF ALAN I. KARTEN, PLLC, TO BE USED, AND CANNOT BE USED, FOR THE PURPOSE OF (I) AVOIDING TAX-RELATED PENALTIES UNDER THE INTERNAL REVENUE CODE, OR (II) PROMOTING, MARKETING, OR RECOMMENDING TO ANOTHER PARTY ANY TAX-RELATED MATTER HEREIN.**

---------- Forwarded message ---------
From: **Josh Lubin** <josh@tetonfunding.com>
Date: Fri, Aug 21, 2026, 7:28 PM
Subject: Did Jerry Breslin get arrested??
To: Alan Karten <alankartenlaw@gmail.com>

**Jerry Breslin** <jb@jsjb.law> Fri, Aug 21, 2026 at 8:05 PM
To: Alan Karten <alankartenlaw@gmail.com>

No he did not that I am aware of.

Best,

**Jerry Breslin**

**Schwartz | Breslin PLLC**

**Attorneys at Law**

**Email:** JB@JSJB.Law

**SEND AND COPY ALL SCHEDULING EMAILS TO JEAN@JSJB.LAW**

[Quoted text hidden]

---

**Josh Lubin** <josh@tetonfunding.com> Fri, Aug 21, 2026 at 8:50 PM
To: Alan Karten <alankartenlaw@gmail.com>

???

---

**From:** Josh Lubin
**Sent:** Friday, 21 August 2026 19:28:51
**To:** Alan Karten <alankartenlaw@gmail.com>
[Quoted text hidden]

---

**Alan Karten** <alankartenlaw@gmail.com> Sat, Aug 22, 2026 at 8:06 AM
To: Josh Lubin <josh@tetonfunding.com>

Josh:

Was your email hacked?

Alan Karten

**Law Office of Alan I. Karten, PLLC**
**Florida Bar No. 200263**
**321 Anderson Pond Road**
**Aiken, South Carolina 29803**
**305-490-2767**
**South Carolina Certified Civil Mediator**
alankartenlaw@gmail.com

**This email is intended only for the individual(s) or entity(s) named within the message. This email might contain legally privileged and confidential information. If you correctly received this email as a client or retained expert, please hold it in confidence to protect the attorney-client or work product privileges. Should the intended recipient forward or disclose this message to another person or party, that action could constitute a waiver of the attorney-client privilege. Suppose the reader of this message is not the intended recipient or the agent responsible for delivering it to the intended recipient. In that case, you are now notified that the sender prohibits any review, dissemination, distribution, or copying of this communication, and to do so might constitute a violation of the Electronic Communications Privacy Act, 18 U.S.C. sections 2510-2521. If this communication was received in error, we apologize for the intrusion. Please notify us by replying to this e-mail and deleting the original message without reading it. Nothing in this e-mail message shall, in and of itself, create an attorney-client relationship with the sender.**

**IRS CIRCULAR 230 DISCLOSURE: TO ENSURE COMPLIANCE WITH REQUIREMENTS IMPOSED BY THE IRS, WE INFORM YOU THAT ANY TAX ADVICE CONTAINED IN THIS COMMUNICATION (INCLUDING ANY ATTACHMENTS) IS NOT INTENDED OR WRITTEN BY THE LAW OFFICE OF ALAN I. KARTEN, PLLC, TO BE USED, AND CANNOT BE USED, FOR THE PURPOSE OF (I) AVOIDING TAX-RELATED PENALTIES UNDER THE INTERNAL REVENUE CODE, OR (II) PROMOTING, MARKETING, OR RECOMMENDING TO ANOTHER PARTY ANY TAX-RELATED MATTER HEREIN.**

On Fri, Aug 21, 2026 at 7:28 PM Josh Lubin <josh@tetonfunding.com> wrote:

---

**Josh Lubin** <josh@tetonfunding.com> Sat, Aug 22, 2026 at 11:00 AM
To: Alan Karten <alankartenlaw@gmail.com>

No. I'm assuming that means it or not that you're aware of.

---

**From:** Alan Karten <alankartenlaw@gmail.com>
**Sent:** Saturday, 22 August 2026 08:06:07
**To:** Josh Lubin <josh@tetonfunding.com>
**Subject:** Re: Did Jerry Breslin get arrested??

[Quoted text hidden]

---

**Josh Lubin** <josh@tetonfunding.com> Sat, Aug 22, 2026 at 6:09 PM
To: Alan Karten <alankartenlaw@gmail.com>

Alan, was Jerry arrested? Be transparent

---

**From:** Alan Karten <alankartenlaw@gmail.com>
**Sent:** Saturday, 22 August 2026 08:06:07
**To:** Josh Lubin <josh@tetonfunding.com>
**Subject:** Re: Did Jerry Breslin get arrested??

[Quoted text hidden]

---

**Alan Karten** <alankartenlaw@gmail.com> Sat, Aug 22, 2026 at 6:20 PM
To: Josh Lubin <josh@tetonfunding.com>

Where are you getting this ridiculousness?

