**BALDASSARE & MARA, LLC**
75 Livingston Avenue, Suite 101
Roseland, NJ 07068
T: (973) 604-6686
F: (973) 556-1071
E: JMara@mabalaw.com

**SCHWARTZ | BRESLIN, PLLC**
The DuPont Building, 169 East Flagler Street, Suite 700
Miami, Florida 33131
T: 305-577-4626
F: 305-577-4630
E: JB@JSJB.Law | EService@JSJB.Law

*Attorneys for Plaintiffs*
*FVP Servicing, LLC,*
*FVP Opportunity Fund III, LP,*
*and FVP Investments LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In Re:<br><br>AVRUMI LUBIN a/k/a Josh Lubin,<br><br>Debtor. | Case No.: 26-17342-EJO<br>Chapter 11 |

**CERTIFICATION OF SERVICE**

1. I, Jennifer Mara, Esq., represent FVP Servicing, LLC, FVP Opportunity Fund III, LP, and FVP Investments LLC in this matter.

2. On August 24, 2026, copies of the following documents were sent to Avrumi Lubin a/k/a Josh Lubin, 1460 Arboretum Parkway, Lakewood, NJ 08701 via First Class Mail: Declaration of Alan Karten, Esq. in Further Support of the Motion to Appoint a Chapter 11 with exhibit and Amended Declaration of Alan Karten, Esq. in Further Support of the Motion to Appoint a Chapter 11.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: August 25, 2026

*/s/ Jennifer Mara*
Jennifer Mara, Esq.