**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
ATTORNEY(S) GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE UNION, NJ 07083 | PH: (800) 672-1952

14.8 **ORG**
Index Number: 26-17342-EJO

Court Date: 08/27/2026

**FVP SERVICING, LLC, ET AL.**

Plaintiff

*vs*

**SKY - LUXURY APARTMENTS, ET AL.**

Defendant

## AFFIRMATION OF SERVICE

**KALIN MUNDO**, the undersigned, affirms and states that deponent is not a party to this action, is over 18 years of age and resides in the State of New York.

That on **8/14/2026**, at **6:16 PM** at **605 West 42nd Street, NEW YORK, NY 10036**, Deponent served the within **SUBPOENA TO PRODUCE DOCUMENTS, SCHEDULE A** . On: **SKY - LUXURY APARTMENTS, ATTN: LEASING OFFICE**, Witness therein named, ( hereinafter referred to as "subject").

By delivering to and leaving a true copy with **Dave** said individual to be **Doorman** who specifically stated he/she was **authorized to accept** service on behalf of the Corporation/Government Agency/Entity/Partnership. A perceived description of Dave is as follows:

**Perceived Gender**: Male **Perceived Race**: Hispanic **Color of hair:** Black **Age**: 21-36
**Height**: 5ft4in-5ft8in **Weight**: 161-200 Lbs. **Other** : Wore glasses

In addition, the recipient described above, is the Doorman of the building that would not provide access or his full name.

I affirm this day August 17, 2026 , under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, except as to matters alleged on information and belief and as to those matters I believe it to be true, and I understand that this document may be filed in an action or proceeding in a court of law.

KALIN MUNDO
Lic # 2128819-DCWP
JobID 2665204

**Client's File No.:** 20260812122400

*FIRST LEGAL, 225 BROADWAY, SUITE 440, NEW YORK, NY 10007; LICENSE NUMBER: 2127642-DCWP*
*FIRST LEGAL BUYER, INC*