FILED-BANKRUPTCY-NJ 2026 SEP 2 PM4:04:48

**Avrumi Lubin, Pro Se**
1460 Arboretum Parkway
Lakewood, New Jersey 08701
Telephone: 718-570-3796
Email: josh@tetonfunding.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **In re:**<br><br>**AVRUMI LUBIN,**<br><br>Debtor. | **Case No. 26-17342-EJO**<br><br>Chapter 11<br><br>Hearing Date: September 24, 2026 at 10:00 a.m.<br><br>Hon. Eamonn J. O'Hagan |

**NOTICE OF MOTION TO DEEM THE DEBTOR'S RESIDENCE DECLARATION TIMELY FILED OR, ALTERNATIVELY, TO EXTEND THE TIME TO FILE IT (FED. R. BANKR. P. 9006(b)(1))**

TO:

FVP Investments LLC, Attn: Officer or Managing Agent, 1201 Broadway, 7th Floor, New York, New York 10001

FVP Opportunity Fund III, LP, Attn: Officer or Managing Agent, 1201 Broadway, 7th Floor, New York, New York 10001

FVP Servicing, LLC, Attn: Officer or Managing Agent, 1201 Broadway, 7th Floor, New York, New York 10001

Jennifer Mara, Esq. and Michael Baldassare, Esq., Baldassare & Mara, LLC, 75 Livingston Avenue, Suite 101, Roseland, New Jersey 07068 (counsel for FVP Investments LLC, FVP Opportunity Fund III, LP, and FVP Servicing, LLC)

Jonathan Schwartz, Esq. and Jerrell A. Breslin, Esq., Schwartz | Breslin PLLC, The DuPont Building, Suite 700, 169 East Flagler Street, Miami, Florida 33131 (admitted pro hac vice for the same parties)

Hillel I. Parness, Esq., Parness Law Firm, PLLC, 136 Madison Avenue, 6th Floor, New York, New York 10016 (counsel for Franklin Capital Funding, LLC)

Office of the United States Trustee, Attn: Rachel Wolf, Esq., One Newark Center, 1085 Raymond Boulevard, Suite 2100, Newark, New Jersey 07102

PLEASE TAKE NOTICE that on **Thursday, September 24, 2026 at 10:00 a.m.**, or as soon thereafter as the matter may be heard, the undersigned debtor and debtor in possession, Avrumi Lubin, appearing pro se, will move before the Honorable Eamonn J. O'Hagan, United States Bankruptcy Judge, at the Clarkson S. Fisher United States Courthouse, 402 East State Street, Courtroom #2, Trenton, New Jersey 08608, for entry of an order (a) deeming the Declaration of Avrumi Lubin Regarding Residence During the 180 Days Before the Petition Date and Correction of Official Form 101, Question 6 (the "Declaration"), filed on September 2, 2026, to be timely filed under paragraph 2 of the Scheduling Order entered July 24, 2026 (Dkt. 55), as modified by the Court on the record at the August 6, 2026 hearing; or, alternatively, (b) retroactively extending the time to file the Declaration through September 3, 2026, under Fed. R. Bankr. P. 9006(b)(1).

PLEASE TAKE FURTHER NOTICE that in support of this motion the debtor relies on the accompanying Certification of Avrumi Lubin. The debtor submits that no brief is necessary because the motion presents no novel or complex question of law and rests on Fed. R. Bankr. P. 9006(b)(1) and the record of the August 6, 2026 hearing. A proposed form of order is submitted with this motion.

PLEASE TAKE FURTHER NOTICE that, under D.N.J. LBR 9013-2, any opposition must be filed with the Clerk and served not later than seven (7) days before the hearing date. The debtor consents to the Court deciding this motion on the papers without oral argument.

Dated: September 2, 2026

____________________________________

Avrumi Lubin, Debtor and Debtor in Possession, pro se