FILED BANKRUPTCY NJ 2026 SEP 2 PM 2:05:07

**Avrumi Lubin, Pro Se**
1460 Arboretum Parkway
Lakewood, New Jersey 08701
Telephone: 718-570-3796
Email: josh@tetonfunding.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **In re:**<br><br>**AVRUMI LUBIN,**<br><br>Debtor. | **Case No. 26-17342-EJO**<br><br>Chapter 11<br><br>Hearing Date: September 24, 2026 at 10:00 a.m.<br><br>Hon. Eamonn J. O'Hagan |

**CERTIFICATION OF AVRUMI LUBIN IN SUPPORT OF MOTION TO DEEM THE RESIDENCE DECLARATION TIMELY FILED OR, ALTERNATIVELY, TO EXTEND THE TIME TO FILE IT (FED. R. BANKR. P. 9006(b)(1))**

I, Avrumi Lubin, of full age, certify as follows:

1. I am the debtor and debtor in possession in this Chapter 11 case. I am not represented by counsel. I make this certification on personal knowledge in support of my motion under Fed. R. Bankr. P. 9006(b)(1).

2. Paragraph 2 of the Court's Scheduling Order entered July 24, 2026 (Dkt. 55) directed me to file a sworn declaration setting forth, in detail, where I resided in the 180 days leading up to the petition date and, if I resided at more than one location, the length of time I resided at each location, "on or before August 27, 2026."

3. At the hearing on August 6, 2026, the Court stated that it was "going to keep September 3rd as the date that Mr. Lubin needs to submit his sworn declaration regarding his residency and the 180 days leading up to the bankruptcy" (Aug. 6, 2026 Hr'g Tr. 14:2–5). Counsel for the moving creditors responded, "Yes, that's fine, Judge" (Tr. 14:24). At the close of the hearing the Court stated: "although I have adjourned the pending matters before the Court to September 17th, 2026, the Court's order requiring you to file a sworn declaration by September 3rd still stands," and "you do not have any extension of the time to do that" (Tr. 21:19–22:4).

4. I understood those statements to set September 3, 2026 as the date by which the declaration was due, and I relied on them. I filed the Declaration on September 2, 2026, on or before

September 3, 2026. I file this motion because the written order (Dkt. 55) states August 27, 2026 and no written amended order has been entered.

5. The delay, if any, is short: the Declaration was filed within one week after August 27, 2026 and on or before the date the Court stated on the record. I am not aware of any specific prejudice from the timing. The Court adjourned the pending motions to September 17, 2026, and the Declaration is being filed before that hearing, giving the parties time to review it and, if they wish, seek appropriate discovery or relief.

6. The reason for the timing was my reliance on the Court's own statements at the August 6, 2026 hearing, not any tactical choice. I acted in good faith: the Declaration answers each item the Court required, including the length of time I resided at each location, and I filed with it a complete amended Official Form 101 correcting Questions 6 and 11.

7. I therefore respectfully request that the Court deem the Declaration timely filed in compliance with paragraph 2 of the Scheduling Order as modified on the record on August 6, 2026, or, alternatively, retroactively extend the time to file it through September 3, 2026, under Fed. R. Bankr. P. 9006(b)(1).

I certify under penalty of perjury that the foregoing is true and correct.

Executed on September 2, 2026, in New York, New York.

______________________________

Avrumi Lubin, Debtor and Debtor in Possession, pro se