**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

Avrumi Lubin, Pro Se
1460 Arboretum Parkway
Lakewood, New Jersey 08701
Telephone: 718-570-3796
Email: josh@tetonfunding.com

| | |
|---|---|
| In Re:<br><br>Avrumi Lubin aka Josh Lubin,<br><br>Debtor. | Case No.: 26-17342-EJO<br><br>Chapter: 11<br><br>Hearing Date: September 24, 2026 at 10:00 a.m.<br><br>Judge: Eamonn J. O'Hagan |

**ORDER DEEMING THE DEBTOR'S RESIDENCE DECLARATION TIMELY FILED OR, ALTERNATIVELY, EXTENDING THE TIME TO FILE IT**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

Debtor: Avrumi Lubin aka Josh Lubin
Case No.: 26-17342-EJO
Caption of Order: Order Deeming the Debtor's Residence Declaration Timely Filed or, Alternatively, Extending the Time to File It

Upon the motion of the Debtor, Avrumi Lubin aka Josh Lubin, appearing pro se, for an order deeming his Declaration Regarding Residence During the 180 Days Before the Petition Date and Correction of Official Form 101, Question 6 (the "Declaration") timely filed or, alternatively, extending the time to file it under Fed. R. Bankr. P. 9006(b)(1); and the Court having considered the Certification of Avrumi Lubin submitted in support of the motion, the Scheduling Order entered July 24, 2026 (Dkt. 55), and the record of the hearing held on August 6, 2026; and notice of the motion having been given; and for good cause shown; it is hereby **ORDERED** as follows:

1. The Declaration, filed on September 2, 2026 (Dkt. ____), is deemed timely filed in compliance with paragraph 2 of the Scheduling Order (Dkt. 55) as modified by the Court on the record on August 6, 2026.

2. To the extent necessary, the time for the Debtor to file the declaration required by paragraph 2 of the Scheduling Order (Dkt. 55) is retroactively extended through September 3, 2026.