FILED·BANKRUPTCY·NJ 2026 SEP 2 PM4:05:27

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

Avrumi Lubin, Pro Se
1460 Arboretum Parkway
Lakewood, New Jersey 08701
Telephone: 718-570-3796
Email: josh@tetonfunding.com

| | |
|---|---|
| In Re:<br><br>Avrumi Lubin aka Josh Lubin,<br><br>Debtor. | Case No.: 26-17342-EJO<br>Chapter: 11<br>Adv. No.: N/A<br>Hearing Date: September 24, 2026 at 10:00 a.m.<br>Judge: Eamonn J. O'Hagan |

## CERTIFICATION OF SERVICE

1. I, Avrumi Lubin:

☐ represent ______________________ in this matter.

☐ am the secretary/paralegal for ______________________, who represents ______________________ in this matter.

☒ am the debtor in this case and am representing myself.

2. On September 2, 2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

(a) Declaration of Avrumi Lubin Regarding Residence During the 180 Days Before the Petition Date and Correction of Official Form 101, Question 6, with Exhibits A and B;

(b) Amended Official Form 101 (Voluntary Petition for Individuals Filing for Bankruptcy) correcting Questions 6 and 11; and

(c) Notice of Motion, Certification of Avrumi Lubin, and proposed Order on the Debtor's Motion to Deem the Residence Declaration Timely Filed or, Alternatively, to Extend the Time to File It (Fed. R. Bankr. P. 9006(b)(1)).

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: September 2, 2026

Signature: ______________________________

| **Name and Address of Party Served** | **Relationship of Party to the Case** | **Mode of Service** |
|---|---|---|
| FVP Investments LLC<br>Attn: Officer or Managing Agent<br>1201 Broadway, 7th Floor<br>New York, NY 10001 | Creditor / movant (served directly under Fed. R. Bankr. P. 7004(b)(3) and 9014(b)) | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| FVP Opportunity Fund III, LP<br>Attn: Officer or Managing Agent<br>1201 Broadway, 7th Floor<br>New York, NY 10001 | Creditor / movant (served directly under Fed. R. Bankr. P. 7004(b)(3) and 9014(b)) | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| FVP Servicing, LLC<br>Attn: Officer or Managing Agent<br>1201 Broadway, 7th Floor<br>New York, NY 10001 | Creditor / movant (served directly under Fed. R. Bankr. P. 7004(b)(3) and 9014(b)) | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Jennifer Mara, Esq.<br>Michael Baldassare, Esq.<br>Baldassare & Mara, LLC<br>75 Livingston Avenue, Suite 101<br>Roseland, NJ 07068<br>jmara@mabalaw.com;<br>mbaldassare@mabalaw.com;<br>ebyerly@mabalaw.com | Counsel for FVP Investments LLC, FVP Opportunity Fund III, LP, and FVP Servicing, LLC (creditors / movants) | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: Electronic mail |
| Jonathan Schwartz, Esq.<br>Jerrell A. Breslin, Esq.<br>Schwartz \| Breslin PLLC<br>The DuPont Building, Suite 700<br>169 East Flagler Street<br>Miami, FL 33131<br>js@jsjb.law; jb@jsjb.law;<br>eservice@jsjb.law | Counsel (pro hac vice) for FVP Investments LLC, FVP Opportunity Fund III, LP, and FVP Servicing, LLC | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: Electronic mail |
| Hillel I. Parness, Esq.<br>Parness Law Firm, PLLC<br>136 Madison Avenue, 6th Floor<br>New York, NY 10016<br>hip@hiplaw.com | Counsel for Franklin Capital Funding, LLC (creditor) | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: Electronic mail |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Office of the United States Trustee<br>Attn: Rachel Wolf, Esq.<br>One Newark Center<br>1085 Raymond Boulevard, Suite 2100<br>Newark, NJ 07102<br>rachel.wolf@usdoj.gov;<br>USTPRegion03.NE.ECF@usdoj.gov | United States Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: Electronic mail |