# EXHIBIT A

Trial Transcript, Volume IV, February 3, 2026 — pages 649, 650 and 690

*Mehdipour v. Hi Bar Capital, LLC*, Adv. No. 23-1132-EPK, in *In re Excell Auto Group, Inc.*, No. 22-12790-EPK (Bankr. S.D. Fla.)

True copy of the pages as delivered in electronic (ASCII) form by Ouellette & Mauldin Court Reporters, Inc. on February 5, 2026; page and line numbering as in the reporter's transcript.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-12790-EPK

IN RE:

EXCELL AUTO GROUP, INC.,

Debtor.
_____________________________/

NICOLE TESTA MEHDIPOUR,
CHAPTER 7 TRUSTEE,

Plaintiff,

vs. ADV. NO. 23-1132-EPK

HI BAR CAPITAL, LLC, et al.,

Defendants.
_____________________________/

TRIAL - VOLUME IV

February 3, 2026

The above-entitled cause came on for hearing before the Honorable ERIK P. KIMBALL, Chief Judge of the UNITED STATES BANKRUPTCY COURT, in and for the SOUTHERN DISTRICT OF FLORIDA, at 1515 North Flagler Drive, West Palm Beach, Palm Beach County, Florida, on February 3, 2026, commencing at or about 9:30 a.m., and the following proceedings were had:

Transcribe From a Digital Recording By:
Anna M. Meagher, Shorthand Reporter

APPEARANCES:

Furr & Cohen, by
Alan R. Crane, Esquire
Jason Rigoli, Esquire
On behalf of Nicole Testa Mehdipour,
Chapter 7 Trustee
Email: Acrane@furrcohen.com
Email: Jrigoli@furrcohen.com

Leto Law Firm, by
Matthew P. Leto, Esquire
Charles P. Gourlis, Esquire
On behalf of Hi Bar Capital, LLC
Email: Mleto@letolawfirm.com
Email: Cgourlis@letolawfirm.com

Schreiber Page, P.A., by
Patrick R. Dorsey, Esquire
On behalf of Franklin Capital
Email: Pdorsey@slp.law

Law Office of Stanley Q. Casey, PLLC, by
Stanley Q. Casey, Esquire
On behalf of Spin Capital, LLC
Email: Scasey@sqcaseylaw.com

Avrumi Lubin, Pro Se

\- - - - - - -

messaging.

MR. CRANE: Yes.

(Laughter.)

THE COURT: I see that. Sorry, ancient words. I mean, I don't even know what are -- oh, Teams or Slack, or whatever it is you're using there.

DIRECT EXAMINATION

BY MR. CRANE:

Q. Mr. Lubin, can you state your full name?

A. Avrumi Josh Lubin.

Q. Okay. And, personally, where do you reside?

And you can just give me the city and the state?

A. Multiple places, but my primary residence is 1460 Arboretum Parkway, Lakewood, New Jersey, 087 -- 08701.

Q. Is that your residence?

A. It's my -- it's my parents' residence, that's where I grew up, yeah.

Q. Okay. And then you're the sole owner of Spin Capital?

A. Yes.

Q. Since about 2019, that's right?

A. Probably.

Q. Okay. And what's the address of Spin

# EXHIBIT B

New Jersey Motor Vehicle Commission — license-renewal payment receipt dated December 24, 2025 (email from no-reply@njportal.com)

Printed from the debtor's Gmail account; the payment-card number appears as masked by the sender.

**From:** no-reply@njportal.com
**To:** Aylubin@gmail.com
**Date:** Wednesday, December 24, 2025, 1:26 PM EST
**Subject:** New Jersey Government Services Payment Receipt

---

# Payment Receipt Confirmation

Your payment was successfully processed.

## Transaction Summary

| Description | Amount |
|---|---:|
| NJ MVC License Renewal | $35.00 |
| Service Fee | $1.31 |
| Pay now with New Jersey Government Services | $36.31 |

Please do not reply to this email. This email is sent from an account we use for sending messages only and we will not receive your reply.

## Customer Information

| | |
|---|---|
| **Customer Name** | Avrumi Lubin |
| **Company Name** | |
| **Local Reference ID** | WV202535800001291 |
| **Receipt Date** | 12/24/2025 |
| **Receipt Time** | 01:26:12 PM EST |

## Payment Information

| | |
|---|---|
| **Payment Type** | Credit Card |
| **Credit Card Type** | VISA |
| **Credit Card Number** | ******7818 |
| **Order ID** | 271281070 |
| **Name on Credit Card** | AVRUMI LUBIN |

## Billing Information

| | |
|---|---|
| **Billing Address** | 1460 arboretum pkwy |
| **Billing City, State** | Lakewood, NJ |
| **Billing Zip/Postal Code** | 08701 |
| **Country** | US |

| | |
|---|---|
| **Phone Number** | 7326084905 |

**This receipt has been emailed to the address below.**

| | |
|---|---|
| **Email Address** | Aylubin@gmail.com |