Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 26−17342−EJO
Chapter: 11
Judge: Eamonn James O'Hagan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Avrumi Lubin
aka Josh Lubin
1460 Arboretum Parkway
Lakewood, NJ 08701

Social Security No.:
xxx−xx−4839

Employer's Tax I.D. No.:

---

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 9/24/26 at 10:00 AM

to consider and act upon the following:

***87*** − Motion re: Notice of Motion to Deem the Debtor's Residence Declaration Timely Filed or, Alternatively, to Extend the Time to File it (FED. R. BANKR. 9006(b)(1) Filed by Avrumi Lubin.. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service # 4 Declaration of Avrumi Lubin # 5 Exhibit A and B) (LVJ)

Dated: 9/3/26

Jeanne Naughton
Clerk, U.S. Bankruptcy Court