UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Gary F. Seitz
Gellert Seitz Busenkell & Brown, LLC
1201 N. Orange St., Suite 300
Wilmington, DE 19801
Phone: 302-425-55800
Email: gseitz@gsbblaw.com

*Attorneys for Nicole Tesa Mehdipour, Chapter 7 Trustee of Excell Auto Group, Inc.*

In re:

AVRUMI LUBIN a/k/a JOSH LUBIN

Debtor.

Chapter 11

Case No.: 26-17342 (ELO)

**NOTICE OF APPEARANCE**

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Nicole Tesa Mehdipour, Chapter 7 Trustee of Excell Auto Group, Inc. Request is made that all notices entered pursuant to Fed. R. Bankr. P. 2002 and any and all documents and pleadings of any nature filed in this case be served on the undersigned at this address:

Gary F. Seitz, Esq.
Gellert Seitz Busenkell & Brown, LLC
1201 N. Orange St., Suite 300
Wilmington, DE 19801

Dated: September 3, 2026

*/s/ Gary F. Seitz*
Gary F. Seitz