**Avrumi Lubin, Pro Se**
1460 Arboretum Parkway
Lakewood, New Jersey 08701
Telephone: 718-570-3796
Email: josh@tetonfunding.com

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2026 SEP 15 P 4: 03

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**FILED**
**JEANNE A. NAUGHTON, CLERK**
SEP 15 2026
**U.S. BANKRUPTCY COURT**
**NEWARK, N.J.**
**BY** ____________ **DEPUTY**

| | |
|---|---|
| In re:<br><br>**AVRUMI LUBIN aka JOSH LUBIN,**<br><br>Debtor. | Case No. 26-17342-EJO<br><br>Chapter 11<br><br>Hearing Date: To be fixed by the Court on the accompanying Application for Order Shortening Time (requested: September 17, 2026 at 10:00 a.m.)<br><br>Hon. Eamonn J. O'Hagan |

**NOTICE OF MOTION FOR LEAVE TO FILE OPPOSITION OUT OF TIME TO THE MOTION FOR APPOINTMENT OF A CHAPTER 11 TRUSTEE (DOCKET NO. 62), TO ADJOURN THE HEARING, AND FOR RELATED RELIEF (FED. R. BANKR. P. 9006(b)(1)(B))**

TO:

FVP Investments LLC, Attn: Officer or Managing Agent, 1201 Broadway, 7th Floor, New York, New York 10001

FVP Opportunity Fund III, LP, Attn: Officer or Managing Agent, 1201 Broadway, 7th Floor, New York, New York 10001

FVP Servicing, LLC, Attn: Officer or Managing Agent, 1201 Broadway, 7th Floor, New York, New York 10001

Jennifer Mara, Esq. and Michael Baldassare, Esq., Baldassare & Mara, LLC, 75 Livingston Avenue, Suite 101, Roseland, New Jersey 07068 (counsel for FVP Investments LLC, FVP Opportunity Fund III, LP, and FVP Servicing, LLC)

Jonathan Schwartz, Esq. and Jerrell A. Breslin, Esq., Schwartz | Breslin PLLC, The DuPont Building, Suite 700, 169 East Flagler Street, Miami, Florida 33131 (admitted pro hac vice for the same parties)

Hillel I. Parness, Esq., Parness Law Firm, PLLC, 136 Madison Avenue, 6th Floor, New York, New York 10016 (counsel for Franklin Capital Funding, LLC)

Gary F. Seitz, Esq., Gellert Seitz Busenkell & Brown, LLC, 1201 N. Orange Street, Suite 300, Wilmington, Delaware 19801 (counsel for Nicole Testa Mehdipour, Chapter 7 Trustee of Excell Auto Group, Inc.)

Office of the United States Trustee, Attn: Rachel Wolf, Esq., One Newark Center, 1085 Raymond Boulevard, Suite 2100, Newark, New Jersey 07102

PLEASE TAKE NOTICE that on a date and time to be fixed by the Court on the accompanying Application for Order Shortening Time — the undersigned has requested **Thursday, September 17, 2026 at 10:00 a.m.**, the date on which the underlying motion is already scheduled to be heard — or as soon thereafter as the matter may be heard, the undersigned debtor and debtor in possession, Avrumi Lubin, appearing pro se, will move before the Honorable Eamonn J. O'Hagan, United States Bankruptcy Judge, at the Clarkson S. Fisher United States Courthouse, 402 East State Street, Courtroom #2, Trenton, New Jersey 08608, for entry of an order under Fed. R. Bankr. P. 9006(b)(1)(B) and D.N.J. LBR 1001-1(b), 9013-2 and 9013-3(d):

(a) granting leave, after the expiration of the time under D.N.J. LBR 9013-2(a), for the debtor to file the Debtor's Preliminary Opposition to the Motion of FVP Opportunity Fund III, L.P., FVP Investments, LLC and FVP Servicing, LLC for Appointment of a Chapter 11 Trustee (Docket No. 62) (the "Trustee Motion"), which is attached as Exhibit A to the accompanying Certification of Avrumi Lubin and is served with this motion, and directing the Clerk to docket it as the debtor's opposition to the Trustee Motion;

(b) permitting the debtor to be heard on the Trustee Motion under D.N.J. LBR 9013-3(d);

(c) adjourning the hearing on the Trustee Motion for approximately three weeks, to the next date available on the Court's calendar at or about that interval, and setting a date by which the debtor must file and serve a supplemental opposition and a date by which the movants may file and serve a reply. The debtor does not ask for a particular date and does not represent that any date is available; he will take whatever date the Court selects, and asks that it be treated as a date he can be held to;

(d) if the Court does not adjourn the hearing, considering Exhibit A on September 17, 2026 to the extent the Court permits, permitting the debtor to be heard, and denying the Trustee Motion without prejudice on the present record;

(e) if the Court does not order the appointment of a trustee, considering the appointment of an independent examiner under 11 U.S.C. § 1104(c), after any notice and hearing the Court requires and with the scope and budget the Court fixes; and

(f) granting such other and further relief as the Court deems just.

PLEASE TAKE FURTHER NOTICE that in support of this motion the debtor relies on the accompanying Certification of Avrumi Lubin, with Exhibit A (the proposed Preliminary Opposition), Exhibit B (the October 1, 2025 verdict form, filed October 6, 2025), Exhibit C (the order to show cause the FVP Parties filed in New York on September 14, 2026) and Exhibit D (two Notices of Postponement of Sale filed by the FVP Parties in Broward County), and on the accompanying Memorandum of Law. A proposed form of order is submitted with this motion, together with an Application for Order Shortening Time and a proposed Order Shortening Time on the Court's current local forms.

PLEASE TAKE FURTHER NOTICE that this motion is filed after the September 10, 2026 date fixed by D.N.J. LBR 9013-2(a) for opposition to the Trustee Motion. The debtor does not contend that filing and serving these papers gives him leave to be heard or extends any deadline; whether to accept them is for the Court. This motion does not seek to adjourn any other matter scheduled for September 17, 2026, and the debtor will appear on those matters as scheduled unless the Court directs otherwise.

PLEASE TAKE FURTHER NOTICE that, because the debtor asks that this motion be heard on shortened time, the deadline for any response will be fixed by the Order Shortening Time, if entered. If the Court declines to shorten time, any opposition must be filed with the Clerk and served not later than seven (7) days before the hearing date under D.N.J. LBR 9013-2(a). The debtor requests oral argument only if the Trustee Motion is argued.

Dated: September 15, 2026

____________________________

Avrumi Lubin, Debtor and Debtor in Possession, pro se