IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT IN
AND FOR BROWARD COUNTY, FLORIDA

CLERK
U.S. DISTRICT COURT
RECEIVED
2026 SEP 15 P 4:03

CASE NO. CACE 22-5125

Filed in Open Court,
CLERK OF THE CIRCUIT COURT
ON 10.6.28
BY Rea-lme Smith

FVP OPPORTUNITY FUND, III, LP

V.

AVRUMI ("JOSH") LUBIN, ET AL.

______________________________________/

**VERDICT FORM (FVP Claims Only)**

**Count I Fraud against Lubin and Getter**

**DEFENDANT LUBIN**

1. Do you find that Plaintiffs FVP Parties have proven its Fraudulent Misrepresentation claim against Defendant Lubin by the greater weight of the evidence?

Yes X

No ______

2. If you answered yes to Question 1, what amount of damages do you award against Defendant Lubin?

$ 7.5 million

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY

## WRONGFUL ACT DAMAGES – Count I Fraud

**DEFENDANT LUBIN**

3. If you answered yes to Question 1 as to Count I, do you award Plaintiffs attorney's fees and costs incurred in the Bankruptcy Court Litigation as wrongful act damages against Defendant Lubin?

Yes X

No ______

4. If yes, what amount do you award against Defendant Lubin for attorney's fees and costs incurred in the Bankruptcy Court Litigation (In Re Auto Wholesale of Boca, LLC, Case No.: 22-15627-EPK and Adversary Case No.: 22-01218-EPK)?

$ 1,341,219.72

NOT AN OFFICIAL COPY – PUBLIC ACCESS – NOT AN OFFICIAL COPY

**DEFENDANT GETTER**

All of the allegations made against Defendant Getter are admitted and the only issue is for you to determine is damages, if any.

5. What amount of damages do you award for Plaintiffs FVP Parties for its Fraudulent Misrepresentation claim against Defendant Getter?

$ 7.5 million

**WRONGFUL ACT DAMAGES – Count I Fraud**

**DEFENDANT GETTER**

All of the allegations made against Defendant Getter are admitted and the only issue is for you to determine is damages, if any.

6. What amount of damages do you award against Defendant Getter for Plaintiffs attorney's fees and costs incurred in the Bankruptcy Court Litigation as wrongful act damages against Defendant Getter?

$ 7.5 million

NOT AN OFFICIAL COPY – PUBLIC ACCESS – NOT AN OFFICIAL COPY

**Count II Conspiracy to Commit Fraud against Lubin and Getter**

**DEFENDANT LUBIN**

7. Do you find that Plaintiffs FVP Parties have proven its Conspiracy to Commit Fraud claim against Defendant Lubin by the greater weight of the evidence?

Yes X

No ______

8. If you answered yes to Question 7, what amount of damages do you award against Defendant Lubin?

$ 7.5 million

**WRONGFUL ACT DAMAGES – Count II**

**DEFENDANT LUBIN**

9. If you answered yes to Question 7 as to Count II, do you award Plaintiffs attorney's fees and costs incurred in the Bankruptcy Court Litigation as wrongful act damages against Defendant Lubin?

Yes X

No ______

10. If yes, what amount do you award against Defendant Lubin for attorney's fees and costs incurred in the Bankruptcy Court Litigation (In Re Auto Wholesale of Boca, LLC, Case No.: 22-15627-EPK and Adversary Case No.: 22-01218-EPK)?

$ 1,341,219.72

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY

**DEFENDANT GETTER**

All of the allegations made against Defendant Getter are admitted and the only issue is for you to determine is damages, if any.

11. What amount of damages do you award against Defendant Getter?

$ 7.5 million

**WRONGFUL ACT DAMAGES – Count II**

**DEFENDANT GETTER**

All of the allegations made against Defendant Getter in Count II are admitted and the only issue is for you to determine is damages, if any.

12. What amount of damages do you award against Defendant Getter Plaintiffs attorney's fees and costs incurred in the Bankruptcy Court Litigation as wrongful act damages against Defendant Getter?

$ 1,341,219.72

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY

## Count IV Tortious Interference with Business Relationship against Lubin and Getter

**DEFENDANT LUBIN**

13. Do you find that Plaintiffs FVP Parties have proven its Tortious Interference with Business Relationship claim against Defendant Lubin by the greater weight of the evidence?

Yes X

No ______

14. If you answered yes to Question 13, what amount of damages do you award against Defendant Lubin?

$ 7.5 million

**DEFENDANT GETTER**

All of the allegations made against Defendant Getter are admitted and the only issue is for you to determine damages, if any.

