Filing # 251241950 E-Filed 06/25/2026 05:15:44 PM

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
RECEIVED
2026 SEP 15 P 4: 04

**IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA**

**FVP OPPORTUNITY FUND III, L.P., et al.,**

Plaintiffs/Judgment Creditors,

v.

**SCOTT ZANKL, et al.,**

Defendants/Judgment Debtors.
_________________________________/

CASE NO. CACE-22-005125

(Judge David A. Haimes, Div. 07)

**PLAINTIFFS' NOTICE OF POSTPONEMENT OF SALE**

PLEASE TAKE NOTICE that Plaintiffs/Judgment Creditors FVP Servicing, LLC, for the benefit of FVP Opportunity Fund III, L.P., and FVP Investments, LLC (collectively, "FVP"), hereby give notice that the private sale of Defendant Avrumi "Josh" Lubin's transferable membership interests in Spin Capital, LLC and Teton Funding, LLC, previously noticed to be conducted on June 26, 2026, is hereby **POSTPONED**.

This postponement is made in light of the Suggestion of Bankruptcy and Notice of Automatic Stay filed by Defendant Avrumi "Josh" Lubin on June 25, 2026 (Filing No. 251232191), reflecting that Mr. Lubin filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey, Case No. 26-17342, on June 25, 2026. Pursuant to 11 U.S.C. § 362(a), the filing of the petition operates as an automatic stay of, among other things, the enforcement against the Debtor of a pre-petition judgment and any act to obtain possession of or to exercise control over property of the bankruptcy estate.

Accordingly, and without waiver of any of its rights, remedies, liens, or priorities, FVP postpones the June 26, 2026, sale of Mr. Lubin's interests. The sale shall not proceed unless and until the automatic stay is terminated, modified, annulled, or otherwise lifted by order of the United States Bankruptcy Court, or the stay is no longer applicable, at which time FVP will re-notice the sale or proceed as permitted by law.

NOT AN OFFICIAL COPY



*** FILED: BROWARD COUNTY, FL BRENDA D. FORMAN, CLERK 06/25/2026 05:15:44 PM ****

FVP expressly reserves all rights, including the right to seek relief from the automatic stay and to pursue all available judgment-enforcement remedies against the Debtor and the property of the estate, and against any non-debtor parties and property not subject to the automatic stay.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 25, 2026, I electronically filed this Notice of Postponement of Sale with the Clerk of Court using the Florida E-Filing Portal in compliance with Rule 2.516(a).

Respectfully submitted,
Law Office of Alan I. Karten, PLLC
321 Anderson Pond Road
Aiken, South Carolina 29803
Telephone: (305) 490-2767
alankartenlaw@gmail.com

**/S/ Alan I. Karten**
Alan I. Karten, Esq.
Attorney for Judgment Creditors
Florida Bar No. 200263

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY

**IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT**
**IN AND FOR BROWARD COUNTY, FLORIDA**

| | |
|---|---|
| **FVP OPPORTUNITY FUND III, L.P., et al.,**<br><br>Plaintiffs/Judgment Creditors,<br><br>v.<br><br>**SCOTT ZANKL, et al.,**<br><br>Defendants/Judgment Debtors.<br>_______________________________/ | CASE NO. CACE-22-005125<br><br>(Judge David A. Haimes, Div. 07) |

**PLAINTIFFS' NOTICE OF POSTPONEMENT OF SALE**

PLEASE TAKE NOTICE that Plaintiffs/Judgment Creditors FVP Servicing, LLC, for the benefit of FVP Opportunity Fund III, L.P., and FVP Investments, LLC (collectively, "FVP"), hereby give notice that the private sale of Defendant Avrumi "Josh" Lubin's transferable membership interests in JL Special Investments LLC, previously noticed to be conducted on July 24, 2026, is hereby **POSTPONED**.

This postponement is made in light of the Suggestion of Bankruptcy and Notice of Automatic Stay filed by Defendant Avrumi "Josh" Lubin on June 25, 2026 (Filing No. 251232191), reflecting that Mr. Lubin filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey, Case No. 26-17342, on June 25, 2026. Pursuant to 11 U.S.C. § 362(a), the filing of the petition operates as an automatic stay of, among other things, the enforcement against the Debtor of a pre-petition judgment and any act to obtain possession of or to exercise control over property of the bankruptcy estate.

Accordingly, and without waiver of any of its rights, remedies, liens, or priorities, FVP postpones the July 24, 2026, sale of Mr. Lubin's interests. The sale shall not proceed unless and until the automatic stay is terminated, modified, annulled, or otherwise lifted by order of the United States Bankruptcy Court, or the stay is no longer applicable, at which time FVP will re-notice the sale or proceed as permitted by law.



*** FILED: BROWARD COUNTY, FL BRENDA D. FORMAN, CLERK 07/23/2026 04:12:25 PM ****

NOT AN OFFICIAL DOCUMENT - PUBLIC ACCESS - NOT AN OFFICIAL COPY

FVP expressly reserves all rights, including the right to seek relief from the automatic stay and to pursue all available judgment-enforcement remedies against the Debtor and the property of the estate, and against any non-debtor parties and property not subject to the automatic stay.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 23, 2026, I electronically filed this Notice of Postponement of Sale with the Clerk of Court using the Florida E-Filing Portal in compliance with Rule 2.516(a).

Respectfully submitted,
Law Office of Alan I. Karten, PLLC
321 Anderson Pond Road
Aiken, South Carolina 29803
Telephone: (305) 490-2767
alankartenlaw@gmail.com

**/S/ Alan I. Karten**
Alan I. Karten, Esq.
Attorney for Judgment Creditors
Florida Bar No. 200263

NOT AN OFFICIAL COPY – PUBLIC ACCESS – NOT AN OFFICIAL COPY