**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
*Caption in Compliance with D.N.J. LBR 9004-1(b)*

**Avrumi Lubin, Pro Se**
1460 Arboretum Parkway
Lakewood, New Jersey 08701
Telephone: 718-570-3796
Email: josh@tetonfunding.com

| | |
|---|---|
| In Re: | Case No.: 26-17342-EJO |
| Avrumi Lubin aka Josh Lubin, | Chapter: 11 |
| Debtor. | Hearing Date: To be fixed by the Court |
| | Judge: Eamonn J. O'Hagan |

**ORDER GRANTING LEAVE TO FILE OPPOSITION OUT OF TIME TO THE MOTION**
**FOR APPOINTMENT OF A CHAPTER 11 TRUSTEE (DOCKET NO. 62), ADJOURNING THE HEARING, AND SETTING A SCHEDULE**

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

Upon the motion (the "Motion") of the Debtor, Avrumi Lubin aka Josh Lubin, appearing pro se, for an order under Fed. R. Bankr. P. 9006(b)(1)(B) and D.N.J. LBR 1001-1(b), 9013-2 and 9013-3(d) granting leave to file opposition out of time to the Motion of FVP Opportunity Fund III, L.P., FVP Investments, LLC and FVP Servicing, LLC for Appointment of a Chapter 11 Trustee (Docket No. 62) (the "Trustee Motion") and for related relief; and the Court having considered the Certification of Avrumi Lubin and the exhibits thereto, the Memorandum of Law, and any response; and notice of the Motion having been given as directed by the Court; and for good cause shown; it is hereby ORDERED as follows:

1. The Motion is GRANTED as set forth herein.

2. Leave is granted under Fed. R. Bankr. P. 9006(b)(1)(B) to file, out of time, the Debtor's Preliminary Opposition to the Trustee Motion attached as Exhibit A to the Certification of Avrumi Lubin. The Clerk is directed to docket Exhibit A as the Debtor's opposition to the Trustee Motion. Nothing in this paragraph determines whether or when the opposition was served; service is as reflected in the certification(s) of service on the docket.

3. The Debtor may be heard on the Trustee Motion under D.N.J. LBR 9013-3(d).

4. The hearing on the Trustee Motion is adjourned from September 17, 2026 to _______________, 2026 at _______ __.m. in Courtroom #2, Trenton, New Jersey. The Debtor may file and serve a supplemental opposition on or before _______________, 2026, and the movants may reply on or before _______________, 2026.

5. The Debtor shall (a) open a debtor-in-possession account, address his prepetition accounts in accordance with applicable requirements and provide the required proof to the United States Trustee by _______________, 2026; and (b) file all outstanding monthly operating reports and amended Schedules I and J, with any amendment to Schedule A/B, by _______________, 2026. The Debtor shall file a status report on each item, disclosing any obstacle to completion, on or before _______________, 2026.

6. The Debtor shall serve a copy of this Order on all parties in interest who are not registered electronic filers within two (2) days of its entry and file a certification of service.

7. Nothing in this Order extends any other deadline, adjourns any other matter, determines any issue concerning the automatic stay, or constitutes a determination of the merits of the Trustee Motion.