UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Avrumi Lubin, Debtor, pro se
1460 Arboretum Parkway
Lakewood, NJ 08701
Telephone: 718-570-3796
Email: josh@tetonfunding.com

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
2026 SEP 15 P 4: 04

In Re:

Avrumi Lubin,
Debtor.

Case No.: 26-17342-EJO

Chapter: 11

Adv. No.: ________

Hearing Date: 9/17/26 10:00 AM

Judge: Eamonn J. O'Hagan

FILED
JEANNE A. NAUGHTON, CLERK
SEP 15 2026
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY [signature] DEPUTY

## CERTIFICATION OF SERVICE

1. I, Avrumi Lubin :

☐ represent ________________ in this matter.

☐ am the secretary/paralegal for ________________, who represents ________________ in this matter.

☒ am the debtor in this case and am representing myself.

2. On ________________, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

(a) Notice of Motion for Leave to File Opposition Out of Time to the Motion for Appointment of a Chapter 11 Trustee (Dkt. 62), to Adjourn the Hearing, and for Related Relief; (b) Application for Order Shortening Time and proposed Order Shortening Time; (c) Certification of Avrumi Lubin, with Exhibit A (Debtor's Preliminary Opposition and Examiner Request), Exhibit B (Verdict Form, Oct. 1, 2025, filed Oct. 6, 2025), Exhibit C (FVP Order to Show Cause, NYSCEF Doc. No. 1487, Sept. 14, 2026) and Exhibit D (two FVP Notices of Postponement of Sale, Broward Filing Nos. 251241950 and 253157341); (d) Memorandum of Law; and (e) proposed Order.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 9/15/26

[signature]
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
| --- | --- | --- |
| FVP Investments LLC<br>Attn: Officer or Managing Agent<br>1201 Broadway, 7th Floor<br>New York, NY 10001 | Creditor / movant on Dkt. 62 | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| FVP Opportunity Fund III, LP<br>Attn: Officer or Managing Agent<br>1201 Broadway, 7th Floor<br>New York, NY 10001 | Creditor / movant on Dkt. 62 | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| FVP Servicing, LLC<br>Attn: Officer or Managing Agent<br>1201 Broadway, 7th Floor<br>New York, NY 10001 | Creditor / movant on Dkt. 62 | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Baldassare & Mara, LLC<br>Attn: Jennifer Mara, Esq. and<br>Michael Baldassare, Esq.<br>75 Livingston Avenue, Suite 101<br>Roseland, NJ 07068<br>jmara@mabalaw.com; mbaldassare@mabalaw.com | Counsel for the FVP Parties (movants) | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other E-mail (courtesy copy)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Schwartz Breslin PLLC<br>Attn: Jonathan Schwartz, Esq. and<br>Jerrell A. Breslin, Esq.<br>169 East Flagler Street, Suite 700<br>Miami, FL 33131<br>js@jsjb.law; jb@jsjb.law; eservice@jsjb.law | Counsel (pro hac vice) for the FVP Parties | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other E-mail (courtesy copy)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Hillel I. Parness, Esq.<br>Parness Law Firm, PLLC<br>136 Madison Avenue, 6th Floor<br>New York, NY 10016<br>hip@hiplaw.com | Counsel for Franklin Capital Funding, LLC | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other E-mail (courtesy copy)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Gary F. Seitz, Esq.<br>Gellert Seitz Busenkell & Brown, LLC<br>1201 N. Orange Street, Suite 300<br>Wilmington, DE 19801<br>gseitz@gsbblaw.com | Counsel for the Chapter 7 Trustee of Excell Auto Group, Inc. (Dkt. 89) | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other E-mail (courtesy copy)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Office of the United States Trustee<br>Attn: Rachel Wolf, Esq.<br>One Newark Center<br>1085 Raymond Blvd., Suite 2100<br>Newark, NJ 07102<br>rachel.wolf@usdoj.gov; USTPRegion03.NE.ECF@usdoj.gov | United States Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other E-mail (courtesy copy)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other __________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other __________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*