UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Avrumi Lubin, Debtor, pro se
1460 Arboretum Parkway
Lakewood, NJ 08701
Telephone: 718-570-3796
Email: josh@tetonfunding.com

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2026 SEP 15 P 4: 03

FILED
JEANNE A. NAUGHTON, CLERK

SEP 15 2026

U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY [signature] DEPUTY

In Re:
Avrumi Lubin,
Debtor.

Case No.: 26-17342-EJO

Chapter: 11

Hearing Date: 9/17/26 10:00 AM (req.)

Judge: Eamonn J. O'Hagan

## APPLICATION FOR ORDER SHORTENING TIME

The applicant Avrumi Lubin, on behalf of himself, as Debtor requests that the time period to/for notice of the Debtor's Motion for Leave (Dkt. 62) as required by D.N.J. LBR 9013-2(a) be shortened pursuant to Fed. R. Bankr. P 9006(c)(1), for the reason(s) set forth below:

1. A shortened time hearing is requested because:
   The Trustee Motion (Dkt. 62) is set for September 17, 2026 at 10:00 a.m. This motion seeks leave to oppose it out of time and to adjourn it, and cannot be heard on 21 days' notice before that date. The debtor is pro se and is not a CM/ECF filer (Dkt. 35). Grounds: accompanying Certification and Memorandum of Law.

2. A hearing is requested on or before:
   September 17, 2026 at 10:00 a.m., the date already set for the Trustee Motion, or as the Court directs.

3. Reduction of the time period is not prohibited under Fed. R. Bankr. P 9006(c)(1).

The applicant requests entry of the proposed order shortening time.

Date: September 15, 2026

Signature [signature]