UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Avrumi Lubin, Debtor, pro se
1460 Arboretum Parkway
Lakewood, NJ 08701
Telephone: 718-570-3796
Email: josh@tetonfunding.com

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
2026 SEP 15 P 4:03

In Re:
Avrumi Lubin,
Debtor.

Case No.: 26-17342-EJO

Chapter: 11

Judge: Eamonn J. O'Hagan

**ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE**

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

After review of the application of Avrumi Lubin for a reduction of time for a hearing on Motion for Leave to File Opposition Out of Time to the Motion for Appointment of a Chapter 11 Trustee (Dkt. 62) and for Related Relief under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on ______________________ at __________ in the United States Bankruptcy Court,
Courtroom No. ________.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: FVP Opportunity Fund III, L.P., FVP Investments, LLC and FVP Servicing, LLC, c/o Baldassare & Mara, LLC, 75 Livingston Avenue, Suite 101, Roseland, NJ 07068 (Jennifer Mara, Esq.; Michael Baldassare, Esq.)

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☐ regular mail, ☐ email, ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties: Office of the U.S. Trustee (Rachel Wolf, Esq.), 1085 Raymond Blvd., Suite 2100, Newark, NJ 07102; Schwartz I Breslin PLLC (pro hac vice); Hillel I. Parness, Esq.; Gary F. Seitz, Esq.

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☐ regular mail, ☐ email, ☐ hand delivery.

4. Service must be made:

☐ on the same day as the date of this order, or

☐ within ________ day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☐ must be provided to ______________________________________

☐ on the same day as the date of this Order, or

☐ within ________ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to said motion/application identified above:

❑ must be filed with the Court and served on all parties in interest by electronic or overnight mail _________ day(s) prior to the scheduled hearing; or

❑ may be presented orally at the hearing.

8. ❑ Court appearances are required to prosecute said motion/application and any objections.

❑ Parties may request to appear by phone by contacting Chambers prior to the return date.

9. ❑ The hearing will be conducted via Zoom using the Judge's standard Zoom link for remote appearances, which can be found on the Judge's page on the Court's website: https://www.njb.uscourts.gov/

❑ The hearing will be conducted via a specialized Zoom link. See instructions below:

*rev.5/19/2025*