UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on September 16, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:
Avrumi Lubin

Case No.: 26-17342

Chapter: 11

Judge: O'Hagan

**ORDER SHORTENING TIME PERIOD FOR NOTICE,**
**SETTING HEARING AND LIMITING NOTICE**

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

**DATED: September 16, 2026**

Eamonn O'Hagan
Honorable Eamonn J. O'Hagan
United States Bankruptcy Judge

After review of the application of debtor for a reduction of time for a hearing on Motion re: for Leave to File Opposition Out of Time to the Motion for Appointment of a Chapter 11 Trustee, to Adjourn the Hearing, and for Related Relief under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on September 17, 2026 at 10:00AM in the United States Bankruptcy Court, 402 E. State Street, Trenton, NJ 08608
Courtroom No. 2.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties:
FVP Opportunity Fund III, L.P., FVP Investments, LLC and FVP Servicing, LLC, c/o Baldassare & Mara, LLC,
75 Livingston Avenue, Suite 101, Roseland, NJ 07068 (Jennifer Mara, Esq.; Michael Baldassare, Esq.
by ☒ each, ❑ any of the following methods selected by the Court:

❑ fax, ❑ overnight mail, ❑ regular mail, ☒ email, ❑ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:
Office of the U.S. Trustee (Rachel Wolf, Esq.), 1085 Raymond Blvd., Suite 2100, Newark, NJ 07102;
Schwartz I Breslin PLLC (pro hac vice); Hillel I. Parness, Esq.; Gary F. Seitz, Esq.
by ☒ each, ❑ any of the following methods selected by the Court:

❑ fax, ❑ overnight mail, ❑ regular mail, ☒ email, ❑ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

❑ within ________ day(s) of the date of this Order.

5. Notice by telephone:

❑ is not required

☒ must be provided to All parties in box #2 and #3

☒ on the same day as the date of this Order, or

❑ within ________ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to said motion/application identified above:

❑ must be filed with the Court and served on all parties in interest by electronic or overnight mail _________ day(s) prior to the scheduled hearing; or

☒ may be presented orally at the hearing.

8. ☒ Court appearances are required to prosecute said motion/application and any objections.

❑ Parties may request to appear by phone by contacting Chambers prior to the return date.

9. ☒ The hearing will be conducted via Zoom using the Judge's standard Zoom link for remote appearances, which can be found on the Judge's page on the Court's website: https://www.njb.uscourts.gov/

❑ The hearing will be conducted via a specialized Zoom link. See instructions below:

*rev.5/19/2025*