UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Courtney A. Schael Esq.
ASHFORD - SCHAEL LLC
100 Quimby Street, Suite 1
Westfield, NJ 07090
(908) 232-5566 phone
(908) 728-3113 fax
cschael@ashfordnjlaw.com

Proposed Counsel to the Debtor

In Re:

AVRUMI LUBIN

Case No.: 26-17342 (EJO)

Judge: Eamonn James O'Hagan

Chapter: 11

**APPLICATION FOR RETENTION OF PROFESSIONAL**

1. The applicant, Avrumi Lubin, is the (check all that apply):

☐ Trustee: ☐ Chap. 7 ☐ Chap. 11 ☐ Chap. 13.

☒ Debtor: ☒ Chap. 11 ☐ Chap. 13

☐ Official Committee of ____________________

2. The applicant seeks to retain the following professional Ashford - Schael LLC to serve as (check all that apply):

☒ Attorney for: ☐ Trustee ☒ Debtor-in-Possession

☐ Official Committee of ____________________

☐ Accountant for: ☐ Trustee ☐ Debtor-in-possession

☐ Official Committee of ____________________

☐ Other Professional:

☐ Realtor ☐ Appraiser ☐ Special Counsel

☐ Auctioneer ☐ Other (specify): ______________________

3. The employment of the professional is necessary because:
The Debtor wishes to retain the firm of Ashford - Schael LLC as his
counsel as debtor and debtor-in-possession in the above captioned chapter 11
bankruptcy proceeding

4. The professional has been selected because:
Ashford - Schael LLC has considerable experience in representing debtors
and creditors in Chapter 11 bankruptcy cases and is well qualified to represent the Debtor

5. The professional services to be rendered are as follows:
Representation in Chapter 11 bankruptcy case

6. The proposed arrangement for compensation is as follows:
The terms of employment agreed to by the Debtor, subject to Court approval, are that Ashford - Schael LLC
will represent the Debtor at its standard hourly rates.
Hourly compensation--Courtney A. Schael $700/hour; paralegals $150/hour

7. To the best of the applicant's knowledge, the professional's connection with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

☒ None

☐ Describe connection: ______________________

8. To the best of the applicant's knowledge, the professional (check all that apply):

☒ does not hold an adverse interest to the estate.

☒ does not represent an adverse interest to the estate.

☒ is a disinterested person under 11 U.S.C. § 101(14).

☒ does not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which he/she will be retained under 11 U.S.C. § 327(e).

☐ Other; explain: ______________________________

______________________________

______________________________

9. If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows: ______________________________

______________________________

______________________________

The applicant respectfully requests authorization to employ the professional to render services in accordance with this application, with compensation to be paid as an administrative expense in such amounts as the Court may determine and allow.

Date: 9/16/26

______________________________
Signature of Applicant

*rev.8/1/15*