UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(B)**

Courtney A. Schael Esq.
ASHFORD - SCHAEL LLC
100 Quimby Street, Suite 1
Westfield, NJ 07090
(908) 232-5566 phone
(908) 728-3113 fax
cschael@ashfordnjlaw.com

Proposed Counsel to the Debtor

In Re:

AVRUMI LUBIN

Case No.: 26-17342 (EJO)

Judge: Eamonn James O'Hagan

Chapter: 11

**CERTIFICATION OF PROFESSIONAL IN SUPPORT OF APPLICATION FOR RETENTION OF PROFESSIONAL**

I, Courtney A. Schael, being of full age, certify as follows:

1. I am seeking authorization to be retained as counsel for the Debtor.

2. My professional credentials include: I have been practicing exclusively in bankruptcy, including Chapter 11 cases for over thirty years and have represented debtors, creditors and other parties in interest in multiple Chapter 11 cases

3. I am a member of or associated with the firm of: Ashford - Schael LLC.

4. The proposed arrangement for compensation, including hourly rates, if applicable, is as follows Hourly compensation at standard rates. Current rates: Courtney A. Schael, Esq. $700/hour and paralegals $150/hour $25,000 retainer paid by third party relative.

☐ Pursuant to D.N.J. LBR 2014-3, I request a waiver of the requirements of D.N.J. LBR 2016-1.

5. To the best of my knowledge, after reasonable and diligent investigation, my connection with the debtor(s), creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

☒ None

☐ Describe connection:______________________________________________

______________________________________________________________

______________________________________________________________

6. To the best of my knowledge, after reasonable and diligent investigation, the connection of my firm, its members, shareholders, partners, associates, officers and/or employees with the debtor(s), creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

☒ None

☐ Describe Connection: ______________________________________________

______________________________________________________________

______________________________________________________________

7. To the best of my knowledge, my firm, its members, shareholders, partners, associates, officers and/or employees and I (check all that apply):

☒ do not hold an adverse interest to the estate.

☒ do not represent an adverse interest to the estate.

☒ are disinterested under 11 U.S.C. § 101(14).

☒ do not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which I will be retained under 11 U.S.C. § 327(e).

☐ Other. Explain: ______________________________________________

______________________________________________________________

______________________________________________________________

8. If the professional is an auctioneer,

The following are my qualifications and experience with the liquidation or sale of similar property: ______________________________________________

______________________________________________________________

______________________________________________________________

b. The proposed method of calculation of my compensation, including rates and formulas, is: ______________________________________________________________

______________________________________________________________

______________________________________________________________

Pursuant to D.N.J. 2014-2, I ☐ do or ☐ do not request a waiver of the requirements of D. N. J. LBR 2016-1.

c. The following is an estimate of all costs and expenses, including labor, security, advertising, delivery, mailing, and insurance, for which I will seek reimbursement from the sale proceeds: ______________________________________________________________

______________________________________________________________

______________________________________________________________

d. Have you, or a principal of your firm, been convicted of a criminal offense?

☐ No ☐ Yes (explain below)

______________________________________________________________

______________________________________________________________

______________________________________________________________

e. I certify that a surety bond as described in D. N. J. LBR 2014-2(a)(6) is in effect and will remain so through the date of turnover of the auction proceeds.

9. If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows: ______________________________________________________________

______________________________________________________________

______________________________________________________________

I certify under penalty of perjury that the above information is true.

Date: 9/16/26 /s/ Courtney A. Schael
Signature of Professional

*rev.8/1/15*