UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Courtney A. Schael Esq.
ASHFORD - SCHAEL LLC
100 Quimby Street, Suite 1
Westfield, NJ 07090
(908) 232-5566 phone
(908) 728-3113 fax
cschael@ashfordnjlaw.com
Proposed Counsel to the Debtor

In Re:

AVRUMI LUBIN

Case No.: 26-17342 (EJO)

Chapter: 11

Judge: Eamonn James O'Hagan

**ORDER AUTHORIZING RETENTION OF**

ASHFORD - SCHAEL LLC

The relief set forth on the following page is **ORDERED**.

Upon the applicant's request for authorization to retain Ashford - Schael LLC as counsel for the Debtor, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.
The professional's address is: Ashford - Schael LLC
100 Quimby Street, Suite 1
Westfield, NJ. 07090

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*