UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**ASHFORD – SCHAEL LLC**
Courtney A. Schael, Esq. (CS-1295)
100 Quimby Street, Suite 1
Westfield, NJ 07090
(908) 232-5566
(908) 728-3113 telecopy
Proposed Counsel for Debtor

In re:

AVRUMI LUBIN

Debtor.

Chapter 11

Case No. 26-17342 (EJO)

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that Ashford – Schael LLC, hereby enters its appearance as proposed counsel for the Debtor pursuant to section 1109(b) of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure 9007 and 9101(b) and hereby requests that copies of all notices and pleadings given or filed in this bankruptcy case be given and served upon the following:

Courtney A. Schael, Esq.
ASHFORD – SCHAEL LLC
100 Quimby Street, Suite 1
Westfield, NJ 07090
(908) 232-5566 main
(908) 255-0462 direct
CSchael@AshfordNJLaw.com

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service of Papers or any subsequent appearance or pleading shall not be construed or

deemed to waive any of the Debtor's rights and the Debtor hereby expressly reserves all rights, claims, remedies, actions, defenses setoff, and recoupments.

Dated: September 16, 2026

**ASHFORD - SCHAEL, LLC**
Proposed Counsel for Debtor

By: /s/ Courtney A. Schael
Courtney A. Schael, Esq. (CS-1295)
100 Quimby Street, Suite 1
Westfield, NJ 07090
Tel.: (908) 232-5566
cschael@ashfordnjlaw.com