B2030 (Form 2030) (12/25)

# United States Bankruptcy Court

_______________ District Of New Jersey

**In re**

AVRUMI LUBIN

Case No. 26-17342 (EJO)

**Debtor**

Chapter 11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ........................................................ $ Hourly compensation

   Prior to the filing of this statement I have received. ............................................$20,000 retainer

   Balance Due.......................................................................................................$0

2. The source of compensation to be paid to me is:

   ☐ Debtor ☒ Other (Retainer paid by third party--Debtor's relative)

3. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

4. Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

   a. Analysis of the debtor's financial situation;

   b. Preparation and filing of any amended schedules, amended statements of affairs and Chapter 11 plan which may be required;

   c. Representation of the debtor at the confirmation hearing, and any adjourned hearings thereof;

d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

e. [List other services that counsel has agreed to provide]

5. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Appeals

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_______9/16/26_________ -
*Date*

/s/ Courtney A. Schael
*Signature of Attorney*

Ashford - Schael LLC
*Name of law firm*