UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Courtney A. Schael Esq.
ASHFORD - SCHAEL LLC
100 Quimby Street, Suite 1
Westfield, NJ 07090
(908) 232-5566 phone
(908) 728-3113 fax
cschael@ashfordnjlaw.com
Proposed Counsel to the Debtor

In Re:

AVRUMI LUBIN

| | |
|---|---|
| Case No.: | 26-17342 (EJO) |
| Chapter: | 11 |
| Adv. No.: | |
| Hearing Date: | |
| Judge: | Eamonn James O'Hagan |

## CERTIFICATION OF SERVICE

1. I, Courtney A. Schael :

☒ represent proposed Debtor's counsel in this matter.

☐ am the secretary/paralegal for ______________________, who represents ______________________ in this matter.

☐ am the ______________________ in this case and am representing myself.

2. On September 16, 2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   1. Application for Retention of Professional
   2. Certification in Support
   3. Proposed form of Order
   4. Form 2030--Disclosure of Attorney Compensation

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 9/16/26

/s/ Courtney A. Schael
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Rachel Wolf<br>DOJ-Ust<br>One Newark Center<br>Ste 2100<br>Newark, NJ 07102<br>202-834-3003 | US Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Gary Francis Seitz<br>Gellert Seitz Busenkell & Brown, LLC<br>1201 N Orange Street<br>Wilmington, DE 19801 | Nicole Tesa Mehdipour, Chapter 7 Trustee of Excell Auto Group, Inc. | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Hillel Ira Parness<br>Parness Law Firm, PLLC<br>136 Madison Ave., 6th Floor<br>New York, NY 10016 | Franklin Capital Funding, LLC | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Michael Baldassare<br>Jennifer Mara<br>Baldassare & Mara, LLC<br>75 Livingston Avenue, Suite 101<br>Roseland, NJ 07068 | FVP Investments LLC; FVP Opportunity Fund III, LP; FVP Servicing, LLC | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Jerrell Breslin<br>Schwartz Breslin PLLC<br>169 East Flagler Street, Suite 700<br>Miami, FL. 33021 | FVP Investments LLC; FVP Opportunity Fund III, LP; FVP Servicing, LLC | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*