Order Filed on September 17, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**BALDASSARE & MARA, LLC**
75 Livingston Avenue, Suite 101
Roseland, NJ 07068
T: (973) 604-6686 | F: (973) 556-1071
E: JMara@mabalaw.com

**SCHWARTZ | BRESLIN, PLLC**
The DuPont Building, 169 East Flagler Street, Suite 700
Miami, Florida 33131
T: 305-577-4626 | F: 305-577-4630
E: JB@JSJB.Law | EService@JSJB.Law

*Attorneys for Creditors*
*FVP Servicing, LLC,*
*FVP Opportunity Fund III, LP,*
*and FVP Investments LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In Re:<br><br>AVRUMI LUBIN a/k/a Josh Lubin,<br><br>Debtor. | Case No.: 26-17342-EJO<br>Chapter 11 |

**ORDER GRANTING MOTION FOR APPOINTMENT**
**OF A CHAPTER 11 TRUSTEE**

The relief set forth on the following pages, numbered two (2) through three (3) is **ORDERED**.

**DATED: September 17, 2026**

Honorable Eamonn J. O'Hagan
United States Bankruptcy Judge

THIS MATTER having come before the Court on the motion (the "Motion") of FVP Servicing, LLC, FVP Opportunity Fund III, LP, and FVP Investments LLC ("FVP"), judgment creditors and parties in interest, for entry of an order pursuant to section 1104(a) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 2007.1 of the Federal Rules of Bankruptcy Procedure directing the appointment of a Chapter 11 trustee for the estate of Avrumi Lubin (the "Debtor"); and the Court having reviewed the Motion and the Declaration of Alan I. Karten, Esq. submitted in support; and due and proper notice of the Motion having been given; and the Court

having found that it has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334 and that this is a core proceeding under 28 U.S.C. § 157(b)(2)(A); and the Court having determined that cause exists to appoint a Chapter 11 trustee under section 1104(a)(1) of the Bankruptcy Code and that the appointment of a Chapter 11 trustee is in the interests of creditors and the estate under section 1104(a)(2) of the Bankruptcy Code; and after due deliberation and sufficient cause appearing therefore;

**IT IS HEREBY ORDERED as follows:**

1. The motion is GRANTED as set forth herein.
2. Pursuant to section 1104(a) of the Bankruptcy Code and Bankruptcy Rule 2007.1,

a Chapter 11 trustee shall be appointed in the Debtor's Chapter 11 case.

3. The United States Trustee for Region 3 shall appoint a disinterested person to serve as Chapter 11 trustee in this case in accordance with section 1104(d) of the Bankruptcy Code, subject to the Court's approval of that appointment as provided in Bankruptcy Rule 2007.1(c).

4. Upon appointment and qualification, the Chapter 11 trustee shall have and perform all of the rights, powers, and duties of a trustee under the Bankruptcy Code, including those set forth in sections 1106 and 704 of the Bankruptcy Code, and the Debtor shall thereupon cease to be a debtor-in-possession and shall be relieved of the powers and duties of a trustee.

5. The Debtor shall promptly turn over to the Chapter 11 trustee all property of the estate and all books, records, documents, and information relating to the Debtor's assets, financial affairs, and the entities in which the Debtor holds an interest, and shall cooperate with the Chapter 11 trustee in the administration of the estate.

6. This Court shall retain jurisdiction over all matters arising from or related to the implementation or interpretation of this Order.