UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Gary F. Seitz
Gellert Seitz Busenkell & Brown, LLC
1201 N. Orange St., Suite 300
Wilmington, DE 19801
Phone: 302-425-55800
Email: gseitz@gsbblaw.com

*Attorneys for Nicole Tesa Mehdipour, Chapter 7 Trustee of Excell Auto Group, Inc.*

In re:

AVRUMI LUBIN a/k/a JOSH LUBIN

Debtor.

Chapter 11

Case No.: 26-17342 (ELO)

**APPLICATION FOR ADMISSION OF ALAN R. CRANE *PRO HAC VICE***

Nicole Tesa Mehdipour, Chapter 7 Trustee of Excell Auto Group, Inc. (the "Movant") respectfully submits this application pursuant to Rule 101.1 of the Local Civil Rules of the United States District Court for District of New Jersey and Rule 9010-1(b) of the Local Bankruptcy Rules of this Court, for the admission pro hac vice of Alan R. Crane, Esq., of GrayRobinson, PA, to represent the Movant in these bankruptcy cases. The Movant submits the certification of Alan R. Crane in support of the application, which demonstrates that he is qualified to be admitted pro hac vice.

The Movant respectfully requests that this Court enter the proposed Order submitted herewith granting the relief sought.

Dated: September 18, 2026

GELLERT SEITZ BUSENKELL & BROWN, LLC

By: */s/ Gary F. Seitz*

Gary F. Seitz, Esquire
901 Market Street, Suite 3020
Philadelphia, PA 19107
Telephone: (215) 238-0010
Facsimile: (215) 238-0016
Email: gseitz@gsbblaw.com

*Attorneys for Nicole Tesa Mehdipour, Chapter 7 Trustee of Excell Auto Group, Inc.*