UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Gary F. Seitz
Gellert Seitz Busenkell & Brown, LLC
1201 N. Orange St., Suite 300
Wilmington, DE 19801
Phone: 302-425-55800
Email: gseitz@gsbblaw.com

*Attorneys for Nicole Tesa Mehdipour, Chapter 7 Trustee of Excell Auto Group, Inc.*

| | |
|---|---|
| In re:<br><br>AVRUMI LUBIN a/k/a JOSH LUBIN<br><br>Debtor. | Chapter 11<br><br>Case No.: 26-17342 (ELO) |

**CERTIFICATION OF ALAN R. CRANE, ESQ. IN SUPPORT OF APPLICATION FOR ADMISSION PRO HAC VICE**

I, Alan R. Crane, certify that:

1. I submit this certification in support of the application filed pursuant to Rule 101.1 of the Local Rules of the United States District Court for the District of New Jersey and Rule 9010-1(b) of the Local Rules of Bankruptcy Procedure of this Court seeking my admission before this Court *pro hac vice* to represent Nicole Tesa Mehdipour, Chapter 7 Trustee of Excell Auto Group, Inc. in this bankruptcy case.

2. I am a member of the law firm of GrayRobinson, PA. I maintain an office for the practice of law in the firm's office in Boca Raton, Florida.

3. I am a member in good standing of the bar of the State of Florida. I am also a member in good standing of the bars of the United States District Court for Southern, Middle, and Northern Districts of Florida and the United States Supreme Court.

4. I have familiarized myself with the Local Rules of this Court and will at all times conduct myself in accordance with such Rules during the conduct of this case.

5. I have never been suspended or disbarred from the practice of law. There are no disciplinary proceedings pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction..

6. I understand that if I am admitted *pro hac vice* to this Court. I am within the disciplinary jurisdiction of the United States District Court for the District of New Jersey and I voluntarily consent to the same. I further certify that I will abide with all rules, regulations and orders of this Court.

7. I have been advised of my obligation to make payment of an annual fee to the New Jersey Lawyers Fund For Client Protection in accordance with New Jersey Court Rule 1:28 and payment to the United States District Court for the District of New Jersey and shall immediately comply with those requirements upon my admission *pro hac vice.*

8. I certify under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information and belief. I understand that if any such statement is willfully false, I am subject to punishment.

Dated: September 18, 2026

*/s/ Alan R. Crane*
Alan R. Crane, Esq.