| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW<br>JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**ASHFORD – SCHAEL LLC**<br>Courtney A. Schael, Esq. (CS-1295)<br>100 Quimby Street, Suite 1<br>Westfield, NJ 07090<br>(908) 232-5566<br>(908) 728-3113 telecopy<br>Proposed Counsel for Debtor | |
| In re:<br><br>AVRUMI LUBIN<br><br>Debtor. | Chapter 11<br><br>Case No. 26-17342 (EJO) |

**WITHDRAWAL OF APPLICATION TO RETAIN**
**PROFESSIONAL AND RELATED PLEADINGS**

**PLEASE TAKE NOTICE** that Ashford – Schael LLC, hereby withdraws the Application for Retention of Professional (dkt. no. 97), Attorney Compensation Statement (dkt. no. 99), and Notice of Appearance filed on September 18, 2026 (dkt. no. 98). Ashford – Schael LLC's representation has been terminated, and no order was entered on the Application for Retention of Professional.

Dated: September 18, 2026

**ASHFORD - SCHAEL, LLC**
Proposed Counsel for Debtor

By: /s/ Courtney A. Schael
Courtney A. Schael, Esq. (CS-1295)
100 Quimby Street, Suite 1
Westfield, NJ 07090
Tel.: (908) 232-5566
cschael@ashfordnjlaw.com