UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
UNITED STATES TRUSTEE, REGIONS 3 and 9
Lauren Bielskie, Esq.
Rachel Wolf, Esq.
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Email: rachel.wolf@usdoj.gov

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | |
| | Chapter 11 |
| Avrumi Lubin, | |
| | Case No. 26-17342 (EJO) |
| Debtor. | |

NOTICE OF APPOINTMENT OF TRUSTEE

TO: Benjamin A. Stanziale, Jr., Esq.
Stanziale & Stanziale, P.C.
2839 Route 10, Suite 102
Morris Plains NJ, 07950

You are hereby notified of your appointment as Trustee of the estate of the above captioned debtor, subject to Court approval and securing a bond. The amount of the bond has been initially fixed at $10,000.00. Pursuant to 11 U.S.C. § 322, the bond must be filed with the United States Trustee within five (5) days of the date of your appointment. You are responsible for monitoring the amount of funds on hand and to ensure that the bond is set in an amount that is, at a minimum, 150% of the balance of funds on hand or such higher percentage as you deem appropriate to protect the assets of the estate.

ANDREW R. VARA
UNITED STATES TRUSTEE
REGIONS 3 & 9

By: */s/ Lauren Bielskie*
Lauren Bielskie
Acting Assistant United States Trustee

Dated: September 18, 2026