UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
UNITED STATES TRUSTEE, REGIONS 3 & 9
Lauren Bielskie, Esq.
Rachel Wolf, Esq.
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Email: rachel.wolf@usdoj.gov

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| Avrumi Lubin, | : | |
| | : | Case No. 26-17342 (EJO) |
| Debtor. | : | |
| | : | |

APPLICATION FOR ORDER APPROVING
APPOINTMENT OF TRUSTEE

The United States Trustee (the "Applicant") hereby applies to the Court pursuant to Fed. R. Bankr. P. 2007.1 for an Order Approving the Appointment of Trustee, and in support thereof, states:

1. The Applicant has appointed Benjamin A. Stanziale, Jr., as trustee in the above captioned case.

2. Counsel for the Applicant has consulted with the following parties in interest regarding the appointment of the trustee:

Avrumi Lubin
1460 Arboretum Parkway
Lakewood, NJ 08701
(*Debtor)*

Jennifer Mara, Esquire
Baldassare & Mara, LLC
75 Livingston Avenue
Suite 101
Roseland, NJ 07068
*(Counsel for FVP Investments LLC, et al.)*

David W. Langley, Esquire
8551 W. Sunrise Blvd.
Suite 303
Plantation, FL 33322
(*Creditor*)

3. To the best of the Applicant's knowledge, the trustee's connections with the debtor, creditors, any other parties in interest, their respective attorneys and accountants, the United States Trustee, and persons employed in the Office of the United States Trustee, are limited to the connections set forth in the Verified Statement filed in support of this Application.

WHEREFORE, the Applicant requests entry of an Order Approving the Appointment of Benjamin A. Stanziale, Jr. as Trustee in the above captioned case.

DATED this 18th day of September, 2026.

ANDREW R. VARA
UNITED STATES TRUSTEE
REGIONS 3 & 9

By: */s/ Lauren Bielskie*
Lauren Bielskie
Acting Assistant United States Trustee