UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
UNITED STATES TRUSTEE, REGIONS 3 and 9
Lauren Bielskie, Esq.
Rachel Wolf, Esq.
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Email: rachel.wolf@usdoj.gov

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | |
| Avrumi Lubin, | Chapter 11 |
| Debtor. | Case No. 26-17342 (EJO) |

# VERIFIED STATEMENT OF BENJAMIN A. STANZIALE, JR.

I hereby verify that I have no connections with the debtor, creditors, any other parties in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee, except as follows: **(If you have no connections, write "none".)**

None

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Benjamin A. Stanziale, Jr.

DATE: 9/18/26