UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
UNITED STATES TRUSTEE, REGIONS 3 & 9
Lauren Bielskie, Esq.
Rachel Wolf, Esq.
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Fax: (973) 645-5993
Email: rachel.wolf@usdoj.gov

In Re:

Avrumi Lubin,

Debtor.

Case No.: 26-17342 (EJO)

Chapter 11

Judge: Eamonn James O'Hagan

**ORDER APPROVING THE APPOINTMENT OF A CHAPTER 11 TRUSTEE BY UNITED STATES TRUSTEE**

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

---

The Court having considered the application submitted by the United States Trustee for the entry of an order approving the appointment of Benjamin A. Stanziale, Jr., in the above captioned case, it is hereby

**ORDERED** that the appointment of Benjamin A. Stanziale, Jr., as the Chapter 11 trustee is **APPROVED.**