**BALDASSARE & MARA, LLC**
75 Livingston Avenue, Suite 101
Roseland, NJ 07068
T: (973) 604-6686 | F: (973) 556-1071
E: JMara@mabalaw.com

**SCHWARTZ | BRESLIN, PLLC**
The DuPont Building, 169 East Flagler Street, Suite 700
Miami, Florida 33131
T: 305-577-4626 | F: 305-577-4630
E: JB@JSJB.Law | EService@JSJB.Law

*Attorneys for Creditors*
*FVP Servicing, LLC,*
*FVP Opportunity Fund III, LP,*
*and FVP Investments LLC*

**Order Filed on September 17, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In Re:<br><br>AVRUMI LUBIN a/k/a Josh Lubin,<br><br>Debtor. | Case No.: 26-17342-EJO<br>Chapter 11 |

**ORDER GRANTING MOTION FOR APPOINTMENT**
**OF A CHAPTER 11 TRUSTEE**

The relief set forth on the following pages, numbered two (2) through three (3) is **ORDERED**.

**DATED: September 17, 2026**

Honorable Eamonn J. O'Hagan
United States Bankruptcy Judge

THIS MATTER having come before the Court on the motion (the "Motion") of FVP Servicing, LLC, FVP Opportunity Fund III, LP, and FVP Investments LLC ("FVP"), judgment creditors and parties in interest, for entry of an order pursuant to section 1104(a) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 2007.1 of the Federal Rules of Bankruptcy Procedure directing the appointment of a Chapter 11 trustee for the estate of Avrumi Lubin (the "Debtor"); and the Court having reviewed the Motion and the Declaration of Alan I. Karten, Esq. submitted in support; and due and proper notice of the Motion having been given; and the Court

having found that it has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334 and that this is a core proceeding under 28 U.S.C. § 157(b)(2)(A); and the Court having determined that cause exists to appoint a Chapter 11 trustee under section 1104(a)(1) of the Bankruptcy Code and that the appointment of a Chapter 11 trustee is in the interests of creditors and the estate under section 1104(a)(2) of the Bankruptcy Code; and after due deliberation and sufficient cause appearing therefore;

**IT IS HEREBY ORDERED as follows:**

1. The motion is GRANTED as set forth herein.
2. Pursuant to section 1104(a) of the Bankruptcy Code and Bankruptcy Rule 2007.1,

a Chapter 11 trustee shall be appointed in the Debtor's Chapter 11 case.

3. The United States Trustee for Region 3 shall appoint a disinterested person to serve as Chapter 11 trustee in this case in accordance with section 1104(d) of the Bankruptcy Code, subject to the Court's approval of that appointment as provided in Bankruptcy Rule 2007.1(c).

4. Upon appointment and qualification, the Chapter 11 trustee shall have and perform all of the rights, powers, and duties of a trustee under the Bankruptcy Code, including those set forth in sections 1106 and 704 of the Bankruptcy Code, and the Debtor shall thereupon cease to be a debtor-in-possession and shall be relieved of the powers and duties of a trustee.

5. The Debtor shall promptly turn over to the Chapter 11 trustee all property of the estate and all books, records, documents, and information relating to the Debtor's assets, financial affairs, and the entities in which the Debtor holds an interest, and shall cooperate with the Chapter 11 trustee in the administration of the estate.

6. This Court shall retain jurisdiction over all matters arising from or related to the implementation or interpretation of this Order.

United States Bankruptcy Court
District of New Jersey

In re: Case No. 26-17342-EJO
Avrumi Lubin Chapter 11
Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3 User: admin Page 1 of 2
Date Rcvd: Sep 17, 2026 Form ID: pdf903 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Avrumi Lubin, 1460 Arboretum Parkway, Lakewood, NJ 08701-1607 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Courtney A. Schael | on behalf of Debtor Avrumi Lubin cschael@ashfordnjlaw.com mrogers@ashfordnjlaw.com |
| Gary Francis Seitz | on behalf of Interested Party Nicole Tesa Mehdipour Chapter 7 Trustee of Excell Auto Group, Inc. gseitz@gsbblaw.com, gseitz10@verizon.net,jblackford@gsbblaw.com |
| Hillel Ira Parness | on behalf of Plaintiff Franklin Capital Group LLC hip@hiplaw.com |
| Hillel Ira Parness | on behalf of Creditor Franklin Capital Funding LLC hip@hiplaw.com |
| Hillel Ira Parness | on behalf of Plaintiff Franklin Capital Funding LLC hip@hiplaw.com |
| Jennifer Mara | |

| | |
|---|---|
| | on behalf of Creditor FVP Investments LLC jmara@mabalaw.com ebyerly@mabalaw.com |
| Jennifer Mara | on behalf of Plaintiff FVP Opportunity Fund III LP jmara@mabalaw.com, ebyerly@mabalaw.com |
| Jennifer Mara | on behalf of Plaintiff FVP Servicing LLC jmara@mabalaw.com, ebyerly@mabalaw.com |
| Jennifer Mara | on behalf of Creditor FVP Opportunity Fund III LP jmara@mabalaw.com, ebyerly@mabalaw.com |
| Jennifer Mara | on behalf of Creditor FVP Servicing LLC jmara@mabalaw.com, ebyerly@mabalaw.com |
| Jennifer Mara | on behalf of Plaintiff FVP Investments LLC jmara@mabalaw.com ebyerly@mabalaw.com |
| Michael Baldassare | on behalf of Creditor FVP Servicing LLC mbaldassare@mabalaw.com, ebyerly@mabalaw.com |
| Michael Baldassare | on behalf of Creditor FVP Investments LLC mbaldassare@mabalaw.com ebyerly@mabalaw.com |
| Michael Baldassare | on behalf of Creditor FVP Opportunity Fund III LP mbaldassare@mabalaw.com, ebyerly@mabalaw.com |
| Rachel Wolf | on behalf of U.S. Trustee U.S. Trustee rachel.wolf@usdoj.gov |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 16