| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**ASHFORD – SCHAEL LLC**<br>Courtney A. Schael, Esq. (CS-1295)<br>100 Quimby Street, Suite 1<br>Westfield, NJ 07090<br>(908) 232-5566<br>(908) 728-3113 telecopy<br>Former proposed Counsel for Debtor |

| | |
|---|---|
| In re:<br><br>AVRUMI LUBIN<br><br>Debtor. | Chapter 11<br><br>Case No. 26-17342 (EJO) |

**NOTICE OF MOTION FOR ENTRY OF AN ORDER PURSUANT TO D.N.J. LBR 9010-2(b) WITHDRAWING APPEARANCE OF ASHFORD – SCHAEL LLC**

**PLEASE TAKE NOTICE** that on the date set forth in the Order Shortening Time Period for Notice, Setting Hearing and Limiting Notice submitted with an Application for entry herewith, or as soon thereafter as counsel may be heard, Ashford – Schael LLC shall move before the Honorable Eamonn James O'Hagan, United States Bankruptcy Judge, United States Bankruptcy Court for the District of New Jersey, Clarkson S. Fisher U.S. Courthouse, 402 East State Street, Courtroom 2, Trenton, New Jersey 08608 (appearances by Zoom as directed by the Court), for entry of an order authorizing the withdrawal of the Ashford – Schael LLC's appearance as (proposed) counsel for debtor-in-possession, Avrumi Lubin (the "Debtor"), and granting related relief (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that an application for shortened notice and proposed form of order shortening time is being filed herewith;

**PLEASE TAKE FURTHER NOTICE** that in support of the Motion, Ashford – Schael LLC shall rely upon the Certification of Courtney A. Schael, Esq. filed herewith, and upon the record of these proceedings.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Rule 9013-1(a), a proposed form of Order is submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that the Motion does not raise any complicated or novel legal issues and Ashford – Schael LLC requests waiver of the requirement under Local Rule 9013-1(a) to file a memorandum of law.

**PLEASE TAKE FURTHER NOTICE** that any objection to the Motion must be filed with the Clerk of the Court and served upon the undersigned as set forth in the Order Shortening Time Period for Notice, Setting Hearing and Limiting Notice.

**PLEASE TAKE FURTHER NOTICE** that oral argument is waived unless timely objection is filed, and that in the absence of timely objection Ashford – Schael LLC requests that the relief be granted without a hearing.

Dated: September 22, 2026

**ASHFORD - SCHAEL, LLC**

By: /s/ Courtney A. Schael

Courtney A. Schael, Esq. (CS-1295)
100 Quimby Street, Suite 1
Westfield, NJ 07090
Tel.: (908) 232-5566
cschael@ashfordnjlaw.com