UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**ASHFORD – SCHAEL LLC**
Courtney A. Schael, Esq. (CS-1295)
100 Quimby Street, Suite 1
Westfield, NJ 07090
(908) 232-5566
(908) 728-3113 telecopy
Former proposed Counsel for Debtor

In re:

AVRUMI LUBIN

Debtor.

Chapter 11

Case No. 26-17342 (EJO)

**APPLICATION FOR ORDER SHORTENING TIME**

The applicant, Ashford – Schael LLC, requests that the time period for consideration of Ashford – Schael LLC's Motion for Entry of an Order Pursuant to D.N.J. LBR 9010-2(b) Withdrawing Appearance (the "Motion"), as required by Fed. R. Bankr. P. 9006(c) and D.N.J. LBR 9013-2, be shortened pursuant to Fed. R. Bankr. P 9006(c)(1), for the reason(s) set forth below:

1. A shortened time hearing is requested to ensure the docket is updated prior to the October 1, 2026 deadline for the Debtor to appeal the Order Granting Motion for Appointment of a Chapter 11 Trustee entered on September 17, 2026 (the "Trustee Order") (dkt. no. 101). Ashford – Schael LLC's engagement did not include appellate representation or individual representation of the Debtor. As a result of the Trustee Order, Ashford – Schael LLC's representation of the debtor-in-possession was terminated on September 17, 2026 as there is no debtor-in-possession to be represented. Ashford – Schael LLC withdrew its retention application on September 18, 2026 (dkt. no. 104). Shortened notice is requested so that the docket accurately reflects the Debtor's representation status as *pro se* before that deadline, and so that no question arises as to the Debtor's ability to prosecute an appeal *pro se* or through substitute counsel.

2. A hearing is requested on September 24, 2026 or no later than October 1, 2026.

   **Notice and Appearances:** Movant does not anticipate any objections to the Motion and the Debtor has signed an acknowledgement that he has no objection to entry of an Order (attached as Exhibit to Motion). Ashford – Schael LLC respectfully requests that the Court require any objections to be filed by 4:00 pm the day prior to the hearing and waive appearances at the hearing if no objections are timely filed.

3. Reduction of the time period is not prohibited under Fed. R. Bankr. P 9006(c)(1).

The applicant requests entry of the proposed order shortening time.

Date: September 22, 2026

/s/ Courtney A. Schael, Esq.
Signature