B2030 (Form 2030) (12/25)

# United States Bankruptcy Court

_______________ District Of New Jersey

**In re**

AVRUMI LUBIN

Case No. 26-17342 (EJO)

**Debtor**

Chapter 11

## AMENDED DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

*This amended disclosure supersedes the Amended Attorney Compensation Statement filed on September 16, 2026 (Dkt. No. 99), which was withdrawn on September 18, 2026 (Dkt. No. 104).*

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I was proposed counsel for the above named debtor and that no compensation was paid to me, or agreed to be paid to me, within one year before the filing of the petition in bankruptcy, and that the compensation paid or agreed to be paid to me after the filing of the petition, for services rendered or to be rendered on behalf of the debtor in connection with this case, is as follows:

   For legal services, I have agreed to accept ........................................................... Hourly ($700.00/hour)

   Prior to the filing of this statement I have received. ..............................................$8,370.45

   Balance Due.....................................................................................................$0.00

2. The source of the compensation paid to me was:

   ☐ Debtor ☒ Other: A $25,000.00 retainer was paid by the Debtor's father, Shmuel Lubin, a non-debtor. No portion was paid by the Debtor or from property of the estate. Following the appointment of a Chapter 11 trustee (Dkt. No. 101), counsel's application to be retained as counsel for the debtor in possession was withdrawn (Dkt. No. 104), no retention order was entered, and the representation terminated. The balance of the retainer in the amount of $16,629.55 is being returned to the Debtor's father. No further compensation will be paid, and counsel will not seek compensation from the estate.

3. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

4. Subject to any applicable local rule or court order, in return for the above-disclosed fee, I agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 5:

   a. Analysis of the debtor's financial situation;

   b. Preparation and filing of any amended schedules, amended statements of affairs and Chapter 11 plan which may be required;

   c. Representation of the debtor at the confirmation hearing, and any adjourned hearings thereof;

d. Representation of the debtor in adversary proceedings brought by the estate and other contested bankruptcy matters;

5. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Appeals; any services after September 17, 2026.