# EXHIBIT L

E-mail from Yesenia Fernandez Vivas, Paralegal, GrayRobinson, P.A., to the Debtor, September 16, 2026, 9:11 a.m. Eastern, copied to Jason S. Rigoli and Alan R. Crane, serving Docket Nos. 1184 and 1185 in *In re Excell Auto Group, Inc.*, No. 22-12790-EPK.

Printout from the Debtor's e-mail account. The attached documents are not reproduced.

**Josh Lubin** **Wednesday, September 16, 2026 at 9:15:47 AM Eastern Daylight Time**

---

**Subject:** SERVICE OF COURT DOCUMENTS | EXCELL Auto Group, Inc. | 22-12790-EPK
**Date:** Wednesday, September 16, 2026 at 9:11:02 AM Eastern Daylight Time
**From:** Yesenia Fernandez Vivas <Yesenia.FernandezVivas@gray-robinson.com>
**To:** Josh Lubin <josh@tetonfunding.com>, josh@spincapital.com <josh@spincapital.com>
**CC:** Jason S. Rigoli <Jason.Rigoli@gray-robinson.com>, Alan Crane <Alan.Crane@gray-robinson.com>
**Attachments:** 1184 - Expedited Application to Employ ARC GrayRobinson.pdf, 1185 - NOH Expedited Application to Employ ARC GrayRobinson(68819113.1).pdf

## Notice of Service of Court Documents

| | |
|---|---|
| **Attached Herein:** | • **Expedited Application by Trustee for Approval of Employment and Substitution of Counsel Effective as of August 3, 2026**<br>• **Notice of Hearing** |
| **Service Date:** | **September 16, 2026** |
| **Court:** | **U.S. Bankruptcy Court, Southern District of Florida, Fort Lauderdale Division** |
| **Debtor:** | **EXCELL Auto Group, Inc.** |
| **Case No.:** | **22-12790-EPK** |
| **Sender:** | **Alan R. Crane, Esq.**<br>**Counsel for Trustee**<br>**(561) 368-3808** |

**Yesenia Fernandez Vivas**
Paralegal

T 561.368.3808
F 561.368.4008

GrayRobinson, P.A. • One Boca Place, 2255 Glades Road, Suite 301E, Boca Raton, Florida 33431

GRAYROBINSON
ATTORNEYS | ADVISORS | CONSULTANTS

This e-mail is intended only for the individual(s) or entity(s) named within the message. This e-mail might contain legally privileged and confidential information. If you properly received this e-mail as a client or retained expert, please hold it in confidence to protect the attorney-client or work product privileges. Should the intended recipient forward or disclose this message to another person or party, that action could constitute a waiver of the attorney-client privilege. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited by the sender and to do so might constitute a violation of the Electronic Communications Privacy Act, 18 U.S.C. section 2510-2521. If this communication was received in error we apologize for the intrusion. Please notify us by reply e-mail and delete the original message without reading same. Nothing in this e-mail message shall, in and of itself, create an attorney-client relationship with the sender.