**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

Avrumi "Josh" Lubin, Pro Se
1460 Arboretum Parkway
Lakewood, New Jersey 08701
Telephone: 718-570-3796
Email: josh@tetonfunding.com
Debtor, appearing pro se

In re:

AVRUMI LUBIN a/k/a JOSH LUBIN,

Debtor.

| | |
|---|---|
| Case No.: | 26-17342 (EJO) |
| Chapter: | 11 |
| Judge: | Hon. Eamonn J. O'Hagan |
| Hearing Date: | Not scheduled |

**ORDER DEFERRING RULING ON THE APPLICATIONS FOR ADMISSION PRO HAC VICE OF JASON S. RIGOLI, ESQ. (DKT. 102) AND ALAN R. CRANE, ESQ. (DKT. 103) AND DIRECTING A SUPPLEMENTAL DECLARATION**

The relief set forth on the following pages, numbered two (2) through three (3), is **ORDERED**.

THIS MATTER having been opened to the Court upon the applications of Jason S. Rigoli, Esq. (Dkt. 102) and Alan R. Crane, Esq. (Dkt. 103) for admission pro hac vice to represent Nicole Testa Mehdipour, Chapter 7 Trustee of Excell Auto Group, Inc., and upon the Debtor's objection to those applications; and the Court having considered the applications, the objection, the declaration and exhibits submitted in support of the objection, and any response; and good cause appearing; it is hereby

**ORDERED** as follows:

1. A ruling on the applications at Dkt. 102 and Dkt. 103 is deferred pending the submission described in paragraph 2.

2. Within fourteen (14) days of the entry of this Order, the applicants shall file, and serve upon the Debtor, a declaration under penalty of perjury addressing the following, without disclosing the substance of any privileged communication:

(a) the scope of GrayRobinson, P.A.'s representation of the Debtor, identifying the matters and the categories of records and interests to which it related, and the lawyers who performed work on it;

(b) the work the applicants propose to perform in this case and in any adversary proceeding in this Court in which the Debtor is a defendant;

(c) the date on which each screening restriction described in the Declaration of Alan R. Crane dated September 15, 2026 (Bankr. S.D. Fla. Case No. 22-12790-EPK, Dkt. 1184-1) was implemented;

(d) whether a written screening procedure of the kind contemplated by N.J. RPC 1.10(f) and RPC 1.0(l) exists and, if so, attaching it;

(e) whether the screened lawyer has acknowledged the screening obligation in writing;

(f) whether Scott J. Topolski, Esq. is apportioned any part of any fee arising from the representation of the Chapter 7 Trustee of Excell Auto Group, Inc. in any matter adverse to the Debtor; and

(g) what written notice, if any, has been given to the Debtor under N.J. RPC 1.10(c)(3).

3. The Debtor may file and serve a response within seven (7) days after service of that declaration upon him.

4. The Court will thereafter determine the applications on the papers or at a hearing, as the Court directs.

5. Nothing in this Order affects any order entered by the United States Bankruptcy Court for the Southern District of Florida.