**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2026 SEP 23 P 4: 02

FILED
JEANNE A. NAUGHTON, CLERK

SEP 23 2026

U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY Rob Ha DEPUTY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Avrumi "Josh" Lubin, Pro Se
1460 Arboretum Parkway
Lakewood, New Jersey 08701
Telephone: 718-570-3796
Email: josh@tetonfunding.com
Debtor, appearing pro se

In re:

AVRUMI LUBIN a/k/a JOSH LUBIN,

Debtor.

| | |
|---|---|
| Case No.: | 26-17342 (EJO) |
| Chapter: | 11 |
| Judge: | Hon. Eamonn J. O'Hagan |
| Hearing Date: | Not scheduled |

## CERTIFICATION OF SERVICE

1. I, Avrumi "Josh" Lubin:

   [ ] represent ______________________ in this matter.

   [ ] am the secretary/paralegal for ______________________, who represents ______________________ in this matter.

   [ X ] am the Debtor in this case and am representing myself.

2. On September 23, 2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below. I sent them by First-Class Mail through LetterStream, an online print-and-mail service, which printed them and deposited them with the United States Postal Service on my behalf on that date:

   (a) Debtor's Objection to the Applications for Admission Pro Hac Vice of Alan R. Crane (Dkt. 103) and Jason S. Rigoli (Dkt. 102), with its Exhibit Index and Exhibits A through L;

   (b) Declaration of Avrumi "Josh" Lubin in Support of His Objection to the Applications for Admission Pro Hac Vice (Dkt. 102 and Dkt. 103);

   (c) Proposed Order Deferring Ruling on the Applications for Admission Pro Hac Vice and Directing a Supplemental Declaration; and

   (d) Conditional Alternative Proposed Order Admitting Counsel Pro Hac Vice Without Determining the Debtor's Former-Client Objection, Scheduling a Motion to Disqualify, and Setting Interim Conditions.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: September 23, 2026

Avrumi "Josh" Lubin, Debtor, Pro Se

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Gary F. Seitz, Esq.<br>Gellert Seitz Busenkell & Brown, LLC<br>1201 N. Orange St., Suite 300<br>Wilmington, DE 19801 | Counsel for Nicole Testa Mehdipour, Chapter 7 Trustee of Excell Auto Group, Inc. (filer of Dkt. 102 and 103; Dkt. 89) | [ ] Hand-delivered<br>[ X ] Regular mail (First-Class Mail, sent through LetterStream)<br>[ ] Certified mail/RR<br>[ ] E-mail<br>[ ] Notice of Electronic Filing (NEF)<br>[ ] Other ________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Rachel Wolf, Esq.<br>Office of the United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102 | United States Trustee (Dkt. 9) | [ ] Hand-delivered<br>[ X ] Regular mail (First-Class Mail, sent through LetterStream)<br>[ ] Certified mail/RR<br>[ ] E-mail<br>[ ] Notice of Electronic Filing (NEF)<br>[ ] Other ________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| **Name and Address of Party Served** | **Relationship of Party to the Case** | **Mode of Service** |
|---|---|---|
| Benjamin A. Stanziale, Jr., Esq.<br>Stanziale & Stanziale, P.C.<br>2839 Route 10, Suite 102<br>Morris Plains, NJ 07950 | Chapter 11 Trustee selected by the United States Trustee (Dkt. 105), subject to approval (Dkt. 106) | [ ] Hand-delivered<br>[ X ] Regular mail (First-Class Mail, sent through LetterStream)<br>[ ] Certified mail/RR<br>[ ] E-mail<br>[ ] Notice of Electronic Filing (NEF)<br>[ ] Other ________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Michael Baldassare, Esq.<br>Jennifer Mara, Esq.<br>Baldassare & Mara, LLC<br>75 Livingston Avenue, Suite 101<br>Roseland, NJ 07068 | Counsel for FVP Investments LLC, FVP Opportunity Fund III, LP, and FVP Servicing, LLC (Dkt. 12, 69) | [ ] Hand-delivered<br>[ X ] Regular mail (First-Class Mail, sent through LetterStream)<br>[ ] Certified mail/RR<br>[ ] E-mail<br>[ ] Notice of Electronic Filing (NEF)<br>[ ] Other ________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Jerrell Breslin, Esq.<br>Schwartz Breslin PLLC<br>169 East Flagler Street, Suite 700<br>Miami, FL 33131 | Counsel pro hac vice for FVP Servicing LLC, et al. (Dkt. 42) | [ ] Hand-delivered<br>[ X ] Regular mail (First-Class Mail, sent through LetterStream)<br>[ ] Certified mail/RR<br>[ ] E-mail<br>[ ] Notice of Electronic Filing (NEF)<br>[ ] Other ________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| **Name and Address of Party Served** | **Relationship of Party to the Case** | **Mode of Service** |
| --- | --- | --- |
| Hillel I. Parness, Esq.<br>Parness Law Firm, PLLC<br>136 Madison Ave., 6th Floor<br>New York, NY 10016 | Counsel for Franklin Capital Funding, LLC (Dkt. 32) | [ ] Hand-delivered<br>[ X ] Regular mail (First-Class Mail, sent through LetterStream)<br>[ ] Certified mail/RR<br>[ ] E-mail<br>[ ] Notice of Electronic Filing (NEF)<br>[ ] Other ________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Alan R. Crane, Esq.<br>Jason S. Rigoli, Esq.<br>GrayRobinson, P.A.<br>2255 Glades Road, Suite 301E<br>Boca Raton, FL 33431 | Applicants (Dkt. 102, 103); courtesy copy, service made on local counsel | [ ] Hand-delivered<br>[ X ] Regular mail (First-Class Mail, sent through LetterStream)<br>[ ] Certified mail/RR<br>[ ] E-mail<br>[ ] Notice of Electronic Filing (NEF)<br>[ ] Other ________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |