Order Filed on September 24, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**ASHFORD – SCHAEL LLC**
Courtney A. Schael, Esq. (CS-1295)
100 Quimby Street, Suite 1
Westfield, NJ 07090
(908) 232-5566
(908) 728-3113 telecopy
Former proposed Counsel for Debtor

In re:

AVRUMI LUBIN

Debtor.

Chapter 11

Case No. 26-17342 (EJO)

**ORDER AUTHORIZING THE WITHDRAWAL OF THE APPEARANCE OF ASHFORD – SCHAEL LLC AS COUNSEL FOR THE DEBTOR**

The relief set forth on the following pages, numbered two (2) through three (3), is hereby ORDERED.

**DATED: September 24, 2026**

Eamonn O'Hagan

Honorable Eamonn J. O'Hagan
United States Bankruptcy Judge

**THIS MATTER** having been opened to the Court upon the motion (the "Motion") of Ashford – Schael LLC for entry of an order authorizing the withdrawal of its appearance as counsel for Avrumi Lubin (the "Debtor"); and the Court having considered the Motion and the Certification of Courtney A. Schael, Esq. submitted in support thereof; and the Court having entered the Order Granting Motion for Appointment of a Chapter 11 Trustee on September 17, 2026 (dkt. no. 101), by reason of which the Debtor has ceased to be a debtor-in-possession and is without authority to employ professionals under 11 U.S.C. § 327; and no order approving the retention of Ashford – Schael LLC having been entered; and due and proper notice of the Motion having been given; and good cause appearing;

**IT IS HEREBY ORDERED as follows:**

1. The Motion is GRANTED in its entirety.

2. Ashford – Schael LLC (the "Firm") is authorized to withdraw, and is hereby withdrawn, as counsel for the Debtor in the above-captioned case, effective as of September 17, 2026, the date of entry of the Order Granting Motion for Appointment of a Chapter 11 Trustee (dkt. no. 101).

3. The Application for Retention of Professional (dkt. no. 97), the Notice of Appearance and Request for Service of Notices (dkt. no. 98), and the Amended Attorney Compensation Statement (dkt. no. 99) are deemed withdrawn in accordance with the Withdrawal filed at dkt. no. 104. No order approving the retention of Ashford – Schael LLC under 11 U.S.C. § 327 has been or shall be entered, and Ashford – Schael LLC has not served as a retained professional of the estate.

4. The Clerk of the Court shall terminate Ashford – Schael LLC's appearance as counsel for the Debtor on the docket and remove Ashford – Schael LLC from the CM/ECF service list and all other notice and mailing lists in this case.

5. The docket shall reflect that the Debtor is appearing *pro se* unless and until substitute counsel files a notice of appearance on his behalf. Nothing herein relieves the Debtor of any obligation under the Bankruptcy Code, the Bankruptcy Rules, or any order of this Court, including the obligations set forth in the Trustee Order, and no deadline in this case or in any related adversary proceeding is extended by this Order.

6. This Court retains jurisdiction over all matters arising from or related to the implementation or interpretation of this Order.