UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on September 22, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:
Avrumi Lubin

Case No.: 26-17342

Chapter: 11

Judge: O'Hagan

**ORDER SHORTENING TIME PERIOD FOR NOTICE,**
**SETTING HEARING AND LIMITING NOTICE**

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

**DATED: September 22, 2026**

Honorable Eamonn J. O'Hagan
United States Bankruptcy Judge

After review of the application of Courtney A. Schael for a reduction of time for a hearing on Motion to Withdraw as Attorney ______ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on September 24, 2026 at 10:00 a.m. in the United States Bankruptcy Court, 402 E. State Street, Trenton, NJ 08608
Courtroom No. 2.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties:
US Trustee and any and all interested parties and notice parties.

by ☐ each, ☒ any of the following methods selected by the Court:

☐ fax, ☒ overnight mail, ☐ regular mail, ☒ email, ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:

______

______

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☐ regular mail, ☐ email, ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within ________ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to ______

☐ on the same day as the date of this Order, or

☐ within ________ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to said motion/application identified above:

☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail ________ day(s) prior to the scheduled hearing; or

☒ may be presented orally at the hearing.

8. ☐ Court appearances are required to prosecute said motion/application and any objections.

☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

9. ☒ The hearing will be conducted via Zoom using the Judge's standard Zoom link for remote appearances, which can be found on the Judge's page on the Court's website: https://www.njb.uscourts.gov/

☐ The hearing will be conducted via a specialized Zoom link. See instructions below:

Parties may request to appear by Zoom by submitting an email request to Chambers (chambers_of_mbk@njb.uscourts.gov) prior to the return date.

*rev.5/19/2025*

United States Bankruptcy Court
District of New Jersey

In re: Case No. 26-17342-EJO
Avrumi Lubin Chapter 11
Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3 User: admin Page 1 of 2
Date Rcvd: Sep 22, 2026 Form ID: pdf903 Total Noticed: 1

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| db | + | Avrumi Lubin, 1460 Arboretum Parkway, Lakewood, NJ 08701-1607 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Benjamin A. Stanziale, Jr. | trustee@stanzialelaw.com nj45@ecfcbis.com |
| Courtney A. Schael | on behalf of Debtor Avrumi Lubin cschael@ashfordnjlaw.com mrogers@ashfordnjlaw.com |
| Courtney A. Schael | on behalf of Attorney Ashford - Schael LLC cschael@ashfordnjlaw.com mrogers@ashfordnjlaw.com |
| Gary Francis Seitz | on behalf of Interested Party Nicole Tesa Mehdipour Chapter 7 Trustee of Excell Auto Group, Inc. gseitz@gsbblaw.com, gseitz10@verizon.net,jblackford@gsbblaw.com |
| Gary Francis Seitz | on behalf of Plaintiff Nicole Testa Mehdipour gseitz@gsbblaw.com gseitz10@verizon.net,jblackford@gsbblaw.com |
| Hillel Ira Parness | |

| | |
|---|---|
| | on behalf of Plaintiff Franklin Capital Group LLC hip@hiplaw.com |
| Hillel Ira Parness | on behalf of Plaintiff Franklin Capital Funding LLC hip@hiplaw.com |
| Hillel Ira Parness | on behalf of Creditor Franklin Capital Funding LLC hip@hiplaw.com |
| Jennifer Mara | on behalf of Creditor FVP Investments LLC jmara@mabalaw.com ebyerly@mabalaw.com |
| Jennifer Mara | on behalf of Plaintiff FVP Investments LLC jmara@mabalaw.com ebyerly@mabalaw.com |
| Jennifer Mara | on behalf of Creditor FVP Opportunity Fund III LP jmara@mabalaw.com, ebyerly@mabalaw.com |
| Jennifer Mara | on behalf of Plaintiff FVP Opportunity Fund III LP jmara@mabalaw.com, ebyerly@mabalaw.com |
| Jennifer Mara | on behalf of Creditor FVP Servicing LLC jmara@mabalaw.com, ebyerly@mabalaw.com |
| Jennifer Mara | on behalf of Plaintiff FVP Servicing LLC jmara@mabalaw.com, ebyerly@mabalaw.com |
| Michael Baldassare | on behalf of Creditor FVP Servicing LLC mbaldassare@mabalaw.com, ebyerly@mabalaw.com |
| Michael Baldassare | on behalf of Creditor FVP Investments LLC mbaldassare@mabalaw.com ebyerly@mabalaw.com |
| Michael Baldassare | on behalf of Creditor FVP Opportunity Fund III LP mbaldassare@mabalaw.com, ebyerly@mabalaw.com |
| Rachel Wolf | on behalf of U.S. Trustee U.S. Trustee rachel.wolf@usdoj.gov |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 19