| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Gary F. Seitz<br>Gellert Seitz Busenkell & Brown, LLC<br>1201 N. Orange St., Suite 300<br>Wilmington, DE 19801<br>Phone: 302-425-55800<br>Email: gseitz@gsbblaw.com<br><br>*Attorneys for Nicole Tesa Mehdipour, Chapter 7 Trustee of Excell Auto Group, Inc.* | |
| In re:<br><br>AVRUMI LUBIN a/k/a JOSH LUBIN<br><br>Debtor. | Chapter 11<br><br>Case No.: 26-17342 (ELO) |

**NOTICE OF MOTION FOR ENTRY OF AN ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY AND WAIVING THE 14-DAY STAY UNDER FED. R. BANKR. P. 4001(a)(3)**

**PLEASE TAKE NOTICE** that Creditor Nicole Tesa Mehdipour, Chapter 7 Trustee of Excell Auto Group, Inc. ("Movant"), by and through its attorneys, Gellert Seitz Busenkell & Brown, LLC and GrayRobinson, PA, shall move before the Hon. Eamon N J. O'Hagan at the United States Bankruptcy Court for the District of New Jersey, Clarkson S. Fisher Federal Building and United States Courthouse, 402 E State St., Trenton, NJ 08608, for the entry of an Order granting Movant relief from the automatic stay pursuant to 11 U.S.C. § 362(d)(1) and § 362(d)(2) to permit Movant to pursue its rights and remedies under 11 U.S.C. § 362(d) to permit the adversary proceeding styled Mehdipour v. Hi Bar Capital, LLC, et al., Adv. Pro. No. 23-01132-EPK, pending in the

United States Bankruptcy Court for the Southern District of Florida, West Palm Beach Division to be completed through the entry of a judgment (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that in support of the Motion, the undersigned shall rely on the Memorandum of Law, the Certification of Gary F. Seitz and the proposed order filed simultaneously herewith.

**PLEASE TAKE FURTHER NOTICE** that unless otherwise noticed, the hearing on the Motion shall take place on October 22, 2026 at 10:00 a.m.

**PLEASE TAKE FURTHER NOTICE** that opposition to the Motion, if any, shall be filed and served not later than 7 days before the hearing date, pursuant to D.N.J. LBR 9013-2.

**PLEASE TAKE FURTHER NOTICE** that unless objections are timely filed, the Motion may be decided on the papers in accordance with D.N.J. LBR 9013-3(d), and the relief requested may be granted without further notice or hearing.

**PLEASE TAKE FURTHER NOTICE** that the undersigned request oral argument on the return date of the Motion if objections are timely filed.

**PLEASE TAKE FURTHER NOTICE** that in accordance with D.N.J. LBR 9013-1(b), the undersigned shall request waiver of the stay under Fed. R. Bankr. P. 4001(a)(3).

Dated: September 25, 2026

GELLERT SEITZ BUSENKELL & BROWN, LLC

By: */s/ Gary F. Seitz*

Gary F. Seitz, Esq.
901 Market Street, Suite 3020
Philadelphia, PA 19107
Telephone: (215) 238-0010
Facsimile: (215) 238-0016
Email: gseitz@gsbblaw.com

Jason S. Rigoli, Esq. (PHV forthcoming)
Alan R. Case, Esq. (PHV forthcoming)
GrayRobinson, PA
One Boca Place
2255 Glades Road, Suite 301E
Boca Raton, Florida 33431

*Attorneys for Nicole Testa Mehdipour, Chapter 7 Trustee of Excell Auto Group, Inc.*