UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Gary F. Seitz
Gellert Seitz Busenkell & Brown, LLC
1201 N. Orange St., Suite 300
Wilmington, DE 19801
Phone: 302-425-55800
Email: gseitz@gsbblaw.com

*Attorneys for Nicole Tesa Mehdipour,*
*Chapter 7 Trustee of Excell Auto Group, Inc.*

| | |
|---|---|
| In re:<br><br>AVRUMI LUBIN a/k/a JOSH LUBIN<br><br>Debtor. | Chapter 11<br><br>Case No.: 26-17342 (ELO) |

**ORDER GRANTING NICOLE TESA MEHDIPOUR, CHAPTER 7 TRUSTEE OF EXCELL AUTO GROUP, INC.'S MOTION FOR RELIEF FROM AUTOMATIC STAY**

The relief set forth on the following page numbered two (2), is hereby **ORDERED**.

Upon the Motion of Nicole Tesa Mehdipour, Chapter 7 Trustee of Excell Auto Group, Inc. (the "Motion" and the "Movant") under Bankruptcy Code Section 362(d) for relief from the automatic stay, and for good cause shown,

IT IS on this _______ day of _________, 2026, ORDERED that:

1. The motion is granted in its entirety.

2. The automatic stay imposed by 11 U.S.C. § 362(a) of the Bankruptcy Code is vacated and annulled to the extent of authorizing Movant to pursue its rights and remedies under 11 U.S.C.

§ 362(d) to permit the adversary proceeding styled Mehdipour v. Hi Bar Capital, LLC, et al., Adv. Pro. No. 23-01132-EPK, pending in the United States Bankruptcy Court for the Southern District of Florida, West Palm Beach Division to be completed through the entry of a judgment.

3. The fourteen-day stay imposed by Fed. R. Bankr. P. 4001(a)(3) is hereby waived, and this Order shall be effective and enforceable immediately upon its entry.

4. Nothing herein shall be construed as a wavier of any claim of Movant against the Debtor or the estate, including any claim for a deficiency, all of which are expressly reserved.