UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Gary F. Seitz
Gellert Seitz Busenkell & Brown, LLC
1201 N. Orange St., Suite 300
Wilmington, DE 19801
Phone: 302-425-55800
Email: gseitz@gsbblaw.com

*Attorneys for Nicole Tesa Mehdipour, Chapter 7 Trustee of Excell Auto Group, Inc.*

| | |
|---|---|
| In re:<br><br>AVRUMI LUBIN a/k/a JOSH LUBIN<br><br>Debtor. | Chapter 11<br><br>Case No.: 26-17342 (ELO) |

**CERTIFICATE OF SERVICE**

1. I, Gary F. Seitz:

☒represent Nicole Tesa Mehdipour, Chapter 7 Trustee of Excell Auto Group, Inc. in this matter.

☐am the secretary/paralegal for _______, who represents _______ in this matter.

☐am the ___________________ in this case and am representing myself.

2. On September 25, 2026, I caused to be served a copy of the following pleadings and/or documents to the parties listed in the chart below.

   - Motion for Entry of an Order Granting Relief from the Automatic Stay and Waiving the 14-Day Stay Under Fed. R. Bankr. P. 4001(a)(3)

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: September 25, 2026

*/s/ Gary F. Seitz*
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Michael Baldassare<br>Jennifer Mara<br>Baldassare & Mara, LLC<br>75 Livingston Avenue, Suite 101<br>Roseland, NJ 07068 | Atty for FVP Investments, LLC; FVP Opportunity Fund III, LP; FVP Servicing, LLC | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Hillel Ira Parness<br>Parness Law Firm, PLLC<br>136 Madison Ave., 6th Floor<br>New York, NY 10016 | Atty for Franklin Capital Funding, LLC | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>☐ (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Courtney A. Schael<br>Ashford - Schael LLC<br>100 Quimby Street, Suite 1<br>Westfield, NJ 07090 | Attorneys for Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>☐ (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Rachel Wolf<br>Office of U.S. Trustee<br>One Newark Center<br>Newark, NJ 07102 | US Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>☐ (As authorized by the Court or by rule. Cite the rule if applicable.) |