| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br>HELLRING LINDEMAN GOLDSTEIN<br>& SIEGAL LLP<br>Patricia A. Staiano, Esq.<br>Proposed Attorneys for Benjamin A. Stanziale, Jr.,<br>Chapter 11 Trustee<br>103 Eisenhower Parkway, Suite 403<br>Roseland, New Jersey 07068-1031<br>973.621.9020<br>pstaiano@hlgslaw.com | |
| In Re:<br><br>AVRUMI LUBIN a/k/a Josh Lubin,<br><br>Debtor. | Case No 26-17342 (EJO)<br><br>Judge: Hon. Eamonn James O'Hagan<br><br>Chapter 11 |

CERTIFICATION OF PROFESSIONAL IN SUPPORT OF
APPLICATION FOR RETENTION OF PROFESSIONAL

I, Patricia A. Staiano, being of full age, certify as follows:

1. I am seeking authorization to be retained as counsel for the Chapter 11 Trustee.

2. My professional credentials include: I am duly admitted to practice law before the State of New Jersey and before this Court.

3. I am a member of or associated with the firm of Hellring Lindeman Goldstein & Siegal LLP (the “Firm”).

4. The proposed arrangement for compensation, including hourly rates, if applicable, is as follows: The hourly rates charged by attorneys at the Firm who may render services in the case currently ranges from $475.00 to $760.00 based upon the experience and expertise of the attorney (my hourly rate is $650.00). Compensation for services will be fixed by the Court with proper application accompanied by the appropriate certification of

services. The Firm, from time to time, increases hourly rates for attorneys, which may be reflected in fee applications.

☐ Pursuant to D.N.J. LBR 2014-3, I request a waiver of the requirements of D.N.J. LBR 2016-1.

5. To the best of my knowledge, after reasonable and diligent investigation, my connection with the debtor(s), creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

☒ None

☐ Describe connection:

6. To the best of my knowledge, after reasonable and diligent investigation, the connection of my firm, its members, shareholders, partners, associates, officers and/or employees with the debtor(s), creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

☒ None

☐ Describe Connection: ____________________________________________

______________________________________________________________.

7. To the best of my knowledge, my firm, its members, shareholders, partners, associates, officers and/or employees and I (check all that apply):

☒ do not hold an adverse interest to the estate.

☒ do not represent an adverse interest to the estate.

☒ are disinterested under 11 U.S.C. §101(14).

☐ do not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which I will be retained under 11 U.S.C. §327(e).

☐ Other. Explain:

8. If the professional is an auctioneer,

(a) The following are my qualifications and experience with the liquidation or sale of similar property:

(b) The proposed method of calculation of my compensation, including rates and formulas, is:

Pursuant to D.N.J. LBR 2014-2, I ☐ do or ☐ do not request a waiver of the requirements of D.N.J. LBR 2016-1.

(c) The following is an estimate of all costs and expenses, including labor, security, advertising, delivery, mailing, and insurance, for which I will seek reimbursement from the sale proceeds:

(d) Have you, or a principal of your firm, been convicted of a criminal offense? ☐ No ☐ Yes (explain below)

(e) I certify that a surety bond as described in D.N.J. LBR 2014-2(a)(6) is in effect and will remain so through the date of turnover of the auction proceeds.

9. If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows:

I certify under penalty of perjury that the above information is true.

Date: September 25, 2026 /s/ Patricia A. Staiano

Signature of Professional

*rev. 8/1/15*



509757