| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br>HELLRING LINDEMAN GOLDSTEIN<br>& SIEGAL LLP<br>Patricia A. Staiano, Esq.<br>Proposed Attorneys for Benjamin A. Stanziale, Jr.,<br>Chapter 11 Trustee<br>103 Eisenhower Parkway, Suite 403<br>Roseland, New Jersey 07068-1031<br>973.621.9020<br>pstaiano@hlgslaw.com | |
| In Re:<br><br>AVRUMI LUBIN a/k/a Josh Lubin,<br><br>Debtor. | Case No 26-17342 (EJO)<br><br>Judge: Hon. Eamonn James O'Hagan<br><br>Chapter 11 |

CERTIFICATION OF SERVICE

1. I, Yamis M. Rodriguez,

☐ represent the ______________________ in the above-captioned matter.

☒ am the secretary/paralegal for Patricia A. Staiano, Esq., who represents Benjamin A. Stanziale, Jr., Chapter 11 Trustee in the above captioned matter.

☐ am the _____________________ in the above case and am representing myself.

2. On September 25, 2026 or one business day thereafter, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: Application for Retention of Professional; Certification of Professional in Support of Application for Retention of Professional; form of Order Authorizing Retention of Hellring Lindeman Goldstein & Siegal LLP as Counsel for Chapter 11 Trustee; and this Certification of Service.

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: September 25, 2026

/s/ Yamis M. Rodriguez
YAMIS M. RODRIGUEZ

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Rachel Wolf, Esq.<br>U.S. Department of Justice<br>Office of the U.S. Trustee<br>One Newark Center, Ste 2100<br>Newark, New Jersey 07102 | United States Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☒ Other - ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Benjamin A. Stanziale, Jr., Esq.<br>Stanziale & Stanziale, P.C.<br>2839 Route 10, Suite 102<br>Morris Plains New Jersey 07950 | Chapter 7 Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☒ Other - ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Avrumi Lubin<br>1460 Arboretum Parkway<br>Lakewood, NJ 08701 | Pro Se Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☐ Other - ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Jennifer Mara, Esq.<br>Michael Baldassare, Esq.<br>Baldassare & Mara, LLC<br>75 Livingston Avenue, Suite 101<br>Roseland, New Jersey 07068<br>And<br>Jerrell Breslin, Esq.<br>Schwartz & Breslin PLLC<br>169 East Flagler Street, Suite 700<br>Miami, Florida 33021 | Attorney for secured creditors, FVP Servicing, LLC, FVP Opportunity Fund III, LP, and FVP Investments LLC | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☒ Other - ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Hillel I. Parness, Esq.<br>Parness Law Firm, PLLC<br>136 Madison Avenue, 6th Floor<br>New York, New York 10016 | Attorney for Franklin Capital Funding, LLC | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☒ Other - ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Gary F. Seitz, Esq.<br>Gellert Seitz Busenkell & Brown, LLC<br>1201 N. Orange St., Suite 300<br>Wilmington, DE 19801 | Attorneys for Nicole Tesa Mehdipour, Chapter 7 Trustee of Excell Auto Group, Inc. | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☒ Other - ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable) |

rev.8/1/16