**Order Filed on September 24, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**ASHFORD – SCHAEL LLC**
Courtney A. Schael, Esq. (CS-1295)
100 Quimby Street, Suite 1
Westfield, NJ 07090
(908) 232-5566
(908) 728-3113 telecopy
Former proposed Counsel for Debtor

In re:

AVRUMI LUBIN

Debtor.

Chapter 11

Case No. 26-17342 (EJO)

**ORDER AUTHORIZING THE WITHDRAWAL OF THE APPEARANCE OF ASHFORD – SCHAEL LLC AS COUNSEL FOR THE DEBTOR**

The relief set forth on the following pages, numbered two (2) through three (3), is hereby ORDERED.

**DATED: September 24, 2026**

Eamonn O'Hagan
Honorable Eamonn J. O'Hagan
United States Bankruptcy Judge

**THIS MATTER** having been opened to the Court upon the motion (the "Motion") of Ashford – Schael LLC for entry of an order authorizing the withdrawal of its appearance as counsel for Avrumi Lubin (the "Debtor"); and the Court having considered the Motion and the Certification of Courtney A. Schael, Esq. submitted in support thereof; and the Court having entered the Order Granting Motion for Appointment of a Chapter 11 Trustee on September 17, 2026 (dkt. no. 101), by reason of which the Debtor has ceased to be a debtor-in-possession and is without authority to employ professionals under 11 U.S.C. § 327; and no order approving the retention of Ashford – Schael LLC having been entered; and due and proper notice of the Motion having been given; and good cause appearing;

**IT IS HEREBY ORDERED as follows:**

1. The Motion is GRANTED in its entirety.

2. Ashford – Schael LLC (the "Firm") is authorized to withdraw, and is hereby withdrawn, as counsel for the Debtor in the above-captioned case, effective as of September 17, 2026, the date of entry of the Order Granting Motion for Appointment of a Chapter 11 Trustee (dkt. no. 101).

3. The Application for Retention of Professional (dkt. no. 97), the Notice of Appearance and Request for Service of Notices (dkt. no. 98), and the Amended Attorney Compensation Statement (dkt. no. 99) are deemed withdrawn in accordance with the Withdrawal filed at dkt. no. 104. No order approving the retention of Ashford – Schael LLC under 11 U.S.C. § 327 has been or shall be entered, and Ashford – Schael LLC has not served as a retained professional of the estate.

4. The Clerk of the Court shall terminate Ashford – Schael LLC's appearance as counsel for the Debtor on the docket and remove Ashford – Schael LLC from the CM/ECF service list and all other notice and mailing lists in this case.

5. The docket shall reflect that the Debtor is appearing *pro se* unless and until substitute counsel files a notice of appearance on his behalf. Nothing herein relieves the Debtor of any obligation under the Bankruptcy Code, the Bankruptcy Rules, or any order of this Court, including the obligations set forth in the Trustee Order, and no deadline in this case or in any related adversary proceeding is extended by this Order.

6. This Court retains jurisdiction over all matters arising from or related to the implementation or interpretation of this Order.

United States Bankruptcy Court

District of New Jersey

In re: Case No. 26-17342-EJO
Avrumi Lubin Chapter 11
Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3 User: admin Page 1 of 2
Date Rcvd: Sep 24, 2026 Form ID: pdf903 Total Noticed: 1

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| db | + | Avrumi Lubin, 1460 Arboretum Parkway, Lakewood, NJ 08701-1607 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Benjamin A. Stanziale, Jr. | trustee@stanzialelaw.com nj45@ecfcbis.com |
| Courtney A. Schael | on behalf of Debtor Avrumi Lubin cschael@ashfordnjlaw.com mrogers@ashfordnjlaw.com |
| Courtney A. Schael | on behalf of Attorney Ashford - Schael LLC cschael@ashfordnjlaw.com mrogers@ashfordnjlaw.com |
| Gary Francis Seitz | on behalf of Interested Party Nicole Tesa Mehdipour Chapter 7 Trustee of Excell Auto Group, Inc. gseitz@gsbblaw.com, gseitz10@verizon.net,jblackford@gsbblaw.com |
| Gary Francis Seitz | on behalf of Plaintiff Nicole Testa Mehdipour gseitz@gsbblaw.com gseitz10@verizon.net,jblackford@gsbblaw.com |
| Hillel Ira Parness | |

| | |
|---|---|
| | on behalf of Creditor Franklin Capital Funding LLC hip@hiplaw.com |
| Hillel Ira Parness | on behalf of Plaintiff Franklin Capital Funding LLC hip@hiplaw.com |
| Hillel Ira Parness | on behalf of Plaintiff Franklin Capital Group LLC hip@hiplaw.com |
| Jennifer Mara | on behalf of Creditor FVP Servicing LLC jmara@mabalaw.com, ebyerly@mabalaw.com |
| Jennifer Mara | on behalf of Plaintiff FVP Investments LLC jmara@mabalaw.com ebyerly@mabalaw.com |
| Jennifer Mara | on behalf of Plaintiff FVP Opportunity Fund III LP jmara@mabalaw.com, ebyerly@mabalaw.com |
| Jennifer Mara | on behalf of Creditor FVP Opportunity Fund III LP jmara@mabalaw.com, ebyerly@mabalaw.com |
| Jennifer Mara | on behalf of Plaintiff FVP Servicing LLC jmara@mabalaw.com, ebyerly@mabalaw.com |
| Jennifer Mara | on behalf of Creditor FVP Investments LLC jmara@mabalaw.com ebyerly@mabalaw.com |
| Michael Baldassare | on behalf of Creditor FVP Servicing LLC mbaldassare@mabalaw.com, ebyerly@mabalaw.com |
| Michael Baldassare | on behalf of Creditor FVP Investments LLC mbaldassare@mabalaw.com ebyerly@mabalaw.com |
| Michael Baldassare | on behalf of Creditor FVP Opportunity Fund III LP mbaldassare@mabalaw.com, ebyerly@mabalaw.com |
| Rachel Wolf | on behalf of U.S. Trustee U.S. Trustee rachel.wolf@usdoj.gov |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 19