Order Filed on October 5, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

HELLRING LINDEMAN GOLDSTEIN
& SIEGAL LLP
Patricia A. Staiano, Esq.
Proposed Attorneys for Benjamin A. Stanziale, Jr.,
Chapter 11 Trustee
103 Eisenhower Parkway, Suite 403
Roseland, New Jersey 07068-1031
973.621.9020
pstaiano@hlgslaw.com

In Re:

AVRUMI LUBIN a/k/a Josh Lubin,

Debtor.

Case No 26-17342 (EJO)

Judge: Hon. Eamonn James O'Hagan

Chapter 11

ORDER AUTHORIZING RETENTION OF HELLRING LINDEMAN GOLDSTEIN & SIEGAL LLP AS COUNSEL FOR TRUSTEE

The relief set forth on the following page numbered two is hereby ORDERED.

**DATED: October 5, 2026**

Honorable Eamonn J. O'Hagan
United States Bankruptcy Judge

Upon the Applicant's request for authorization to retain Hellring Lindeman Goldstein & Siegal LLP as counsel to the Trustee, it is hereby ORDERED

1. The applicant is authorized to retain the above party in the professional capacity noted.

The professional's address is: 103 Eisenhower Parkway, Suite 403
Roseland, New Jersey 07068-1031

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is

☐ Granted ☐ Denied.

☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a Chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is September 21, 2026.

*rev.8/1/15*



509759