**BRESLIN | TRIAL PRACTICE PLLC**
Jerrell Breslin, Esq. (admitted pro hac vice)
1132 SE 3rd Avenue
Ft. Lauderdale, FL 33316
754-946-5327
Jerry@Breslin.Law
Co-Counsel for FVP Servicing, LLC, FVP Investments LLC
and FVP Opportunity Fund III, LP

— and —

**BALDASSARE & MARA, LLC**
Jennifer Mara, Esq.
75 Livingston Avenue, Suite 101
Roseland, NJ 07068
(973) 604-6686
jmara@mabalaw.com
Local Counsel for FVP Servicing, LLC, FVP Investments LLC
and FVP Opportunity Fund III, LP (D.N.J. LBR 9010-1)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
*Caption in Compliance with D.N.J. LBR 9004-1(b)*

| | |
|---|---|
| In re:<br><br>AVRUMI LUBIN a/k/a JOSH LUBIN,<br><br>Debtor. | Case No.: 26-17342 (EJO)<br><br>Chapter: 11<br><br>Judge: Hon. Eamonn J. O'Hagan |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PAPERS**

PLEASE TAKE NOTICE that, in accordance with Fed. R. Bankr. P. 9010(b), the undersigned, Jerrell Breslin, Esq., of Breslin | Trial Practice PLLC, admitted pro hac vice by Order entered July 10, 2026 (Case No. 26-17342, Doc. 27), enters an appearance in this case as co-counsel for Creditors FVP Servicing, LLC, FVP Investments LLC and FVP Opportunity Fund III,

LP (the "FVP Parties"), together with local counsel Baldassare & Mara, LLC, which remains counsel of record for the FVP Parties in accordance with D.N.J. LBR 9010-1(b)(4). This Notice amends and supersedes the Notice of Appearance and Request for Service of Notice filed July 17, 2026 (Doc. 42) solely to reflect the undersigned's current firm, address and e-mail addresses; the former addresses jb@jsjb.law and eservice@jsjb.law are no longer in use.

Request is made, pursuant to Fed. R. Bankr. P. 2002, 9007 and 9010(b) and 11 U.S.C. §§ 342 and 1109(b), that the documents filed in this case and identified below be served on the undersigned at the following address, with a copy to local counsel:

**ADDRESS:**

Jerrell Breslin, Esq.
Breslin | Trial Practice PLLC
1132 SE 3rd Avenue
Ft. Lauderdale, FL 33316
Telephone and fax: 754-946-5327
Primary e-mail: Jerry@Breslin.Law
Secondary e-mails: Eservice@Breslin.Law; Jean@Breslin.Law

with a copy to:
Jennifer Mara, Esq.
Baldassare & Mara, LLC
75 Livingston Avenue, Suite 101
Roseland, NJ 07068
(973) 604-6686 | jmara@mabalaw.com

**DOCUMENTS:**

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature, including all notices, motions, applications, orders, pleadings, reports, plans, disclosure statements and other papers, whether formal or informal, written or oral, and whether transmitted by mail, e-mail, CM/ECF, hand delivery, telephone or otherwise.

This Notice and Request is made without waiver of any right, claim, action, defense, setoff or recoupment of the FVP Parties, including the right to have any final order entered only after de

novo review by a District Judge, the right to trial by jury in any proceeding, and the right to contest the jurisdiction of this Court, all of which are expressly reserved.

Dated: October 10, 2026.

**BRESLIN | TRIAL PRACTICE PLLC**
Co-Counsel for the FVP Parties

**By: s/ Jerrell Breslin**
Jerrell Breslin, Esq. (admitted pro hac vice)
Fla. Bar # 269573

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on October 10, 2026, the foregoing Notice of Appearance and Request for Service of Notices and Papers was filed electronically with the Clerk of the Court using CM/ECF, which will serve a notice of electronic filing on all parties registered to receive such notice in this case, and that a Local Form Certification of Service will be filed as required by D.N.J. LBR 2002-1(a).

**s/ Jerrell Breslin**
Jerrell Breslin, Esq.