| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br>HELLRING LINDEMAN GOLDSTEIN<br>& SIEGAL LLP<br>Patricia A. Staiano, Esq.<br>Attorneys for Benjamin A. Stanziale, Jr.,<br>Chapter 11 Trustee<br>103 Eisenhower Parkway, Suite 403<br>Roseland, New Jersey 07068-1031<br>973.621.9020<br>pstaiano@hlgslaw.com | |
| In Re:<br><br>AVRUMI LUBIN a/k/a Josh Lubin,<br><br>Debtor. | Case No 26-17342 (EJO)<br><br>Judge: Eamonn James O'Hagan, U.S.B.J.<br><br>Chapter 11 |
| BENJAMIN A. STANZIALE, JR., CHAPTER 11 TRUSTEE FOR AVRUMI LUBIN a/k/a Josh Lubin,<br><br>Plaintiff,<br><br>vs.<br><br>AVRUMI LUBIN, SPIN CAPITAL, LLC, TETON LIFE, LLC, TETON FUNDING, LLC, TETON FUNDING GROUP, LLC, and JL SPECIAL INVESTMENTS, LLC,<br><br>Defendants. | Adv. Pro. No. 26-01494 (EJO) |

VERIFICATION FOR VERIFIED COMPLAINT TO EXTEND CHAPTER 11 PROCEEDINGS TO SPIN CAPITAL, LLC, TETON LIFE, LLC, TETON FUNDING, LLC, TETON FUNDING GROUP, LLC, AND JL SPECIAL INVESTMENTS, LLC

BENJAMIN A. STANZIALE, JR., of full age, states pursuant to 28 U.S.C. § 1746, that:

I am the Chapter 11 Trustee for Avrumi Lubin, a/k/a Josh Lubin and Plaintiff in the above-captioned matter.

I have reviewed the foregoing Complaint to Extend Chapter 11 Proceedings to Spin Capital, LLC, Teton Life, LLC, Teton Funding, LLC, Teton Funding Group, LLC, And JL Special Investments, LLC, ECF Docket No. 1 in the Adv. Pro. No. 26-01494 (EJO).

I know the contents thereof to be true to the best of my own knowledge, except as to any matters stated to be stated based upon information and belief and as to those matters, I believe the matters stated to be true.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 15, 2026.

By: /s/ Benjamin A. Stanziale, Jr.
BENJAMIN A. STANZIALE, JR.