**Order Filed on October 23, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In Re:<br><br>AVRUMI LUBIN<br>AKA JOSH LUBIN,<br><br>Debtor. | Case No.: 26-17342-EJO<br>Chapter: 11<br>Hearing Date: October 22, 2026<br>Judge: Eamonn J. O'Hagan |

**<u>INTERIM ORDER RE: MOTION FOR STAY RELIEF</u>**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 23, 2026**

Honorable Eamonn J. O'Hagan
United States Bankruptcy Judge

---

Upon consideration of the **Motion for Relief from Stay re: to permit the adversary proceeding styled Mehdipour v. Hi Bar Capital, LLC, et al., Adv. Pro. No. 23-01132-EPK, pending in the 2 United States Bankruptcy Court for the Southern District of Florida, West Palm Beach Division to be completed through the entry of a judgment** (the "Motion") [ECF No. 119] filed by Gary Francis Seitz, Esquire, on behalf of Nicole Tesa Mehdipour, Chapter 7 Trustee of Excell Auto Group, Inc. (the "Movant"), together with the response filed thereto [ECF No. 142] by the Debtor, Avrumi Lubin aka Josh Lubin, appearing *pro se*;

**AND** the Court having considered the arguments presented by all parties at the hearing on October 22, 2026;

**AND** for the reasons set forth on the record, it is hereby **ORDERED** as follows:

1. The relief requested is **DENIED** without prejudice on an interim basis.
2. The Motion is adjourned for further consideration on December 3, 2026, at 10:00 a.m.
3. All rights of the parties are hereby preserved.