**Order Filed on October 23, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In Re:<br><br>AVRUMI LUBIN<br>AKA JOSH LUBIN,<br><br>Debtor. | Case No.: 26-17342-EJO<br>Chapter: 11<br>Hearing Date: October 22, 2026<br>Judge: Eamonn J. O'Hagan |

**INTERIM ORDER RE: MOTION FOR STAY RELIEF**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 23, 2026**

Honorable Eamonn J. O'Hagan
United States Bankruptcy Judge

---

Upon consideration of the **Motion for Relief from Stay re: to permit the adversary proceeding styled Mehdipour v. Hi Bar Capital, LLC, et al., Adv. Pro. No. 23-01132-EPK, pending in the 2 United States Bankruptcy Court for the Southern District of Florida, West Palm Beach Division to be completed through the entry of a judgment** (the "Motion") [ECF No. 119] filed by Gary Francis Seitz, Esquire, on behalf of Nicole Tesa Mehdipour, Chapter 7 Trustee of Excell Auto Group, Inc. (the "Movant"), together with the response filed thereto [ECF No. 142] by the Debtor, Avrumi Lubin aka Josh Lubin, appearing *pro se*;

**AND** the Court having considered the arguments presented by all parties at the hearing on October 22, 2026;

**AND** for the reasons set forth on the record, it is hereby **ORDERED** as follows:

1. The relief requested is **DENIED** without prejudice on an interim basis.
2. The Motion is adjourned for further consideration on December 3, 2026, at 10:00 a.m.
3. All rights of the parties are hereby preserved.

United States Bankruptcy Court

District of New Jersey

In re: Case No. 26-17342-EJO

Avrumi Lubin Chapter 11

Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3 User: admin Page 1 of 2

Date Rcvd: Nov 01, 2026 Form ID: pdf903 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Avrumi Lubin, 1460 Arboretum Parkway, Lakewood, NJ 08701-1607 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin A. Stanziale, Jr. | trustee@stanzialelaw.com nj45@ecfcbis.com |
| Gary Francis Seitz | on behalf of Plaintiff Nicole Testa Mehdipour gseitz@gsbblaw.com gseitz10@verizon.net,jblackford@gsbblaw.com |
| Gary Francis Seitz | on behalf of Interested Party Nicole Tesa Mehdipour Chapter 7 Trustee of Excell Auto Group, Inc. gseitz@gsbblaw.com, gseitz10@verizon.net,jblackford@gsbblaw.com |
| Hillel Ira Parness | on behalf of Plaintiff Franklin Capital Group LLC hip@hiplaw.com |
| Hillel Ira Parness | on behalf of Creditor Franklin Capital Funding LLC hip@hiplaw.com |
| Hillel Ira Parness | |

| | |
|---|---|
| | on behalf of Plaintiff Franklin Capital Funding LLC hip@hiplaw.com |
| Jason Scott Rigoli | on behalf of Plaintiff Nicole Testa Mehdipour jason.rigoli@gray-robinson.com yesenia.fernandezvivas@gray-robinson.com |
| Jason Scott Rigoli | on behalf of Interested Party Nicole Tesa Mehdipour Chapter 7 Trustee of Excell Auto Group, Inc. jason.rigoli@gray-robinson.com, yesenia.fernandezvivas@gray-robinson.com |
| Jeffrey S. Cianciulli | on behalf of Interested Party Gavriel Yitzchakov jcianciulli@weirlawllp.com imarciniszyn@weirpartners.com |
| Jennifer Mara | on behalf of Creditor FVP Opportunity Fund III LP jmara@mabalaw.com, ebyerly@mabalaw.com |
| Jennifer Mara | on behalf of Plaintiff FVP Opportunity Fund III LP jmara@mabalaw.com, ebyerly@mabalaw.com |
| Jennifer Mara | on behalf of Plaintiff FVP Servicing LLC jmara@mabalaw.com, ebyerly@mabalaw.com |
| Jennifer Mara | on behalf of Plaintiff FVP Investments LLC jmara@mabalaw.com ebyerly@mabalaw.com |
| Jennifer Mara | on behalf of Creditor FVP Servicing LLC jmara@mabalaw.com, ebyerly@mabalaw.com |
| Jennifer Mara | on behalf of Creditor FVP Investments LLC jmara@mabalaw.com ebyerly@mabalaw.com |
| Jerrell Andrew Breslin | on behalf of Plaintiff FVP Servicing LLC Jerry@Breslin.Law |
| Michael Baldassare | on behalf of Creditor FVP Investments LLC mbaldassare@mabalaw.com ebyerly@mabalaw.com |
| Michael Baldassare | on behalf of Creditor FVP Opportunity Fund III LP mbaldassare@mabalaw.com, ebyerly@mabalaw.com |
| Michael Baldassare | on behalf of Creditor FVP Servicing LLC mbaldassare@mabalaw.com, ebyerly@mabalaw.com |
| Patricia A. Staiano | on behalf of Trustee Benjamin A. Stanziale Jr. pstaiano@hlgslaw.com, pstaiano@hlgslaw.com |
| Patricia A. Staiano | on behalf of Plaintiff Benjamin A. Stanziale Jr. pstaiano@hlgslaw.com, pstaiano@hlgslaw.com |
| Patrick T. Krenicky | on behalf of Interested Party Gavriel Yitzchakov pkrenicky@weirlawllp.com eyates@weirlawllp.com |
| Rachel Wolf | on behalf of U.S. Trustee U.S. Trustee rachel.wolf@usdoj.gov |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 24