| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br>HELLRING LINDEMAN GOLDSTEIN<br>& SIEGAL LLP<br>Patricia A. Staiano, Esq.<br>Attorneys for Benjamin A. Stanziale, Jr.,<br>Chapter 11 Trustee<br>103 Eisenhower Parkway, Suite 403<br>Roseland, New Jersey 07068-1031<br>973.621.9020<br>pstaiano@hlgslaw.com | |
| In Re:<br><br>AVRUMI LUBIN a/k/a Josh Lubin,<br><br>Debtor. | Case No 26-17342 (EJO)<br><br>Judge: Hon. Eamonn James O'Hagan<br><br>Chapter 11 |

APPLICATION FOR RETENTION OF PROFESSIONAL

1. The applicant, Benjamin A. Stanziale, Jr., is the

☒ Trustee: ☐ Chap. 7 ☒ Chap. 11 ☐ Chap. 13

☐ Debtor: ☐ Chap. 11 ☐ Chap. 13

☐ Official Committee of ________________________________________.

2. The applicant seeks to retain the following professional, Eisner Advisory Group LLC, to serve as:

☐ Attorney for: ☐ Trustee ☐ Debtor-in-Possession

☐ Official Committee of ____________________.

☒ Accountant for: ☒ Trustee ☐ Debtor-in-possession

☐ Official Committee of ____________________.

☐ Other Professional:

☐ Realtor ☐ Appraiser ☐ Special Counsel

☐ Auctioneer ☐ Other (specify): ____________.

3. The employment of the professional is necessary because: To represent Applicant in this matter to perform the services set forth in paragraph 5 below.

4. The professional has been selected because: Its members have considerable experience in matters of this nature and believes that the firm is well qualified to represent Applicant in this proceeding.

5. The professional services to be rendered are as follows: To assist the Trustee in the preparation of necessary tax return(s) and otherwise assist the Trustee and his counsel as may be appropriate.

6. The proposed arrangement for compensation is as follows: The standard hourly rates of compensation of the professional are set forth in the accompanying Certification of Professional. Fees are subject to approval upon formal Application and Order of the Court.

7. To the best of the applicant's knowledge, the professional's connection with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

☒ None

☐ Describe connection: ____________________________________________.

8. To the best of the applicant's knowledge, the professional (check all that apply):

☒ does not hold an adverse interest to the estate.

☒ does not represent an adverse interest to the estate.

☒ is a disinterested person under 11 U.S.C. §101(14).

☐ does not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which he/she will be retained under 11 U.S.C. §327(e).

☐ Other; explain: ______________________________________________.

9. If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows: ________________________________.

The applicant respectfully requests authorization to employ the professional to render services in accordance with this application, with compensation to be paid as an administrative expense in such amounts as the Court may hereafter determine and allow.

Date: November 10, 2026

/s/ Benjamin A. Stanziale, Jr.
_______________________________________
Signature of Applicant

BENJAMIN A. STANZIALE, JR.
Name of Applicant

*ev.8/1/15*



515857