| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| HELLRING LINDEMAN GOLDSTEIN<br>& SIEGAL LLP<br>Patricia A. Staiano, Esq.<br>Attorneys for Benjamin A. Stanziale, Jr.,<br>Chapter 11 Trustee<br>103 Eisenhower Parkway, Suite 403<br>Roseland, New Jersey 07068-1031<br>973.621.9020<br>pstaiano@hlgslaw.com | |
| In Re:<br><br>AVRUMI LUBIN a/k/a Josh Lubin,<br><br>Debtor. | Chapter 11<br><br>Case No. 26-17342 (EJO)<br><br>Hon. Eamonn James O'Hagan |

**CERTIFICATION OF ANTHONY R. CALASCIBETTA IN SUPPORT OF APPLICATION FOR RETENTION EISNER ADVISORY GROUP LLC AS FINANCIAL ADVISOR TO BENJAMIN A. STANZIALE, JR, CHAPTER 11 TRUSTEE**

I, Anthony R. Calascibetta, being of full age, certify as follows:

1. I am seeking authorization to be retained as financial advisors for the Chapter 11 Trustee for Avrumi Lubin (the "Debtor").

2. My professional credentials include: I am a Certified Public Accountant, Certified in Financial Forensics and a Certified Turnaround Professional.

3. I am a partner with the firm of Eisner Advisory Group LLC ("EA") with offices located at 111 Wood Avenue South, Iselin, New Jersey 08830.

4. The Trustee has requested that we perform or assist in the performance of the following services and functions:

   a) Assist the Trustee accumulate and secure the financial records and documents of the Debtor both electronic and hard copy;

b) Assist the Truste in the collection and recovery of accounts receivable, inventory and other assets of the Debtor.;

c) Review the Debtor's financial records and assist the Trustee in determining what avoidance actions, if any, should be brought for the benefit of the estate;

d) Preparation of the estate's annual tax returns if appropriate;

e) Render such other assistance and services as the Trustee and his counsel may request and deem necessary.

5. The proposed arrangement for compensation, including hourly rates is as follows:

| | |
|---|---|
| Director/Partners | $700 - $995/hr. |
| Manager/Senior Managers | $400 - $600/hr. |
| Paraprofessional/Staff | $295 - $375/hr. |

In the normal course of business, EA revises its hourly rates periodically (recurringly in August). My current hourly rate is $825 per hour. For this engagement I will reduce my hourly rate to $700 per hour.

6. EA will seek reimbursement for out-to-pocket expenses incurred in connection with its services in this case.

7. The Trustee and EA understand that any compensation or reimbursement of expenses paid to EA must be approved by this Court upon application consistent with the Bankruptcy Code, applicable Bankruptcy Rules or further Order of this Court.

8. To the best of my knowledge, after reasonable and diligent investigation, my connection with the debtor(s), creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

☒ None

☐ Describe connection.

9. To the best of my knowledge, after reasonable and diligent investigation, the connection of my firm, its members, shareholders, partners, associates, officers

and/or employees with the debtor(s), creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

☒ None

☐ Describe Connection:

10. To the best of my knowledge, my firm, its members, shareholders, partners, associates, officers and/or employees and I (check all that apply):

☒ do not hold an adverse interest to the estate.

☒ do not represent an adverse interest to the estate.

☒ are disinterested under 11 U.S.C. § 101(14).

☐ do not represent or hold any interest adverse to the Debtor or the estate with respect to the matter for which I will be retained under U.S.C. § 327(e).

11. The Trustee was appointed in these matters on September 18, 2026.

It is anticipated that the Trustee will request EA to immediately begin work on certain items set forth in paragraph 4 above. It is therefore respectfully requested that EA's retention be approved effective as of the date of the filing of the Trustee's application to retain EA.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Date: November 10, 2026

Anthony R. Calascibetta
_______________________________
Signature of Professional

Anthony R. Calascibetta
Name of Professional