UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

AVRUMI LUBIN
Debtor, Pro Se
605 West 42nd Street
New York, New York 10036
(718) 570-3796
josh@tetonfunding.com

FILED:BANKRUPTCY:NJ
2026 NOV 12 PM 1:20

In Re:

Avrumi Lubin

Case No.: 26-17342 (EJO)

Chapter: 11

Adv. No.: N/A (main case)

Hearing Date: 12/3/2026 10 AM

Judge: Eamonn J. O'Hagan

## CERTIFICATION OF SERVICE

1. I, Avrumi Lubin :

☐ represent ______________________ in this matter.

☐ am the secretary/paralegal for ______________________, who represents ______________________ in this matter.

☒ am the Debtor in this case and am representing myself.

2. On November 12, 2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

Notice of Motion; Certification of Avrumi Lubin, with Exhibits A through C; Memorandum of Law; and proposed Order, all dated November 12, 2026, on the Debtor's Motion for an Order Directing the Chapter 11 Trustee to File Written Status Reports and to Take or Explain Protective Steps Concerning Pending Deadlines, Insurance Policies and a Florida Order (Case No. 26-17342 (EJO); hearing December 3, 2026 at 10:00 a.m.).

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: November 12, 2026

______________________
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Patricia A. Staiano, Esq. / Matthew E. Moloshok, Esq.<br>Hellring Lindeman Goldstein & Siegal LLP<br>103 Eisenhower Parkway, Suite 403<br>Roseland, NJ 07068 | Counsel to Chapter 11 Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Benjamin A. Stanziale, Jr.<br>Chapter 11 Trustee<br>2839 Route 10, Suite 102<br>Morris Plains, NJ 07950 | Chapter 11 Trustee (respondent) | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Office of the United States Trustee<br>Attn: Rachel Wolf, Esq.<br>One Newark Center, Suite 2100<br>1085 Raymond Boulevard<br>Newark, NJ 07102 | United States Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Jeffrey S. Cianciulli, Esq. / Patrick T. Krenicky, Esq.<br>Weir LLP<br>1300 Route 73 S., Suite 314<br>Mount Laurel, NJ 08054 | Counsel to Gavriel Yitzchakov (co-member of Teton Life, LLC) | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Jennifer Mara, Esq.<br>Baldassare & Mara, LLC<br>75 Livingston Avenue, Suite 101<br>Roseland, NJ 07068 | Counsel to FVP creditors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Jerrell A. Breslin, Esq.<br>Breslin Trial Practice PLLC<br>1132 SE 3rd Avenue<br>Fort Lauderdale, FL 33316 | Counsel to FVP creditors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Hillel I. Parness, Esq.<br>Parness Law Firm, PLLC<br>136 Madison Ave., 6th Floor<br>New York, NY 10016 | Counsel to Franklin Capital Funding, LLC | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Gary F. Seitz, Esq.<br>Gellert Seitz Busenkell & Brown, LLC<br>1201 N. Orange St., Suite 300<br>Wilmington, DE 19801 | Counsel to Ch. 7 Trustee of Excell Auto Group, Inc. | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Jason S. Rigoli, Esq. / Alan R. Crane, Esq.<br>GrayRobinson, P.A.<br>2255 Glades Road, Suite 301E<br>Boca Raton, FL 33431 | Counsel to Ch. 7 Trustee of Excell Auto Group, Inc. | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Nicole Testa Mehdipour<br>Ch. 7 Trustee of Excell Auto Group, Inc.<br>6278 N. Federal Highway, Suite 408<br>Fort Lauderdale, FL 33308 | Chapter 7 Trustee of Excell Auto Group, Inc. | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Fred Stevens, Esq., Temporary Receiver<br>Klestadt Winters Jureller Southard & Stevens, LLP<br>286 Madison Avenue, 11th Floor<br>New York, NY 10017 | Temporary Receiver, Teton Life LLC v. Golden Foothill, Index No. 650582/2022 (Sup. Ct. N.Y. County) (notice) | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Stanley Q. Casey, Esq.<br>Law Offices of Stanley Q. Casey PLLC<br>515 N. Flagler Drive, Suite 350<br>West Palm Beach, FL 33401 | Counsel (limited appearance) to Spin Capital, LLC in FVP Opportunity Fund III, LP v. Zankl, No. CACE-22-005125 (Fla. 17th Jud. Cir. Ct.) (notice) | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*