UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

AVRUMI LUBIN
Defendant, Pro Se, individually
1460 Arboretum Parkway
Lakewood, New Jersey 08701
(718) 570-3796
josh@tetonfunding.com

FILED BANKRUPTCY NJ
2026 NOV 2 PM 1:53:32

In Re:
AVRUMI LUBIN a/k/a Josh Lubin, Debtor.
Stanziale, Ch. 11 Trustee v. Lubin, et al.
Adv. Pro. No. 26-01494 (EJO)

Case No.: 26-17342 (EJO)

Chapter: 11

Hearing Date: 12/3/2026 10 AM

Judge: Eamonn J. O'Hagan

## APPLICATION FOR ORDER SHORTENING TIME

The applicant Avrumi Lubin, Defendant, pro se, on behalf of himself, individually requests that the time period to/for hearing on Dkt. 25 (paras. 3 and 2) as required by D.N.J. LBR 9013-2(a)(1) be shortened pursuant to Fed. R. Bankr. P 9006(c)(1), for the reason(s) set forth below:

1. A shortened time hearing is requested because:
   Dkt. 25 is set for Dec. 3. Dkt. 21 set a Nov. 10 hearing as to Teton Life, LLC. On Oct. 30 a letter in the New York action asked that court to sign an order enforcing a settlement against Teton Life (NYSCEF 1508-1509); no response date is set. See Supplemental Certification.
2. A hearing is requested on or before:
   Tuesday, November 10, 2026 at 1:00 p.m., with the Teton Life, LLC hearing set by Dkt. 21, or an earlier time the Court sets; objections by Friday, November 6, 2026, or as the Court directs. Requested only; not yet ordered.
3. Reduction of the time period is not prohibited under Fed. R. Bankr. P 9006(c)(1).

The applicant requests entry of the proposed order shortening time.

Date: November 2, 2026

Signature

*rev.5/19/2025*