**[PROPOSED]**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

AVRUMI LUBIN
Defendant, Pro Se, individually
1460 Arboretum Parkway
Lakewood, New Jersey 08701
(718) 570-3796
josh@tetonfunding.com

In Re:
AVRUMI LUBIN a/k/a Josh Lubin, Debtor.
Stanziale, Ch. 11 Trustee v. Lubin, et al.
Adv. Pro. No. 26-01494 (EJO)

Case No.: 26-17342 (EJO)

Chapter: 11

Judge: Eamonn J. O'Hagan

**ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE**

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

After review of the application of Avrumi Lubin, Defendant, pro se, individually for a reduction of time for a hearing on paras. 3 and (in the alternative) 2 as to Teton Life, LLC, of the proposed order submitted with the Rule 9023 motion to alter or amend the Oct. 23 Order (Dkt. 25, filed Oct. 29, 2026) under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on November 10, 2026 at 1:00 p.m. in the United States Bankruptcy Court, 402 E. State Street, Trenton, NJ 08608
Courtroom No. 2.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties:
Trustee; Trustee counsel Staiano / Moloshok; United States Trustee; Weir LLP for Yitzchakov

See attached Schedule A, recipients 1-4, for mailing addresses; known counsel/UST email addresses.

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☒ regular mail, ☒ email, ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:
Spin Capital, LLC; Teton Life, LLC; Teton Funding, LLC; Teton Funding Group, LLC;

JL Special Investments, LLC, each through its registered agent (Schedule A, recipients 5-9).

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☒ regular mail, ☐ email, ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within ________ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to ______________________________

☐ on the same day as the date of this Order, or

☐ within ________ day(s) of the date of this Order.

**[PROPOSED]**

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to said motion/application identified above:

   ☒ must be filed with the Court and served on all parties in interest by electronic or overnight mail 4 day(s) prior to the scheduled hearing; or

   ☐ may be presented orally at the hearing.

8. ☐ Court appearances are required to prosecute said motion/application and any objections.

   ☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

9. ☐ The hearing will be conducted via Zoom using the Judge's standard Zoom link for remote appearances, which can be found on the Judge's page on the Court's website: https://www.njb.uscourts.gov/

   ☐ The hearing will be conducted via a specialized Zoom link. See instructions below:

*rev.5/19/2025*

# SCHEDULE A TO PROPOSED ORDER
# SERVICE RECIPIENTS - NINE SEPARATE MAILINGS

| | | |
|---|---|---|
| 1 | Patricia A. Staiano, Esq. / Matthew E. Moloshok, Esq.<br>Hellring Lindeman Goldstein & Siegal LLP<br>103 Eisenhower Parkway, Suite 403<br>Roseland, NJ 07068 | Counsel to Plaintiff / Chapter 11 Trustee |
| 2 | Benjamin A. Stanziale, Jr.<br>Chapter 11 Trustee<br>2839 Route 10, Suite 102<br>Morris Plains, NJ 07950 | Plaintiff / Chapter 11 Trustee |
| 3 | Office of the United States Trustee<br>Attn: Rachel Wolf, Esq.<br>One Newark Center, Suite 2100<br>1085 Raymond Boulevard<br>Newark, NJ 07102 | United States Trustee |
| 4 | Jeffrey S. Cianciulli, Esq. / Patrick T. Krenicky, Esq.<br>Weir LLP<br>1300 Route 73 S., Suite 314<br>Mount Laurel, NJ 08054 | Counsel to Gavriel Yitzchakov |
| 5 | Spin Capital, LLC<br>c/o Harvard Business Services, Inc.<br>Registered Agent<br>16192 Coastal Hwy.<br>Lewes, DE 19958 | Defendant; through registered agent |
| 6 | Teton Life, LLC<br>c/o Vcorp Services, LLC<br>Registered Agent<br>108 W. 13th Street, Suite 100<br>Wilmington, DE 19801 | Defendant; through registered agent |
| 7 | Teton Funding, LLC<br>c/o Vcorp Services, LLC<br>Registered Agent<br>108 W. 13th Street, Suite 100<br>Wilmington, DE 19801 | Defendant; through registered agent |
| 8 | Teton Funding Group, LLC<br>c/o Vcorp Services, LLC<br>Registered Agent<br>108 W. 13th Street, Suite 100<br>Wilmington, DE 19801 | Defendant; through registered agent |
| 9 | JL Special Investments, LLC<br>c/o Vcorp Services, LLC<br>Registered Agent<br>108 W. 13th Street, Suite 100<br>Wilmington, DE 19801 | Defendant; through registered agent |

Email copies for recipients 1-4: pstaiano@hlgslaw.com; mmoloshok@hlgslaw.com; ben@stanzialelaw.com; Rachel.Wolf@usdoj.gov; Kirsten.K.Ardelean@usdoj.gov; Heidi.A.Feinman@usdoj.gov; jcianciulli@weirlawllp.com; pkrenicky@weirlawllp.com.