| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Avrumi Lubin, pro se<br>605 West 42nd Street<br>New York, NY 10036<br>(718) 570-3796<br>josh@tetonfunding.com | Case No.: 26-17342 (EJO)<br><br>Chapter: 11 |
|---|---|
| In Re:<br><br>AVRUMI LUBIN a/k/a Josh Lubin,<br>Debtor. | Adv. No.: N/A (main case)<br><br>Hearing Date: 12/3/2026 10:00 AM<br><br>Judge: Eamonn J. O'Hagan |

## CERTIFICATION OF SERVICE

1. I, Avrumi Lubin :

☐ represent ______________________ in this matter.

☐ am the secretary/paralegal for ______________________, who represents ______________________ in this matter.

☒ am the Debtor in this case and am representing myself.

2. On November 12, 2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

Notice of Motion for Limited Relief from the Automatic Stay to Permit the Debtor, Individually, to Seek Correction or Clarification of One Clause of the May 15, 2026 Florida Order and an Updated Accounting of the Judgment, and for Waiver of the 14-Day Stay Under Fed. R. Bankr. P. 4001(a)(4); Certification of Avrumi Lubin with Exhibits A-C; Memorandum of Law; and proposed Order (34-page service copy), dated November 12, 2026.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: November 12, 2026

Signature
Avrumi Lubin - sign only after mailing

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Jennifer Mara, Esq.<br>Baldassare & Mara, LLC<br>75 Livingston Avenue, Suite 101<br>Roseland, NJ 07068 | Counsel to FVP creditors (FVP Opportunity Fund III, L.P., FVP Investments, LLC, FVP Servicing, LLC) | First-Class U.S. Mail, postage prepaid |
| Hillel I. Parness, Esq.<br>Parness Law Firm, PLLC<br>136 Madison Ave., 6th Floor<br>New York, NY 10016 | Counsel to Franklin Capital Funding, LLC | First-Class U.S. Mail, postage prepaid |
| Gary F. Seitz, Esq.<br>Gellert Seitz Busenkell & Brown, LLC<br>1201 N. Orange St., Suite 300<br>Wilmington, DE 19801 | Counsel to Ch. 7 Trustee of Excell Auto Group, Inc. | First-Class U.S. Mail, postage prepaid |
| FVP Servicing, LLC<br>c/o Jerry Breslin, Esq., Registered Agent<br>1132 SE 3rd Avenue<br>Fort Lauderdale, FL 33316 | Creditor (FVP) | First-Class U.S. Mail, postage prepaid |
| FVP Investments, LLC<br>c/o Jerry Breslin, Esq., Registered Agent<br>1132 SE 3rd Avenue<br>Fort Lauderdale, FL 33316 | Creditor (FVP) | First-Class U.S. Mail, postage prepaid |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| FVP Opportunity Fund III, LP<br>Attn: General Partner or Managing Agent<br>1140 Broadway, Suite 1503<br>New York, NY 10001 | Creditor (Rule 1007(d) list, No. 2) | First-Class U.S. Mail, postage prepaid |
| Franklin Capital Group, LLC<br>c/o Avrohom Baum, Resident Agent<br>32300 Northwestern Hwy., Suite 215<br>Farmington Hills, MI 48334 | Franklin creditor; co-plaintiff with Franklin Capital Funding | First-Class U.S. Mail, postage prepaid |
| Franklin Capital Funding, LLC<br>Attn: Officer or Managing or General Agent<br>32300 Northwestern Hwy., Suite 215<br>Farmington Hills, MI 48334 | Creditor (Rule 1007(d) list, No. 1) | First-Class U.S. Mail, postage prepaid |
| Office of the United States Trustee<br>Attn: Rachel Wolf, Esq.<br>One Newark Center, Suite 2100<br>1085 Raymond Boulevard<br>Newark, NJ 07102 | United States Trustee | First-Class U.S. Mail, postage prepaid |
| Benjamin A. Stanziale, Jr.<br>Chapter 11 Trustee<br>2839 Route 10, Suite 102<br>Morris Plains, NJ 07950 | Chapter 11 Trustee | First-Class U.S. Mail, postage prepaid |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Patricia A. Staiano, Esq. / Matthew E. Moloshok, Esq.<br>Hellring Lindeman Goldstein & Siegal LLP<br>103 Eisenhower Parkway, Suite 403<br>Roseland, NJ 07068 | Counsel to Chapter 11 Trustee | First-Class U.S. Mail, postage prepaid |
| GrayRobinson, P.A.<br>Attn: Officer, Managing or General Agent<br>301 East Pine Street, Suite 1400<br>Orlando, FL 32801 | Creditor (Rule 1007(d) list, No. 4) | First-Class U.S. Mail, postage prepaid |
| Marlette Funding, LLC (Best Egg)<br>Attn: Officer, Managing or General Agent<br>3419 Silverside Road<br>Wilmington, DE 19810 | Creditor on filed Rule 1007(d) list (Best Egg / Marlette Funding) | First-Class U.S. Mail, postage prepaid |
| Credit One Bank, N.A.<br>Attn: President or Chief Executive Officer<br>6801 S. Cimarron Road<br>Las Vegas, NV 89113 | Creditor (Rule 1007(d) list, No. 6); insured depository institution | Certified U.S. Mail, postage prepaid (Rule 7004(h))<br>Addressed to an officer |
| Citibank, N.A.<br>Attn: President or Chief Executive Officer<br>5800 S. Corporate Place<br>Sioux Falls, SD 57108 | Creditor (Rule 1007(d) list, No. 7); insured depository institution | Certified U.S. Mail, postage prepaid (Rule 7004(h))<br>Addressed to an officer |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Bank of America, N.A.<br>Attn: President or Chief Executive Officer<br>100 N. Tryon Street, Suite 170<br>Charlotte, NC 28202 | Creditor (Rule 1007(d) list, Nos. 13–15); insured depository institution | Certified U.S. Mail, postage prepaid (Rule 7004(h))<br><br>Addressed to an officer |
| Law Offices of David W. Langley, P.A.<br>Attn: Officer, Managing or General Agent<br>8551 W. Sunrise Blvd., Suite 303<br>Plantation, FL 33322 | Creditor (Rule 1007(d) list, No. 9) | First-Class U.S. Mail, postage prepaid |
| Leto Law Firm, P.A.<br>Attn: Officer, Managing or General Agent<br>201 S. Biscayne Blvd., Suite 2700<br>Miami, FL 33131 | Creditor (Rule 1007(d) list, No. 10) | First-Class U.S. Mail, postage prepaid |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Creditor (Rule 1007(d) list, No. 11) | First-Class U.S. Mail, postage prepaid |
| United States Attorney<br>Attn: Civil Process Clerk<br>Peter Rodino Federal Building<br>970 Broad Street, Suite 700<br>Newark, NJ 07102 | For the Internal Revenue Service (Rule 7004(b)(4)–(5)) | First-Class U.S. Mail, postage prepaid |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Attorney General of the United States<br>U.S. Department of Justice<br>Ben Franklin Station, P.O. Box 683<br>Washington, DC 20044 | For the Internal Revenue Service (Rule 7004(b)(4)–(5)) | First-Class U.S. Mail, postage prepaid |
| New Jersey Division of Taxation<br>Compliance and Enforcement – Bankruptcy Unit<br>3 John Fitch Way, 5th Floor, P.O. Box 245<br>Trenton, NJ 08695-0245 | Creditor (Rule 1007(d) list, No. 12) | First-Class U.S. Mail, postage prepaid |
| Office of the Attorney General of New Jersey<br>Division of Law, R.J. Hughes Justice Complex<br>25 Market Street, P.O. Box 112<br>Trenton, NJ 08625-0112 | For the Division of Taxation (Rule 7004(b)(6)) | First-Class U.S. Mail, postage prepaid |
| | | |
| | | |