Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 26−17342−EJO
Chapter: 11
Judge: Eamonn James O'Hagan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Avrumi Lubin
aka Josh Lubin
1460 Arboretum Parkway
Lakewood, NJ 08701

Social Security No.:
xxx−xx−4839

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 12/17/26 at 02:00 PM

to consider and act upon the following:

***154*** − Motion re: for Limited Relief from the Automatic Stay to Permit the Debtor, Individually, to Seek Correction or Clarification of One Clause of the may 15, 2026 Florida Order and an Updated Accounting of the Judgement, and for Waiver of the 14−Day Stay Under Fed. R. Bankr. P. 4001(a)(4) Filed by Avrumi Lubin.. (Attachments: # 1 Certification # 2 Memorandum of Law # 3 Proposed Order) (rah)

***157*** − Motion re: for an order Directing the Chapter 11 Trustee to File Written Status Reports and to Take or Explain Protective Steps Concerning Pending Deadlines, Insurance Policies and a Florida Order Filed by Avrumi Lubin.. (rah)

***159*** − Motion to Consolidate the following cases: 26−01315, 26−01339, and 26−01435 Filed by Avrumi Lubin.. (Attachments: # 1 Certification # 2 Memorandum of Law # 3 Proposed Order) (rah)

Dated: 11/16/26

Jeanne Naughton
Clerk, U.S. Bankruptcy Court