**BALDASSARE & MARA, LLC**
75 Livingston Avenue, Suite 101
Roseland, NJ 07068
T: (973) 604-6686
F: (973) 556-1071
E: JMara@mabalaw.com

*Attorneys for Creditors*
*FVP Servicing, LLC,*
*FVP Opportunity Fund III, LP,*
*and FVP Investments LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In Re:<br><br>AVRUMI LUBIN a/k/a Josh Lubin,<br><br>Debtor. | Case No.: 26-17342-EJO<br>Chapter 11 |

**NOTICE OF MOTION FOR ENTRY OF AN ORDER PURSUANT TO D.NJ. LBR 90102(b) WITHDRAWING APPEARANCE OF JONATHAN SCHWARTZ, ESQ.**

**PLEASE TAKE NOTICE** that on a date and time to be fixed by the Court, undersigned counsel shall move before the Honorable Eamonn James O'Hagan, United States Bankruptcy Judge, United States Bankruptcy Court for the District of New Jersey, Clarkson S. Fisher U.S. Courthouse, 402 East State Street, Courtroom 2, Trenton, New Jersey 08608, for entry of an order authorizing the withdrawal of Jonathan Schwartz, Esq. as counsel for FVP Servicing, FVP Opportunity Fund III, LP, and FVP Investments LLC (collectively the FVP Parties), and granting related relief.

**PLEASE TAKE FURTHER NOTICE** that in support of the Motion, undersigned counsel shall rely on the accompanying Certification of Jonathan Schwartz, Esq. submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Rule 9013-1(a), a proposed form of Order is submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that the Motion does not raise any complicated or novel legal issues and undersigned counsel requests waiver of the requirement under Local Rule 9013-1(a) to file a memorandum of law.

**PLEASE TAKE FURTHER NOTICE** that oral argument is waived unless timely objection is filed, and that in the absence of timely objection undersigned counsel requests that relief be granted without a hearing.

**BALDASSARE & MARA, LLC**

Dated: November 18, 2026

By: *<u>/s/ Jennifer Mara</u>*

Jennifer Mara, Esq.
75 Livingston Avenue, Suite 101
Roseland, New Jersey 07068
T: (973) 604-6686
F: (973) 556-1071
E: JMara@mabalaw.com

Jonathan Noah Schwartz, Esq.
(*pro hac vice)*