**BALDASSARE & MARA, LLC**
75 Livingston Avenue, Suite 101
Roseland, NJ 07068
T: (973) 604-6686
F: (973) 556-1071
E: JMara@mabalaw.com

*Attorneys for Creditors*
*FVP Servicing, LLC,*
*FVP Opportunity Fund III, LP,*
*and FVP Investments LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In Re:<br><br>AVRUMI LUBIN a/k/a Josh Lubin,<br><br>Debtor. | Case No.: 26-17342-EJO<br>Chapter 11 |

**[PROPOSED] ORDER AUTHORIZING THE WITHDRAWAL OF THE APPEARANCE OF JONATHAN SCHWARTZ, ESQ. AS COUNSEL FOR THE FVP PARTIES**

The relief set forth on the following pages is hereby ORDERED.

**THIS MATTER** having come before the Court on the motion (the "Motion") for entry of an order authorizing the withdrawal of the appearance of Jonathan Schwartz, Esq. as counsel for the FVP Parties; and the Court having considered the Motion and the Certification of Jonathan Schwartz, Esq submitted in support thereof; and due and proper notice of the Motion have been given; and good cause appearing;

**IT IS HEREBY ORDERED as follows:**

1. The Motion is GRANTED in its entirety.

2. Jonathan Schwartz, Esq. is authorized to withdraw, and is hereby withdrawn as counsel for the FVP Parties in the above-captioned case.

3. The Clerk of the Court shall terminate Jonathan Schwartz, Esq.'s appearance as counsel for the FVP Parties on the docket and remove Jonathan Schwartz, Esq. from the CM/ECF service list and all other notices and mailing lists in this case.

4. The Court retains jurisdiction over all matters arising from or related to the implementation or interpretation of this Order.

________________________________
HON. EAMONN J. O'HAGAN
UNITED STATES BANKRUPTCY JUDGE