**BALDASSARE & MARA, LLC**
75 Livingston Avenue, Suite 101
Roseland, NJ 07068
T: (973) 604-6686
F: (973) 556-1071
E: JMara@mabalaw.com

*Attorneys for Creditors*
*FVP Servicing, LLC,*
*FVP Opportunity Fund III, LP,*
*and FVP Investments LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In Re:<br><br>AVRUMI LUBIN a/k/a Josh Lubin,<br><br>Debtor. | Case No.: 26-17342-EJO<br>Chapter 11<br><br>**CERTIFICATION OF**<br>**JONATHAN SCHWARTZ, ESQ.** |

**JONATHAN NOAH SCHWARTZ, ESQ.**, of full age, hereby certifies as follows:

1. I used to labor at the firm of Schwartz Breslin PLLC, through which I sought and was granted admission *pro hac vice* in this action on behalf of the FVP Parties alongside local counsel Baldassare & Mara.

2. As of October 1, 2026, Schwartz Breslin ceased operating and I began practicing at the law firm of Heise Suarez Melville, PA; and my former partner and prior co-counsel for the FVP Parties Jerry Breslin, Esq. began practicing at his own, new Firm, Breslin | Trial Practice PLLC.

3. The FVP Parties chose to move with Mr. Breslin to his new Firm and not to continue to use my services at Heise Suarez Melville, PA. as of October 1, 2026.

4. Accordingly, I seek a formal order granting my withdrawal as counsel for the FVP Parties.

5. Mr. Breslin advises that the FVP Parties consent to this Motion.

I certify under penalty of perjury that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: November 18, 2026

By: ______________________________
Jonathan Noah Schwartz, Esq.
*(pro hac vice)*