Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 26−17342−EJO
Chapter: 11
Judge: Eamonn James O'Hagan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Avrumi Lubin
aka Josh Lubin
1460 Arboretum Parkway
Lakewood, NJ 08701

Social Security No.:
xxx−xx−4839

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 12/17/26 at 02:00 PM

to consider and act upon the following:

***154*** – Motion re: for Limited Relief from the Automatic Stay to Permit the Debtor, Individually, to Seek Correction or Clarification of One Clause of the may 15, 2026 Florida Order and an Updated Accounting of the Judgement, and for Waiver of the 14−Day Stay Under Fed. R. Bankr. P. 4001(a)(4) Filed by Avrumi Lubin.. (Attachments: # 1 Certification # 2 Memorandum of Law # 3 Proposed Order) (rah)

***157*** – Motion re: for an order Directing the Chapter 11 Trustee to File Written Status Reports and to Take or Explain Protective Steps Concerning Pending Deadlines, Insurance Policies and a Florida Order Filed by Avrumi Lubin.. (rah)

***159*** – Motion to Consolidate the following cases: 26−01315, 26−01339, and 26−01435 Filed by Avrumi Lubin.. (Attachments: # 1 Certification # 2 Memorandum of Law # 3 Proposed Order) (rah)

Dated: 11/16/26

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re: Case No. 26-17342-EJO

Avrumi Lubin Chapter 11

Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3 User: admin Page 1 of 2

Date Rcvd: Nov 16, 2026 Form ID: ntchrgbk Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Avrumi Lubin, 1460 Arboretum Parkway, Lakewood, NJ 08701-1607 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin A. Stanziale, Jr. | trustee@stanzialelaw.com nj45@ecfcbis.com |
| Gary Francis Seitz | on behalf of Plaintiff Nicole Testa Mehdipour gseitz@gsbblaw.com gseitz10@verizon.net,jblackford@gsbblaw.com |
| Gary Francis Seitz | on behalf of Interested Party Nicole Tesa Mehdipour Chapter 7 Trustee of Excell Auto Group, Inc. gseitz@gsbblaw.com, gseitz10@verizon.net,jblackford@gsbblaw.com |
| Hillel Ira Parness | on behalf of Creditor Franklin Capital Funding LLC hip@hiplaw.com |
| Hillel Ira Parness | on behalf of Plaintiff Franklin Capital Group LLC hip@hiplaw.com |
| Hillel Ira Parness | |

| | |
|---|---|
| | on behalf of Plaintiff Franklin Capital Funding LLC hip@hiplaw.com |
| Jason Scott Rigoli | on behalf of Interested Party Nicole Tesa Mehdipour Chapter 7 Trustee of Excell Auto Group, Inc. jason.rigoli@gray-robinson.com, yesenia.fernandezvivas@gray-robinson.com |
| Jason Scott Rigoli | on behalf of Plaintiff Nicole Testa Mehdipour jason.rigoli@gray-robinson.com yesenia.fernandezvivas@gray-robinson.com |
| Jeffrey S. Cianciulli | on behalf of Interested Party Gavriel Yitzchakov jcianciulli@weirlawllp.com imarciniszyn@weirpartners.com |
| Jennifer Mara | on behalf of Creditor FVP Opportunity Fund III LP jmara@mabalaw.com, ebyerly@mabalaw.com |
| Jennifer Mara | on behalf of Plaintiff FVP Opportunity Fund III LP jmara@mabalaw.com, ebyerly@mabalaw.com |
| Jennifer Mara | on behalf of Plaintiff FVP Investments LLC jmara@mabalaw.com ebyerly@mabalaw.com |
| Jennifer Mara | on behalf of Plaintiff FVP Servicing LLC jmara@mabalaw.com, ebyerly@mabalaw.com |
| Jennifer Mara | on behalf of Creditor FVP Investments LLC jmara@mabalaw.com ebyerly@mabalaw.com |
| Jennifer Mara | on behalf of Creditor FVP Servicing LLC jmara@mabalaw.com, ebyerly@mabalaw.com |
| Jerrell Andrew Breslin | on behalf of Plaintiff FVP Servicing LLC Jerry@Breslin.Law |
| Michael Baldassare | on behalf of Creditor FVP Investments LLC mbaldassare@mabalaw.com ebyerly@mabalaw.com |
| Michael Baldassare | on behalf of Creditor FVP Opportunity Fund III LP mbaldassare@mabalaw.com, ebyerly@mabalaw.com |
| Michael Baldassare | on behalf of Creditor FVP Servicing LLC mbaldassare@mabalaw.com, ebyerly@mabalaw.com |
| Patricia A. Staiano | on behalf of Plaintiff Benjamin A. Stanziale Jr. pstaiano@hlgslaw.com, pstaiano@hlgslaw.com |
| Patricia A. Staiano | on behalf of Trustee Benjamin A. Stanziale Jr. pstaiano@hlgslaw.com, pstaiano@hlgslaw.com |
| Patrick T. Krenicky | on behalf of Interested Party Gavriel Yitzchakov pkrenicky@weirlawllp.com eyates@weirlawllp.com |
| Rachel Wolf | on behalf of U.S. Trustee U.S. Trustee rachel.wolf@usdoj.gov |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 24