Avrumi Lubin, Debtor, pro se
1460 Arboretum Parkway
Lakewood, NJ 08701
732-608-4905 | josh@tetonfunding.com

U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
2026 NOV 18 P 3:09

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br>**AVRUMI LUBIN a/k/a JOSH LUBIN,**<br>Debtor. | Case No. 26-17342 (EJO)<br>Chapter 11<br>Dec. 17, 2026, 10:00 a.m. |

## NOTICE OF MOTION FOR LEAVE TO SUPPLEMENT THE RECORD ON ECF NO. 157

**To the Trustee, counsel, United States Trustee and parties in interest:** Avrumi Lubin moves individually for leave to submit the accompanying certification, proposed supplement and Exhibits A through D on ECF No. 157. The material addresses policy reporting, May 15 independent-review questions, and Jet counsel and deadlines under items 4 and 8. The proposed order grants leave only. Affected parties may respond to both leave and the supplement; the underlying relief is reserved.

**Hearing on this motion:** Thursday, December 17, 2026, at 10:00 a.m. Eastern, before Judge Eamonn J. O'Hagan, Courtroom 2, Clarkson S. Fisher U.S. Courthouse, 402 East State Street, Trenton, NJ 08608, unless otherwise ordered. This is the return time selected for the new motion under D.N.J. LBR 9013-2(b). Main ECF No. 162 separately sets the underlying ECF No. 157 motion for **2:00 p.m. that day**. Lubin requests coordination as the Court directs; this notice does not change that setting.

**Your rights may be affected.** To oppose or be heard, file your written response with the Bankruptcy Clerk at the address above and serve it by **December 10, 2026**, unless otherwise ordered. A mailed response must reach the Clerk by that date. Serve Lubin at the caption address; the Trustee at 2839 Route 10, Suite 102, Morris Plains, NJ 07950; Trustee's counsel at 103 Eisenhower Parkway, Suite 403, Roseland, NJ 07068; and all others entitled to service. If unopposed, the motion may be decided on the papers. D.N.J. LBR 9013-2, -3.

Dated: November 18, 2026

Avrumi Lubin, Debtor, pro se