UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Avrumi Lubin, Debtor, pro se
1460 Arboretum Parkway
Lakewood, NJ 08701
732-608-4905 | josh@tetonfunding.com

In Re:
AVRUMI LUBIN a/k/a Josh Lubin, Debtor

| | |
|---|---|
| Case No.: | 26-17342 (EJO) |
| Chapter: | 11 |
| Hearing Date: | 12/17/26, 10 a.m. |
| Judge: | Eamonn J. O'Hagan |

**ORDER**
**Granting Leave to Supplement the Record on ECF No. 157**

The relief set forth on the following pages, numbered two (2) through 2, is **ORDERED**.

**Caption of Order:** Granting Leave to Supplement the Record on ECF No. 157

After notice and consideration of the Debtor's motion for leave and any responses, it is ORDERED:

1. Leave is granted solely to submit the accompanying certification, proposed supplemental statement and Exhibits A through D (the New York letter, selected correspondence, Jet ruling excerpts and engagement terms) for consideration on Main ECF No. 157. Acceptance does not resolve objections to admissibility or evidentiary weight.

2. The Trustee, counsel and other affected parties shall have an opportunity to address the supplemental material before the Court decides any newly presented issue. The Court may direct further briefing or coordinated consideration with ECF No. 157, and may reserve matters requiring separate notice.

3. This Order does not determine ECF No. 157 or any disputed factual issue. It alters no injunction, retention order, hearing or filing deadline; authorizes no employment or compensation; removes or disqualifies no person; and does not authorize the Debtor to act for another party.