UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Avrumi Lubin, Debtor, pro se
1460 Arboretum Parkway
Lakewood, NJ 08701
732-608-4905 | josh@tetonfunding.com

U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
2026 NOV 18 P 3:12

In Re:

AVRUMI LUBIN a/k/a Josh Lubin, Debtor

| | |
|---|---|
| Case No.: | 26-17342 (EJO) |
| Chapter: | 11 |
| Adv. No.: | |
| Hearing Date: | 12/17/26, 10 a.m. |
| Judge: | Eamonn J. O'Hagan |

## CERTIFICATION OF SERVICE

1. I, Avrumi Lubin :

   ☐ represent __________ in this matter.

   ☐ am the secretary/paralegal for __________, who represents __________ in this matter.

   ☒ am the Debtor in this case and am representing myself.

2. On November 18, 2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   Notice and motion for leave re ECF 157; certification; memorandum; proposed supplement; Exhibits A through D; proposed order.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: November 18, 2026

Signature [signature]

| **Name and Address of Party Served** | **Relationship of Party to the Case** | **Mode of Service** |
|---|---|---|
| Patricia A. Staiano / Matthew E. Moloshok<br>Hellring Lindeman Goldstein & Siegal LLP<br>103 Eisenhower Parkway, Suite 403<br>Roseland, NJ 07068-1031 | Counsel to NJ Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Benjamin A. Stanziale, Jr.<br>Chapter 11 Trustee<br>2839 Route 10, Suite 102<br>Morris Plains, NJ 07950 | NJ Chapter 11 Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Office of the United States Trustee<br>Attn: Rachel Wolf, Esq.<br>1085 Raymond Boulevard, Suite 2100<br>Newark, NJ 07102 | United States Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Jeffrey S. Cianciulli / Patrick T. Krenicky<br>Weir LLP<br>1300 Route 73 S., Suite 314<br>Mount Laurel, NJ 08054 | Counsel to Gavriel Yitzchakov | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Jennifer Mara / Michael Baldassare<br>Baldassare & Mara, LLC<br>75 Livingston Avenue, Suite 101<br>Roseland, NJ 07068 | Counsel to FVP creditors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Jerrell A. Breslin, Esq.<br>Breslin Trial Practice PLLC<br>1132 SE 3rd Avenue<br>Fort Lauderdale, FL 33316 | Counsel to FVP creditors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Hillel I. Parness, Esq.<br>Parness Law Firm, PLLC<br>136 Madison Avenue, 6th Floor<br>New York, NY 10016 | Counsel to Franklin Capital Funding | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Gary F. Seitz, Esq.<br>Gellert Seitz Busenkell & Brown, LLC<br>1201 N. Orange Street, Suite 300<br>Wilmington, DE 19801 | Counsel to Excell trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Jason S. Rigoli / Alan R. Crane<br>GrayRobinson, P.A.<br>2255 Glades Road, Suite 301E<br>Boca Raton, FL 33431 | Counsel to Excell trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Nicole Testa Mehdipour<br>Chapter 7 Trustee of Excell Auto Group<br>6278 N. Federal Highway, Suite 408<br>Fort Lauderdale, FL 33308 | Excell Chapter 7 trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Fred Stevens, Temporary Receiver<br>Klestadt Winters Jureller Southard & Stevens, LLP<br>286 Madison Avenue, 11th Floor<br>New York, NY 10017 | New York receiver (notice) | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Stanley Q. Casey, Esq.<br>Law Offices of Stanley Q. Casey PLLC<br>515 N. Flagler Drive, Suite 350<br>West Palm Beach, FL 33401 | Limited Florida appearance for Spin (notice) | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Alexander Wentworth-Ping, Esq.<br>Schlam Stone & Dolan LLP<br>26 Broadway<br>New York, NY 10004 | New York counsel for Teton Life (notice) | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Broocks "Mack" Wilson<br>708 Main St., 10th Floor<br>Houston, TX 77002 | Jet counsel<br>(additional notice) | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| J. Eric Lockridge<br>Kean Miller LLP<br>400 Convention Street, Suite 700<br>Baton Rouge, LA 70802 | Jet counsel<br>(additional notice) | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*