UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Avrumi Lubin, Debtor, pro se
1460 Arboretum Parkway
Lakewood, NJ 08701
732-608-4905 | josh@tetonfunding.com

In Re:

AVRUMI LUBIN a/k/a JOSH LUBIN,
Debtor.

| | |
|---|---|
| Case No.: | 26-17342 (EJO) |
| Chapter: | 11 |
| Hearing Date: | |
| Judge: | Eamonn J. O'Hagan |

**ORDER**
**Denying Retention of Eisner Advisory Group LLC (ECF No. 153)**

The relief set forth on the following pages, numbered two (2) through 2, is **ORDERED**.

**Caption of Order:** Denying Retention of Eisner Advisory Group LLC (ECF No. 153)

Upon consideration of the Trustee's Application for Retention of Professional (ECF No. 153), the Debtor's objection and the record, it is ORDERED:

1. ECF No. 153 is DENIED as submitted, without prejudice to a renewed application supported by complete disclosures and a defined scope satisfying 11 U.S.C. section 327 and Fed. R. Bankr. P. 2014, or an application to employ a different qualified professional.

2. This Order makes no finding concerning malpractice, intentional nondisclosure, ownership of any claim or recovery, or a permanent bar to the applicant's employment. It determines no issue in Adv. Nos. 26-01494 or 26-01532.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Avrumi Lubin, Debtor, pro se
1460 Arboretum Parkway
Lakewood, NJ 08701
732-608-4905 | josh@tetonfunding.com

In Re:

AVRUMI LUBIN a/k/a JOSH LUBIN,
Debtor.

| | |
|---|---|
| Case No.: | 26-17342 (EJO) |
| Chapter: | 11 |
| Hearing Date: | |
| Judge: | Eamonn J. O'Hagan |

**ORDER**

**Deferring Retention of Eisner Advisory Group LLC Pending Disclosure (ECF 153)**

The relief set forth on the following pages, numbered two (2) through 2, is **ORDERED**.

**Caption of Order:** Deferring Retention of Eisner Advisory Group LLC Pending Disclosure (ECF 153)

Upon consideration of ECF No. 153, the Debtor's objection and the record, it is ORDERED:

1. Decision on ECF No. 153 is DEFERRED. This Order approves no employment or compensation and resolves no effective date.

2. Within seven days after entry, Eisner Advisory Group LLC shall file and serve a verified supplement describing its reasonable inquiry and the nature and current status of connections involving the applicant, its partners, proposed personnel, Spin Capital, LLC, Jet Oilfield Services, LLC, RWDY, Inc., Postlethwaite & Netterville, APAC, and the RWDY Litigation and Distribution Trusts.

3. Disclose: (a) staffing, supervision and information access, including Millican's role and prior Jet or RWDY work; (b) whether services involve Spin's trust recoveries, related records, claims, valuation or investigation; (c) material economic interests, indemnities or defense-cost obligations concerning those claims; (d) work already performed, dates, personnel and categories; and (e) proposed exclusions, remaining services and who would independently handle excluded issues.

4. If relying on dismissal, a time bar or another disposition, identify the court, case, affected parties and claims, public order or docket entry, and known review proceedings. Identify unknown status. No privileged communications are required. Any withholding request must state its basis and seek appropriate directions.

5. Serve the Debtor, Trustee and counsel, United States Trustee, and parties served with the application. File and serve responses within seven days after service, computed under Rule 9006. Employment requires a separate order. Any proposed retention order shall expressly address excluding Millican from directly or indirectly performing, supervising or advising on investigation, valuation or pursuit of recoveries arising from his prior RWDY work. His participation in that work requires an express determination after notice and opportunity to respond.

6. No finding is made concerning misconduct, liability, ownership, an actual conflict or sufficient safeguards. Rights concerning compensation under 11 U.S.C. sections 328(c) and 330 are reserved.