UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
2026 NOV 18 P 3:11

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Avrumi Lubin, Debtor, pro se
1460 Arboretum Parkway
Lakewood, NJ 08701
732-608-4905 | josh@tetonfunding.com

In Re:

AVRUMI LUBIN a/k/a Josh Lubin, Debtor

Case No.: 26-17342 (EJO)

Chapter: 11

Adv. No.: ____________

Hearing Date: Not set

Judge: Eamonn J. O'Hagan

## CERTIFICATION OF SERVICE

1. I, Avrumi Lubin :

☐ represent ____________________ in this matter.

☐ am the secretary/paralegal for ____________________, who represents ____________________ in this matter.

☒ am the Debtor in this case and am representing myself.

2. On ____________________, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
Objection to ECF 153; certification; Exhibit A (directory, RWDY decision and plan excerpts, Jet docket excerpts); Proposed Orders A and B.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 11/18/26

____________________
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Benjamin A. Stanziale, Jr.<br>Stanziale & Stanziale, P.C.<br>2839 Route 10, Suite 102<br>Morris Plains, NJ 07950 | Chapter 11 Trustee<br>(applicant) | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Patricia A. Staiano, Esq.<br>Matthew E. Moloshok, Esq.<br>Hellring Lindeman Goldstein & Siegal LLP<br>103 Eisenhower Parkway, Suite 403<br>Roseland, NJ 07068-1031 | Counsel to the Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Rachel Wolf, Esq.; Kirsten K. Ardelean<br>Office of the United States Trustee<br>One Newark Center, 1085 Raymond Blvd.<br>Suite 2100<br>Newark, NJ 07102 | United States Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Anthony R. Calascibetta, CPA<br>Eisner Advisory Group LLC<br>111 Wood Avenue South<br>Iselin, NJ 08830 | Proposed professional | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Jennifer Mara, Esq.; Michael Baldassare, Esq.<br>Baldassare & Mara, LLC<br>75 Livingston Avenue, Suite 101<br>Roseland, NJ 07068 | Counsel to FVP<br>(ECF 153-2) | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Jerrell Breslin, Esq.<br>Breslin \| Trial Practice PLLC<br>1132 SE 3rd Avenue<br>Fort Lauderdale, FL 33316 | ECF 153-2 recipient; new address on ECF 136 and 137 | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Hillel I. Parness, Esq.<br>Parness Law Firm, PLLC<br>136 Madison Avenue, 6th Floor<br>New York, NY 10016 | Counsel to Franklin (ECF 153-2) | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Gary F. Seitz, Esq.<br>Gellert Seitz Busenkell & Brown, LLC<br>1201 N. Orange Street, Suite 300<br>Wilmington, DE 19801 | Notice recipient (ECF 153-2) | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Jason S. Rigoli, Esq.<br>GrayRobinson, P.A.<br>2255 Glades Road, Suite 301E<br>Boca Raton, FL 33431 | Notice recipient (ECF 153-2) | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*