Hellring Lindeman Goldstein & Siegal LLP
COUNSELLORS AT LAW

103 EISENHOWER PARKWAY
SUITE 403
ROSELAND, NEW JERSEY 07068-1031
T: +1.973.621.9020 | F: +1.973.621.7406
www.hlgslaw.com

BERNARD HELLRING (1916-1991)
MICHAEL EDELSON
ROBERT S. RAYMAR Δ
STEPHEN L. DREYFUSS Δ
PATRICIA A. STAIANO
SHERYL E. KOOMER
ERIC R. PERKINS
BRUCE S. ETTERMAN Δ
MATTHEW E. MOLOSHOK Δ
DAVID N. NARCISO Δ
CORINNE B. MALONEY Δ
CHRISTY L. SAALFELD Δ
Δ NJ & NY + FL

JONATHAN L. GOLDSTEIN Δ +
SPECIAL COUNSEL
CHARLES ORANSKY Δ
ROBERT B. ROSEN Δ
JUDAH I. ELSTEIN Δ
JOHN A. ADLER Δ
OF COUNSEL
MARGARET DEE HELLRING (RET.)

November 24, 2026

By ECF

Honorable Eamonn James O'Hagan
United States Bankruptcy Court
Clarkson S. Fisher U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

Re: Avrumi Lubin a/k/a Josh Lubin
Case No. 26-17342 (EJO)
Response to ECF no. 119
Hearing Date: December 3, 2026

Dear Judge O'Hagan:

This firm represents Benjamin A. Stanziale, Jr., Chapter 11 Trustee ("Lubin Trustee") for Avrumi Lubin ("Debtor"). We ask the Court to accept this letter in response to the Motion filed by Nicole Testa Mehdipour, the Chapter 7 Trustee of Excell Auto Group, Inc. ("Excell Trustee").

The Excell Trustee seeks relief from the stay in order to proceed with a pending adversary proceeding in Florida ("Florida Adversary Proceeding")(up to final judgment) against, amongst others, the Debtor and one of the Subject Entities (Spin Capital, LLC ("Spin")) currently under the control of the Lubin Trustee in the New Jersey Adversary proceeding Stanziale v. Lubin et als, Adv. Pro. No. 26- 01494(EJO) ("New Jersey Adversary Proceeding).

There is not one penny in the Lubin Estate or any money being held by the Lubin Trustee attributable to the Subject Entities which are the subject of the New Jersey Adversary proceeding to pay counsel to represent Spin or the Debtor, for that matter. There is counsel of record in Florida for Spin, who is not getting paid. The Debtor is currently pro se in the Florida Adversary Proceeding. The Trustee has no funds to hire counsel to defend the Debtor. This leaves Lubin and Spin defenseless in the Florida Adversary Proceeding.

We respectfully request that the Court deny the requested relief until such time as this estate can pay for defense counsel.

Respectfully yours,

/s/ Patricia A. Staiano

Patricia A. Staiano

PAS:bml

cc: Benjamin A. Stanziale, Jr., Trustee (by email)
All parties listed on the Certification of Service