| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br>HELLRING LINDEMAN GOLDSTEIN<br>& SIEGAL LLP<br>Patricia A. Staiano, Esq.<br>Attorneys for Benjamin A. Stanziale, Jr.,<br>Chapter 11 Trustee<br>103 Eisenhower Parkway, Suite 403<br>Roseland, New Jersey 07068-1031<br>973.621.9020<br>pstaiano@hlgslaw.com | |
| In Re:<br><br>AVRUMI LUBIN a/k/a Josh Lubin,<br><br>Debtor. | Case No. 26-17342 (EJO)<br><br>Judge: Hon. Eamonn James O'Hagan, U.S.B.J.<br><br>Chapter 11<br><br>Hearing Date: December 3, 2026 |

CERTIFICATION OF PATRICIA A. STAIANO
IN OPPOSITION TO DEBTOR'S MOTION AT ECF NO. 157

Patricia A. Staiano, of full age, hereby certifies as follows:

1. I am an attorney-at-law of the State of New Jersey and a member of Hellring Lindeman Gidstein & Siegal LLP, attorneys for Benjamin A. Stanziale, Jr., Chapter 11 Trustee ("Trustee") for Avrumi Lubin ("Debtor"). I submit this certification in opposition to the Debtor's motion seeking to compel various actions by the Trustee. ECF 157.

2. Attachments 1 through 8 are true copies of various emails that have been exchanged in this case and related cases.

I certify under penalty of perjury that the foregoing information is true and correct.

Dated: November 24, 2026

s/ Patricia A. Staiano
PATRICIA A. STAIANO