# ATTACHMENT 1

**Patricia A. Staiano**

| | |
|---|---|
| **From:** | Ben Stanziale <Ben@stanzialelaw.com> |
| **Sent:** | Monday, November 23, 2026 6:45 PM |
| **To:** | Patricia A. Staiano |
| **Subject:** | Fw: Teton Life LLC v. Golden Foothills Ins. services, LLC/Index No. 650582/2022 |

Get Outlook for Android

---

**From:** Josh Lubin <josh@tetonfunding.com>
**Sent:** Wednesday, 18 November 2026 20:35:26
**To:** Patricia A. Staiano <pstaiano@hlgslaw.com>; Rachel Wolf <rachel.wolf@usdoj.gov>; Heidi A. Feinman <heidi.a.feinman@usdoj.gov>; Fred Stevens <fstevens@klestadt.com>
**Cc:** Ben Stanziale <Ben@stanzialelaw.com>; Matthew E. Moloshok <mmoloshok@hlgslaw.com>; Bruce S. Etterman <BSEtterman@hlgslaw.com>
**Subject:** Re: Teton Life LLC v. Golden Foothills Ins. services, LLC/Index No. 650582/2022

Below is all the policie evidence and forms ect.

2026-11-18_Golden_Foothill_Policy_Proof

---

**From:** Josh Lubin <josh@tetonfunding.com>
**Date:** Wednesday, November 18, 2026 at 7:55 PM
**To:** "Patricia A. Staiano" <pstaiano@hlgslaw.com>, Rachel Wolf <rachel.wolf@usdoj.gov>, "Heidi A. Feinman" <heidi.a.feinman@usdoj.gov>, Fred Stevens <fstevens@klestadt.com>
**Cc:** ben <ben@stanzialelaw.com>, "Matthew E. Moloshok" <mmoloshok@hlgslaw.com>, "Bruce S. Etterman" <BSEtterman@hlgslaw.com>
**Subject:** Re: Teton Life LLC v. Golden Foothills Ins. services, LLC/Index No. 650582/2022

You're a court appointed officer and your going to become famous from this case. Get your act together and stop causing damage to the estate and the subject entities. Enough.

---

**From:** "Patricia A. Staiano" <PStaiano@hlgslaw.com>
**Date:** Wednesday, November 18, 2026 at 7:40 PM
**To:** Josh Lubin <josh@tetonfunding.com>, Rachel Wolf <rachel.wolf@usdoj.gov>, "Heidi A. Feinman" <heidi.a.feinman@usdoj.gov>, Fred Stevens <fstevens@klestadt.com>
**Cc:** ben <ben@stanzialelaw.com>, "Matthew E. Moloshok" <mmoloshok@hlgslaw.com>, "Bruce S. Etterman" <BSEtterman@hlgslaw.com>
**Subject:** RE: Teton Life LLC v. Golden Foothills Ins. services, LLC/Index No. 650582/2022

Language, Mr. Lubin. Moreover, you are not answering the questions.

Patricia A. Staiano, Esq.
Hellring Lindeman Goldstein & Siegal LLP
103 Eisenhower Parkway

Roseland, NJ 07068
T: +1.973.621.9020
D: +1.973.621.9330
F: +1.973.621.7406
pstaiano@hlgslaw.com

**From:** Josh Lubin <josh@tetonfunding.com>
**Sent:** Wednesday, November 18, 2026 7:39 PM
**To:** Patricia A. Staiano <PStaiano@hlgslaw.com>; Rachel Wolf <rachel.wolf@usdoj.gov>; Heidi A. Feinman <heidi.a.feinman@usdoj.gov>; Fred Stevens <fstevens@klestadt.com>
**Cc:** Ben <Ben@stanzialelaw.com>; Matthew E. Moloshok <MMoloshok@hlgslaw.com>; Bruce S. Etterman <BSEtterman@hlgslaw.com>
**Subject:** Re: Teton Life LLC v. Golden Foothills Ins. services, LLC/Index No. 650582/2022

I told you exactly where the evidence is. And you're the fucking lawyer. You don't want to get it sdo your going to have to wait and hour and ill send it to you

---

**From:** "Patricia A. Staiano" <PStaiano@hlgslaw.com>
**Date:** Wednesday, November 18, 2026 at 7:37 PM
**To:** Josh Lubin <josh@tetonfunding.com>, Rachel Wolf <rachel.wolf@usdoj.gov>, "Heidi A. Feinman" <heidi.a.feinman@usdoj.gov>, Fred Stevens <fstevens@klestadt.com>
**Cc:** ben <ben@stanzialelaw.com>, "Matthew E. Moloshok" <mmoloshok@hlgslaw.com>, "Bruce S. Etterman" <BSEtterman@hlgslaw.com>
**Subject:** RE: Teton Life LLC v. Golden Foothills Ins. services, LLC/Index No. 650582/2022

Now Mr.Lubin, that is not responsive, is it? Simple questions for simple answers, please.

Patricia A. Staiano, Esq.
Hellring Lindeman Goldstein & Siegal LLP
103 Eisenhower Parkway
Roseland, NJ 07068
T: +1.973.621.9020
D: +1.973.621.9330
F: +1.973.621.7406
pstaiano@hlgslaw.com

**From:** Josh Lubin <josh@tetonfunding.com>
**Sent:** Wednesday, November 18, 2026 7:36 PM
**To:** Patricia A. Staiano <PStaiano@hlgslaw.com>; Rachel Wolf <rachel.wolf@usdoj.gov>; Heidi A. Feinman <heidi.a.feinman@usdoj.gov>; Fred Stevens <fstevens@klestadt.com>
**Cc:** Ben <Ben@stanzialelaw.com>; Matthew E. Moloshok <MMoloshok@hlgslaw.com>; Bruce S. Etterman <BSEtterman@hlgslaw.com>
**Subject:** Re: Teton Life LLC v. Golden Foothills Ins. services, LLC/Index No. 650582/2022

Its only a matter of time before your fired. Act normal for the next few weeks while your still a court officer here.

---

**From:** "Patricia A. Staiano" <PStaiano@hlgslaw.com>
**Date:** Wednesday, November 18, 2026 at 7:33 PM

**To:** Josh Lubin <josh@tetonfunding.com>, Rachel Wolf <rachel.wolf@usdoj.gov>, "Heidi A. Feinman" <heidi.a.feinman@usdoj.gov>, Fred Stevens <fstevens@klestadt.com>
**Cc:** ben <ben@stanzialelaw.com>, "Matthew E. Moloshok" <mmoloshok@hlgslaw.com>, "Bruce S. Etterman" <BSEtterman@hlgslaw.com>
**Subject:** RE: Teton Life LLC v. Golden Foothills Ins. services, LLC/Index No. 650582/2022

This is not responsive to our simple request for information. You have yet to tell us who or how the list was generated.

Patricia A. Staiano, Esq.
Hellring Lindeman Goldstein & Siegal LLP
103 Eisenhower Parkway
Roseland, NJ 07068
T: +1.973.621.9020
D: +1.973.621.9330
F: +1.973.621.7406
pstaiano@hlgslaw.com

---

**From:** Josh Lubin <josh@tetonfunding.com>
**Sent:** Wednesday, November 18, 2026 7:28 PM
**To:** Patricia A. Staiano <PStaiano@hlgslaw.com>; Rachel Wolf <rachel.wolf@usdoj.gov>; Heidi A. Feinman <heidi.a.feinman@usdoj.gov>; Fred Stevens <fstevens@klestadt.com>
**Cc:** Ben <Ben@stanzialelaw.com>; Matthew E. Moloshok <MMoloshok@hlgslaw.com>; Bruce S. Etterman <BSEtterman@hlgslaw.com>
**Subject:** Re: Teton Life LLC v. Golden Foothills Ins. services, LLC/Index No. 650582/2022

Based on Justice borrock ruling in this case using a fraud statue to deny capfactor motion to dismiss saying “capfactor is clearly in business together with the leer entities and is bound by Spin Capitak jurisdiction clauses in the contract” is enough ground to expand this whole receivership over the capfactor entities for stealing all the collateral. I will send you a zip shortly. You clearly cannot do your job and you must resign immediately. I’m going to be filing an 1105 motion as it will be easier if you resign asap for causing stupid damage and working adverse to your fiduciary duties.

---

**From:** Patricia A. Staiano <PStaiano@hlgslaw.com>
**Sent:** Wednesday, 18 November 2026 19:23:12
**To:** Josh Lubin <josh@tetonfunding.com>; Rachel Wolf <rachel.wolf@usdoj.gov>; Heidi A. Feinman <heidi.a.feinman@usdoj.gov>; Fred Stevens <fstevens@klestadt.com>
**Cc:** ben <ben@stanzialelaw.com>; Matthew E. Moloshok <mmoloshok@hlgslaw.com>; Bruce S. Etterman <BSEtterman@hlgslaw.com>
**Subject:** RE: Teton Life LLC v. Golden Foothills Ins. services, LLC/Index No. 650582/2022

Please provide us with specific proofs in response to this request and in accordance with Judge O’Hagan’s orders, which require your cooperation. We are not spending countless hours sifting through your document dump of thousands of pages. This is a specific request which requires production of specific documents in response as well as answers to our questions, which you have not provided.

Patricia A. Staiano, Esq.
Hellring Lindeman Goldstein & Siegal LLP
103 Eisenhower Parkway
Roseland, NJ 07068

T: +1.973.621.9020
D: +1.973.621.9330
F: +1.973.621.7406
pstaiano@hlgslaw.com

**From:** Josh Lubin <josh@tetonfunding.com>
**Sent:** Wednesday, November 18, 2026 7:20 PM
**To:** Patricia A. Staiano <PStaiano@hlgslaw.com>; Rachel Wolf <rachel.wolf@usdoj.gov>; Heidi A. Feinman <heidi.a.feinman@usdoj.gov>; Fred Stevens <fstevens@klestadt.com>
**Cc:** Ben <Ben@stanzialelaw.com>; Matthew E. Moloshok <MMoloshok@hlgslaw.com>; Bruce S. Etterman <BSEtterman@hlgslaw.com>
**Subject:** Re: Teton Life LLC v. Golden Foothills Ins. services, LLC/Index No. 650582/2022

There's already defendants in criminal contempt in a civil case. It is reckless to rely on someone like that to pay the premiums.

The evidence is clear cut on the docket and the deep evidence is in my lawyers discovery files

**From:** Josh Lubin <josh@tetonfunding.com>
**Sent:** Wednesday, 18 November 2026 19:18:00
**To:** Patricia A. Staiano <pstaiano@hlgslaw.com>; Rachel Wolf <rachel.wolf@usdoj.gov>; Heidi A. Feinman <heidi.a.feinman@usdoj.gov>; Fred Stevens <fstevens@klestadt.com>
**Cc:** ben <ben@stanzialelaw.com>; Matthew E. Moloshok <mmoloshok@hlgslaw.com>; Bruce S. Etterman <BSEtterman@hlgslaw.com>
**Subject:** Re: Teton Life LLC v. Golden Foothills Ins. services, LLC/Index No. 650582/2022

I have all the proof and so does Fred Stevens and the Teton Life attorneys. Some policies are still owned by life shares II unless people stole them. We have transfer history on all the policies and look at capfactors forbearance agreement filed as an attachment to the amended complaint and receiver motion. The proof is on the docket.

I specifically kept on hiring new attorneys for Spin Capital to solve this issue. Fred Stevens requested that the Spin attorneys file the motion to clarify/expand his powers and an investigation on why it hasn't been done, will have to be looked into. Though at the money the point is to preserve everything so they don't all lapses.

**From:** Patricia A. Staiano <PStaiano@hlgslaw.com>
**Sent:** Wednesday, 18 November 2026 19:11:22
**To:** Josh Lubin <josh@tetonfunding.com>; Rachel Wolf <rachel.wolf@usdoj.gov>; Heidi A. Feinman <heidi.a.feinman@usdoj.gov>
**Cc:** ben <ben@stanzialelaw.com>; Matthew E. Moloshok <mmoloshok@hlgslaw.com>; Bruce S. Etterman <BSEtterman@hlgslaw.com>
**Subject:** FW: Teton Life LLC v. Golden Foothills Ins. services, LLC/Index No. 650582/2022

Mr. Lubin,

Please see my email below. Kindly advise what proofs you have in your possession showing that any parties to the above-referenced case have a current ownership interest in the policies listed in schedule B to the proposed form

of order you filed in conjunction with your Order To Show Cause with the Supreme Court of New York on November 1, 2026. Also, please supply contact information for carries other than Zurich. Finally, please advise how this list was originally generated.

Patricia A. Staiano, Esq.
Hellring Lindeman Goldstein & Siegal LLP
103 Eisenhower Parkway
Roseland, NJ 07068
T: +1.973.621.9020
D: +1.973.621.9330
F: +1.973.621.7406
pstaiano@hlgslaw.com

**From:** Patricia A. Staiano
**Sent:** Wednesday, November 18, 2026 7:07 PM
**To:** Fred Stevens <fstevens@klestadt.com>; Solares, Irma T. <isolares@carltonfields.com>; Alexander P. Wentworth-Ping <awping@schlamstone.com>; Joshua Wurtzel <jwurtzel@schlamstone.com>; John Giardino <jgiardino@pryorcashman.com>; Peter M. Levine <chief@pmlevinelaw.com>; Shane Heskin <shane@heskinproper.com>; Phillip Young <phillip@thompsonburton.com>; Krenicky, Patrick <pkrenicky@weirlawllp.com>; Ben <Ben@stanzialelaw.com>; Matthew E. Moloshok <MMoloshok@hlgslaw.com>; Bruce S. Etterman <BSEtterman@hlgslaw.com>
**Subject:** Teton Life LLC v. Golden Foothills Ins. services, LLC/Index No. 650582/2022

Dear All,

I have spoken with Irma Reboso Solares, counsel to Zurich. As you know, in addition to an exploration of possible settlement of this action, there has been much discussion regarding whether it is feasible to bring certain other policies under the Receiver's umbrella.

Ms. Reboso Solares advises that she has read Schlam Stone & Dolan's August 31, 2026 letter and Mr. Lubin's Order to Show Cause filed on November 1. She advises that her client, Zurich, is currently investigating the last known owners and status of their policies. The Court does not seem comfortable ruling on these issues at this time. For purposes of the Chapter 11 Trustee's investigation, we need to know how the list of policies was originally generated and what proofs currently exist that the parties to this action have an interest in these policies and whether any of them have lapsed. Any of you that can provide us with such proofs are asked to do so.

I understand that the receiver has also been asking for this information, to no avail. We are going to have to give Justice Bannon something to support any potential request.

Lastly, if any of you can provide me with contact information for AXA equitable, Hartford, Voya, United of Omaha, American National, New York Life, Nassau, Allianz and Royal Neighbors, that would be greatly appreciated.

Finally, if I inadvertently left anyone off this list, kindly so advise.

Thak you.

Patricia A. Staiano, Esq.
Hellring Lindeman Goldstein & Siegal LLP
103 Eisenhower Parkway
Roseland, NJ 07068
T: +1.973.621.9020
D: +1.973.621.9330

F: +1.973.621.7406
pstaiano@hlgslaw.com

This email and its attachments may contain confidential and/or legally privileged information from the law firm of Hellring Lindeman Goldstein & Siegal LLP. This information is only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this email and attachments is strictly prohibited and those contents should be returned to this firm immediately. Although this email and its attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, no responsibility is accepted by Hellring Lindeman Goldstein & Siegal LLP for any loss or damage arising in any way from its use. This communication, including attachments and enclosures, is not intended to provide any tax advice, is not a substitute for a formal tax opinion, and is not sufficient to avoid tax-related penalties.