# ATTACHMENT 6

**Patricia A. Staiano**

---

**From:** Josh Lubin <josh@tetonfunding.com>
**Sent:** Tuesday, November 24, 2026 1:01 PM
**To:** Robert Berns; Patricia A. Staiano
**Cc:** Ben; Matthew E. Moloshok; Bruce S. Etterman; alankartenlaw@gmail.com; Jerry Breslin; steve@wellspc.com; timcone@comcast.net
**Subject:** Re: Hi Bar Capital LLC v Excell Auto Group Inc., 2023-09307+

The judge gave the trustee the sole authority over the subject entities and I'm the only one disputing that order. There is zero chance the trustee and their lawyers can run away from not protecting the subject entities.

They have a duty to put people in jail, which they havnt. I had to spend hours on the phone with authorities yesterday because the trustee is not doing their job

---

**From:** Josh Lubin <josh@tetonfunding.com>
**Sent:** Tuesday, 24 November 2026 12:58:39
**To:** Robert Berns <rberns@kaufmandolowich.com>; Patricia A. Staiano <pstaiano@hlgslaw.com>
**Cc:** ben <ben@stanzialelaw.com>; Matthew E. Moloshok <mmoloshok@hlgslaw.com>; Bruce S. Etterman <BSEtterman@hlgslaw.com>; alankartenlaw@gmail.com <alankartenlaw@gmail.com>; Jerry Breslin <jerry@breslin.law>; steve@wellspc.com <steve@wellspc.com>; timcone@comcast.net <timcone@comcast.net>
**Subject:** Re: Hi Bar Capital LLC v Excell Auto Group Inc., 2023-09307+

Mr Bern,

I agree everyone should be professiona, though your client completely lost it, called me names, go review Patricia's emails and then we can talk about being professional. I'm the pro se one here and I have a trustee lawyer that's acting like a lunatic

---

**From:** Robert Berns <rberns@kaufmandolowich.com>
**Sent:** Tuesday, 24 November 2026 12:56:31
**To:** Josh Lubin <josh@tetonfunding.com>; Patricia A. Staiano <pstaiano@hlgslaw.com>
**Cc:** ben <ben@stanzialelaw.com>; Matthew E. Moloshok <mmoloshok@hlgslaw.com>; Bruce S. Etterman <BSEtterman@hlgslaw.com>; alankartenlaw@gmail.com <alankartenlaw@gmail.com>; Jerry Breslin <jerry@breslin.law>; steve@wellspc.com <steve@wellspc.com>; timcone@comcast.net <timcone@comcast.net>
**Subject:** RE: Hi Bar Capital LLC v Excell Auto Group Inc., 2023-09307+

Mr. Lubin,

While you are self-represented, you are obligated to comply with the Rules and to comport yourself with the same degree of professionalism and courtesy as attorneys admitted to the bar of this Court. If you do not adhere to those requirements, you may be subject to sanctions, and I will not hesitate to bring your inflammatory conduct to the attention of the Court is necessary if you continue. Please be guided accordingly.

Robert Berns

**ROBERT BERNS**
Partner

**Direct: 201-708-8231 | Cell: 201-221-6985**
**Email: rberns@kaufmandolowich.com**

Court Plaza North, 25 Main Street, Suite 500
Hackensack, NJ 07601

KAUFMAN DOLOWICH 40
Our Legal Advocacy. Your Business Advantage.

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system. Please consider the environment before printing.

**From:** Josh Lubin <josh@tetonfunding.com>
**Sent:** Tuesday, November 24, 2026 12:51 PM
**To:** Patricia A. Staiano <pstaiano@hlgslaw.com>; Robert Berns <rberns@kaufmandolowich.com>
**Cc:** ben <ben@stanzialelaw.com>; Matthew E. Moloshok <mmoloshok@hlgslaw.com>; Bruce S. Etterman <BSEtterman@hlgslaw.com>; alankartenlaw@gmail.com; Jerry Breslin <jerry@breslin.law>; steve@wellspc.com; timcone@comcast.net
**Subject:** Re: Hi Bar Capital LLC v Excell Auto Group Inc., 2023-09307+

[EXTERNAL SENDER]
**This Message originated outside your organization.**

You hired an attorney yesterday. He didn't advise you to shut up?? Maybe u need a new attorney

---

**From:** Josh Lubin <josh@tetonfunding.com>
**Sent:** Tuesday, 24 November 2026 12:50:32
**To:** Patricia A. Staiano <pstaiano@hlgslaw.com>
**Cc:** ben <ben@stanzialelaw.com>; Matthew E. Moloshok <mmoloshok@hlgslaw.com>; Bruce S. Etterman <BSEtterman@hlgslaw.com>; alankartenlaw@gmail.com <alankartenlaw@gmail.com>; Jerry Breslin <jerry@breslin.law>; steve@wellspc.com <steve@wellspc.com>; timcone@comcast.net <timcone@comcast.net>
**Subject:** Re: Hi Bar Capital LLC v Excell Auto Group Inc., 2023-09307+

This is be individual. Has zero to do with the subject entities. There's no subject entity here. Wake up

---

**From:** Patricia A. Staiano <PStaiano@hlgslaw.com>
**Sent:** Tuesday, 24 November 2026 12:49:17
**To:** Josh Lubin <josh@tetonfunding.com>
**Cc:** ben <ben@stanzialelaw.com>; Matthew E. Moloshok <mmoloshok@hlgslaw.com>; Bruce S. Etterman <BSEtterman@hlgslaw.com>; alankartenlaw@gmail.com <alankartenlaw@gmail.com>; Jerry Breslin

<jerry@breslin.law>; steve@wellspc.com <steve@wellspc.com>; timcone@comcast.net <timcone@comcast.net>
**Subject:** RE: Hi Bar Capital LLC v Excell Auto Group Inc., 2023-09307+

Mr. Stanziale is your Trustee and is in control of the Subject Entities per court orders. Are you seriously suggesting he need not know what you are doing?

Patricia A. Staiano, Esq.
Hellring Lindeman Goldstein & Siegal LLP
103 Eisenhower Parkway
Roseland, NJ 07068
T: +1.973.621.9020
D: +1.973.621.9330
F: +1.973.621.7406
pstaiano@hlgslaw.com

---

**From:** Josh Lubin <josh@tetonfunding.com>
**Sent:** Tuesday, November 24, 2026 12:47 PM
**To:** Patricia A. Staiano <PStaiano@hlgslaw.com>
**Cc:** Ben <Ben@stanzialelaw.com>; Matthew E. Moloshok <MMoloshok@hlgslaw.com>; Bruce S. Etterman <BSEtterman@hlgslaw.com>; alankartenlaw@gmail.com; Jerry Breslin <jerry@breslin.law>; steve@wellspc.com; timcone@comcast.net
**Subject:** Re: Hi Bar Capital LLC v Excell Auto Group Inc., 2023-09307+

U did not need to be served. Everyone else was served

---

**From:** Josh Lubin <josh@tetonfunding.com>
**Sent:** Tuesday, 24 November 2026 12:46:45
**To:** Patricia A. Staiano <pstaiano@hlgslaw.com>
**Cc:** ben <ben@stanzialelaw.com>; Matthew E. Moloshok <mmoloshok@hlgslaw.com>; Bruce S. Etterman <BSEtterman@hlgslaw.com>; alankartenlaw@gmail.com <alankartenlaw@gmail.com>; Jerry Breslin <jerry@breslin.law>; steve@wellspc.com <steve@wellspc.com>; timcone@comcast.net <timcone@comcast.net>
**Subject:** Re: Hi Bar Capital LLC v Excell Auto Group Inc., 2023-09307+

Will be filed in the bankruptcy court shortly. And just for the record they only sent this to me and Mr Cone, which proves clear cut collusion between Mr Cone, the FVP parties and the trustee counsel. Patricia, go get yourself a criminal defense attorney. Your going to need one

---

**From:** Patricia A. Staiano <PStaiano@hlgslaw.com>
**Sent:** Tuesday, 24 November 2026 12:43:53
**To:** Josh Lubin <josh@tetonfunding.com>
**Cc:** ben <ben@stanzialelaw.com>; Matthew E. Moloshok <mmoloshok@hlgslaw.com>; Bruce S. Etterman <BSEtterman@hlgslaw.com>; alankartenlaw@gmail.com <alankartenlaw@gmail.com>; Jerry Breslin <jerry@breslin.law>; steve@wellspc.com <steve@wellspc.com>; timcone@comcast.net <timcone@comcast.net>
**Subject:** FW: Hi Bar Capital LLC v Excell Auto Group Inc., 2023-09307+

Mr. Lubin,

You advised us that you intended to file your application but you never advised us that you actually did. You did not serv the Trustee at all. Thanks to Mr. Karten, who let us know what happened.

Patricia A. Staiano, Esq.
Hellring Lindeman Goldstein & Siegal LLP
103 Eisenhower Parkway
Roseland, NJ 07068
T: +1.973.621.9020
D: +1.973.621.9330
F: +1.973.621.7406
pstaiano@hlgslaw.com

**From:** Alan Karten <alankartenlaw@gmail.com>
**Sent:** Tuesday, November 24, 2026 12:25 PM
**To:** Patricia A. Staiano <PStaiano@hlgslaw.com>
**Subject:** Fwd: Hi Bar Capital LLC v Excell Auto Group Inc., 2023-09307+

FYI

Alan

**Law Office of Alan I. Karten, PLLC**
**Florida Bar No. 200263**
**321 Anderson Pond Road**
**Aiken, South Carolina 29803**
**305-490-2767**
**South Carolina Certified Civil Mediator**
**alankartenlaw@gmail.com**

**This email is intended only for the individual(s) or entity(s) named within the message. This email might contain legally privileged and confidential information. If you correctly received this email as a client or retained expert, please hold it in confidence to protect the attorney-client or work product privileges. Should the intended recipient forward or disclose this message to another person or party, that action could constitute a waiver of the attorney-client privilege. Suppose the reader of this message is not the intended recipient or the agent responsible for delivering it to the intended recipient. In that case, you are now notified that the sender prohibits any review, dissemination, distribution, or copying of this communication, and to do so might constitute a violation of the Electronic Communications Privacy Act, 18 U.S.C. sections 2510-2521. If this communication was received in error, we apologize for the intrusion. Please notify us by replying to this e-mail and deleting the original message without reading it. Nothing in this e-mail message shall, in and of itself, create an attorney-client relationship with the sender.**

**IRS CIRCULAR 230 DISCLOSURE: TO ENSURE COMPLIANCE WITH REQUIREMENTS IMPOSED BY THE IRS, WE INFORM YOU THAT ANY TAX ADVICE CONTAINED IN THIS COMMUNICATION (INCLUDING ANY ATTACHMENTS) IS NOT INTENDED OR WRITTEN BY THE LAW OFFICE OF ALAN I. KARTEN, PLLC, TO BE USED, AND CANNOT BE USED, FOR THE PURPOSE OF (I) AVOIDING TAX-RELATED PENALTIES UNDER THE INTERNAL REVENUE CODE, OR (II) PROMOTING, MARKETING, OR RECOMMENDING TO ANOTHER PARTY ANY TAX-RELATED MATTER HEREIN.**

---------- Forwarded message ---------
From: **Tim Cone** <timcone@comcast.net>
Date: Tue, Nov 24, 2026 at 12:22 PM

Subject: Fwd: Hi Bar Capital LLC v Excell Auto Group Inc., 2023-09307+
To: Jerry Breslin <jerry@breslin.law>, Alan Karten <alankartenlaw@gmail.com>

fyi see below.

---------- Original Message ----------
From: Riad Williams <rpwilli2@nycourts.gov>
To: Josh Lubin <josh@tetonfunding.com>
Cc: "steve@wellspc.com" <steve@wellspc.com>, "timcone@comcast.net" <timcone@comcast.net>
Date: 11/24/2026 11:55 AM EST
Subject: Hi Bar Capital LLC v Excell Auto Group Inc., 2023-09307+

Good morning,

The Court has declined to sign the proposed order to show cause, which means your motion will not be going forward.

Riad P. Williams
Associate Deputy Clerk
Appellate Division, Second Judicial Department
45 Monroe Place
Brooklyn, NY 11201
rpwilli2@nycourts.gov

This email and its attachments may contain confidential and/or legally privileged information from the law firm of Hellring Lindeman Goldstein & Siegal LLP. This information is only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this email and attachments is strictly prohibited and those contents should be returned to this firm immediately. Although this email and its attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, no responsibility is accepted by Hellring Lindeman Goldstein & Siegal LLP for any loss or damage arising in any way from its use. This communication, including attachments and enclosures, is not intended to provide any tax advice, is not a substitute for a formal tax opinion, and is not sufficient to avoid tax-related penalties.

**Patricia A. Staiano**

**From:** Patricia A. Staiano
**Sent:** Tuesday, November 24, 2026 12:53 PM
**To:** 'Josh Lubin'
**Cc:** Ben; Matthew E. Moloshok; Bruce S. Etterman; alankartenlaw@gmail.com; Jerry Breslin; steve@wellspc.com; timcone@comcast.net
**Subject:** RE: Hi Bar Capital LLC v Excell Auto Group Inc., 2023-09307+

Mr. Lubin,

You emailed us over the weekend. You failed to tell us you filed the application and you are a chapter 11 debtor and you have a trustee and you ar seeking to affect assets.

Patricia A. Staiano, Esq.
Hellring Lindeman Goldstein & Siegal LLP
103 Eisenhower Parkway
Roseland, NJ 07068
T: +1.973.621.9020
D: +1.973.621.9330
F: +1.973.621.7406
pstaiano@hlgslaw.com

**From:** Josh Lubin <josh@tetonfunding.com>
**Sent:** Tuesday, November 24, 2026 12:51 PM
**To:** Patricia A. Staiano <PStaiano@hlgslaw.com>
**Cc:** Ben <Ben@stanzialelaw.com>; Matthew E. Moloshok <MMoloshok@hlgslaw.com>; Bruce S. Etterman <BSEtterman@hlgslaw.com>; alankartenlaw@gmail.com; Jerry Breslin <jerry@breslin.law>; steve@wellspc.com; timcone@comcast.net
**Subject:** Re: Hi Bar Capital LLC v Excell Auto Group Inc., 2023-09307+

This is be individual. Has zero to do with the subject entities. There's no subject entity here. Wake up

---

**From:** Patricia A. Staiano <PStaiano@hlgslaw.com>
**Sent:** Tuesday, 24 November 2026 12:49:17
**To:** Josh Lubin <josh@tetonfunding.com>
**Cc:** ben <ben@stanzialelaw.com>; Matthew E. Moloshok <mmoloshok@hlgslaw.com>; Bruce S. Etterman <BSEtterman@hlgslaw.com>; alankartenlaw@gmail.com <alankartenlaw@gmail.com>; Jerry Breslin <jerry@breslin.law>; steve@wellspc.com <steve@wellspc.com>; timcone@comcast.net <timcone@comcast.net>
**Subject:** RE: Hi Bar Capital LLC v Excell Auto Group Inc., 2023-09307+

Mr. Stanziale is your Trustee and is in control of the Subject Entities per court orders. Are you seriously suggesting he need not know what you are doing?

Patricia A. Staiano, Esq.
Hellring Lindeman Goldstein & Siegal LLP
103 Eisenhower Parkway
Roseland, NJ 07068
T: +1.973.621.9020

D: +1.973.621.9330
F: +1.973.621.7406
pstaiano@hlgslaw.com

---

**From:** Josh Lubin <josh@tetonfunding.com>
**Sent:** Tuesday, November 24, 2026 12:47 PM
**To:** Patricia A. Staiano <PStaiano@hlgslaw.com>
**Cc:** Ben <Ben@stanzialelaw.com>; Matthew E. Moloshok <MMoloshok@hlgslaw.com>; Bruce S. Etterman <BSEtterman@hlgslaw.com>; alankartenlaw@gmail.com; Jerry Breslin <jerry@breslin.law>; steve@wellspc.com; timcone@comcast.net
**Subject:** Re: Hi Bar Capital LLC v Excell Auto Group Inc., 2023-09307+

U did not need to be served. Everyone else was served

---

**From:** Josh Lubin <josh@tetonfunding.com>
**Sent:** Tuesday, 24 November 2026 12:46:45
**To:** Patricia A. Staiano <pstaiano@hlgslaw.com>
**Cc:** ben <ben@stanzialelaw.com>; Matthew E. Moloshok <mmoloshok@hlgslaw.com>; Bruce S. Etterman <BSEtterman@hlgslaw.com>; alankartenlaw@gmail.com <alankartenlaw@gmail.com>; Jerry Breslin <jerry@breslin.law>; steve@wellspc.com <steve@wellspc.com>; timcone@comcast.net <timcone@comcast.net>
**Subject:** Re: Hi Bar Capital LLC v Excell Auto Group Inc., 2023-09307+

Will be filed in the bankruptcy court shortly. And just for the record they only sent this to me and Mr Cone, which proves clear cut collusion between Mr Cone, the FVP parties and the trustee counsel. Patricia, go get yourself a criminal defense attorney. Your going to need one

---

**From:** Patricia A. Staiano <PStaiano@hlgslaw.com>
**Sent:** Tuesday, 24 November 2026 12:43:53
**To:** Josh Lubin <josh@tetonfunding.com>
**Cc:** ben <ben@stanzialelaw.com>; Matthew E. Moloshok <mmoloshok@hlgslaw.com>; Bruce S. Etterman <BSEtterman@hlgslaw.com>; alankartenlaw@gmail.com <alankartenlaw@gmail.com>; Jerry Breslin <jerry@breslin.law>; steve@wellspc.com <steve@wellspc.com>; timcone@comcast.net <timcone@comcast.net>
**Subject:** FW: Hi Bar Capital LLC v Excell Auto Group Inc., 2023-09307+

Mr. Lubin,

You advised us that you intended to file your application but you never advised us that you actually did. You did not serv the Trustee at all. Thanks to Mr. Karten, who let us know what happened.

Patricia A. Staiano, Esq.
Hellring Lindeman Goldstein & Siegal LLP
103 Eisenhower Parkway
Roseland, NJ 07068
T: +1.973.621.9020
D: +1.973.621.9330
F: +1.973.621.7406
pstaiano@hlgslaw.com

**From:** Alan Karten <alankartenlaw@gmail.com>
**Sent:** Tuesday, November 24, 2026 12:25 PM
**To:** Patricia A. Staiano <PStaiano@hlgslaw.com>
**Subject:** Fwd: Hi Bar Capital LLC v Excell Auto Group Inc., 2023-09307+

FYI

Alan

**Law Office of Alan I. Karten, PLLC**
**Florida Bar No. 200263**
**321 Anderson Pond Road**
**Aiken, South Carolina 29803**
**305-490-2767**
**South Carolina Certified Civil Mediator**
**alankartenlaw@gmail.com**

**This email is intended only for the individual(s) or entity(s) named within the message. This email might contain legally privileged and confidential information. If you correctly received this email as a client or retained expert, please hold it in confidence to protect the attorney-client or work product privileges. Should the intended recipient forward or disclose this message to another person or party, that action could constitute a waiver of the attorney-client privilege. Suppose the reader of this message is not the intended recipient or the agent responsible for delivering it to the intended recipient. In that case, you are now notified that the sender prohibits any review, dissemination, distribution, or copying of this communication, and to do so might constitute a violation of the Electronic Communications Privacy Act, 18 U.S.C. sections 2510-2521. If this communication was received in error, we apologize for the intrusion. Please notify us by replying to this e-mail and deleting the original message without reading it. Nothing in this e-mail message shall, in and of itself, create an attorney-client relationship with the sender.**

**IRS CIRCULAR 230 DISCLOSURE: TO ENSURE COMPLIANCE WITH REQUIREMENTS IMPOSED BY THE IRS, WE INFORM YOU THAT ANY TAX ADVICE CONTAINED IN THIS COMMUNICATION (INCLUDING ANY ATTACHMENTS) IS NOT INTENDED OR WRITTEN BY THE LAW OFFICE OF ALAN I. KARTEN, PLLC, TO BE USED, AND CANNOT BE USED, FOR THE PURPOSE OF (I) AVOIDING TAX-RELATED PENALTIES UNDER THE INTERNAL REVENUE CODE, OR (II) PROMOTING, MARKETING, OR RECOMMENDING TO ANOTHER PARTY ANY TAX-RELATED MATTER HEREIN.**

---------- Forwarded message ---------
From: **Tim Cone** <timcone@comcast.net>
Date: Tue, Nov 24, 2026 at 12:22 PM
Subject: Fwd: Hi Bar Capital LLC v Excell Auto Group Inc., 2023-09307+
To: Jerry Breslin <jerry@breslin.law>, Alan Karten <alankartenlaw@gmail.com>

fyi see below.

---------- Original Message ----------
From: Riad Williams <rpwilli2@nycourts.gov>
To: Josh Lubin <josh@tetonfunding.com>

Cc: "steve@wellspc.com" <steve@wellspc.com>, "timcone@comcast.net" <timcone@comcast.net>
Date: 11/24/2026 11:55 AM EST
Subject: Hi Bar Capital LLC v Excell Auto Group Inc., 2023-09307+

Good morning,

The Court has declined to sign the proposed order to show cause, which means your motion will not be going forward.

Riad P. Williams
Associate Deputy Clerk
Appellate Division, Second Judicial Department
45 Monroe Place
Brooklyn, NY 11201
rpwilli2@nycourts.gov

This email and its attachments may contain confidential and/or legally privileged information from the law firm of Hellring Lindeman Goldstein & Siegal LLP. This information is only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this email and attachments is strictly prohibited and those contents should be returned to this firm immediately. Although this email and its attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, no responsibility is accepted by Hellring Lindeman Goldstein & Siegal LLP for any loss or damage arising in any way from its use. This communication, including attachments and enclosures, is not intended to provide any tax advice, is not a substitute for a formal tax opinion, and is not sufficient to avoid tax-related penalties.

**Patricia A. Staiano**

**From:** Josh Lubin <josh@tetonfunding.com>
**Sent:** Tuesday, November 24, 2026 12:57 PM
**To:** Patricia A. Staiano; Robert Berns
**Cc:** Ben; Matthew E. Moloshok; Bruce S. Etterman; alankartenlaw@gmail.com; Jerry Breslin; steve@wellspc.com; timcone@comcast.net
**Subject:** Re: Hi Bar Capital LLC v Excell Auto Group Inc., 2023-09307+

I didn't say anything about the counterclaims. Most of them havnt been eleged yet, but when you intentionally try to sink a 200MM, you will end up in prison. It's very simple

---

**From:** Patricia A. Staiano <PStaiano@hlgslaw.com>
**Sent:** Tuesday, 24 November 2026 12:54:21
**To:** Josh Lubin <josh@tetonfunding.com>; Robert Berns <rberns@kaufmandolowich.com>
**Cc:** ben <ben@stanzialelaw.com>; Matthew E. Moloshok <mmoloshok@hlgslaw.com>; Bruce S. Etterman <BSEtterman@hlgslaw.com>; alankartenlaw@gmail.com <alankartenlaw@gmail.com>; Jerry Breslin <jerry@breslin.law>; steve@wellspc.com <steve@wellspc.com>; timcone@comcast.net <timcone@comcast.net>
**Subject:** RE: Hi Bar Capital LLC v Excell Auto Group Inc., 2023-09307+

Mr. Lubin,

Just because you filed a counterclaim against us and the Trustee does not mean we are out of this case. We are represented by counsel to address the counterclaim.

Patricia A. Staiano, Esq.
Hellring Lindeman Goldstein & Siegal LLP
103 Eisenhower Parkway
Roseland, NJ 07068
T: +1.973.621.9020
D: +1.973.621.9330
F: +1.973.621.7406
pstaiano@hlgslaw.com

---

**From:** Josh Lubin <josh@tetonfunding.com>
**Sent:** Tuesday, November 24, 2026 12:51 PM
**To:** Patricia A. Staiano <PStaiano@hlgslaw.com>; Robert Berns <rberns@kaufmandolowich.com>
**Cc:** Ben <Ben@stanzialelaw.com>; Matthew E. Moloshok <MMoloshok@hlgslaw.com>; Bruce S. Etterman <BSEtterman@hlgslaw.com>; alankartenlaw@gmail.com; Jerry Breslin <jerry@breslin.law>; steve@wellspc.com; timcone@comcast.net
**Subject:** Re: Hi Bar Capital LLC v Excell Auto Group Inc., 2023-09307+

You hired an attorney yesterday. He didn't advise you to shut up?? Maybe u need a new attorney

---

**From:** Josh Lubin <josh@tetonfunding.com>
**Sent:** Tuesday, 24 November 2026 12:50:32
**To:** Patricia A. Staiano <pstaiano@hlgslaw.com>

**Cc:** ben <ben@stanzialelaw.com>; Matthew E. Moloshok <mmoloshok@hlgslaw.com>; Bruce S. Etterman <BSEtterman@hlgslaw.com>; alankartenlaw@gmail.com <alankartenlaw@gmail.com>; Jerry Breslin <jerry@breslin.law>; steve@wellspc.com <steve@wellspc.com>; timcone@comcast.net <timcone@comcast.net>
**Subject:** Re: Hi Bar Capital LLC v Excell Auto Group Inc., 2023-09307+

This is be individual. Has zero to do with the subject entities. There's no subject entity here. Wake up

---

**From:** Patricia A. Staiano <PStaiano@hlgslaw.com>
**Sent:** Tuesday, 24 November 2026 12:49:17
**To:** Josh Lubin <josh@tetonfunding.com>
**Cc:** ben <ben@stanzialelaw.com>; Matthew E. Moloshok <mmoloshok@hlgslaw.com>; Bruce S. Etterman <BSEtterman@hlgslaw.com>; alankartenlaw@gmail.com <alankartenlaw@gmail.com>; Jerry Breslin <jerry@breslin.law>; steve@wellspc.com <steve@wellspc.com>; timcone@comcast.net <timcone@comcast.net>
**Subject:** RE: Hi Bar Capital LLC v Excell Auto Group Inc., 2023-09307+

Mr. Stanziale is your Trustee and is in control of the Subject Entities per court orders. Are you seriously suggesting he need not know what you are doing?

Patricia A. Staiano, Esq.
Hellring Lindeman Goldstein & Siegal LLP
103 Eisenhower Parkway
Roseland, NJ 07068
T: +1.973.621.9020
D: +1.973.621.9330
F: +1.973.621.7406
pstaiano@hlgslaw.com

---

**From:** Josh Lubin <josh@tetonfunding.com>
**Sent:** Tuesday, November 24, 2026 12:47 PM
**To:** Patricia A. Staiano <PStaiano@hlgslaw.com>
**Cc:** Ben <Ben@stanzialelaw.com>; Matthew E. Moloshok <MMoloshok@hlgslaw.com>; Bruce S. Etterman <BSEtterman@hlgslaw.com>; alankartenlaw@gmail.com; Jerry Breslin <jerry@breslin.law>; steve@wellspc.com; timcone@comcast.net
**Subject:** Re: Hi Bar Capital LLC v Excell Auto Group Inc., 2023-09307+

U did not need to be served. Everyone else was served

---

**From:** Josh Lubin <josh@tetonfunding.com>
**Sent:** Tuesday, 24 November 2026 12:46:45
**To:** Patricia A. Staiano <pstaiano@hlgslaw.com>
**Cc:** ben <ben@stanzialelaw.com>; Matthew E. Moloshok <mmoloshok@hlgslaw.com>; Bruce S. Etterman <BSEtterman@hlgslaw.com>; alankartenlaw@gmail.com <alankartenlaw@gmail.com>; Jerry Breslin <jerry@breslin.law>; steve@wellspc.com <steve@wellspc.com>; timcone@comcast.net <timcone@comcast.net>
**Subject:** Re: Hi Bar Capital LLC v Excell Auto Group Inc., 2023-09307+

Will be filed in the bankruptcy court shortly. And just for the record they only sent this to me and Mr Cone, which proves clear cut collusion between Mr Cone, the FVP parties and the trustee counsel. Patricia, go get yourself a criminal defense attorney. Your going to need one

**From:** Patricia A. Staiano <PStaiano@hlgslaw.com>
**Sent:** Tuesday, 24 November 2026 12:43:53
**To:** Josh Lubin <josh@tetonfunding.com>
**Cc:** ben <ben@stanzialelaw.com>; Matthew E. Moloshok <mmoloshok@hlgslaw.com>; Bruce S. Etterman <BSEtterman@hlgslaw.com>; alankartenlaw@gmail.com <alankartenlaw@gmail.com>; Jerry Breslin <jerry@breslin.law>; steve@wellspc.com <steve@wellspc.com>; timcone@comcast.net <timcone@comcast.net>
**Subject:** FW: Hi Bar Capital LLC v Excell Auto Group Inc., 2023-09307+

Mr. Lubin,

You advised us that you intended to file your application but you never advised us that you actually did. You did not serv the Trustee at all. Thanks to Mr. Karten, who let us know what happened.

Patricia A. Staiano, Esq.
Hellring Lindeman Goldstein & Siegal LLP
103 Eisenhower Parkway
Roseland, NJ 07068
T: +1.973.621.9020
D: +1.973.621.9330
F: +1.973.621.7406
pstaiano@hlgslaw.com

**From:** Alan Karten <alankartenlaw@gmail.com>
**Sent:** Tuesday, November 24, 2026 12:25 PM
**To:** Patricia A. Staiano <PStaiano@hlgslaw.com>
**Subject:** Fwd: Hi Bar Capital LLC v Excell Auto Group Inc., 2023-09307+

FYI

Alan

**Law Office of Alan I. Karten, PLLC**
**Florida Bar No. 200263**
**321 Anderson Pond Road**
**Aiken, South Carolina 29803**
**305-490-2767**
**South Carolina Certified Civil Mediator**
**alankartenlaw@gmail.com**

**This email is intended only for the individual(s) or entity(s) named within the message. This email might contain legally privileged and confidential information. If you correctly received this email as a client or retained expert, please hold it in confidence to protect the attorney-client or work product privileges. Should the intended recipient forward or disclose this message to another person or party, that action could constitute a waiver of the attorney-client privilege. Suppose the reader of this message is not the intended recipient or the agent responsible for delivering it to the intended recipient. In that case, you are now notified that the sender prohibits any review, dissemination, distribution, or copying of this communication, and to do so might constitute a violation of the Electronic Communications Privacy Act, 18 U.S.C. sections 2510-2521. If this communication was received in error, we apologize for the intrusion. Please notify us by replying to this e-mail and deleting the original message without reading it. Nothing in this e-mail message shall, in and of itself, create an attorney-client relationship with the sender.**

**IRS CIRCULAR 230 DISCLOSURE: TO ENSURE COMPLIANCE WITH REQUIREMENTS IMPOSED BY THE IRS, WE INFORM YOU THAT ANY TAX ADVICE CONTAINED IN THIS COMMUNICATION (INCLUDING ANY ATTACHMENTS) IS NOT INTENDED OR WRITTEN BY THE LAW OFFICE OF ALAN I. KARTEN, PLLC, TO BE USED, AND CANNOT BE USED, FOR THE PURPOSE OF (I) AVOIDING TAX-RELATED PENALTIES UNDER THE INTERNAL REVENUE CODE, OR (II) PROMOTING, MARKETING, OR RECOMMENDING TO ANOTHER PARTY ANY TAX-RELATED MATTER HEREIN.**

---------- Forwarded message ---------
From: **Tim Cone** <timcone@comcast.net>
Date: Tue, Nov 24, 2026 at 12:22 PM
Subject: Fwd: Hi Bar Capital LLC v Excell Auto Group Inc., 2023-09307+
To: Jerry Breslin <jerry@breslin.law>, Alan Karten <alankartenlaw@gmail.com>

fyi see below.

---------- Original Message ----------
From: Riad Williams <rpwilli2@nycourts.gov>
To: Josh Lubin <josh@tetonfunding.com>
Cc: "steve@wellspc.com" <steve@wellspc.com>, "timcone@comcast.net" <timcone@comcast.net>
Date: 11/24/2026 11:55 AM EST
Subject: Hi Bar Capital LLC v Excell Auto Group Inc., 2023-09307+

Good morning,

The Court has declined to sign the proposed order to show cause, which means your motion will not be going forward.

Riad P. Williams
Associate Deputy Clerk
Appellate Division, Second Judicial Department
45 Monroe Place
Brooklyn, NY 11201
rpwilli2@nycourts.gov

This email and its attachments may contain confidential and/or legally privileged information from the law firm of Hellring Lindeman Goldstein & Siegal LLP. This information is only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this email and attachments is strictly prohibited and those contents should be returned to this firm immediately. Although this email and its attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, no responsibility is accepted by Hellring Lindeman Goldstein & Siegal LLP for any loss or damage arising in any way

from its use. This communication, including attachments and enclosures, is not intended to provide any tax advice, is not a substitute for a formal tax opinion, and is not sufficient to avoid tax-related penalties.

**SUPREME COURT OF THE STATE OF NEW YORK**
**APPELLATE DIVISION: SECOND JUDICIAL DEPARTMENT**

| | |
|---|---|
| HI BAR CAPITAL, LLC,<br>Plaintiff-Respondent,<br>- against -<br>EXCELL AUTO GROUP, INC., *et al.*,<br>Defendants,<br>- and -<br>KARMA OF PALM BEACH, INC., KARMA OF BROWARD, INC., KRISTIN ZANKL and SCOTT THOMAS ZANKL,<br>Defendants-Appellants. | App. Div. Docket Nos.<br>2023-09307<br>2024-00585<br><br>Supreme Court, Kings County<br>Index No. 502846/2022<br><br>**ORDER TO SHOW CAUSE** |

Upon the affirmation of Avrumi Lubin, dated November 22, 2026, the memorandum of law, Exhibits A-G, and the affirmation of advance notice under 22 NYCRR 1250.4(b)(2) and 670.4(a), it is

**ORDERED** that Hi Bar Capital, LLC and the defendants-appellants, or their attorneys, show cause before this Court, at the Courthouse, 45 Monroe Place, Brooklyn, New York 11201, on the _____ day of ______________, 20____, at 10:00 a.m., why an order should not be made:

(1) under CPLR 1018 and 1021, substituting Avrumi Lubin, individually, for Hi Bar Capital, LLC as plaintiff-respondent with respect to the affirmative recovery embodied in the judgment entered September 14, 2023, with Hi Bar remaining the respondent as to the appealed dismissal of the counterclaims, and amending the caption accordingly;

(2) granting leave under 22 NYCRR 1250.15(d) to submit, without additional argument, a short letter identifying the five later decisions of this Court listed in paragraph 9 of the affirmation; or, alternatively, if the Court considers that explanation of those decisions would assist it, permitting a supplemental letter brief of no more than five pages, or such other limit as the Court directs, confined to the application of those decisions to issues already raised in the briefs and to the existing record on appeal, with an opportunity for the other parties to respond; either submission to be made by Lubin if the Court permits

him to act, or by counsel of record or another person the Court authorizes, whether or not party status is granted, with copies to all parties and any response the Court permits;

(3) if the Court permits Lubin to be heard, determining the appealability of the August 10, 2023 order or referring that question to the merits panel, with Lubin supporting affirmance of that order insofar as appealable and requesting dismissal of Appeal No. 2023-09307 only to the extent the Court determines that it lies solely from a nonappealable denial of leave to reargue; Lubin supports affirmance of the judgment in Appeal No. 2024-00585, and requests neither dismissal of that appeal nor vacatur of the judgment; and

(4) granting such other relief as is just; and it is further

**ORDERED** that FVP Opportunity Fund III, LP, FVP Investments, LLC and FVP Servicing, LLC (the FVP parties), and Franklin Capital Funding, LLC, Franklin Capital Group, LLC and Franklin Capital Management, LLC (the Franklin entities), shall be served with a copy of this order and the papers on which it is based in the manner directed below, with copies to their counsel identified in the Recipient Contact Addendum, and may be heard on this motion concerning any interest they claim, as the Court permits; and it is further

**ORDERED** that, pending the hearing and determination of this motion, and in the Court's discretion, the issuance of the decision and order on the appeals under Docket Nos. 2023-09307 and 2024-00585 is held in abeyance. *This paragraph is of no effect unless initialed by the Justice signing this order* (initials: ________). It may be vacated by the Court on its own motion or on notice, and nothing in this order limits the Court's authority to decide the appeals in the name of the respondent of record under CPLR 1018; and it is further

Dated: Brooklyn, New York
November 24, 2026

DECLINED TO SIGN

[signature]

Associate Justice
Appellate Division: 2nd Department
Hon. Mark C. Dillon

**Patricia A. Staiano**

**From:** Patricia A. Staiano
**Sent:** Tuesday, November 24, 2026 12:54 PM
**To:** 'Josh Lubin'; Robert Berns
**Cc:** Ben; Matthew E. Moloshok; Bruce S. Etterman; alankartenlaw@gmail.com; Jerry Breslin; steve@wellspc.com; timcone@comcast.net
**Subject:** RE: Hi Bar Capital LLC v Excell Auto Group Inc., 2023-09307+

Mr. Lubin,

Just because you filed a counterclaim against us and the Trustee does not mean we are out of this case. We are represented by counsel to address the counterclaim.

Patricia A. Staiano, Esq.
Hellring Lindeman Goldstein & Siegal LLP
103 Eisenhower Parkway
Roseland, NJ 07068
T: +1.973.621.9020
D: +1.973.621.9330
F: +1.973.621.7406
pstaiano@hlgslaw.com

**From:** Josh Lubin <josh@tetonfunding.com>
**Sent:** Tuesday, November 24, 2026 12:51 PM
**To:** Patricia A. Staiano <PStaiano@hlgslaw.com>; Robert Berns <rberns@kaufmandolowich.com>
**Cc:** Ben <Ben@stanzialelaw.com>; Matthew E. Moloshok <MMoloshok@hlgslaw.com>; Bruce S. Etterman <BSEtterman@hlgslaw.com>; alankartenlaw@gmail.com; Jerry Breslin <jerry@breslin.law>; steve@wellspc.com; timcone@comcast.net
**Subject:** Re: Hi Bar Capital LLC v Excell Auto Group Inc., 2023-09307+

You hired an attorney yesterday. He didn't advise you to shut up?? Maybe u need a new attorney

---

**From:** Josh Lubin <josh@tetonfunding.com>
**Sent:** Tuesday, 24 November 2026 12:50:32
**To:** Patricia A. Staiano <pstaiano@hlgslaw.com>
**Cc:** ben <ben@stanzialelaw.com>; Matthew E. Moloshok <mmoloshok@hlgslaw.com>; Bruce S. Etterman <BSEtterman@hlgslaw.com>; alankartenlaw@gmail.com <alankartenlaw@gmail.com>; Jerry Breslin <jerry@breslin.law>; steve@wellspc.com <steve@wellspc.com>; timcone@comcast.net <timcone@comcast.net>
**Subject:** Re: Hi Bar Capital LLC v Excell Auto Group Inc., 2023-09307+

This is be individual. Has zero to do with the subject entities. There's no subject entity here. Wake up

---

**From:** Patricia A. Staiano <PStaiano@hlgslaw.com>
**Sent:** Tuesday, 24 November 2026 12:49:17
**To:** Josh Lubin <josh@tetonfunding.com>
**Cc:** ben <ben@stanzialelaw.com>; Matthew E. Moloshok <mmoloshok@hlgslaw.com>; Bruce S. Etterman

<BSEtterman@hlgslaw.com>; alankartenlaw@gmail.com <alankartenlaw@gmail.com>; Jerry Breslin <jerry@breslin.law>; steve@wellspc.com <steve@wellspc.com>; timcone@comcast.net <timcone@comcast.net>
**Subject:** RE: Hi Bar Capital LLC v Excell Auto Group Inc., 2023-09307+

Mr. Stanziale is your Trustee and is in control of the Subject Entities per court orders. Are you seriously suggesting he need not know what you are doing?

Patricia A. Staiano, Esq.
Hellring Lindeman Goldstein & Siegal LLP
103 Eisenhower Parkway
Roseland, NJ 07068
T: +1.973.621.9020
D: +1.973.621.9330
F: +1.973.621.7406
pstaiano@hlgslaw.com

---

**From:** Josh Lubin <josh@tetonfunding.com>
**Sent:** Tuesday, November 24, 2026 12:47 PM
**To:** Patricia A. Staiano <PStaiano@hlgslaw.com>
**Cc:** Ben <Ben@stanzialelaw.com>; Matthew E. Moloshok <MMoloshok@hlgslaw.com>; Bruce S. Etterman <BSEtterman@hlgslaw.com>; alankartenlaw@gmail.com; Jerry Breslin <jerry@breslin.law>; steve@wellspc.com; timcone@comcast.net
**Subject:** Re: Hi Bar Capital LLC v Excell Auto Group Inc., 2023-09307+

U did not need to be served. Everyone else was served

---

**From:** Josh Lubin <josh@tetonfunding.com>
**Sent:** Tuesday, 24 November 2026 12:46:45
**To:** Patricia A. Staiano <pstaiano@hlgslaw.com>
**Cc:** ben <ben@stanzialelaw.com>; Matthew E. Moloshok <mmoloshok@hlgslaw.com>; Bruce S. Etterman <BSEtterman@hlgslaw.com>; alankartenlaw@gmail.com <alankartenlaw@gmail.com>; Jerry Breslin <jerry@breslin.law>; steve@wellspc.com <steve@wellspc.com>; timcone@comcast.net <timcone@comcast.net>
**Subject:** Re: Hi Bar Capital LLC v Excell Auto Group Inc., 2023-09307+

Will be filed in the bankruptcy court shortly. And just for the record they only sent this to me and Mr Cone, which proves clear cut collusion between Mr Cone, the FVP parties and the trustee counsel. Patricia, go get yourself a criminal defense attorney. Your going to need one

---

**From:** Patricia A. Staiano <PStaiano@hlgslaw.com>
**Sent:** Tuesday, 24 November 2026 12:43:53
**To:** Josh Lubin <josh@tetonfunding.com>
**Cc:** ben <ben@stanzialelaw.com>; Matthew E. Moloshok <mmoloshok@hlgslaw.com>; Bruce S. Etterman <BSEtterman@hlgslaw.com>; alankartenlaw@gmail.com <alankartenlaw@gmail.com>; Jerry Breslin <jerry@breslin.law>; steve@wellspc.com <steve@wellspc.com>; timcone@comcast.net <timcone@comcast.net>
**Subject:** FW: Hi Bar Capital LLC v Excell Auto Group Inc., 2023-09307+

Mr. Lubin,

You advised us that you intended to file your application but you never advised us that you actually did. You did not serv the Trustee at all. Thanks to Mr. Karten, who let us know what happened.

Patricia A. Staiano, Esq.
Hellring Lindeman Goldstein & Siegal LLP
103 Eisenhower Parkway
Roseland, NJ 07068
T: +1.973.621.9020
D: +1.973.621.9330
F: +1.973.621.7406
pstaiano@hlgslaw.com

**From:** Alan Karten <alankartenlaw@gmail.com>
**Sent:** Tuesday, November 24, 2026 12:25 PM
**To:** Patricia A. Staiano <PStaiano@hlgslaw.com>
**Subject:** Fwd: Hi Bar Capital LLC v Excell Auto Group Inc., 2023-09307+

FYI

Alan

**Law Office of Alan I. Karten, PLLC**
**Florida Bar No. 200263**
**321 Anderson Pond Road**
**Aiken, South Carolina 29803**
**305-490-2767**
**South Carolina Certified Civil Mediator**
**alankartenlaw@gmail.com**

**This email is intended only for the individual(s) or entity(s) named within the message. This email might contain legally privileged and confidential information. If you correctly received this email as a client or retained expert, please hold it in confidence to protect the attorney-client or work product privileges. Should the intended recipient forward or disclose this message to another person or party, that action could constitute a waiver of the attorney-client privilege. Suppose the reader of this message is not the intended recipient or the agent responsible for delivering it to the intended recipient. In that case, you are now notified that the sender prohibits any review, dissemination, distribution, or copying of this communication, and to do so might constitute a violation of the Electronic Communications Privacy Act, 18 U.S.C. sections 2510-2521. If this communication was received in error, we apologize for the intrusion. Please notify us by replying to this e-mail and deleting the original message without reading it. Nothing in this e-mail message shall, in and of itself, create an attorney-client relationship with the sender.**

IRS CIRCULAR 230 DISCLOSURE: TO ENSURE COMPLIANCE WITH REQUIREMENTS IMPOSED BY THE IRS, WE INFORM YOU THAT ANY TAX ADVICE CONTAINED IN THIS COMMUNICATION (INCLUDING ANY ATTACHMENTS) IS NOT INTENDED OR WRITTEN BY THE LAW OFFICE OF ALAN I. KARTEN, PLLC, TO BE USED, AND CANNOT BE USED, FOR THE PURPOSE OF (I) AVOIDING TAX-RELATED PENALTIES UNDER THE INTERNAL REVENUE CODE, OR (II) PROMOTING, MARKETING, OR RECOMMENDING TO ANOTHER PARTY ANY TAX-RELATED MATTER HEREIN.

---------- Forwarded message ---------
From: **Tim Cone** <timcone@comcast.net>
Date: Tue, Nov 24, 2026 at 12:22 PM
Subject: Fwd: Hi Bar Capital LLC v Excell Auto Group Inc., 2023-09307+
To: Jerry Breslin <jerry@breslin.law>, Alan Karten <alankartenlaw@gmail.com>

fyi see below.

---------- Original Message ----------
From: Riad Williams <rpwilli2@nycourts.gov>
To: Josh Lubin <josh@tetonfunding.com>
Cc: "steve@wellspc.com" <steve@wellspc.com>, "timcone@comcast.net" <timcone@comcast.net>
Date: 11/24/2026 11:55 AM EST
Subject: Hi Bar Capital LLC v Excell Auto Group Inc., 2023-09307+

Good morning,

The Court has declined to sign the proposed order to show cause, which means your motion will not be going forward.

Riad P. Williams
Associate Deputy Clerk
Appellate Division, Second Judicial Department
45 Monroe Place
Brooklyn, NY 11201
rpwilli2@nycourts.gov

This email and its attachments may contain confidential and/or legally privileged information from the law firm of Hellring Lindeman Goldstein & Siegal LLP. This information is only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this email and attachments is strictly prohibited and those contents should be returned to this firm immediately. Although this email and its attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, no responsibility is accepted by Hellring Lindeman Goldstein & Siegal LLP for any loss or damage arising in any way from its use. This communication, including attachments and enclosures, is not intended to provide any tax advice, is not a substitute for a formal tax opinion, and is not sufficient to avoid tax-related penalties.

**Patricia A. Staiano**

**From:** Josh Lubin <josh@tetonfunding.com>
**Sent:** Tuesday, November 24, 2026 12:59 PM
**To:** Robert Berns; Patricia A. Staiano
**Cc:** Ben; Matthew E. Moloshok; Bruce S. Etterman; alankartenlaw@gmail.com; Jerry Breslin; steve@wellspc.com; timcone@comcast.net
**Subject:** Re: Hi Bar Capital LLC v Excell Auto Group Inc., 2023-09307+

Mr Bern,

I agree everyone should be professiona, though your client completely lost it, called me names, go review Patricia's emails and then we can talk about being professional. I'm the pro se one here and I have a trustee lawyer that's acting like a lunatic

---

**From:** Robert Berns <rberns@kaufmandolowich.com>
**Sent:** Tuesday, 24 November 2026 12:56:31
**To:** Josh Lubin <josh@tetonfunding.com>; Patricia A. Staiano <pstaiano@hlgslaw.com>
**Cc:** ben <ben@stanzialelaw.com>; Matthew E. Moloshok <mmoloshok@hlgslaw.com>; Bruce S. Etterman <BSEtterman@hlgslaw.com>; alankartenlaw@gmail.com <alankartenlaw@gmail.com>; Jerry Breslin <jerry@breslin.law>; steve@wellspc.com <steve@wellspc.com>; timcone@comcast.net <timcone@comcast.net>
**Subject:** RE: Hi Bar Capital LLC v Excell Auto Group Inc., 2023-09307+

Mr. Lubin,

While you are self-represented, you are obligated to comply with the Rules and to comport yourself with the same degree of professionalism and courtesy as attorneys admitted to the bar of this Court. If you do not adhere to those requirements, you may be subject to sanctions, and I will not hesitate to bring your inflammatory conduct to the attention of the Court is necessary if you continue. Please be guided accordingly.

Robert Berns

**ROBERT BERNS**
Partner

**Direct: 201-708-8231 | Cell: 201-221-6985**
**Email: rberns@kaufmandolowich.com**

Court Plaza North, 25 Main Street, Suite 500
Hackensack, NJ 07601

KAUFMAN DOLOWICH 40
Our Legal Advocacy. Your Business Advantage.

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system. Please consider the environment before printing.

**From:** Josh Lubin <josh@tetonfunding.com>
**Sent:** Tuesday, November 24, 2026 12:51 PM
**To:** Patricia A. Staiano <pstaiano@hlgslaw.com>; Robert Berns <rberns@kaufmandolowich.com>
**Cc:** ben <ben@stanzialelaw.com>; Matthew E. Moloshok <mmoloshok@hlgslaw.com>; Bruce S. Etterman <BSEtterman@hlgslaw.com>; alankartenlaw@gmail.com; Jerry Breslin <jerry@breslin.law>; steve@wellspc.com; timcone@comcast.net
**Subject:** Re: Hi Bar Capital LLC v Excell Auto Group Inc., 2023-09307+

[EXTERNAL SENDER]
**This Message originated outside your organization.**

You hired an attorney yesterday. He didn't advise you to shut up?? Maybe u need a new attorney

---

**From:** Josh Lubin <josh@tetonfunding.com>
**Sent:** Tuesday, 24 November 2026 12:50:32
**To:** Patricia A. Staiano <pstaiano@hlgslaw.com>
**Cc:** ben <ben@stanzialelaw.com>; Matthew E. Moloshok <mmoloshok@hlgslaw.com>; Bruce S. Etterman <BSEtterman@hlgslaw.com>; alankartenlaw@gmail.com <alankartenlaw@gmail.com>; Jerry Breslin <jerry@breslin.law>; steve@wellspc.com <steve@wellspc.com>; timcone@comcast.net <timcone@comcast.net>
**Subject:** Re: Hi Bar Capital LLC v Excell Auto Group Inc., 2023-09307+

This is be individual. Has zero to do with the subject entities. There's no subject entity here. Wake up

---

**From:** Patricia A. Staiano <PStaiano@hlgslaw.com>
**Sent:** Tuesday, 24 November 2026 12:49:17
**To:** Josh Lubin <josh@tetonfunding.com>
**Cc:** ben <ben@stanzialelaw.com>; Matthew E. Moloshok <mmoloshok@hlgslaw.com>; Bruce S. Etterman <BSEtterman@hlgslaw.com>; alankartenlaw@gmail.com <alankartenlaw@gmail.com>; Jerry Breslin <jerry@breslin.law>; steve@wellspc.com <steve@wellspc.com>; timcone@comcast.net <timcone@comcast.net>
**Subject:** RE: Hi Bar Capital LLC v Excell Auto Group Inc., 2023-09307+

Mr. Stanziale is your Trustee and is in control of the Subject Entities per court orders. Are you seriously suggesting he need not know what you are doing?

Patricia A. Staiano, Esq.
Hellring Lindeman Goldstein & Siegal LLP
103 Eisenhower Parkway
Roseland, NJ 07068
T: +1.973.621.9020
D: +1.973.621.9330
F: +1.973.621.7406
pstaiano@hlgslaw.com

**From:** Josh Lubin <josh@tetonfunding.com>
**Sent:** Tuesday, November 24, 2026 12:47 PM
**To:** Patricia A. Staiano <PStaiano@hlgslaw.com>
**Cc:** Ben <Ben@stanzialelaw.com>; Matthew E. Moloshok <MMoloshok@hlgslaw.com>; Bruce S. Etterman <BSEtterman@hlgslaw.com>; alankartenlaw@gmail.com; Jerry Breslin <jerry@breslin.law>; steve@wellspc.com; timcone@comcast.net
**Subject:** Re: Hi Bar Capital LLC v Excell Auto Group Inc., 2023-09307+

U did not need to be served. Everyone else was served

---

**From:** Josh Lubin <josh@tetonfunding.com>
**Sent:** Tuesday, 24 November 2026 12:46:45
**To:** Patricia A. Staiano <pstaiano@hlgslaw.com>
**Cc:** ben <ben@stanzialelaw.com>; Matthew E. Moloshok <mmoloshok@hlgslaw.com>; Bruce S. Etterman <BSEtterman@hlgslaw.com>; alankartenlaw@gmail.com <alankartenlaw@gmail.com>; Jerry Breslin <jerry@breslin.law>; steve@wellspc.com <steve@wellspc.com>; timcone@comcast.net <timcone@comcast.net>
**Subject:** Re: Hi Bar Capital LLC v Excell Auto Group Inc., 2023-09307+

Will be filed in the bankruptcy court shortly. And just for the record they only sent this to me and Mr Cone, which proves clear cut collusion between Mr Cone, the FVP parties and the trustee counsel. Patricia, go get yourself a criminal defense attorney. Your going to need one

---

**From:** Patricia A. Staiano <PStaiano@hlgslaw.com>
**Sent:** Tuesday, 24 November 2026 12:43:53
**To:** Josh Lubin <josh@tetonfunding.com>
**Cc:** ben <ben@stanzialelaw.com>; Matthew E. Moloshok <mmoloshok@hlgslaw.com>; Bruce S. Etterman <BSEtterman@hlgslaw.com>; alankartenlaw@gmail.com <alankartenlaw@gmail.com>; Jerry Breslin <jerry@breslin.law>; steve@wellspc.com <steve@wellspc.com>; timcone@comcast.net <timcone@comcast.net>
**Subject:** FW: Hi Bar Capital LLC v Excell Auto Group Inc., 2023-09307+

Mr. Lubin,

You advised us that you intended to file your application but you never advised us that you actually did. You did not serv the Trustee at all. Thanks to Mr. Karten, who let us know what happened.

Patricia A. Staiano, Esq.
Hellring Lindeman Goldstein & Siegal LLP
103 Eisenhower Parkway
Roseland, NJ 07068
T: +1.973.621.9020
D: +1.973.621.9330
F: +1.973.621.7406
pstaiano@hlgslaw.com

**From:** Alan Karten <alankartenlaw@gmail.com>
**Sent:** Tuesday, November 24, 2026 12:25 PM
**To:** Patricia A. Staiano <PStaiano@hlgslaw.com>
**Subject:** Fwd: Hi Bar Capital LLC v Excell Auto Group Inc., 2023-09307+

FYI

Alan

**Law Office of Alan I. Karten, PLLC**
**Florida Bar No. 200263**
**321 Anderson Pond Road**
**Aiken, South Carolina 29803**
**305-490-2767**
**South Carolina Certified Civil Mediator**
**alankartenlaw@gmail.com**

**This email is intended only for the individual(s) or entity(s) named within the message. This email might contain legally privileged and confidential information. If you correctly received this email as a client or retained expert, please hold it in confidence to protect the attorney-client or work product privileges. Should the intended recipient forward or disclose this message to another person or party, that action could constitute a waiver of the attorney-client privilege. Suppose the reader of this message is not the intended recipient or the agent responsible for delivering it to the intended recipient. In that case, you are now notified that the sender prohibits any review, dissemination, distribution, or copying of this communication, and to do so might constitute a violation of the Electronic Communications Privacy Act, 18 U.S.C. sections 2510-2521. If this communication was received in error, we apologize for the intrusion. Please notify us by replying to this e-mail and deleting the original message without reading it. Nothing in this e-mail message shall, in and of itself, create an attorney-client relationship with the sender.**

**IRS CIRCULAR 230 DISCLOSURE: TO ENSURE COMPLIANCE WITH REQUIREMENTS IMPOSED BY THE IRS, WE INFORM YOU THAT ANY TAX ADVICE CONTAINED IN THIS COMMUNICATION (INCLUDING ANY ATTACHMENTS) IS NOT INTENDED OR WRITTEN BY THE LAW OFFICE OF ALAN I. KARTEN, PLLC, TO BE USED, AND CANNOT BE USED, FOR THE PURPOSE OF (I) AVOIDING TAX-RELATED PENALTIES UNDER THE INTERNAL REVENUE CODE, OR (II) PROMOTING, MARKETING, OR RECOMMENDING TO ANOTHER PARTY ANY TAX-RELATED MATTER HEREIN.**

---------- Forwarded message ---------
From: **Tim Cone** <timcone@comcast.net>
Date: Tue, Nov 24, 2026 at 12:22 PM
Subject: Fwd: Hi Bar Capital LLC v Excell Auto Group Inc., 2023-09307+
To: Jerry Breslin <jerry@breslin.law>, Alan Karten <alankartenlaw@gmail.com>

fyi see below.

---------- Original Message ----------
From: Riad Williams <rpwilli2@nycourts.gov>
To: Josh Lubin <josh@tetonfunding.com>
Cc: "steve@wellspc.com" <steve@wellspc.com>, "timcone@comcast.net" <timcone@comcast.net>
Date: 11/24/2026 11:55 AM EST
Subject: Hi Bar Capital LLC v Excell Auto Group Inc., 2023-09307+

Good morning,

The Court has declined to sign the proposed order to show cause, which means your motion will not be going forward.

Riad P. Williams
Associate Deputy Clerk
Appellate Division, Second Judicial Department
45 Monroe Place
Brooklyn, NY 11201
rpwilli2@nycourts.gov

This email and its attachments may contain confidential and/or legally privileged information from the law firm of Hellring Lindeman Goldstein & Siegal LLP. This information is only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this email and attachments is strictly prohibited and those contents should be returned to this firm immediately. Although this email and its attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, no responsibility is accepted by Hellring Lindeman Goldstein & Siegal LLP for any loss or damage arising in any way from its use. This communication, including attachments and enclosures, is not intended to provide any tax advice, is not a substitute for a formal tax opinion, and is not sufficient to avoid tax-related penalties.