| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br>HELLRING LINDEMAN GOLDSTEIN<br>& SIEGAL LLP<br>Patricia A. Staiano, Esq.<br>Attorneys for Benjamin A. Stanziale, Jr.,<br>Chapter 11 Trustee<br>103 Eisenhower Parkway, Suite 403<br>Roseland, New Jersey 07068-1031<br>973.621.9020<br>pstaiano@hlgslaw.com | |
| In Re:<br><br>AVRUMI LUBIN a/k/a Josh Lubin,<br><br>Debtor. | Case No 26-17342 (EJO)<br><br>Judge: Hon. Eamonn James O'Hagan<br><br>Chapter 11<br><br>Hearing Date: December 3, 2026 |

## CERTIFICATION OF SERVICE

1. I, Gina Bencivenga,

☐ represent the ______________________ in the above-captioned matter.

☒ am the secretary/paralegal for Patricia A. Staiano, Esq., who represents Benjamin A. Stanziale, Jr., Chapter 11 Trustee in the above captioned matter.

☐ am the _____________________ in the above case and am representing myself.

2. On November 24, 2026 or one business day thereafter, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: : letter memoranda to Judge Eamonn James O'Hagan (Opposition to ECF no. 157, 156, 155, 158, Response to ECF no. 119, and Opposition to ECF no. 154) and this Certification of Service.

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: November 24, 2026

/s/ Gina Bencivenga
GINA BENCIVENGA

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Rachel Wolf, Esq.<br>U.S. Department of Justice<br>Office of the U.S. Trustee<br>One Newark Center, Ste 2100<br>Newark, New Jersey 07102 | United States Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☒ Other - ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Benjamin A. Stanziale, Jr., Esq.<br>Stanziale & Stanziale, P.C.<br>2839 Route 10, Suite 102<br>Morris Plains New Jersey 07950 | Chapter 7 Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☒ Other - ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Avrumi Lubin<br>1460 Arboretum Parkway<br>Lakewood, NJ 08701 | Pro Se Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☐ Other - ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Jennifer Mara, Esq.<br>Michael Baldassare, Esq.<br>Baldassare & Mara, LLC<br>75 Livingston Avenue, Suite 101<br>Roseland, New Jersey 07068<br>And<br>Jerrell Breslin, Esq.<br>Breslin \| Trial Practice PLLC<br>169 East Flagler Street, Suite 700<br>Miami, Florida 33021 | Attorney for secured creditors, FVP Servicing, LLC, FVP Opportunity Fund III, LP, and FVP Investments LLC | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☒ Other - ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Hillel I. Parness, Esq.<br>Parness Law Firm, PLLC<br>136 Madison Avenue, 6th Floor<br>New York, New York 10016 | Attorney for Franklin Capital Funding, LLC | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☒ Other - ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Gary F. Seitz, Esq.<br>Gellert Seitz Busenkell & Brown, LLC<br>1201 N. Orange St., Suite 300<br>Wilmington, DE 19801<br>**And**<br>Jason S. Rigoli, Esq.<br>GrayRobinson, P.A.<br>2255 Glades Road, Suite 301E<br>Boca Raton, FL 33431 | Attorneys for Nicole Tesa Mehdipour, Chapter 7 Trustee of Excell Auto Group, Inc. | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☒ Other - ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Patrick T. Krenicky, Esq.<br>Jeffrey S. Cianciulli, Esq.<br>Weir LLP<br>1300 Route 73 S., Suite 314<br>Mount Laurel, NJ 08054 | Attorneys for Interested Party - Gavriel Yitzchakov | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☒ Other - ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable) |

rev.8/1/16



516475