**Law Office of Alan I. Karten, PLLC**
**Florida Bar No. 200263**
**321 Anderson Pond Road**
**Aiken, South Carolina 29803**
**305-490-2767**
**South Carolina Certified Civil Mediator**
alankartenlaw@gmail.com

**This email is intended only for the individual(s) or entity(s) named within the message. This email might contain legally privileged and confidential information. If you correctly received this email as a client or retained expert, please hold it in confidence to protect the attorney-client or work product privileges. Should the intended recipient forward or disclose this message to another person or party, that action could constitute a waiver of the attorney-client privilege. Suppose the reader of this message is not the intended recipient or the agent responsible for delivering it to the intended recipient. In that case, you are now notified that the sender prohibits any review, dissemination, distribution, or copying of this communication, and to do so might constitute a violation of the Electronic Communications Privacy Act, 18 U.S.C. sections 2510-2521. If this communication was received in error, we apologize for the intrusion. Please notify us by replying to this e-mail and deleting the original message without reading it. Nothing in this e-mail message shall, in and of itself, create an attorney-client relationship with the sender.**

**IRS CIRCULAR 230 DISCLOSURE: TO ENSURE COMPLIANCE WITH REQUIREMENTS IMPOSED BY THE IRS, WE INFORM YOU THAT ANY TAX ADVICE CONTAINED IN THIS COMMUNICATION (INCLUDING ANY ATTACHMENTS) IS NOT INTENDED OR WRITTEN BY THE LAW OFFICE OF ALAN I. KARTEN, PLLC, TO BE USED, AND CANNOT BE USED, FOR THE PURPOSE OF (I) AVOIDING TAX-RELATED PENALTIES UNDER THE INTERNAL REVENUE CODE, OR (II) PROMOTING, MARKETING, OR RECOMMENDING TO ANOTHER PARTY ANY TAX-RELATED MATTER HEREIN.**

[Quoted text hidden]

---

**Josh Lubin** <josh@tetonfunding.com> Sat, Aug 22, 2026 at 6:25 PM
To: Alan Karten <alankartenlaw@gmail.com>

It's a yes or no answer.

You delusional Mr Kartner. Would you be surprised if you were indicted in relation to my cases?

---

**From:** Alan Karten <alankartenlaw@gmail.com>
**Sent:** Saturday, 22 August 2026 18:20:43
[Quoted text hidden]

[Quoted text hidden]

---

**Josh Lubin** <josh@tetonfunding.com> Sat, Aug 22, 2026 at 8:20 PM
To: Alan Karten <alankartenlaw@gmail.com>

Alan,

I highly recommend you retain counsel immediately.

Govern yourself accordingly

Buckle up

Gmail - Did Jerry Breslin get arrested??

**From:** Josh Lubin <josh@tetonfunding.com>
**Sent:** Saturday, 22 August 2026 18:25:09
**To:** Alan Karten <alankartenlaw@gmail.com>
[Quoted text hidden]

[Quoted text hidden]

---

**Alan Karten** <alankartenlaw@gmail.com> Sat, Aug 22, 2026 at 9:19 PM
To: Jerrell Breslin <jb@jsjb.law>

**Law Office of Alan I. Karten, PLLC**
**Florida Bar No. 200263**
**321 Anderson Pond Road**
**Aiken, South Carolina 29803**
**305-490-2767**
**South Carolina Certified Civil Mediator**
alankartenlaw@gmail.com

**This email is intended only for the individual(s) or entity(s) named within the message. This email might contain legally privileged and confidential information. If you correctly received this email as a client or retained expert, please hold it in confidence to protect the attorney-client or work product privileges. Should the intended recipient forward or disclose this message to another person or party, that action could constitute a waiver of the attorney-client privilege. Suppose the reader of this message is not the intended recipient or the agent responsible for delivering it to the intended recipient. In that case, you are now notified that the sender prohibits any review, dissemination, distribution, or copying of this communication, and to do so might constitute a violation of the Electronic Communications Privacy Act, 18 U.S.C. sections 2510-2521. If this communication was received in error, we apologize for the intrusion. Please notify us by replying to this e-mail and deleting the original message without reading it. Nothing in this e-mail message shall, in and of itself, create an attorney-client relationship with the sender.**

**IRS CIRCULAR 230 DISCLOSURE: TO ENSURE COMPLIANCE WITH REQUIREMENTS IMPOSED BY THE IRS, WE INFORM YOU THAT ANY TAX ADVICE CONTAINED IN THIS COMMUNICATION (INCLUDING ANY ATTACHMENTS) IS NOT INTENDED OR WRITTEN BY THE LAW OFFICE OF ALAN I. KARTEN, PLLC, TO BE USED, AND CANNOT BE USED, FOR THE PURPOSE OF (I) AVOIDING TAX-RELATED PENALTIES UNDER THE INTERNAL REVENUE CODE, OR (II) PROMOTING, MARKETING, OR RECOMMENDING TO ANOTHER PARTY ANY TAX-RELATED MATTER HEREIN.**

---------- Forwarded message ---------
From: **Josh Lubin** <josh@tetonfunding.com>
[Quoted text hidden]
[Quoted text hidden]