15. What amount of damages do you award against Defendant Getter?

$ 7.5 million

NOT AN OFFICIAL COPY – PUBLIC ACCESS – NOT AN OFFICIAL COPY

## LUBIN – PIERCING THE CORPORATE VEIL OF SPIN CAPITAL LLC / OR ACTIVE PARTICIPATION

**QUESTION 1:** Did Avrumi Josh Lubin dominate and control Spin Capital such that Spin Capital's separate identity was not sufficiently maintained?

☒ YES ☐ NO

**QUESTION 2:** Did Avrumi Josh Lubin dominate and control Spin Capital such that Spin Capital lacked an existence independent from Lubin?

☒ YES ☐ NO

**QUESTION 3:** Was the corporate form of Spin Capital formed or used for a fraudulent or improper purpose?

☐ YES ☒ NO

**QUESTION 4:** Were the FVP Plaintiffs harmed by the fraudulent or improper formation and use of the corporate form of Spin Capital?

☒ YES ☐ NO

**QUESTION 5:** Did Avrumi Josh Lubin actively participate in the commission of a tort (civil wrong) through personal involvement in the wrongful act that led to FVP Plaintiffs' injuries or damages and knowledge of the wrongful act with acquiescence (by permitting the act when he should have prevented it)?

☐ YES ☑ NO

*If you answered "YES" to all Questions 1-4, then the corporate veil should be pierced and Avrumi Josh Lubin is liable for the obligations of Spin Capital. If you answered "YES" to Question 5, then Avrumi Josh Lubin is*

NOT AN OFFICIAL COPY PUBLIC ACCESS NOT AN OFFICIAL COPY

*liable under the active participation theory. If you answered "NO" to any of Questions 1-4 and "NO" to Question 5, then Avrumi Josh Lubin is not liable.*

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY

## LUBIN – PIERCING THE CORPORATE VEIL OF HI BAR CAPITAL LLC / OR ACTIVE PARTICIPATION

**QUESTION 1:** Did Avrumi Josh Lubin dominate and control Hi Bar Capital such that Hi Bar Capital LLC's separate identity was not sufficiently maintained?

☒ YES ☐ NO

**QUESTION 2:** Did Avrumi Josh Lubin dominate and control Hi Bar Capital LLC such that Hi Bar Capital LLC lacked an existence independent from Lubin?

☒ YES ☐ NO

**QUESTION 3:** Was the corporate form of Hi Bar Capital LLC formed or used for a fraudulent or improper purpose?

☐ YES ☒ NO

**QUESTION 4:** Were the FVP Plaintiffs harmed by the fraudulent or improper formation and use of the corporate form of Hi Bar Capital LLC?

☒ YES ☐ NO

**QUESTION 5:** Did Avrumi Josh Lubin actively participate in the commission of a tort (civil wrong) through personal involvement in the wrongful act that led to FVP Plaintiffs' injuries or damages and knowledge of the wrongful act with acquiescence (by permitting the act when he should have prevented it)?

☐ YES ☒ NO

NOT AN OFFICIAL COPY – PUBLIC ACCESS – NOT AN OFFICIAL COPY

*If you answered "YES" to all Questions 1-4, then the corporate veil should be pierced and Avrumi Josh Lubin is liable for the obligations of Hi Bar Capital LLC. If you answered "YES" to Question 5, then Avrumi Josh Lubin is liable under the active participation theory. If you answered "NO" to any of Questions 1-4 and "NO" to Question 5, then Avrumi Josh Lubin is not liable.*

**GETTER – PIERCING THE CORPORATE VEIL OF HI BAR CAPITAL LLC / OR ACTIVE PARTICIPATION**

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY

All of the allegations made against Defendant Getter are admitted and the only issue is for you to determine is damages, if any. Accordingly, you must find that:

1. Yoel Getter dominated and controlled Hi Bar Capital LLC, Inc. such that Hi Bar Capital LLC's separate identity was not sufficiently maintained.

2. Yoel Getter dominated and controlled Hi Bar Capital LLC, Inc. such that Hi Bar Capital LLC lacked an existence independent from Getter.

3. The corporate form of Hi Bar Capital LLC, Inc. was formed or used a fraudulent or improper purpose.

4. That the FVP Plaintiff were harmed by the fraudulent or improper formation and use of the corporate form of Hi Bar Capital LLC,

5. That Yoel Getter actively participate in the commission of a tort (civil wrong) through personal involvement in the wrongful act that led to FVP Plaintiffs' injuries or damages and knowledge of the wrongful act

with acquiescence (by permitting the act when he should have prevented it).

Please sign and date the verdict form and indicate to the bailiff you have reached a verdict.

SO SAY WE ALL this 10/1/25 day of October, 2025.

Richard mills
FOREPERSON (Signature)

Richard mills
FOREPERSON (Print)

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY